

# U.S. District Court

### California Northern - San Francisco

Receipt Date: Sep 7, 2023 12:34PM

Steve Zeltzer
209 Prospect Ave.
San Francisco, CA 94110

Rcpt. No: 311165908　　　　Trans. Date: Sep 7, 2023 12:34PM　　　　Cashier ID: #AK

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #754 | 09/7/2023 | | $402.00 |
| | | | Total Due Prior to Payment: | | $402.00 |
| | | | Total Tendered: | | $402.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: Case 3:23-cv-04597 LB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.