Ashley M. Gjovik, JD
*Pro Se Plaintiff*

2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

**FILED**
**SEP 07 2023**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GJOVIK, *an individual*, | Case No. **CV23 4597 LB** |
| Plaintiff, | **DISCLOSURE OF CONFLICTS AND INTERESTED ENTITITES OR PERSONS** |
| v. | |
| APPLE INC, *a corporation*, | **Local Rule 3-15** |
| Defendant. | |

## DISCLOSURE OF CONFLICTS & INTERESTED PARTIES

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Apple Inc (Defendant)
2. Apple Inc executives and officers: Tim Cook, Lisa Jackson, Ronald Sugar, Kate Adams, Tom Moyer
3. Northrop Grumman Corporation
4. Honeywell
5. The Irvine Company

6. Oaktree Capital, John Frank, & Robert Denham
7. Hines Real Estate
8. CalSTRS
9. GI Partners
10. BentallGreenOak
11. South Bay Construction
12. Chevron
13. Amgen
14. Uber
15. Ares Management
16. Emerson Collective
17. Waverly Street Foundation

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.[1]

Respectfully submitted,

By _____

Ashley M. Gjovik
*Pro Se* Complainant

Dated: September 7 2023

---

[1] 28 U.S.C.A. § 1746