**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, | Case No. 3:23-cv-04597-LB |
| Plaintiff, | The Honorable Laurel Beeler |
| v. | |
| **APPLE INC**, *a corporation*, | **Date**: September 15 2023 |
| Defendant. | **Certificate of Service of Summons & Local Rule 4-2** |

### Certificate of Summons

Pursuant to FRCP Rule 4 and Civil Local Rule 4-2, the Summons for this case has been served upon defendant, Apple Inc, a corporation, 'through' their designated agent of service, CT Corporation.[1] CT Corporation's website notes service can be made via regular and certified mail, in addition to in personal service. Steve Zeltzer, a friend acting as a courier, a person over the age of 18, and a person not party to this case, has transmitted the Complaint, Summons, and

---

[1] Apple Inc, "*Note: All legal requests that are not made by a government or law enforcement agency must be either personally served at Apple's headquarters: 20705 Valley Green Drive, Cupertino, California, 95014; or served through CT Corporation (Apple's registered agent for service of process)*", https://www.apple.com/legal/privacy/law-enforcement-guidelines-us.pdf

Local Rule 4-2 papers to CT Corporation via Certified Mail on September 15 2023.[2] [3] Mr. Zeltzer has completed Proof of Service and it is attached.

In compliance with Local Rule 4-2, the papers served include the Complaint, Summons, Plaintiff's Disclosure of Interests, Judge Beeler's ADR and Case Management Preparation Order, Judge Beeler's Standing Orders, e-Filing Instructions, and form for consenting to a Magistrate Judge.

The Complaint was filed on September 7 2023 and Service has been made on September 15 2023, to be delivered (estimated) on Monday 18 2023, within 90-days, and allowing sufficient time for Case Management meet and confer between Apple and Gjovik prior to the November 16 2023 deadline and the December 7 2023 initial case management conference.

In addition, an email was also sent to Apple's CEO and General Counsel today, September 15 2023, notifying Apple Inc of the lawsuit and incoming papers. Receipts are attached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

By_____

Ashley M. Gjovik
*Pro Se* Complainant

Dated: September 15 2023

---

[2] CT Corporation, *"The following delivery methods are available: Hand delivery, certified or regular mail, or parcel (such as FedEx, UPS, or DHL) where authorized by state law."* https://www.wolterskluwer.com/en/faq/ct-corporation-service-of-process-sop-faqs?compositeLink=%7B75F622B0-407B-4875-B498-8C0008BE68D4%7D

[3] Gjovik has refunded Zeltzer the costs of postage and tracking on September 15 2023, and refunded Zeltzer the cost of the legal filing on September 7 2023.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Ashley M. Gjovik

*Plaintiff(s)*

v.

Apple Inc.

*Defendant(s)*

Civil Action No. **CV23 4597 LB**

COPY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Apple Inc.
One Apple Park Way
Cupertino, CA 95014
(408) 996-1010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARK B. BUSBY**
CLERK OF COURT

Date: 9/7/2023

_____
ALENA KOKICH
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Apple Inc**
was received by me on *(date)* **September 7 2023**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Apple Inc designated CT Corporation as its agent for service of process. I mailed the Ashley Gjovik v Apple complaint, summons, initial order, disclosure statement, electronic filing instructions, and form for consent/declination of a magistrate judge via certified mail to CT Corporation's California location at 330 North Brand Blvd. Suite 700 Glendale, California 91203

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9/15/23**

*Server's signature*

**Steve Zeltzer**
*Printed name and title*

**P.O. Box 720027, SF, CA 94172**
*Server's address*

Additional information regarding attempted service, etc:

From Apple's website: "All legal requests that are not made by a government or law enforcement agency must be either personally served at Apple's headquarters... or served through CT Corporation (Apple's registered agent for service of process)." https://www.apple.com/legal/privacy/law-enforcement-guidelines-us.pdf

From CT: "The following delivery methods are available: ...certified mail...where authorized by state law." https://www.wolterskluwer.com/en/faq/ct-corporation-service-of-process-sop-faq

[Print]  [Save As...]   [Reset]

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701156365897

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

**MONDAY**
**18** September 2023 ⓘ

by
**9:00pm** ⓘ

USPS is now in possession of your item as of 3:30 pm on September 15, 2023 in SAN FRANCISCO, CA 94110.

**Get More Out of USPS Tracking:**
    USPS Tracking Plus®

• Delivered

• Out for Delivery

• Preparing for Delivery

• In Transit

• **Accepted**
  USPS in possession of item
  SAN FRANCISCO, CA 94110
  September 15, 2023, 3:30 pm

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                ˅

USPS Tracking Plus®                                                                 ˅

Product Information                                                                 ˅





# Notice of Service of Summons: Ashley Gjovik v Apple Inc, Case No. 3:23-cv-04597-LB, US District Court of Northern California

| | |
|---|---|
| From | legal@ashleygjovik.com <legal@ashleygjovik.com> |
| To | tcook@apple.com, kate.adams@apple.com |
| Date | Friday, September 15th, 2023 at 8:20 PM |

**September 15 2023 - Notice of Service of Summons**

**Re**: *Ashley Gjovik v Apple Inc,* Case No. 3:23-cv-04597-LB, US District Court of Northern California

**To:**
**Tim Cook,** CEO, Apple Inc, tcook@apple.com
**Katherine Adams,** General Counsel, Apple Inc, kate.adams@apple.com

Hello,

As of September 7 2023, I am suing Apple Inc in federal court for violations of the Dodd-Frank and Sarbanes–Oxley Acts, violations of a number of California Labor Codes, violations of the Bane and Ralph Civil Rights Acts, violations of the RICO Act, for IIED and NIED, and for actions which constitute that the termination of my employment was in violation of the public policy of California and the United States.

This email is to notify you that today, September 15 2023, a Summons, Civil Complaint, and other papers were sent via certified mail to your agent of process, CT Corporation. I am also attaching digital copies of the documents to this email, and I will include a copy of this email in my Proof of Service e-filing.

I am representing myself *pro se* on all pending legal matters against your corporation. I am registered to e-file my own documents and receive e-filed documents from Apple Inc for this civil case. I can be reached at this email. I will request, as I have since August 2021, that any communications from Apple Inc to me be in writing, where feasible. For activities like meet/confer, I request that I am either allowed to record the conversations (which can be sealed with the exception of me being able to report the contents to US gov/court/law enforcement if I believe a law was violated by Apple during the meeting), and/or to have a witness on all calls. I request advance notice (email, etc) of any phone calls from Apple, due to these concerns and as detailed in the witness intimidation portions of the civil complaint. My only interest in these requests is to protect myself from additional harm by Apple. If Apple does not want to harm me, I expect these logistics can be easily sorted out.

November 16 2023 is our deadline to complete meet/confer related to ADR, discovery plans, and other preparation matters. I am preparing my list of witnesses, requested depositions, and my discovery requests. I look forward to engaging with Apple in good faith, efficiently, and with respect -- and to litigate this matter on the merits or otherwise find a way to resolve these issues -- and expect the same from Apple Inc. Thank you in advance for your cooperation.

-Ashley Gjovik

Sent with Proton Mail secure email.

---

**19.70 MB**   7 files attached

Order - Case Management.pdf 113.35 KB   Ref - Standing Orders.pdf 146.95 KB   Ref - Disclosures.pdf 139.70 KB
Ref - ECF.pdf 47.90 KB   Form - Magistrate Judge.pdf 590.67 KB   Gjovik v Apple Complaint.pdf 5.02 MB   Summons.pdf 13.66 MB