**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, | **Case No**. 3:23-cv-04597-LB |
| Plaintiff, | The Honorable Laurel Beeler |
| v. | **Date**: September 22 2023 |
| **APPLE INC**, *a corporation*, | **Certificate of Service of Summons** |
| Defendant. | **Part II** |

### Certificate of Summons – Part II

Pursuant to FRCP Rule 4 and Civil Local Rule 4-2, the Summons and required documents for this case have been served upon defendant, Apple Inc. On September 15 2023, the case documents were mailed to Apple via Certified Mail to their designated agent of service, CT Corporation. I also emailed CEO Tim Cook and General Counsel Kate Adams on September 15 2023 and notified them of the incoming documents and asked to start meet and confer.

On September 18 2023, CT Corporation refused the documents and, per USPS notes, CT Corporation claimed there was no one available who was authorized to sign for the documents. The package was sent back to the post office. I called CT Corporation on September 18 2023 and spoke with someone at their headquarters who told me the refusal was unusual and not

1  expected. The representative said he would call the regional office and speak to them about what
2  occurred and determine next steps. He called me back that day and told me that someone would
3  retrieve the documents at the post office the next day, which did occur, per the USPS tracking
4  notes.
5      Due to these events, and out of an abundance of caution and due diligence, I then also
6  hired a process server to provide personal service to Apple at their headquarters to ensure there
7  is a record of formal service. The same documents were served via personal service with the
8  exception of the stamped summons (a copy) and a receipt of the USPS Tracking events for
9  certified mail. Personal service of Apple was completed by a registered California process server
10 on September 21 2023 at 1:25PM at Apple's "Valley Green 6", at 20705 Valley Green Dr,
11 Cupertino, CA 95014. Please see attached exhibits.

13     I declare under penalty of perjury under the laws of the United States of America that the
14 foregoing is true and correct.

                                  Respectfully submitted,

By_____

                                  Ashley M. Gjovik
                                  *Pro Se* Complainant

Dated: September 22 2023

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Ashley Gjovik <ashleymgjovik@protonmail.com><br>2108 N ST STE 4553<br>Sacramento, CA 95816<br>TELEPHONE NO.: 415-964-6272   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Ashley Gjovik, an individual | FOR COURT USE ONLY |
|---|---|
| **United States District Court, Northern District of California**<br>STREET ADDRESS: 450 Golden Gate Ave. 16th Floor<br>MAILING ADDRESS: 450 Golden Gate Ave. 16th Floor<br>CITY AND ZIP CODE: San Francisco 94102<br>BRANCH NAME: Phillip Burton Federal Building | |
| PLAINTIFF/PETITIONER: Ashley Gjovik, an individual | CASE NUMBER:<br>3:23-CV-04597-LB |
| DEFENDANT/RESPONDENT: Apple Inc., a corporation | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>REF-13700246 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **Summons in a Civil Action; Original Complaint; Order Setting Initial Case Management Conference; ECF Registration Information; Disclosure of Conflicts; Notice of Assignment of Case**

3. a. Party served *(specify name of party as shown on documents served)*:
      **Apple Inc**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
   **Apple Valley Green 6, 20705 Valley Green Dr, Cupertino, CA 95014**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **09/21/2023** at *(time)*: **1:25 PM**

   b. [ ] **by substituted service.** On *(date)*:            at *(time)*:            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:            from *(city)*:            **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

BY FAX

Page 1 of 3

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure. § 417.10<br>Tracking #: 0114592003 |
|---|---|---|
| REF: **REF-13700246** | |  |

| PLAINTIFF/PETITIONER: Ashley Gjovik, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Apple Inc., a corporation | 3:23-CV-04597-LB |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                          (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)* **Apple Inc**
      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                ☐ other:

7. **Person who served papers**
   a. Name:                **Andrey Alekseev**
   b. Address:             **4331 Renaissance Dr #119, San Jose, CA 95134**
   c. Telephone number:    **650-646-5016**
   d. The fee for service was: **$ 156.75**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i)  ☐ owner  ☐ employee  ☒ independent contractor.   For:   **ABC Legal Services, LLC**
         (ii) ☒ Registration No.: **PS1763**                     Registration #: **6779**
         (iii) ☒ County:         **County of Santa Clara, CA**   County:  **Los Angeles**

BY FAX



8. [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 09/22/2023

**Andrey Alekseev**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)


REF: **REF-13700246**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0114592003**


| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Ashley Gjovik** <ashleymgjovik@protonmail.com><br>**2108 N ST STE 4553**<br>**Sacramento, CA 95816**<br>TELEPHONE NO.: **415-964-6272**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Ashley Gjovik, an individual** | FOR COURT USE ONLY |
|---|---|
| **United States District Court, Northern District of California**<br>STREET ADDRESS: **450 Golden Gate Ave. 16th Floor**<br>MAILING ADDRESS: **450 Golden Gate Ave. 16th Floor**<br>CITY AND ZIP CODE: **San Francisco 94102**<br>BRANCH NAME: **Phillip Burton Federal Building** | |
| PLAINTIFF/PETITIONER: **Ashley Gjovik, an individual** | CASE NUMBER:<br>**3:23-CV-04597-LB** |
| DEFENDANT/RESPONDENT: **Apple Inc., a corporation** | |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**REF-13700246** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**Summons in a Civil Action; Original Complaint; Order Setting Initial Case Management Conference; ECF Registration Information; Disclosure of Conflicts; Notice of Assignment of Case**

I attempted to serve   **Apple Inc**
at the address of   **1 Apple Park Way, Cupertino, CA 95014**

and was unable to effect service for the following reasons:
**9/21/2023 1:02 PM: I spoke with an individual who identified themselves as the security officer. A security officer at the gate, black lady, about 40, named Arista ( on the badge), said that legal documents are accepted at Apple's Valley Green 6 building, address:**
**20705 Valley Green Dr., Cupertino, CA 95014.**

Fee for service: **$ 156.75**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Andrey Alekseev**  For: **ABC Legal Services, LLC**
**4331 Renaissance Dr #119, San Jose, CA 95134**  Registration #: **6779**
**650-646-5016**  County: **Los Angeles**
**County of Santa Clara, CA, #PS1763**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: **09/22/2023**

_____
Andrey Alekseev
(PRINTED NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

BY FAX

Page 1 of 1   **DECLARATION OF NON SERVICE**   Tracking #: **0114592002**

REF: **REF-13700246**



**Exhibit: Certified Mail Receipt**



**Exhibit: Personal Service on Sept 21 2023**



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701156365897

Copy     Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

**Latest Update**

We attempted to deliver your item at 10:41 am on September 18, 2023 in GLENDALE, CA 91209 and a notice was left because an authorized recipient was not available. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice beginning September 19, 2023. If this item is unclaimed by October 3, 2023 then it will be returned to sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt: Action Needed**
**Notice Left (No Authorized Recipient Available)**
GLENDALE, CA 91209
September 18, 2023, 10:41 am

**Arrived at Post Office**
GLENDALE, CA 91205
September 18, 2023, 10:07 am

**Out for Delivery**
GLENDALE, CA 91203
September 18, 2023, 6:10 am

**Arrived at USPS Facility**
GLENDALE, CA 91209
September 16, 2023, 3:34 pm

**Arrived at USPS Facility**
GLENDALE, CA 91205
September 16, 2023, 3:29 pm

**Departed USPS Regional Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
September 16, 2023, 2:21 pm

**Arrived at USPS Regional Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
September 16, 2023, 10:14 am

**Departed USPS Regional Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
September 16, 2023, 2:57 am

**Arrived at USPS Regional Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
September 15, 2023, 5:57 pm

**Departed USPS Facility**
SAN FRANCISCO, CA 94131
September 15, 2023, 5:39 pm

**Arrived at USPS Facility**
SAN FRANCISCO, CA 94131
September 15, 2023, 5:18 pm

**Departed USPS Facility**
SAN FRANCISCO, CA 94110
September 15, 2023, 5:09 pm

**USPS in possession of item**
SAN FRANCISCO, CA 94110
September 15, 2023, 3:30 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

Schedule Redelivery

**Tracking Information**

Notice Left (No Authorized Recipient Available)

**Package Information**

Postal Product:   Priority Mail®

Feature:         Certified Mail™
                 Up to $100 insurance included

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701156365897

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 7:55 am on September 19, 2023 in GLENDALE, CA 91209.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
GLENDALE, CA 91209
September 19, 2023, 7:55 am

**Notice Left (No Authorized Recipient Available)**
GLENDALE, CA 91209
September 18, 2023, 10:41 am

**Arrived at Post Office**
GLENDALE, CA 91205
September 18, 2023, 10:07 am

**Out for Delivery**
GLENDALE, CA 91203
September 18, 2023, 6:10 am

**Arrived at USPS Facility**
GLENDALE, CA 91209
September 16, 2023, 3:34 pm

**Arrived at USPS Facility**
GLENDALE, CA 91205
September 16, 2023, 3:29 pm

**Departed USPS Regional Facility**
SANTA CLARITA CA DISTRIBUTION CENTER