1  [Counsel listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-4597-LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO (1) ENLARGE TIME TO FILE RESPONSIVE PLEADING, (2) SET DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADING, (3) PERMIT AND SET DEADLINE FOR SECOND AMENDED COMPLAINT, AND (4) SET DEADLINE FOR RESPONSE TO SECOND AMENDED COMPLAINT AND FURTHER BRIEFING (IF NEEDED)**<br><br>[N.D. CAL. CIV. L.R. 6-2]<br><br>Dept:　Courtroom B, 15th Floor<br>Judge:　Honorable Laurel Beeler |

| | |
|---|---|
| 1 | ASHLEY GJOVIK (*pro se*) |
| 2 | legal@ashleygjovik.com<br>2108 N St. Ste. 4553 |
| 3 | Sacramento, CA, 95816<br>Telephone:   +1 408 883 4428 |
| 4 | Pro Se Plaintiff |
| 5 | |
| 6 | JESSICA R. PERRY (SBN 209321)<br>jperry@orrick.com |
| 7 | MELINDA S. RIECHERT (SBN 65504)<br>mriechert@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 9 | Menlo Park, CA 94025-1015<br>Telephone:   +1 650 614 7400<br>Facsimile:    +1 650 614 7401 |
| 10 | |
| 11 | KATHRYN G. MANTOAN (SBN 239649)<br>kmantoan@orrick.com |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building |
| 13 | 405 Howard Street<br>San Francisco, CA 94105-2669 |
| 14 | Telephone:   +1 415 773 5700<br>Facsimile:    +1 415 773 5759 |
| 15 | KATE E. JUVINALL (SBN 315659) |
| 16 | kjuvinall@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 17 | 355 S. Grand Ave.<br>Ste. 2700 |
| 18 | Los Angeles, CA 90071<br>Telephone:   +1 213 629 2020<br>Facsimile:    +1 213 612 2499 |
| 19 | |
| 20 | RYAN D. BOOMS (SBN 329430)<br>rbooms@orrick.com |
| 21 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1152 15th Street, N.W. |
| 22 | Washington, D.C. 20005-1706<br>Telephone:   +1 202 339 8400<br>Facsimile:    +1 202 339 8500 |
| 23 | |
| 24 | Attorneys for Defendant<br>Apple Inc. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Plaintiff Ashley Gjovik ("Plaintiff") and Defendant Apple Inc. ("Defendant") hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint on September 7, 2023 against Defendant alleging claims under: (1) the Sarbanes-Oxley Act, (2) the Dodd-Frank Wall Street Reform and Consumer Protection Act, (3) the Bane Civil Rights Act, (4) the Ralph Civil Rights Act, (5) the Racketeer Influenced and Corrupt Organizations Act, (6) California Labor Code § 1102.5, (7) California Labor Code § 98.6, (8) California Labor Code § 6310, (9) wrongful termination in violation of public policy, and (10) intentional infliction of emotional distress (Dkt. 1);

WHEREAS, Plaintiff personally served Apple Inc. with a copy of the Summons and the Complaint on September 21, 2023 and thereafter filed a Proof of Service of Summons on September 22, 2023 (Dkt. 8 at 3);

WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure ("FRCP"), the deadline for Defendant to serve and file a Response is currently October 12, 2023. For purposes of this stipulation, "Response" means anything permitted in response to a complaint under the FRCP (including, for example, an answer or a motion under FRCP 12);

WHEREAS, Plaintiff emailed Defendant on October 4, 2023 to notify Defendant that she intends to file a First Amended Complaint;

IT IS HEREBY STIPULATED by the Parties that Defendant will not file a Response to the Complaint and Plaintiff will instead file a First Amended Complaint on or before October 26, 2023;

IT IS FURTHER STIPULATED by the Parties that Defendant will file a Response to the First Amended Complaint on or before November 16, 2023;

IT IS FURTHER STIPULATED by the Parties that Plaintiff shall have all the same rights to file a Second Amended Complaint under Rule 15 of the Federal Rules of Civil Procedure as if the Second Amended Complaint were the First Amended Complaint;

IT IS FURTHER STIPULATED by the Parties that if Defendant responds to the First Amended Complaint with a motion, and if a briefing schedule is necessary, then the following

1  schedule will apply: Plaintiff will file an opposition on or before December 21, 2023, and

2  Defendant will file a reply on or before January 11, 2024;

3      IT IS FURTHER STIPULATED by the Parties that Plaintiff may file a Second Amended

4  Complaint on or before December 21, 2023, regardless of whether or not it is in response to a

5  motion by Defendant in response to Plaintiff's First Amended Complaint;

6      IT IS FURTHER STIPULATED by the Parties that, if Defendant responds to the First

7  Amended Complaint with a motion and if Plaintiff chooses to file a Second Amended Complaint

8  under Rule 15 of the Federal Rules of Civil Procedure, then Plaintiff will do so on or before

9  December 21, 2023, and Defendant will file a Response to the Second Amended Complaint on or

10  before January 18, 2024;

11      IT IS FURTHER STIPULATED by the Parties that this stipulation does not alter any

12  deadlines currently set by the Court.

13      Respectfully submitted,

14  Dated: October 9, 2023

16      By: /s/ Ashley Gjovik
17      ASHLEY GJOVIK
    Pro Se Plaintiff

19  Dated: October 9, 2023   ORRICK, HERRINGTON & SUTCLIFFE LLP

21      By: /s/ Jessica R. Perry
    JESSICA R. PERRY
22      Attorneys for Defendant
    Apple Inc.

23  **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

24  Per L.R. 5-1(i)(3), I attest the other signatory has concurred in the filing of this document.

26  Dated: October 9, 2023   /s/ Jessica R. Perry
    Jessica R. Perry

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated:
3
4                                                By: _____
                                                        HON. LAUREL BEELER
5