(Additional counsel on following page)

JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>              Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No. 23-cv-4597-LB<br><br>**DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)**<br><br>Dept:      Courtroom B, 15th Floor<br>Judge:    Honorable Laurel Beeler |

APPLE INC.'S CORPORATE DISCLOSURE
STATEMENT
CASE NO. 23-cv-4597-LB

1  KATE E. JUVINALL (SBN 315659)
   kjuvinall@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 S. Grand Ave.
3  Ste. 2700
   Los Angeles, CA 90071
4  Telephone:      +1 213 629 2020
   Facsimile:      +1 213 612 2499
5
   RYAN D. BOOMS (SBN 329430)
6  rbooms@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  1152 15th Street, N.W.
   Washington, D.C. 20005-1706
8  Telephone:      +1 202 339 8400
   Facsimile:      +1 202 339 8500
9
   Attorneys for Defendant
10 Apple Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4154-3130-6315

1     As required under Federal Rule of Civil Procedure 7.1, Defendant Apple Inc.'s Corporate

2  Disclosure is as follows:

3     Apple Inc. does not have any parent corporation, and no publicly held entity owns more

4  than 10% of its stock.

5

6  Dated: October 9, 2023                    ORRICK, HERRINGTON & SUTCLIFFE LLP

7

8                                           By: /s/ Jessica R. Perry

9                                               JESSICA R. PERRY
                                               Attorneys for Defendant
10                                              Apple Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE INC.'S CORPORATE DISCLOSURE
STATEMENT
CASE NO. 23-cv-4597-LB

4143-3103-5723