(Additional counsel on following page)

JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 23-cv-4597-LB<br><br>**DEFENDANT APPLE INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (L.R. 3-15)**<br><br>Dept:    Courtroom B, 15th Floor<br>Judge:   Honorable Laurel Beeler |

1  KATE E. JUVINALL (SBN 315659)
   kjuvinall@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 S. Grand Ave.
3  Ste. 2700
   Los Angeles, CA 90071
4  Telephone:  +1 213 629 2020
   Facsimile:  +1 213 612 2499
5
   RYAN D. BOOMS (SBN 329430)
6  rbooms@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  1152 15th Street, N.W.
   Washington, D.C. 20005-1706
8  Telephone:  +1 202 339 8400
   Facsimile:  +1 202 339 8500
9
   Attorneys for Defendant
10 Apple Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4154-3130-6315

STIP. AND [PROPOSED] ORDER RE:
RESPONSIVE PLEADING DEADLINE AND
ADDITIONAL DEADLINES
CASE NO. 23-CV-4597-LB

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict
2  or interest (other than the named parties) to report.

4  Dated: October 9, 2023                    ORRICK, HERRINGTON & SUTCLIFFE LLP

6                                             By: /s/ Jessica R. Perry
7                                                  JESSICA R. PERRY
                                                   Attorneys for Defendant
8                                                  Apple Inc.