[Counsel listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 23-cv-4597-LB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO (1) ENLARGE TIME TO FILE RESPONSIVE PLEADING, (2) SET DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADING, (3) PERMIT AND SET DEADLINE FOR SECOND AMENDED COMPLAINT, AND (4) SET DEADLINE FOR RESPONSE TO SECOND AMENDED COMPLAINT AND FURTHER BRIEFING (IF NEEDED)**<br><br>**[N.D. CAL. CIV. L.R. 6-2]**<br><br>Dept:    Courtroom B, 15th Floor<br>Judge:  Honorable Laurel Beeler |

1  ASHLEY GJOVIK (*pro se*)
   legal@ashleygjovik.com
2  2108 N St. Ste. 4553
   Sacramento, CA, 95816
3  Telephone:     +1 408 883 4428

4  Pro Se Plaintiff

5

6  JESSICA R. PERRY (SBN 209321)
   jperry@orrick.com
7  MELINDA S. RIECHERT (SBN 65504)
   mriechert@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  1000 Marsh Road
   Menlo Park, CA 94025-1015
9  Telephone:     +1 650 614 7400
   Facsimile:     +1 650 614 7401
10
   KATHRYN G. MANTOAN (SBN 239649)
11 kmantoan@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 The Orrick Building
   405 Howard Street
13 San Francisco, CA 94105-2669
   Telephone:     +1 415 773 5700
14 Facsimile:     +1 415 773 5759

15 KATE E. JUVINALL (SBN 315659)
   kjuvinall@orrick.com
16 ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 S. Grand Ave.
17 Ste. 2700
   Los Angeles, CA 90071
18 Telephone:     +1 213 629 2020
   Facsimile:     +1 213 612 2499
19
   RYAN D. BOOMS (SBN 329430)
20 rbooms@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
21 1152 15th Street, N.W.
   Washington, D.C. 20005-1706
22 Telephone:     +1 202 339 8400
   Facsimile:     +1 202 339 8500
23
   Attorneys for Defendant
24 Apple Inc.

25

26

27

28

Plaintiff Ashley Gjovik ("Plaintiff") and Defendant Apple Inc. ("Defendant") hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint on September 7, 2023 against Defendant alleging claims under: (1) the Sarbanes-Oxley Act, (2) the Dodd-Frank Wall Street Reform and Consumer Protection Act, (3) the Bane Civil Rights Act, (4) the Ralph Civil Rights Act, (5) the Racketeer Influenced and Corrupt Organizations Act, (6) California Labor Code § 1102.5, (7) California Labor Code § 98.6, (8) California Labor Code § 6310, (9) wrongful termination in violation of public policy, and (10) intentional infliction of emotional distress (Dkt. 1);

WHEREAS, Plaintiff personally served Apple Inc. with a copy of the Summons and the Complaint on September 21, 2023 and thereafter filed a Proof of Service of Summons on September 22, 2023 (Dkt. 8 at 3);

WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure ("FRCP"), the deadline for Defendant to serve and file a Response is currently October 12, 2023. For purposes of this stipulation, "Response" means anything permitted in response to a complaint under the FRCP (including, for example, an answer or a motion under FRCP 12);

WHEREAS, Plaintiff emailed Defendant on October 4, 2023 to notify Defendant that she intends to file a First Amended Complaint;

IT IS HEREBY STIPULATED by the Parties that Defendant will not file a Response to the Complaint and Plaintiff will instead file a First Amended Complaint on or before October 26, 2023;

IT IS FURTHER STIPULATED by the Parties that Defendant will file a Response to the First Amended Complaint on or before November 16, 2023;

IT IS FURTHER STIPULATED by the Parties that Plaintiff shall have all the same rights to file a Second Amended Complaint under Rule 15 of the Federal Rules of Civil Procedure as if the Second Amended Complaint were the First Amended Complaint;

IT IS FURTHER STIPULATED by the Parties that if Defendant responds to the First Amended Complaint with a motion, and if a briefing schedule is necessary, then the following

1  schedule will apply: Plaintiff will file an opposition on or before December 21, 2023, and

2  Defendant will file a reply on or before January 11, 2024;

3      IT IS FURTHER STIPULATED by the Parties that Plaintiff may file a Second Amended

4  Complaint on or before December 21, 2023, regardless of whether or not it is in response to a

5  motion by Defendant in response to Plaintiff's First Amended Complaint;

6      IT IS FURTHER STIPULATED by the Parties that, if Defendant responds to the First

7  Amended Complaint with a motion and if Plaintiff chooses to file a Second Amended Complaint

8  under Rule 15 of the Federal Rules of Civil Procedure, then Plaintiff will do so on or before

9  December 21, 2023, and Defendant will file a Response to the Second Amended Complaint on or

10  before January 18, 2024;

11      IT IS FURTHER STIPULATED by the Parties that this stipulation does not alter any

12  deadlines currently set by the Court.

13      Respectfully submitted,

14  Dated: October 9, 2023

16                                          By: /s/ Ashley Gjovik
17                                              ASHLEY GJOVIK
                                                Pro Se Plaintiff

19  Dated: October 9, 2023                  ORRICK, HERRINGTON & SUTCLIFFE LLP

21                                          By: /s/ Jessica R. Perry
                                                JESSICA R. PERRY
22                                              Attorneys for Defendant
                                                Apple Inc.

### CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

Per L.R. 5-1(i)(3), I attest the other signatory has concurred in the filing of this document.

Dated: October 9, 2023                      /s/ Jessica R. Perry
                                            Jessica R. Perry

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 10, 2023

By: _____
HON. LAUREL BEELER