1  (Additional counsel on following page)

2  JESSICA R. PERRY (SBN 209321)
   jperry@orrick.com
3  MELINDA S. RIECHERT (SBN 65504)
   mriechert@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025-1015
   Telephone:   +1 650 614 7400
6  Facsimile:   +1 650 614 7401

7  KATHRYN G. MANTOAN (SBN 239649)
   kmantoan@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
11
   Attorneys for Defendant
12 Apple Inc.

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18 ASHLEY GJOVIK,                          Case No. 23-cv-4597-LB

19              Plaintiff,                 **NOTICE OF APPEARANCE OF
                                           MELINDA S. RIECHERT**
20      v.
                                           Dept:    Courtroom B, 15th Floor
21 APPLE INC.,                             Judge:   Honorable Laurel Beeler

22              Defendant.

23

24

25

26

27

28

1 | KATE E. JUVINALL (SBN 315659)
kjuvinall@orrick.com
2 | ORRICK, HERRINGTON & SUTCLIFFE LLP
631 Wilshire Blvd., Suite 2-C
3 | Santa Monica, CA 90401
Telephone:   +1 310 633 2800
4 | Facsimile:   +1 310 633 2849

5 | RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
6 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
7 | Washington, D.C. 20005-1706
Telephone:   +1 202 339 8400
8 | Facsimile:   +1 202 339 8500

9 | Attorneys for Defendant
Apple Inc

10

11

12

...

28

**PLEASE TAKE NOTICE** that Melinda S. Riechert of Orrick, Herrington & Sutcliffe LLP enters her appearance in the above-captioned matter for Defendant Apple Inc.

Defendant hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

> MELINDA S. RIECHERT
> mriechert@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 1000 Marsh Road
> Menlo Park, CA 94025-1015
> Telephone:   +1 650 614 7400
> Facsimile:   +1 650 614 7401

Dated: October 24, 2023                               ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                      By:   /s/ *Melinda S. Riechert*
                                                      MELINDA S. RIECHERT
                                                      Attorneys for Defendant
                                                      Apple Inc.