1  (Additional counsel on following page)

2  JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
3  MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
5  Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
6  Facsimile:    +1 650 614 7401

7  KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
9  405 Howard Street
San Francisco, CA 94105-2669
10  Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-4597-LB<br><br>**NOTICE OF APPEARANCE OF KATHRYN G. MANTOAN**<br><br>Dept:　　Courtroom B, 15th Floor<br>Judge:　Honorable Laurel Beeler |

| | |
|---|---|
| 1 | KATE E. JUVINALL (SBN 315659) |
| | kjuvinall@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 631 Wilshire Blvd., Suite 2-C |
| 3 | Santa Monica, CA 90401 |
| | Telephone:   +1 310 633 2800 |
| 4 | Facsimile:   +1 310 633 2849 |
| 5 | RYAN D. BOOMS (SBN 329430) |
| | rbooms@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1152 15th Street, N.W. |
| 7 | Washington, D.C. 20005-1706 |
| | Telephone:   +1 202 339 8400 |
| 8 | Facsimile:   +1 202 339 8500 |
| 9 | Attorneys for Defendant |
| | Apple Inc |

1  **PLEASE TAKE NOTICE** that Kathryn G. Mantoan of Orrick, Herrington & Sutcliffe
2  LLP enters her appearance in the above-captioned matter for Defendant Apple Inc.
3  Defendant hereby requests that all notices, including electronic ECF notices, given or
4  required to be given, and all papers served or required to be served in the above-captioned matter
5  be provided to and served upon counsel at the address set forth below:

>  KATHRYN G. MANTOAN
>  kmantoan@orrick.com
>  ORRICK, HERRINGTON & SUTCLIFFE LLP
>  The Orrick Building
>  405 Howard Street
>  San Francisco, CA 94105-2669
>  Telephone:  +1 415 773 5700
>  Facsimile:   +1 415 773 5759

Dated: October 24, 2023                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                               By:    /s/ *Kathryn G. Mantoan*
                                                     KATHRYN G. MANTOAN
                                                      Attorneys for Defendant
                                                            Apple Inc.

4148-6207-0860                          - 1 -                       NOTICE OF APPEARANCE OF
                                                                       KATHRYN G. MANTOAN
                                                                       CASE NO. 23-cv-4597-LB