1  (Additional counsel on following page)

2  JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
3  MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
5  Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
6  Facsimile:    +1 650 614 7401

7  KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
9  405 Howard Street
San Francisco, CA 94105-2669
10  Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

11
Attorneys for Defendant
12  Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ASHLEY GJOVIK, | Case No. 23-cv-4597-LB |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF MELINDA S. RIECHERT** |
| v. | |
| APPLE INC., | Dept:    Courtroom B, 15th Floor |
| | Judge:   Honorable Laurel Beeler |
| Defendant. | |

1  KATE E. JUVINALL (SBN 315659)
   kjuvinall@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   631 Wilshire Blvd., Suite 2-C
3  Santa Monica, CA 90401
   Telephone:	+1 310 633 2800
4  Facsimile:	+1 310 633 2849

5  RYAN D. BOOMS (SBN 329430)
   rbooms@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1152 15th Street, N.W.
7  Washington, D.C. 20005-1706
   Telephone:	+1 202 339 8400
8  Facsimile:	+1 202 339 8500

9  Attorneys for Defendant
   Apple Inc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

1  **PLEASE TAKE NOTICE** that Melinda S. Riechert of Orrick, Herrington & Sutcliffe LLP enters her appearance in the above-captioned matter for Defendant Apple Inc.

Defendant hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

>MELINDA S. RIECHERT
>mriechert@orrick.com
>ORRICK, HERRINGTON & SUTCLIFFE LLP
>1000 Marsh Road
>Menlo Park, CA 94025-1015
>Telephone:   +1 650 614 7400
>Facsimile:   +1 650 614 7401

Dated: October 24, 2023                              ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  _____/s/ *Melinda S. Riechert*_____
MELINDA S. RIECHERT
Attorneys for Defendant
Apple Inc.