(Additional counsel on following page)

JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>          Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 23-cv-4597-LB<br><br>**NOTICE OF APPEARANCE OF RYAN D. BOOMS**<br><br>Dept:   Courtroom B, 15th Floor<br>Judge:  Honorable Laurel Beeler |

| | |
|---|---|
| 1 | KATE E. JUVINALL (SBN 315659) |
| | kjuvinall@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 631 Wilshire Blvd., Suite 2-C |
| 3 | Santa Monica, CA 90401 |
| | Telephone:    +1 310 633 2800 |
| 4 | Facsimile:    +1 310 633 2849 |
| 5 | RYAN D. BOOMS (SBN 329430) |
| | rbooms@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1152 15th Street, N.W. |
| 7 | Washington, D.C. 20005-1706 |
| | Telephone:    +1 202 339 8400 |
| 8 | Facsimile:    +1 202 339 8500 |
| 9 | Attorneys for Defendant |
| | Apple Inc |

- 1 -

NOTICE OF APPEARANCE OF
RYAN D. BOOMS
CASE NO. 23-CV-4597-LB

**PLEASE TAKE NOTICE** that Ryan D. Booms of Orrick, Herrington & Sutcliffe LLP enters his appearance in the above-captioned matter for Defendant Apple Inc.

Defendant hereby requests that all notices, including electronic ECF notices, given or required to be given, and all papers served or required to be served in the above-captioned matter be provided to and served upon counsel at the address set forth below:

>	RYAN D. BOOMS
>	rbooms@orrick.com
>	ORRICK, HERRINGTON & SUTCLIFFE LLP
>	1152 15th Street, N.W.
>	Washington, D.C. 20005-1706
>	Telephone:	+1 202 339 8400
>	Facsimile:	+1 202 339 8500

Dated: October 24, 2023				ORRICK, HERRINGTON & SUTCLIFFE LLP

					By:	/s/ *Ryan D. Booms*
						RYAN D. BOOMS
						Attorneys for Defendant
						Apple Inc.