Reset Form

**Plaintiff's ADR Certification**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley Gjovik | CASE No C 3:23-cv-04597 |
| Plaintiff(s) | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Apple Inc | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).

Contemplated  2) ~~Discussed with each other~~ the available dispute resolution options provided by the Court and private entities; and

3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: November 15 2023    Ashley Gjovik

Date: November 15 2023    Ashley Gjovik    Party

~~Attorney~~ (pro se; not licensed)

**Ashley** ~~Counsel~~ further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process  **(id est: early settlement conference)**

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: November 15 2023

*[signature]*

~~Attorney~~
(pro se; not licensed)

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Print Form

*Form ADR-Cert rev. 1-15-2019*

**Plaintiff's ADR Certification | 3:23-CV-04597-EMC**