**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

**Location**: Boston, Massachusetts

**Contact**: 2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK, *an individual*, | **Case No**. 3:23-cv-04597-EMC |
| Plaintiff, | **Judge**: Honorable Edward M. Chen |
| v. | **Case Filed:** September 7 2023 |
| | **Notice Filed**: November 19 2023 |
| APPLE INC, *a corporation*, | **PLAINTIFF'S NOTICE OF INTENT TO FILE OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS** |
| Defendant. | |
| | **PLAINTIFF'S NOTICE OF INTENT TO FILE 2ND AMENDED COMPLAINT** |

## **NOTICE**

1. The Defendant, Apple Inc, has filed a Partial Motion to Dismiss on November 16 2023 arguing some of Gjovik's claims "fail to state a claim upon which relief can be granted." [*Docket #30*].

2. Plaintiff, Ashley Gjovik, submits this Notice of Intent to file Opposition and

supporting memorandum, in Opposition to Apple's Motion to Dismiss, and a proposed order to deny Apple's motion, by or before the deadline previously stipulated with Defendant and approved by Magistrate Judge Beeler, which is December 21 2023. [*Docket #9, 12*].[1]

3. Gjovik also submits this Notice of Intent to file a second Amended Complaint as a matter of course, by or before the deadline previously stipulated with Defendant and approved by Magistrate Judge Beeler, which is December 21 2023. [*Docket #9, 12*].[2]

4. While this is not a Securities Fraud case, because the SOX and Dodd-Frank whistleblower claims revolve around Gjovik's allegations of securities fraud, Plaintiff will attach Judge Chen's Standing Order # 10 chart completed and as an attachment.[3] Plaintiff will also attach another copy of Judge Chen's Standing Order # 10 chart to document allegations in the Defendant's convicted/settled DOJ Securities Fraud cases noted as RICO Predicate Acts.

Respectfully submitted,

By_____

Ashley M. Gjovik, J.D.
*Pro Se Plaintiff*

Dated: November 19 2023

---

[1] "*Plaintiff may file a Second Amended Complaint on or before December 21, 2023, regardless of whether or not it is in response to a motion by Defendant in response to Plaintiff's First Amended Complaint … if Defendant responds to the First Amended Complaint with a motion and if Plaintiff chooses to file a Second Amended Complaint under Rule 15 of the Federal Rules of Civil Procedure, then Plaintiff will do so on or before December 21, 2023, and Defendant will file a Response to the Second Amended Complaint on or before January 18, 2024.*"

[2] "*Plaintiff may file a Second Amended Complaint on or before December 21, 2023, regardless of whether or not it is in response to a motion by Defendant in response to Plaintiff's First Amended Complaint … if Defendant responds to the First Amended Complaint with a motion and if Plaintiff chooses to file a Second Amended Complaint under Rule 15 of the Federal Rules of Civil Procedure, then Plaintiff will do so on or before December 21, 2023, and Defendant will file a Response to the Second Amended Complaint on or before January 18, 2024.*"

[3] Judge Chen's Standing Orders: https://www.cand.uscourts.gov/wp-content/uploads/judges/chen-emc/Standing-Order-Civil-General-REVISED-12-1-2022.pdf