**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**ASHLEY GJOVIK**, *an individual*,

    Plaintiff,

v.

**APPLE INC**, *a corporation*,

    Defendant.

**Case No. 3:23-CV-04597-EMC**

**Filed**: September 7 2023

**District Judge**: Honorable Edward M. Chen

**[PROPOSED] ORDER DENYING DEFENDANT APPLE INC'S MOTION TO DISMISS PLAINTIFF'S CERTAIN CLAIMS**

Dept: Courtroom 5, 17th Floor (Virtual)

Date: February 8, 2024

Time: 1:30 p.m.

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

Pending before the Court is Defendant Apple, Inc.'s Motion to Dismiss seven of Plaintiff's eleven claims due to Plaintiff failing to plead sufficient facts to state a claim upon which relief can be granted.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that Plaintiff Ashley Gjovik has alleged sufficient facts to state claim upon which relief may be granted for all eleven claims.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss for Failure to State a Claim for seven of Plaintiff's claims is denied. Plaintiff's eleven claims may proceed.

Dated: _____    _____

JUDGE EDWARD M. CHEN

U.S. DISTRICT COURT JUDGE

2

3:23-CV-04597-EMC                        [PROPOSED] ORDER DENYING
                                          DEFENDANTS' MOTION TO DISMISS