**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, | **Case No. 3:23-CV-04597-EMC** |
| Plaintiff, | **Filed**: September 7 2023 |
| v. | **District Judge**: Honorable Edward M. Chen |
| **APPLE INC**, *a corporation*, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JUDICIAL NOTICE** |
| Defendant. | Dept: Courtroom 5, 17th Floor (Virtual) |
| | Date: February 8, 2024 |
| | Time: 1:30 p.m. |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JUDICIAL NOTICE

Pending before the Court is Plaintiff's Motion for Judicial Notice of the existence and contents of multiple records. Plaintiff presents twelve exhibits consisting of multiple records in each, all of which are "*not subject to reasonable dispute*" and "*can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned*." Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that Plaintiff's Motion should be granted for all twelve exhibits, and all records contained within.

IT IS HEREBY ORDERED that Plaintiff's Motion for Judicial Notice is granted.

Dated: _____    _____

JUDGE EDWARD M. CHEN

U.S. DISTRICT COURT JUDGE