**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | **Case No. 3:23-cv-04597-EMC** |
| | **Filed**: September 7 2023 |
| | **District Judge**: Honorable Edward M. Chen |
| **ASHLEY GJOVIK**, *an individual*, | **MOTION FOR JUDICIAL NOTICE** |
| Plaintiff, | |
| v. | **Hearing** |
| | Dept: Courtroom 5, 17th Floor (Virtual) |
| **APPLE INC**, *a corporation*, | Date: February 8, 2024 1:30 p.m. |
| Defendant. | *Plaintiff Does Not Require Oral Arguments* |
| | *Concurrent with:* |
| | *Defendant's Motion to Dismiss (Doc #30)* |
| | *P's Opposition to Motion to Dismiss (Doc #33)* |

## Motion for Judicial Notice Cover Page: Exhibit   10

## Summary: News Articles & Press Releases

**Declaration**: *I verified the authenticity of each of these documents. A true and correction version of each document is attached in each exhibit. I declare under penalty of perjury this is true and correction. /s/ Ashley M. Gjovik (December 25 2023).*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# MOTION FOR JUDICIAL NOTICE EXHIBIT

## SECTION:

# 2011 "Police Impersonation"Article



Get SF Weekly Newsletters     For Email Newsletters you can trust.     Join     Sign in

# SF WEEKLY

## News

NEWS HOME | THE SNITCH | CHEM TALES | ARCHIVE SEARCH

 


THE SNITCH
NEWS | POLITICS | OPINION


S.F. Seen As Perfect Host City For Summer Olympics — in
**By Max DeNike**


Filmmaker's Time-Lapse Video Shows Stunning SF Fog
**By Max DeNike**


Millennial Problems: Most Pokemon-Obsessed City Is
**By Max DeNike**



**Crime**

## Lost iPhone 5: Bernal Heights Man Says Visitors Impersonating Police Searched His Home (Exclusive)

Posted by Peter Jamison on Fri, Sep 2, 2011 at 10:47 AM

**Update (3:25 p.m.): Police now say they did assist Apple security with the home search of a Bernal Heights man. Read the full story here.**

A Bernal Heights man says that six officials claiming to be San Francisco Police officers questioned him and searched his family's home in July for a lost iPhone 5 prototype they asserted had been traced to the residence using GPS technology.



The man's statements to *SF Weekly* in an exclusive interview add significant new twists to the unfolding story of the **unreleased iPhone 5** that was reportedly lost at a San Francisco restaurant this summer.

If accurate, his account raises the possibility that Apple security personnel attempting to recover the prototype falsely represented themselves as police officers -- **a criminal act** punishable by up to a year in jail in the state of California -- or that SFPD employees colluding with Apple failed to properly report an extensive search of a person's home, car, and computer.

"This is something that's going to need to be investigated now," SFPD spokesman Lt. Troy Dangerfield said, when informed about the Bernal Heights man's statements to *SF Weekly*. "If

this guy is saying that the people said they were SFPD, that's a big

deal."

The tech-news site **CNET** reported earlier this week that an unreleased iPhone 5 had been lost in the Mission district restaurant **Cava 22.** The incident echoed the earlier loss of the iPhone 4 prototype last year, which led to a scandal as Apple and law-enforcement sought to recover the phone from the gadget blog **Gizmodo**, which purchased it for $5,000 from men who found it.

According to CNET, San Francisco police officers and Apple employees traced the phone to the home of a man in Bernal Heights, but were unable to find it there or get the man to acknowledge possessing the prototype. Yesterday, however, **SFPD spokesman Officer Albie Esparza** told us that no records of any such activity by SFPD officers existed, as they should if police had been involved in a home visit and search.

*SF Weekly* has now spoken with Sergio Calderón, 22, of Bernal Heights, who believes his was the home referred to in the CNET article. Calderón got in touch with us yesterday in an effort to clarify who, exactly, had searched his home on an evening in July.

Search

**POPULAR STORIES**

Most Popular Stories | Stories You Missed


Behind the Scenes at Masturbate-a-Thon 2010 (Pics NSFW)


Lost iPhone 5: Bernal Heights Man Says Visitors Impersonating Police Searched His Home (Exclusive)


Giants Parade: an Orange Revolution


Gavin Newsom: The Musical! Sing Along With Our Whimsical Mayor.


Nancy Ho, Cyclist Hit in SOMA Yesterday, Dies

LIKE US ON FACEBOOK

# 404 Not Found

nginx

"They threatened me," he said during an interview at his house. "We don't know anything about it, still, to this day."

Calderón said that at about 6 p.m. six people -- four men and two women -- wearing badges of some kind showed up at his door. "They said, 'Hey, Sergio, we're from the San Francisco Police Department.'" He said they asked him whether he had been at Cava 22 over the weekend (he had) and told him that they had traced a lost iPhone to his home using GPS.

At no point, he said, did any of the visitors say they were working on behalf of Apple or say they were looking for an iPhone 5 prototype.

Calderón, an American citizen who lives with multiple generations of family members, all of whom he said are staying in the U.S. legally, said one of the men also threatened his relatives about their immigration status. "One of the officers is like, 'Is everyone in this house an American citizen?' They said we were all going to get into trouble.'"

Anxious to cooperate, Calderón said, he let them search his car and house. He also gave them access to his computer, to see whether he had linked the phone to his hard drive or had information about it in his files. Failing to find the phone anywhere, he said one of the "officers" offered him $300 if he would return it.

"They made it seem like they were on the phone with the owner of the phone, and they said, 'The person's not pressing charges, they just want it back, and they'll give you $300,'" he recalled.



As the visitors left, one of them -- a man named "Tony" -- gave Calderón his phone number and asked him to call if he had further information about the lost phone. Calderón shared the man's phone number with *SF Weekly*.

The phone was answered by Anthony Colon, who confirmed to us he is an employee of Apple but declined to comment further. According to **a public profile on the website LinkedIn**, Colon, a former San Jose Police sergeant, is employed as a "senior investigator" at Apple.

Dangerfield said police plan to look into Calderón's allegations.

"There's something amiss here. If we searched someone's house, there would be a police report," Dangerfield said.

Apple's media-relations department did not return calls for comment.

**Anthony Colon, as pictured on his Facebook page**

Since the SFPD disavowed any knowledge of the search for the phone, some tech reporters have speculated that the story of the lost phone was a hoax or publicity stunt engineered by Apple. CNET based its report on a single anonymous source "familiar with the investigation."

Calderón, for his part, said he and his family are eager to figure out exactly what happened.

"Who did I let in?" He asked. "Who was harassing me?"

**UPDATE, 11:31 A.M.:** Colon's LinkedIn profile has already been taken down. Luckily, we scanned a printout of the profile, which you can view **here**, and helpful reader Jim Dahline (**@jdahline**) took a screenshot of the profile page, which you can see on the next page.

**UPDATE, 11:42 A.M.:** Lt. Troy Dangerfield of the SFPD called to clarify his above statements: The police will only investigate if Calderón chooses to speak with them directly and share information about the people who came to his house. (So far, the SFPD has not spoken to Calderón, but only learned of his story through *SF Weekly*.) "If the person is reporting that people misrepresented themselves as San Francisco police officers, that's something we will need to investigate," Dangerfield says. "We take people representing themselves as police officers very seriously."

UP NEXT: Pictures from Apple investigator Anthony Colon's LinkedIn profile and Facebook page.

A screensot of Anthony Colon's LinkedIn profile. Click to enlarge.

SLIDESHOWS



clipping at Brava Theater Sept. 11



Tame Impala at The Greek Theatre, September 3

**More Slideshows »**



UP NEXT: Colon's Facebook page.

Apple investigator Anthony Colon's Facebook page. He lists himself as retired, but has Apple Computers under activities. Click to enlarge.



A picture of Apple investigator Anthony Colon. Click to enlarge.



**facebook**

### Anthony Colon's Photos – Profile Pictures
Photo 2 of 2 · Back to Album · Anthony's Photos · Anthony's Profile          Previous  Next

Added October 19, 2010

From the album:
Profile Pictures by Anthony Colon
Report This Photo

**Anthony Colon** Kicking back in Kona.
October 26, 2010 at 3:06am

**Gina Colon** Yo-stay out of the sun dude!!!!!!!!!!!1
November 7, 2010 at 9:53am

*Follow us on Twitter at **@SFWeekly** and **@TheSnitchSF***

# 404 Not Found

Follow @sfweekly

Tweet                          Pin It

Tags: Apple, iPhone, security breaches, Image

## About The Author

**Peter Jamison**

## COMMENTS

Subscribe to this thread:    By Email    With RSS

☐ Subscribe to this thread

**Post Comment**

ABOUT US     MEDIA KIT     MOBILE     RSS     E-EDITION     SITE MAP

# MOTION FOR JUDICIAL NOTICE EXHIBIT

# SECTION:

# 2017 KQED / TRW Microwave

The Wayback Machine - https://web.archive.org/web/20210420232317/https://www.kqed.org/futureo...

https://web.archive.org/web/20210420232317/https://www.kqed.org/futureofyou/388730/silicon-valleys-toxic-past-haunts-sunnyvale-neighborhood

Always free. Sign In

Science     Coronavirus     Climate     Earthquakes     Deep Look Videos

**KQED FUTURE OF YOU**

# Silicon Valley's Toxic Past Haunts Sunnyvale Neighborhood

By Beth Winegarner     Jun 15, 2017

🔖 **Save Article**

   



Alejandro Diaz, the EPA's community involvement coordinator for the Triple Site, stands outside a large groundwater-cleanup system near Planet Granite in Sunnyvale. *(Beth Winegarner/KQED)*

Sunnyvale's San Miguel neighborhood, with its leafy trees and modest houses, is home to hundreds of families and four schools for young children. Underneath these quiet streets lies a shadow of Silicon Valley's past: groundwater contaminated with a solvent once used to make computer chips, and known to cause cancer and birth defects.

That chemical, known as trichloroethylene or TCE, was as crucial to chipmakers in the 1960s and 1970s as yeast is to a bakery. TCE is a powerful solvent used to clean silicon wafers before the chip design is etched onto them. And it's responsible for nearly half the federal Superfund sites in Santa Clara County. These are areas the U.S. Environmental Protection Agency designates as the nation's most toxic.

Santa Clara has 24 Superfund sites, according to former EPA regional director Jared Blumenfeld. The neighborhood of San Miguel is located within one of them.

When TCE is present in groundwater, it can turn to vapor, seeping through cracks in building frames and into homes and classrooms. Short-term exposure can cause slowed breathing, light-headedness and headaches; over the longer term, TCE exposure causes cancer, particularly kidney cancer and non-Hodgkin lymphoma. And in 2011, a study appeared to show that fetuses exposed to TCE in the first trimester have a higher risk of heart defects at birth. Socioeconomic differences could have influenced the results, though researchers tried to account for that.



Map of the Triple Site area in Sunnyvale, Calif. *(U.S. Environmental Protection Agency)*

## Years of Contamination

Sponsored

A half-mile south of the San Miguel neighborhood is Lowe's Home Improvement, built on the site where Signetics Inc.—which became Philips Semiconductors in 1975—left massive amounts of trichloroethylene in the soil and groundwater from nearly 30 years of chip manufacturing. Next to Lowe's is a large, vacant dome of soil carpeted with dry grass.

"Here's where we have the highest concentrations of TCE," says EPA site manager Melanie Morash, gesturing at the mound. This is essentially Ground Zero for what the EPA calls the Triple Site.

The Triple Site gets its name from the three chipmakers responsible for the contamination: Philips, Advanced Micro Devices and TRW Microwave. In the 1960s and '70s, these companies stored TCE in underground tanks for later use. But the tanks and pipelines sometimes ruptured, leaking TCE into the soil and groundwater. It wasn't until the 1980s, when the EPA launched its Superfund program to clean up the nation's most toxic sites, that these properties began to get attention. By then, the TCE had spread through groundwater a mile to the north, underneath hundreds of homes and apartments and all four schools.

**Cleanup Begins**

In the early 1980s, the EPA worked with the manufacturers to clean up the toxic plume by excavating soil and treating the water. One method decontaminates the water by exposing it to ultraviolet light; the other oxygenates the water, releasing the TCE into the air, where it disperses. Although it isn't ideal to make TCE airborne, it reduces concentrations enough that it isn't a health risk to people, Blumenfeld said.



EPA Triple Site site manager Melanie Morash at the dome of earth near the former Philips Semiconductor property, where TCE contamination is concentrated. *(Beth Winegarner/KQED)*

Across the street from Ground Zero, in the parking lot of Planet Granite, gym-goers breeze past a fenced-off cluster of machinery. The systems hum as they pump groundwater from beneath the soil, aerate the water to disperse toxic chemicals, and return the water to the aquifer. This is one of the Phillips treatment plants.

In the early 2000s, AMD and TRW switched to a method pioneered at Stanford University in which natural bacteria break down the TCE. The bacteria are fed molasses, lactose or vegetable oil to boost their population, creating enough microbes to transform TCE into harmless components, according to Michael Calhoun, a geologist with Haley & Aldrich Inc. and a consultant for AMD.

Bioremediation has been successful for TRW and AMD. Philips—which is now responsible for the remaining cleanup at the Triple Site—held off, sticking to traditional methods. It wasn't until 2016 that Philips began testing bioremediation.

Spokeswoman Silvie Casanova declined to comment on why Philips waited so long to try the method. It's unclear whether it will work as well now.

"If you have a contaminant released into the ground and it sits there for a while, it can diffuse into the soil, and then it's more difficult to get back out," Calhoun said. "Even if you clean up the groundwater, it will continue to diffuse from the soil back into the water."



Two air monitors inside a classroom at San Miguel Elementary School in Sunnyvale. The devices monitor inside buildings for signs of TCE vapor. They must be in place for at least 24 hours to get accurate results. *(Beth Winegarner/KQED)*

## Fighting to Protect Public Health

After the 2011 study revealed the risk for birth defects from TCE, the EPA worked to update its process of notifying people about contamination. Previously, the agency tested buildings in Superfund zones quarterly, and then notified occupants of the results four to five months later, said former regional director Blumenfeld. But the risk to fetuses is highest in the first trimester, meaning pregnant women needed the information much sooner.

Getting the agency to change was an uphill battle. Chipmakers hired lawyers to fight back. EPA headquarters in Washington D.C. told Blumenfeld to hold off because it was working on new national guidelines, but they never materialized, he said.

Blumenfeld eventually won. Under the new notification requirements adopted in 2014, the EPA is required to test air quality inside buildings vulnerable to TCE vapor, install mitigation measures "quickly" and retest to make sure they're working. When exposures reach a certain

level, those mitigations must happen immediately, and residents aren't allowed back in until it's safe.

## Knocking on Doors

Doing all that testing, though, meant getting permission from property owners. The schools within the Triple Site complied quickly, but residents were another story. EPA workers, led by Morash and Alejandro Diaz, the EPA's community involvement coordinator for the site, began going door-to-door to ask if they could test the air inside.

The San Miguel neighborhood includes mostly small, single-family homes with grassy front yards. Sprinkled among them are several modest-sized apartment buildings. During the day, the streets are quiet; almost nobody remains outside. The neighborhood is also extremely diverse, with large concentrations of Latino, Asian and South Asian residents. Diaz said the EPA did outreach in several languages, including Vietnamese, Tagalog, Punjabi and Urdu.



https://web.archive.org/web/20210420232317/https://www.kqed.org/futureofyou/388730/silicon-valleys-toxic-past-haunts-sunnyvale-neighborhood

This riser pipe and fan are part of a
system that diverts TCE vapor from underneath a building to its roof, where it's released into the air rather than going inside the building. *(EPA)*

"The idea is to remove any barriers and make it the least scary possible," he said.

Since early 2015, the team has knocked on more than 500 doors—every property in the Triple Site zone—and tested every school building. About 225 households have allowed testing. The team has detected concerning levels of TCE vapor in 55 households and 37 school buildings, Morash said. Buildings at Rainbow Montessori, San Miguel Elementary and King's Academy all tested positive for TCE vapor; mitigation systems are in place in the schools now, and their air is monitored regularly.

About 30 properties, which include some 100 households, have refused air testing, Huitric said; those who said no haven't told the team why. The EPA keeps in touch with the property owners, ready to act if they change their minds.

Shashi Jaggia, who has owned a 12-unit apartment building on Duane Avenue within the Triple Site zone since 1999, cooperated with the EPA when they came calling. Jaggia had no idea her tenants were being exposed to TCE until the EPA contacted her a couple of years ago. But she wasn't surprised.

"I'm in the real estate business," she said. "I know there's lots of contamination in the groundwater in the area."

During the first year after installing the systems, the EPA tests the air frequently to make sure levels remain safe. If they do, the tests are less frequent in following years. That's the protocol for all properties in the Triple Site, Huitric said.

For now, cleanup, testing and mitigation at the Triple Site is expected to continue indefinitely, until the TCE levels in both groundwater and indoor air are safe. President Donald Trump's proposed budget includes a 31.4 percent cut to the EPA, including $330 million in cuts to the Superfund program. Philips is bankrolling cleanup costs at the Triple Site, but other elements of the process could be in trouble, Blumenfeld said, including enforcement.

"We're not planning for anything until we know for a fact what's happening," said Caleb Shaffer, section chief for Superfund's California Cleanup Section. "We can't predict the future."

SPONSORED


*UCSF's Maria Glymour contributed to this post.*

# MOTION FOR JUDICIAL NOTICE EXHIBIT

## SECTION:

# The Atlantic / TRW Microwave

The Wayback Machine - https://web.archive.org/web/20210414123923/https://www.theatlantic.com/technology/…

## TECHNOLOGY

# Not Even Silicon Valley Escapes History

A revolution began here. And this is what is left over.

**ALEXIS C. MADRIGAL**  **JULY 23, 2013**



*Map tiles by Stamen Design, under CC BY 3.0. Data by OpenStreetMap, under CC BY SA.*

The precise center of Silicon Valley when it was the most important manufacturing region on Earth is now home to Super Space Self Storage.

**3** more free articles this month    |    <u>Sign in</u>                    **Subscribe Now**    ⌃

corporate headquarters, branch offices, restaurants, and hotels. He published this exhaustive niche Yellow Pages as *Rich's Guide to Santa Clara County's Silicon Valley* in 1983.

I discovered a copy of this rare book in Berkeley's library system and realized that it was a fantastic dataset: If I stuck all of the locations onto a map, I could reconstruct the Valley as it was 30 years ago, *right before* the Japanese manufacturers and the forces of globalization pulled and pushed chip production to East Asia. And though the *idea* of Silicon Valley does not allow for history, the place, itself, cannot escape it. The Valley we know now, the Paypal-Google-Facebook one, got built right on top of the original boom towns.

In our Internet-happy present, it's easy to forget that up until the mid-1980s, Silicon Valley was an industrial landscape. Hundreds of manufacturers lined the streets of Sunnyvale, Palo Alto, Cupertino, Mountain View, and San Jose. This is the Silicon Valley when AMD, Apple, Applied Materials, Atari, Fairchild, Hewlett-Packard, Intel, National Semiconductor, Varian Associates, Xerox, and hundreds of other companies made their products right here in the Bay.

# RECOMMENDED READING

The Alt-Right Has Lost Control of *Redpill*

**KAITLYN TIFFANY**



An Unexpected Boon to America's Vaccine Towns

**DANIEL BLOCK**



What on Earth Is Amazon Doing?

**IAN BOGOST**



**3** more free articles this month

**Subscribe Now**

The Valley was as important a manufacturing center as Detroit or Pittsburgh were. This was the place making the foundational technology of the era, and it brought prosperity to the region. Between 1964 and 1984, Santa Clara County added 203,000 manufacturing jobs, according to a report by the Association of Bay Area Governments; 85 percent of them were in high-tech. Another economist found that Santa Clara County's manufacturing growth had driven the economic well-being of the entire Bay Area during that period. Without the growth of Valley manufacturing, the San Francisco and Oakland's economies would have severely suffered, not to mention the rest of the country's. This was the industrial heartland of America, even if it was nestled against the San Francisco Bay.

In other words, *Rich's Guide*, I realized, would let me map this first peak of Silicon Valley, the one that gave meaning to the term high-tech. With substantial help from my colleague on *The Atlantic Wire*, Philip Bump, we put this map together. If you worked in the Valley at the time, it should take you back to the days of Ampex, Varian Associates, and the Rusty Scupper. But there's plenty to see, even if you only know the area by reputation.

# 404

**File not found**

The site configured at this address does not contain the requested file.

If this is your site, make sure that the filename case matches the URL.
For root URLs (like `http://example.com/`) you must provide an `index.html` file.

Read the full documentation for more information about using **GitHub Pages**.

GitHub Status — @githubstatus



**3** more free articles this month

**Subscribe Now**

Case 3:23-cv-04597-EMC Document 35-14 Filed 12/25/23 Page 22 of 46

For example, you'll find Apple headquarters at 20525 Mariana Ave, just across De Anza Boulevard from the current HQ at 1 Infinite Loop. They were part of a little cluster of companies just off Interstate 280, south of the hottest action up closer to Highway 101. Most of the rest have not survived -- Braegen Corp., Iconix, International Memories, Tymshare, Four-Phase Systems. Yet these same people would have all visited the Peppermill Lounge for some 80s-"fern bar" refreshment.

After geocoding all these points -- i.e. finding all their latitudes and longitudes -- I could compute the average of all the locations on the map. In a meaningful sense, the spot was the very center of the corporate ecosystem that we call Silicon Valley in 1983.

My math says it's located in Sunnyvale, south of 101 between North Wolfe Road and the Lawrence Expressway at precisely *37.38260152 degrees north, 122.0094996784 degrees west.*

As luck would have it, this spot was smack in the middle of the headquarters of chipmaker and long-time Intel rival, Advanced Micro Devices, or AMD, in a complex centered at 901 Thompson Place.



**3** more free articles this month | **Subscribe Now**

This is what it looks like now, in its self-storage incarnation:



Google Maps

We can see the back of the Super Space Self-Storage. There is no sign of the AMD buildings that once stood here.

I had to see for myself what had become of the center of the Valley, so I got in my car and headed across the Bay Bridge and down the peninsula. I'd use the single block surrounding the center of the old Valley to understand what had happened to this place not as a footnote in a history of the computing industry, but as a landscape. What I found was second-generation suburbia with a far more complex story than the standard Silicon Valley narrative about cherry orchards and the making of a glorious revolution.

\* \* \*

As always, it was sunny in Sunnyvale. I got off at the exit for <u>Moffett Field</u>, the set of facilities that made this area a hotbed of early aerospace (and therefore computing) activity. After a few lights I made a left onto the Central Expressway and zoomed past endless town homes and old suburbs onto Arques Avenue. I parked the car at

**3** more free articles this month

**Subscribe Now**

There was nothing particularly interesting about it. Like most self-storage locations, the building is blocky and windowless. It's nestled in-between a massive Lowe's and Cheetah's, "a small neighborhood strip club," according to a Google Plus review. As I snapped away, a single pedestrian walked by, an Asian man in khakis and a tucked-in, short-sleeved collared shirt. Traffic came and went: a Camry, a Jeep, a Subaru, big white van. Just another part of the great California carscape, it would seem.



The center of Silicon Valley, 1983 (Alexis Madrigal)

As I walked back across the street, I found a big guy walking towards me. "Well, you got our curiosity piqued," he said, pointing to my camera. He had a soul patch and wore an checked Oxford monogrammed with the name of the self-storage place. All-in, he looked like Ted Danson, if Danson lifted weights. This was Geoffrey Taylor, manager of the facility.

I explained myself to him, trying not to sound completely ridiculous. "And so, I calculated that, in 1983, this was the center of Silicon Valley, and I came down here to see it --"

"And you ended up at a Superfund site," he said.

**3** more free articles this month    |    **Subscribe Now**

"This was AMD," Taylor continued. "They manufactured chips here."

I went inside and met his staff, enjoying the air conditioning. They told me about the building's many amenities for the discerning self-storage customer: climate-control, special locks, security systems. "Who needs this type of service?" I asked.

"I'd say 75 percent of our clientele is transient engineers working for the tech companies," Taylor told me. They were almost all from India and east Asia.

I left my car in the parking lot and headed southeast. Past Cheetah's, there was a large office building being leased by two commercial real-estate brokers named Dixie Divine and Doug Ferrari.

The businesses around were an odd melange: a Bank of America, two auto-body shops, the 5-Star School for Music, a semiconductor company called Synerchip, a signal-processing designer called Teledyne Cougar, and Sri Ananda Bhavan, a bustling south Indian restaurant. At the corner of Deguine Drive, a newly built retail space sat empty, looking almost precisely like the sad, shuttered video stores you see all over America.

Deguine was wide. The landscaping was so regular, it mocked the idea of nature. Tree, door, tree. Here and there, a knoll created by a bulldozer, sodded with grass from Oregon.

Empty office buildings and parking lots abounded. A couple gardeners wandered among them, working solo, carrying chemicals on their backs, ensuring the for-lease billboards looked nice.

**3** more free articles this month          |                              **Subscribe Now**



Tree, door, tree (Alexis Madrigal)



"Gardening" (Alexis Madrigal)

Heading up Deguine, I noticed that there was a steady stream of pedestrian traffic,

**3** more free articles this month

**Subscribe Now**

acupuncturist, a sports medicine group, and the China-focused <u>Christian Leadership Institute</u>.

Right next door, Nine Star operates California University Silicon Valley, which caters to IT professionals with the pitch that you'll learn "from instructors with titles like CEO, CIO, CFO, COO, Sr Manager, Marketing SVP, Venture Fund Manager and other real industry positions." In a clear sign about who they're selling education to, their domain CUSV.org autoforwards to <u>CUSV.in</u>, as in India. The university certainly has Silicon Valley-level chutzpah. "Whether you are considering Harvard, Stanford, Santa Clara University, MIT, Georgia Tech, San Jose State, UCLA, or for that matter any other top grad school," they declare, "you will want to choose CUSV to ensure your competitive advantage and maximize the NPV of your expected career income stream."



Nine Star University (Alexis Madrigal)

Across the street, UMC, a very large Taiwanese semiconductor foundry, has its North American headquarters. I had to admire the symmetry of its building. Humans could only besmirch it.

**3** more free articles this month

**Subscribe Now**

Case 3:23-cv-04597-EMC   Document 35-14   Filed 12/25/23   Page 28 of 46



UMC (Alexis Madrigal)

At the next intersection, I turned left. Across the street, a man talked on a cell phone in front of BioCurious, "your Bay Area hackerspace for biotech." What are they working on? For example: "We are attempting to insert these genes into other algae, Arabidopsis and Petunias to build a glow-in-the-dark plants. Avatar, here we come!" So that's going on there.

To the right of BioCurious, there was a batterymaker for motorcycles called Shorai. To the left, a Mediterranean restaurant called the Agape Grill. If you were to have a gyro at Agape under the tall, tall palm trees or a Coca-Cola umbrella, you would look across the street at the America Chinese Evangelical Seminary, as well as the Sacred Logos Resource Center, which appears to be another Christian evangelical group catering to Chinese immigrants. These buildings were all beige with glass doors, one and a half floors. There are hundreds of thousands of structures that look just like these across the region and nation.

**3** more free articles this month ⏐                                    **Subscribe Now**



An empty building (Alexis Madrigal)

Another massive empty office building stood out for its hexagonal dark glass atrium and the sculpture just outside its locked doors, which looked like a sundial set permanently to noon.

I found all the white people in a packed parking lot attached to a strange looking building that turned out to be a climbing gym and yoga studio called Planet Granite. I watched toned people go in and out for a few minutes, and then headed back towards my car, cutting through the loading area at the back of Lowe's.

Between the massive blank walls, I was the only human around.

**3** more free articles this month              **Subscribe Now**



Lowe's loading area (Alexis Madrigal)

I could not parse this neighborhood. It didn't make sense.

When I got home, I found out that for 30 years, and all around the block I'd surveyed, an intense remediation effort was underway. For as long as I've been alive, there has been a plume of chemicals underground at that spot, extending 4,000 feet north, up past 101. Everyone hoped these chemicals wouldn't make it to the water supply before it could be pumped out and treated.

\* \* \*

In contemporary descriptions of Silicon Valley as it was being built, every writer seems to note the absence of smoke stacks. A miracle! A clean industry! A better industrial capitalism!

The aesthetic was intentional. These factories of the future were designed to look like buildings on a college campus, which is to say, Stanford. The Stanford Industrial Park (later, the Stanford Research Park) set the visual standard from its founding in 1951 onward. There were rules governing which parts of the industrial apparatus could be visible, so as not to detract from the idea that these were locations for

**3** more free articles this month    |    **Subscribe Now**

"Companies had to follow strict building codes, which included 'complete concealment' of things like smokestacks, generators, transformers, ducts, storage tanks, and air conditioning equipment," underlined environmental historian Aaron Sachs wrote in 1999.

Other municipalities wanted to encourage similar developments, and as Sachs concludes, "Stanford Industrial Park essentially replicated itself several times over-- each time spurring the construction of new expressways and strip malls in neighboring areas." What began as Stanford dean and Silicon Valley godfather Fred Terman's dream to build "a community of technical scholars" in pleasant industrial parks became the architectural standard for the entire high-tech manufacturing world.

But the manicured look and feel had consequences. Storage tanks were placed underground, out of sight and out of mind. Until suddenly, in 1981, people in south San Jose living near Fairchild Semiconductor and IBM realized they were drinking water contaminated by the two firms' manufacturing plants.

That touched off a search to see if similar leaks were occurring at other sites. "Anyone who looked for leaks found them," Will Bruhns of the San Francisco Bay Regional Water Quality Board told the San Francisco Chronicle in 2004. The final count found that 75 of the 96 underground tanks in the south Bay had contaminated the ground and/or water around them.

**3** more free articles this month

**Subscribe Now**





Superfund sites, Silicon Valley by Paul Mison, on Dotspotting (Map tiles by Stamen Design, under CC BY 3.0. Data © OpenStreetMap contributors.)

Before the leaks were found, underground chemical storage was not regulated by any level of government. Or, in the current industry parlance, the semiconductor industry was regulating itself. And their methods for preventing and detecting leaks of known toxic chemicals were recklessly, absurdly ineffective.

Planet Granite is located on a site contaminated by Philips Semiconductor. So is Lowe's. The empty octagonal glass building is a TRW Microwave Superfund site. I'd been walking on a paved-over environmental disaster zone, colonized by whoever wanted to benefit from lower leasing prices and a lack of NIMBY opponents.

There are six Superfund sites within a couple miles where the Super Space Self-Storage now stands. Shockingly, Santa Clara County has more Superfund sites than any other county in the nation. By comparison, the entire state of Illinois only has 13.

**3** more free articles this month

**Subscribe Now**



The cluster of contaminated sites, with the plume extending upwards in the area labeled "Offsite Operable Unit" (California Regional Water Quality Board)

The contamination at the AMD site at Thompson is not the worst in the Valley. Toxic chemicals only reached aquifers near the surface, and did not hit the public water supply. Nonetheless, beginning in July of 1983 with the discovery of volatile organic compounds in both soil and water at the site, remediation began. The main contaminant of concern was tricholoroethene (TCE). Leaking acid neutralization systems were removed along with 217 cubic yards of soil. Groundwater was pumped out and through filtration systems with first one well, then three, then five. Thirty-eight more wells pump the commingled contamination from the AMD, Phillips, and TRW Microwave sites. They run roughly east-west along Duane Avenue, Carmel Avenue, Alvarado Avenue, and Highway 101. All this water gets released back into the water table after it is treated.

**3** more free articles this month  |  **Subscribe Now**

The cleanup effort is massive. From the mid-1980s through 2008, 231 million gallons of groundwater were pumped up and treated. Beginning in 2005 (around the time the company sold the site to the people who built Super Space Self Storage), AMD began to deploy in-situ bioremediation, after realizing that the efficiency of the groundwater pumping system was declining. In essence, molasses (literally, molasses) is pumped into the subsurface to feed colonies of microbes, who can degrade TCE into harmless compounds.

The California Regional Water Quality Control Board judged the bioremediation a success; it has managed to reduce TCE concentrations by 90 percent, though the process is on-going, according to the lead project manager with the Water Board, Max Shahbacian.

"They are doing whatever they can," Shahbacian told me. "Some of that contamination you can't capture. Some is stuck to the clay soils. Some has gone off site. They are cleaning it up as best they can."

"A lot of the big companies, except the big oil companies, they are pretty good about cleaning up," he said. "They've been cleaning this site for many years and they're going to continue to doing that."

So, 30 years after the contamination was discovered in July 1983, it's probable that what remains of the plume of chemicals is unlikely to contaminate groundwater. A victory for our age.

* * *

And in the meantime, the people who live here are creating the lives they want on the carcass of this old industrial system, whether that's DIY biotech labs, south Indian restaurants, California University Silicon Valley, rock climbing gyms, or Chinese evangelical training facilities.

What we see here is not simple suburbia. This is a landscape that industrialists, government regulators, and city planners sacrificed to create the computer industry that we know today. It has as much in common with a coal mine or the Port of Oakland as it does with Levittown or Google's campus. All of which should lead us

**3** more free articles this month

**Subscribe Now**

Case 3:23-cv-04597-EMC    Document 35-14    Filed 12/25/23    Page 35 of 46

the lofts near downtowns across the country, like Lansing, Michigan, like Williamsburg, like Portland's Pearl District.

What we see now is a surreal imitation of the suburban industrial parks and commercial spaces of yesteryear. They're built atop the past's mistakes, erasing them from our maps and eyes.

And yet, as the humans eat dosas and climb fake mountains and learn acupuncture and buy lap dances, beneath the asphalt and concrete, the microbes eat toxic waste sweetened with molasses, cleaning up our mistakes.

A revolution began here. And this is what's left over.

**ALEXIS C. MADRIGAL** *is a staff writer at* The Atlantic, *a co-founder of the COVID Tracking Project, and the author of* Powering the Dream: The History and Promise of Green Technology.

Connect       Twitter      

**3** more free articles this month

**Subscribe Now**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# MOTION FOR JUDICIAL NOTICE EXHIBIT

## SECTION:

# Apple Earth Day Press Release

UPDATE

April 21, 2021

# Apple Celebrates Earth Day 2021

Environmental Justice Challenge for Change with Dolores Huerta and curated content in the App Store, the Apple TV app, Apple Books, Apple Podcasts, Apple Maps, and more make it easy for customers worldwide to learn and engage



This Earth Day, customers around the world can learn about the environment and celebrate the planet through the App Store, Apple TV+, Apple Maps, and Apple Watch. ↓

Today, in celebration of Earth Day 2021, Apple is sharing new ways for customers around the world to learn about climate change and other environmental issues, with a focus on environmental justice. With new educational resources, curated content, and engaging activities, Apple customers can appreciate the beauty of the planet, learn about key issues, and support worthy causes.

In addition to these efforts, Apple is driving environmental progress with innovative solutions to meet its goal of becoming carbon neutral by 2030, and providing a blueprint for other companies to do the same. As part of its 2030 goal, Apple recently announced over 110 of its manufacturing partners around the world are moving to 100 percent renewable energy for their Apple production. Apple has also committed $4.7 billion in its Green Bond spend to invest in projects that address carbon emissions, supporting renewable energy projects that bring clean energy to local communities, and announced a new $200 million effort to protect the world's forests, accelerating natural solutions to climate change. This work is detailed further in Apple's recently released 2021 Environmental Progress Report. Earlier this week, Apple also announced that the all-new iMac, iPad Pro, AirTag, and Apple TV 4K will lead the industry in their use of recycled materials.

"As government and business leaders gather to fight climate change and build a better future for our planet, we're reminded that each of us — in communities around the world — is a part of this work," said Lisa Jackson, Apple's vice president of Environment, Policy and Social Initiatives. "The resources and community initiatives we're sharing today are all about amplifying voices too often unheard, and giving people the tools to learn, engage, and be part of the solution."



In Reno, Nevada, Apple's fourth solar project in the state delivers 50 megawatts of new renewable power to the area, including for Apple's local data center.    ↓

## Lifting Up Voices for Change and Empowering Impacted Communities

**Newsroom**

environmental challenges.

In the third installment of its "Challenge for Change" learning series, Apple is collaborating with Dolores Huerta, social justice advocate and founder of the Dolores Huerta Foundation, to encourage learners of all ages to "Create a Better World Through Environmental Justice." The video challenge and companion workbook provide educators, students, and parents with thought-provoking conversation guides that inspire them to create sustainable environments in their neighborhoods and consider the simple ways they can start to address inequities within their own communities.

Teams across Apple are working with community organizations and educators to help empower and amplify community voices. These efforts include a focus on Black and Brown communities, girls and young women, and youth activists.

As part of ongoing partnerships with Historically Black College and Universities through its Racial Equity and Justice Initiative, Apple has collaborated with Huston-Tillotson University in Austin, Texas, to help the school launch a new environmental justice degree program. The company's Impact Accelerator, focused on growing minority-owned businesses to support environmental initiatives and its 2030 carbon neutrality goal, is accepting ongoing applications. To help empower young women, Apple is collaborating with Malala Fund to take long-term action to reduce existing gender disparities in access to climate-related education and to inspire the next generation of female activists, including through a new research and advocacy initiative. And to amplify the voices of young activists, Apple teamed up with The Redford Center in March for its second annual Stories Challenge — a storytelling initiative that empowers youth filmmakers to share their perspectives on environmentalism by producing a video with Clips, Apple's free video creation app for iPhone and iPad — and is pleased to announce the winners of the 2021 Redford Center Stories Challenge today.



**Apple is collaborating with Dolores Huerta, social justice advocate and founder of the Dolores Huerta Foundation, in an educational video challenge to encourage learners of all ages to "Create a Better World Through Environmental Justice."**

## Engaging Storytelling to Learn About Climate Change and the Environment

The Apple TV app and Apple Books feature special Earth Day collections. **Apple TV app** users can view features on citizen activists and stories that explore the science and human cost of climate change and its impact on wildlife, and offer hope for the future. Additionally, **Apple TV+** subscribers can enjoy the new documentary "The Year Earth Changed," narrated by David Attenborough, as well as the second seasons of Apple Originals "Tiny World" and "Earth At Night In Color." On **Apple Books**, customers can explore books and audiobooks about reversing climate change and ways everyone can do their part, alongside spotlights on authors whose work explores environmental themes.



Special Earth Day programming on Apple TV+ highlights nature, climate change, and the beauty of planet Earth.                    ↓

On **Apple Podcasts**, the "Earth Won't Wait" editorial collection offers listeners insight and education on environmental issues, providing inspiration for active participation in the fight against climate change and underscoring the power and importance of nature itself. Subsections of the collection include topics such as conscious consumerism, stewardship, and sustainability; global threats and global solutions; and connecting with nature. On **Apple Music**, customers can listen to earth-inspired music on the "Sounds of Nature" and new "Mixtape for Mother Earth" playlists, or enjoy "Restore Our Earth Through Music," a special editorial space that features a peaceful soundscape of the seven continents and exclusive motion covers.

The **App Store** provides a single destination for customers to find a wealth of information on how to make a positive environmental impact. Apps such as Think Dirty, Deliciously Ella, All the World, and Kilma help make sustainable shopping, food waste reduction, and getting children involved in the effort easier than ever before.



In the App Store, apps focused on sustainable shopping, food waste reduction, and getting children involved support consumer awareness in taking action.   ↓

On **Apple Arcade**, "Alba: A Wildlife Adventure" tells the story of a young girl as she sets out to save her beautiful island and its wildlife. In partnership with Ecologi, each download of the game will result in the planting of one tree as part of a reforestation project in Madagascar.



Apple Arcade's "Alba: A Wildlife Adventure" tells the story of a young girl working to save local habitats, and through a partnership with Ecologi, each download of the game will result in the planting of one tree.

## Transforming Daily Routines into Earth Day Celebrations

In communities around the world, customers can use some of their favorite Apple tools to make their daily activity a celebration of Earth Day.

With new curated Guides from the National Park Foundation, The Nature Conservancy, Red Tricycle, Culture Trip, FATMAP, and Lonely Planet, **Apple Maps** helps make exploring nature's wonders a fun adventure for everyone. Discover national parks across the country, destinations for eco-tourism, the best birdwatching spots in New York, glamping sites across Utah's rugged and beautiful landscapes, and more.

**Apple Watch** wearers globally can earn a special Earth Day Award and stickers for Messages by completing a 30-minute workout on April 22.



On Apple Watch, wearers can earn a special Earth Day Award and stickers by completing any workout on April 22.    ↓

**Share article**



**Images of Apple Celebrates Earth Day 2021**

Download all images ⊙

---

## Press Contacts

**Apple Media Helpline**

media.help@apple.com

## Latest News



⚡ QUICK READ

**Apple expands Self Service Repair and introduces new Diagnostics process**

December 13, 2023

---



⚡ QUICK READ

**Apple spotlights the top apps and games of 2023 on the App Store**

December 12, 2023

---



⚡ QUICK READ

**Siri can now help users access and log their Health app data**

December 11, 2023

  Newsroom

**The latest news and updates, direct from Apple.**

Read more

Newsroom    Apple Celebrates Earth Day 2021

| Shop and Learn | Account | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Manage Your Apple ID | Find a Store | Apple and Business | Accessibility |
| Mac | Apple Store Account | Genius Bar | Shop for Business | Education |
| iPad | iCloud.com | Today at Apple | | Environment |
| iPhone | | Apple Camp | **For Education** | Inclusion and Diversity |
| Watch | **Entertainment** | Apple Store App | Apple and Education | Privacy |
| Vision | Apple One | Certified Refurbished | Shop for K-12 | Racial Equity and Justice |
| AirPods | Apple TV+ | Apple Trade In | Shop for College | Supplier Responsibility |
| TV & Home | Apple Music | Financing | | |
| AirTag | Apple Arcade | Carrier Deals at Apple | **For Healthcare** | **About Apple** |
| Accessories | Apple Fitness+ | Order Status | Apple in Healthcare | Newsroom |
| Gift Cards | Apple News+ | Shopping Help | Health on Apple Watch | Apple Leadership |
| | Apple Podcasts | | Health Records on iPhone | Career Opportunities |
| **Apple Wallet** | Apple Books | | | Investors |
| Wallet | App Store | | **For Government** | Ethics & Compliance |
| Apple Card | | | Shop for Government | Events |
| Apple Pay | | | Shop for Veterans and Military | Contact Apple |
| Apple Cash | | | | |

More ways to shop: <u>Find an Apple Store</u> or <u>other retailer</u> near you. Or call 1-800-MY-APPLE.

Copyright © 2023 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map                    United States