**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, <br><br> Plaintiff, <br><br> v. <br><br> **APPLE INC**, *a corporation*, <br><br> Defendant. | **Case No. 3:23-cv-04597-EMC** <br><br> **Filed**: September 7 2023 <br><br> **District Judge**: Honorable Edward M. Chen <br><br> **MOTION FOR JUDICIAL NOTICE** <br><br> **Hearing** <br> Dept: Courtroom 5, 17th Floor (Virtual) <br> Date: February 8, 2024 1:30 p.m. <br> *Plaintiff Does Not Require Oral Arguments* <br><br> *Concurrent with:* <br> *Defendant's Motion to Dismiss (Doc #30)* <br> *P's Opposition to Motion to Dismiss (Doc #33)* |

**Motion for Judicial Notice Cover Page: Exhibit 12**

**Summary: Maps**

***Declaration***: *I verified the authenticity of each of these documents. A true and correction version of each document is attached in each exhibit. I declare under penalty of perjury this is true and correction. /s/ Ashley M. Gjovik (December 25 2023).*

---

1

**3250 Scott Blvd**
distance (overhead) to nearest building at Santa Clara Square Apartments





### 3250 Scott Blvd
Building

 Directions   Save   Nearby   Send to phone   Share

 3250 Scott Blvd, Santa Clara, CA 95054

### Photos





Measure distance
Total distance: 158.63 ft (48.35 m)

### 3250 Scott Blvd



Imagery ©2023 Airbus, CNES / Airbus, Maxar Technologies, U.S. Geological Survey, USDA/FPAC/GEO, Map data ©2023 Google        200 ft



### 3250 Scott Blvd
Building

 Directions    Save    Nearby    Send to phone    Share



Imagery ©2023 Airbus, CNES / Airbus, Maxar Technologies, U.S. Geological Survey, USDA/FPAC/GEO, Map data ©2023     200 ft



# 3255 Scott Blvd

 Directions   Save   Nearby   Send to phone   Share