(Additional counsel on following page)

JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     +1 650 614 7400
Facsimile:      +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>              Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No. 23-cv-4597-EMC<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge:        Hon. Edward M. Chen<br>Trial Date:   None Set<br>Action Filed: September 7, 2023<br>Hearing Date: February 8, 2024 |

1  KATE E. JUVINALL (SBN 315659)
   kjuvinall@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   631 Wilshire Blvd., Suite 2-C
3  Santa Monica, CA 90401
   Telephone:     +1 310 633 2800
4  Facsimile:      +1 310 633 2849

5  RYAN D. BOOMS (SBN 329430)
   rbooms@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1152 15th Street, N.W.
7  Washington, D.C. 20005-1706
   Telephone:     +1 202 339 8400
8  Facsimile:      +1 202 339 8500

9  Attorneys for Defendant
   Apple Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    TO PLAINTIFF ASHLEY GJOVIK:

2         PLEASE TAKE NOTICE that Defendant Apple Inc. hereby withdraws without prejudice

3    its Motion to Dismiss Plaintiff's First Amended Complaint (Dkt No. 30) in light of the filing of

4    Plaintiff's Second Amended Complaint on December 21, 2023 (Dkt No. 32).

5

6    Dated: December 27, 2023                    ORRICK, HERRINGTON & SUTCLIFFE LLP

7

8                                  By: _____/s/ *Jessica R. Perry*_____
                                          JESSICA R. PERRY
9                                        Attorneys for Defendant
                                            APPLE INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28