**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, | **Case No. 3:23-cv-04597-EMC** |
| Plaintiff, | **Filed**: September 7 2023 |
| v. | **District Judge**: Honorable Edward M. Chen |
| **APPLE INC**, *a corporation*, | **MOTION FOR JUDICIAL NOTICE** |
| Defendant. | **Filed: December 25 2023** |
|  | **ADDITIONAL EXHIBITS** |
|  | **Hearing** |
|  | Dept: Courtroom 5, 17th Floor (Virtual) |
|  | Date: February 8, 2024 1:30 p.m. |

**Motion for Judicial Notice Cover Page: Exhibit** 02

3250 Scott Blvd

**Declaration**: I verified the authenticity of each of these documents. A true and correction version of each document is attached in each exhibit. I declare under penalty of perjury this is true and correction. /s/ Ashley M. Gjovik (January 2 2024).

---

1

# MOTION FOR JUDICIAL NOTICE (PART II)
# ADDITIONAL EXHIBIT

# SECTION:

# NMP TSCA

1/2/24, 4:52 PM 87 FR 77596 - n-Methylpyrrolidone (NMP); Revision to Toxic Substances Control Act (TSCA) Risk Determination; Notice of Availability - Cont…

Case 3:23-cv-04597-EMC   Document 37-2   Filed 01/02/24   Page 3 of 8

Search  Advanced  Citation

What are you searching for?

Download

Actions

## Content Details

(https://www.facebook.com/sharer.p u=https://www.govinfo.gov/app/details/FR-2022-12-19/2022-27438)

(mailto:?subject=87 FR 77596 - n-Methylpyrrolidone (NMP); Revisio Toxic Substances Control Act (TSCA) Risk Determination; Notic Availability - Content Details - 20 27438&body=https%3A%2F%2Fwww.govinfo.gov%2Fapp%2Fdetails%2F 2022-12-19%2F2022-27438)

# 87 FR 77596 - n-Methylpyrrolidone (NMP); Revision to Toxic Substances Control Act (TSCA) Risk Determination; Notice of Availability

Summary   Document in Context ⓘ

**Publication Title**
Federal Register Volume 87, Issue 242 (December 19, 2022)

**Category**
Regulatory Information

**Collection**
Federal Register

**SuDoc Class Number**
AE 2.7:
GS 4.107:
AE 2.106:

**Publisher**
Office of the Federal Register, National Archives and Records Administration

**Section**
Notices

**Action**
Notice.

**Contact**
For technical information contact: Clara Hull, Office of Pollution Prevention and Toxics (7404M), Environmental Protection Agency, 1200 Pennsylvania Ave. NW, Washington, DC 20460-0001; telephone number: (202)

**Summary**

1/2/24, 4:52 PM                       80 FR 77596: n-Methylpyrrolidone (NMP); Revision to Toxic Substances Control Act (TSCA) Risk Determination; Notice of Availability - Cont…

Case 3:23-cv-04597-EMC   Document 37-2   Filed 01/02/24   Page 4 of 8

The Environmental Protection Agency (EPA) is announcing the availability of the final revision to the risk determination for the n-methylpyrrolidone (NMP) risk evaluation issued under the Toxic Substances Control Act (TSCA). The revision to the NMP risk determination reflects the announced policy changes to ensure the public is protected from unreasonable risks from chemicals in a way that is supported by science and the law. EPA determined that NMP, as a whole chemical substance, presents an unreasonable risk of injury to health when evaluated under its conditions of use. In addition, this revised risk determination does not reflect an assumption that workers always appropriately wear personal protective equipment (PPE). EPA understands that there could be adequate occupational safety protections in place at certain workplace locations; however, not assuming use of PPE reflects EPA's recognition that unreasonable risk may exist for subpopulations of workers that may be highly exposed because they are not covered by Occupational Safety and Health Administration (OSHA) standards, or their employers are out of compliance with OSHA standards, or because many of OSHA's chemical- specific permissible exposure limits largely adopted in the 1970's are described by OSHA as being ``outdated and inadequate for ensuring protection of worker health,'' or because OSHA has not issued a chemical-specific permissible exposure limit (PEL) (as is the case for NMP), or because EPA finds unreasonable risk for purposes of TSCA notwithstanding OSHA requirements. This revision supersedes the condition of use-specific no unreasonable risk determinations in the December 2020 NMP Risk Evaluation and withdraws the associated TSCA order included in the December 2020 NMP Risk Evaluation.

### Agency Name

ENVIRONMENTAL PROTECTION AGENCY

### Page Number Range

77596-77602

### Federal Register Citation

87 FR 77596

### Docket Numbers

EPA-HQ-OPPT-2016-0743, FRL-9943-02-OCSPP

### FR Doc Number

2022-27438

 (http://www.gpo.gov)

U.S. Government Publishing Office

 (http://www.iso16363.org/iso-certification/certified-clients)



# MOTION FOR JUDICIAL NOTICE (PART II)
## ADDITIONAL EXHIBIT

# SECTION:

# News Articles

BUSINESS  >  TECHNOLOGY

# Apple signs two big Santa Clara leases in fresh expansion



By **GEORGE AVALOS** | gavalos@bayareanewsgroup.com | Bay Area News Group

July 23, 2015 at 10:08 a.m.

SANTA CLARA — Apple, in another remarkable expansion of its Silicon Valley operations, has struck a deal to lease two big buildings in Santa Clara, according to sources familiar with the transactions.

The buildings that Apple leased, located on Patrick Henry Drive, just south of Highway 237 and not far from Levi's Stadium, would accommodate as many as 1,600 workers.

Cupertino-based Apple leased a total of 318,000 square feet in the Santa Clara deals, according to sources familiar with the transactions, which Apple insisted be kept private and confidential. One building, at 5440 Patrick Henry Drive, totals 189,000 square feet. The other, at 5301 Patrick Henry, totals 129,000 square feet.



Apple and the property owners for the buildings did not respond to requests for comment. Cornish & Carey Newark, the commercial realty firm that was seeking tenants for both buildings, declined to discuss the deal. Apple typically refuses to discuss its real estate transactions publicly.

A consortium led by San Jose-based Insight Realty bought the building at 5301 Patrick Henry in December with an intent to upgrade the property.

"We have worked to design a unique and special project that will be a standout leasing opportunity in a fantastic market," Dennis Randall, managing director with Insight, said in a prepared release to discuss his group's purchase at the time. Randall said his group hired Cornish & Carey to market the building.

Apple has been steadily adding buildings to its portfolio in recent years.

Santa Clara became a new location for Apple in November 2012, when the company leased 260,000 square feet in two big office buildings owned by developer Peery Arrillaga. Last September, market sources say, Apple leased 60,000 square feet in a manufacturing building at 3250 Scott Blvd.

Earlier this month, Apple leased 290,000 square feet in an office building near the corner of Orchard Parkway and Charcott Avenue in North San Jose.

These leases, market experts say, represent expansions for Apple beyond the capacity of its new "spaceship" headquarters, now under construction in Cupertino.

The deals come as the tech sector has been on an expansion binge in Silicon Valley with Google, Facebook, LinkedIn, Apple and other companies spreading out to new buildings to accommodate more workers.

"The growth and demand is robust," said Jim McPhee, an executive vice president with Cushman & Wakefield, a commercial real estate firm. "I have seen nothing that indicates that tech companies are pulling back. All the tech companies are saying they are planning continued expansion of their operations and growth of their head count in Silicon Valley."

In many cases, companies are telling realty experts that they intend to expand their staffing levels by 10 percent a year over the next several years.

"You have corporate giants such as Apple and Google that are expanding, and

Apple and Mountain View-based Google surprised local experts by planting roots in Sunnyvale, outside their home territories. But since those deals a few years ago, both companies have continued a shopping spree to occupy and control more buildings in a growing number of cities.

What's more, the current leasing activity by numerous tech companies in Santa Clara County, San Mateo County and southern Alameda County is solid and not based on frothy valuations and business plans such as the ones that triggered the dot-com bubble.

"The companies leading the demand this time around in Silicon Valley are real companies, with real balance sheets, real profits and a lot of money in the bank," McPhee said. "They can also produce a lot of cash over the next several quarters."

Contact George Avalos at 408-859-5167. Follow him at Twitter.com/georgeavalos.



The Trust Project

**SUBSCRIBE TODAY**
GET DIGITAL ACCESS FOR JUST 99 CENTS!

**2015** > **July** > **23**