**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, | **Case No. 3:23-cv-04597-EMC** |
| Plaintiff, | **Filed**: September 7 2023 |
| v. | **District Judge**: Honorable Edward M. Chen |
| **APPLE INC**, *a corporation*, | **MOTION FOR JUDICIAL NOTICE** **Filed: December 25 2023** |
| Defendant. | **ADDITIONAL EXHIBITS** |

**Case No. 3:23-cv-04597-EMC**

**Filed**: September 7 2023

**District Judge**: Honorable Edward M. Chen

**MOTION FOR JUDICIAL NOTICE**
**Filed: December 25 2023**

**ADDITIONAL EXHIBITS**

**Hearing**

Dept: Courtroom 5, 17th Floor (Virtual)

Date: February 8, 2024 1:30 p.m.

### Motion for Judicial Notice Cover Page: Exhibit 03

NLRB

***Declaration***: I verified the authenticity of each of these documents. A true and correction version of each document is attached in each exhibit. I declare under penalty of perjury this is true and correction. /s/ Ashley M. Gjovik (January 2 2024).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# MOTION FOR JUDICIAL NOTICE (PART II) ADDITIONAL EXHIBIT

## SECTION:

## Apple Notified of 8/26/21 NLRB Charge via Mail on 8/30/21

UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD

REGION 32                                    Agency Website: www.nlrb.gov     Download
1301 Clay St Ste 300N                        Telephone: (510)637-3300         NLRB
Oakland, CA 94612-5224                       Fax: (510)637-3315               Mobile App

August 30, 2021

Apple Inc.
One Apple Park Way
Cupertino  CA  95014

                          Re:    Apple Inc.
                                 Case 32-CA-282142

Dear Sir or Madam:

Enclosed is a copy of a charge that has been filed in this case.  This letter tells you how to contact the Board agent who will be investigating the charge, explains your right to be represented, discusses presenting your evidence, and provides a brief explanation of our procedures, including how to submit documents to the NLRB.

**Investigator:**  This charge is being investigated by Field Examiner ALEXANDER M. HAJDUK whose telephone number is (510)671-3024.  If this Board agent is not available, you may contact Supervisory Attorney CATHERINE VENTOLA whose telephone number is (510)671-3049.

**Right to Representation:**  You have the right to be represented by an attorney or other representative in any proceeding before us.  If you choose to be represented, your representative must notify us in writing of this fact as soon as possible by completing *Form NLRB-4701, Notice of Appearance*.  This form is available on our website, www.nlrb.gov, or from an NLRB office upon your request.

If you are contacted by someone about representing you in this case, please be assured that no organization or person seeking your business has any "inside knowledge" or favored relationship with the National Labor Relations Board.  Their knowledge regarding this proceeding was only obtained through access to information that must be made available to any member of the public under the Freedom of Information Act.

**Presentation of Your Evidence:** We seek prompt resolutions of labor disputes.  Therefore, I urge you or your representative to submit a complete written account of the facts and a statement of your position with respect to the allegations set forth in the charge as soon as possible.  If the Board agent later asks for more evidence, I strongly urge you or your representative to cooperate fully by promptly presenting all evidence relevant to the investigation.  In this way, the case can be fully investigated more quickly.

Full and complete cooperation includes providing witnesses to give sworn affidavits to a Board agent, and providing all relevant documentary evidence requested by the Board agent.  Sending us your written account of the facts and a statement of your position is not

Apple Inc.                                      - 2 -
Case 32-CA-282142

enough to be considered full and complete cooperation.  A refusal to fully cooperate during the investigation might cause a case to be litigated unnecessarily.

In addition, either you or your representative must complete the enclosed Commerce Questionnaire to enable us to determine whether the NLRB has jurisdiction over this dispute.  If you recently submitted this information in another case, or if you need assistance completing the form, please contact the Board agent.

We will not honor requests to limit our use of position statements or evidence. Specifically, any material you submit may be introduced as evidence at a hearing before an administrative law judge regardless of claims of confidentiality. However, certain evidence produced at a hearing may be protected from public disclosure by demonstrated claims of confidentiality.

Further, the Freedom of Information Act may require that we disclose position statements or evidence in closed cases upon request, unless an exemption applies, such as those protecting confidential financial information or personal privacy interests.

**Preservation of all Potential Evidence:**  Please be mindful of your obligation to preserve all relevant documents and electronically stored information (ESI) in this case, and to take all steps necessary to avoid the inadvertent loss of information in your possession, custody or control.  Relevant information includes, but is not limited to, paper documents and all ESI (e.g. SMS text messages, electronic documents, emails, and any data created by proprietary software tools) related to the above-captioned case.

**Prohibition on Recording Affidavit Interviews:** It is the policy of the General Counsel to prohibit affiants from recording the interview conducted by Board agents when subscribing Agency affidavits. Such recordings may impede the Agency's ability to safeguard the confidentiality of the affidavit itself, protect the privacy of the affiant and potentially compromise the integrity of the Region's investigation.

**Correspondence:**  All documents submitted to the Region regarding your case MUST be filed through the Agency's website, www.nlrb.gov. This includes all formal pleadings, briefs, as well as affidavits, documentary evidence, and position statements. The Agency requests all evidence submitted electronically to be in the form it is normally used and maintained in the course of business (i.e., native format).  Where evidence submitted electronically is not in native format, it should be submitted in a manner that retains the essential functionality of the native format (i.e., in a machine-readable and searchable electronic format).

If you have questions about the submission of evidence or expect to deliver a large quantity of electronic records, please promptly contact the Board agent investigating the charge. If you cannot e-file your documents, you must provide a statement explaining why you do not have access to the means for filing electronically or why filing electronically would impose an undue burden.

Apple Inc.                                      - 3 -
Case 32-CA-282142


     In addition, this Region will be issuing case-related correspondence and documents, including complaints, compliance specifications, dismissal letters, deferral letters, and withdrawal letters, electronically to the email address you provide.  Please ensure that you receive important case-related correspondence, please ensure that the Board Agent assigned to your case has your preferred email address.  These steps will ensure that you receive correspondence faster and at a significantly lower cost to the taxpayer.   If there is some reason you are unable to receive correspondence via email, please contact the agent assigned to your case to discuss the circumstances that prevent you from using email.

     Information about the Agency, the procedures we follow in unfair labor practice cases and our customer service standards is available on our website, www.nlrb.gov or from an NLRB office upon your request.  *NLRB Form 4541, Investigative Procedures* offers information that is helpful to parties involved in an investigation of an unfair labor practice charge.

     We can provide assistance for persons with limited English proficiency or disability. Please let us know if you or any of your witnesses would like such assistance.

Very truly yours,


_____
VALERIE HARDY-MAHONEY
Regional Director

Enclosures:
1. Copy of Charge
2. Commerce Questionnaire

FORM NLRB-5081
(3-11)

**NATIONAL LABOR RELATIONS BOARD**

# QUESTIONNAIRE ON COMMERCE INFORMATION

Please read carefully, answer all applicable items, and return to the NLRB Office.  If additional space is required, please add a page and identify item number.

| CASE NAME | CASE NUMBER |
|---|---|
|  | 32-CA-282142 |

**1.  EXACT LEGAL TITLE OF ENTITY (As filed with State and/or stated in legal documents forming entity)**

**2.  TYPE OF ENTITY**

[ ] CORPORATION   [ ] LLC   [ ] LLP   [ ] PARTNERSHIP   [ ] SOLE PROPRIETORSHIP   [ ] OTHER (Specify )

**3. IF A CORPORATION or LLC**

| A. STATE OF INCORPORATION OR FORMATION | B.  NAME, ADDRESS, AND RELATIONSHIP (e.g. parent, subsidiary) OF ALL RELATED ENTITIES |
|---|---|

**4.  IF AN LLC OR ANY TYPE OF PARTNERSHIP, FULL NAME AND ADDRESS OF ALL MEMBERS OR PARTNERS**

**5.  IF A SOLE PROPRIETORSHIP, FULL NAME AND ADDRESS OF PROPRIETOR**

**6.  BRIEFLY DESCRIBE THE NATURE OF YOUR OPERATIONS** *(Products handled or manufactured, or nature of services performed).*

| 7A.  PRINCIPAL LOCATION: | 7B.  BRANCH LOCATIONS: |
|---|---|

**8.  NUMBER OF PEOPLE PRESENTLY EMPLOYED**

| A.  TOTAL: | B.  AT THE ADDRESS INVOLVED IN THIS MATTER: |
|---|---|

**9.   DURING THE MOST RECENT** *(Check the appropriate box):* [ ] CALENDAR   [ ] 12 MONTHS   or  [ ] FISCAL YEAR  *(FY DATES_____ )*

|  | YES | NO |
|---|---|---|
| A.  Did you provide services valued in excess of $50,000 directly to customers outside your State?  If no, indicate actual value.  $_____ |  |  |
| B.  If you answered no to 9A, did you **provide services** valued in excess of $50,000 to customers in your State who purchased goods valued in excess of $50,000 from directly outside your State?  If no, indicate the value of any such services you provided. $_____ |  |  |
| C.  If you answered no to 9A and 9B, did you **provide services** valued in excess of $50,000 to public utilities, transit systems, newspapers, health care institutions, broadcasting stations, commercial buildings, educational institutions, or retail concerns?  If less than $50,000, indicate amount.  $_____ |  |  |
| D.  Did you **sell goods** valued in excess of $50,000 directly to customers located outside your State? If less than $50,000, indicate amount.  $_____ |  |  |
| E.  If you answered no to 9D, did you **sell goods** valued in excess of $50,000 directly to customers located inside your State who purchased other goods valued in excess of $50,000 from directly outside your State?  If less than $50,000, indicate amount. $_____ |  |  |
| F.  Did you **purchase and receive goods** valued in excess of $50,000 from directly outside your State?  If less than $50,000, indicate amount.  $_____ |  |  |
| G.  Did you **purchase and receive goods** valued in excess of $50,000 from enterprises who received the goods directly from points outside your State?   If less than $50,000, indicate amount. $_____ |  |  |
| H.   **Gross Revenues** from all sales or performance of services *(Check the largest amount)*  [ ] $100,000 [ ] $250,000  [ ] $500,000  [ ] $1,000,000 or more  If less than $100,000, indicate amount. |  |  |
| I.   **Did you begin operations within the last 12 months?**  If yes, specify date: _____ |  |  |

**10.  ARE YOU A MEMBER OF AN ASSOCIATION OR OTHER EMPLOYER GROUP THAT ENGAGES IN COLLECTIVE BARGAINING?**

[ ] YES   [ ] NO   *(If yes, name and address of association or group).*

**11.  REPRESENTATIVE BEST QUALIFIED TO GIVE FURTHER INFORMATION ABOUT YOUR OPERATIONS**

| NAME | TITLE | E-MAIL ADDRESS | TEL. NUMBER |
|---|---|---|---|

**12.  AUTHORIZED REPRESENTATIVE COMPLETING THIS QUESTIONNAIRE**

| NAME AND TITLE *(Type or Print)* | SIGNATURE | E-MAIL ADDRESS | DATE |
|---|---|---|---|

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further a representation or unfair labor practice case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# MOTION FOR JUDICIAL NOTICE (PART II) ADDITIONAL EXHIBIT

## SECTION:

## Apple Lawyers File Notice of Appearance 8/30/21

## (they already knew)

# UNITED STATES OF AMERICA

# BEFORE THE NATIONAL LABOR RELATIONS BOARD

| | |
|---|---|
| **APPLE INC.**<br><br>   Charged Party<br><br>   and<br><br>**ASHLEY MARIE GJOVIK**<br><br>   Charging Party | **Case 32-CA-282142** |

**AFFIDAVIT OF SERVICE OF CHARGE AGAINST EMPLOYER**

I, the undersigned employee of the National Labor Relations Board, state under oath that on August 30, 2021**,** I served the above-entitled document(s) by post-paid regular mail upon the following persons, addressed to them at the following addresses:

Apple Inc.
One Apple Park Way
Cupertino  CA  95014

| | |
|---|---|
| August 30, 2021 | Caroline Barker, Designated Agent of NLRB |
| Date | Name |
| | /s/  Caroline Barker |
| | Signature |

Form NLRB-4701
(1-03)

## NATIONAL LABOR RELATIONS BOARD

### NOTICE OF APPEARANCE

| | |
|---|---|
| APPLE, INC.<br><br>      Employer.<br><br>  And<br><br>ASHLEY GJOVIK<br><br>      Charging Party. | CASE NO. 32-CA-282142 |

☒ **REGIONAL DIRECTOR** ☐ **EXECUTIVE SECRETARY** ☐ **GENERAL COUNSEL**
   **Region 32**        **NATIONAL LABOR RELATIONS BOARD**  **NATIONAL LABOR RELATIONS BOARD**
   **1301 Clay Street, Room 300N**
   **Oakland, CA 94612-5211**

**THE UNDERSIGNED HEREBY ENTERS APPEARANCE AS REPRESENTATIVE APPLE, ICN. IN THE ABOVE-CAPTIONED MATTER.**

**CHECK THE APPROPRIATE BOX(ES) BELOW:**

☒  **REPRESENTATIVE IS AN ATTORNEY**

☒  **IF REPRESENTATIVE IS AN ATTORNEY, IN ORDER TO ENSURE THAT THE PARTY MAY RECEIVE COPIES OF CERTAIN DOCUMENTS OR CORRESPONDENCE FROM THE AGENCY IN ADDITION TO THOSE DESCRIBED BELOW, THIS BOX MUST BE CHECKED. IF THIS BOX IS NOT CHECKED, THE PARTY WILL RECEIVE ONLY COPIES OF CERTAIN DOCUMENTS SUCH AS CHARGES, PETITIONS AND FORMAL DOCUMENTS AS DESCRIBED IN SECTIONS 102.14 AND 102.113 OF THE BOARD'S RULES AND REGULATIONS.**

### *(REPRESENTATIVE INFORMATION)*

*NAME:* Ronald J. Holland, Christopher Foster, Syed H. Mannan

*MAILING ADDRESS:* 415 Mission Street, Suite 5600, San Francisco, California 94105

*E-MAIL ADDRESS:* rjholland@mwe.com; cfoster@mwe.com; smannan@mwe.com

*OFFICE TELEPHONE NUMBER:* 628-218-3800

*CELL PHONE NUMBER:* 415-999-4833 (Holland)  *FAX:* 628-877-0107

*SIGNATURE:* *Ronald J Holland*
     *(Please sign in ink.)*

*DATE:* **August 31, 2021**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# MOTION FOR JUDICIAL NOTICE (PART II)
# ADDITIONAL EXHIBIT

# SECTION:

# 12/29/23 Charge

# RE: Inquiry # 1-3413659041 - Signed Charge Against Employer, Documentary Evidence

From   dgecpB01@nlrb.gov <NLRB@public.govdelivery.com>

To   Ashley Gjovik<ashleymgjovik@protonmail.com>

Date   Friday, December 29th, 2023 at 5:06 PM

Confirmation Number: 

You have successfully accomplished the steps for E-Filing a **Charge - CA** with NLRB Region 01, Boston, Massachusetts. This email notes the official date and time of the receipt of your submission. Please save this email for future reference. Please note that this receipt is not confirmation that your case has been docketed; rather, this email solely constitutes the regional office's acknowledgment of receipt of your document(s).

Until your case is docketed and is assigned an NLRB Case Number by the Region, please us █████████ ████████ E-file any documents you wish to present regarding your charge. Click the link below to E-File additional documents and/or to view your previous E-filings with the NLRB. Your account profile is saved in our system. When you use this link to E-File documents your contact information will be pre-populated.

Your account profile is saved in the NLRB My Account Portal. <u>Click here</u> to view your account information, the cases and inquiries you are a party to and any of your previous E-Filings with the NLRB. You will also be able to E-File documents you wish to present regarding this charge or any other case or inquiry you are a party to. You will use ███████████████████ nd the email address you used to file your inquiry to access your account. When you use this link to E-File documents your contact information will be pre-populated on the E-Filing page, so that you do not have to reenter your information.

| Date Submitted: | Friday, December 29, 2023 5:00 PM Eastern Standard Time |
|---|---|
| Dispute Location: | Boston, MA |
| Regional, Sub-Regional Or Resident Office: | Region 01, Boston, Massachusetts |
| Charge Type: | CA |
| Inquiry Number: | 1-3413659041 |
| Filing Party: | Charging Party |
| Name: | Gjovik, Ashley Marie |
| Email: | ashleymgjovik@protonmail.com |
| Address: | █████████ |
| Telephone: | █████████ |

| Fax: | |
|------|---|
| Attachments: | Signed Charge Against Employer : CHG.1-3413659041.SignedChargeAgainstEmployer_Wiz.pdf <br> Documentary Evidence : DEV.1-3413659041.AdditionalInfoSupportingCharge.pdf |

*************************************************************************************
DO NOT REPLY TO THIS MESSAGE. THIS IS A POST-ONLY NOTIFICATION.
MESSAGES SENT DIRECTLY TO THE EMAIL ADDRESS LISTED ABOVE WILL NOT BE READ.
*************************************************************************************

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | b. Tel. No. |
|---|---|
| Apple Inc | (408) 996-1010 |

c. Cell No.

f. Fax. No.

| d. Address *(Street, city, state, and ZIP code)* | e. Employer Representative | g. e-mail |
|---|---|---|
| One Apple Park Way | Tim Cook | |
| | CEO | tcook@apple.com |
| CA Cupertino 95014 | | h. Number of workers employed |
| | | 100 |

| i. Type of Establishment *(factory, mine, wholesaler, etc.)* | j. Identify principal product or service |
|---|---|
| Technology | Computers |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections) 1,4                                                            of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

**2. Basis of the Charge** *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

--See additional page--

**3. Full name of party filing charge** *(if labor organization, give full name, including local name and number)*
Ashley Marie Gjovik

| 4a. Address *(Street and number, city, state, and ZIP code)* | 4b. Tel. No. |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail |
| | ashleymgjovik@protonmail.com |

**5. Full name of national or international labor organization of which it is an affiliate or constituent unit** *(to be filled in when charge is filed by a labor organization)*

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | Tel. No. |
|---|---|
| | Office, if any, Cell No. |
| Ashley Marie Gjovik | |
| *(signature of representative or person making charge)*     *(Print/type name and title or office, if any)* | Fax No. |
| | e-mail |
| Addres                                     Date 12/29/2023 05:00:38 PM | ashleymgjovik@protonmail.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

## Basis of the Charge

**8(a)(1)**

Within the previous six months, the Employer disciplined or retaliated against an employee(s) because the employee(s) engaged in protected concerted activities by, inter alia, discussing wages, hours, or other terms and conditions of employment and in order to discourage employees from engaging in protected concerted activities.

**8(a)(1)**

Within the previous six months, the Employer disciplined or retaliated against an employee(s) because the employee(s) engaged in protected concerted activities by, inter alia, protesting terms and conditions of employment and in order to discourage employees from engaging in protected concerted activities.

**8(a)(4)**

Within the previous six months, the Employer disciplined or retaliated against an employee(s) because the employee(s) filed charges or cooperated with the NLRB.

**8(a)(1)**

Within the previous six-months, the Employer has interfered with, restrained, and coerced its employees in the exercise of rights protected by Section 7 of the Act by maintaining work rules that prohibit employees from discussing wages, hours, or other terms or conditions of employment.

**8(a)(1)**

Within the previous six-months, the Employer has interfered with, restrained, and coerced its employees in the exercise of rights protected by Section 7 of the Act by maintaining work rules that prevent or discourage employees from contacting and/or filing charges with the National Labor Relations Board.

**8(a)(1)**

Within the previous six-months, the Employer has interfered with, restrained, and coerced its employees in the exercise of rights protected by Section 7 of the Act by maintaining work rules that prevent or discourage employees from engaging in protected concerted activities.

| Work Rule |
|---|
| Claiming Employee"s performance reviews are secret |
| Claiming Employee"s pay/benefits are a secret |
| Claiming Employer"s handbook policies are secret |
| Claiming Employee discipline records are secret |
| Claiming Employees complaint to Employer is secret |
| Claiming Employer spying on Employees is secret |
| Claiming Employer 24/7 video of Employee is secret |
| Claiming Employee"s safety complaints are secret |
| Claims Employees retaliation complaints are secret |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# MOTION FOR JUDICIAL NOTICE (PART II) ADDITIONAL EXHIBIT

## SECTION:

## 12/29/23 Charge

 An official website of the United States government    **Here's how you know** ⌄                    Español  |  Other Languages 🌐

 **NLRB**
National Labor
Relations Board

 ☰ MENU

Home

# Case Search Results

## Apple, Inc.

E-File    Unfollow

**Case Number:** 32-CA-282142          **Location:** Sunnyvale, CA
**Date Filed:** 08/26/2021              **Region Assigned:** Region 21, Los Angeles, California
**Status:** Open

### Docket Activity

Items per page  [ 10 ⌄ ]

| Date ⬍ | Document | Issued/Filed By |
|---|---|---|
| 04/04/2022 | Amended Charge Letter* | NLRB - GC |
| 04/04/2022 | Amended Charge Letter* | NLRB - GC |
| 04/01/2022 | Signed Amended Charge Against Employer* | Charging Party |
| 08/30/2021 | Initial Letter to Charged Party* | NLRB - GC |
| 08/30/2021 | Initial Letter to Charging Party* | NLRB - GC |
| 08/26/2021 | Signed Charge Against Employer* | Charging Party |

The Docket Activity list does not reflect all actions in this case.

\* This document may require redactions before it can be viewed. To obtain a copy, please file a request through our FOIA Branch.

### FOIA Records

*This information is temporarily unavailable as the NLRB transitions to a new FOIA processing system, after which, this information will be updated.*

### Related Documents

Related Documents data is not available.

### Allegations

- 8(a)(1) Concerted Activities (Retaliation, Discharge, Discipline)
- 8(a)(1) Coercive Statements (Threats, Promises of Benefits, etc.)

### Participants

| Participant | Address | Phone |
|---|---|---|
| Legal Representative | 415 Mission Street, Suite 5600 San Francisco, CA 94105 | (628)218-3826 |

| Participant | Address | Phone |
|---|---|---|
| Foster, Christopher<br>McDermott Will & Emery LLP | | |
| Legal Representative<br>Carey, Crystal<br>MORGAN, LEWIS & BOCKIUS, LLP | 101 Park Avenue, 37th FL<br>New York, NY<br>10178-0060 | (212)309-6694 |
| Legal Representative<br>McConnell, Julie<br>McDermott Will & Emery LLP | 500 North Capitol Street, NW<br>Washington, DC<br>20001 | (202)756-8317 |
| Legal Representative<br>Holland, Ronald<br>McDermott Will & Emery LLP | 415 Mission Street, Suite 5600<br>San Francisco, CA<br>94105-2533 | (415)655-1300 |
| **Individual**<br>Individual | | |
| **Employer**<br>Employer<br>Apple, Inc. | Cupertino, CA<br>95014 | |

## Related Cases

Related Cases data is not available.

## Most Popular Pages

Who We Are
National Labor Relations Act
Cases & Decisions
Recent Charges & Petitions Filings
The Law
The Right to Strike
Case Search
Contact Us
Frequently Asked Questions

## Other Language Publications

Español - Spanish
العربية - Arabic
中文 (繁體中文) - Chinese (Traditional)

中文 (简体中文) - Chinese (Simplified)
Français - French
Kreyòl ayisyen - Haitian Creole
हिन्दी - Hindi

Hmong - Hmong
한국어 - Korean
Polski - Polish
Português - Portuguese
ਪੰਜਾਬੀ - Punjabi

Русский - Russian
Somali - Somali
Tagalog - Tagalog
اردو - Urdu
Tiếng Việt - Vietnamese

## Connect With NLRB

Apple, Inc. | National Labor Relations Board

 An official website of the United States government   **Here's how you know** ⌄

Español  |  Other Languages 

 **NLRB**
**National Labor**
**Relations Board**

☰ **MENU**

Home

# Case Search Results

## Apple, Inc.

E-File    Unfollow

**Case Number:** 32-CA-284441
**Date Filed:** 10/12/2021
**Status:** Open

**Location:** Cupertino, CA
**Region Assigned:** Region 32, Oakland, California

## Docket Activity

Items per page   10 ⌄

| Date ⬇ | Document | Issued/Filed By |
|---|---|---|
| 04/17/2023 | Pre-Hearing Brief* | Charging Party |
| 10/13/2021 | Initial Letter to Charged Party* | NLRB - GC |
| 10/12/2021 | Signed Charge Against Employer* | Charging Party |

The Docket Activity list does not reflect all actions in this case.

* This document may require redactions before it can be viewed. To obtain a copy, please file a request through our FOIA Branch.

## FOIA Records

*This information is temporarily unavailable as the NLRB transitions to a new FOIA processing system, after which, this information will be updated.*

## Related Documents

Related Documents data is not available.

## Allegations

- 8(a)(1) Coercive Rules

## Participants

| Participant | Address | Phone |
|---|---|---|
| Legal Representative Mahoney, Brian Morgan Lewis & Bockius LLP | 1701 Market Street Philadelphia,, PA 19103-2921 | (215)963-5293 |
| Legal Representative | 101 Park Avenue New York, NY | (212)309-6694 |

| Participant | Address | Phone |
|---|---|---|
| Carey, Crystal<br>MORGAN, LEWIS & BOCKIUS, LLP | 10178 | |
| Legal Representative<br>Johnson III, Harry<br>Morgan, Lewis & Bockius LLP | 2049 Century Park East Ste 700<br>Los Angeles, CA<br>90067-3109 | (310)255-9005 |
| Legal Representative<br>Phillips, Kelcey<br>Morgan, Lewis & Bockius , LLP | 1111 Pennsylvania Ave., NW<br>Washington, DC<br>20004 | (202)739-5455 |
| Legal Representative<br>STOLZENBURG, MARK<br>MORGAN, LEWIS & BOCKIUS, LLP | 110 NORTH WACKER DRIVE<br>STE 2800<br>CHICAGO, IL<br>60606 | (312)324-1733 |
| **Employer**<br>Employer<br>Apple, Inc. | Cupertino, CA<br>95014 | |
| **Individual**<br>Individual | | |

## Related Cases

Related Cases data is not available.

## Most Popular Pages

Who We Are
National Labor Relations Act
Cases & Decisions
Recent Charges & Petitions Filings
The Law
The Right to Strike
Case Search
Contact Us
Frequently Asked Questions

## Other Language Publications

Español - Spanish
العربية - Arabic
中文 (繁體中文) - Chinese (Traditional)

中文 (简体中文) - Chinese (Simplified)
Français - French
Kreyòl ayisyen - Haitian Creole
हिन्दी - Hindi

Hmong - Hmong
한국어 - Korean
Polski - Polish
Português - Portuguese
ਪੰਜਾਬੀ - Punjabi

Русский - Russian
Somali - Somali
Tagalog - Tagalog
اردو - Urdu
Tiếng Việt - Vietnamese

## Connect With NLRB



🇺🇸 An official website of the United States government  **Here's how you know** ⌄

Español  |  Other Languages 🌐



**NLRB**
**National Labor**
**Relations Board**

☰ MENU

Home

# Case Search Results

## Apple, Inc.

E-File   Unfollow

**Case Number:** 32-CA-283161
**Date Filed:** 09/16/2021
**Status:** Open

**Location:** Sunnyvale, CA
**Region Assigned:** Region 21, Los Angeles, California

## Docket Activity

Items per page  10 

| Date | Document | Issued/Filed By |
|------|----------|-----------------|
| 09/20/2021 | Initial Letter to Charged Party* | NLRB - GC |
| 09/16/2021 | Signed Charge Against Employer* | Charging Party |

The Docket Activity list does not reflect all actions in this case.

* This document may require redactions before it can be viewed. To obtain a copy, please file a request through our FOIA Branch.

## FOIA Records

*This information is temporarily unavailable as the NLRB transitions to a new FOIA processing system, after which, this information will be updated.*

## Related Documents

Related Documents data is not available.

## Allegations

- 8(a)(3) Discharge (Including Layoff and Refusal to Hire (not salting))
- 8(a)(1) Coercive Statements (Threats, Promises of Benefits, etc.)

## Participants

| Participant | Address | Phone |
|-------------|---------|-------|
| Legal Representative<br>Foster, Christopher<br>McDermott Will & Emery LLP | 415 Mission Street, Suite 5600<br>San Francisco, CA<br>94105 | (628)218-3826 |
| Legal Representative | 101 Park Avenue<br>37th Floor | (212)309-6694 |

| Participant | Address | Phone |
|---|---|---|
| Carey, Crystal<br>Morgan, Lewis & Bockius, LLP | New York, NY<br>10178 | |
| Legal Representative<br>McConnell, Julie<br>McDermott Will & Emery LLP | 500 North Capitol Street, NW<br>Washington, DC<br>20001 | (202)756-8317 |
| Legal Representative<br>Holland, Ronald<br>McDermott Will & Emery LLP | 415 Mission Street, Suite 5600<br>San Francisco, CA<br>94105-2533 | (415)655-1300 |
| **Individual**<br>Individual | | |
| **Employer**<br>Employer<br>Apple, Inc. | Cupertino, CA<br>95014 | |

## Related Cases

Related Cases data is not available.

## Most Popular Pages

Who We Are

National Labor Relations Act

Cases & Decisions

Recent Charges & Petitions Filings

The Law

The Right to Strike

Case Search

Contact Us

Frequently Asked Questions

## Other Language Publications

| | | | |
|---|---|---|---|
| Español - Spanish<br>العربية - Arabic | 中文 (简体中文) - Chinese (Simplified) | Hmong - Hmong<br>한국어 - Korean | Русский - Russian<br>Somali - Somali |
| 中文 (繁體中文) - Chinese (Traditional) | Français - French<br>Kreyòl ayisyen - Haitian Creole<br>हिंदी - Hindi | Polski - Polish<br>Português - Portuguese<br>ਪੰਜਾਬੀ - Punjabi | Tagalog - Tagalog<br>اردو - Urdu<br>Tiếng Việt - Vietnamese |

## Connect With NLRB

| NLRB Subscription Updates | Download NLRB Mobile App |
|---|---|

 An official website of the United States government  **Here's how you know** ⌄        Español  |  Other Languages 

 **NLRB**
National Labor
Relations Board                                                                    ☰ MENU

Home

# Case Search Results

## Apple, Inc.



E-File    Unfollow

**Case Number:** 32-CA-284428                     **Location:** Cupertino, CA
**Date Filed:** 10/12/2021                        **Region Assigned:** Region 32, Oakland, California
**Status:** Open

### Docket Activity                                                 Items per page    [ 10 ⌄ ]

| Date ↓=̲ | Document | Issued/Filed By |
|---|---|---|
| 10/12/2021 | Signed Charge Against Employer* | Charging Party |

The Docket Activity list does not reflect all actions in this case.

\* This document may require redactions before it can be viewed. To obtain a copy, please file a request through our **FOIA Branch**.

### FOIA Records

*This information is temporarily unavailable as the NLRB transitions to a new FOIA processing system, after which, this information will be updated.*

### Related Documents

Related Documents data is not available.

### Allegations

- 8(a)(1) Coercive Rules

### Participants

| Participant | Address | Phone |
|---|---|---|
| Legal Representative<br>Foster, Christopher<br>McDermott Will & Emory LLP | 415 Mission St Ste 5600<br>San Francisco, CA<br>94105 | (628)218-3826 |
| Legal Representative<br>Carey, Crystal<br>Morgan, Lewis & Bockius, LLP | 101 Park Avenue<br>New York, NY<br>10178 | (212)309-6694 |

| Participant | Address | Phone |
|---|---|---|
| | 415 Mission Street | (628)218-3804 |
| Legal Representative | Suite 5600 | |
| Mannan, Syed | San Francisco, CA | |
| McDermott Will & Emery LLP | 94105 | |
| **Individual** | | |
| Individual | | |
| **Employer** | Cupertino, CA | |
| Employer | 95014 | |
| Apple, Inc. | | |

## Related Cases

Related Cases data is not available.

## Most Popular Pages

Who We Are

National Labor Relations Act

Cases & Decisions

Recent Charges & Petitions Filings

The Law

The Right to Strike

Case Search

Contact Us

Frequently Asked Questions

## Other Language Publications

| | | | |
|---|---|---|---|
| Español - Spanish | 中文 (简体中文) - Chinese (Simplified) | Hmong - Hmong | Русский - Russian |
| العربية - Arabic | | 한국어 - Korean | Somali - Somali |
| 中文 (繁體中文) - Chinese (Traditional) | Français - French | Polski - Polish | Tagalog - Tagalog |
| | Kreyòl ayisyen - Haitian Creole | Português - Portuguese | اردو - Urdu |
| | हिंदी - Hindi | ਪੰਜਾਬੀ - Punjabi | Tiếng Việt - Vietnamese |

## Connect With NLRB

| NLRB Subscription Updates | Download NLRB Mobile App |
|---|---|

   



**National Labor Relations Board**

**About**

Rights We Protect

What We Do

Who We Are

1/2/24, 4:39 PM
Apple, Inc. | National Labor Relations Board

🇺🇸 An official website of the United States government   **Here's how you know** ⌄

Español  |  Other Languages 🌐

 **NLRB**
National Labor
Relations Board

≡ MENU

Home

# Case Search Results

## Apple, Inc.

E-File   Unfollow

**Case Number:** 32-CA-288816
**Date Filed:** 01/10/2022
**Status:** Open

**Location:** Cupertino, CA
**Region Assigned:** Region 21, Los Angeles, California

### Docket Activity

Items per page   10 ⌄

| Date ⬆ | Document | Issued/Filed By |
|---|---|---|
| 01/12/2022 | Initial Letter to Charging Party* | NLRB - GC |
| 01/12/2022 | Initial Letter to Charged Party* | NLRB - GC |
| 01/10/2022 | Signed Charge Against Employer* | Charging Party |

The Docket Activity list does not reflect all actions in this case.

* This document may require redactions before it can be viewed. To obtain a copy, please file a request through our FOIA Branch.

### FOIA Records

*This information is temporarily unavailable as the NLRB transitions to a new FOIA processing system, after which, this information will be updated.*

### Related Documents

Related Documents data is not available.

### Allegations

- 8(a)(4) Discipline
- 8(a)(1) Coercive Statements (Threats, Promises of Benefits, etc.)
- 8(a)(1) Coercive Actions (Surveillance, etc)

### Participants

| Participant | Address | Phone |
|---|---|---|
| Legal Representative<br>Mahoney, Brian<br>Morgan Lewis & Bockius LLP | 1701 Market Street<br>Philadelphia, PA<br>19103-2921 | (215)963-5293 |

| Participant | Address | Phone |
|---|---|---|
| | 2049 Century Park E Ste 700 | (310)255-9005 |
| Legal Representative | Los Angeles, CA | |
| Johnson, Harry | 90067-3101 | |
| Morgan, Lewis & Bockius LLP | | |
| | 1111 Pennsylvania Ave NW | (202)739-5455 |
| Legal Representative | Washington, DC | |
| Phillips, Kelcey | 20004-2541 | |
| MORGAN, LEWIS & BOCKIUS, LLP | | |
| | 110 NORTH WACKER DRIVE | (312)324-1733 |
| Legal Representative | STE 2800 | |
| STOLZENBURG, MARK | CHICAGO, IL | |
| MORGAN, LEWIS & BOCKIUS, LLP | 60606 | |
| | 415 Mission St | (628)218-3829 |
| Legal Representative | Ste 5600 | |
| Holland, Ronald | San Francisco, CA | |
| McDermott Will & Emory LLP | 94105-2616 | |
| **Individual** | | |
| Individual | | |
| **Employer** | Cupertino, CA | |
| Employer | 95014 | |
| Apple, Inc. | | |

## Related Cases

Related Cases data is not available.

## Most Popular Pages

Who We Are

National Labor Relations Act

Cases & Decisions

Recent Charges & Petitions Filings

The Law

The Right to Strike

Case Search

Contact Us

Frequently Asked Questions

## Other Language Publications

| | | | |
|---|---|---|---|
| Español - Spanish | 中文 (简体中文) - Chinese | Hmong - Hmong | Русский - Russian |
| العربية - Arabic | (Simplified) | 한국어 - Korean | Somali - Somali |
| 中文 (繁體中文) - Chinese | Français - French | Polski - Polish | Tagalog - Tagalog |
| (Traditional) | Kreyòl ayisyen - Haitian Creole | Português - Portuguese | اردو - Urdu |
| | हिंदी - Hindi | ਪੰਜਾਬੀ - Punjabi | Tiếng Việt - Vietnamese |