**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ASHLEY GJOVIK**, *an individual*,<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC**, *a corporation*,<br><br>Defendant. | **Case No. 3:23-cv-04597-EMC**<br><br>**Filed**: September 7 2023<br><br>**District Judge**: Honorable Edward M. Chen<br><br>**MOTION FOR JUDICIAL NOTICE**<br>**Filed: December 25 2023**<br><br>**ADDITIONAL EXHIBITS**<br><br>**Hearing**<br>Dept: Courtroom 5, 17th Floor (Virtual)<br>Date: February 8, 2024 1:30 p.m. |

### Motion for Judicial Notice Cover Page: Exhibit  08

"Safer Choice" Filings and Webpage

***Declaration***: I verified the authenticity of each of these documents. A true and correction version of each document is attached in each exhibit. I declare under penalty of perjury this is true and correction. /s/ Ashley M. Gjovik (January 2 2024).

1

# MOTION FOR JUDICIAL NOTICE (PART II) ADDITIONAL EXHIBIT

# SECTION:

# US EPA "Safer Choice" Award 2020

9/23/22, 10:49 AM
EPA Announces 2021 Safer Choice Partner of the Year Award Winners | US EPA
Case 3:23-cv-04597-EMC Document 37-5 Filed 01/02/24 Page 8 of 22

 An official website of the United States government

## EPA
United States
Environmental Protection
Agency

MENU

Search EPA.gov

**News Releases: Headquarters**
<https://epa.gov/newsreleases/search/press_office/headquarters-226129> | **Chemical Safety
and Pollution Prevention (OCSPP)**
<https://epa.gov/newsreleases/search/press_office/chemical-safety-and-pollution-prevention-ocspp-226133>

CONTACT US <https://epa.gov/newsreleases/forms/contact-us>

# EPA Announces 2021 Safer Choice Partner of the Year Award Winners

September 22, 2021

**Contact Information**
EPA Press Office (press@epa.gov)

**WASHINGTON** (Sept. 22, 2021) — Today, the U.S. Environmental Protection Agency (EPA) is recognizing 33 Safer Choice Partner of the Year award winners across 16 states and the District of Columbia for achievement in the design, manufacture, selection, and use of products with safer chemicals, as part of Pollution Prevention Week. The Safer Choice program helps consumers and purchasers for facilities, such as schools and office buildings, find products that perform and are safer for human health and the environment. This year's awardees have all shown a commitment to pollution prevention by reducing, eliminating, or preventing pollution at its source prior to recycling, treatment, or disposal.

"Today, we recognize the leadership and accomplishments of Safer Choice partners and stakeholders for their work helping consumers and commercial buyers identify products with safer chemical ingredients, without sacrificing quality or performance," **said Assistant Administrator for the Office of Chemical Safety and Pollution Prevention Michal Freedhoff.** "Additionally, I'm excited to see that the work done by many of this year's awardees support the Biden-Harris Administration's goals of addressing climate change and advancing environmental justice."

Applicants for this year's awards were encouraged to show how their work with safer chemistry promotes environmental justice, bolsters resilience to the impacts of climate change, results in cleaner air or water, or improves drinking water quality. The work of many of the organizations being recognized today addressed climate change, including by reducing greenhouse gas emissions. Additionally, several awardees have worked to increase access to products with safer chemical ingredients in underserved communities. In the coming year, EPA hopes to build on this work by expanding the Safer Choice program to make products containing safer chemicals increasingly available to underserved communities, including communities of color and low-income communities.

The 2021 Partner of the Year award winners represent a wide variety of leadership organizations from each of the 10 EPA regions. These include businesses, comprising small- and medium-sized companies and women-owned companies; state and local governments; non-governmental organizations; associations; and others. The following organizations are being recognized this year:

- Albertsons Companies, Boise, Idaho
- American Cleaning Institute, Washington, DC
- Apple, Cupertino, Calif.
- The Ashkin Group, Channel Islands Harbor, Calif.
- BASF Home Care and I&I Cleaning Solutions, Florham Park, N.J.
- Bona, Englewood, Colo.
- Case Medical, Bloomfield, N.J.
- Church & Dwight Co., Inc., Ewing, N.J.
- The Clorox Company, Oakland, Calif.
- Defunkify, Eugene, Ore.
- Dirty Labs Inc., Portland, Ore.
- ECOS, Cypress, Calif.
- Grove Collaborative, San Francisco, Calif.
- Hazardous Waste Management Program, King County, Wash.

- The Home Depot, Atlanta, Ga.
- Household & Commercial Products Association, Washington, DC
- Jelmar, LLC, Skokie, Ill.
- Lake Monroe Sailing Association, Bloomington, Ind.
- Lemi Shine, Austin, Texas
- LightHouse For The Blind And Visually Impaired, San Francisco, Calif.
- LSI, Morristown, N.J.
- Novozymes North America, Raleigh, N.C.
- Oregon Department of Environmental Quality-Toxics Use Reduction Program, Ore.
- The Procter & Gamble Company, Cincinnati, Ohio
- PurposeBuilt Brands, Gurnee, Ill.
- Roger McFadden and Associates, LLC, Canby, Ore.
- Rust-Oleum Corporation, Vernon Hills, Ill.
- Sea Mar Community Health Centers, Seattle, Wash.
- Sensitive Home, Greenbrae, Calif.
- Seventh Generation, Burlington, Vt.
- University of Washington Department of Environmental and Occupational Health Sciences Continuing Education Programs, Seattle, Wash.
- Wegmans Food Markets, Rochester, N.Y.
- Wexford Labs, Inc., Kirkwood, Mo.

More information on the 2021 Safer Choice Partner of the Year award winners and summaries of their accomplishments are available at: http://www.epa.gov/saferchoice/safer-choice-partner-year-awards <https://epa.gov/saferchoice/safer-choice-partner-year-awards>.

Contact Us <https://epa.gov/newsreleases/forms/contact-us> to ask a question, provide feedback, or report a problem.

LAST UPDATED ON SEPTEMBER 22, 2021



## Discover.

**Accessibility**
<https://epa.gov/accessibility>

**Budget & Performance**
<https://epa.gov/planandbudget>

**Contracting**
<https://epa.gov/contracts>

**EPA www Web Snapshot**
<https://epa.gov/utilities/wwwepagov-snapshots>

**Grants** <https://epa.gov/grants>

**No FEAR Act Data**
<https://epa.gov/ocr/whistleblower-protections-epa-and-how-they-relate-non-disclosure-agreements-signed-epa>

**Plain Writing**
<https://epa.gov/web-policies-and-procedures/plain-writing>

**Privacy** <https://epa.gov/privacy>

**Privacy and Security Notice**
<https://epa.gov/privacy/privacy-and-security-notice>

## Connect.

**Data.gov** EXIT
<https://www.data.gov/>

**Inspector General**
<https://epa.gov/office-inspector-general/about-epas-office-inspector-general>

**Jobs** <https://epa.gov/careers>

**Newsroom**
<https://epa.gov/newsroom>

**Open Government**
<https://epa.gov/data>

**Regulations.gov** EXIT
<https://www.regulations.gov/>

**Subscribe**
<https://epa.gov/newsroom/email-subscriptions-epa-news-releases>

**USA.gov** EXIT
<https://www.usa.gov/>

**White House** EXIT
<https://www.whitehouse.gov/>

## Ask.

**Contact EPA**
<https://epa.gov/home/forms/contact-epa>

**EPA Disclaimers**
<https://epa.gov/web-policies-and-procedures/epa-disclaimers>

**Hotlines**
<https://epa.gov/aboutepa/epa-hotlines>

**FOIA Requests**
<https://epa.gov/foia>

**Frequent Questions**
<https://epa.gov/home/frequent-questions-specific-epa-programstopics>

## Follow.





Case 3:23-cv-04597-EMC   Document 37-5   Filed 01/02/24   Page 5 of 22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# MOTION FOR JUDICIAL NOTICE (PART II)
## ADDITIONAL EXHIBIT

## SECTION:
## US EPA "Safer Choice"
## Apple 2021 Submission



# EPA Safer Choice Partner of the Year Award

Nomination Application for:
Apple
May 28, 2021

Company Address:
1 Apple Park Way
Cupertino, CA, 95014

Company website:
apple.com

Contact Information:
Name: Kathleen Shaver
Phone: +1.310.529.6672
Email: kathleen_shaver@apple.com

**Our Approach**

At Apple, people come first in everything we do, and the products we create are an extension of that value. Putting people first includes working from the earliest stages of product design to ensure that the materials, machines, and processes we use in the manufacturing of our products take into consideration the health and safety of those working in our supply chain and those that use our products.

Apple continues to lead on smarter chemistry, pushing for the development and adoption of new materials that, not only can have a positive impact on human health and the environment, but also improve how our industry operates.

Our work begins with the materials in our products. By focusing on safety in our product designs, we strive to protect the people who design, make, use, and recycle our devices. Through close engagement with leading members of the scientific community, NGOs, and industry initiatives, we aim to drive a broader global shift toward materials that are safer to use and reuse.

To do this right means applying higher standards and ensuring that those we work with comply with these standards. We've done this with our Regulated Substances Specification (RSS), which is our foundational tool for creating environmentally friendly products, and for making material decisions that help protect the health and safety of those working in our supply chain. Our RSS, which was established in 2014 and updated regularly ever since, exceeds many regional regulatory requirements. The RSS describes Apple's global restrictions on the use of certain chemical substances in Apple's products, accessories, manufacturing processes, and customer packaging.

In 2016, we expanded the RSS to include process chemicals, focusing on cleaners and degreasers. Cleaners and degreaser are some of the largest volume process chemicals used in our supply chain, and therefore, a high priority for substitution in terms of eliminating exposure to potentially hazardous chemicals. Our latest version of the RSS, released in 2021, includes enhancements that further promote safer process chemicals, protecting people around the world that make our products.

As we drive innovation — promoting the development and use of safer materials — we seek to share what we learn with others in the industry. As we and our suppliers identify and design new materials and chemistries, we are committed to taking a leadership role in evaluating and pursuing safe and sustainable alternatives — and promoting this progress beyond our supply chain.

Each year, Apple documents our progress in smarter chemistry in our People and Environment in Our Supply Chain Report, and our Environmental Progress report:
https://www.apple.com/supplier-responsibility/
https://www.apple.com/environment/
https://www.apple.com/environment/pdf/
Apple_Regulated_Substances_Specification_March2021.pdf

2

## 2020 Milestones and Achievements

**Using safer chemical alternatives in our supply chain**
EPA Safer Choice has been foundational to our continuing efforts to transition to safer process chemical alternatives. We assess the process chemicals required with each design choice as we select the materials used to manufacture our products. We account for the storage and application of each chemical, evaluating the exposure to potentially harmful chemicals. In 2020, we conducted more than 100 reviews of process chemicals so we could, where appropriate, adopt safer alternatives before production started. For these assessments we use frameworks like the EPA Safer Choice criteria and we conduct exposure assessments to proactively eliminate risks to people and the environment in our global supply chain.

Done well, advancing smarter chemistry requires a significant investment of time and resources — from gathering information, to assessing data, to developing safer alternatives. While our suppliers are required to assess the potential hazards associated with the chemicals they use, and to ensure controls and worker protection measures are in place to mitigate the risk of exposure, they do not often have the capacity to seek out safer alternatives as a preferred solution. For this reason, we support our suppliers by sharing the safer alternatives we've identified, and by promoting the use of substances that meet our standards.

While we also review our suppliers' inventories for potentially harmful chemicals, we've found that creating a list of approved cleaners and degreasers safe for use can often be even more effective to accelerate adoption. Starting in 2017, we've invested in the in-depth assessment and evaluation of these chemicals, incorporating leading guidance by the EPA Safer Choice program and GreenScreen®, to develop, and continually update, a list of safer cleaners and degreasers for use at our final assembly sites.

Since the inception of this effort, all of our supplier final assembly sites have utilized only these safer alternatives some of which include EPA Safer Choice certified products. In 2020, we evaluated 54 new cleaners, of which 33 passed our assessment, bringing our total approved alternatives to cleaners and degreasers to 80. More than 80,000 employees in our supply chain now use safer alternative cleaners and degreasers.

We also provide training and assessment tools, based on the EPA Safer Choice program and the GreenScreen® framework, to help suppliers conduct their own evaluations of safer alternatives. In addition, we provide a list of ingredients with assessment results for Apple engineers to search and determine whether the cleaning products they are proposing meet safer cleaner requirements. While the list is based on Apple's own assessments, we use third-party reviewers, including ToxServices, to assess these materials against frameworks such as EPA Safer Choice and GreenScreen®.

3

**Promoting EPA Safer Choice Program among Apple suppliers and cleaner manufacturers**

We widely promote the use of the EPA Safer Choice program among our extensive, global network of suppliers, cleaner manufacturers, and others in our industry, as well as the importance of identifying and using alternatives from EPA's Safer Chemical Ingredients List. We do this through the guidance we provide to suppliers, public Apple communications, such as our annual People and Environment in Our Supply Chain Report, and Environmental Progress Report. One hundred percent of our supplier final assembly sites use Safer Cleaners. Our team directly runs this training at these supplier sites to train them on this approach and EPA Safer Choice thinking/approach is in the training material.

**Working with others to expand impact beyond Apple's supply chain**

In 2019, we began scaling the adoption of safer cleaners and degreasers beyond Apple's supply chain. We started with tackling the lack of a comprehensive industry-wide standard for defining what constitutes a safer cleaner. We worked with Clean Production Action, an independent, third-party expert, to create criteria that can be used across the electronics industry to assess safer cleaners. This enables chemical manufacturers and suppliers to have the cleaners and degreasers they use assessed at hundreds of testing laboratories around the world using a common framework. The safer cleaners criteria were also reviewed by our Green Chemistry Advisory Board, a group of the world's leading toxicologists, researchers, and academics focused on integrating green chemistry into Apple's products and supply chain.

In 2020, the first two cleaner formulations were independently evaluated against the comprehensive safer cleaner criteria. By using the EPA Safer Chemical Ingredient List (SCIL), we can simplify validation against several criteria and eliminate redundant elements of the hazard assessment. Simplifying the assessment and identification of safer alternatives will accelerate the use of safer cleaners across the global industry.

As a next step, we're working to communicate the availability of the assessment framework and cleaner formulations that have met all the criteria. To accomplish this, we're collaborating with Chem*FORWARD*, a nonprofit convening brands, retailers, suppliers, and environmental organizations that share high-quality, actionable chemical hazard data to establish a globally harmonized repository. With Chem*FORWARD*, we'll share our evaluation framework with companies beyond our suppliers, and even our industry, and the list of chemical formulations that conform to the safer cleaner criteria. We've also worked with the Clean Electronics Production Network (CEPN), a multi-stakeholder initiative working to address health and safety challenges in the electronics supply chain, to develop the Process Chemicals Data Collection (PCDC) Tool. The PCDC tool is a free, standardized reporting tool that improves the process of collecting and managing data related to process chemicals usage in the electronics industry. The tool creates an industry-wide format for consistent collection of information across the supply chain, and enables identification and quantification of chemical use to help drive safer substitutions across the industry. This effort has a direct impact and the potential to change how our industry operates.

4

**Advancing Chemical Disclosure in the Global Supply Chain**

One example of how we're innovating to advance safer chemistry is through our Chemical Safety Disclosure program. This program advances disclosure related to the chemistries used in manufacturing processes for our products by working with participating suppliers to identify how chemicals are used and stored, as well as what mechanisms suppliers have in place to protect their employees. This enhanced transparency allows us to help our suppliers prioritize chemistries for substitution or management through enhanced controls and safety procedures.

This effort captures information on process chemicals across our global supply chain. In 2020, we set out to conduct an extensive chemical inventory mapping, collecting data on more than 600 facilities, representing 80 percent of our largest suppliers by spend. This included identifying 14,000 unique uses of process chemicals and, most importantly, what mechanisms suppliers have in place to keep their employees safe.

By undertaking this work, we have been able to quickly identify potentially hazardous chemicals, and prioritize them for substitution and removal from the supply chain. This comprehensive inventory of chemicals also allows us to find the most effective ways to reduce risk, protect supplier employees, stay ahead of new regulations, and identify opportunities to further advance smarter chemistry in our supply chain. We plan to complete the mapping of our largest suppliers by the end of 2021.

**Advancing Low-VOC Initiative**

Volatile organic compounds (VOCs) are commonly found in consumer products and related manufacturing processes. VOCs are also major contributor to smog and overall poor air quality, which can adversely affect human health in local communities, making it not just an environmental issue, but an issue of environmental justice. While proper ventilation and engineering controls can protect the health and safety of those working in supplier facilities, we went a step further to protect those working in our supply chain and the surrounding communities.

In March of 2020, China released the national regulation around VOCs as part of its "Blue Sky Initiative." We previously had requirements in place governing VOCs — which often appear in inks, coatings, adhesives, and cleaners — to track how our suppliers use them and restrict their use in select applications.  As part our compliance with the new regulations, we collected and analyzed more than 7,000 materials, identified those containing high levels of VOCs, and substituted with qualified low-VOC replacements.

We took these efforts further by providing training to more than 2,000 suppliers, and deployed a new VOC specification worldwide to help drive adoption of low-VOC alternatives. Through this specification, we're signalling to our suppliers around the world the importance of these improved alternatives. In addition, we've helped chemical manufacturers reformulate their safer cleaner formulations to meet the new VOC requirements

The global regulatory and compliance landscape continually evolves. Our environmental approach, and the science we work from, mean our requirements may exceed those of local material safety regulations. When new regulatory benchmarks are put in place, we work directly with our suppliers to take steps to support the development of compliant programs at each of our suppliers' facilities. This process involves direct local-language training covering our RSS, our Full Material Disclosure and Chemical Safety Disclosure programs, and new compliance standards.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# MOTION FOR JUDICIAL NOTICE (PART II)
## ADDITIONAL EXHIBIT

## SECTION:

## US EPA "Safer Choice" Award 2020

 An official website of the United States government

🔍

MENU

**News Releases: Headquarters**
<https://epa.gov/newsreleases/search/press_office/headquarters-226129>

CONTACT US <https://epa.gov/newsreleases/forms/contact-us>

# EPA Announces 2020 Safer Choice Partner of the Year Award Winners

September 24, 2020

**Contact Information**
EPA Press Office (press@epa.gov)

**WASHINGTON** (September 24, 2020) — Today, as part of Pollution Prevention (P2) week the U.S. Environmental Protection Agency (EPA) is recognizing 18 Safer Choice Partner of the Year award winners across 10 states and the District of Columbia for achievement in the design, manufacture, selection, and use of products with safer chemicals which furthers outstanding or innovative source reduction. The Safer Choice program helps consumers and purchasers for facilities, such as schools and office buildings, find products that perform and are safer for human health and the environment.

"We are pleased today to be recognizing the leadership and accomplishments of a diverse array of organizations over the past year," **said EPA Office of Chemical Safety and Pollution Prevention Assistant Administrator Alexandra Dapolito Dunn.** "This year marks the 30th anniversary of the Pollution Prevention Act and the awardees have all contributed to source reduction, also known as pollution prevention, through the design, manufacture, selection, and use of products with safer chemicals."

The 2020 Partner of the Year award winners represent businesses, including woman-owned, and small- and medium-sized; federal and local government; and associations. The following organizations from eight EPA regions are being awarded this year:

- Apple – Cupertino, Calif.
- BASF Home Care and I & I Cleaning Solutions – Florham Park, N.J.
- Berkley Green – Uniontown, Pa.
- The Clorox Company – Oakland, Calif.
- Defunkify – Eugene, Ore.
- DuPont Nutrition & Biosciences – Palo Alto, Calif.
- ECOS – Cypress, Calif.
- Grove Collaborative – San Francisco, Calif.
- Hazardous Waste Management Program – King County, Wash.
- Household & Commercial Products Association – Washington, D.C.
- Jelmar, LLC – Skokie, Ill.
- Lemi Shine – Austin, Texas
- Naval Supply Systems Command Weapons System Support – Mechanicsburg, Pa.
- PROSOCO – Lawrence, Kan.

Case 3:23-cv-04597-EMC   Document 37-5   Filed 01/02/24   Page 15 of 22

- PurposeBuilt Brands – Gurnee, Ill.
- Sea Mar Community Health Centers – Seattle, Wash.
- Seventh Generation – Burlington, Vt.
- Wegmans Food Markets – Rochester, N.Y.

More information on the 2020 Safer Choice Partner of the Year award winners and summaries of the their accomplishments are available at: http://www.eap.gov/saferchoice/safer-choice-partner-year-awards <https://epa.gov/saferchoice/safer-choice-partner-year-awards>.

Contact Us <https://epa.gov/newsreleases/forms/contact-us> to ask a question, provide feedback, or report a problem.

LAST UPDATED ON NOVEMBER 2, 2023



# Discover.

**Accessibility Statement**
<https://epa.gov/accessibility/epa-accessibility-statement>

**Budget & Performance**
<https://epa.gov/planandbudget>

**Contracting**
<https://epa.gov/contracts>

**EPA www Web Snapshot**
<https://epa.gov/utilities/wwwpagov-snapshots>

**Grants** <https://epa.gov/grants>

**No FEAR Act Data**
<https://epa.gov/ocr/whistleblower-protections-epa-and-how-they-relate-non-disclosure-agreements-signed-epa>

**Plain Writing**
<https://epa.gov/web-policies-and-procedures/plain-writing>

**Privacy**
<https://epa.gov/privacy>

**Privacy and Security Notice**
<https://epa.gov/privacy/privacy-and-security-notice>

# Connect.

**Data** <https://epa.gov/data>

**Inspector General**
<https://www.epaoig.gov/>

**Jobs** <https://epa.gov/careers>

**Newsroom**
<https://epa.gov/newsroom>

**Regulations.gov** ↗
<https://www.regulations.gov/>

**Subscribe**
<https://epa.gov/newsroom/email-subscriptions-epa-news-releases>

**USA.gov** ↗
<https://www.usa.gov/>

**White House** ↗
<https://www.whitehouse.gov/>

# Ask.

**Contact EPA**
<https://epa.gov/home/forms/contact-epa>

**EPA Disclaimers**
<https://epa.gov/web-policies-and-procedures/epa-disclaimers>

**Hotlines**
<https://epa.gov/aboutepa/epa-hotlines>

**FOIA Requests**
<https://epa.gov/foia>

**Frequent Questions**
<https://epa.gov/home/frequent-questions-specific-epa-programstopics>

# Follow.

  
 



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# MOTION FOR JUDICIAL NOTICE (PART II) ADDITIONAL EXHIBIT

# SECTION:
## US EPA "Safer Choice" Apple 2021 Submission



# EPA Safer Choice Partner of the Year Award

Nomination Application for:
**Apple**

**Company Address:**
1 Apple Park Way
Cupertino, CA, 95014

**Company website**
apple.com

**Contact Information:**
Name: Kathleen Shaver
Phone: +1.310.529.6672
Email: kathleen_shaver@apple.com

At Apple, people come first in everything we do, and our approach to chemical management is no exception. We are committed to the goal of removing all harmful chemicals from our manufacturing processes to ensure that the people working in our supply chain, and our customers, are safe as our products are built and used.

Identifying safer and more environmentally friendly substitutions is a continuous effort that prioritizes those alternative chemicals that will have the biggest impact. The chemicals we select are meticulously managed, monitored, and tracked directly by Apple employees, and we are continually raising the bar for the identification and use of safer alternatives, and working to provide these learnings to others in our industry and beyond.

In 2002, we introduced the Apple Regulated Substances Specification (RSS)—our own set of global chemicals restrictions that goes beyond regulatory requirements and is based on best industry practices or toxicology properties.

In 2006, we built our own Environmental Testing Lab, where our chemists look for any potentially harmful substances and test products to evaluate compliance with the RSS. Since the lab's opening, we have expanded it to more than 30 times its original size and have regularly updated it with state-of-the-art equipment.

We screen our materials with comprehensive risk assessment tools, including EPA's Safer Choice, CPA's GreenScreen®, and ToxFMD Screened Chemistry®, to evaluate substances against 18 different hazards, including carcinogens, mutagens, and endocrine disruptors.

Each year, Apple documents our progress in this area in both the Apple Supplier Responsibility and Apple Environment Reports. Our work in the areas of process chemicals and on smarter chemistry more broadly can be found, in detail, in the reports contained on these pages:
https://www.apple.com/supplier-responsibility/
https://www.apple.com/environment/

## Strengthening Compliance in the Apple Supply Chain

In 2013, we launched our Chemical Management Program to help suppliers develop a comprehensive approach to managing chemicals safely, and to transparently share information with their employees about the chemicals being used in their workplace — both of which are requirements evaluated in every Apple conducted supplier assessment.

The establishment of our Chemical Management Program set an even higher baseline for our supplier standards moving forward. Suppliers, for instance, must comply with Apple's RSS for all materials and goods it manufactures or provides to Apple, and are required to produce analytical test reports from a third-party certified laboratory to prove compliance with the RSS. Suppliers must establish and implement a written program to track, review, and approve the use of all hazardous chemicals, and obtain internal Environmental, Health and Safety (EHS) approval for all new purchases, and maintain an up-to-date chemical inventory. Suppliers must also communicate the risks of hazardous chemicals — and subsequent control mechanisms to mitigate those risks — to their employees.

2

As of 2019, the program, which has grown to more than 100 participating supplier facilities, enables our partners to shift to safer chemicals and improve general safety, awareness, and training.

We take extra care when a new chemical is proposed for use. In 2019, we assessed more than 110 new chemicals, which included reviewing product formulations and test reports, understanding the specific circumstances for use, and conducting exposure assessments to proactively eliminate risks to people and the environment as a result of using the proposed chemicals.

## Green Chemistry in the Apple Supply Chain — Accelerating Progress

While our Chemical Management Program initially focused on ensuring compliance with the RSS, we decided we needed to go further by accelerating the use of broader green chemistry principles throughout our operations. This included the establishment of our Green Chemistry Advisory Board in 2015, a group of the world's leading toxicologists, researchers, and academics focused on integrating green chemistry into Apple's products and supply chain.

Also in 2015, we created a consolidated inventory of chemicals that are used at supplier final assembly facilities, but don't reside in our products. While suppliers have always been required to maintain chemical inventories on-site as the basis for their hazard assessment and controls, we recognized that we could accelerate progress by driving the transparent reporting of process chemicals to Apple, so we could identify the priority areas for substitutions to focus on those that have the potential for most impact.

The first step was to comprehensively map the process chemicals used in our final assembly facilities, including the volumes consumed, and the specific circumstance of how they were used or applied. We then evaluated control measures, such as ventilation, personal protective equipment, and worker training programs. The mapping resulted in the further identification — and continued replacement of GreenScreen Benchmark 1 and Benchmark 2 chemicals used at all final assembly sites with safer alternatives.

Based on what we learned from these inventories, we began to prioritize and focus our efforts on cleaners and degreasers, which we determined were the most used final assembly process chemicals in our supply chain by volume. Cleaners and degreasers are also often used at the stage in the production process that requires more manual work, increasing the quantity and duration of time that supplier employees come into contact with these kinds of chemicals.

In order to scale our impact and encourage wider adoption of safer cleaners and degreasers in our supply chain, we knew we needed to simplify the process of identifying and adopting operationally effective safer alternatives.

In 2017, leveraging rigorous hazard assessment protocols such as EPA's Safer Choice, GreenScreen®, and SciVeraLENS, we developed an internal Apple Safer Cleaner Criteria against which we could assess cleaners and degreasers for use at our final assembly sites. We began to test cleaners against that criteria to develop a list of Apple-approved cleaners for our suppliers to use.

3

## Apple's Safer Cleaner Criteria

We developed our original Safer Cleaner Criteria in 2017, a comprehensive criteria for assessing all cleaners used to assemble Apple products covering human health and environmental endpoints. The assessment of a cleaner occurs in three stages:

1) Supplier disclosure of the formulation
2) Assessment of individual ingredients
3) Rating of the mixture

Over the course of these three stages, our team is able to perform an assessment of the material to determine its suitability for use in Apple supplier facilities.

*TABLE 1: APPLE SAFER CLEANER HAZARD RATING CRITERIA*

| | |
|---|---|
| **Safer Chemical** | Contains only chemicals that are listed as U.S. EPA Safer Choice Chemical Ingredients for solvents, or GreenScreen Benchmark 3 chemicals (Use but Still Opportunity for Improvement) or GreenScreen Benchmark 4 chemicals (Prefer—Safer Chemical), or equivalent. Chemicals that are U.S. EPA Safer Choice Chemical Ingredients for functional use classes other than solvents are evaluated on a case-by-case basis. |
| **Use but look for opportunities to improve** | Contains one or more GreenScreen Benchmark 2 or SciVera Lens Haz Cat Score 2 chemicals that were assigned a score of "Moderate" for the following hazard endpoints (carcinogenicity, mutagenicity/genotoxicity, reproductive toxicity, developmental toxicity, endocrine activity, skin sensitization, or respiratory sensitization) based on limited or lower confidence evidence of toxicity. OR Contains one or more GreenScreen Benchmark 2 or SciVera Lens Haz Cat Score 2 chemicals that were assigned a score of "High" or "Very High" for skin irritation, respiratory irritation, eye irritation, neurotoxicity, or systemic toxicity, but contains no orange or red category chemicals. |
| **Search for Safer Alternatives** | Contains one or more GreenScreen Benchmark 2 or SciVera Lens Haz Cat Score 2 chemicals that were assigned a score of "Moderate" for the following hazard endpoints (carcinogenicity, mutagenicity/genotoxicity, reproductive toxicity, developmental toxicity, endocrine activity, skin sensitization, or respiratory sensitization) based on solid evidence of toxicity, but contains no red category chemicals. |
| **Do not use; chemical of high concern** | Contains one or more GreenScreen Benchmark 1 chemicals (Avoid - Chemical of High Concern) or SciVera Lens Haz Cat Score 1 chemical, or equivalent. |

4

Only formulations with Green and Yellow ingredients are allowed to be used by Apple's supplier final assembly sites. Since 2017, using this criteria, all Apple supplier final assembly sites have utilized only these safer alternatives, representing 900 metric tons of cleaners used each year by more than 87,000 workers.

In 2019 we assessed 33 new cleaners, bringing the total count of safer cleaner and degreaser alternatives that have been approved for use in Apple's supply chain to more than 50.

## Communicating and Scaling the Use of Safer Chemical Alternatives

In addition to raising the bar for safer chemical use and management within our own supply chain, we continue to advocate for broader adoption of green chemistry among chemical manufacturers and among others in our industry. Through the guidance we provide directly to suppliers, our annual Supplier Responsibility Report,  and in other industry forums, we continually educate and widely promote the use of the EPA Safer Choice program among our suppliers, and encourage use of EPA's Safer Chemical Ingredients List where applicable.



*PHOTO: 2019 APPLE GREEN CHEMISTRY FORUM; SHANGHAI SESSION*

At our Green Chemistry Forum, an annual gathering of Apple suppliers, we educate and communicate on a variety of issues related to green chemistry, particularly the concept of safer chemical alternatives. In 2019, we held two sessions for more than 200 suppliers in Shanghai and Shenzhen. One of the main topics of discussion was the importance of safer cleaners, which included educating suppliers on frameworks like EPA's Safer Choice.

We are also committed to helping scale solutions for wider adoption of safer alternatives, in order to protect people working in supply chains around the world. To achieve this, we are currently working collectively with other organizations to achieve three objectives:

1) A clear, globally-recognized criteria for what constitutes a "safer" alternative;
2) A recognized organization to assess, manage and act as the standard bearer for the approved list of chemicals that meet that criteria; and
3) An ecosystem of stakeholders (governments, chemical manufacturers, end-users, industry leaders, etc.) working collectively to create an enabling environment for broader change.

In 2019 we also partnered with Clean Production Action (CPA) to create a new GreenScreen Criteria for Safer Cleaners that, along with EPA's Safer Choice, will become the backbone of Apple's new Safer Cleaner Criteria.


## Conclusion

People are at the heart of every decision we make at Apple, from the products we create to the way we create them. That's why we take into consideration the full experience of a supplier employee when selecting and managing the chemicals that are used in the production of Apple products.

Over the course of 2020, we plan to openly share our research into safer alternatives, including the updated GreenScreen Criteria for Safer Cleaners. And with the help of government agencies like EPA, and industry partners, such as Clean Electronics Production Network (CEPN), we will continue to help drive stronger industry standards that will encourage and enable other brands, suppliers, and chemical manufacturers to more rapidly develop and adopt safer alternatives, leading to even safer and healthier workplaces throughout the industry.

We take very seriously our responsibility to not only determine and use safer and greener chemicals in our own supply chain, but to also work collectively with others to increase demand for safer alternatives and accelerate their adoption. We know that our work will never be finished, and we are always looking for ways to do more, and to be better.

In conclusion, we are pleased to submit this application for consideration to the EPA, the world's leading regulatory body on environmental and chemical safety standards. Our program gaining the recognition of the EPA would go a long way in helping to scale and accelerate our efforts to protect people and the planet.