**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, | **Case No. 3:23-cv-04597-EMC** |
| Plaintiff, | **Filed**: September 7 2023 |
| v. | **District Judge**: Honorable Edward M. Chen |
| **APPLE INC**, *a corporation*, | MOTION FOR JUDICIAL NOTICE |
| Defendant. | Filed: December 25 2023 |
|  | **NOTICE OF MOTION** |
|  | **(RESCHEDULING)** |
|  | **Revised Hearing:** |
|  | Date: February 15, 2024 1:30 p.m. |
|  | Dept: Courtroom 5, 17th Floor |
|  | (Virtual Courtroom on Zoom) |

# I. NOTICE OF MOTION

1. PLEASE TAKE NOTICE that on FEBRUARY 15 2024 at 1:30PM, in Judge Chen's virtual courtroom,[1] before the Honorable Judge Edward Chen, I will, and hereby do, move for an order granting the Motion for Judicial Notice noted in Docket entry #35. The motion will be based on the Memorandum "Request for Judicial Notice" which includes my declaration and exhibits in Docket entry #35 and #37-38, and the [Proposed] Order in Docket entry #35.

2. This Motion was previously noticed for February 8 2024, however that day already has six motions scheduled, thus this motion is being moved a week later on February 15 2024. Opposition is due 14 days after motion is filed; motion was filed on December 25 2023.

3. I am the Plaintiff. I have personal knowledge of all facts stated in the declaration, and if called to testify, I could and would testify competently thereto. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I verified the authenticity of each of these documents. A true and correction version of each document is attached in each exhibit. I declare under penalty of perjury this is true and correction.

4. This Motion is filed, served, and noticed for the motion calendar of the Honorable Edward M. Chen, for hearing not less than 35 days after filing the motion, in compliance with Civil Local Rule 7.2(a). In Compliance with Civil Local Rules and Judge Chen's Standing Orders, the Proposed Order is attached to the December 25 2023 Motion.

Signature of Plaintiff: _____
Printed Name of Plaintiff:     Ashley M. Gjovik
Date:                          January 9 2024

---

[1] Judge Chen's Scheduling Instructions, https://apps.cand.uscourts.gov/CEO/cfd.aspx?7144

2
PLAINTIFF'S MOTION FOR JUDICIAL NOTICE | 3:23-CV-04597-EMC           JANUARY 9 2024

## Associated Filings:

| Docket Entry | Document / Exhibit Group |
|---|---|
| Docket #35, Main Document | Main Document/Memo and Declaration |
| Docket #37, Main Document | Addendum to Main Document with Additional Exhibits |
| Docket #35, Attachment 1 | Proposed Order |
| Docket #35, Attachment 2<br>Docket #37, Attachment 1 | Group 1 – 825 Stewart |
| Docket #35, Attachment 3<br>Docket #37, Attachment 2 | Group 2 – 3250 Scott |
| Docket #35, Attachment 4<br>Docket #37, Attachment 3 | Group 3 - NLRB |
| Docket #35, Attachment 5<br>Docket #37, Attachment 3 | Group 4 – Dept of Labor |
| Docket #35, Attachment 6 | Group 5 – EEOC/DFEH |
| Docket #35, Attachment 7<br>Docket #37, Attachment 4 | Group 6 - SEC |
| Docket #35, Attachment 8<br>Docket #37, Attachment 5 | Group 7 – Court Records 1 (Against Apple) |
| Docket #35, Attachment 9 | Group 8 – Environmental Records |
| Docket #35 Attachment 10 | Group 9 – Court Records 2 (Against Gjovik) |
| Docket #35, Attachment 11<br>Docket #37, Attachment 6 | Group 10 – News 1 (About Apple) |
| Docket #35, Attachment 12 | Group 11 – News 2 (About Gjovik) |
| Docket #35, Attachment 13<br>Docket #37, Attachment 7 (error)<br>Docket #38, Main Document | Group 12 - Maps |
| *Docket #39, Main Document* | *This Notice* |