1 | (Additional counsel on following page)

2 | JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
3 | MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
5 | Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
6 | Facsimile:    +1 650 614 7401

7 | KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
8 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
9 | 405 Howard Street
San Francisco, CA 94105-2669
10 | Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>          Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 23-cv-4597-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Dept:    Courtroom 5, 17th Floor<br>Judge:  Honorable Edward M. Chen<br>Date:   February 29, 2024<br>Time:  1:30 p.m. |

| | |
|---|---|
| 1 | KATE E. JUVINALL (SBN 315659) |
| | kjuvinall@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 631 Wilshire Blvd., Suite 2-C |
| 3 | Santa Monica, CA 90401 |
| | Telephone:    +1 310 633 2800 |
| 4 | Facsimile:    +1 310 633 2849 |
| 5 | RYAN D. BOOMS (SBN 329430) |
| | rbooms@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1152 15th Street, N.W. |
| 7 | Washington, D.C. 20005-1706 |
| | Telephone:    +1 202 339 8400 |
| 8 | Facsimile:    +1 202 339 8500 |
| 9 | Attorneys for Defendant |
| | Apple Inc. |

1      Pending before the Court is Defendant Apple, Inc's Motion to Strike Portions of Plaintiff's
2  Second Amended Complaint. Having considered the relevant papers and pleadings on file with the
3  Court in this matter, as well as the arguments of counsel, the Court **GRANTS** Defendant's Motion
4  and **STRIKES** the following allegations from Plaintiff's Second Amended Complaint pursuant to
5  Federal Rule of Civil Procedure 12(f). The allegations are immaterial and unnecessary to the claims
6  remaining after the Court granted Defendant's Motion to Dismiss, which are Claims 7-12 of the
7  Second Amended Complaint:

- Compl. ¶1, line 3 ("through a criminal enterprise), and lines 14-16 (starting with "Gjovik was terminated the day before…")
- Compl. ¶2, lines 19-20 ("which also implicated racketeering and securities fraud concerns")
- Compl. ¶3, lines 27-12 (starting with "Gjovik first attempted…")
- Compl. ¶¶4-5
- Compl. ¶6 (everything except "This Court has [] Diversity Jurisdiction over these claims")
- Compl. ¶¶9, 15-16, 18-19
- Compl. ¶20, lines 6-12 (starting with "The 9th Circuit…")
- Compl. ¶¶21-30, 32-47, 49-59, 66-70, 72-73, 90, 96, 99-101, 103, 108-29, 147-55, 157, 159-68, 170, 191-93, 196-212, 262, 270, 274-76, 279-80, 288, 336-40, 406, 412, 414-15, 419, 429-32, 435, 440, 442, 444-46, 455-59, 462-63, 467, 469, 472, 474-76, 478, 481, 487-88, 490-91, 495-96, 504-06, 516, 527-38, 544, 553-89, 593-99, 601-16, 619-23, 625-37, 639-52, 654-65, 667-77, 679-81, 683, 685, 687-93, 696-736, 739-42, 751-1187, 1241-1247, 1413-1416
- Compl. ¶1530, lines 26-18 (starting with "Gjovik complained about…")
- Compl. ¶¶1518-19, 1528-29, 1531, 1533, 1545, 1559-61, 1588-94
- Appendices I-III
- Footnotes 16, 89, 98, 132-39, 142, 145, 147, 151-52, 157, 283, 287-291, 293-97, 814-37, 840, 842-64, 865-78, 884-905, 908-16, 919-20, 923-24, 927-28, 931, 941-

|   |   |
|---|---|
| 1 | 55, 960-63, 967-70, 973-76, 978-94, 996, 998-1001, 1004-24, 1026-29, 1031, 1037- |
| 2 | 42, 1044-46, 1048-72, 1078-80, 1082-1104, 1110-74, 1177-80, 1186-98, 1203-05, |
| 3 | 1207, 1210, 1222, 1239, 1242, 1243-44, 1252, 1254-55, 1260, 1270, 1273-76, 1286- |
| 4 | 1319 |

Accordingly, the Court **STRIKES** these allegations from the Complaint.

**IT IS SO ORDERED**

Dated:_____

HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE