1 | (Additional counsel on following page)

2 | JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
3 | MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
5 | Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
6 | Facsimile:    +1 650 614 7401

7 | KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
8 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
9 | 405 Howard Street
San Francisco, CA 94105-2669
10 | Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-4597-EMC<br><br>**DEFENDANT APPLE INC.'S RESPONSE TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE [DKT. NOS. 35, 37]**<br><br>Dept:　Courtroom 5, 17th Floor<br>Judge:　Honorable Edward M. Chen<br>Date:　February 15, 2024<br>Time:　1:30 p.m. |

1  KATE E. JUVINALL (SBN 315659)
   kjuvinall@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   631 Wilshire Blvd., Suite 2-C
3  Santa Monica, CA 90401
   Telephone:    +1 310 633 2800
4  Facsimile:    +1 310 633 2849

5  RYAN D. BOOMS (SBN 329430)
   rbooms@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1152 15th Street, N.W.
7  Washington, D.C. 20005-1706
   Telephone:    +1 202 339 8400
8  Facsimile:    +1 202 339 8500

9  Attorneys for Defendant
   Apple Inc.

1  Plaintiff's Requests for Judicial Notice (Dkt. Nos. 35, 37) are moot and do not require a substantive response from Apple Inc. Plaintiff submitted both Requests in support of her Opposition (Dkt. No. 33) to Apple's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 30). On December 27, 2023, Apple withdrew its Motion without prejudice because Plaintiff filed a Second Amended Complaint on December 21, 2023 (Dkt. No. 32). Thus, Plaintiff's Opposition and Requests for Judicial Notice are no longer at issue.

Apple respectfully requests that the Court take the February 15, 2024 hearing off calendar.

Dated: January 19, 2023                By: _____
                                            JESSICA R. PERRY
                                            Attorneys for Defendant, Apple Inc.