**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*

**Location**: Boston, Massachusetts

**Contact**: 2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, | **Case No**. 3:23-cv-04597-EMC |
| Plaintiff, | **Judge**: Honorable Edward M. Chen |
| v. | **Case Filed:** September 7 2023 |
| **APPLE INC**, *a corporation*, | **PLAINTIFF'S NOTICE OF INTENT TO FILE REPLY TO APPLE'S OPPOSITION TO MOTION FOR JUDICAL NOTICE** |
| Defendant. | Hearing: February 15 2024 |
| | Reply ETA: January 26 2024 (though not required because Apple's Opposition was 11 days late). |
| | **PLAINTIFF'S NOTICE OF INTENT TO FILE OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS & MOTION TO STRIKE** |
| | Hearing: February 29 2024 |
| | Opposition Due: February 1 2024 |

1

1

## NOTICE

2

1.    Plaintiff (Ashley Gjovik) provided Defendant (Apple Inc) a written update on

3

December 22 2023 that she would file a Motion for Judicial Notice. Plaintiff then filed a Motion

4

for Judicial Notice on December 25 2023 (Docket #35) and then also an addendum of additional

5

exhibits but no change to legal arguments on January 2 2024, noting the Motion will now apply

6

to Gjovik's Second Amended Complaint and Apple's future Motions (Docket #37). Any

7

opposition to Plaintiff's Motion for Judicial Notice was due within 14 days on January 8 2024.

8

The Hearing for the Motion for Judicial Notice was and is scheduled for February 15 2024.

9

(Docket #40-41).

10

2.    Despite no requests for extension, Defendant instead just submitted its opposition

11

today, January 19 2024, eleven days past the court's deadline (Docket #43).[1]  Defendant also

12

unilaterally and inappropriately requests the hearing for the Motion for Judicial Notice be

13

cancelled. Plaintiff was not consulted about any extension for an Opposition to Plaintiff's

14

Motion for Judicial Notice, nor did Plaintiff offer Defendant any extension, nor did Plaintiff

15

agree to cancellation of the hearing. Defendant missed their deadline for opposition and thus

16

their opposition should be disregarded, However, in addition, Plaintiff, also submits this Notice

17

of Intent to file a Reply to Apple's Opposition to a Motion for Judicial Notice within 7 days

18

under Local Civil Rule 8.3(c) in preparation for the February 15 2024 hearing.

19

3.    On January 18 2024, Defendant filed a revised Motion to Dismiss (Docket #41)

20

based on Gjovik's Second Amended Complaint (Docket #32). The latest Motion to Dismiss now

21

only attempts to dismiss seven of Plaintiff's twelve claims.[2] Gjovik submits this Notice of Intent

22

to file an Opposition to Apple's Motion to Dismiss within 14 days of January 18 2024, per Local

23

24

[1] See Local Civil Rule 7.3(a) stating "*The opposition must be filed and served not more than 14 days after the motion was filed.*"

25

[2] Note: Defendant's latest Motion to Dismiss on January 18 2024 directly references text within the

26

documents Gjovik filed a Motion for Judicial Notice to add to the court record, while on January 19 2024, Defendant concurrently asks the court to dismiss Gjovik's Motion for Judicial Notice

27

including the records which are the very documents Apple cites as evidence, even citing the Docket for the Motion for Judicial Notice, in Defendant's January 18 2024 Motion to Dismiss.

28

PLAINTIFF'S NOTICE OF INTENT TO FILE OPPOSITION
Case: 3:23-cv-04597-EMC                                        JAN. 19 2024

Civil Rule 7-3(a).

4.   On January 18 2024, Defendant also filed a Motion Strike "hundreds of allegations" from Plaintiff's Complaint, including facts and exhibits which apply to causes of action that Apple is not even trying to dismiss and which are critical to those legal claims, all of Gjovik's footnotes (which include pin citations to the legal authority for Gjovik's claims and provide attributions to quotations from Judges and politicians), as well as Judge Chen's Fraud worksheet noted in your Honor's Standing Order #10. (Docket #42). Gjovik submits this Notice of Intent to file an Opposition to Apple's Motion to Strike within 14 days of January 18 2024, per Local Civil Rule 7-3(a).

Respectfully submitted,

By_____

Ashley M. Gjovik, J.D.
*Pro Se Plaintiff*

Dated: January 19 2024

---

PLAINTIFF'S NOTICE OF INTENT TO FILE OPPOSITION
Case: 3:23-cv-04597-EMC                                          JAN. 19 2024