(Additional counsel on following page)

JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 23-cv-4597-EMC<br><br>**DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>[F.R.E. 201]<br><br>Dept:   Courtroom 5, 17th Floor<br>Judge:  Honorable Edward M. Chen<br>Date:   May 16, 2024<br>Time:   1:30 p.m. |

1 | KATE E. JUVINALL (SBN 315659)
kjuvinall@orrick.com
2 | ORRICK, HERRINGTON & SUTCLIFFE LLP
631 Wilshire Blvd., Suite 2-C
3 | Santa Monica, CA 90401
Telephone:   +1 310 633 2800
4 | Facsimile:    +1 310 633 2849

5 | RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
6 | ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
7 | Washington, D.C. 20037
Telephone:   +1 202 339 8400
8 | Facsimile:    +1 202 339 8500

9 | Attorneys for Defendant
Apple Inc.

1    Pursuant to Federal Rule of Evidence 201, Defendant Apple Inc. requests that in connection
2    with all its Motion to Dismiss Plaintiff's Third Amended Complaint ("TAC"), the Court take
3    judicial notice of the following documents:

4    **Exhibit A**: Plaintiff's SEC Submission No. 16304-612-987-465 ("SEC Submission"),
5    which Plaintiff previously submitted to the Court in connection with her Request for Judicial Notice
6    (*see* Dkt. 35-7 at 3-21); and

7    **Exhibit B**: Plaintiff's offer of employment from Apple (the "Offer Letter").

8    On an FRCP 12(b)(6) motion, courts may consider documents on which the complaint
9    "necessarily relies" if: "(1) the complaint refers to the document; (2) the document is central to the
10   plaintiff's claim; and (3) no party questions the authenticity of the [document]." *Marder v. Lopez*,
11   450 F.3d 445, 448 (9th Cir. 2006); *see also Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994)
12   ("[D]ocuments whose contents are alleged in a complaint and whose authenticity no party
13   questions, but which are not physically attached to the pleading, may be considered in ruling on a
14   Rule 12(b)(6) motion to dismiss[.]"); *Parrino v. FHP, Inc.*, 146 F.3d 699, 706 & n.4 (9th Cir. 1998)
15   (holding that documents which are not mentioned in the complaint, but whose authenticity is not
16   contested and upon which the plaintiff's complaint necessarily relies, may be considered on a
17   motion to dismiss without converting it into a motion for summary judgment). The court is
18   permitted to treat such documents as "part of the complaint, and thus may assume that its contents
19   are true for purposes of a motion to dismiss under Rule 12(b)(6)." *United States v. Ritchie*, 342
20   F.3d 903, 908 (9th Cir. 2003).

21   Here, Plaintiff directly and indirectly references Exhibits A and B, or the contents thereof,
22   in the TAC.  *See* TAC ¶¶85-86, 169-70, 172 (SEC Submission); *id.* ¶¶234-37 (Offer Letter).
23   Because Exhibits A and B are referred to in the TAC, their authenticity is not disputed, and
24   Plaintiff's TAC necessarily relies on them (by virtue of basing certain allegations on them), she has
25   incorporated them by reference and the Court should take judicial notice of them. *See Juster v.*
26   *Workday, Inc.*, 2022 WL 3030530, at *1 n.1 (N.D. Cal. Aug. 1, 2022) (on motion to dismiss, taking
27   judicial notice of offer letter that was incorporated by reference); *Ansell v. Laikin*, 2011 WL
28   3274019, at *3 (C.D. Cal. Aug. 1, 2011) (on motion to dismiss, taking judicial notice of SEC

1  complaint that was incorporated by reference).

2      For the foregoing reasons, Apple respectfully requests that the Court take judicial notice of Exhibits A and B hereto.

Dated: March 26, 2024          By: _____
                                    JESSICA R. PERRY
                                    Attorneys for Defendant Apple Inc.