1 (Additional counsel on following page)

2 JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
3 MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
4 ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
5 Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
6 Facsimile:    +1 650 614 7401

7 KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
8 ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
9 405 Howard Street
San Francisco, CA 94105-2669
10 Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
12 Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-4597-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>**[F.R.E. 201]**<br><br>Dept:　　Courtroom 5, 17th Floor<br>Judge:　Honorable Edward M. Chen<br>Date:　　May 16, 2024<br>Time:　　1:30 p.m. |

4128-6614-6127

APPLE INC.'S [PROPOSED] ORDER RE:
RJN ISO MTD TAC
CASE NO. 23-CV-4597-EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KATE E. JUVINALL (SBN 315659)
kjuvinall@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
631 Wilshire Blvd., Suite 2-C
Santa Monica, CA 90401
Telephone:    +1 310 633 2800
Facsimile:     +1 310 633 2849

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:     +1 202 339 8500

Attorneys for Defendant
Apple Inc.

Pending before the Court is Defendant Apple Inc.'s Request for Judicial Notice in Support of its Motion to Dismiss Plaintiff's Third Amended Complaint. Having considered the relevant papers and pleadings in support of and in opposition to Apple's request, the Court hereby **GRANTS** Apple's request and takes judicial notice of the following documents:

1. Plaintiff's SEC Submission No. 16304-612-987-465
2. Plaintiff's offer of employment from Apple

**IT IS SO ORDERED**

Dated:_____

                                                HON. EDWARD M. CHEN
                                                U.S. DISTRICT COURT JUDGE