1 | (Additional counsel on following page)

2 | JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
3 | MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
4 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
5 | Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
6 | Facsimile:   +1 650 614 7401

7 | KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
8 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
9 | 405 Howard Street
San Francisco, CA 94105-2669
10 | Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ASHLEY GJOVIK,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

Case No. 23-cv-4597-EMC

**NOTICE OF CHANGE OF ADDRESS**

| | |
|---|---|
| 1 | KATE E. JUVINALL (SBN 315659) |
| | kjuvinall@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 631 Wilshire Blvd., Suite 2-C |
| 3 | Santa Monica, CA 90401 |
| | Telephone:   +1 310 633 2800 |
| 4 | Facsimile:    +1 310 633 2849 |
| 5 | RYAN D. BOOMS (SBN 329430) |
| | rbooms@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 2100 Pennsylvania Avenue NW |
| 7 | Washington, D.C. 20037 |
| | Telephone:   +1 202 339 8400 |
| 8 | Facsimile:    +1 202 339 8500 |
| 9 | Attorneys for Defendant |
| | Apple Inc. |

TO THE CLERK OF THE COURT AND PLAINTIFF:

PLEASE TAKE NOTICE that the mailing address for Ryan D. Booms, counsel for Defendant Apple Inc., has changed to:

ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037

His telephone, facsimile, and email address remain the same.

Dated: March 26, 2024         By: _____
                                  RYAN D. BOOMS
                                  Attorneys for Defendant, Apple Inc.

NOTICE OF CHANGE OF ADDRESS