1
2
3
4
5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|  |  |
|---|---|
| **ASHLEY GJOVIK**, *an individual*,<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC**, *a corporation*,<br><br>Defendant. | **Case No. 3:23-CV-04597-EMC**<br><br>**[PROPOSED] ORDER DENYING DEFENDANT APPLE INC'S MOTION TO STRIKE**<br><br>HEARING:<br>Dept: Courtroom 5, 17th Floor (Virtual)<br>Date: May 16, 2024<br>Time: 1:30 p.m. |

# [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO STRIKE

Pending before the Court is Defendant Apple, Inc.'s Motion to Strike portions of Plaintiff's Third Amended Complaint.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that the motion is without merit.

IT IS HEREBY ORDERED that Defendant's Motion to Strike is denied.

Dated: _____        _____

JUDGE EDWARD M. CHEN

U.S. DISTRICT COURT JUDGE

OPP'N TO MOTION TO STRIKE | 3:23-CV-04597-EMC          APRIL 9 2024