# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**ASHLEY GJOVIK**, *an individual*,

Plaintiff,

v.

**APPLE INC**, *a corporation*,

Defendant.

**Case No. 3:23-CV-04597-EMC**

**PLAINTIFF'S MEMORANDUM OF POINTS & AUTHORITIES**

**IN OPPOSITION TO DEFENDANT'S**

**MOTION TO DISMISS**
Fed. R. Pro. 12(b)(6)

HEARING:

Dept: Courtroom 5, 17th Floor (Virtual)

Date: May 16, 2024

Time: 1:30 p.m.

# [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Pending before the Court is Defendant Apple, Inc.'s Motion to Dismiss partial claims in Plaintiff's Third Amended Complaint.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that Plaintiff Ashley Gjovik has alleged sufficient facts to state claim upon which relief may be granted for all claims..

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss for Failure to State a Claim for is denied in its entirety. Plaintiff's claims may proceed.

Dated: _____  _____

JUDGE EDWARD M. CHEN

U.S. DISTRICT COURT JUDGE