1  (Additional counsel on following page)

2  JESSICA R. PERRY (SBN 209321)
   jperry@orrick.com
3  MELINDA S. RIECHERT (SBN 65504)
   mriechert@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025-1015
   Telephone:    +1 650 614 7400
6  Facsimile:    +1 650 614 7401

7  KATHRYN G. MANTOAN (SBN 239649)
   kmantoan@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759

11 Attorneys for Defendant
12 Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ASHLEY GJOVIK, | Case No. 23-cv-4597-EMC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| v. | |
| APPLE INC., | |
| Defendant. | **[F.R.E. 201]** |
| | Dept:  Courtroom 5, 17th Floor |
| | Judge: Honorable Edward M. Chen |
| | Date:  May 16, 2024 |
| | Time:  1:30 p.m. |

4139-7641-1727

[PROPOSED] ORDER RE: APPLE'S RJN
ISO REPLY ISO MTD TAC
CASE NO. 23-CV-4597-EMC

| | |
|---|---|
| 1 | KATE E. JUVINALL (SBN 315659) |
| | kjuvinall@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 631 Wilshire Blvd., Suite 2-C |
| 3 | Santa Monica, CA 90401 |
| | Telephone:    +1 310 633 2800 |
| 4 | Facsimile:     +1 310 633 2849 |
| 5 | RYAN D. BOOMS (SBN 329430) |
| | rbooms@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 2100 Pennsylvania Avenue NW |
| 7 | Washington, D.C. 20037 |
| | Telephone:    +1 202 339 8400 |
| 8 | Facsimile:     +1 202 339 8500 |
| 9 | Attorneys for Defendant |
| | Apple Inc. |

4139-7641-1727

[PROPOSED] ORDER RE APPLE'S RJN ISO
REPLY ISO MTD TAC
CASE NO. 23-CV-4597-EMC

Pending before the Court is Defendant Apple Inc.'s Request for Judicial Notice in Support of its Reply in Support of its Motion to Dismiss Plaintiff's Third Amended Complaint. Having considered the relevant papers and pleadings in support of and in opposition to Apple's request, the Court hereby **GRANTS** Apple's request and takes judicial notice of the following documents:

1. Complaint, *Banko v. Apple Inc.*, N.D. Cal. No. 3:13-cv-02977-VC, Dkt. 1 (June 27, 2013).

**IT IS SO ORDERED.**

Dated:_____   _____
HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE