





PRIORITY MAIL EXPRESS

RECEIVED
APR 19 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US POSTAGE IMI 836740416154400 2000394010
$30.45
SSK
PME 1-DAY

E

04/16/24  Mailed from 92628  028W2311536

**PRIORITY MAIL EXPRESS 1-DAY®**

CHER S SCARLETT
LOT 5955
PO BOX 1679
SACRAMENTO CA 95812-1679

2.20 oz
RDC 07

WAIVER OF SIGNATURE REQUESTED

SCHEDULED DELIVERY DAY: 04/17/24 06:00 PM

C004

SHIP TO:
COURT CLERK
US DISTRICT COURT NDC
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661



USPS TRACKING® NUMBER



9570 1065 7006 4107 3206 45



GUARANTEED • TRACKED • INSURED

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

PRESS FIRMLY TO SEAL       PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## FOR DOMESTIC AND INTERNATIONAL USE
## PLACE MAILING LABEL HERE

- Guaranteed delivery date.*
- Guaranteed delivery time.‡
- USPS Tracking® service included for domestic and many international destinations.
- Pick up available.
- Domestic shipments include $100 of insurance (restrictions apply).**
- Signature included upon request.

\* Money Back Guarantee to U.S., select APO/FPO/DPO and select International destinations. See DMM and IMM at *pe.usps.com* for complete details.

\*\* Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

‡ Money Back Guarantee for U.S. destinations only.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

   
UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.