**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, | Case No. **3:23-CV-04597-EMC** |
| Plaintiff, | **DECLARATION OF ASHLEY GJOVIK** |
| v. | **IN SUPPORT OF PLAINTIFF'S NON-OPPOSITION TO MOTION FOR JUDICIAL NOTICE** |
| **APPLE INC**, *a corporation*, | *Re: Banko v Apple Inc (2013)* |
| Defendant. | CV13-02977 RS |
| | Dept: Courtroom 5, 17th Floor (Virtual) |
| | Date: May 16, 2024 |
| | Time: 1:30 p.m. |

## I. DECLARATION OF ASHLEY GJOVIK IN SUPPORT OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

**Pursuant to 28 U.S.C.§ 1746, I, Ashley M. Gjovik, hereby declare as follows:**

1. My name is Ashley Marie Gjovik. I am the self-represented Plaintiff in this above captioned matter. I make this Declaration based upon my personal knowledge and in support of Plaintiff's conditional non-opposition to Defendant's Request for Judicial Notice. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. On April 23 2024, I gathered and attached true and correct copies of the orders, complaints, opposition briefs, and reply briefs as attached as Exhibits A-G in the Non-Opposition memo concurrently filed. I obtained these documents via my PACER account and confirmed these are the correct documents for the correct case as referenced in my papers.

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 24 2024.

**Executed on**: APRIL 24 2024

Signature:

_____

**s/ Ashley M. Gjovik**
**Pro Se Plaintiff**

**Email**: legal@ashleygjovik.com
**Physical Address**: Boston, Massachusetts
**Mailing Address:** 2108 N St. Ste. 4553 Sacramento, CA, 95816
**Phone**: (408) 883-4428