# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GJOVIK, *an individual*, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC, *a corporation*, <br><br> Defendant. | Case No. 3:23-CV-04597-EMC <br><br> [PROPOSED] ORDER GRANTING <br><br> PLAINTIFF'S MOTION TO STRIKE <br><br><br> HEARING: <br> Dept: Courtroom 5, 17th Floor (Virtual) <br> Date: May 16, 2024 <br> Time: 1:30 p.m. |

1

3:23-CV-04597-EMC

# [PROPOSED] ORDER GRANTING MOTION TO STRIKE

Pending before the Court is Plaintiff's Motion to Strike. Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that the Amicus Declaration is improper and the Motion to Strike should be granted.

IT IS HEREBY ORDERED that Plaintiff's Motion to Strike is GRANTED. Docket No. 62 is stricken from the record.

Dated: _____          _____

JUDGE EDWARD M. CHEN

U.S. DISTRICT COURT JUDGE