**Ashley M. Gjovik, JD**
*Pro Se Plaintiff*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, <br><br> Plaintiff, <br><br> v. <br><br> **APPLE INC**, *a corporation*, <br><br> Defendant. | **Case No. 3:23-CV-04597-EMC** <br><br> **DECLARATION OF ASHLEY GJOVIK IN SUPPORT OF PLAINTIFF'S NON-OPPOSITION TO MOTION FOR JUDICIAL NOTICE** <br><br> *Re: Banko v Apple Inc (2013)* <br> CV13-02977 RS <br><br> Dept: Courtroom 5, 17th Floor (Virtual) <br> Date: May 16, 2024 <br> Time: 1:30 p.m. |

---

1

DECLARATION OF ASHLEY GJOVIK IN SUPPORT OF CONDITIONAL     APRIL 25 2024
NON-OPPOSITION TO DEF'S REQ. FOR J.N. | 3:23-CV-04597-EMC

## I.   DECLARATION OF ASHLEY GJOVIK IN SUPPORT OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

**Pursuant to 28 U.S.C.§ 1746, I, Ashley M. Gjovik, hereby declare as follows:**

1. My name is Ashley Marie Gjovik. I am the self-represented Plaintiff in this above captioned matter.

2. I make this Declaration based upon my personal knowledge and in support of Plaintiff's conditional non-opposition to Defendant's Request for Judicial Notice.

3. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

4. On April 23 2024 (and on April 25 2024), I gathered and attached true and correct copies of the orders, complaints, opposition briefs, and reply briefs as attached as Exhibits A-I in the Non-Opposition memo concurrently filed.

5. I obtained these documents via my PACER account and confirmed these are the correct documents for the correct case as referenced in my papers.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 25 2024.

**Executed on**: APRIL 25 2024

**Modified version re-filed to correct file errors: April 25 2024**

2

DECLARATION OF ASHLEY GJOVIK IN SUPPORT OF CONDITIONAL          APRIL 25 2024
NON-OPPOSITION TO DEF'S REQ. FOR J.N. | 3:23-CV-04597-EMC

Signature:



**s/ Ashley M. Gjovik**
**Pro Se Plaintiff**

**Email**: legal@ashleygjovik.com
**Physical Address**: Boston, Massachusetts
**Mailing Address:** 2108 N St. Ste. 4553 Sacramento, CA, 95816
**Phone**: (408) 883-4428

3

DECLARATION OF ASHLEY GJOVIK IN SUPPORT OF CONDITIONAL     APRIL 25 2024
NON-OPPOSITION TO DEF'S REQ. FOR J.N. | 3:23-CV-04597-EMC