**Cher Swan Scarlett**
*So-called "Joanna Appleseed"*
PO BOX 1679 #5955
Sacramento, CA 95812
hello@cher.dev

*FILED*
*APR 30 2024*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GJOVIK, *an individual*, | Case No. 3:23-CV-04597-EMC |
| Plaintiff, | **SUPPLEMENTAL DECALARTION** OF |
| v. | **CHER S. SCARLETT** |
| APPLE INC, *a corporation*, | |
| Defendant. | |

## I. SUPPLEMENTAL DECLARATION OF CHER S. SCARLETT

**Pursuant to 28 U.S.C.§ 1746, I, Cher S. Scarlett, hereby declare as follows:**

1. My name is Cher Swan Scarlett. I am a private citizen named as "Joanna Appleseed" by Plaintiff (and due to responsive pleadings, the Defendant) in this above captioned matter. I make this Declaration based upon my personal knowledge of all facts stated in this Declaration, and if called to testify, I could and would testify competently thereto.

2. I filed a non-party witness declaration by mail on April 16, 2024, which was received by the court on April 19, 2024, and entered into the docket on April 23, 2024. The Plaintiff filed two responses to my declaration on April 24, 2024. (Dockets No. 63 & 64)

3. I am filing this supplemental declaration to clarify that my initial declaration (Docket No. 62) was as a non-party witness to the above captioned matter, not an *amicus*. I do not have expertise to file such a brief as referenced by The Plaintiff. I am not a named party, nor am I a part of Apple. The Plaintiff and I did not work together and never met each other in the course of our work. I have no stake in the outcome of this case.

4. There is no one in this case that can speak to these facts other than me. There is no one representing me, standing up for me, or defending my rights as a private citizen of the United States of America. I have no legal education and ask the court to show the utmost care in considering the validity of my testimony in its decision about my relevance in a lawsuit against a corporation by a person I have never even met.

5. The Plaintiff added a partial record (Docket No. 64) in the matter of *Scarlett v Gjovik*. Apple was not involved. Its entirety is irrelevant and hundreds of pages long, so I am introducing Exhibit A (which are true and correct copies). I obtained a lawful anti-harassment order against The Plaintiff (as to this case; Gjovik) for her conduct towards me. (*Scarlett v. Gjovik*, King County District Court, case no. 22CIV07104KCX. 1 March 2022) On appeal, it was vacated and dismissed <u>without</u> prejudice. The Findings of Fact were <u>not reversed</u>. The appellate court decided I am a Public Figure and then proffered a motivation other than malice on behalf of Gjovik without oral argument. (*Scarlett v Gjovik*, No. 22-2-03849-7 SEA, 2022 WL 4541046, at *4. Wash. Super. Ct. Sep. 26, 2022)

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on APRIL 27 2024.

**Executed on**: APRIL 27 2024

**s/ Cher S. Scarlett**

**So-called "Joanna Appleseed"**

**Email**: hello@cher.dev
**Physical Address**: California
**Mailing Address**: PO BOX 1679 #5955, Sacramento, CA 95812

# EXHIBIT A

A

**1.** **Ashley M. Gjøvik** @ashleygjovik

Apple's "best" defense witness against me on my whistleblower claims is apparently married to his charmer & constantly concocts easily refutable accusations abt me, despite dump-trucks of evidence to the contrary

You're gonna have to try a lot harder, Apple. You look like fools.

> Ashley M. Gjøvik @ashleygjovik
> EXTENSIVE.
> Assaults, Stealing a Car, Stealing a Gun, Resisting Arrest, Poss of Contr Substances, Failure to Reg as a Sex Offender 3x, Resisting Arrest, Malicious Mischief, DUI....
> Show this thread

8:47 PM · 7 Jan 2022

**2.** **Ashley M. Gjøvik** @ashleygjovik

Replying to @Night_Burner

Great question. She's apparently planning to testify against me as a defense witness for Apple.

> Ashley M. Gjøvik @ashleygjovik
> Cher Scarlett just said she plans to be a defense witness for Apple against me in my whistleblower retaliation cases.
> Ms #AppleToo plans to defend Apple against a safety...
> Show this thread

10:50 PM · 31 Dec 2021

**3.** **Ashley M. Gjøvik** @ashleygjovik

Ok well it's been an exciting day.

I still haven't eaten and I need to do homework for school next week, so I'll just let y'all dig through everything I just posted & we'll see if Cheryl's in a more negotiable mood tomorrow.

Oh yeah, her name is "Cheryl."

5:48 PM · 8 Jan 2022

1 Like

16:59 · 3 thg 12, 2021

**4.** **Ashley M. Gjøvik** @ashleygjovik · Jan 9

Listen, I don't usually give a shit abt people's personal crap. They can handle their own bizniz

The only reason I'm exposing Cheryl Scarlett's grift is she harassed bullied & defamed me for mo's & now says shes a defense witness for Apple against me

So:


youtube.com
Lizzo - Truth Hurts (Official Video)

♡ 2    ♡ 18

**5.** Ashley M. Gjøvik @ashleygjovik · 4h
Here's another interesting one.

Cher posted a lot about "growing up poor," like "trap house" poor, she says.

Maybe?

But, also, her mom's over here with tassels on her ottoman & looking like a fucking late 80s/early 90s goddess.



**6.** Ashley M. Gjøvik @ashleygjovik · 4h
Surely, BezosPost must have looked into Cher's basic financial & family history, right?

I guess her mom was over there slinging concrete with that dope-ass eye shadow.

I mean maybe... but....
washingtonpost.com/technology/202

> desire to fight what she sees as injustice. "It is an incredible story," Parrish said. "She's a deeply inspiring figure."
>
> In a series of interviews with The Post, Scarlett described growing up in Kirkland Wash., and being a junior astronaut who wanted to become a scientist and go to space. An avid gamer who created a website for her "guild" in the role playing game Everquest, Scarlett says she studied for the SAT and got a near perfect score.
>
> But her family was poor, she said. Her mother worked for a construction company and her father and stepfather came in and out of her life, she said. Though her memory is fuzzy, she said she was sexually abused as a young child by a family friend. In high school, she began experimenting with drugs and began stripping at 18 to pay for a cocaine habit.