# USPS Priority Mail Express Label

**PRIORITY MAIL EXPRESS FLAT RATE ENVELOPE — POSTAGE REQUIRED**

US POSTAGE IMI
$30.45
SSK
PME 1-DAY
04/29/24  Mailed from 92728  2.36 oz
RDC 07

880840429134056   200039384
028W231153

**PRIORITY MAIL EXPRESS 1-DAY®**

CHER S SCARLETT
LOT 5855
PO BOX 1679
SACRAMENTO CA 95812-1679

WAIVER OF SIGNATURE REQUESTED
SCHEDULED DELIVERY DAY: 04/30/24 06:00 PM

SHIP TO:
COURT CLERK  EC
US DISTRICT COURT NDC
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS TRACKING® NUMBER
9570 1066 1196 4120 8900 94

INSPECTED BY
APR 30 2024
U.S. MARSHALS SERVICE

RECEIVED
APR 30 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EP13F October 2023
OD: 12 1/2 x 9 1/2

PS10001000006

USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service, October 2023; All rights reserved.







**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**PRIORITY MAIL EXPRESS®**

**GUARANTEED* ▪ TRACKED ▪ INSURED**