# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 16, 2024　　　　**Time:** 1:30-2:01　　　　**Judge:** EDWARD M. CHEN
　　　　　　　　　　　　　　　　31 Minutes

**Case No.:** 23-cv-04597-EMC　　**Case Name:** Gjovik v. Apple Inc.

**Pro Se Plaintiff:** Ashley Gjovik
**Attorneys for Defendant:** Melinda Riechert and Kathryn Mantoan

**Deputy Clerk:** Vicky Ayala　　　　　　**Court Reporter:** Jennifer Pancratz

### PROCEEDINGS HELD VIA ZOOM WEBINAR

Motion to Dismiss and Motion to Strike - held

### SUMMARY

Parties stated appearances. Oral argument held. Matter taken under submission.