1  (Additional counsel on following page)

2  JESSICA R. PERRY (SBN 209321)
   jperry@orrick.com
3  MELINDA S. RIECHERT (SBN 65504)
   mriechert@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025-1015
   Telephone:   +1 650 614 7400
6  Facsimile:   +1 650 614 7401

7  KATHRYN G. MANTOAN (SBN 239649)
   kmantoan@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
11
   Attorneys for Defendant
12 Apple Inc.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17

18 ASHLEY GJOVIK,                         Case No. 23-cv-4597-EMC

19              Plaintiff,                **[PROPOSED] ORDER GRANTING
                                          DEFENDANT APPLE INC.'S MOTION
20      v.                                TO STRIKE PORTIONS OF
                                          PLAINTIFF'S FOURTH AMENDED
21 APPLE INC.,                            COMPLAINT**

22              Defendant.                Dept:    Courtroom 5, 17th Floor
                                          Judge:   Honorable Edward M. Chen
23                                        Date:    August 22, 2024
                                          Time:    1:30 p.m.
24

25

26

27

28

                                          [PROPOSED] ORDER GRANTING
                                                      MOT. TO STRIKE
   4129-6893-5761                         CASE NO. 23-CV-4597-EMC

1  KATE E. JUVINALL (SBN 315659)
   kjuvinall@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   631 Wilshire Blvd., Suite 2-C
3  Santa Monica, CA 90401
   Telephone:   +1 310 633 2800
4  Facsimile:   +1 310 633 2849

5  RYAN D. BOOMS (SBN 329430)
   rbooms@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1152 15th Street, N.W.
7  Washington, D.C. 20005-1706
   Telephone:   +1 202 339 8400
8  Facsimile:   +1 202 339 8500

9  Attorneys for Defendant
   Apple Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pending before the Court is Defendant Apple, Inc.'s Motion to Strike Portions of Plaintiff's
2 Fourth Amended Complaint pursuant to Federal Rule of Civil Procedure 12(f). Having considered
3 the relevant papers and pleadings on file with the Court in this matter, as well as the arguments of
4 counsel, the Court rules as follows:

5    Apple's motion to strike the following allegations because they clearly relate to only those
6 claims Apple seeks to dismiss is GRANTED, and the Court **STRIKES** these allegations from the
7 Fourth Amended Complaint:

8   - ¶2, lines 7-11 (starting at "at two different" and ending with "done to her.")
9   - ¶3, lines 24-27 (starting with "Gjovik's public advocacy")
10  - ¶10, line 10 ("and 3250 Scott Boulevard in Santa Clara,")
11  - ¶¶26-46, 57-60, 71-72
12  - ¶83, lines 27-28 ("not even yet knowing about the ARIA facility")
13  - ¶¶138-40
14  - ¶¶149-51
15  - ¶168, p. 49, lines 17-28; p. 50, lines 1-8, 12-14, 25-28
16  - ¶¶175-21, 182-246
17  - Prayer for Relief, ¶¶ vi, viii, xi

18 **IT IS SO ORDERED**

19 Dated:_____

   HON. EDWARD M. CHEN
20 U.S. DISTRICT COURT JUDGE