**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
Northern District of California

**CIVIL MINUTES**

**Date:** July 16, 2024     **Time:** 1:29-1:53     **Judge:** EDWARD M. CHEN
                                    24 minutes

**Case No.**: 3:23-cv-04597-EMC     **Case Name:** Gjovik v. Apple Inc.

**Pro Se Plaintiff:** Ashley Gjovik
**Attorneys for Defendant:** Katie Manton, Melinda Riechert

**Deputy Clerk:** Vicky Ayala                     **Court Reporter:** Kendra Steppler

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Initial Case Management Conference – Held.

**SUMMARY**

Parties stated appearances.

Discovery: Court instructed parties to proceed with the employment claims following General Order 71. For non-employment, and environmental claims, the parties will meet and confer regarding initial discovery in a manner that is cost-prohibitive and exchange high-level documents. Parties to complete initial disclosures under Rule 26. Court will assign a magistrate judge for all discovery and will assist the parties with the process, including the scope of the high-level discovery if there is a dispute. Parties should conclude the high-level discovery within 60 days.

ADR: Defendant stated ADR is premature at this stage. Court instructed the parties to meet and confer regarding which form of ADR they prefer, including selection of a mediator. Parties should be prepared to discuss ADR at the next status conference.

Court set a hearing on motion to dismiss and a further status conference on **8/22/2024.**

Court also discussed the pendency of this case regarding administrative proceedings, but Court planned no intervention in the administrative process.

CASE CONTINUED TO: **8/22/2024, at 1:30 PM for a Further Case Management Conference and motion hearing via Zoom.** Joint case management statement due by 8/15/2024.