UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASHLEY GJOVIK, | Case No. 23-cv-04597-EMC |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |
| APPLE, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred

☒  for random assignment to a United States Magistrate Judge.

☐  to United States Magistrate Judge.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: July 26, 2024

_____
EDWARD M. CHEN
United States District Judge

*Rev. 10-18*