**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:23-CV-04597-EMC

**ASHLEY M. GJOVIK**, *an individual*,

Plaintiff,

vs.

**APPLE INC.**, a corporation,

Defendant.

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

*In Support of Plaintiff's Opposition to Defendant's Motions to Dismiss & to Strike*

**Motion Hearing & Case Management Conference:**
Dept: Courtroom 5 (Zoom)
Judge Edward M. Chen
Date: August 22, 2024
Time: 1:30 PM PT

# TABLE OF CONTENTS

## Contents

I.    Table of Authorities ..................................................................... iii

II.   Arguments ................................................................................. 1

   A.   Legal & Government Records (Exhibits A, B, E, G, N, O). ............... 3

   B.   News Articles; Publications (Exhibits A, C, D, F, H-N) ................... 5

   C.   Science & Medicine (Exhibits C, E, N, O). .................................... 6

   D.   Maps & Locations (Exhibit B) ..................................................... 7

III.  Conclusion ................................................................................. 8

IV.   Appendix: Exhibits ..................................................................... 10

   A.   Exhibit: US EPA, RCRA Enforcement, 3250 Scott Blvd Inspection Report ............................................................................................. i

   B.   Exhibit: Map: Location of 3250 Scott Blvd Santa Clara, CA, 95054. ...ii

   C.   Exhibit: "Hazardous Production Gases" (1986) ............................... v

   D.   Exhibit: "Silicon Valley toxics pose a 'Bhopal' peril" (1987). .......... viii

   E.   Exhibit: ICSC for Toxic Gases ....................................................... x

   F.   Exhibit: San Jose Mercury News, LSI LOGIC advertisement. ........... xxii

   G.   Exhibit: Letter from California Assemblymember Lloyd G. Connelly (1987) ............................................................................................ xxiii

   H.   Exhibit: "Warning to Silicon Valley on computer chip gases" (1987) xxiv

   I.   Exhibit:" Activist calls semiconductor industry history's most dangerous" ..................................................................................... xxv

   J.   Exhibit: "Blast scene 'pretty brutal'" (1988) ................................. xxvi

   K.   Exhibit: "Residents flee homes in fear of new blast" (1988) ......... xxvii

   L.   Exhibit: "Toxic gas leak is 'inevitable' doctor warns," (1982) ..... xxviii

   M.   Exhibit: "Deadly gas stored next door to South Bay homes" (1986). xxix

   N.   Exhibit: "Modeling Toxic Gas Releases Using a Simple Screening Model," (1987). ............................................................................... xxx

O.   Exhibit: International Fire Code; International Zoning Code; California Fire Code ...........................................................................xxxi

# I.   TABLE OF AUTHORITIES

## CASES

*Adetuyi v. City & Cnty. of San Francisco*, 63 F. Supp. 3d 1073, 1080–81 (N.D. Cal. 2014)   1

*Alliance for the Wild Rockies v. Savage*, 897 F.3d 1025, 1032 n.11 (9th Cir. 2018)   3

*Arroyo v. Plosay,* 225 Cal. App. 4th 279, 170 Cal. Rptr. 3d 125 (2d Dist. 2014)   4

*Center for Biological Diversity, Inc. v. FPL Group, Inc.,* 166 Cal. App. 4th 1349, 83 Cal. Rptr. 3d 588 (1st Dist. 2008), as modified on denial of reh'g, (Oct. 9, 2008)   4

*Church v. Jamison,* 143 Cal. App. 4th 1568, 50 Cal. Rptr. 3d 166 (5th Dist. 2006) 5

*City of Monterey v. Carrnshimba,* 215 Cal. App. 4th 1068, 156 Cal. Rptr. 3d 1 (6th Dist. 2013)   5

*City of Oakland v. Williams,* 15 Cal. 2d 542, 103 P.2d 168 (1940);   8

*City of Palm Springs v. Luna Crest Inc.,* 245 Cal. App. 4th 879, 200 Cal. Rptr. 3d 128 (4th Dist. 2016)   5

*City of San Diego v. Van Winkle,* 69 Cal. App. 2d 237, 158 P.2d 774 (4th Dist. 1945)   8

*Curcini v. County of Alameda*, 164 Cal. App. 4th 629, 79 Cal. Rptr. 3d 383 (1st Dist. 2008)   5

*Dollar-A-Day Rent-A-Car Systems, Inc. v. Pacific Tel. & Tel. Co.*, 26 Cal. App. 3d 454, 102 Cal. Rptr. 651 (2d Dist. 1972   4

*Farah v. Esquire Magazine*, 736 F.3d 528, 534 (D.C. Cir. 2013)   6

*Gerritsen v. Warner Bros. Entertainment Inc.*, 112 F. Supp. 3d 1011, 1029 (C.D. Cal. 2015).   7

1
2    *HsingChing Hsu v. Puma Biotechnology, Inc.,* slip op. at 7. 8:15-cv-00865 (C.D.
        Cal. Sept. 30, 2016) ................................................................................... 3
3    *Jackson v. Godwin*, 400 F.2d 529, 536 (5th Cir.1968) ................................. 6
4    *Katz v. Helbing,* 205 Cal. 629, 271 P. 1062, 62 A.L.R. 825 (1928). ........... 7
5    *Kelly v. City of San Diego,* 63 Cal. App. 2d 638, 147 P.2d 127 (4th Dist. 1944) .... 8
6    *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018). ........ 2
7    *League of California Cities v. Superior Court,* 241 Cal. App. 4th 976, 194 Cal.
8        Rptr. 3d 444 (4th Dist. 2015) .................................................................... 5
9    *Mack v. S. Bay Beer Distribs., Inc.,* 798 F.2d 1279, 1282 (9th Cir. 1986). ...... 2
10   *Madain v. City of Stanton,* 185 Cal. App. 4th 1277, 111 Cal. Rptr. 3d 447 (4th
11       Dist. 2010) ............................................................................................... 5
12   *Massachusetts v. Westcott*, 431 U.S. 322, 97 S. Ct. 1755, 52 L. Ed. 2d 349 (1977) .. 3
13   *McAllister v. Workmen's Compensation Appeals Bd.,* 69 Cal. 2d 408, 71 Cal. Rptr.
14       697, 445 P.2d 313 (1968) .......................................................................... 6
15   *Mogle v. Moore,* 16 Cal. 2d 1, 104 P.2d 785 (1940) .................................. 7
16   *Mullis v. U.S. Bankr. Ct. for Dist. of Nev.*, 828 F.2d 1385, 1388 (9th Cir. 1987). .. 2
17   *Niagara Mohawk Power Corp. v. Chevron U.S.A., Inc.*, 596 F.3d 112, 124 (2d Cir.
18       2010) ......................................................................................................... 3
19   *Olympic Forest Coalition v. Coast Seafoods Co.,* 884 F.3d 901, 904 (9th Cir. 2018) 3
20   *People v. Arthur,* 1 Cal. App. 2d Supp. 768, 32 P.2d 1002 (App. Dep't Super. Ct.
21       1934) ......................................................................................................... 6
22   *People v. Hosney,* 204 Cal. App. 2d 584, 22 Cal. Rptr. 397 (2d Dist. 1962) .... 8
23   *People v. Stralla,* 14 Cal. 2d 617, 96 P.2d 941 (1939). ............................... 7
24   *Skilstaf, Inc. v. CVS Caremark Corp.,* 669 F3d 1005, 1016, fn. 9; (9th Cir. 2012) 2
25   *Stockton Citizens for Sensible Planning v. City of Stockton,* 210 Cal. App. 4th 1484,
26       149 Cal. Rptr. 3d 222 (3d Dist. 2012) ...................................................... 5
27   *Tahoe Forest Inn v. Superior Court,* 99 Cal. App. 3d 509, 160 Cal. Rptr. 314 (3d
28       Dist. 1979). .............................................................................................. 7

1  *Tower Lane Properties v. City of Los Angeles,* 224 Cal. App. 4th 262, 168 Cal. Rptr.
2    3d 358 (2d Dist. 2014) .......................................................................................... 5
3  *United States v. Coutchavlis,* 260 F.3d 1149, 1153–54 (9th Cir. 2001). ................ 7
4  *United States v. Ramirez-Jiminez*, 967 F.2d 1321, 1326 (9th Cir. 1992). ............. 4
5  *Utility Reform Network v. Public Utilities Commission,* 223 Cal. App. 4th 945, 167
6    Cal. Rptr. 3d 747 (1ˢᵗ Dist. 2014) ...................................................................... 4
7  *Von Saher v. Norton Simon Museum of Art at Pasadena* 592 F3d 954, 960, (9th Cir.
8    2010). ......................................................................................................................... 2
9  *Washington Post v. Robinson*, 935 F.2d 282, 291 (D.C.Cir.1991) ......................... 6
10 *Watson v. Los Altos School Dist.,* Santa Clara County, 149 Cal. App. 2d 768, 308
11    P.2d 872 (1st Dist. 1957). ..................................................................................... 5
12 *Young v. State Water Resources Control Board,* 219 Cal. App. 4th 397, 161 Cal.
13    Rptr. 3d 829 (3d Dist. 2013), as modified, (Sept. 20, 2013); *State Water*
14    *Resources Control Bd. Cases,* 136 Cal. App. 4th 674, 39 Cal. Rptr. 3d 189 (3d
15    Dist. 2006). .............................................................................................................. 4

16 ## OTHER AUTHORITIES

17 "Activist calls semiconductor industry history's most dangerous," The
18    Oregonian (1984). ............................................................................................ xxv
19 "Blast scene 'pretty brutal': Firefighters pull screaming victim from explosion
20    site," Courier News, March 18 1988. ......................................................... xxvi
21 "Deadly gas stored next door to South Bay homes," San Francisco Examiner,
22    August 10 1986. ............................................................................................. xxix
23 "Hazardous Production Gases: Part 2. Toxicity and Hazards," Semiconductor
24    International, pg 231-233, May 1986. ................................................................. v

25
26
27
28

*"Modeling Toxic Gas Releases Using a Simple Screening Model,"* by Kenneth P. MacKay and David Sweet, Department of Meteorology, and James Zavagno, Department of Urban Planning, San Jose State University – for Silicon Valley Toxics Coalition and Santa Clara County Fire Chief's Association (1 February 1987). ........ xxx

"Residents flee homes in fear of new blast," Courier News, March 19 1988. xxvii

"Silicon Valley toxics pose a 'Bhopal' peril," San Francisco Examiner, February 5 1987. ........ viii

"Toxic gas leak is inevitable doctor warns: Dangerous form of arsenic is used in electronics industry," Mercury News (1982) ........ xxviii

"Warning to Silicon Valley on computer chip gases," The New York Times, February 8 1987. ........ xxiv

Letter from California Assemblymember Lloyd G. Connelly to Silicon Valley Toxics Coalition, March 11 1987. ........ xxiii

LSI LOGIC advertisement, San Jose Mercury News (July 15 1996). ........ xxii

**RULES**

F Fed. R. Civ. E. 201(b) ........ 1

Fed. R. Civ. E. 201 ........ 1

Fed. R. Civ. E. 902. ........ 6

Fed. R. Civ. P. 12(b)(6) ........ 1

Fed. R. Civ. P. 12(f) ........ i

Fed. R. Evid. 201(b)(1)– (2) ........ 2

Fed. R. Evid. 201(b). ........ 1

**TREATISES**

2021 Fire Code Essentials: Based on the 2021 International Fire Code: Chapter 16 General Requirements for Hazardous Materials ........ xxxi

2021 IFC Code & Commentary: Chapter. 27: Semiconductor Fabrication Facilities, Section 2701, General ........ xxxi

2021 International Zoning Code & Commentary: Chapter 7: Factory/Industrial
   Zones                                                                    xxxi

2022 California Fire Code, Title 24, Part 9 with July 2024 Supplement:
   Appendix E Hazard Categories                                            xxxi

**REGULATIONS**

World Health Organization, IPCS INCHEM, International Chem Safety Cards
   for most common toxic gases used in semiconductor fabrication.            x

1

2

## Points & Authorities

3       1.    Plaintiff Ashley Gjovik respectfully requests, pursuant to Fed. R. Civ.

4   E. 201, that the Court take judicial notice of the following of the public records

5   described below and attached as Exhibits. Plaintiff submits this Memorandum of

6   Points and Authorities concurrently with her Oppositions to both motions and also

7   a Declaration providing authentication for the Exhibit and additional procedural

8

9   context.

10      2.    This request is in support of Plaintiff's Opposition to Defendant's

11  fourth Fed. R. Civ. P. 12(b)(6) Motion to Dismiss and third Fed. R. Civ. P. 12(f)

12

13  Motion to Strike at Docket No's 78 and 79. The hearing is scheduled for August

14  22, 2024. All of the exhibits in this request support Plaintiff's Private Nuisance,

15  Ultrahazardous Activities, and IIED related to 3250 Scott Blvd, Santa Clara,

16

17  California – and more indirectly, also her 2020-2021 whistleblowing about the site.

18      3.    A court may take judicial notice of facts not subject to reasonable

19  dispute and can be accurately and readily determined from sources whose accuracy

20  cannot reasonably be questioned. Federal Rules of Evidence 201(b); *Adetuyi v. City*

21  *& Cnty. of San Francisco*, 63 F. Supp. 3d 1073, 1080–81 (N.D. Cal. 2014).

22

23  ## II.  Arguments

24

25      4.    Judicial notice under Rule 201 permits a court to notice an

26  adjudicative fact if it is "not subject to reasonable dispute." Fed. R. Evid. 201(b).

27  A fact is "not subject to reasonable dispute" if it is "generally known," or "can be

28

accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)– (2). Accordingly, "[a] court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018).

5.    A matter that is properly the subject of judicial notice may be considered along with the complaint when deciding a motion to dismiss for failure to state a claim. *Skilstaf, Inc. v. CVS Caremark Corp.,* 669 F3d 1005, 1016, fn. 9; (9th Cir. 2012). Therefore, on a motion to dismiss a court may properly look beyond the complaint to matters of public record and doing so does not convert a Rule 12(b)(6) motion to one for summary judgment. *Mack v. S. Bay Beer Distribs., Inc.,* 798 F.2d 1279, 1282 (9th Cir. 1986).

6.    The court need not accept as true allegations that contradict facts that may be judicially noticed by the court. *Von Saher v. Norton Simon Museum of Art at Pasadena* 592 F3d 954, 960, (9th Cir. 2010). Further, if the Court takes judicial notice of facts that contradict allegations in an Answer or Motion to Dismiss, the Court need not accept those allegations could be true. *Mullis v. U.S. Bankr. Ct. for Dist. of Nev.*, 828 F.2d 1385, 1388 (9th Cir. 1987).

7.    A party requesting judicial notice of material must provide the court and each party with a copy of the material. This efiled motion for judicial notice includes the Exhibits noted, and Each document that was posted online is marked with the uniform resource locator (URL) and date accessed. *HsingChing Hsu v.*

1   *Puma Biotechnology, Inc.,* slip op. at 7. 8:15-cv-00865 (C.D. Cal. Sept. 30, 2016).

2

3   ## A. Legal & Government Records (Exhibits A, B, E, G, N, O).

4       8.    The Court may take judicial notice of letters from agencies related to

5   environmental matters. See, e.g., *Alliance for the Wild Rockies v. Savage*, 897 F.3d

6   1025, 1032 n.11 (9th Cir. 2018) (in Endangered Species Act case, reviewing court

7   notices USFS letter requesting re-consultation with Fish and Wildlife Service

8   before approving forest management project). The Court may take judicial notice

9   of records related to permits  See, e.g., *Massachusetts v. Westcott*, 431 U.S. 322, 97

10  S. Ct. 1755, 52 L. Ed. 2d 349 (1977) (records of the Vessel Documentation Division

11  of the Coast Guard that an individual's vessel is enrolled and licensed); *Olympic*

12  *Forest Coalition v. Coast Seafoods Co.,* 884 F.3d 901, 904 (9th Cir. 2018) (reviewing

13  court notices letter from Washington Department of Ecology to defendant about

14  pollution discharge permit).

15

16      9.    A court may take judicial notice of consent orders between private

17  parties and environmental agencies related to hazardous waste liability. See, e.g.,

18  *Niagara Mohawk Power Corp. v. Chevron U.S.A., Inc.*, 596 F.3d 112, 124 (2d Cir.

19  2010) (noticing consent order executed by property owner and state Department

20  of Environmental Conservation indicating release of CERCLA liability). A court

21  may take judicial notice of agency reports that are "factual findings resulting from

22  an investigation made pursuant to authority granted by law" and which suggest a

23  pattern of violations with a company's day-to-day operations. *United States v.*

24  *Ramirez-Jiminez*, 967 F.2d 1321, 1326 (9th Cir. 1992).

— 3 —

10.     A formal US EPA RCRA Inspection report is included as Exhibit A (separate PDF). This is a true and correct copy from the US EPA Region 9 Enforcement and Compliance group, released via FOIA as noted on the exhibit. This is the initial report of the inspections conducted by US EPA due to my disclosures in June 2023. Any enforcement action comes later. The findings in the report support all of the toxic tort claims. This document is incorporated in the Fourth Amended Complaint on page 45, ¶ 151.

11.     A court may take judicial notice of the decisions of state administrative boards, such as the public utilities commission. See, Utility *Reform Network v. Public Utilities Commission,* 223 Cal. App. 4th 945, 167 Cal. Rptr. 3d 747 (1st Dist. 2014); *Dollar-A-Day Rent-A-Car Systems, Inc. v. Pacific Tel. & Tel. Co.*, 26 Cal. App. 3d 454, 102 Cal. Rptr. 651 (2d Dist. 1972) – or the State Water Resources Control Board. See, *Young v. State Water Resources Control Board,* 219 Cal. App. 4th 397, 161 Cal. Rptr. 3d 829 (3d Dist. 2013), as modified, (Sept. 20, 2013); *State Water Resources Control Bd. Cases,* 136 Cal. App. 4th 674, 39 Cal. Rptr. 3d 189 (3d Dist. 2006).

12.     A court may take judicial notice of decisions of local bodies, such as county boards of zoning adjustments and county boards of supervisors. See, *Center for Biological Diversity, Inc. v. FPL Group, Inc.,* 166 Cal. App. 4th 1349, 83 Cal. Rptr. 3d 588 (1st Dist. 2008), as modified on denial of reh'g, (Oct. 9, 2008) – or the Department of Public Health. See, *Arroyo v. Plosay,* 225 Cal. App. 4th 279, 170 Cal. Rptr. 3d 125 (2d Dist. 2014) (issuance of license) – or the Division of Labor

Standards Enforcement. See, *Church v. Jamison,* 143 Cal. App. 4th 1568, 50 Cal. Rptr. 3d 166 (5th Dist. 2006) (manual and opinion letter) – or a county planning commission. See, *Watson v. Los Altos School Dist.,* Santa Clara County, 149 Cal. App. 2d 768, 308 P.2d 872 (1st Dist. 1957).

13.    A copy sections of the International Fire Code, International Zoning Code, and California Fire Code are attached in Exhibit O (separate PDF). These guides explain policy and an prioritization of hazards for semiconductor fab.

14.    A court may take judicial notice of city and county ordinances, codes, and similar legislative enactments. See, *City of Palm Springs v. Luna Crest Inc.,* 245 Cal. App. 4th 879, 200 Cal. Rptr. 3d 128 (4th Dist. 2016) (city municipal code); *League of California Cities v. Superior Court,* 241 Cal. App. 4th 976, 194 Cal. Rptr. 3d 444 (4th Dist. 2015) (city administrative regulation); *Tower Lane Properties v. City of Los Angeles,* 224 Cal. App. 4th 262, 168 Cal. Rptr. 3d 358 (2d Dist. 2014) (municipal code); *City of Monterey v. Carrnshimba,* 215 Cal. App. 4th 1068, 156 Cal. Rptr. 3d 1 (6th Dist. 2013) (city ordinances); *Stockton Citizens for Sensible Planning v. City of Stockton,* 210 Cal. App. 4th 1484, 149 Cal. Rptr. 3d 222 (3d Dist. 2012) (municipal code); *Madain v. City of Stanton,* 185 Cal. App. 4th 1277, 111 Cal. Rptr. 3d 447 (4th Dist. 2010) (municipal code); *Curcini v. County of Alameda*, 164 Cal. App. 4th 629, 79 Cal. Rptr. 3d 383 (1st Dist. 2008) (county administrative code and salary ordinance).

## B. News Articles; Publications (Exhibits A, C, D, F, H-N)

15.    The Court may take judicial notice of the coverage and existence of

newspaper and magazine articles. See, e.g., *Washington Post v. Robinson*, 935 F.2d 282, 291 (D.C.Cir.1991) (allowing judicial notice of the existence of newspaper articles); *Jackson v. Godwin*, 400 F.2d 529, 536 (5th Cir.1968) (finding that newspapers and magazines allowed in a prison carried extensive coverage of riots to the point where the district court could take judicial notice of such coverage); *Farah v. Esquire Magazine*, 736 F.3d 528, 534 (D.C. Cir. 2013) (in defamation action, noticing publicly available historical articles attached to defendant publisher's motions to dismiss). Newspapers or publications, and official publications, are self-executing records. Fed. R. Civ. E. 902.

16.    Copies of several news articles are attached as Exhibits D, F, H, I, J, K, L, and M. True and correct copies are included as provided from the San José State University Library Special Collections & Archives. These articles support all of the toxic tort claims, support the prior finding of law related to ultrahazardous activities, and do not align with Defendant's attempted arguments.

## C. Science & Medicine (Exhibits C, E, N, O).

17.    Courts take judicial notice of scientific facts and propositions, *McAllister v. Workmen's Compensation Appeals Bd.,* 69 Cal. 2d 408, 71 Cal. Rptr. 697, 445 P.2d 313 (1968) (that smoke is visible because it contains incompletely oxidized materials). Well-known physical and chemical characteristics of substances will be judicially noticed. *People v. Arthur,* 1 Cal. App. 2d Supp. 768, 32 P.2d 1002 (App. Dep't Super. Ct. 1934) (uses of hydrogen peroxide). Judicial notice may be taken of the deleterious effect of certain chemical elements on the

1    tissues, flesh, and organs of the human body. *Katz v. Helbing,* 205 Cal. 629, 271 P.

2    1062, 62 A.L.R. 825 (1928).

3         18.    An article from Semiconductor International is included as <u>Exhibit C</u>,

4    explaining the known dangers of many of the gases specific to semiconductor fab.

5

6    An academic "worst case scenario" planning article drafted by San Jose State

7    University professors for the Santa Clara County Fire Chief's Association to use

8    in drafting toxic gas ordinances is included as <u>Exhibit N.</u>  Copies of current World

9

10   Health Organization, INCHEM, International Chem Safety Cards for six of the

11   toxic gases specific to semiconductor fabrication are included as <u>Exhibit E</u>. The

12   example gases include: Arsine, Phosphine, Stibine, Fluorine, Diborane, and

13

14   Silane. Four of these six gases include a warning to avoid all human contact, noting

15   no amount of exposure is safe, and any exposure requires medical treatment. All

16   of these exhibits support the toxic tort claims, especially Ultrahazardous

17   Activities.

18

19   **D. Maps & Locations (Exhibit B)**

20        19.    The Court may take judicial notice of geographic locations and

21   distances between locations. *United States v. Coutchavlis,* 260 F.3d 1149, 1153–54

22   (9th Cir. 2001). *Tahoe Forest Inn v. Superior Court,* 99 Cal. App. 3d 509, 160 Cal.

23

24   Rptr. 314 (3d Dist. 1979). The court may examine historical data, maps, and public

25   records. *People v. Stralla,* 14 Cal. 2d 617, 96 P.2d 941 (1939).

26        20.    Judicial notice may be taken of topography and geographical facts.

27   See, *Mogle v. Moore,* 16 Cal. 2d 1, 104 P.2d 785 (1940); *City of Oakland v. Williams,*

28

1   15 Cal. 2d 542, 103 P.2d 168 (1940); *People v. Hosney,* 204 Cal. App. 2d 584, 22

2   Cal. Rptr. 397 (2d Dist. 1962). A court will take judicial notice for example of

3   overcrowded conditions in some localities. See, *City of San Diego v. Van Winkle,*

4   69 Cal. App. 2d 237, 158 P.2d 774 (4th Dist. 1945); *Kelly v. City of San Diego,* 63

5

6   Cal. App. 2d 638, 147 P.2d 127 (4th Dist. 1944).

7        21.    Included as Exhibit B are four maps of 3250 Scott Blvd. The first

8   shows an aerial view of the facility next to the apartments, from the city's official

9

10  website. The second is the County's official property record for the site, with an

11  image identifying the building. The third and fourth images show Google's

12  "measure distance" from the factory to the apartments, from curb to curb, and

13  from building to building.

14

## III.   CONCLUSION

15

16       22.    I verified the authenticity of each of these documents. A true and

17  correction version of each document is attached in each exhibit. I declare under

18  penalty of perjury this is true and correction.

19

20

21  Dated: July 30, 2024.

22

23  Signature:

24

25

26

27

28

1

2   **/s/ Ashley M. Gjovik**

3   *Pro Se Plaintiff*

4

5   **Email**: legal@ashleygjovik.com

6   **Physical Address**:
    Boston, Massachusetts

7   **Mailing Address:**

8   2108 N St. Ste. 4553 Sacramento, CA, 95816

9   **Phone**: (408) 883-4428

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# IV.   APPENDIX: EXHIBITS

| EXHIBIT NO. | RECORD DESCRIPTION | ASSOCIATED CLAIMS |
|---|---|---|
| EXHIBIT A (SEPARATE PDF) | US EPA RCRA Inspection Report for 3250 Scott Blvd | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT B | Map: Location of 3250 Scott Blvd Santa Clara, CA, 95054. | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT C | Hazardous Production Gases | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT D | *Silicon Valley toxics pose a 'Bhopal' peril* | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT E | ICSC for: Arsine, Phosphine, Stibine, Fluorine, Diborane, Silane | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT F | San Jose Mercury News, LSI LOGIC advertisement. | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT G | Letter from California Assemblymember Connelly | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT H | *Warning to Silicon Valley on computer chip gases* | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT I | *Activist calls semiconductor industry history's most dangerous* | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT J | *Blast scene 'pretty brutal'* | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT K | *Residents flee homes in fear of new blast* | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT L | *Toxic gas leak is 'inevitable' doctor warns* | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT M | *Deadly gas stored next door to South Bay homes* | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |
| EXHIBIT N (SEPARATE PDF) | Modeling Toxic Gas Releases Using a Screening Model | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |

| EXHIBIT NO. | RECORD DESCRIPTION | ASSOCIATED CLAIMS |
|---|---|---|
| **EXHIBIT O (SEPARATE PDF)** | International Fire and Zoning Code; California Fire Code<br><br>*2021 IFC Code & Commentary Chapter. 27: Semiconductor Fabrication Facilities*<br><br>*2021 International Zoning Code & Commentary Chapter 7: Factory/Industrial Zones*<br><br>*2021 International Fire Code NFPA 704 Hazard Ratings by Hazard Categories*<br><br>*2022 California Fire Code, Title 24, Part 9 with July 2024 Supplement Hazard Categories* | Ultrahazardous Activities, Nuisance, IIED, § 1102.5 |

— 11 —

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# APPENDIX: EXHIBITS

## A. Exhibit: US EPA, RCRA Enforcement, 3250 Scott Blvd Inspection Report

**Report attached as separate PDF "US EPA RCRA Enforcement Report, 3250 Scott Blvd."**

The FOIA request to US EPA that provided the report:



**REGION 9**
SAN FRANCISCO, CA  94105

Ashley Gjovik
ashleymgjovik@protonmail.com

Re:  Freedom of Information Act Request No. 2024-EPA-04320

Final Response

Dear Ashley Gjovik:

This letter concerns the above-referenced Freedom of Information Act (FOIA) request, received by the U.S. Environmental Protection Agency (EPA) on May 21, 2024, in which you requested the recent inspection report for RCRA compliance at 3250 Scott Blvd., in Santa Clara, California.

Final Response

EPA has now concluded its search for records responsive to your FOIA request. A portion of the record is available through the EPA FOIAXpress Public Access Link (PAL) at https://foiapublicaccessportal.epa.gov/.

To access the records, please go to the *Sign In* link in the upper right-hand corner of the PAL and log in to your FOIAXpress account, if you have one. If you are not a FOIAXpress user and want to create an account, please contact FOIA_HQ@epa.gov to request an account invitation email.

The records are also available in EPA's virtual public Reading Room. To access the records, select the *Reading Room* link at the top of the PAL. Enter "*04320" for the FOIA Case Number, click on *Search*, and locate the records associated with FOIA Request No. 2024-EPA-04320.

EPA is withholding information under Exemption 4 of the FOIA, 5 U.S.C. § 552(b)(4). EPA has determined that the withheld material may contain Confidential Business Information, which is exempt from disclosure under Exemption 4. Pursuant to 40 C.F.R. § 2.204(d)(1), your request is being initially denied, with respect to these portions of the records, because further inquiry by EPA is required before a final determination can be made.

**B. Exhibit: Map: Location of 3250 Scott Blvd Santa Clara, CA, 95054.**

1



*Figure 1: 3250 Scott Blvd, Santa Clara, California,*
https://www.santaclaraca.gov/our-city/about-santa-clara/maps

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Figure 2: Santa Clara County Property Profile,*
https://clerkrecorder.sccgov.org/services-we-provide/assessor-property-address-
search-apn-lookup

1
2
3
4
5
6
7
8
9
10
11



*Figure 3: Google Maps Measure Distance (154 feet from building to building)*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



*Figure 4: Google Maps Measure Distance (86 feet curb to curb)*

## C. Exhibit: "Hazardous Production Gases" (1986)

"Hazardous Production Gases: Part 2. Toxicity and Hazards," Semiconductor International, pg 231-233, May 1986.[1]

# Hazardous Production Gases

## Part 2. Toxicity and Hazards

### Understanding the hazards of process gases is the responsibility of the engineer installing the fabrication system.

Richard A. Bolmen, Jr., Siliconix Inc., Santa Clara, Calif.

Of the myriad of chemicals used by semiconductor manufacturers during the production of integrated circuits, hazardous production gases are the least understood and present the highest potential risk to employees, production equipment and the surrounding community. Many of the semiconductor manufacturing processes are performed in a gaseous environment. The hazards of the gases range from very toxic, such as arsine, capable of producing lethal effects if inhaled at low part per million (ppm) concentrations, to corrosives, such as hydrogen chloride; capable of causing major equipment damage should an undetected leak occur in a wafer fab.[1,2]

All gases used by the semiconductor industry regardless of chemical or physiological classification, can be hazardous. In this article a gas is defined as a chemical that exists in a gaseous state at normal temperature and pressure (NTP) (70°F and 14.7 psia) or any chemical which in its liquid state exerts a vapor pressure >40 psia at 100°F.[3]

Gases used by the industry are supplied in both bulk and cylinder form. The bulk form includes nitrogen, hydrogen and oxygen (house gases) supplied generally from on-site bulk "cryogenic" or pipeline sources.

Most of the gases used in the industry are delivered in cylinders as compressed gas. A compressed gas is any material in a container exhibiting a pressure of 40 psia at 20°C or in excess of 104 psia at 54.5°C.[3] The sizes range from lecture bottles containing 2 ft[3] to several hundred cubic feet with pressures ranging from 0.6 psia to 3000 psia.

### Hazards of semiconductor gases

Semiconductor gases can be divided into the following hazard categories:
- flammable
- pyrophoric
- corrosive
- oxidizer
- toxic
- inert
- cryogenic

One of the problems of assessing the hazard potential of any one process gas is that for most of the gases there is no single hazard. For example, ammonia is a corrosive gas, however, it will burn at concentrations of 16 to 25% in air.[4] The Department of Transportation (DOT) also categorizes ammonia as a "non-flammable gas"[5] and as a "poison gas."[6]

### Flammable gases

Any gas that will burn or explode in normal concentrations of air is considered flammable. Flammable gases are similar to flammable liquid vapors in that they will burn only within a specific range of gas-air mixture compositions (flammability range). The flammability range is expressed as a range of percentages; the lower percentage being the lower flammability or explosive level (LFL or LEL) and the higher percentage being the upper flammability or explosive level (UFL or UEL) (Table 1).

### Pyrophoric gas

A pyrophoric gas is one that will spontaneously ignite when it comes in contact with air. The pyrophoric gases used most by the industry are phosphine sil-

| Table 1. Flammable Semiconductor Process Gases[5,7,8,9] | | | |
|---|---|---|---|
| Name | Chemical formula | Flammable limits lower-upper% | Ignition temp °C |
| Ammonia | NH₃ | 16-25% | 651 |
| Arsine | AsH₃ | — | 300 (decomp) |
| Carbon monoxide | CO | 12.5-74% | 609 |
| Diborane | B₂H₆ | 1-88% | 38-52 |
| Dichlorosilane | SiH₂Cl₂ | 4.1-98.8% | 100 (auto) |
| Germane | GeH₄ | — | 280 (Decomp) |
| Hydrogen | H₂ | 4-75% | 585 |
| Hydrogen sulfide | H₂S | 4-44% | 260 |
| Phosphine | PH₃ | Pyrophoric | 40 |
| Silane | SiH₄ | Pyrophoric | 375 (Decomp) |

| Table 2. Corrosive Process Gases[5,6,13,14] | | | | |
|---|---|---|---|---|
| Name | Chemical formula | Acid/base | TLV | Additional hazards |
| Ammonia | NH₃ | Base | 25 ppm | Flammable |
| Boron trichloride | BCl₃ | Acid | N/A | Toxic |
| Boron trifluoride | BF₃ | Acid | 1 ppm | — |
| Chlorine | Cl₂ | Acid | 1 ppm | Toxic/oxidizer |
| Dichlorosilane | SiH₂Cl₂ | Acid | 5 ppm (HCl) | Flammable Reactive |
| Hydrogen chloride | HCl | Acid | 5 ppm | — |
| Phosphorus pentafluoride | PF₅ | Acid | N/A | Toxic |
| Silicon tetrachloride | SiCl₄ | Acid | 5 ppm (HCl) | Reactive |
| Silicon tetrafluoride | SiF₄ | Acid | N/A | Toxic |

[1] Courtesy of: Santa Clara Center for Occupational Health (SCCOSH) and Silicon Valley Toxics Coalition (SVTC) Collection, MSS-2007-04-06, San José State University Library Special Collections & Archives.

# Hazardous Gases: Toxicity and Hazards

ane and diborane. Silane also has demonstrated a powerful explosive potential and more recently this has been the subject of extensive study.[10] In 1984, Battelle Columbus Laboratories, in conjunction with two manufacturers and nine users, undertook a research project ("Taming of Silane") aimed at studying and characterizing the fire, explosion and oxidation chemistry of silane reactions.[11]

Through the efforts of the Semiconductor Equipment and Materials Institute (SEMI), the Semiconductor Safety Association (SSA) and several cylinder valve manufacturers, significant effort is being directed at the development of flow restrictor orifices and an overall redesign of cylinder valves and connections.[12]

## Corrosive gases

Corrosive gases can be subdivided into acids and bases and are characterized according to their ability to corrode, etch or "eat" wafers, equipment or tissue with which they come in contact.

Corrosive gases are upper respiratory irritants capable of burning the mucosa of the respiratory tract, the eyes and skin. Most of the corrosive gases used in the industry have good warning properties below a hazardous level and are not systemic poisons. An exception to this is anhydrous hydrogen fluoride (HF).

Anhydrous HF is 100% HF and is in a liquid form dispensed from gas cylinders at ambient pressure (<1 psia).

HF has poor warning properties, is toxic upon inhalation, and severely corrosive to the skin, eyes and mucous membranes. Inhalation exposures of HF at 50 ppm for 30-60 min may be fatal.[7] Acute effects vary with the concentration and time of exposure. Acute exposures can lead to severe eye and skin irritation, pulminary edema and cardiovascular collapse.[1,7]

HCl is an extremely corrosive gas and is particularly rough on gas regulators. An undetected HCl leak in a wafer fab can cause major equipment damage and the costs can potentially run in the millions. Regular preventive maintenance of HCl installations cannot be emphasized enough (Table 2).

## Oxidizers

An oxidizer gas is one that can supply oxygen to a reaction causing a more violent, sometimes explosive, reaction

| Table 3. Toxic Semiconductor Process Gases[1,2,5,7,9,13] | | | | | | |
|---|---|---|---|---|---|---|
| Name | Chemical formula | TLV[1] | PEL[2] | IDLH[3] | Odor | Odor threshold |
| Arsine | $AsH_3$ | 0.05 ppm | 0.05 ppm | 6 ppm | garlic | 1-2 ppm |
| Chlorine | $Cl_2$ | 1 ppm | 1 ppm | 25 ppm | pungent suffocating | 1-4 ppm |
| Diborane | $B_2H_6$ | 0.1 ppm | 0.1 ppm | 40 ppm | sickly sweet | 3-4 ppm |
| Germane | $GeH_4$ | 0.2 ppm | 0.2 ppm | N/A | pungent odor | N/A |
| Phosphine | $PH_3$ | 0.3 ppm | 0.3 ppm | 200 ppm | decaying fish | 2 ppm |
| Silane | $SiH_4$ | 0.5 ppm | 0.5 ppm | N/A | repulsive | N/A |
| Stibine | $SbH_3$ | 0.1 ppm | 0.1 ppm | N/A | garlic | N/A |

1. TLV - Threshold Limit Value recommended by ACGIH is the concentration most workers can be exposed to without adverse effects. Also expressed as time-weighted average or ceiling value.
2. PEL - Permissable Exposure Limit. OSHA concentration limit expressed as time weighted average or ceiling value.

of oxidation with other chemicals.[3] The most common oxidizers used by the industry are oxygen, nitrous oxide and chlorine. Chlorine is also classified as a toxic and is extremely corrosive.[8]

## Toxic gases

Toxic or "poison" gases are used primarily as dopants in concentrations from low ppm to 100%. Of all the gases used, toxics represent the greatest hazard potential to employees and the surrounding community. Much of the recent legislation and city model ordinances have been targeted at toxics in an attempt to prevent a major gas incident from occurring.

Chemically, dopant gases are hydrides of arsenic, boron, silicon, phosphorus, germanium and antimony. The corresponding gases are arsine ($AsH_3$),

diborane ($B_2H_6$), silane ($SiH_4$), phosphine ($PH_3$), germane ($GeH_4$) and stibine ($SbH_3$). All are either flammable or pyrophoric, and as a group have pungent odors and are extremely toxic[7] (Table 3).

## Inert gases

Most inert gases have a very low order of chemical reactivity and toxicity while some, such as helium and argon, basically will not react with anything (Table 4). The hazard associated with inerts is that they can potentially displace enough oxygen in a room to cause asphyxiation and suffocation. Inert gases (He, Ar, $N_2$) are used primarily for three functions:
- as purge gases;
- as carrier gases; and
- as a diluent in compressed gas cylinders.

| Flammability | Toxic effects | | Lethal dose |
| | Acute | Systemic | |
|---|---|---|---|
| white blue flame forms As₂O₃ | headache dizziness weakness nausea | *hemolytic agent nerve/blood poison delay in symptoms | 250 ppm/30 min |
| none | irritation/ burning of nose, throat and eyes | severe upper/lower respiratory irritant pulmonary edema | 1000 ppm/1 min |
| pyrophoric | headache nausea weakness tightness in chest | tremors, convulsions respiratory irritant pulmonary edema | LC 50(rat): 50 ppm/4 hr |
| flammable | headache dizziness weakness nausea | hemolytic agent similar to arsine | similar to arsine (less toxic) |
| pyrophoric | headache nausea vomiting stomach cramps diarrhea | lungs, kidneys convulsions | 2000 ppm/5 min |
| pyrophoric | headache nausea | N/A | N/A |
| burns in air forms antimony | headache dizziness weakness nausea | hemolytic agent similar to arsine | similar to arsine (more toxic) |

3  IDLH - Immediately Dangerous to Life or Health. Airborne concentration of a gas that may be life threatening or pose serious risk or irreversible health effects on exposure for a 30 min duration. Onset of symptoms can take 24-48 hr for metal hydride.

Freons are used in plasma nitride systems. Plasma processes (non-aluminum) use inert gases (Freons in oxygen) and are capable of generating highly reactive ionic species as well as other hazardous species due to the high energy of the system.

The byproducts include free fluoride radicals which when pumped through the vacuum system combine with vacu-

### Table 4. Inert Semiconductor Process Gases[5,6,13]

| Name | Chemical formula | TLV |
|---|---|---|
| Argon | Ar | None-asphyxiant |
| Freon 14** | CF₄ | *N/A |
| Freon 23** | CHF₃ | *N/A |
| Freon 116** | C₂F₆ | *N/A |
| Helium | He₂ | None-asphyxiant |
| Nitrogen | N₂ | None-asphyxiant |
| Perfluoropropane | C₃F₈ | *N/A |
| Sulfur hexafluoride | SF₆ | 1000 ppm |

*Not available, TLV for other Freons established at 1000 ppm.
**Reactive in plasma nitride process due to fluoride radicle production.

um pump oil producing HF. This is an additional hazard that must be considered during preventive maintenance operations.

There is a tendency to overlook these hazards as the gases are fairly benign at the front end of the process. The assumption that hazardous end products are not produced is incorrect.

### Cryogens
A cryogenic gas is a liquified gas which exists in its container at temperatures far below normal atmospheric temperatures but usually slightly above its boiling point ($-60°C$ to $-270°C$) at NTP and at corresponding low to moderate pressures.[3]

All of the cryogenics used by the industry are available and used as compressed gases as well, and hence share the same hazards. Hydrogen is flammable and has explosive potential as a compressed gas or a cryogenic liquid.

The primary hazards of cryogenic liquids are:
• exposure to living tissue (freezing),
• pressure buildup,
• fire/explosions,
• asphyxiation.

The frostbite/freezing hazards and associated tissue damage caused by exposure to a cryogen is comparable to that of boiling water or steam. The tremendous gas/liquid volume ratio (500-1000 ft³ gas/ft³ liq) of cryogenic liquids can cause rapid, explosive pressure changes of up to 40,000 psia in a closed container.[3] Because of this non-toxic, non-corrosive cryogens can release sufficient amounts of gas to present an asphyxiation potential through displacement of air (Table 5).

Recognizing and understanding all of the hazards associated with semiconductor process gases is crucial prior to implementation of administrative and engineering controls. This is not only the responsibility of the site health and safety professional but also that of the process and industrial engineer installing and using the system. The responsibility goes beyond, but is not exclusive to, the production staff. Maintenance of a safe environment for employees and surrounding communities requires an understanding of the hazards associated with process gases.  □

### References
1. N.H. Proctor and J.P. Hughes, "Chemical Hazards of the Workplace," J.B. Lippincott

## D. Exhibit: "Silicon Valley toxics pose a 'Bhopal' peril" (1987).

1    "Silicon Valley toxics pose a 'Bhopal' peril," *San Francisco Examiner*, February 5 1987.[2]



# Silicon Valley toxics pose a 'Bhopal' peril

## Quake could cause gas rupture, endangering Santa Clara Valley

By Jane Kay
EXAMINER ENVIRONMENTAL WRITER

South Bay microelectronic companies store enough Bhopal-type toxic gases that a major release could jeopardize residents in the entire Santa Clara Valley, a new San Jose State report says.

"No community is adequately prepared to handle the major catastrophe that could result from the accidental rupture of a metal cylinder or pipe containing arsine gas," the report said.

"An earthquake of sizable magnitude could cause such a rupture in piping, and an accident in transportation or a fire could cause a major release of toxic gas," said the study, prepared for the Santa Clara County Fire Chiefs Association.

Many semiconductor firms, which use highly toxic gases such as arsine in the manufacture of silicon chips, are located near residential neighborhoods and schools and other public buildings.

The report was based on a study of 38 companies and the toxic gases they have on hand. The researchers used dispersion models approved by the Environmental Protection Agency to determine where the gases would go and in what concentrations if released under the worst meteorological conditions.

They concluded that virtually the entire Santa Clara Valley was the "immediate community" vulnerable to toxic-gas concentrations over safe levels in a major spill.

"If there was a situation where more than one went off at the same time, and there was no containment, then a major part of the area would be affected," said meteorologist Kenneth P. MacKay, one of three authors.

"I never heard of arsine when I started out," MacKay said. "When

— See TOXIC, A-18

## State near 27 million in population

REGULATORY NEWS SERVICE

SACRAMENTO — California's population grew to nearly 27 million last year, as the state recorded its largest year-to-year numerical increase in more than four decades.

The bulk of the population jump came because an estimated 356,000 more people moved into the state than out, the largest net migration in 30 years.

The state also had 267,000 more births than deaths last year, its largest increase in history.

The nine-county Bay Area showed the lowest regional growth rate — just 1.4 percent — while the Gold Country counties in the northern Sierra Nevada grew at the fastest rate.

The number of people living in California reached 26,981,000 on July 1. That's 9 million more than the population of New York, the second-most populous state.

The new figure represents an increase of 623,000, or 2.4 percent, over the 1985 total. Those new residents mark the largest one-year gain since the 1942-43 fiscal year, when the population increased 771,000, the state Department of Finance estimated.

The year-to-year change signaled and end to a trend begun in the 1970s, in which metropolitan counties grew at a slower rate than rural counties. The figures indicate that both metropolitan and rural areas grew by an average of 2.4

— See STATE, back page

A-18 Thursday, February 5, 1987 ★                    San Francisco Examiner

# TOXIC
### -From A-1

e saw the results that it covered ie whole valley, we were very surrsed."

Of those studied, five companies i the South Bay store enough arne — only 15 pounds — that peole within 200 yards would be in nmediate danger of death in an .ccident. Within 20 kilometers, resients would get levels that endaner health over longer periods of xposure.

The five are Raytheon in Mounain View, Advanced Micro Devices n Sunnyvale, Exel in San Jose and 'recision Monoliths and Epitaxy in ianta Clara.

Eight others pose dangers from rsine at least 100 yards and 10 kilometers away, the study said. These re Xerox and General Instruments n Palo Alto, Data General, Adanced Micro Devices and two Sigietics plants in Sunnyvale and Naional Semiconductor and Intel in ianta Clara.

Inhaling arsine gas starts detruction of red blood cells, according to occupational health expert )r. Joseph LaDou at UC-San Franisco. Lives can be saved only hrough complete blood transfusions.

That means no community can expect to save lives in the event of widespread exposure to arsine or other toxic gases. Phosphine, another widely used gas, has no known antidote; survivors can suffer liver, kidney, heart and brain damage.

MacKay said he hadn't received any written comment on the conclusions from industry representatives, who got an early report in November. Steve Pedersen of the Semiconductor Industry Association said he hadn't seen the report.

At Advanced Micro Devices, environmental official Mike Gingras said. "When you're talking about a computer model as complicated as the one they used, and it assumes worst-case meteorology, what bearing does it have on the real world? You'd have to rupture the cylinder to get the type of release they're talking about. I don't know of that happening."

At Raytheon, Jeff Muscatine, communications manager, said: "We take great pains to handle the materials properly, and that's defined by both statute and many

years of experience that many industries have with these materials. I can't speculate on possible catastrophic events. ... The major thrust of the industry is to use as little as possible."

Current laws don't regulate the maximum toxic-gas concentrations to which communities may be exposed or the treating of toxic exhaust gas before releasing it to the environment.

After the 1984 accident in Bhopal, India, where toxic gases killed 2,500 people and injured 200,000, the California Legislature directed Santa Clara County's fire chiefs to write a model regulatory ordinance for the rest of the state by July 1987.

Santa Clara County was chosen

because it's in the heart of the Silicon Valley, the largest cluster of semiconductor manufacturers in the nation.

The industry is the predominant user of such highly toxic or explosive gases as arsine, phosphine, diborane, silane and chlorine, among the most dangerous materials used in making chips. Because the compressed gas is kept under pressure in canisters and cylinders, it is tricky to store and handle.

The politics of passing the ordinance have become quite heated since meetings began last April.

Writing the drafts have been

Now, the Semiconductor Industry Association is withholding support of the ordinance, but Pedersen said the trade group preferred working to change the Uniform Fire Code. There, it has long held leverage in writing safety standards.

That includes requirements for double containment of the gases, community notification of potential health threats, emergency response plans, and mandatory evaluation of safer alternatives to the



gases, he said.

"The draft of the new ordinance is too restrictive. ... What the industry is trying to do is make sure the ordinance doesn't go beyond the Uniform Fire Code, which it does now," Pedersen said.

The pioneer ordinance could affect as many as 1,000 Santa Clara businesses that store and use the gases.

The county was the first in the nation to write an ordinance to control leaking underground tanks of solvents, primarily from the electronics companies.

[2] Courtesy of: Santa Clara Center for Occupational Health (SCCOSH) and Silicon Valley Toxics Coalition (SVTC) Collection, MSS-2007-04-06, San José State University Library Special Collections & Archives.

# E. Exhibit: ICSC for Toxic Gases

1 **World Health Organization, IPCS INCHEM, International Chem Safety Cards for**
2 **most common toxic gases used in semiconductor fabrication.**
   **1.  Arsine**

3

4 7/30/24, 6:04 PM                                    ICSC 0222 - ARSINE

5 **IPCS INCHEM**
   **Home**

6 | ARSINE | ICSC: 0222 (May 2018) |

7 Arsenic trihydride
   Hydrogen arsenide
   Arsenic hydride

8 CAS #: 7784-42-1
   UN #: 2188
   EC Number: 232-066-3

9

10 | | ACUTE HAZARDS | PREVENTION | FIRE FIGHTING |
| --- | --- | --- | --- |
| **FIRE & EXPLOSION** | Extremely flammable.  Gas/air mixtures are explosive. Explosive. | NO open flames, NO sparks and NO smoking.  Closed system, ventilation, explosion-proof electrical equipment and lighting. Prevent build-up of electrostatic charges (e.g., by grounding) if in liquid state. Do NOT expose to friction or shock. | Shut off supply; if not possible and no risk to surroundings, let the fire burn itself out. In other cases extinguish with powder, carbon dioxide.  In case of fire: keep cylinder cool by spraying with water. Combat fire from a sheltered position. |

13

| **AVOID ALL CONTACT! IN ALL CASES CONSULT A DOCTOR!** | | |
| --- | --- | --- |
| | SYMPTOMS | PREVENTION | FIRST AID |
| **Inhalation** | Abdominal pain. Confusion. Dizziness. Headache. Nausea. Shortness of breath. Vomiting. Weakness. Symptoms may be delayed. See Notes. | Use ventilation, local exhaust or breathing protection. | Fresh air, rest. Refer immediately for medical attention. |
| **Skin** | ON CONTACT WITH LIQUID: FROSTBITE. | Cold-insulating gloves. Protective clothing. | ON FROSTBITE: rinse with plenty of water, do NOT remove clothes. Refer immediately for medical attention. |
| **Eyes** | ON CONTACT WITH LIQUID: FROSTBITE. | Wear face shield or eye protection in combination with breathing protection. | First rinse with plenty of water for several minutes (remove contact lenses if easily possible), then refer for medical attention. |
| **Ingestion** | | Do not eat, drink, or smoke during work. | |

20

| SPILLAGE DISPOSAL | CLASSIFICATION & LABELLING |
| --- | --- |
| Evacuate danger areaI Consult an expert! Personal protection: gas-tight chemical protection suit including self-contained breathing apparatus. Remove all ignition sources. NEVER direct water jet on liquid. Do NOT let this chemical enter the environment. | **According to UN GHS Criteria**



**DANGER**
Contains gas under pressure; may explode if heated
Extremely flammable gas
Fatal if inhaled
May cause cancer
Causes damage to blood |
| **STORAGE** | |
| Fireproof if in building. Cool. Ventilation along the floor. | **Transportation**
**UN Classification** |
| **PACKAGING** | UN Hazard Class: 2.3; UN Subsidiary Risks: 2.1 |
| | |

28

| ARSINE | ICSC: 0222 |
| --- | --- |

## PHYSICAL & CHEMICAL INFORMATION

**Physical State; Appearance**
COLOURLESS COMPRESSED LIQUEFIED GAS WITH
CHARACTERISTIC ODOUR.

**Physical dangers**
The gas is heavier than air and may travel along the ground; distant
ignition possible. As a result of flow, agitation, etc., electrostatic charges
can be generated.

**Chemical dangers**
Decomposes on heating and under the influence of light and moisture.
This produces toxic arsenic fumes. Reacts with strong oxidants. This
generates explosion hazard. May decompose explosively on shock,
friction or concussion.

Formula: $AsH_3$
Molecular mass: 77.9
Boiling point: -62°C
Melting point: -116°C
Solubility in water, ml/100ml at 20°C: 20 (very slightly soluble)
Vapour pressure, kPa at 20°C: 1043
Relative vapour density (air = 1): 2.7
Flash point: Flammable gas
Explosive limits, vol% in air: 4.5-78

## EXPOSURE & HEALTH EFFECTS

**Routes of exposure**
The substance can be absorbed into the body by inhalation.

**Effects of short-term exposure**
Rapid evaporation of the liquid may cause frostbite. The substance may
cause effects on the blood. This may result in destruction of blood cells.
The effects may be delayed. Medical observation is indicated. See
Notes. Exposure could cause death.

**Inhalation risk**
A harmful concentration of this gas in the air will be reached very quickly
on loss of containment.

**Effects of long-term or repeated exposure**
This substance is carcinogenic to humans.

## OCCUPATIONAL EXPOSURE LIMITS

TLV: 0.005 ppm as TWA

## ENVIRONMENT

It is strongly advised not to let the chemical enter into the environment.

## NOTES

The symptoms of poisoning do not become manifest until a few hours or even days have passed.
Turn leaking cylinder with the leak up to prevent escape of gas in liquid state.
See ICSC 0013.

## ADDITIONAL INFORMATION

**EC Classification**

All rights reserved. The published material is being distributed
without warranty of any kind, either expressed or implied. Neither
ILO nor WHO nor the European Commission shall be responsible
for the interpretation and use of the information contained in this
material.

See Also:
    Toxicological Abbreviations
    Arsine (PIM 044)

## 2. Phosphine



| PHOSPHINE | ICSC: 0694 (April 2013) |
|---|---|
| Phosphorus trihydride | |
| Hydrogen phosphide | |

CAS #: 7803-51-2
UN #: 2199
EC Number: 232-260-8

|  | ACUTE HAZARDS | PREVENTION | FIRE FIGHTING |
|---|---|---|---|
| FIRE & EXPLOSION | Extremely flammable. May ignite spontaneously on contact with air. Gives off irritating or toxic fumes (or gases) in a fire.  Gas/air mixtures are explosive. | NO open flames, NO sparks and NO smoking. NO contact with hot surfaces.  Closed system, ventilation, explosion-proof electrical equipment and lighting. | Shut off supply; if not possible and no risk to surroundings, let the fire burn itself out. In other cases extinguish with powder, carbon dioxide.  In case of fire: keep cylinder cool by spraying with water. Combat fire from a sheltered position. |

| AVOID ALL CONTACT! FIRST AID: USE PERSONAL PROTECTION. IN ALL CASES CONSULT A DOCTOR! | | |
|---|---|---|
| | SYMPTOMS | PREVENTION | FIRST AID |
| Inhalation | Headache. Dizziness. Nausea. Diarrhoea. Chest pain. Shortness of breath. Irregular heartbeat. Convulsions. Unconsciousness. | Use closed system or ventilation. | Fresh air, rest. Half-upright position. Administration of oxygen may be needed. Artificial respiration may be needed. Refer immediately for medical attention. |
| Skin | ON CONTACT WITH LIQUID: FROSTBITE. | Cold-insulating gloves. Protective clothing. | ON FROSTBITE: rinse with plenty of water, do NOT remove clothes. Refer for medical attention . |
| Eyes | ON CONTACT WITH LIQUID: FROSTBITE. | Wear face shield or eye protection in combination with breathing protection. | First rinse with plenty of water for several minutes (remove contact lenses if easily possible), then refer for medical attention. |
| Ingestion | | Wash hands before eating. | |

| SPILLAGE DISPOSAL | CLASSIFICATION & LABELLING |
|---|---|
| Evacuate danger area! Consult an expert! Ventilation. Personal protection: chemical protection suit including self-contained breathing apparatus. | According to UN GHS Criteria<br><br>DANGER<br><br>Extremely flammable gas<br>Contains gas under pressure; may explode if heated<br>Fatal if inhaled<br>Causes severe skin burns and eye damage<br><br>**Transportation**<br>**UN Classification**<br>UN Hazard Class: 2.3; UN Subsidiary Risks: 2.1 |
| **STORAGE** | |
| Fireproof. Keep in a well-ventilated room. | |
| **PACKAGING** | |
| | |

Prepared by an international group of experts on behalf of ILO and WHO, with the financial assistance of the European Commission.
© ILO and WHO 2021

7/30/24, 6:04 PM                                ICSC 0694 - PHOSPHINE

| PHOSPHINE | ICSC: 0694 |
|---|---|

## PHYSICAL & CHEMICAL INFORMATION

**Physical State; Appearance**
COLOURLESS COMPRESSED LIQUEFIED GAS.

**Physical dangers**
The gas is heavier than air and may travel along the ground; distant ignition possible.

**Chemical dangers**
Decomposes on heating and on burning. This produces toxic fumes including phosphorus oxides. Reacts violently with air, oxygen, oxidants such as chlorine oxides, nitrogen oxides, metal nitrates, halogens and many other substances. This generates fire and explosion hazard. Attacks many metals.

Formula: $PH_3$
Molecular mass: 34.00
Boiling point: -87.7°C
Melting point: -133°C
Relative density (water = 1): 0.8
Density (gas): 1.53 kg/m³
Solubility in water, ml/100ml at 17°C: 26 (very poor)
Vapour pressure, kPa at 20°C: 3488
Relative vapour density (air = 1): 1.18
Flash point: Flammable gas
Auto-ignition temperature: 38°C
Explosive limits, vol% in air: 1.6 - 100 (estimated)

## EXPOSURE & HEALTH EFFECTS

**Routes of exposure**
The substance can be absorbed into the body by inhalation.

**Effects of short-term exposure**
The substance is severely irritating to the respiratory tract. Inhalation of this gas may cause lung oedema. See Notes. Rapid evaporation of the liquid may cause frostbite. The substance may cause effects on the central nervous system, cardiovascular system, heart, gastrointestinal tract, liver and kidneys. This may result in impaired functions. Exposure above the OEL could cause unconsciousness and death. Medical observation is indicated.

**Inhalation risk**
A harmful concentration of this gas in the air will be reached very quickly on loss of containment.

**Effects of long-term or repeated exposure**
Non-specific complaints like gastrointestinal disorders, headache, nausea etc. may occur.

## OCCUPATIONAL EXPOSURE LIMITS

TLV: 0.05 ppm as TWA; (ceiling value): 0.15 ppm as STEL; A4 (not classifiable as a human carcinogen).
MAK: 0.14 mg/m³, 0.1 ppm; peak limitation category: II(2); pregnancy risk group: C.
EU-OEL: 0.14 mg/m³, 0.1 ppm as TWA; 0.28 mg/m³, 0.2 ppm as STEL

## ENVIRONMENT

This substance does enter the environment under normal use. Great care, however, should be taken to avoid any additional release, for example through inappropriate disposal.

## NOTES

Turn leaking cylinder with the leak up to prevent escape of gas in liquid state.
The technical product often ignites spontaneously at room temperature because of the presence of other phosphorus hydrides, especially diphosphine (CAS:13445-5-6) as impurities.
Odourless when pure at concentrations up to 200 ppm (278 mg/m³) (a highly toxic level).
Technical product has odour of garlic or decaying fish due to impurities.
The odour warning when the exposure limit value is exceeded is insufficient.
The symptoms of lung oedema often do not become manifest until a few hours have passed and they are aggravated by physical effort. Rest and medical observation are therefore essential.
Immediate administration of an appropriate inhalation therapy by a doctor, or by an authorized person, should be considered.

## ADDITIONAL INFORMATION

**EC Classification**
Symbol: F+, T+, N; R: 12-17-26-34-50; S: (1/2)-28-36/37-45-61-63

All rights reserved. The published material is being distributed without warranty of any kind, either expressed or implied. Neither ILO nor WHO nor the European Commission shall be responsible for the interpretation and use of the information contained in this material.

See Also:
    Toxicological Abbreviations

## 3. Stibine

**IPCS INCHEM**
Home

| STIBINE | ICSC: 0776 (November 2008) |
|---|---|
| Antimony hydride<br>Antimony trihydride<br>Hydrogen antimonide | |

**CAS #: 7803-52-3**
**UN #: 2676**

| | ACUTE HAZARDS | PREVENTION | FIRE FIGHTING |
|---|---|---|---|
| **FIRE & EXPLOSION** | Extremely flammable. Gives off irritating or toxic fumes (or gases) in a fire. Gas/air mixtures are explosive. Risk of fire and explosion on contact with ozone or nitric acid. | NO open flames, NO sparks and NO smoking. Closed system, ventilation, explosion-proof electrical equipment and lighting. | Shut off supply; if not possible and no risk to surroundings, let the fire burn itself out. In other cases extinguish with water spray. In case of fire: keep cylinder cool by spraying with water. Combat fire from a sheltered position. |

| AVOID ALL CONTACT! IN ALL CASES CONSULT A DOCTOR! | | | |
|---|---|---|---|
| | SYMPTOMS | PREVENTION | FIRST AID |
| **Inhalation** | Cough. Sore throat. Headache. Weakness. Laboured breathing. Nausea. Weak and irregular pulse. Hemoglobinuria. | Use closed system or ventilation. | Fresh air, rest. Half-upright position. Artificial respiration may be needed. Refer immediately for medical attention. |
| **Skin** | ON CONTACT WITH LIQUID: FROSTBITE. | Cold-insulating gloves. | ON FROSTBITE: rinse with plenty of water, do NOT remove clothes. Refer immediately for medical attention. |
| **Eyes** | Redness. | Wear eye protection in combination with breathing protection. | Rinse with plenty of water (remove contact lenses if easily possible). Refer immediately for medical attention. |
| **Ingestion** | | | |

| SPILLAGE DISPOSAL | CLASSIFICATION & LABELLING |
|---|---|
| Remove all ignition sources. Evacuate danger area! Consult an expert! Personal protection: gas-tight chemical protection suit including self-contained breathing apparatus. Ventilation. | **According to UN GHS Criteria**<br><br>**DANGER**<br><br>Extremely flammable gas<br>Fatal if inhaled<br>May cause damage to respiratory tract and blood if inhaled<br><br>**Transportation**<br>**UN Classification**<br>UN Hazard Class: 2.3; UN Subsidiary Risks: 2.1 |
| **STORAGE** | |
| Fireproof. Cool. | |
| **PACKAGING** | |
| | |

Prepared by an international group of experts on behalf of ILO and WHO, with the financial assistance of the European Commission.
© ILO and WHO 2021

International Labour Organization    World Health Organization    European Commission

7/30/24, 6:02 PM                                      ICSC 0776 - STIBINE

| STIBINE | ICSC: 0776 |
|---|---|

## PHYSICAL & CHEMICAL INFORMATION

**Physical State; Appearance**
COLOURLESS COMPRESSED GAS WITH PUNGENT ODOUR.

**Physical dangers**
The gas is heavier than air and may travel along the ground; distant ignition possible.

**Chemical dangers**
Decomposes slowly at room temperature. Decomposes quickly at 200°C. This produces metallic antimony and hydrogen. This increases fire hazard. Reacts violently with chlorine, concentrated nitric acid and ozone. This generates fire and explosion hazard.

Formula: $SbH_3$
Molecular mass: 124.8
Boiling point: -18°C
Melting point: -88°C
Relative density (water = 1): 2.26 (-25°C)
Solubility in water: poor
Relative vapour density (air = 1): 4.4
Flash point: Flammable gas

## EXPOSURE & HEALTH EFFECTS

**Routes of exposure**
The substance can be absorbed into the body by inhalation.

**Effects of short-term exposure**
Rapid evaporation of the liquid may cause frostbite. The substance is severely irritating to the respiratory tract. The substance may cause effects on the blood. This may result in destruction of blood cells. Exposure above the OEL could cause death. Medical observation is indicated.

**Inhalation risk**
A harmful concentration of this gas in the air will be reached very quickly on loss of containment.

**Effects of long-term or repeated exposure**

## OCCUPATIONAL EXPOSURE LIMITS

TLV: 0.1 ppm as TWA

## ENVIRONMENT

## NOTES

Explosive limits are unknown in literature, although the substance is combustible and has a flash point < 61°C.
Depending on the degree of exposure, periodic medical examination is suggested.
The relation between odour and the occupational exposure limit cannot be indicated.

## ADDITIONAL INFORMATION

**EC Classification**
Symbol: Xn, N; R: 20/22-51/53; S: (2)-61; Note: A, 1

All rights reserved. The published material is being distributed without warranty of any kind, either expressed or implied. Neither ILO nor WHO nor the European Commission shall be responsible for the interpretation and use of the information contained in this material.

See Also:
    Toxicological Abbreviations

## 4. Fluorine

**INCHEM**
Home

| FLUORINE | | | ICSC: 0046 (October 2001) |
|---|---|---|---|

CAS #: 7782-41-4
UN #: 1045
EC Number: 231-954-8

| | ACUTE HAZARDS | PREVENTION | FIRE FIGHTING |
|---|---|---|---|
| **FIRE & EXPLOSION** | Not combustible but enhances combustion of other substances. Many reactions may cause fire or explosion.  Risk of fire and explosion on contact with many substances. See Chemical Dangers. | NO contact with water, combustible substances or reducing agents. | NO water. In case of fire in the surroundings, use appropriate extinguishing media. See Notes.  In case of fire: keep cylinder cool by spraying with water. NO direct contact with water. Combat fire from a sheltered position. See Notes. |

| AVOID ALL CONTACT! IN ALL CASES CONSULT A DOCTOR! | | | |
|---|---|---|---|
| | SYMPTOMS | PREVENTION | FIRST AID |
| **Inhalation** | Burning sensation. Cough. Sore throat. Shortness of breath. Laboured breathing. Symptoms may be delayed. See Notes. | Use ventilation, local exhaust or breathing protection. | Fresh air, rest. Half-upright position. Artificial respiration may be needed. Refer for medical attention. |
| **Skin** | Redness. Pain. Skin burns. ON CONTACT WITH LIQUID: FROSTBITE. | Cold-insulating gloves. Protective clothing. | First rinse with plenty of water for at least 15 minutes, then remove contaminated clothes and rinse again. Refer for medical attention . |
| **Eyes** | Redness. Pain. Severe deep burns. | Wear face shield or eye protection in combination with breathing protection. | First rinse with plenty of water for several minutes (remove contact lenses if easily possible), then refer for medical attention. |
| **Ingestion** | | | |

| SPILLAGE DISPOSAL | CLASSIFICATION & LABELLING |
|---|---|
| Evacuate danger area! Consult an expert! Personal protection: gas-tight chemical protection suit including self-contained breathing apparatus. Ventilation. | **According to UN GHS Criteria** |
| **STORAGE** | |
| Fireproof if in building. Cool. | **Transportation**<br>**UN Classification**<br>UN Hazard Class: 2.3; UN Subsidiary Risks: 5.1 and 8 |
| **PACKAGING** | |



Prepared by an international group of experts on behalf of ILO and WHO, with the financial assistance of the European Commission.
© ILO and WHO 2021



7/30/24, 6:04 PM                                                ICSC 0046 - FLUORINE

| FLUORINE | ICSC: 0046 |
|---|---|

## PHYSICAL & CHEMICAL INFORMATION

**Physical State; Appearance**
YELLOW COMPRESSED GAS WITH PUNGENT ODOUR.

**Physical dangers**
The gas is heavier than air.

**Chemical dangers**
The substance is a strong oxidant. It reacts with combustible and reducing materials. Reacts violently with water. This produces toxic and corrosive vapours of ozone (see ICSC 0068) and hydrogen fluoride (see ICSC 0283). Reacts violently with ammonia, metals, oxidants and many other materials. This generates fire and explosion hazard.

Formula: $F_2$
Molecular mass: 38.0
Boiling point: -188°C
Melting point: -219°C
Solubility in water: reaction
Relative vapour density (air = 1): 1.3

## EXPOSURE & HEALTH EFFECTS

**Routes of exposure**
The substance can be absorbed into the body by inhalation.

**Effects of short-term exposure**
The substance is very corrosive to the eyes, skin and respiratory tract. Inhalation of this gas may cause lung oedema. See Notes. The liquid may cause frostbite. The effects may be delayed. Medical observation is indicated.

**Inhalation risk**
A harmful concentration of this gas in the air will be reached very quickly on loss of containment.

**Effects of long-term or repeated exposure**

## OCCUPATIONAL EXPOSURE LIMITS

TLV: 1 ppm as TWA; 2 ppm as STEL.
EU-OEL: 1.58 mg/m$^3$, 1 ppm as TWA; 3.16 mg/m$^3$, 2 ppm as STEL

## ENVIRONMENT

## NOTES

Reacts violently with fire extinguishing agents such as water.
The symptoms of lung oedema often do not become manifest until a few hours have passed and they are aggravated by physical effort.
Rest and medical observation are therefore essential.
Immediate administration of an appropriate inhalation therapy by a doctor, or by an authorized person, should be considered.
Do NOT spray water on a leaking cylinder (to prevent corrosion of the cylinder).
Turn leaking cylinder with the leak up to prevent escape of gas in liquid state.

## ADDITIONAL INFORMATION

**EC Classification**
Symbol: T+, C; R: 7-26-35; S: (1/2)-9-26-36/37/39-45

All rights reserved. The published material is being distributed without warranty of any kind, either expressed or implied. Neither ILO nor WHO nor the European Commission shall be responsible for the interpretation and use of the information contained in this material.

See Also:
    Toxicological Abbreviations

## 5. Diborane

ICSC 0432 - DIBORANE

**IPCS INCHEM**
Home

| DIBORANE | ICSC: 0432 (April 2006) |
|---|---|
| Boroethane | |
| Boron hydride | |
| Diboron hexahydride | |

CAS #: 19287-45-7
UN #: 1911
EC Number: 242-940-6

| | ACUTE HAZARDS | PREVENTION | FIRE FIGHTING |
|---|---|---|---|
| FIRE & EXPLOSION | Extremely flammable.  Gas/air mixtures are explosive. Risk of explosion on contact with water. | NO open flames, NO sparks and NO smoking. NO contact with halogens, oxidizing agents or water. NO contact with hot surfaces.  Closed system, ventilation, explosion-proof electrical equipment and lighting. Prevent build-up of electrostatic charges (e.g., by grounding). Use non-sparking handtools. | Shut off supply; if not possible and no risk to surroundings, let the fire burn itself out. In other cases extinguish with dry powder. NO hydrous agents. In case of fire: keep cylinder cool by spraying with water. NO direct contact with water. Combat fire from a sheltered position. |

| STRICT HYGIENE! IN ALL CASES CONSULT A DOCTOR! | | | |
|---|---|---|---|
| | SYMPTOMS | PREVENTION | FIRST AID |
| Inhalation | Cough. Sore throat. Nausea. Laboured breathing. Dizziness. Weakness. Headache. Fever. Tremor. Symptoms may be delayed. See Notes. | Use ventilation, local exhaust or breathing protection. | Fresh air, rest. Half-upright position. Artificial respiration may be needed. Refer for medical attention. |
| Skin | Frostbite. Frostbite. | Cold-insulating gloves. | ON FROSTBITE: rinse with plenty of water, do NOT remove clothes. Refer for medical attention . |
| Eyes | Severe deep burns. | Wear safety goggles or eye protection in combination with breathing protection. | First rinse with plenty of water for several minutes (remove contact lenses if easily possible), then refer for medical attention. |
| Ingestion | | Do not eat, drink, or smoke during work. | |

| SPILLAGE DISPOSAL | CLASSIFICATION & LABELLING |
|---|---|
| Evacuate danger area! Consult an expert! Personal protection: complete protective clothing including self-contained breathing apparatus. Ventilation. Remove all ignition sources. Turn off gas at source if possible. | **According to UN GHS Criteria**  **DANGER** Extremely flammable gas Contains gas under pressure; may explode if heated Fatal if inhaled Causes severe skin burns and eye damage Causes damage to respiratory system if inhaled |

| STORAGE |
|---|
| Fireproof. Separated from strong oxidants, food and feedstuffs and water. Cool. Ventilation along the floor and ceiling. Dry. |

| PACKAGING |
|---|

7/30/24, 6:04 PM · ICSC 0432 - DIBORANE

| DIBORANE | ICSC: 0432 |
|---|---|

## PHYSICAL & CHEMICAL INFORMATION

**Physical State; Appearance**
COLOURLESS COMPRESSED GAS WITH CHARACTERISTIC ODOUR.

**Physical dangers**
The gas mixes well with air, explosive mixtures are easily formed.

**Chemical dangers**
The substance polymerizes. This produces liquid pentaborane. Reacts violently with oxidants. Decomposes rapidly on heating. This produces hydrogen, boric acid and boric oxide.

Formula: $B_2H_6/BH_3BH_3$
Molecular mass: 27.7
Boiling point: -92°C
Melting point: -165°C
Solubility in water: hydrolyzes to hydrogen and boric acid
Vapour pressure, kPa at 25°C:
Relative vapour density (air = 1): 0.96
Flash point: Flammable gas
Auto-ignition temperature: 40-50°C
See Notes.
Explosive limits, vol% in air: 0.8-88

## EXPOSURE & HEALTH EFFECTS

**Routes of exposure**
The substance can be absorbed into the body by inhalation. Serious local effects on contact with skin.

**Effects of short-term exposure**
The substance is corrosive to the eyes, skin and respiratory tract. Inhalation may cause lung oedema. See Notes. The effects may be delayed. Exposure could cause death.

**Inhalation risk**
A harmful concentration of this gas in the air will be reached very quickly on loss of containment.

**Effects of long-term or repeated exposure**
Inhalation may cause asthma-like reactions (RADS).

## OCCUPATIONAL EXPOSURE LIMITS

TLV: 0.1 ppm as TWA

## ENVIRONMENT

Environmental effects from the substance have not been investigated adequately.

## NOTES

The presence of contaminants may lower the auto-ignition temperature so that ignition may occur at or below room temperature.
Reacts violently with fire extinguishing agents such as water.
The symptoms of lung oedema often do not become manifest until a few hours have passed and they are aggravated by physical effort.
Rest and medical observation are therefore essential.
The odour warning when the exposure limit value is exceeded is insufficient.
Turn leaking cylinder with the leak up to prevent escape of gas in liquid state.

## ADDITIONAL INFORMATION

**EC Classification**

All rights reserved. The published material is being distributed without warranty of any kind, either expressed or implied. Neither ILO nor WHO nor the European Commission shall be responsible for the interpretation and use of the information contained in this material.

See Also:
    Toxicological Abbreviations

## 6. Silane

1

2

3 

4

| SILANE | ICSC: 0564 (July 1997) |
|---|---|
| Monosilane<br>Silicon tetrahydride<br>Silicane | |

CAS #: 7803-62-5
UN #: 2203
EC Number: 232-263-4

| | ACUTE HAZARDS | PREVENTION | FIRE FIGHTING |
|---|---|---|---|
| **FIRE & EXPLOSION** | Extremely flammable.  Gas/air mixtures are explosive. | NO open flames, NO sparks and NO smoking.  Closed system, ventilation, explosion-proof electrical equipment and lighting. | Shut off supply; if not possible and no risk to surroundings, let the fire burn itself out. In other cases extinguish with powder, carbon dioxide.  Combat fire from a sheltered position. |

| STRICT HYGIENE! | | | |
|---|---|---|---|
| | **SYMPTOMS** | **PREVENTION** | **FIRST AID** |
| **Inhalation** | Cough. Headache. Nausea. Sore throat. | Use ventilation, local exhaust or breathing protection. | Fresh air, rest. Refer for medical attention. |
| **Skin** | Redness. ON CONTACT WITH LIQUID: FROSTBITE. | Cold-insulating gloves. | ON FROSTBITE: rinse with plenty of water, do NOT remove clothes. Rinse skin with plenty of water or shower. |
| **Eyes** | Redness. Pain. | Wear safety goggles or eye protection in combination with breathing protection. | First rinse with plenty of water for several minutes (remove contact lenses if easily possible), then refer for medical attention. |
| **Ingestion** | | | |

| SPILLAGE DISPOSAL | CLASSIFICATION & LABELLING |
|---|---|
| Evacuate danger area! Consult an expert! Personal protection: self-contained breathing apparatus. Ventilation. Remove gas with fine water spray. | **According to UN GHS Criteria** |
| **STORAGE** | |
| Fireproof. | **Transportation**<br>**UN Classification**<br>UN Hazard Class: 2.1 |
| **PACKAGING** | |

  Prepared by an international group of experts on behalf of ILO and WHO, with the financial assistance of the European Commission.
© ILO and WHO 2021 

7/30/24, 6:04 PM                                    ICSC 0564 - SILANE

| SILANE | ICSC: 0564 |
|--------|-----------|

## PHYSICAL & CHEMICAL INFORMATION

**Physical State; Appearance**
COLOURLESS GAS WITH CHARACTERISTIC ODOUR.

**Physical dangers**
The gas is heavier than air.

**Chemical dangers**
The substance may ignite spontaneously on contact with air. Decomposes on heating and on burning. This produces silicon and hydrogen. This generates fire and explosion hazard. The substance is a strong reducing agent. It reacts violently with oxidants. Reacts with potassium hydroxide solution and halogens.

Formula: $SiH_4$
Molecular mass: 32.1
Boiling point: -112°C
Melting point: -185°C
Solubility in water: slow reaction
Relative vapour density (air = 1): 1.3
Explosive limits, vol% in air: 1.37-100

## EXPOSURE & HEALTH EFFECTS

**Routes of exposure**
The substance can be absorbed into the body by inhalation.

**Effects of short-term exposure**
The substance is irritating to the eyes, skin and respiratory tract. Rapid evaporation of the liquid may cause frostbite.

**Inhalation risk**
A harmful concentration of this gas in the air will be reached very quickly on loss of containment.

**Effects of long-term or repeated exposure**

## OCCUPATIONAL EXPOSURE LIMITS

TLV: 5 ppm as TWA

## ENVIRONMENT

## NOTES

## ADDITIONAL INFORMATION

**EC Classification**

All rights reserved. The published material is being distributed without warranty of any kind, either expressed or implied. Neither ILO nor WHO nor the European Commission shall be responsible for the interpretation and use of the information contained in this material.

See Also:
    Toxicological Abbreviations

## F. Exhibit: San Jose Mercury News, LSI LOGIC advertisement.

1    LSI LOGIC advertisement, San Jose Mercury News (July 15 1996).[3]

2

3    8A                                                    San Jose Mercury News • **National** • Monday, July 15, 1996

4

5                                                                          **LSI LOGIC**

6

7            LSI Logic Corporation has operated its semiconductor manufacturing facility in an
8       industrial zone of Santa Clara since 1983. We have long committed ourselves to maintaining a
        safe environment for our employees and the surrounding community, and we believe strongly
9       in being good neighbors. That's why LSI Logic is vehemently opposed to locating elementary
        schools and day-care centers in industrial areas where dangerous chemicals are in constant use.

10          In 1993, a narrow majority of the Santa Clara City Council allowed a private elementary
11      school to locate on an industrially zoned site at 3003 Scott Boulevard, within 300 feet of LSI
        Logic's semiconductor manufacturing facility—a facility which uses toxic, corrosive and
        flammable chemicals on a daily basis. Scott Boulevard and the surrounding streets are heavily
12      used by chemical delivery trucks and hazardous waste disposal vehicles serving LSI Logic and
        other industrial sites in the vicinity.

13          For obvious reasons, we would never dream of locating a semiconductor factory next to
14      an existing school. That's why it makes no sense to place a school next to an existing factory—
        especially in an area where earthquakes are a constant threat. In fact, the private elementary
15      school was granted its conditional use permit over the objections of the City of Santa Clara
        Planning Commission, the Santa Clara Fire Department and the Bay Area Air Quality
16      Management District. The San Jose Mercury News also has editorialized against the school's
        industrially zoned site. The school's location violates the Santa Clara General Plan and triggers
17      enforcement of burdensome regulatory requirements that have been enacted by the state and
        local governments to protect the well-being of school children.

18          We are extremely proud of our safety record at LSI Logic. Our Santa Clara facility has
        installed state-of-the-art hazardous materials storage, secondary containment, monitoring and
19      treatment systems. We also maintain emergency response teams trained to handle a wide
        variety of emergencies, including chemical spills, earthquakes and electrical fires. But the fact
20      remains that accidents happen, and the long-term protection of neighboring school children,
        who cannot evacuate themselves during an emergency, cannot be guaranteed. In fact, since
21      **1984, the Santa Clara Fire Department has responded to 36 hazardous material accidents
        within a 1,000-foot radius of the private elementary school's present location.**

22          LSI Logic believes that school children should not be exposed to such risks. There are five
        alternative schools available in safe, non-industrially zoned areas of the community. Please call
23      the Santa Clara City Council at **(408) 984-3250** and tell its members that schools should be
        located in areas zoned for children—not hazardous chemicals.

                                        Sincerely,

24
25
26                                      Wilfred J. Corrigan
                                        Chairman and Chief Executive Officer
27                                      LSI Logic Corporation

28

[3] Courtesy of: Santa Clara Center for Occupational Health (SCCOSH) and Silicon Valley Toxics Coalition (SVTC) Collection, MSS-2007-04-06, San José State University Library Special Collections & Archives.

# G. Exhibit: Letter from California Assemblymember Lloyd G. Connelly (1987)

**Letter from California Assemblymember Lloyd G. Connelly to Silicon Valley Toxics Coalition, March 11, 1987. [4]**



### Assembly
### California Legislature

**LLOYD G. CONNELLY**
MEMBER OF THE LEGISLATURE
SIXTH ASSEMBLY DISTRICT

March 11, 1987

Ted Smith
Executive Director
Silicon Valley Toxics Coalition
277 West Hedding Street, Suite 208
San Jose, CA 95110

Dear Ted:

Thank you for forwarding a copy of your recently released report regarding accidental toxic gas releases and their impact in the Silicon Valley -- good work!!

As you may know, we are greatly interested in the whole issue of accidental toxic air releases and, quite frankly, feel very strongly that it is only a matter of time before California experiences an unfortunate catastrophic accident. We were closely following this issue last year and, in fact, had proposed a bill which was defeated because of competing measure being carried by Assemblywoman Marian La Follette. Unfortunately, the La Follette bill (AB 3777/86) which was finally passed, in our opinion, grossly inadequate. Consequently, we strongly believe there is room for additional legislative activity in this area.

If Santa Clara County is able to come up with a good strong local ordinance to deal with the problem, there would be considerable merit in adopting the Santa Clara County model at the state level. Please let us know if there's anything we can do to assist.

Thank you for all your good work on this critically important issue.

Cordially,

LLOYD G. CONNELLY
Member of the Assembly

LGC/smc

[4] Courtesy of: Santa Clara Center for Occupational Health (SCCOSH) and Silicon Valley Toxics Coalition (SVTC) Collection, MSS-2007-04-06, San José State University Library Special Collections & Archives.

## H. Exhibit: "Warning to Silicon Valley on computer chip gases" (1987)

1  "Warning to Silicon Valley on computer chip gases," The New York Times, February 8
2  1987.[5] See Report in Exhibit N.

3

*Sacto Bee 2/8/87*

### State News

# Warning to Silicon Valley on computer chip gases

**By Katherine Bishop**
**New York Times**

SAN FRANCISCO — A new report has warned that the high-technology area south of here is not prepared for a "catastrophe" that could result from a major release of highly toxic gases in an earthquake, fire or traffic accident.

The report by researchers at San Jose State University said materials used in the manufacture of silicon chips could menace the health of people within a dozen miles of a plant in the event of an accident or a natural disaster.

A major concern is over the release of arsine, a highly poisonous, inflammable gas that is stored by manufacturers of computer chips. The gas destroys red blood cells and is fatal within a short time of exposure in very high concentrations, the researchers say.

The report found that five companies in the Silicon Valley 50 miles south of here stored enough arsine to endanger the health of people within a 12.5-mile radius if they breathed the gas for several hours in the event of a major release of arsine into the atmosphere.

"We drew circles out from the storage sites and they covered virtually the entire valley," said Dr. Kenneth P. MacKay, a San Jose meteorology professor who helped write the report.

The five companies listed in the report are Raytheon in Mountain View, Advanced Micro Devices in Sunnyvale, Exel in San Jose and Precision Monoliths and Epitaxy, both in Santa Clara.

Eight other plants store arsine in

> **'We drew circles out from the storage sites and they covered virtually the entire valley'**
> — Kenneth MacKay, a report writer

quantities that could affect people within a six-mile radius of a leak, said the report, which based its calculations on the Environmental Protection Agency's air pollution dispersion models.

They are Xerox and General Instruments, both in Palo Alto; Data General, Advanced Micro Devices and two plants of Signetics, all in Sunnyvale; and Intel and National Semiconductor in Santa Clara.

The report was prepared for the Silicon Valley Toxics Coalition, which is made up of environmental groups and labor unions in the area that are seeking to reduce the use of hazardous chemicals in the workplace.

Toxic gases such as arsine and phosphine are added to pure silicon, a derivative of sand, to give the semiconductor chips their electrical properties. They are normally stored in compressed gas cylinders in high concentrations.

Michael Belliveau of the Citizens for a Better Environment, a national group, said 30 minutes of exposure to arsine at a concentration of 25 parts per million is fatal.

The report also warned of potential toxic gas hazards that are not related to the semiconductor industry such as chlorine, which is stored in large quantities at sewage-treatment plants and other locations.

The Silicon Valley Toxics Coalition plans to use the report to support its arguments in favor of specially designed containment buildings for storing the toxic gases, neighborhood emergency warning systems in case a leak occurs and requirements that companies develop computer models to show how leaking gas would be dispersed so residents could avoid exposure in an emergency.

The issues are being raised now because the Santa Clara County Fire Chiefs' Association is drafting a model ordinance to regulate the storage and handling of toxic gases in the valley. The final version is be presented to state officials July 1.

Steven W. Pedersen, the director of environmental affairs for the Semiconductor Industry Association, a trade group representing about 50 companies in the valley, said that many companies already comply with standards being devised for the national Uniform Fire Code regarding the handling of toxic materials.

These include monitoring, automatic shut-off of leaky valves and routing of gases through treatment systems, but they do not include the dispersion models sought by the toxics coalition.

---

[5] Courtesy of: Santa Clara Center for Occupational Health (SCCOSH) and Silicon Valley Toxics Coalition (SVTC) Collection, MSS-2007-04-06, San José State University Library Special Collections & Archives. Also published at: *Study Warns of Electronics-Area Catastrophe*, New York Times, 1987, https://www.nytimes.com/1987/02/08/us/study-warns-of-electronics-area-catastrophe.html

## I. Exhibit:" Activist calls semiconductor industry history's most dangerous"

"Activist calls semiconductor industry history's most dangerous," The Oregonian (1984). [6]

# Activist calls semiconductor industry histo

Story on Page C1 also

**By SPENCER HEINZ**
of The Oregonian staff



**Associated Press**

FIGHTER — Typewriter at the ready. Gayle F. Southworth takes a break at his home in Berkeley, Calif. Southworth worries that exposure of workers to chemicals in the semiconductor industry is dangerous.

The semiconductor industry is the most dangerous business in history, says Gayle F. Southworth.

Southworth is an activist who is spreading some downbeat concerns in California's Silicon Valley, heart of America's high-tech semiconductor industry.

As the director of a non-profit educational and informational clearinghouse in San Jose called the Santa Clara Center for Occupational Safety and Health, Southworth charges that the semiconductor industry and government are doing woefully little to inform and protect workers.

He says the EPA's glycol ether alert is significant only because that agency so far has done little or nothing to investigate potential dangers with many other deadly acids, solvents and gases used by semiconductor workers.

"In fact, prior to that hazard alert coming out, they were widely regarded as among the most benign of the chemicals used by the industry," he said of glycol ethers.

"It is one of the most dangerous of all industries in the history of humanity. Even though it has the image of a clean and light industry, the people who work in it are exposed daily and repeatedly to incredibly dangerous chemicals," Southworth said.

A former research director for the Service Employees International Union in San Jose, Southworth moved to his present job in 1980, one year after the Santa Clara Center was founded by representatives of unions, women's organizations and some electronics industry workers. The reported annual budget is about $45,000 a year, which pays salaries and operating costs for Southworth and an associate, Pat Lamborn, who said operating money comes mostly from unions and "social justice foundations."

"We exist to educate and organize workers themselves," Lamborn said. "Workers themselves have to be informed because it is in their best interests to safeguard their own health. No one else will do it for them."

Southworth calls attention to an article in the current issue of Technology Review magazine, which says the industry has an unusually high incidence of occupational illnesses. The article says the California Department of Industrial Relations found, in a 1980 survey, that the industry has 1.3 illnesses per 100 workers, compared with 0.4 per 100 workers for general manu-

# ry's most dangerous

facturing industries — or more than three times as many.

Southworth claims the industry is safe only on paper, that it engages in semantics to avoid full reporting of cases, and that the semiconductor company health clinics normally are not staffed full time by persons well versed in toxicology.

"These company clinics systematically give bad medical advice," he said. "They tell people, 'Don't worry about this chemical. It's not dangerous.' And they say this about very dangerous chemicals."

Asked what semiconductor executives think of him, Southworth said they tend to dismiss him simply as a union organizer — a characterization that he rejects — in a industry without unions.

The director of the Semiconductor Industry Association in San Jose, Thomas D. Hinkelman, echoed that description of Southworth and said the semiconductor industry is one of the safest.

In fact, his trade association said in a news release this week that the U.S. Bureau of Labor Statistics ranks the semiconductor industry "among the safest manufacturing operations in the nation for 1982."

The trade association said semiconductor manufacturing posted an "oc-

cupational injury and illness rate" of only 3.8 cases per 100 workers for the year.

"Only 'Guided Missiles and Space Vehicles' and 'Typewriter' manufacturing had better records," the statement said.

Regarding the study cited in Technology Review, Hinkelman dismissed the numbers as having been "discredited" by follow-up reports.

Smack in the center of this emerging dialogue, Southworth emphasized that he does not pretend to be objective in an area that he believes cries out for action.

He said it is difficult — just as it was with asbestos for many years — to prove that semiconductor industry chemicals are directly responsible for some worker illnesses.

But he claims the government is susceptible to political pressure from the the multibillion-dollar industry, and that little is likely to change unless some people presume the worst is happening and make waves.

"We're worker advocates," he said. "I guess I have a little bit of difficulty with people who express 'scientific objectivity' in this field. While they're accumulating data, morgues are accumulating bodies."

[6] Courtesy of: Santa Clara Center for Occupational ... (SVTC) Collection, MSS-2007-04-06, San José State University Library Special Collections & Archives.

### J. Exhibit: "Blast scene 'pretty brutal'" (1988)

1   "Blast scene 'pretty brutal': Firefighters pull screaming victim from explosion site,"
2   *Courier News*, March 18, 1988. [7]



Firefighters battle a smoky fire after several explosions hit a research company in Berkeley Heights early yesterday.

# Blast scene 'pretty brutal'
## Firefighters pull screaming victim from explosion site

**By ROBIN SIDEL**
Courier-News Staff Writer

BERKELEY HEIGHTS — Ed Delia, Joe Imbimbo and Art Scholl didn't think twice before rushing in to save a man screaming for help at the site of an explosion yesterday.

The three members of Berkeley Heights Volunteer Fire Co. were the first to arrive at the scene after an explosion wracked the Gollob Analytical Services research firm on Industrial Road at 1:51 a.m.

Shortly after their arrival, they saw James Diemer of Leonia waving his arms and screaming for help.

"The building was engulfed with flames and we were taking the hoses out when we heard him," Imbimbo, 27, said. "At first we saw all the cylinders, but didn't see any people."

The firefighters said Diemer was leaning against several helium cylinders in a small penned-in area outside the main building.

"It's more than a miracle that he was aware and conscious of what

was happening," Delia, 23, a carpenter, said. "He sounded like he was fine."

The firefighters ran to Diemer and tried to carry him away from the site, but realized he was entangled in rubber tubing attached to the helium cylinders.

"I could tell right away that there was something wrong with his (left) leg," said Imbimbo, who added that Diemer's pants were blown off by the explosion. Diemer had suffered a large gash in his right leg.

After six hours of surgery, surgeons at University Hospital in Newark amputated the lower half of Diemer's left leg and gave him a good prognosis for recovery. He was listed in critical condition this

> "If anybody had seen this man, they would have gone in to get him. You can't think about the danger."
>
> **Art Scholl**
> **Berkeley Heights volunteer firefighter**
>
> *Currier News*
> *3/18/88*

morning.

The firefighters said Diemer kept telling them that there were three other men with him at the time of the explosion. Those men — Louis Molinini, Steve Carvellas and an as yet unidentified third person — were killed.

Imbimbo and Delia first heard the explosions when they still were at home. Moments later, they headed toward the site.

The fire continued to roar around the firefighters as they rescued Diemer and tried to locate the other victims.

"It was pretty brutal," Imbimbo, a mechanic, said. "We weren't sure if it was going to blow again."

"It was a real mess — a real tragedy," Delia added.

Despite their fears of additional explosions, the three firefighters said they had no second thoughts about helping Diemer.

"If anybody had seen this man, they would have gone in to get him," said Scholl, a 46-year-old engineering manager for an Orad firm. "You can't think about the danger."

Although the three are trying to avoid thinking about the danger, they still are disturbed by the grim scene they found at the site. The three firefighters said they would have trouble sleeping. Scholl even went to work after the accident just to take his mind off what had occurred.

"I never went to Vietnam, but now I feel like I've been there," Scholl said. "It made me realize how fragile the human body is.

"I've never seen anything like this," Delia said. "I just don't like to think about it."

Delia also said he was hesitant about talking about the accident because "I'm not one for making a big deal of myself. I don't want to be thought of as 'Joe Hero.'"

[7] Courtesy of: Santa Clara Center for Occupational Health (SCCOSH) and Silicon Valley Toxics Coalition (SVTC) Collection, MSS-2007-04-06, San José State University Library Special Collections & Archives.

## K. Exhibit: "Residents flee homes in fear of new blast" (1988)

1   "Residents flee homes in fear of new blast," Courier News, March 19 1988.[8]

*Currier News 3/19/88*

# Residents flee homes in fear of new blast

**By PAT POLITANO**
Courier-News Staff Writer

BERKELEY HEIGHTS — As many as 1,500 township residents were evacuated from a half-mile radius of Gollob Analytical Research last night because of a threat of toxic gases from the chemical research company, site of a Thursday explosion.

Berkeley Heights Mayor Jeffrey Maccarelli said numerous businesses, 40 to 100 homes and a nursing home were cleared by more than 700 emergency personnel who poured into the township after Police Chief Ralph Del Duca declared an emergency at 7:15 p.m. yesterday.

Officials offered no estimate of when residents might be allowed to return home. "This is an adventure that's going to last another few days," said Township lawyer Frank Capece.

Environmental officials feared that containers of toxic gas at Gollob could be ruptured by an explosion from a cylinder of gas that has been burning for more than 48 hours.

Three men died and a fourth was severely injured at about 2 a.m. Thursday when a chemical container they were handling exploded at the company on Industrial Road.

A Department of Environmental Protection spokesman said the explosion apparently was caused by a contaminated chemical container believed to have been rejected as dangerous by a customer of a second company that took the container to Gollob for testing.

Dennis A. Feeney, general manager of the second company, Liquid Carbonics Specialty Gas Corp., has been tentatively identified as the third man killed in Thursday's explosion. Louis Molinini, a founder of Gollob, and Steve

Carvellas, a Gollob employee from Easton, Pa. were killed in the blast.

The area evacuated was roughly bounded by the intersections of Springfield and Snyder avenues to the north, Park and Berkeley avenues to the west, Russo Place and Locust Avenue to the east and Webster Drive to the south.

Officers went door to door notifying residents to leave and businesses to close, and state police roadblocks closed every street into the evacuation area.

Those who had no place to stay were sent to Governor Livingston Regional High School for temporary shelter.

The American Red Cross in Summit delivered cots to the school and helped set up the shelter.

Authorities issued a call to rescue squads throughout Union County for ambulances to help evacuate 115 people from the Berkeley Heights Convalescent Center.

Rescue squads responding included New Providence, Summit, Passaic Township, Scotch Plains, Rahway, Roselle, Clark, Cranford, Hillside, and Milburn.

State Police Superintendent Col. Clinton L.

☐ **See EVACUATION on Page A-4**

---

**Inside**

■ Evacuation triggers confusion, anger.....................................Page A-4
■ Explosion traced to tainted chemical..................................Page A-4

---

[8] Courtesy of: Santa Clara Center for Occupational Health (SCCOSH) and Silicon Valley Toxics Coalition (SVTC) Collection, MSS-2007-04-06, San José State University Library Special Collections & Archives.

1

## L. Exhibit: "Toxic gas leak is 'inevitable' doctor warns," (1982)

2

"Toxic gas leak is inevitable doctor warns: Dangerous form of arsenic is used in electronics industry," Mercury News (1982)[9]

3

# Toxic gas leak is 'inevitable,' doctor warns

## Dangerous form of arsenic is used in electronics industry

By Susan Yoachum
Staff Writer

A deadly form of arsenic widely used in the electronics industry poses "a serious risk to the community," says one of Santa Clara County's leading occupational-health physicians.

Arsine gas, the most toxic form of arsenic, is essential to the county's industry because it helps impart electrical properties to the silicon chips that are the building blocks of the computer age. If inhaled, arsine can cause death by destroying the kidneys' functions.

**'Major hazard'**

Arsine and other toxic chemicals used by the electronics industry present "a major environmental, as well as occupational hazard" both outside and inside electronics plants, Dr. Joseph La Dou said Friday.

La Dou, medical director of the Peninsula Industrial Medical Clinic in Sunnyvale, was addressing a group of health experts meeting in San Francisco.

"In the event of an earthquake, the leak of these gases would be enormous," La Dou said. Even without an earthquake, he said, a "major leak of arsine gas" is an "inevitable" occurrence.

The Peninsula Industrial Medical Clinic is one of a handful of occupational-health clinics in the county that contract with the electronics industry to treat workers' injuries and illnesses.

La Dou, who has written studies on employee abuse of the workers' compensation system, is regarded as a conservative physician not known for making alarmist predictions.

**Unprepared**

But in his speech at the University of California conference, La Dou said not only that a major toxic gas leak is inevitable, but also that it probably would catch the community unprepared.

"Everything (La Dou) said sounds reasonable," said Chuck Elkind, vice president of the American Electronics Association, a nationwide organization of 1,800 companies, which is based in Palo Alto.

But Elkind said he would like to see La Dou and the medical community raise their concerns with the companies.

Mel Knight, an environmental-health specialist in the state Department of Health Services' division that oversees the handling of toxic substances, also said he did not disagree with La Dou's statements.

"He's quite possibly correct," Knight said. "In general, there are indeed some areas where we don't have tight regulations. We don't have control over raw products, because they're not hazardous waste."

**'Nearly impossible'**

"There's so much raw product used in so many ways that it's nearly impossible to get a handle on it," Knight said.

In his speech, La Dou criticized current methods of transporting and storing exotic, toxic gases such as arsine and phosphine, a derivative of phosphorus that can irritate the lungs.

Every year, he said, there are 68,000 cubic feet of arsine trucked into Santa Clara County, along with more than a third of a million cubic feet of phosphine.

"Those are enormous quantities of materials being carted on the Bayshore by some of the most rickety trucks," La Dou said. "Had the Caldecott Tunnel disaster been a truck full of diborane, phosphine and arsine instead of (gasoline), I'm sure if we were capable of reading, we'd still be reading about that particular spill."

Storing toxic and hazardous gases, acids and solvents is another major problem, La Dou said.

**No outward signs**

La Dou said that appearances may be deceiving. The fronts of low-slung electronics factories show no smokestacks or other outward signs of a polluting industry.

La Dou said a visitor to the back of the plants sees the sometimes haphazard storage of dangerous materials. Toxic chemical containers often are free-standing, instead of being stored in an enclosed facility, he said.

"The electronics industry is an enormously important industry for our future development," La Dou said. "It is an industry troubled by health and safety issues that are going unanswered."

Mercury News, Sunday morning. June 6, 1982

Section B



[9] Courtesy of: Santa Clara Center for Occupational Health (SCCOSH) and Silicon Valley Toxics Coalition (SVTC) Collection, MSS-2007-04-06, San José State University Library Special Collections & Archives.

**M.** **Exhibit: "Deadly gas stored next door to South Bay homes" (1986).**

"Deadly gas stored next door to South Bay homes," San Francisco Examiner, August 10, 1986. [10]



[10] Courtesy of: Santa Clara Center for Occupational Health (SCCOSH) and Silicon Valley Toxics Coalition (SVTC) Collection, MSS-2007-04-06, San José State University Library Special Collections & Archives.

## N. Exhibit: "Modeling Toxic Gas Releases Using a Simple Screening Model," (1987).

**Report attached as separate PDF "*Exhibit: Modeling Toxic Gas Releases*"**

*"Modeling Toxic Gas Releases Using a Simple Screening Model,"* by Kenneth P. MacKay and David Sweet, Department of Meteorology, and James Zavagno, Department of Urban Planning, San Jose State University – for Silicon Valley Toxics Coalition and Santa Clara County Fire Chief's Association (1 February 1987).[11]

Also available in: *Transportation of Hazardous Materials:* Hearings Before the Subcommittee on Surface Transportation of the Committee on Public Works and Transportation, House of Representatives, One Hundred First Congress, First Session, page 349, May 5, 1989 (Cambridge, OH); May 15, 1989 (San Jose, CA); June 5, 1989.

See news coverage in Exhibit H.

---

[11] Courtesy of: Santa Clara Center for Occupational Health (SCCOSH) and Silicon Valley Toxics Coalition (SVTC) Collection, MSS-2007-04-06, San José State University Library Special Collections & Archives.

**O. Exhibit: International Fire Code; International Zoning Code; California Fire Code**

1

2   **Documents attached in separate PDF "*Exhibit: International Fire and Zoning Code*"**

3

4   **Contents:**

5
- **2021 IFC Code & Commentary:** Chapter. 27: Semiconductor Fabrication
6     Facilities, Section 2701, General
7
- **2021 International Zoning Code & Commentary:** Chapter 7: Factory/Industrial
8     Zones
9
- **2021 Fire Code Essentials:** Based on the 2021 International Fire Code: Chapter
10     16 General Requirements for Hazardous Materials
11
- **2022 California Fire Code,** Title 24, Part 9 with July 2024 Supplement:
12     Appendix E Hazard Categories

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28