**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

## Northern District of California

| | |
|---|---|
| **Ashley M. Gjovik**, *an individual*, <br><br> Plaintiff, <br><br> vs. <br><br> **Apple Inc.**, a corporation, <br><br> Defendant. | Case No. 3:23-CV-04597-EMC <br><br> **Plaintiff's Motion to Strike Improper Amicus Declaration** <br><br> **Motion to Strike** <br> Fed. R. Civ. P. 12(f) <br><br> **Motion Hearing & Case Management Conference:** <br> Dept: Courtroom 5 <br> Judge Edward M. Chen <br> Date: August 28, 2024 <br> Time: 9:30 AM PT |

## MOTION TO STRIKE

PLEASE TAKE NOTICE that on AUGUST 28 2024 at 9:30AM, in Judge Chen's virtual courtroom, before the Honorable Judge Edward Chen, I will, and hereby do, move for an order granting a Motion to Strike the improper amicus document filed to Docket No. 99.

The motion if concurrently filed with a Memorandum of Points and Authorities, Proposed Order, and a Declaration in Support.

Dated: August 27 2024

Signature:

**/s/ Ashley M. Gjovik**
*Pro Se Plaintiff*

**Email**: legal@ashleygjovik.com
**Physical Address**:
Boston, Massachusetts
**Mailing Address:**
2108 N St. Ste. 4553 Sacramento, CA, 95816
**Phone**: (408) 883-4428