**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

## Northern District of California

**Ashley M. Gjovik**, *an individual*,

Plaintiff,

vs.

**Apple Inc.**, a corporation,

Defendant.

Case No. 3:23-CV-04597-EMC

**Declaration of Ashley Gjovik in support of Plaintiff's Motion to Strike**

**Motion Hearing & Case Management Conference:**
Dept: Courtroom 5
Judge Edward M. Chen
Date: August 28, 2024
Time: 9:30 AM PT

# Declaration of Ashley Gjovik

Pursuant to 28 U.S.C. § 1746, I, Ashley M. Gjovik, hereby declare as follows:

My name is Ashley Marie Gjovik. I am a self-represented Plaintiff in this above captioned matter. I make this Declaration based upon my personal knowledge and in support of my concurrently filed Motion to Strike.  I have personal knowledge of all facts stated in this Declaration, and if called to testify, I could and would testify competently thereto.

On August 27 2024 I filed a Motion to Strike a docket entry from a non-party at Docket No. 99. I filed this motion in good faith, I believe all of the statements I made are true, and I have not made any allegations in this proceeding for an improper purpose or in bad faith.

I have reported the lawfare-style harassment by Apple and Appleseed to law enforcement multiple times prior to this, and I do believe their actions are unlawful. I have been intimidated and demoralized by the frequent accusations of dishonesty, incompetence, and misconduct made by Apple, and also in Appleseed's three declarations filed to this court docket. I have repeatedly asked all actors engaging in this type of conduct towards me to stop, but they have not ceased the conduct.

1    I spent hours today preparing this response instead of spending those hours
2    preparing for the hearing tomorrow, as I had initially planned. Similarly, instead
3    of focusing on discovery in this case, a great amount of time had to be spent
4    responding to Apple's pending motions. I am behind schedule on my initial
5    discovery activities due to Apple's actions and inactions including having to draft
6    and file an appellate brief to US Dept. of Labor last week. (See Notice of Pendency
7    at Docket No. 100). The request for appellate review was accepted today, August
8    27 2024, and the appeal is now docketed at ARB-2024-0060.
9
10    I declare under penalty of perjury under the laws of the United States that
11    the foregoing is true and correct, and that this declaration was executed on August
12    27 2024.
13
14    Executed on: August 27 2024 in Boston.
15    Signature:
16
17
18
19
20    _____
21    **/s/ Ashley M. Gjovik**
22    *Pro Se Plaintiff*
23    **Email**: legal@ashleygjovik.com
24    **Physical Address**:
25    Boston, Massachusetts
26    **Mailing Address:**
     2108 N St. Ste. 4553 Sacramento, CA, 95816
27    **Phone**: (408) 883-4428
28