# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**ASHLEY GJOVIK**, *an individual*,

Plaintiff,

v.

**APPLE INC**, *a corporation*,

Defendant.

**Case No. 3:23-CV-04597-EMC**

**[PROPOSED] ORDER**

**PLAINTIFF'S MOTION TO STRIKE**

<u>**Motion Hearing & Case Management Conference:**</u>
Dept: Courtroom 5
Judge Edward M. Chen
Date: August 28, 2024
Time: 9:30 AM PT

PROPOSED ORDER
CASE NO. 3:23-CV-04597-EMC

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE

Pending before the Court is Plaintiff's Motion to Strike the filing at Docket Number 99 and request for the Court to Order a prohibition on non-party filings to this case docket without express prior approval from the Court for properly requested amicus briefs.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court grants Plaintiff's motion.

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

Dated: _____          _____

JUDGE EDWARD M. CHEN

U.S. DISTRICT COURT JUDGE

PROPOSED ORDER
CASE NO. 3:23-CV-04597-EMC