# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Northern California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:23-cv-04597-EMC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 09/07/2023

Date of judgment or order you are appealing: 10/01/2024

Docket entry number of judgment or order you are appealing: 112

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Ashley M. Gjovik (plaintiff)

Is this a cross-appeal?   ◯ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

2108 N ST

Ste 4553

City: Sacramento   State: CA   Zip Code: 95816

Prisoner Inmate or A Number (if applicable):

**Signature** Ashley M. Gjovik   **Date** Oct 1, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                  Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Ashley M. Gjovik |

Name(s) of counsel (if any):

| |
|---|
| Pro se. Electronic Filing access has been requested for 9th Circuit. Fee paid via pay.gov |

Address: 2108 N ST Ste 4553, Sacramento, CA, 95816

Telephone number(s): 415-964-6272

Email(s): ashleymgjovik@protonmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Apple Inc |

Name(s) of counsel (if any):

| |
|---|
| Melinda S. Riechert, Jessica Perry, Kathryn Grzenczyk Mantoan, Kate Elsa Juvinall,  Ryan Booms |

Address: 1000 Marsh Road Menlo Park, CA 94025

Telephone number(s):

Email(s): mriechert@orrick.com, jperry@orrick.com, kmantoan@orrick.com, kju

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                                  1                                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                               2                                  *New 12/01/2018*