# Pay.gov Payment Confirmation: NDCA (California Northern) Civil and Criminal Bonds and Other Payments

| | |
|---|---|
| From | notification@pay.gov <notification@pay.gov> |
| To | Ashley Gjovik<ashleymgjovik@protonmail.com> |
| Date | Tuesday, October 1st, 2024 at 3:28 PM |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact CAND Finance at (415) 522-4621 or CAND_Finance@cand.uscourts.gov.

Application Name: NDCA (California Northern) Civil and Criminal Bonds and Other Payments
Pay.gov Tracking ID: [redacted]
Agency Tracking ID: [redacted]
Transaction Type: Sale
Transaction Date: 10/01/2024 03:28:16 PM EDT
Account Holder Name: Ashley Gjovik
Transaction Amount: $605.00
Card Type: MasterCard
Card Number: [redacted]

Defendant or Party Name: Ashley M Gjovik
Case Number: DCAN323CV004597-
Payer's Name: Ashley Gjovik
Payer's Address, [redacted]
Payer's Telephone: ([redacted]
Payer's Email: ashleymgjovik@protonmail.com
Type of Payment: Miscellaneous Filing Fee

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service