(Additional counsel on following page)

JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>              Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No. 23-cv-4597-EMC<br><br>**DEFENDANT APPLE INC.'S NONOPPOSITION TO PLAINTIFF ASHLEY GJOVIK'S "ADMINISTRATIVE MOTION & DECLARATION REQUESTING INFORMATION" (DKT. 116)** |

KATE E. JUVINALL (SBN 315659)
kjuvinall@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
631 Wilshire Blvd., Suite 2-C
Santa Monica, CA 90401
Telephone:   +1 310 633 2800
Facsimile:   +1 310 633 2849

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:   +1 202 339 8400
Facsimile:   +1 202 339 8500

Attorneys for Defendant
Apple Inc.

1  Pursuant to Civ. L.R. 7-3(b), Defendant Apple Inc. submits this Statement of Nonopposition
2  to Plaintiff Ashley Gjovik's "Administrative Motion & Declaration Requesting Information" (Dkt.
3  116). Apple understands that Plaintiff requests (1) "clarification if [she is] no longer able to attend
4  hearings via Zoom or if [she] can still attend via Zoom" and "if [Apple] would be subject to the
5  same instructions"; and (2) "a note to be added to the Aug 28. 2024 transcript and/or docket
6  documenting the reported internet connection issues" (the "Requests"). Dkt. 116 at 8.

7  While Apple disagrees with Plaintiff's characterization of certain facts and her allegations
8  regarding Apple's conduct, Apple does not oppose the Requests, to the extent the Court finds them
9  appropriate.

Dated: October 24, 2024                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By:      */s/ Melinda S. Riechert*
         MELINDA S. RIECHERT
         Attorneys for Defendant
         APPLE INC.