UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY M GJOVIK, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 23-cv-04597-EMC <br><br> **ORDER RE PLAINTIFF'S MOTION FOR CLARIFICATION AND CORRECTION** <br><br> Docket No. 116 |

Plaintiff has filed a motion in which she seeks a clarification and a correction to a hearing transcript. Defendant has filed a statement of nonopposition. The Court hereby rules as follows.

1. Absent further order of the Court, Plaintiff may make Zoom appearances for case management conferences/status conferences.

2. Absent further order of the Court, Plaintiff may also appear by Zoom for a hearing on any substantive (*i.e.*, nonadministrative) motion. However, (a) there is the risk that there may be connectivity or other technical problems which the Court cannot predict and (2) Defendant has the right to attend in person.

3. The Court shall not order any correction to the transcript for the hearing on August 28, 2024. This order reflects the Court's understanding that there were connectivity or other technical problems with the hybrid (Zoom/in-person) hearing. The Court's rulings on the motion

/ / /

/ / /

/ / /

/ / /

to dismiss which was heard on that day were not impacted or otherwise affected by any connectivity or other technical problems.

This order disposes of Docket No. 116.

**IT IS SO ORDERED**.

Dated: October 25, 2024



EDWARD M. CHEN
United States District Judge