1  (Additional counsel on following page)

2  JESSICA R. PERRY (SBN 209321)
   jperry@orrick.com
3  MELINDA S. RIECHERT (SBN 65504)
   mriechert@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025-1015
   Telephone:    +1 650 614 7400
6  Facsimile:    +1 650 614 7401

7  KATHRYN G. MANTOAN (SBN 239649)
   kmantoan@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759

11 Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 23-cv-4597-EMC<br><br>**DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFF ASHLEY GJOVIK'S MOTION TO STAY (DKT. 117)**<br><br>Judge: Honorable Edward M. Chen<br>Dept: Courtroom 5, 17th Floor<br>Date: December 19, 2024<br>Time: 1:30 p.m. |

1  KATE E. JUVINALL (SBN 315659)
   kjuvinall@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   631 Wilshire Blvd., Suite 2-C
3  Santa Monica, CA 90401
   Telephone:   +1 310 633 2800
4  Facsimile:   +1 310 633 2849

5  RYAN D. BOOMS (SBN 329430)
   rbooms@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   2100 Pennsylvania Avenue NW
7  Washington, D.C. 20037
   Telephone:   +1 202 339 8400
8  Facsimile:   +1 202 339 8500

9  Attorneys for Defendant
   Apple Inc.

1   The Court should deny Plaintiff Ashley Gjovik's October 23, 2024 Motion to Stay the
2   District Court Proceedings Pending Appeal, Dkt. 117 ("Motion to Stay"). As this Court has already
3   surmised, the Ninth Circuit lacks appellate jurisdiction over the appeal on which Plaintiff relies. A
4   stay would only further exacerbate the delay, and the prejudice to Apple, that Plaintiff's serially
5   deficient pleadings have already produced.

**I.  RELEVANT PROCEDURAL HISTORY**

On October 1, 2024, the Court granted in part and denied in part Apple's motion to dismiss the Fourth Amended Complaint and permitted Plaintiff to file a *fifth* amended complaint (subject to strict parameters regarding what amendments would be permitted) by October 29, 2024. *See* Dkt. 112 (the "October 1 Order"). [1] That same day, Plaintiff filed a notice of appeal of the October 1 Order to the United States Court of Appeals for the Ninth Circuit (*see* Dkt. 113), notwithstanding that the October 1 Order is not a "final decision[ ] of the district courts" and thus the appellate court lacks jurisdiction under 28 U.S.C. § 1291.

On October 22, 2024, Plaintiff filed her Motion to Stay seeking to pause all proceedings in this Court pending her (improper) appeal. On October 24, 2024, Apple filed with the Ninth Circuit a motion to dismiss for lack of appellate jurisdiction. *Gjovik v. Apple Inc.*, No. 24-6058, Dkt. 5.1. In a one-page order issued on October 25, 2024, the Ninth Circuit dismissed Plaintiff's appeal, relying on its own review of the record, and dismissed all pending motions as moot. *Gjovik v. Apple Inc.*, No. 24-6058, Dkt. 7.1. A copy of the dismissal of Plaintiff's appeal was filed on this Court's docket at Dkt. 124.[2]

**II.  ARGUMENT**

The October 25, 2024 dismissal of Plaintiff's Ninth Circuit appeal eliminates the sole justification for Plaintiff's requested relief—her Ninth Circuit appeal—and thus effectively moots her Motion to Stay. This Court should deny it. *Warren v. Uribe*, No. 210CV2120MCEEFBP, 2015

---

[1] Plaintiff failed to file her 5AC by the extended court-ordered deadline (November 5, 2024), thus injecting further delay and uncertainty into the proceedings.

[2] Plaintiff filed a motion to reconsider the dismissal of the appeal with the Ninth Circuit on October 25, 2024. *Gjovik v. Apple Inc.*, No. 24-6058, Dkt. 8.1 (the "Motion to Reconsider"). A copy of the Motion to Reconsider was filed on this Court's docket at Dkt. 125. The Ninth Circuit has not invited any response from Apple at the time of this filing.

WL 8207526, at *9 (E.D. Cal. Dec. 8, 2015) (denying as moot motion to stay action pending resolution of interlocutory appeal of district court's order where appeal was dismissed for lack of jurisdiction).

Additionally, Plaintiff's improper attempt to appeal a non-final order undermines judicial economy by seeking to delay proceedings in this Court even further than her sprawling successive complaints already have, at significant prejudice to Apple. Indeed, in the 13 months since Plaintiff first filed suit, the case has still not yet advanced past the pleadings. The case should proceed.

## III.     CONCLUSION

Apple respectfully requests that the Court deny Plaintiff's Motion to Stay.

Dated:  November 6, 2024             ORRICK, HERRINGTON & SUTCLIFFE LLP


                                     By:      */s/ Melinda S. Riechert*
                                            MELINDA S. RIECHERT
                                            Attorneys for Defendant
                                            APPLE INC.