**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

## Northern District of California

| | |
|---|---|
| **Ashley M. Gjovik**, *an individual*, | Case No. 3:23-CV-04597-EMC |
| Plaintiff, | **Administrative Notice** |
| vs. | **Intent to File 5AC on 11/6** |
| **Apple Inc.**, a corporation, | **Confirmation that Ninth Circuit Appeal is Pending** |
| Defendant. | |

# Notice of Intent to File 5AC on Nov. 6 2024

Plaintiff, Ashley Gjovik, respectfully submits the following Administrative Notice, providing a notice of intent to file her Fifth Amended Complaint, today on Nov. 6 2024. I apologize for the delay and that I could not file it yesterday.

My revisions have been delayed, following the court's order last week, due to my PTSD and anxiety symptoms, which have worsened significantly while having to remove critical parts of my lawsuit – and those parts represent events in my life which previously caused me severe emotion distress when they occurred originally, exacerbating my distress now. I have also suffered from PTSD symptoms due the requirement of publicly detailing my IIED claims while concurrently being harassed by the Defendant and certain non-parties about those events, and in response to me attempting to complain about these events – including additional threats of non-specific reprisals.

However, I am trying to manage my distress and I am committed to filing the 5AC by midnight PST.

# Notice of Status of Appeal

Defendant has filed an Opposition to Plaintiff's Motion to Stay (Dkt. 126) and in the filing Defendant claimed that the Plaintiff's interlocutory appeal was dismissed by the Ninth Circuit and is no longer at issue.

Plaintiff confirmed with the Ninth Circuit clerk's office a week ago that her Motion for Reconsideration is under review and the court will respond to it. Due to Defendant's statements today, Plaintiff also called the Ninth Circuit clerk's office again today to reconfirm, and the clerk's office did confirm that the Motion to Reconsider is still under review and that the Ninth Circuit will respond to the Plaintiff/Appellant, in the case docket, when they have made a decision.

Interlocutory appeals are uncommon and granting motions to reconsider are also uncommon, however Plaintiff is encouraged the court has been reviewing the case record for two weeks now, which seems to imply the motion to reconsider was accepted, though any further outcome is still pending.

Plaintiff also asks once again, that Defendant please cease making personal attacks on the Plaintiff's character and competence, and that Defendant cease attempting to blame the Plaintiff for problems the Defendant created itself (ie, delays due to service dodging, their own requests to delay the filing schedule, requests to delay the discovery schedule, raising unnecessary and time-wasting issues, an excessive number of motions to dismiss and motions to strike, and repeatedly arguing incorrect law and misrepresenting facts leading to the issues now pending appeal).

On a related note, it was extremely suspicious that the Ninth Circuit abruptly dismissed Plaintiff's appeal, despite previously docketing it and issuing a scheduling order, just one day after Apple filed a Motion to Dismiss the appeal and without any opportunity for Plaintiff to respond to the Motion or with a Brief.

1

2          Plaintiff will file her 5AC by end of the day.

3

4

5      Thank you.

6

7      Dated: Nov. 6 2024.

8      Signature:

9

10

11

12

13     _____

14     **/s/ Ashley M. Gjovik**

15     *Pro Se Plaintiff*

16
       **Email**: legal@ashleygjovik.com
17     **Physical Address**:

18     Boston, Massachusetts
       **Mailing Address**:
19     2108 N St. Ste. 4553 Sacramento, CA, 95816

20     **Phone**: (408) 883-4428

21

22

23

24

25

26

27

28