(Additional counsel on following page)

JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 23-cv-4597-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO DISMISS PLAINTIFF ASHLEY GJOVIK'S FIFTH AMENDED COMPLAINT**<br><br>Judge: Honorable Edward M. Chen<br>Dept:  Courtroom 5, 17th Floor<br>Date:  January 2, 2025<br>Time:  1:30 p.m. |

1  KATE E. JUVINALL (SBN 315659)
   kjuvinall@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   631 Wilshire Blvd., Suite 2-C
3  Santa Monica, CA 90401
   Telephone:   +1 310 633 2800
4  Facsimile:   +1 310 633 2849

5  RYAN D. BOOMS (SBN 329430)
   rbooms@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   2100 Pennsylvania Avenue NW
7  Washington, D.C. 20037
   Telephone:   +1 202 339 8400
8  Facsimile:   +1 202 339 8500

9  Attorneys for Defendant
   Apple Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Pending before the Court is Defendant Apple Inc.'s Motion to Dismiss Plaintiff's Fifth Amended Complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Having considered the relevant papers and pleadings on file with the Court in this matter, as well as the arguments of Plaintiff and Apple's counsel, the Court **DISMISSES, with prejudice**, Plaintiff's Fifth Amended Complaint, leaving only the claims not dismissed in the Fourth Amended Complaint, for failure to comply with the Court's October 1, 2024 order (Dkt. 112) requiring Plaintiff to file a Fifth Amended Complaint limited to 75 pages and its subsequent October 25, 2024 order (Dkt. 123) requiring Plaintiff to do so by November 5, 2024.

Accordingly, Defendant Apple Inc.'s Motion to Dismiss is **GRANTED**, and Plaintiff's Fifth Amended Complaint is **DISMISSED with prejudice,** leaving only the claims not dismissed in the Fourth Amended Complaint. The Court thus dismisses with prejudice the claims asserted in the Fifth Amended Complaint that the Court previously dismissed with leave to amend in its October 1 Order. The Court further orders the case to proceed on only those claims in the Fourth Amended Complaint that Apple did not move to dismiss or that the Court permitted to proceed. Within 28 days of this order, Apple shall file an answer to the Fourth Amended Complaint, but only with respect to those claims that Apple did not move to dismiss or that the Court permitted to proceed.

**IT IS SO ORDERED**

Dated:_____

HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE