1  (Additional counsel on following page)

2  JESSICA R. PERRY (SBN 209321)
   jperry@orrick.com
3  MELINDA S. RIECHERT (SBN 65504)
   mriechert@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025-1015
   Telephone:   +1 650 614 7400
6  Facsimile:   +1 650 614 7401

7  KATHRYN G. MANTOAN (SBN 239649)
   kmantoan@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759

11

12 Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 23-cv-4597-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO SHORTEN TIME RE: APPLE'S MOTION TO DISMISS PLAINTIFF ASHLEY GJOVIK'S FIFTH AMENDED COMPLAINT PURSUANT TO FRCP 41(B)** |

1  KATE E. JUVINALL (SBN 315659)
   kjuvinall@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   631 Wilshire Blvd., Suite 2-C
3  Santa Monica, CA 90401
   Telephone:   +1 310 633 2800
4  Facsimile:   +1 310 633 2849

5  RYAN D. BOOMS (SBN 329430)
   rbooms@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   2100 Pennsylvania Avenue NW
7  Washington, D.C. 20037
   Telephone:   +1 202 339 8400
8  Facsimile:   +1 202 339 8500

9  Attorneys for Defendant
   Apple Inc.

1  Pending before the Court is Defendant Apple Inc.'s motion to shorten time (the "Motion to Shorten Time") for the Court to hear Apple's Motion to Dismiss Plaintiff's Fifth Amended Complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure (the "Rule 41(b) Motion to Dismiss"). Having considered the relevant papers and pleadings on file with the Court in this matter, as well as the arguments of Plaintiff and Apple's counsel, the Court **GRANTS** the Motion to Shorten Time. The Court will hear the Rule 41(b) Motion to Dismiss on November 21, 2024. Further, Apple's deadline to respond to the Fifth Amended Complaint is stayed pending the Court's decision on the Rule 41(b) Motion to Dismiss.

**IT IS SO ORDERED**

Dated:_____

HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE