**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

## Northern District of California

| | |
|---|---|
| **Ashley M. Gjovik,** *an individual*, | D.C. Case No. 3:23-CV-04597-EMC |
| | Ninth Circuit Case No. 24-6058 |
| Plaintiff, | |
| vs. | **Plaintiff's Fifth Amended Complaint** |
| | |
| **Apple Inc.,** *a corporation, et al.,* | **Nov. 20 2024, Abbreviated Version** No substantive changes from Dkt. 128. |
| Defendant. | Claims: Civil Litigation |

# TABLE OF CONTENTS

**TABLE OF CONTENTS** ..................................................................................II

**SUMMARY OF THE CASE** ................................................................ 2

**JURISDICTION & VENUE** ............................................................... 2

**PARTIES** ........................................................................................ 3

**PROCEDURAL HISTORY** ................................................................ 4

**STATEMENT OF FACTS** ................................................................. 5

**LEGAL CLAIMS** .............................................................................46

    COUNT ONE: WRONGFUL DISCHARGE IN VIOLATION OF PUBLIC POLICY ........................... 48

    COUNT TWO: CAL. WHISTLEBLOWER PROTECTION ACT (CAL.LAB.C. § 1102.5) ............... 50

    COUNT THREE: CAL. LABOR CODE § 6310 ....................................... 52

    COUNT FOUR: CAL. LABOR CODE § 98.6 ......................................... 53

    COUNT FIVE: PRIVATE NUISANCE ................................................. 57

    COUNT SIX: IIED – FEAR OF CANCER ............................................ 61

    COUNT SEVEN: IIED – OUTRAGEOUS CONDUCT ................................ 64

**PRAYER FOR RELIEF** ....................................................................82

**CERTIFICATION AND CLOSING** ....................................................84

# SUMMARY OF THE CASE

1.    This lawsuit arises from Apple Inc's ("(Defendant"), or "Def.") reckless disregard of environmental regulations and& safety requirements at two different Silicon Valley properties, and& subsequent

1 concealment of their unlawful acts ~~and~~& the extensive harm they caused.

2  2.  In 2020, Apple severely injured ~~and~~& nearly killed Ashley Gjovik ~~("~~("Plaintiff~~")~~"), or "Pl.") with

3 Apple's unlawful toxic waste dumping from a stealth semiconductor fabrication facility in Santa Clara,

4 ~~California. (Gjovik~~Cal. (Pl. did not discover that Apple was responsible for her injuries until 2023, but Apple

5 is believed to have known by mid-2021). In 2021, ~~Gjovik~~Pl. also exposed that Apple was violating health,

6 safety, ~~and environmental~~& env. rules ~~and~~& regulations at her team's office located on a triple Superfund

7 site in Sunnyvale, California ("the Triple Site").[1]

8  3.  ~~Gjovik~~Pl. filed ~~environmental and~~env. & safety complaints ~~and~~& partnered with numerous

9 ~~government~~gov. agencies to document ~~and~~& investigate the issues. Apple repeatedly made statements to

10 ~~Gjovik~~Pl. instructing her not to talk to her coworkers or the ~~government~~gov. about her safety ~~and~~

11 ~~compliance~~& compl. concerns, pressured her to not ask questions, prevented her from gathering evidence,

12 ~~and~~& attempted to conceal their unlawful activities from her ~~and~~& from the government.

13  4.  Apple ~~management~~mgmt. retaliated against ~~Gjovik~~Pl. as soon as ~~Gjovik~~Pl. started asking questions

14 ~~and~~& expressing concerns, repeatedly said the retaliation was because of her safety ~~and environmental~~& env.

15 complaints, they incited ~~and~~& encouraged others to harass ~~and~~& intimidate ~~Gjovik, and~~Pl., & Apple took

16 negative employment actions against ~~Gjovik~~Pl. in an attempt to coerce her to quit the company; but when

17 she did not quit, Apple fired her.

18  5.  Apple's explanation for terminating ~~Gjovik~~Pl. has changed multiple times, was not shared at all with

19 ~~Gjovik~~Pl. until a week after her termination, ~~and~~& the proffered reason is pretextual but unlawful itself. Over

20 three years later, Apple still has not disclosed who initiated the decision to terminate ~~Gjovik's~~Pl.'s

21 employment ~~and~~& has refused ~~Gjovik's~~Pl.'s requests for them to provide this ~~information~~info.

22  6.  During Apple's marathon of retaliation against ~~Gjovik~~Pl. in 2021, ~~Gjovik~~Pl. was in law school

23 studying to become a human rights lawyer. She was in a unique position to effectively report serious

24 ~~environmental and~~env. & safety issues, ~~and~~& to lobby for general policy reform. ~~Gjovik~~Pl. utilized her

25 knowledge, experience, ~~and~~& resources to confer with numerous ~~government~~gov. agencies, to meet with a

26 variety of elected officials ~~and~~& their staff, to publish op-eds calling for new legislation, was interviewed

27 —————————————

28

[1] ~~The "Triple Site" refers to three specific toxic waste dumps in Sunnyvale, California with a merged mega-plume of solvent pollution in the groundwater. One of the three plumes (the "TRW Microwave" site) is directly beneath Gjovik's office.~~

1 ~~and~~& written about by the press, ~~and~~& served as a witness for ~~government~~gov. agencies ~~and legislative~~& leg.

2 committees.

7. ~~Gjovik~~Pl. spoke out publicly, organized with her coworkers, lobbied on their behalf, ~~and~~& called for

4 systemic change with Apple's ~~environmental and~~env. & labor practices. ~~Gjovik's~~Pl.'s public advocacy also

5 brought awareness to her prior neighbors of the pollution issues where she had lived in 2020, leading to

6 additional chem~~ical~~. exposure victims coming forward ~~and~~& joining ~~Gjovik~~Pl. in complaining to the

7 ~~government and~~gov. & requesting help.

8 ~~8.~~ In 2021, ~~Gjovik~~Pl. filed timely retaliation ~~and discrimination~~& discrim. complaints with

9 multiple ~~administrative~~admin. agencies including the U.S. NLRB, U.S. EEOC, U.S. ~~Dept. of Labor,~~

10 ~~California Dept. of Labor, and California~~DOL, Cal. DOL, & Cal. DFEH. The ~~U.S.~~EEOC ~~and state~~& DFEH

11 claims were merged into this civil lawsuit. The U.S. ~~Dept. of Labor CERCLA~~DOL whistleblower retaliation

12 case is currently with the Administrative Review Board.[2]

13 ~~9.~~8. ~~The~~ U.S. NLRB is actively prosecuting Apple over their unlawful employment policies, per

14 ~~Gjovik's~~Pl.'s Oct. 2021 charge. NLRB will initiate prosecution imminently against Apple for its retaliation

15 ~~and~~& unfair labor practices committed against ~~Gjovik,~~Pl., including suspending her ~~and~~& terminating her

16 employment.[3] [29 U.S. Code § 158].

17 ~~10.~~9. Over the last three years, due to ~~Gjovik's~~Pl.'s investigations ~~and~~& advocacy, there have been

18 multiple ~~government~~gov. inspections of Apple's two facilities noted above, resulting in citations for

19 ~~environmental and~~env. & safety regulatory violations, ordered corrective actions, ~~and~~& required monitoring.

20 ~~Gjovik~~Pl. still speaks with the U.S. EPA ("EPA") regularly as a community advocate about Apple ~~and~~& the

21 two facilities. Apple continued harassing ~~and~~& retaliating against ~~Gjovik~~Pl. after she was fired ~~and~~& through

22 current day, intentionally interfering with ~~and~~& severely damaging her career, reputation, relationships,

23 finances, physical condition, mental health, ~~and~~& just about every other aspect of her life.

## Jurisdiction & Venue

25 ~~11.~~10. The ~~United States District~~U.S. Dist. Courts have diversity jurisdiction over this case because

26 the amount in controversy exceeds $75,000 ~~and~~& the parties are of diverse state citizenship. [28 U.S.C. §

27 _____

28

[2] *Ashley Gjovik v Apple Inc,* ~~2024-CER-00001 (OALJ), 2024-0060 (ARB); CERCLA 42 U.S.C. §9610, Clean Air Act 42 U.S.C.~~
~~§7622, RCRA 42 U.S.C. §6971, TSCA 15 U.S.C. §2622~~
[3] ~~NLRA 29 U.S. Code § 158~~

1332]. When the complaint was filed, Pl. was domiciled in the state of NY & is now domiciled in the Commonwealth of Massachusetts. Def. is a corporation hq'd in Cal. Venue is proper in Dist. Court of Nor. Cal. because Apple is headquartered & operates in this district. Many of Pl.'s claims arose from acts, omissions, & injuries within the Dist. of Nor. Cal. [Civil L.R. 3-5(b)].

12.    ~~When the complaint was filed, Plaintiff was domiciled in the state of New York and is now domiciled in the Commonwealth of Massachusetts. Defendant is a corporation headquartered in California.~~

13.    ~~Venue is proper in the District Court of Northern California because Apple is headquartered and operates in this district. Many of Gjovik's claims arose from acts, omissions, and injuries within the District of Northern California. [Civil L.R. 3-5(b)].~~

## Parties

14.    Ashley Gjovik ~~⁴ ("Plaintiff"),~~, ("Pl."), is a natural person currently domiciled in Boston, Massachusetts. ~~Gjovik~~Pl. holds a recently awarded Juris Doctor degree from Santa Clara University School of Law ~~and~~& is appearing Pro Se.⁵

~~15.~~11.    ~~Gjovik~~ Pl. is a 38-year-old white woman with multiple disabilities including ADHD, PTSD, anxiety, panic disorder, depression, & autism. Pl. was an employee of Apple Inc from Feb. 2015 through Sept. 2021. Pl. held a leasehold at a Santa Clara residential property at 3255 Scott Blvd, adjacent to Apple's semiconductor fab. at 3250 Scott Blvd in Feb. 2020 through Oct. 2020. ~~and autism~~Pl. established a consulting LLC in Cal. in 2022, which she continues to manage with a virtual office in Sacramento. The LLC address is used on papers for privacy.

16.    ~~Gjovik was an employee of~~ Apple Inc ~~from Feb. 2015 through Sept. 2021.~~

17.    ~~Gjovik held a leasehold at a Santa Clara residential property (3255 Scott Blvd) adjacent to Apple's semiconductor fabrication facility (3250 Scott Blvd) in Feb.~~ ~~2020 through Oct. 2020.~~

18.    ~~Apple Inc., ("Defendant"),~~ is a business engaged in ~~and~~& affecting interstate commerce ~~and~~& a covered entity under the federal statutes at issue here.⁶ Apple is a corporation ~~headquartered~~hq'd at One Apple Park Way in Cupertino, ~~California~~Cal. Apple says it "*designs, manufactures ~~and~~& markets*

---

⁴ ~~Pronounced "JOE vik"~~
⁵ ~~Gjovik established a consulting LLC in California in 2022, which she continues to manage with a virtual office in Sacramento at 2108 N St. Ste. 4553 Sacramento, CA, 95816. The LLC address is used on papers for privacy.~~
⁶ ~~"Apple" refers to its successors and assigns; controlled subsidiaries, divisions, groups, affiliates, partnerships, and joint ventures; and their directors, officers, managers, agents, and employees.~~

1 *smartphones, personal computers, tablets, wearables ~~and~~& accessories, ~~and~~& sells a variety of related services.*" As

2 of Nov. 2024, Apple Inc. claimed a market cap of $3.~~4 trillion and~~4T & annual revenue of $394.~~33 billion.[7]~~

3 ~~19.~~12.        33B. At all pertinent times, Apple was the tenant ~~and~~& operator controlling the facilities at

4 both 825 Stewart Dr. in Sunnyvale ~~and~~& 3250 Scott Blvd. in Santa Clara, ~~California~~Cal. At both properties,

5 Apple registered its state ~~and~~& federal RCRA activities under its own name ~~and~~& with Apple EH&S as the

6 contact for the ~~government and~~gov. & public.

<div align="center">

**P R O C E D U R A L   H I S T O R Y**

</div>

8 ~~20.~~13.        ~~Gjovik~~Pl. now files her ~~Fif~~5th Amended Complaint ("5-AC~~"). Gjovik~~"), in an abbreviated

9 version but with the same substantive content as the prior 5-AC version. Pl. filed her original complaint on

10 Sept. 7 2023. The ~~Fir~~1st Amended Complaint was filed in Oct. 2023 per stipulation, in order to allow Apple

11 more time to prepare, as needed due to Apple's delayed arrival in court. The ~~Second~~2nd Amended

12 Complaint was filed on Dec. 21 2023 as a matter of course but was dismissed sua sponte by this court without

13 prejudice ~~and~~& with leave to amend on Jan. 30 2024, ordering ~~Gjovik~~Pl. to reduce the complaint length by

14 over 500 pages. The ~~Thi~~3rd Amended Complaint was filed on Feb. 27 2024, met with a Motion to Dismiss

15 ~~and~~& Motion to Strike, ~~and~~& was ruled upon with a decision ~~and~~& order issued May 20 2024. The

16 ~~Fourth~~4th Amended Complaint was filed on June 18 2024, also met with Motions to Dismiss ~~and~~& Strike,

17 ~~and~~& was ruled upon with a decision ~~and~~& order issued Oct. 1 2024. ~~Gjovik~~Pl. was ordered to revise her

18 complaint again.

19 ~~21.~~14.        On Oct. 1 2024, ~~Gjovik~~Pl. filed an appeal to the ~~Nin~~9th Circuit Court of Appeals, contesting

20 denied injunctions, collateral orders, ~~and~~& the dismissal with prejudice of dozens of her claims mostly due

21 to discretionary procedural reasons not related to the potential merit of the claims. ~~Gjovik~~Pl. filed a pending

22 Motion to Stay pending appeal.

23 ~~22.~~15.        If the ~~Nin~~9th Circuit accepts the appeal, ~~Gjovik~~Pl. intends to appeal at least the dismissals of

24 her claims for RICO §§ 1962(a) ~~and~~& 1962(d); RICO §§ 1962(c) ~~and~~& 1962(d); whistleblower retaliation

25 under the Sarbanes–Oxley ~~and~~& Dodd-Frank Acts; violations of the Bane Civil Rights Act ~~and~~& the Ralph

26 Civil Rights Act; Ultrahazardous Activities; Absolute Nuisance; Nuisance Per Se; Cal. Business ~~and~~&

27 Professions Code §§ 17200 *et seq.*; Cal. Labor Code § 6399.7 ~~and~~& the "Right to Know" generally; Breach

28 _____

~~[7] Apple Inc, 2024 10K, https://investor.apple.com/sec-filings/default.aspx~~

1  of the Implied Covenant of Good Faith ~~and~~& Fair Dealing; Negligent Infliction of Emotional Distress; IIED

2  with a basis of defamation ~~and~~& accusations of dishonesty; retaliation for protected labor complaints about

3  slavery, apartheid, genocide, ~~and~~& "Muslim human rights"; ~~and~~& whistleblower protection for protected

4  disclosures about smuggling, violations of sanctions, violations of ~~environmental~~env. laws, federal crimes

5  committed in furtherance of violations of ~~environmental~~env. laws, racketeering, ~~and~~& certain privacy

6  invasions violating the ~~California~~Cal. Constitution.

## STATEMENT OF FACTS

8  ~~23.~~16.    **Location 1: 3250 Scott Blvd, Santa Clara~~.~~:** In early 2015, Apple started stealth

9  semiconductor fabrication ("fab.") activities in a facility located at 3250 Scott Blvd. in Santa Clara,

10  ~~California.⁸~~Cal. Like some sort of ~~S~~skunkworks, Apple codenamed the facility "ARIA" ~~and~~& even tried to

11  use the codename on regulatory paperwork.

12  ~~24.~~17.    The ARIA ~~semiconductor fabrication facility~~fab. operated less than ~~three hundred feet~~300 ft

13  from thousands of homes where ~~Gjovik~~Pl. lived in 2020 (~~the~~ Santa Clara Square Apartments~~).~~., "SCSA").

14  Also within 300 ~~ft~~ from the building were two public parks (Creekside Park ~~and~~& Meadow Park), picnic

15  tables, outdoor fitness stations, ~~and~~& a children's playground. Within ~~1,000 feet~~1000 ft of ARIA there was

16  also a church, a school, ~~an~~ elder care facility, ~~and~~& the San Tomas Aquino Creek ~~and~~& public trail. (~~San~~

17  ~~Tomas Aquino~~the Creek flows to the SF Bay ~~and~~& then into the Pacific Ocean).

18  ~~25.~~18.    Upon initiating operations at ARIA, Apple was quickly cited for building,

19  ~~environmental,~~env., health, safety, ~~and~~& fire code violations in at least 2015 (stop work order due to

20  construction without permits), 2016 (spill of cooling water into storm drains, fire code ~~and Cal~~ASP~~A~~& Cal.

21  ASPA violations, health ~~and~~& safety code violations, failure to properly monitor wastewater discharge), 2019

22  (wastewater testing violations), 2020 (fire code violations, using two EPA ~~identification~~ID numbers,

23  inaccurate hazmat inventory data, no spill plans or training, no business permit, no signature from supervisor

24  on records, ~~and~~& failure to properly monitor wastewater discharge again).

25  ~~26.~~19.    Apple intentionally vented its ~~fabrication~~fab. exhaust ~~-~~, unabated ~~— and, &~~ consisting of toxic

26

27  _____

28

~~⁸ "Semiconductor Fabrication Facility: A building or a portion of a building in which electrical circuits or devices are~~
~~created on solid crystalline substances having electrical conductivity greater than insulators but less than conductors.~~
~~These circuits or devices are commonly known as semiconductors." Cal. Fire Code § 202 (2022).~~

1  solvent vapors, gases, ~~and~~& fumes~~—~~, into the ambient outdoor air. The factory was one story, while the

2  apartments were four stories ~~tall~~high, creating a high likelihood that Apple's factory exhaust entered the

3  interior air of the apartments through open windows ~~and~~& the 'fresh air intake' vents.

4      ~~27.~~  City Fire Dept. records for ARIA contain at least sixteen chem~~ical.~~ spill/leak incident reports

5  at ARIA within only three years. These incident reports included eight confirmed leaks/spills: leaks of

6  phosphine ~~and~~& silane on June 1 2019 ~~at 9:17 AM~~; a phosphine leak on Oct. 21 2019 ~~at 11:06 PM~~; a Tetraethyl

7  Orthosilicate ("TEOS") leak on July 17 2020 ~~at 8:58 AM~~; a major phosphine leak on April 30 2021 ~~at 8:29~~

8  ~~AM~~; a 5% fluorine gas leak on April 18 2022 ~~at 10:42 AM~~, a Hexafluorobutadiene leak on May 29 2022 ~~at~~

9  ~~2:19 PM, and,~~ & leaks of two unnamed toxic gases on Sept. 20 2022 ~~at 7:44 AM and~~& Dec. 21 2022 ~~at 1:40~~

10  ~~AM.~~

11      ~~28.~~20.    . Further, later in 2021-2022, Apple reported to the ~~government~~gov. that in the year 2020,

12  Apple released at least 7.8 tons (15,608 pounds) of VOCs ~~and~~& 260 pounds of the combustible solvent N-

13  Methyl-2-pyrrolidone (NMP) into the exterior air around ARIA. In 2022, the ~~U.S.~~ EPA severely restricted

14  the legal use of NMP as *"it presents an unreasonable risk of injury to human health"* under TSCA.

15      ~~29.~~21.    Per a review of Apple's manifests, Apple did not replace the carbon/charcoal in its exhaust

16  system for over five years, with the first replacement occurring Dec. 14, 2020 – only after ~~Gjovik~~Pl. had

17  notified Apple EH&S ~~and environmental~~& env. legal about what occurred to her near ARIA. Apple also

18  reported to the Bay Area Air Quality Management ~~Board (BAAQMB) (~~Boar, in difficult to find agency

19  filings~~),~~ that in at least 2019-2021, ARIA exhausted reportable amounts of mercury, arsenic, carbon

20  monoxide, ~~and~~& formaldehyde into the ambient air around the factory.

21      ~~30.~~22.    Apple's leaks, spills, ~~and~~& releases were not limited to the air. Apple's wastewater discharge

22  monitoring repeatedly showed the presence of heavy metals ~~and~~& organic solvents. In 2017, the

23  ~~government~~gov. mandated testing revealed the presence of 29 µg/L of 1,1-Dichloropropane, 24 µg/L of

24  Trichloroethylene ("TCE"), ~~and~~& 6.7 µg/L of Ethyl tertiary-butyl ether (ETBE). Among other issues, it's

25  unclear why Apple had TCE on site but not in any of its chem~~ical.~~ inventories, ~~and~~& then, in addition, why

26  exactly Apple was pouring that TCE down the drain.

27      ~~31.~~23.    ARIA reported an average daily water usage of around 44,000 gallons per day ~~and~~& the

28  sewer pipes carrying ARIA's discharges flowed downhill ~~and~~& directly around the apartment where

~~Gjovik~~Pl. lived in 2020. In 2020, the ~~government~~gov. had already started investigating the plumbing at her

apartment as a possible vector for some unknown solvent vapor pollution.

32.24.    Apple was fully aware of this facility ~~and~~& its operations, including the vast amount of ~~hazardous~~haz. materials ~~and hazardous~~& haz. waste, as every year, Apple submitted a financial assurance document to the Santa Clara Fire Dept. ~~and HazMat agency,~~ which detailed ~~hazardous~~haz. waste treatment ~~and~~& disposal operations, ~~and is personally~~& was signed by Apple's ~~Chief Financial Officer~~CFO, Luca Maestri – including affixing a company seal. Each financial assurance filing also attached a detailed confirmation letter from Apple's third-party auditor, E&Y, on behalf of Apple. Maestri was also on the email distribution list for notification of ~~hazardous~~haz. waste violations at the facility.

33.    ~~Gjovik's~~**Pl.'s Chemical Injuries in 2020**~~:~~ In Feb. 2020, ~~Gjovik~~Pl. moved into a large, new apartment at the ~~Santa Clara Square Apartments~~SCSA (adjacent to ARIA) ~~and~~& quickly became severely ill. ~~Gjovik~~Pl. suffered severe fainting spells, dizziness, chest pain, palpitations, stomach aches, exhaustion, fatigue, ~~and~~& strange sensations in her muscles ~~and~~& skin. ~~Gjovik~~Pl. also suffered bradycardia ~~(slow heart rate),~~, volatile ~~blood pressure~~B.P. with ~~both~~ hypertension ~~and~~& hypotension ~~and~~& a high frequency of premature ventricular contractions ~~(an arrhythmia)~~.

34.25.    . From Feb. ~~2020 through~~ Sept. 2020, ~~Gjovik~~Pl. was screened for multiple severe ~~and~~& fatal diseases ~~and~~& disorders, including ~~Multiple Sclerosis,~~M.S., brain tumors, deadly arrhythmias, ~~and Neuromyelitis Optica ~~& NMO – but instead, all of ~~Gjovik's~~Pl.'s symptoms were consistent with chem~~ical~~. exposure. Due to the solvent exposure, ~~Gjovik~~Pl. also suffered skin rashes, burns, ~~and~~& hives, ~~and~~& her hair fell out ~~and~~& she had a shaved head for nearly a year as the bald patches slowly grew back.

35.26.    Due to the sudden illness, ~~Gjovik~~Pl. visited the ~~Emergency Room~~E.R. on Feb. 13 2020, ~~and~~& Urgent Care (at AC Wellness, Apple's for-profit ~~in-house~~ clinic) on Feb. 20 2020. ~~Gjovik~~Pl. subsequently consulted with dozens of ~~doctors~~dr.s, who screened her for all sorts of diseases, subjecting ~~Gjovik~~Pl. to extensive blood draws, urine samples, injections, ~~and~~& scans – including potentially dangerous procedures like MRI ~~and~~& CT scans with contrast, of which ~~Gjovik~~Pl. had multiple. ~~Gjovik~~Pl. was too sick to work ~~and~~& went on disability.

36.27.    ~~Gjovik~~Pl. transitioned her medical care to a different clinic ~~and~~& provider after her Apple primary care provider at AC Wellness refused to help her triage her 2020 medical issues (due to exposure to Apple's factory exhaust). Instead, she suggested ~~Gjovik~~Pl. could be suffering from anxiety, ~~and~~& enrolled ~~Gjovik~~Pl. in an Apple internal user study related to ~~blood pressure,~~B.P., requiring ~~Gjovik~~Pl. share her iPhone medical ~~and~~& fitness data with Apple, ~~and~~& participate in weekly life coaching sessions (while being exposed to Apple's solvent vapor ~~and~~& gas exhaust).

1    ~~37.~~28.        While sick in 2020, ~~Gjovik~~Pl. would wake up occasionally at 3 AM feeling like she was dying
2    ~~and~~& with symptoms of heart failure ~~and~~& asphyxia. Heart monitoring showed arrhythmias, bradycardia,
3    ~~and~~& low ~~blood pressure~~B.P. On Sept. 2 2020, ~~Gjovik~~Pl. discovered elevated levels of volatile organic
4    compounds ("VOCs") in her ~~indoor air~~home. What immediately captured ~~Gjovik's~~Pl.'s attention was the
5    large spike in VOCs had occurred the night prior, around 3 AM, while she had been suffering from ~~one of~~
6    ~~these~~a "dying" spells.

7    ~~38.~~29.        ~~Gjovik~~Pl. sought out multiple occupational ~~and environmental~~& env. exposure ~~doctors~~dr.s,
8    who told ~~Gjovik~~Pl. that all of her symptoms were consistent with solvent ~~and~~& other ~~chemical~~
9    ~~exposures.~~chem. exposure. After ~~Gjovik~~Pl. discovered her medical issues at the apartment were due to a
10   chem~~ical~~. emergency, ~~Gjovik~~Pl. quickly filed complaints with Santa Clara City HazMat~~/~~ / Fire Dept., Cal.
11   EPA DTSC ~~and Air Resources Board, and U.S.~~& BAAQMD, & EPA. She also called Poison Control, who
12   said what she described also sounded like Benzene exposure. (Note: Apple reported it was exhausting
13   benzene into the air).

14   ~~39.~~30.        Notably, almost all of the reported toxic gas leaks during the time frames ~~Gjovik~~Pl. had
15   complained in 2020 that her symptoms seemed to always be the worst around 8-9 AM, 10-11 PM, ~~and~~&
16   sometimes around 2-3 AM. One of the ~~chemical~~few chem. spills that did not occur during those times ~~of~~
17   ~~concern~~ was root caused to an Apple engineer "accidently" turning on lethal fluorine gas. Similarly, another
18   incident~~, the TEOS leak,~~ was root caused to an Apple engineer accidently installing the gas for a tool
19   "backwards." ~~Further, less~~Less than ~~two~~2 weeks following the April ~~30~~ 2021 phosphine leak, Apple's
20   manifests included ~~sixty pounds~~60lbs of "*vacuum filters contaminated with glass dust*," implying there may
21   have ~~also~~ been a phosphine explosion.

22   ~~40.~~31.        The TEOS leak occurred on July 17 2020~~, and that~~. That day ~~Gjovik~~Pl. was suddenly covered
23   in hives, rashes, ~~and other skim~~& skin abnormalities. She ~~called and got a same day visit with~~visited a
24   dermatologist who had no idea what ~~was causing Gjovik's issues~~caused the rash.

25   ~~41.~~32.        In Sept. 2020, ~~Gjovik~~Pl. hired an industrial hygienist to test the indoor air at her apartment.
26   She purchased an inspection, soil testing, ~~and~~& a two-hour sorbent tube-based TO-17 air panel. Only half
27   the total contaminants were accounted for in the test ~~and~~& the ~~California~~Cal. EPA informed her that testing
28   with Summa canisters for ~~24 hours~~24hrs is superior ~~and~~& would have yielded better results. Still,
     ~~Gjovik's~~Pl.'s limited testing returned results showing a number of the chemicals in use by Apple at ARIA

1 including ~~Acetone, Acetonitrile, Acetaldehyde, Benzene, 1,2 Dichloroethane, Ethanol, Ethylbenzene,~~

2 ~~Hexane, Isopropanol, Isopropyl toluene, Methylene Chloride, Toluene, and Xylene~~acetone, acetonitrile,

3 acetaldehyde, benzene, 1,2-dichloroethane, ethanol, ethylbenzene, hexane, isopropanol, isopropyl toluene,

4 methylene chloride, toluene, & xylene.

5 ~~42.~~33.    In Sept. 2020, ~~Gjovik~~Pl. set up additional air monitors to observe the levels of VOCs in her

6 apartment next to the ARIA factory (though she was not aware of the factory exhaust at that time). The

7 results of the data validated what ~~Gjovik~~Pl. had noticed with her symptoms ~~and~~& ad hoc testing – that the

8 VOCs mostly spiked early in the morning ~~and~~& late at night as if they were being exhausted from an

9 automated mechanical system (which it was). ~~Gjovik~~Pl. notified several Apple executives of her findings

10 ~~and~~& activities, including her managers Powers ~~(Director) and~~& West ~~(Sr. Director)~~, & her friends J.C.

11 ~~(Senior Director) and~~& A.A. ~~(Senior Manager).~~

12 ~~43.~~34.    In Sept. 2020, ~~Gjovik's~~Pl.'s blood ~~and~~& urine medical tests returned results with industrial

13 chemicals, including arsenic, mercury, toluene, ~~and Xylenes~~& xylenes. Also noteworthy are the symptoms

14 of ~~Gjovik's~~Pl.'s 3 AM attacks, (including both subjective reporting ~~and~~& physical real-time heart

15 monitoring) match ~~Phosphine and Arsine~~phosphine & arsine gas exposure. Both ~~Phosphine and~~

16 ~~Arsine~~phosphine & arsine are very dangerous, exposure can be fatal, ~~and~~& there are no antidotes. Apple has

17 a significant quantity of ~~Aa~~rsine gas ~~on site, and Gjovik's~~onsite, & Pl.'s medical tests from Sept. 2020, on

18 the morning after ~~one of the~~a 3 AM attack~~s~~, revealed significant arsenic in her blood with no other

19 explanation than ~~Aa~~rsine gas exposure within the prior ~~eight hours.⁹~~8hrs.

20 ~~44.~~35.    In Sept. 2020, ~~Gjovik~~Pl. noticed an Apple facility at ~~3250 Scott Blvd.~~ARIA. across the street,

21 which was also on the Superfund groundwater plume. ~~Gjovik~~Pl. mentioned the facility to Apple on at least

22 Sept. 8, 9, 10, ~~and~~& 13, 2020 – inquiring if anyone was familiar with the area because Apple had an office

23 there. Apple EH&S ~~and Gjovik~~(Elizabeth) & Pl. had at least two phone calls. The woman who responded

24 who was also actually in charge of Real Estate/EH&S teams involved in ~~Gjovik's Superfund office at 825~~

25 ~~Stewart Dr. ("Stewart 1") and~~SD01 & the activities at ARIA. In Sept. 2020, ~~the Apple EH&S manager,~~

26 Elizabeth~~,~~ suggested that ~~Gjovik~~Pl. use a special paid leave to move out of the apartment called '*extreme*

27

28 _____

~~⁹ US CDC, NIOSH, *Arsine Emergency Response.*~~

1  *condition leave'* designated for disasters. Later, in Sept. 2021, Apple Employee Relations~~,~~ ("E.R."), Waibel,

2  conferred with Elizabeth about ~~Gjovik's environmental~~Pl.'s env. concerns only hours before ~~Gjovik~~Pl. were

3  abruptly terminated.

4  ~~45.~~36.    In Oct. 2020, ~~Gjovik~~Pl. asked her manager from Apple Legal, Joyce, if she knew anyone who

5  practiced ~~environmental~~env. law because ~~Gjovik~~Pl. may be interested in the field ~~and~~& wanted to learn more.

6  ~~Gjovik~~Pl. was introduced to Deborah ~~Rubenstein,~~(D.R.), Apple's EH&S counsel. ~~Rubenstein~~D.R. met with

7  ~~Gjovik~~Pl. twice on a video chat, on Nov. 2 2020 ~~and~~& Nov. 6 2020. ~~Gjovik~~Pl. spoke about her experience in

8  2020 ~~and~~& what she had learned about remediation sites. During the conversation the lawyer admitted to

9  ~~Gjovik~~Pl. that Apple did not have EH&S counsel prior to her, that she was still catching up, that Apple

10  needed to be doing inspections ~~and~~& testing that it had not done, ~~and~~& she was trying to get them to start

11  soon. D.R. was Apple's legal representative with the EPA for the Aug. 2021 inspection of Pl.'s Superfund

12  office. D.R. was & is likely also in charge of EH&S legal matters for ARIA.

13  ~~46.~~ ~~Rubenstein was Apple's legal representative with the U.S. EPA for the Aug. 2021 inspection~~

14  ~~of Gjovik's Superfund office. Rubenstein was and is likely also in charge of EH&S legal matters for ARIA.~~

15  37.   On Feb. 21 2023, ~~Gjovik~~Pl. discovered the semiconductor ~~fabrication ("fab").~~ activities at ARIA.

16  ~~Gjovik~~Pl. posted on Twitter in real-time as she learned about it, expressing severe distress.[10]

17  APPLE IS DOING LITERAL ACTUAL [expletive] SILICON FAB 0.2 MILES (0.3 KM) FROM THE
   APARTMENT WHERE I GOT SO SICK I THOUGHT I WAS DYING & APPLE VENTED THAT

18  [expletive] INTO THE AIR FROM THEIR ROOF & THE YARD NEXT TO THEIR "GAS BUNKERS"
   RIGHT INTO MY 3RD FLOOR APARTMENT." - @ashleygjovik (Feb. 21 2023 11:29 PM).

19

20  ~~47.~~38.    Until that day, ~~Gjovik~~Pl. did not know it was Apple who was responsible for making her so ill

21  in 2020. Further, until that day, ~~Gjovik~~Pl. did not know the chemicals she was exposed to in 2020 were

22  potentially lethal to human life.

23  ~~48.~~39.    ~~Gjovik~~Pl. undertook months of research about ~~the facility at 3250 Scott Blvd~~ARIA,

24  consulting with more experts, meeting with ~~government~~gov. agencies, requesting more public records, ~~and~~&

25  drafting a formal complaint. On June 23 2023, ~~Gjovik~~Pl. filed complaints about ARIA to the ~~U.S.~~ EPA,

26

27

28  [10] ~~"APPLE IS DOING LITERAL ACTUAL GODDAMN SILICON FAB 0.2 MILES (0.3 KM) FROM THE~~
~~APARTMENT WHERE I GOT SO SICK I THOUGHT I WAS DYING & APPLE VENTED THAT SHIT INTO~~
~~THE AIR FROM THEIR ROOF & THE YARD NEXT TO THEIR "GAS BUNKERS" RIGHT INTO MY 3RD~~
~~FLOOR APARTMENT." @ashleygjovik (Feb. 21 2023 11:29 PM).~~

1 CalEPA, the city of Santa Clara, ~~and~~& Santa Clara County. ~~Gjovik~~Pl. drafted a 28-page memo with dozens

2 of exhibits. ~~Gjovik~~Pl. also posted on Twitter that she did so ~~and~~& provided a public link.

3     ~~49.~~ A manager in ~~U.S.~~ EPA's ~~Enforcement and Compliance Assurance Division~~Enf. & Compl.

4 div. for ~~Hazardous~~Haz. Waste ~~and~~& Chemicals ~~Section~~ confirmed receipt on June 20 2023 ~~and~~& told

5 ~~Gjovik~~Pl. they were reviewing the complaint ~~and~~& documents she provided. She had a call with the manager

6 on June 21 2023. An inspector was assigned, ~~and~~& a formal investigation was opened around July 12 2023.

7 ~~She~~Pl. met with the ~~investigator several times and provided additional evidence and records, leading up to~~

8 ~~the EPA's Aug. 17 18 2023 unannounced onsite inspections of 3250 Scott Blvd.~~

9     ~~50.~~40.     ~~The U.S. EPA team responded and took the lead on an investigation of the hazardous waste~~

10 ~~activities at 3250 Scott Blvd. Gjovik met with the U.S.~~ EPA's RCRA ~~Enforcement & Compliance~~Enf. &

11 Compl. team several times before they then inspected Apple's factory in Aug. 17 ~~and~~& 18 2023 ~~and~~& Jan.

12 16 2024. The Aug. 17, 2023 inspection was coded as an RCRA "*Compliance*. *Evaluation Inspection,*" defined

13 as "*primarily an on-site evaluation of the compliance status of the site about all applicable RCRA Regulations ~~and~~&*

14 *Permits.*"[11] The Jan. 16, 2024 inspection was coded as a "*Focused Compliance*. *Inspection.*"[12]

15     ~~51.~~41.     Per the formal report, the ~~U.S.~~ EPA inspectors identified at least 19 unique violations of the

16 RCRA at ~~3250 Scott Blvd~~ARIA, including provisions ~~which have~~with both civil ~~and~~& criminal

17 ~~enforcement~~enf. Apple was found to be illegally treating, storing, disposing, ~~and~~& transporting

18 ~~hazardous~~haz. waste without permits, manifests, or other required documentation. ~~U.S.~~ EPA also found

19 Apple was emitting exhaust from its ~~fabrication~~fab. activities through a system that did not have required

20 permits ~~and~~& did not have any monitoring. The ~~U.S.~~EPA also found Apple was storing ~~hazardous~~haz. waste

21 unlabeled ~~and~~& piled in corners, sometimes with lids left off containers so they do not explode, ~~and~~& failing

22 to perform any inspections of the waste on weekends, ~~and~~& instead just hoping for the best until they return

23 on Mondays. The ~~enforcement~~enf. action(s) are still underway.

24     ~~52.~~ ~~Gjovik~~Pl. started working on her first draft of the complaint in this instant civil lawsuit only

25 on or around Aug. 16 2023 ~~and~~& filed suit on Sept. 7 2023, only two days prior to the statute of limitations

26 expiration for her *Tamney* claim, ~~and~~& after only being able to spend roughly three weeks on research ~~and~~&

27 drafting.

28

---

[11] ~~US Environmental Protection Agency, RCRA, Evaluation Types.~~
[12] ~~US Environmental Protection Agency, ECHO, 3250 Scott Blvd # 110001168254.~~

1    ~~53.~~42.    ~~Gjovik~~ Pl. also filed a complaint with the BAAQMD in July of 2024, which resulted in at least

2    six violation notices thus far; including Rule 2-1-301 failure to obtain "Authority to Construct" (Aug. 29 &

3    Sept. 12 2024); Rule 2-1-302 failure to obtain a "Permit to Operate" (Aug. 29 & Sept. 12 2024); ~~and~~& Rule

4    9-7-307 for exceeding the "Final Emission Limits" for NOx ~~and~~& CO emissions. These latest citations

5    establish that Apple was not only operating ARIA without required permits, but Apple was also illegally

6    exhausting toxic chemicals.

### Location 2: 825 Stewart Dr.~~, Sunnyvale~~

8    ~~54.~~43.    ~~Gjovik's.~~: Pl.'s Apple office at the time of her termination was located at 825 Stewart Dr. in

9    Sunnyvale, ~~California,~~Cal., also known as the "TRW Microwave" Superfund site, part of the ~~U.S.~~ EPA

10   "Triple Site." [13] The "Triple Site" is the collective name for three adjacent Superfund sites in Sunnyvale

11   that have jointly contributed to a mile-long groundwater solvent plume. In addition, the *"Offsite Operable*

12   *Unit"* is roughly a one-hundred-acre area of groundwater contamination from TRW Microwave. It "*includes*

13   *four schools ~~and~~& over 1,000 residences*."

14   ~~55.~~44.    The "TRW Microwave" Superfund site is a former industrial semiconductor ~~fabrication~~

15   ~~and~~fab. & manufacturing facility at 825 Stewart Dr. ("~~Stewart 1~~SD01"). The primary contaminants in the

16   groundwater contamination plume are chlorinated ~~volatile organic compounds~~VOCs, including the

17   carcinogen TCE ~~and~~& its daughter products cis-1,2-dichloroethene ~~and~~& vinyl chloride. The contaminated

18   groundwater under 825 Stewart Dr. is as shallow as only 2.6 feet below the ground surface, with shallow

19   TCE concentrations up to 1,400 µg/L ~~and~~& vinyl chloride up to 51 µg/L.[14]

20   ~~56.~~45.    The Responsible Party under CERCLA, Northrop Grumman~~,~~ Co. ("NGC"), conducted an

21   initial vapor intrusion ("V.I.") evaluation at ~~Stewart 1~~SD01 in 2003 ~~and~~& 2004, which indicated that TCE

22   concentrations in indoor air present an inhalation risk exceeding acceptable health ~~and~~& safety levels, with

23   results at 5.1 µg/m³ ~~and~~& 5.2 µg/m³ respectively.[15]  Indoor air pollution due to ~~vapor intrusion~~V.I. worsened

24   over time, ~~and~~& indoor air concentrations increased to 7.7 µg/m³ in 2013, the "accelerated action level" for

25   TCE in commercial buildings. [In 2024, the ~~U.S.~~ EPA proposed a full ban on TCE as a whole substance in

27

28   ~~[13] U.S. EPA, Triple Site Profile – Background.~~
     ~~[14] AECOM and GES for Northrop Grumman, *2021 Annual Groundwater Monitoring Report* (March 17, 2022).~~
     ~~[15] Fifth Five Year at pg4; AECOM for Northrop Grumman, 2021 Annual Groundwater Monitoring Report Former TRW Microwave Site, 825 Stewart Drive, Sunnyvale, CA, March 17 2022.~~

1 the ~~United States,~~U.S., prohibiting it under the TSCA as an unreasonable danger to human health).

2   ~~57.~~46.    In May 2015, ~~Northrop Grumman~~NGC installed a "sub-slab" ventilation system inside the

3 building. (The "slab" refers to the concrete foundation, ~~and~~& "sub-slab" is under the "slab.") ~~Northrop~~

4 ~~Grumman~~NGC installed a ventilation system ~~(,~~ horizontal ~~"~~collection pipes~~")~~ beneath the slab foundation,

5 which allows vapors to move laterally, ~~and~~& connected the collection pipes to vertical vent risers that vent

6 to the roof to provide a preferred pathway for ~~hazardous~~haz. waste vapors "*that allow sub-slab contaminant*

7 *vapors to discharge to the atmosphere.*" The risers vent to the rooftop via wind-powered turbines.

8   ~~58.~~47.    Apple became a tenant in 2015. Apple's installation of a new HVAC system for the building

9 in late 2015 included Apple sawing the sub-slab exhaust vent stacks on the main building roof down from

10 three feet to one foot ~~and~~& then installing the HVAC system intakes in "*close proximity*" to the sub-slab vapor

11 exhaust vents, "*without consideration for the function of the [sub-slab] system vents ~~and~~& their function.*"[16] The

12 HVAC intakes for the area of the building where ~~Gjovik~~Pl. worked were in "*the assumed sphere of influence*"

13 of the vent exhaust, including the chemicals TCE ~~and~~& vinyl chloride.

14   ~~59.~~48.    Apple's tampering with the exhaust stacks ~~and~~& indifference towards the exhaust's

15 proximity to HVAC intakes resulted in a significant risk of re-entrainment of the ~~hazardous~~haz. waste vapors

16 ~~and~~& gases into the HVAC system, ~~and~~& thus into the indoor air of the building where ~~Gjovik and~~Pl. & her

17 coworkers would be exposed. Cal.Lab.C. § 5143(a)(1) ~~and~~& § 5143(c)(1) prohibit the exhaust of gas ~~and~~&

18 vapor in a way that causes harmful exposure to employees. Cal.Lab.C. § 5154.1(e)(4)(d) requires that these

19 types of stacks exhaust upward from at least seven feet above the highest portion of the roof. ~~California~~Cal.

20 Mechanical Code § 407.2.1 requires outdoor air intakes be placed at least 25 feet away from any "*exhaust*

21 *outlets of ventilating systems… that may collect …. noxious fumes*." Apple constructed the HVAC intakes only

22 ten feet away from the exhaust vents.

23   ~~60.~~49.    In May 2015, ~~Northrop Grumman's vapor intrusion~~NGC's V.I. testing at ~~Stewart 1~~SD01

24 reported indoor air pollution of TCE, 1,2-DCE, ~~Toluene, Chloroform, Methylene Chloride, and~~

25 ~~Ethylbenzene.~~[17]toluene, chloroform, methylene chloride, & ethylbenzene.  From Dec. 2015 to Jan. 2016,

26

27 ───────────────

28

[16] ~~AECOM for Northrop Grumman, Evaluation of Passive Sub-Slab Depressurization System, Former TRW~~
~~Microwave Site, page 1 (April 15 2022).~~
[17] ~~U.S. EPA, TRW Microwave, Site Documents, Vapor Intrusion.~~

1 Apple managed ~~and~~& submitted a second ~~vapor intrusion~~V.I. testing report to the ~~U.S.~~EPA.[18] Apple's Dec.

2 2015 ~~vapor intrusion~~V.I. testing results showed an increase in indoor air pollution ~~and~~& the sub-slab

3 ventilation system compared to the May 2015 results.[19] The highest indoor air reading of TCE doubled

4 between May ~~and~~& Dec. 2015. In May 2015, it was 0.58 µg/m³, ~~and~~& the highest indoor air TCE reading in

5 Dec. 2015 was 1.2 µg/m³.[20] Apple's report also noted a "*noticeable increase*" of TCE, PCE, ~~and~~& chloroform

6 in the sub-slab venting system, ~~and~~& high levels of toluene ~~and~~& ethylbenzene in the indoor air.[21] Apple

7 moved employees in ~~and~~& never tested again.

8   ~~61.~~50.        ~~U.S.~~EPA issued a formal letter to the current building owner in 2016 explaining that if there

9 were any issues with the integrity of the slab, such as cracks, the ~~U.S.~~EPA must be notified, consulted, ~~and~~&

10 oversee the repairs ~~and~~& subsequent evaluation that the repairs were successful. Similarly, there is a public

11 land use covenant attached to the property ~~and~~& that runs with the land, which instructs that major issues

12 with the engineering controls ~~and vapor intrusion~~& V.I. systems must be reported, ~~and U.S.~~& EPA must be

13 consulted on the next steps.

14                    ~~Gjovik's~~Pl.'s **Employment at Apple**

15   ~~62.~~51.        ~~Gjovik:~~ Pl. worked at Apple from 2015 to 2021. At the time of her termination, her title was

16 ~~Senior Engineering~~Sr. Eng. Program Manager, ~~and~~& her base salary was $169,000 annually. In the last full

17 year ~~Gjovik~~Pl. worked at Apple, her total annual W-2 compensation was $386,382. ~~Gjovik~~Pl. was the co-

18 founder of a large women's community group at Apple. ~~Gjovik~~Pl. also worked in a rotation position within

19 Apple's Legal Dept. in 2019-2020, primarily supporting the ~~Government~~Gov. Affairs ~~and~~& Software

20 Product Legal teams' efforts to establish Apple's first company-wide Artificial Intelligence Ethics ~~and~~&

21 Social Responsibility policy.

22   ~~63.~~52.        ~~Gjovik~~Pl. joined Apple on Feb. 23, 2015, as an ~~Engineering~~Eng. Project Manager in the

23 Software Project ~~Management~~Mgmt. Office ~~and~~& worked in that Dept. until Jan. 2017. ~~Gjovik~~Pl. reported

24 to several managers under the same Director ~~(Venkat Memula)~~ during this time. ~~Gjovik~~Pl. experienced

25 severe harassment, discrim~~ination.~~., bullying, ~~and~~& an untenable hostile work environment during those two

26

27 _____

28 ~~[18] AECOM for Apple, Vapor Intrusion Evaluation Report, Former TRW Microwave Site, supra.~~
~~[19] U.S. EPA, *December 2015 VI Evaluation Report*, https://semspub.epa.gov/work/09/1158560.pdf~~
~~[20] Id at pages 26-25.~~
~~[21] AECOM for Apple, Vapor Intrusion Evaluation Report, Former TRW Microwave Site, supra at pg11.~~

1 years, primarily from her coworkers, Rob ~~Marini and~~(R.M.) & Brad ~~Reigel. Memula~~(B.R.). The director,

2 Venkat (V.M.) repeatedly failed to correct their behavior.

3 ~~64.~~53.        ~~Marini~~R.M. bragged that he was known to executives as their "*Little Gestapo*." He quickly

4 made a work tracking ticket titled "*Make Ashley's Life a Living Hell*," then assigned it to ~~Reigel. Marini~~B.R.

5 R.M. often planned ~~and~~& orchestrated malicious schemes to harass ~~Gjovik and~~Pl. & cause her distress,

6 including getting multiple members of the team to physically attack ~~Gjovik,~~Pl., spreading rumors about

7 ~~Gjovik,~~Pl., secretly recording ~~Gjovik and~~Pl. & sharing recordings with their team, ~~and~~& frequently

8 pressuring ~~Gjovik~~Pl. to drink hard alcohol at work. ~~Marini~~R.M. often made cruel comments. He once

9 noticed ~~Gjovik~~Pl. made a typo in an XML ~~and~~& told ~~Gjovik~~Pl. that her mother should have had an abortion.

10 Both ~~Marini and Reigel~~R.M. & B.R. cursed at ~~Gjovik,~~Pl., called her names, ~~and~~& wrote harassing statements

11 ~~and~~& nicknames on whiteboards about her.

12 ~~65.~~54.        ~~Memula~~V.M. assigned ~~Gjovik~~Pl. to share an office with ~~Marini. Marini~~R.M. R.M. told

13 ~~Gjovik~~Pl. in the first week that all of his prior officemates either quit the company, left the country, or killed

14 themselves. ~~Marini~~R.M. asked ~~Gjovik~~Pl. which path she would choose. ~~Marini~~R.M. once told ~~Gjovik~~Pl. he

15 targeted her with harassment ~~and~~& bullying because she was '*joyful,*' ~~and~~& he wanted to '*extinguish'* her

16 light.

17 ~~66.~~55.        ~~Reigel~~B.R. was an active police officer, had ammunition in his office, allegedly physically

18 'flipped a table' in a meeting, ~~and~~& supposedly kept a gun in his car at times. ~~Reigel~~B.R. once kept ~~Gjovik~~Pl.

19 in a conference room with the door closed ~~and~~& berated her for a prolonged period while she wept ~~and~~&

20 begged him to stop. He sometimes made 'joking' comments, like he'd 'smack her' if she did not do what he

21 said.

22 ~~67.~~56.        ~~Gjovik's~~Pl.'s first manager, Linda ~~Keshishoglou,~~(L.K.), tried to bribe ~~Gjovik~~Pl. in exchange

23 for ~~Gjovik~~Pl. providing a positive review to ~~Keshishoglou's~~L.K.'s manager, ~~Memula. Gjovik~~V.M. Pl.

24 reported it to ~~Memula and~~V.M. & HR. When ~~Keshishoglou~~L.K. left the organization, ~~Gjovik~~Pl. was

25 transferred to report to ~~Reigel. Gjovik~~B.R. Pl. attempted to move to a different team but was thwarted ~~and~~&

26 blocked by ~~Reigel,~~B.R., who provided negative feedback about her to the hiring manager ~~and~~& could not

27 explain why.

28 ~~68.~~57.        ~~Gjovik~~Pl. was then transferred under Evan ~~Buyze and~~(E.B.) & Shandra ~~Rica~~(S.R.) (still in

~~Memula's organization)~~V.M.'s org.) to run a program called "Early Field Failure Analysis" for new product

1  launches, where she received very positive feedback ~~and~~& praise until one specific field issue occurred ~~and~~&

2  which led to a retaliatory constructive termination. ~~Gjovik's~~Pl.'s managers had become upset at ~~Gjovik~~Pl.

3  because ~~Gjovik~~Pl. was earnestly trying to investigate a trend of battery failures in the field, ~~and Gjovik's~~&

4  Pl.'s managers preferred to "ignore it ~~and~~& hope it goes away" ~~and~~& told ~~Gjovik~~Pl. to also "ignore it," which

5  ~~Gjovik~~Pl. refused to do. ~~Buyze and Rica~~E.B. & S.R. told ~~Gjovik~~Pl. not to tell people why she was leaving

6  their organization, with Rica saying she "*doesn't like people who talk shit*." This battery failure issue ~~and~~&

7  Apple's resulting response would be publicly nicknamed "*Batterygate*." Over the last few years, Apple has

8  been fined more than $600M over their conduct related to the *Batterygate* issues.

9  ~~69.~~58.        ~~Gjovik~~Pl. joined Product Systems Quality in Hardware ~~Engineering~~Eng. in Jan. 2017 after

10  leaving Software ~~Engineering organization. Gjovik~~Eng. org. Pl. now reported to Dan West (~~Senior~~Sr.

11  Director) ~~and~~& David Powers (Director) as a ~~Senior Engineering~~Sr. Eng. Program Manager ~~and~~& chief of

12  staff. Both West ~~and~~& Powers engaged in harassing, discriminatory, ~~and~~& inappropriate conduct toward

13  ~~Gjovik~~Pl. – including remarks ~~and~~& decisions that discriminated against ~~Gjovik~~Pl. based on sex, gender,

14  ~~and~~& disability.

15  ~~70.~~59.        In Dec. 2017, West also attempted to coerce ~~Gjovik~~Pl. to engage in a romantic relationship

16  with one of West's business partners, which would benefit West personally. ~~Gjovik~~Pl. complained then ~~and~~&

17  later, in late 2020, West admitted it was "*one of the worst things [he's] ever done*." Other leaders in West's

18  organization also discriminated against Pl., including John (J.B.), who frequently complained that Pl. was

19  not married & did not have kids, & during company social events, often pressured Pl. to 'settle down' &

20  'have kids.' Pl. complained to J.B. & West about the statements, but J.B. persisted for years.

21  ~~71.~~60.        ~~Other leaders in West's organization also discriminated against Gjovik, including John~~

22  ~~Basanese, who frequently complained that Gjovik was not married and did not have kids, and during~~

23  ~~company social events, often pressured Gjovik to 'settle down' and 'have kids.' Gjovik complained to~~

24  ~~Basanese and West about the statements, but Basanese persisted for years.~~ While ~~Gjovik's~~Pl.'s performance

25  reviews were positive, outside the reviews Powers ~~and~~& West frequently gave ~~Gjovik~~Pl. 'feedback' like she

26  was too 'emotional,' 'aggressive,' or 'expressive. ~~Gjovik~~Pl. gave both men 'feedback' in response to their

27  feedback, complaining about inappropriate comments. West would usually listen ~~and~~& thank her for being

28  honest with him – though generally continued with the same behavior. Powers did not respond well ~~and~~&

frequently berated her. In two meetings, Powers unfairly criticized ~~Gjovik~~Pl. about issues where others were

1 at fault ~~and~~& they harmed ~~Gjovik,~~Pl., which made ~~Gjovik~~Pl. cry, ~~and~~& then Powers berated ~~Gjovik~~Pl. about

2 her crying ~~and~~& demanded she stop, which made her cry more. She complained to West about this several

3 times.

4 ~~72.~~61.        Before Apple's unlawful actions towards ~~Gjovik~~Pl. in 2021, ~~Gjovik~~Pl. wanted to continue

5 working at Apple even after she graduated from law school in June 2022. She intended to stay at Apple

6 indefinitely if she could transfer to a better role (not in a hostile work environment like her current role).

7 ~~Gjovik~~Pl. had initiated friendships with leadership in Apple Legal in 2018, hoping she could intern with them

8 (which she did in 2019) ~~and~~& convince them to hire her upon graduation. She continued mentioning this

9 plan into 2021.

10 ~~73.~~62.        Meanwhile, ~~Gjovik's~~Pl.'s supervisor, West, frustrated several of ~~Gjovik's~~Pl.'s attempts to

11 transfer to other Apple roles focused on law, legislation, ~~and~~& policy – including directly blocking an offer

12 in Dec. 2020 for ~~Gjovik~~Pl. to work on Apple's implementation of circular economy legislation.

13 ~~74.~~63.        ~~Gjovik's~~Pl.'s Inquiries & Complaints

14 ~~75.~~    On March 17, 2021, ~~Gjovik's~~Pl.'s team ~~administrative~~admin. assistant sent an email on behalf

15 of EH&S announcing to ~~Gjovik and~~Pl. & Powers' ~~management~~mgmt. team that it would be testing ~~Stewart~~

16 ~~1~~SD01 for "~~vapor intrusion,~~"V.I.," but said nothing more.

17 ~~76.~~        ~~Gjovik~~Pl. replied ~~and~~& informed her coworkers that their office was a Superfund site on

18 March 17 2021, providing a link to the ~~U.S.~~EPA website for the site, ~~and~~& news articles referring to their

19 office as a "*paved over environmental disaster zone*" ~~22~~ due to the "*massive amounts of trichloroethylene in the*

20 *soil ~~and~~& groundwater from nearly 30 years of chip manufacturing.*"[23]

21 ~~77.~~64.        ~~Gjovik~~ Pl. explained to her team what ~~vapor intrusion~~V.I. means, told them to take it

22 seriously, ~~and~~& expressed concerns that Apple employees "*should be better informed about these types of*

23 *environmental risks at our offices.*" ~~Gjovik~~Pl. added, "*The chemicals under [the ~~Stewart 1~~SD01 office], if in high*

24 *enough quantities, can cause cancer.*"

25 ~~78.~~65.        ~~Gjovik's~~Pl.'s manager, Powers, immediately forwarded ~~Gjovik's~~Pl.'s email to Human

26 Resources ~~and~~("H.R.") & West, complaining "I think Ashley should be keeping these emails private ~~and~~&

27

28 _____

~~22 Alexis C. Madrigal, *Not Even Silicon Valley Escapes History,* The Atlantic ( July 23 2013).~~
~~23 Beth Winegarner, *Silicon Valley's Toxic Past Haunts Sunnyvale Neighborhood*, KQED ( June 15 2017).~~

1  not needlessly scaring the team about something she doesn't know about. I want to have a talk with her."

2  Powers gave ~~Gjovik~~Pl. a 'warning' during their next 1:1 meeting ~~and~~& told her she is not allowed to talk about

3  safety or toxic waste dumps with her coworkers. Things went downhill from there.

4  ~~79.~~66.        ~~Gjovik~~Pl. asked in her email for details of what type of testing was to be performed ~~and~~& for

5  what duration, if there would be a risk assessment, ~~and~~& if EH&S would share the findings with the

6  employees in the building. EH&S initially agreed to meet with ~~Gjovik to discuss her concerns~~Pl. to discuss

7  her concerns.  Pl.'s coworkers thanked her for sharing this info. & informing them about the site. Two of

8  Pl.'s friends, a manager & senior manager at Apple, texted her, affirming her concerns were reasonable &

9  appropriate.

10         ~~80.    Gjovik's coworkers thanked her for sharing this information and informing them about the~~

11  ~~site. Two of Gjovik's friends, a manager and senior manager at Apple, texted her, affirming her concerns~~

12  ~~were reasonable and appropriate.~~

13  ~~81.~~67.        One manager called the situation "*a really important life-threatening situation*," ~~and~~& another,

14  after reviewing documentation for the site, questioned, "*Why is the building still open?*" One of the managers

15  noted: "*What is crazy is … they say no daycare, no elder care, no residential, etc. So, it is fine & dandy for everyone*

16  *else to get slowly poisoned? … So glad you are digging into this stuff for all of us.*" Around this time, ~~Gjovik~~Pl. also

17  raised concerns about COVID-19 safety, wildfire smoke safety, Right to Know, ~~Proposition~~Prop. 65, ~~and~~&

18  Apple's reporting ~~and~~& tracking of injuries.

19  ~~82.~~68.        On March 26, 2021, the SF Bay View newspaper published an article ~~Gjovik~~Pl. wrote about

20  her chem~~ical~~. exposure experience with the air around ARIA.[24] It was titled "*I thought I was dying: My*

21  *apartment was built on toxic waste.*" It went 'viral' starting April 2 2021. More victims ~~and~~& witnesses

22  promptly came forward after reading the article; some were also Apple employees.

23  ~~83.~~69.        On April 5, 2021, ~~Gjovik~~Pl. told West about the other victims, ~~and~~& West warned her she

24  was "*kicking a hornet's nest.*" West asked ~~Gjovik~~Pl. not to send ~~information~~info. about ~~Gjovik's chemical~~Pl.'s

25  chem. exposure at her apartment next to ARIA to his personal work email, saying: "*Can you send that stuff*

26  *to my Gmail instead of work? My mail account is routinely scanned for lawsuits*."

27         ~~84.    In late March 2021, ~~Gjovik~~Pl. repeatedly raised concerns about the Superfund site to her

28  _____

[24] ~~Ashley Gjovik, "*I thought I was dying: My apartment was built on toxic waste,*" SF Bay View (March 26 2021)~~

1  supervisors. After reviewing hundreds of pages of documentation for the site, ~~Gjovik~~Pl. advised Apple that

2  Apple had been negligent, that the site was not safe, ~~and~~& she complained Apple seemed unwilling to comply

3  with CERCLA ~~and~~& health/safety regulations. She said she now believed her fainting spell in 2019 in her

4  office was due to ~~vapor intrusion~~V.I. She was also shocked ~~and~~& distressed to see the 'hot spot' for the

5  building was her desk with ~~1,900~~1900 ug/m3 of TCE ~~in~~under the ~~sub-~~slab ~~ventilation system.~~

6  ~~85.~~70.        ~~Gjovik.~~ Pl. connected the ~~vapor intrusion~~V.I. risk to a strange fainting spell she experienced

7  at the office in Sept. of 2019. The only other time she felt a dizzy spell like that was when she was exposed

8  to chemicals at her apartment. ~~Gjovik~~Pl. began complaining she was worried her 2019 fainting spell was due

9  to ~~vapor intrusion~~V.I. at the office.

10  ~~86.~~71.        Powers threatened her ~~and~~& ordered her to stop talking with her coworkers about her safety

11  ~~and environmental~~& env. concerns. He said she must believe whatever EH&S tells her. West first claimed

12  the poisonous gas was sealed under the floor but, after learning the floor was cracked, told ~~Gjovik~~Pl. if she

13  does not like her work conditions, she can leave her role ~~and~~& find a new job.

14  ~~87.~~72.        On April 5 2021, ~~Gjovik~~Pl. notified the Director of Apple "AC Wellness" employee medical

15  Centers ~~and~~& Clinical ~~Engineering,~~Eng., that after her article was published, more people came forward

16  from the apartments next to ARIA, reporting illness. "*Two are Apple employees. At least one went through AC*

17  *Wellness, but no one could figure out what was wrong with them.*" ~~Gjovik~~Pl. suggested Akhtar direct the clinic to

18  "*screen local folks*" with unexplained symptoms that match solvent exposure.

19  ~~88.~~73.        ~~Gjovik~~Pl. emailed the ~~U.S.~~EPA ~~and~~& CalEPA about the issues from Sept. 2020 through April

20  2021; many Apple leaders knew she did so. Starting in early 2021, ~~Gjovik~~Pl. also contacted ~~and~~& met with

21  local, state, ~~and~~& federal politicians about what occurred to her next to ARIA – ~~and~~& Apple was aware of

22  this. For example, ~~Gjovik~~Pl. met with Senator Bob Weickowski ~~and~~& his staff on April 7 2021. ~~Gjovik~~Pl. also

23  met with Assembly Member Lee's staff once ~~and~~& Mayor Lisa Gillmor several times. On April 7 2021,

24  ~~Gjovik~~Pl. told West about the meetings. On April 9 2021, ~~Gjovik~~Pl. contacted the County Dist~~rict.~~

25  Attorney's office, talked to Bud Porter, Supervising Deputy Dist~~rict.~~ Attorney for Environmental Crimes,

26  ~~and~~& met with him on April 16 2021.

27  ~~89.~~74.        ~~Gjovik~~Pl. was also meeting with the ~~California~~Cal. Dept. of Public Health's Environmental

28  Health office where she was volunteering her time to assist in creating state-wide education resources for

tenants ~~and~~& workers around chem~~ical.~~ exposure from toxic waste dumps. Around this time ~~Gjovik~~Pl. was

also meeting with a prior Silicon Valley mayor who has been involved in advocated for clean-up of Silicon

1 Valley's toxic waste sites for decades. ~~Gjovik~~Pl. shared his analysis of the testing ~~and~~& concerns about the
2 clean-up of the property where ~~Gjovik~~Pl. got sick with Mayor Gillmor ~~and~~& asked her for further
3 investigation from the city.

4 ~~90.~~75.        ~~Gjovik~~Pl. met with Apple EH&S on April 2 2021, May 17 2021, ~~and~~& July 7 2021. For some
5 reason, ~~Employee Relations,~~E.R., Jenna Waibel, was also there. Waibel refused to tell ~~Gjovik~~Pl. why she was
6 involved, as Powers had asked for ~~Employee Relations~~E.R. assistance in trying to silence ~~Gjovik~~Pl. about
7 ~~Gjovik's~~Pl.'s concerns. Waibel ~~and~~& Polkes were texting ~~and~~& emailing about how to silence ~~Gjovik~~Pl.
8 starting at least in early April 2021.

9 ~~91.~~76.        In Feb. 2021, ~~Gjovik~~Pl. had completed her self-review for Apple's mid-year review cycle,
10 however Powers never provided ~~Gjovik~~Pl. her review. Powers told his managers to complete their mid-year
11 reviews with their teams in the spring but never mentioned it to ~~Gjovik. Gjovik~~Pl. Pl. also completed her
12 annual performance self-review around June 2021, however, Powers never provided that review to her either.
13 Apple has repeatedly refused to provide any discovery documents related to these reviews and/or
14 confirmation of their existence.

15 ~~92.~~        ~~Gjovik~~Pl. asked questions to Apple EH&S about the status of the site ~~and~~& the rationale for
16 certain design ~~and~~& monitoring decisions. ~~Gjovik~~Pl. expressed that she was disappointed with some of the
17 answers.  EH&S (Michael Stieger) told her Apple Legal ~~and~~& EH&S intentionally do not tell employees if
18 they work on Superfund site ~~and~~& admitted that Apple deliberately does not train workers about safety
19 procedures related to toxic waste exposure from clean-up sites.

20 ~~93.~~77.        ~~Gjovik~~Pl. said that was both unsafe ~~and~~& unwise. ~~Gjovik~~Pl. also complained that the prior
21 testing used insufficient durations ~~and~~& methods, had concerning results, there were known open risks for
22 ~~vapor intrusion~~V.I. vectors (such as 'compromised' sub-slab ports), ~~and~~& the land use covenant is outdated
23 ~~and~~& requiring revision. ~~Gjovik~~Pl. complained that Apple should have tested the indoor air more frequently
24 than every six years.

25 ~~94.~~78.        On April 11 2021, ~~Gjovik~~Pl. emailed Powers forwarding her emails with Steiger ~~and~~& Waibel
26 about "*compromised*" ~~and~~& "*missing*" sub-slab vents per the documentation, telling Powers,
27 "None of this sounds safe. Based on all this data, seems more likely that not that my fainting spell in Mike's office in ~~*Sept*~~2019 was very likely related to the chemicals on this Superfund site. If not
28 the TCE, PCE, or ~~C~~chloroform — then the levels of ~~*Ethylbenzene and*~~ethylbenzene & Toluene exceeding max industrial limits in 2015 that no one seems to have ever followed up on~~."~~

~~95.~~79.        By April 14 2021, Powers became very hostile towards ~~Gjovik and~~Pl. & was snapping at her

1 meetings to the extent one of ~~Gjovik's~~Pl.'s coworkers witnessed it ~~and~~& confirmed it was not appropriate.

2 ~~Gjovik~~Pl. then complained to West about it, which resulted in the 'you can just quit if you don't like it'-type

3 response.

4    ~~96.~~80.      On April 21 2021, ~~Gjovik~~Pl. complained to the Apple ~~Human Resources~~H.R. I&D team about

5 disparate impact of chem~~ical~~. exposure. Apple HR responded asking her to write a business proposal as to

6 why Apple should not poison Black people. ~~Gjovik~~Pl. then complained to a ~~Senior~~Sr. Director she was

7 friends with, J.C., that Apple is acting very unethically, ~~and~~& she was deeply concerned. She told him

8 someone needs to straighten out Apple EH&S ~~and~~& legal about workplace safety ~~and environmental~~

9 ~~compliance~~& env. compl. matters.

10    ~~97.~~81.      ~~Gjovik~~Pl. also contacted the ~~U.S.~~ EPA on April 22 2021, asking to consult with their manager

11 for the site ~~and~~& emailed back ~~and~~& forth with the ~~U.S.~~ EPA CERCLA ~~and~~& public relations teams from

12 April through Aug. 2021, ~~and~~& Apple knew she was doing so. The ~~U.S.~~ EPA directly notified Apple about

13 ~~Gjovik's~~Pl.'s outreach around April 28 2021.

14    ~~98.~~82.      In response to ~~Gjovik's~~Pl.'s concerns ~~and~~& escalations, Powers ~~and~~& Waibel issued gag

15 orders against ~~Gjovik~~Pl. Waibel went so far as to provide ~~Gjovik~~Pl. with a five-point balancing test if ~~Gjovik~~Pl.

16 wanted to make statements about Superfund sites or workplace safety to her coworkers ~~and~~& ultimately told

17 ~~Gjovik~~Pl. that there should be no discussions about workplace safety with her coworkers. (In Sept. 2024, the

18 NLRB issued a decision of merit that there is substantial evidence that Waibel's 'five-point balancing test'

19 violated federal labor laws.)

20    ~~99.~~      ~~Gjovik~~Pl. complained to a senior ethics leader at Apple ~~and~~& their friend, Dr. Cohen, that

21 what Apple was doing related to ~~environmental compliance and~~env. compl. & employee chem~~ical~~. exposure

22 was "*morally wrong*," ~~and~~& Apple was publicly misrepresenting their actual operations.

23    ~~100.~~83.      ~~Gjovik~~Pl. also complained to a friend in Lisa Jackson's Environmental lobbying team about

24 what was going on at her office ~~and~~& complained Apple's public statements seemed fraudulent, ~~and~~& her

25 coworker agreed, saying: "*uhhh... I kind of feel the need to make sure Lisa is aware. I'm about to present a proposal*

26 *to several execs on an Environmental Justice program ~~and~~& this kind of feels like not consistent with that.*"

27    ~~101.~~84.      On April 29 2021, ~~Gjovik~~Pl. visited an occupational exposure ~~doctor~~dr. about her apparent

28

1  chem~~ical.~~ exposure in the apartments next to Apple's ARIA factory ~~and~~& at the ~~Stewart 1~~SD01 office.[25]

2  ~~Gjovik's~~ Pl.'s UCSF visit notes summarized ~~Gjovik's~~Pl.'s 2020 medical symptoms saying:

3  "She was experiencing severe dizzy spells, a large decrease in resting heart rate, palpitations,

4  hypotension, fatigue, chest pain, numbness, spasms, rash, shortness of breath, multiple growths (mole, polyp, nodules), nausea, paresthesia, blurry vision, abnormal vaginal bleeding, ~~and~~&

5  swollen glands"…."there remains a concern about potential pathways for residential exposures,

6  ~~and~~& the county ~~and~~& State ~~environmental~~env. agencies should address these…. she also notes an unexplained episode of fainting at work in Sept 2019 at her office on a Superfund site with a

7  long history of ~~vapor intrusion~~V.I. issues…"

8  ~~102.~~85.    ~~Gjovik~~Pl. continued to attend medical appointments ~~and~~& comply with ordered testing ~~and~~&

9  monitoring in response to her injuries ~~and~~& illness in 2020 (due to the chem~~ical.~~ exposure). On April 30

10  2021, she went to Stanford Hospital for a CT Angio with ~~and~~& without contrast. She had been having

11  palpitations again, ~~and~~& on May 10 2021, told her manager, Powers, that her ~~doctor~~dr. said she needed

12  another echocardiogram to ensure the chem~~ical.~~ exposure did not cause permanent injury to her heart. On

13  May 21 2021, she went to UCSF for a mammogram, with the order coded as testing in response to industrial

14  chem~~ical.~~ exposure. Apple knew ~~Gjovik~~Pl. was extremely vulnerable.

15  ~~103.~~86.    On May 17 2021, ~~Gjovik~~Pl. met with EH&S ~~(Steiger) and~~& Waibel again. They informed her

16  they may not test the indoor air now~~,~~; they won't answer anymore of her safety or ~~environmental~~env.

17  questions, ~~and Steiger (the EH&S lead for environmental safety at her office) is~~& Steiger was imminently

18  ~~and~~& abruptly leaving Apple. ~~Gjovik~~Pl. became concerned about a cover-up ~~and~~& started complaining about

19  her meeting with the Apple EH&S lawyer in Nov. 2020, sharing with at least one coworker that the lawyer

20  had told her Apple had been negligent ~~and~~& needed to catch up on testing ~~and~~& inspections. ~~Gjovik~~Pl. also

21  reported this to ~~Employee Relations,~~ Okpo~~,~~ in July 2021.

22  ~~104.~~87.    Apple EH&S ~~and Employee Relations,~~& E.R., Waibel, notified ~~Gjovik~~Pl. on June 2 2021, that

23  the foundation of ~~Stewart 1 and~~SD01 & they need to repair it, ~~and~~& then after, they will test the air. ~~Gjovik~~Pl.

24  told them they needed to notify the ~~U.S.~~ EPA, have the ~~U.S.~~EPA oversee the repair ~~and~~& testing plan, ~~and~~&

25  test the air before ~~and~~& after the repairs. (~~U.S.~~EPA later confirmed this). Apple refused ~~and~~& told ~~Gjovik~~Pl.

26  they do not have to tell ~~U.S.~~ EPA anything; they will repair the floor but will not provide details on

27

28

---

[25] ~~Dr. Robert Harrison, MD – who directs the UCSF Occupational Health Services department and the Worker Investigation Program for California Department of Public Health.~~

1 how/when, ~~and~~& now they may not test the indoor air. Waibel also responded by opening a non-consensual

2 sexism investigation into ~~Gjovik's~~Pl.'s bosses, where she did not investigate anything but told at least three

3 leaders that ~~Gjovik~~Pl. complained about them. She also harassed ~~Gjovik's~~Pl.'s friends ~~and~~& bullied

4 ~~Gjovik~~Pl. to the extent that she repeatedly made ~~Gjovik~~Pl. cry in front of her.

5 ~~105.~~88.    Waibel also told ~~Gjovik~~Pl. she had to submit an ADA accommodation request if ~~Gjovik~~Pl. did

6 not want to be exposed to the ~~vapor intrusion,~~V.I., attempted to get ~~Gjovik~~Pl. to release all of her medical

7 requests to "~~Apple Inc.,~~" and., & then suggested ~~Apple~~Def. get her an air purifier at her desk for the TCE.

8 ~~Gjovik~~Pl. complained that ADA accommodations are not supposed to be used for employees to ask their

9 bosses not to poison them. By July 2021, somehow Waibel even got ahold of a copy of ~~Gjovik's~~Pl.'s May

10 2021 mammogram results.

11 ~~106.    Gjovik~~Pl. complained about Waibel in May ~~and~~& June 2021 to no avail ~~and~~& then began

12 meeting with Waibel's manager, Antonio Lagares, in mid-June 2021.

13 ~~107.    Gjovik~~Pl. complained that Apple was acting insane, ~~and~~& if this is usually how Apple handles

14 employee concerns, then Apple is lying to its employees ~~and~~& the public that it acts in good faith. Lagares

15 agreed with ~~Gjovik and~~Pl. & said Apple's marketing makes "*his job harder*."

16 ~~108.~~89.    ~~Gjovik~~ Pl. asked what type of issues his team would take seriously, ~~and~~& he responded when

17 managers "*send pics of their junk*." ~~Gjovik~~Pl. complained to Lagares that Waibel had already ruined her career

18 at Apple, that she was already constructively terminated by West, that Powers was harassing her more than

19 ever, ~~and~~& that he should have to investigate all of the terrible things Apple's done to her for nearly seven

20 years.

21 ~~109.~~90.    On July 2 2021, ~~Apple Employee Relations,~~E.R., Waibel, ~~and~~& EH&S notified ~~Gjovik~~Pl. via

22 email that there were cracks in the slab/floor of ~~Gjovik's~~Pl.'s office ~~and~~& that they will be sealing the cracks,

23 then testing the air. ~~Gjovik~~Pl. replied asking if they can also test the air before sealing the cracks, explaining

24 she wanted to know if she was exposed to chemicals through the cracks ~~and~~& if so which ones, she said "*for

25 cancer monitoring.*" Waibel told ~~Gjovik~~Pl. no – Apple will not test the air prior to repairing the floor.

26 ~~110.~~91.    Just two days earlier, on June 30 2021, Apple EH&S and/or legal filed the first ~~and~~& only

27 TRI filing to the ~~U.S.~~ EPA for air emissions at ARIA in 2020. It's unclear why Apple never submitted a TRI

28 filing prior to the 2020, or why Apple never submitted a TRI filing after the 2020 record. Under ~~information

and~~info. & belief, the TRI filing was submitted in an effort to try to manufacture for Apple some sort of

statute of limitations excuse later, if ~~Gjovik~~Pl. ever found out what they did – without them having to tell

1 ~~Gjovik,Pl.~~ or share the ~~information~~info. in a way they thought she could find it.

2 ~~111.~~92.    In their final meeting about the site on July 7, 2021, Waibel ~~and~~& Steiger told ~~Gjovik~~Pl. that

3 Stweart 1 is safe because they say it is safe, they still have no plans to test the air now, ~~and~~& they will not

4 answer any more of her questions about the site or workplace ~~environmental~~env. safety ever again.

5 ~~112.~~93.    In early July 2021, ~~Gjovik~~Pl. reported Apple's failure to notify ~~and~~& consult with the ~~U.S.~~

6 EPA about the cracked slab to the ~~U.S.~~ EPA. ~~Gjovik~~Pl. notified Apple that she was snitching on them to ~~U.S.~~

7 EPA. ~~Gjovik~~Pl. also complained to Lagares:

8        "The only reason I can think of that they're refusing to do this testing after they previously

9        planned on doing it, was that all the questions I was asking were very good questions ~~and~~&

10       revealed major gaps/issues — so they're going out of their way to not have evidence of their

         negligence."

11 ~~Gjovik~~Pl. implored Lagares to look into EH&S's conduct, saying

12       "I think everyone is forgetting I work in engineering & I am in law school. I know how toxic

13       torts work…. right now, it feels like I am not only being harassed by my manager ~~and~~& my

         HR BP, but it appears there is a conspiracy to force me back into what appears to be a very

14       physically unsafe office building."

15 ~~113.~~94.    In early July 2021, ~~Gjovik~~Pl. discovered that West had been reassigning her best projects

16 (things that would help her receive a positive review). Then on July 15 2021, Powers suddenly quadrupled

17 her workload with highly unfavorable projects (things that were certain to upset people ~~and~~& fail). Powers

18 was snapping at her ~~and~~& harassing her, West was ignoring her, ~~and Gjovik~~& Pl. reported these issues to

19 Lagares ~~and~~& Waibel ~~and~~& the ~~HR business partner~~H.R. B.P. Helen Polkes. Still, Apple did nothing, or they

20 also harassed ~~Gjovik~~Pl.

21 ~~114.~~95.    ~~Gjovik~~Pl. became more vocal about her concerns about systemic retaliation ~~and~~& fraud at

22 Apple on Apple's Slack discussion tool ~~and~~& also began threatening Lagares that she planned to sue Apple

23 for what they've done to her ~~and~~& that she is also talking to the press about Apple (specifically The ~~New~~

24 ~~York Times and~~NYT & Washington Post). This led Lagares to assign a new investigator (Ekelemchi Okpo)

25 ~~and~~& open a new investigation into all of ~~Gjovik's~~Pl.'s concerns going back to 2015.

26 ~~115.~~96.    By late July 2021, ~~Gjovik~~Pl. was openly complaining on Slack, to reporters, with coworkers,

27 ~~and~~& now also on Twitter about Apple's terrible behavior (including intimidation, retaliation, cover-ups,

28 ~~and~~& fraud). ~~Gjovik~~Pl. complained about the Superfund ~~and~~& safety issues, Apple's offensive use of ADA

accommodations, the persistent suggestion that she take FMLA leave in response to their harassment,

1 Apple's illegal NDAs ~~and~~& gag orders, ~~and~~& Apple's antagonistic ~~and~~& obstinate attitude towards

2 legitimate ~~and~~& important concerns. ~~Gjovik~~Pl. repeatedly told Lagares, Okpo, Waibel, ~~and~~& Polkes that she

3 refused to take leave in response to retaliation ~~and~~& harassment; instead, they needed to actually fix the

4 issues.

5 ~~116.~~97.        ~~Gjovik~~Pl. had still been lobbying legislatures about the need for additional safety protections

6 for workers ~~and~~& tenants on toxic dump sites. A state Senator told ~~Gjovik~~Pl. he would talk to CalEPA about

7 her concerns. ~~Gjovik~~Pl. checked with his office for a status update on that conversation. On July 16 2021, the

8 Senator's ~~Legislative Director~~Leg. Dir. wrote to ~~Gjovik~~Pl. confirming ~~and~~& adding her concerns were shared

9 even further, writing: "*I conveyed them myself on the Senator's behalf with the Govender's staff ~~and leadership of~~*

10 ~~both houses.~~"*& leadership of both houses.*" On July 18 2021, Pl. had sent her weekly status to Powers & the

11 mgmt. team & at the very bottom she added a little personal note that a state haz. waste bill she had been

12 lobbying for passed & she was very excited about it. Powers became very upset & escalated the comment to

13 E.R., Waibel, asking for guidance on how to 'coach' Pl. about it & ensure Pl. understand not to talk about

14 such things in the workplace.

15 ~~117.    On July 18 2021, Gjovik had sent her weekly status to Powers and the management team and~~

16 ~~at the very bottom she added a little personal note that a state hazardous waste bill she had been lobbying for~~

17 ~~passed and she was very excited about it. Powers became very upset and escalated the comment to Employee~~

18 ~~Relations, Waibel, asking for guidance on how to 'coach' Gjovik about it and ensure Gjovik understand not~~

19 ~~to talk about such things in the workplace.~~

20 ~~118.~~98.        Around July 20 2021, ~~Gjovik~~Pl. notified ~~U.S.~~EPA about the cracked floor/slab at her

21 Superfund office, ~~and~~& that Apple was insisting they do not have to tell the ~~U.S.~~EPA ~~and~~& that they refuse

22 to the test the air until after they seal the floor. ~~Gjovik~~Pl. expressed it was her understanding that Apple

23 needed to notify the ~~U.S.~~EPA of the cracks ~~and~~& obtain EPA approval of a workplan for the testing ~~and~~&

24 sealing plans.

25 ~~119.~~99.        On July 21 2021, one of ~~Gjovik's~~Pl.'s coworkers, a manager, contacted her privately ~~and~~&

26 asked if she was okay. He said he was worried because it seemed like things were tense with her ~~and~~& her

27 position in the team. Around July 21 2021, ~~Employee Relations,~~E.R., Okpo, started asking ~~Gjovik~~Pl. for the

28 .eml version of files for some especially damning emails with ~~Gjovik and~~Pl. & her m~~anage~~gmt~~ent~~., assumably

collecting evidence in preparation for ~~Gjovik~~Pl. suing them, which she had already began threatening to do.

Around July 23 2021, ~~Gjovik~~Pl. spoke on the phone with one of the only two women who ever reported to

1 West at Apple, ~~and~~& who had quit Apple due to the harassment she faced from West ~~and~~& his team. She

2 validated ~~Gjovik,~~Pl., confirming she reported many of the same issues that ~~Gjovik~~Pl. had been reporting,

3 ~~and~~& that West ~~and~~& his m~~anagement~~., or ~~Human Resources,~~H.R., had done nothing to actually fix the

4 issues.

5 ~~120.~~    On July 23 2021, ~~Gjovik~~Pl. was quoted by the ~~New York Times~~NYT, where she criticized

6 Apple's COVID-19 response. On July 24, 2021, ~~New York Times~~NYT made ~~Gjovik's~~Pl.'s quote "*Quotation*

7 *of the Day*" for the entire NYT. [26]

8 ~~121.~~100.    Lagares expressed to ~~Gjovik~~Pl. that Apple was upset that ~~Gjovik~~Pl. did this. ~~Gjovik~~Pl. told

9 Lagares she was taking Labor Law ~~and~~& learned she could speak about her work conditions regardless of

10 NDAs. Lagares told her it is "*annoying*" to Apple when employees "*figure that out.*"

11 ~~122.~~101.    Apple ~~and Northrop Grumman~~& NGC were notified on July 26 2021 that ~~U.S.~~EPA ~~was~~

12 ~~demanding~~wanted an inspection of ~~Stewart 1~~SD01 due to ~~Gjovik's~~Pl.'s reports about the cracked slab ~~and~~&

13 Apple's obstinate ~~and~~& obstructive response; ~~and~~& because ~~U.S.~~EPA discovered what Apple did with the

14 hacksaw, vents, ~~and~~& HVAC on the roof of ~~Stewart 1~~SD01 in 2015, with the ~~U.S.~~EPA QA team exclaiming

15 it was "*not appropriate*" ~~and~~& asking for air samples.

16 ~~123.~~102.    On July 26 2021, ~~Gjovik~~Pl. posted on Apple's Slack ~~discussion tool~~ complaining that Apple's

17 response to her concerns was to retaliate against her ~~and~~& intimidate her into silence. ~~Gjovik~~Pl. asked if

18 anyone else had been retaliated against for raising concerns. Many of ~~Gjovik's~~Pl.'s coworkers responded that

19 they had also experienced retaliation from Apple for raising real ~~and~~& reasonable concerns. On July 27 2021,

20 Okpo then swiftly interrogated ~~Gjovik~~Pl. for over an hour about her Slack posts ~~and~~& the responses she

21 received from coworkers – repeatedly asking her to stop posting about her concerns ~~and~~& to stop

22 encouraging other employees to post their concerns, ~~and~~& instead to direct all employees to speak privately.

23 ~~Gjovik~~Pl. told him no. she would not help him retaliate against her coworkers. Okpo said he was "notified"

24 about ~~Gjovik's~~Pl.'s posts ~~and Gjovik~~& Pl. expressed concern as to who all was spying on her.

25 ~~124.~~103.    During the July 27 2021 meeting, Okpo said Apple may give ~~Gjovik~~Pl. a severance ("exit")

26 package of around $600,000 if ~~Gjovik~~Pl. would sign a preemptive litigation waiver. Apple agreed ~~Gjovik~~Pl.

27

28

---

[26] ~~Ashley Gjovik, "*Quotation of the Day: Virus Surge Complicates Return-to-Office Plans*," New York Times, July 24 2021.~~

1 would not have to sign another NDA but did make the severance negotiation contingent on ~~Gjovik~~Pl.

2 executing a waiver of all claims, while Apple concurrently intentionally concealed material facts about harm

3 Apple caused to ~~Gjovik~~Pl. through chem~~ical~~. exposure at her office ~~and~~& her apartment. ~~Gjovik~~Pl. expressed

4 concerns about the settlement amount ~~and~~& her potential medical costs if she were to get cancer from the

5 exposure at her office, not even yet knowing about the ARIA facility or what Apple did to the HVAC at

6 ~~Stewart 1~~SD01. Apple wanted all claims waived ~~and~~& denied the severance on those conditions, violating

7 Cal. Gov't Code § 12964.5(a).

8     ~~125.~~104.    On July 27 2021, a non-profit organization asked ~~Gjovik~~Pl. to testify as a witness to state

9 Senator Dave Cortese about her experience with ~~hazardous~~haz. waste clean-up sites in Santa Clara County,

10 ~~and Gjovik~~& Pl. accepted.

11     ~~126.~~105.    On July 28 2021, ~~Gjovik~~Pl. emailed Okpo ~~and~~& Lagares about her discussions with

12 coworkers, ~~and~~& she discovered a pattern of ~~discrimination and~~discrim. & harassment issues across Apple;

13 ~~and~~& what appeared to be systemic cover-ups of those issues instead of actually resolving the problems. She

14 complained Apple fraudulently holds itself out publicly as caring about human rights ~~and~~& the law. It was

15 clear to ~~Gjovik~~Pl. that Okpo would not investigate in good faith ~~and~~& Apple was still trying to get her to quit

16 or else would fire her, ~~and~~& she began fervently complaining about their bad faith behavior ~~and~~& culture of

17 intimidation.

18     ~~127.~~106.    On July 28 2021, ~~Gjovik~~Pl. messaged a coworker (a manager) saying she had just met with

19 ~~Employee Relations,~~E.R., Okpo, ~~and~~& asked for a "citizen oversight type role" to help reform Apple's HR

20 practices. She said Okpo told her, sure, but that she has to stay in her same role. ~~Gjovik~~Pl. wrote: "*I hit my*

21 *desk hard enough gesticulating & screaming that I spilled coffee on everything, but I have no regrets… "* ~~and~~& " …

22 *I looked him dead in the eye* ~~and~~& *said YOU CAN'T HEAL IN THE SAME ENV[IRONMENT] YOU ARE*

23 *HARMED IN.*"  The next time Okpo met with ~~Gjovik,~~Pl., on July 29 2021, he asked her if she wanted to

24 have a lawyer attend to represent her during their conversations. Apple was ~~fully aware and~~ on notice of

25 incoming litigation from ~~Gjovik~~Pl. by July 2021. On July 30 2021, Pl. posted on Twitter complaining about

26 Apple:

27     ~~128.    On July 30 2021, Gjovik posted on Twitter complaining about Apple:~~

28     "They offered EAP ~~and~~& suggested medical leave after I spoke up about sexism, ~~discrimination, and~~discrim., & a hostile work environment. They also suggested requesting ADA disability accommodations after I raised concerns about unsafe work conditions."

1  After posting this, ex-Apple employees contacted ~~Gjovik~~Pl. to share they had similar experiences.
2 Other Big Tech ~~and~~& ex-Apple employees supported ~~Gjovik~~Pl. for speaking out, sending her many
3 encouraging ~~and~~& grateful messages ~~and~~& comments. ~~Gjovik~~Pl. then decided to start sharing more of what
4 was happening between her ~~and~~& Apple on social media to help others understand the issues so they could
5 advocate for the employees, hoping it may pressure Apple to act more reasonably. On July 30 2021, ~~Gjovik~~Pl.
6 posted on Apple's Slack discussion tool complaining in detail about Apple's misconduct, including
7 retaliation, unsafe work conditions, ~~and~~& cover-ups. Around this time, ~~Gjovik~~Pl. created a new, private Slack
8 group for her coworkers to discuss concerns about Apple retaliating against them for raising concerns, but
9 with more privacy due to fear of more retaliation. Many women asked to join the group, ~~and~~& they had just
10 started a discussion.

11  ~~129.~~107.    On Aug. 2 2021, out of frustration with Okpo ~~and~~& Lagares refusing to re-investigate
12 anything Waibel said was fine during the first (sham) investigation – ~~Gjovik~~Pl. proceeded to start posting on
13 Twitter about several of the more minor things she complained to Waibel about. She told Okpo ~~and~~& Lagares
14 that it was work conditions, ~~and~~& they claimed they investigated ~~and~~& found no problems, so she is free to
15 talk about it ~~and~~& she would do so. ~~Gjovik~~Pl. posted several examples of the evidence on Twitter, ~~and~~& her
16 posts quickly went viral.

17  ~~130.~~108.    In response, on Aug. 2 2021, Apple suddenly announced they were conducting extensive
18 maintenance at ~~Stewart 1~~SD01 starting on Aug. 4 2021. Then, on Aug. 3 2021, Lisa Jackson's team scheduled
19 a Public Relations blitz about how safe ~~and~~& thoughtful Apple is, actually. ~~27~~ Apple also attempted to make
20 the ~~U.S.~~EPA sign a four-page single-spaced NDA about the inspection of ~~Stewart 1~~SD01 that would prohibit
21 the ~~U.S.~~EPA from speaking about the inspection. The ~~U.S.~~EPA declined to sign the NDA.

22  ~~131.~~109.    When ~~Gjovik~~Pl. saw Apple's EH&S notice on Aug. 2 2021 about maintenance at ~~Stewart~~
23 ~~1~~SD01, she quickly arranged for coworkers in the office to gather evidence of the cracks, warning them that
24 Apple was trying to cover up ~~environmental and~~env. & safety issues. ~~Gjovik's~~Pl.'s coworkers gathered
25 photos of the cracks for ~~Gjovik~~Pl. on Aug. 3 2021 ~~and~~& the morning of Aug. 4 2021. They also asked many
26 of the same questions ~~Gjovik~~Pl. had asked EH&S. ~~Gjovik~~Pl. shared EH&S's responses, ~~and~~& they were
27 concerned about Apple's position ~~and~~& conduct. ~~Gjovik~~Pl. informed Apple she ~~and~~& her coworkers were
28

---

~~27 FOIA; Axios, *Exclusive: EPA administrator visits Apple HQ to talk climate, environmental justice.*~~

gathering evidence before Apple could cover up the cracks.

~~132.~~ On Aug. 4 2021, Okpo immediately forced ~~Gjovik~~Pl. on indefinite ~~administrative~~admin. leave ~~and~~& refused to provide any ETA for the next steps. Okpo informed her Apple removed her "*from the workplace ~~and~~& all workplace interactions*."

~~133.~~110. ~~Gjovik~~Pl. was very upset ~~and~~& protested, arguing she just wanted to stop interactions with West ~~and~~& Powers while Okpo investigated because of the work assignment changes ~~and~~& harassment. ~~Gjovik~~Pl. also complained that it was illegal for them to tell her to stop talking to her coworkers. Okpo made it clear he also wanted her off Slack. ~~Gjovik~~Pl. told Okpo he could not keep her off Twitter. ~~Gjovik~~Pl. set her out of the office to say Apple put her on indefinite ~~administrative~~admin. leave ~~and~~& told her to stay off Slack. She also posted a message on Slack about it.

~~134.~~ On Aug. 4 2021, a reporter at an online blog contacted ~~Gjovik~~Pl. after ~~Gjovik's~~Pl.'s coworkers told the reporter what ~~Gjovik~~Pl. had posted. The reporter wanted to write an article about what Apple did to ~~Gjovik. Gjovik~~Pl. Pl. agreed to let her write an article about ~~Gjovik~~Pl. being put on leave. ~~Gjovik~~Pl. also posted on Twitter about it herself, ~~and~~& additional outlets picked up the story.[28] Within hours, it was covered in the news worldwide. Okpo sent ~~Gjovik~~Pl. several bitter emails about her continuing to speak out. He was clearly reading the news articles ~~and~~& her Twitter posts complaining about Apple's conduct.

~~135.~~111. ~~Gjovik~~ Pl. made three Twitter posts about the situation on Aug. 4 2021. The first post was at 1:16 PM PST. ~~Gjovik~~Pl. wrote:

"So, following raising concerns to #Apple about #sexism, #hostileworkenvironment, & #unsafeworkconditions, I am now on indefinite paid ~~administrative~~admin. leave per #Apple ~~employee relations,~~E.R., while they investigate my concerns. This seems to include me not using Apple's internal Slack."

The second post was at 2:12 PM PST. ~~Gjovik~~Pl. wrote,

"#Apple employee relation's 1st #sexism investigation only arose while I was complaining about unsafe work conditions ~~and~~& related #intimidation. They tried to quickly brush me off & prevented me from raising more concerns. This time, I gave them 558 pieces of evidence to review."

~~Gjovik's~~Pl.'s third Twitter post was at 2:33 PM ~~and~~& said,

"When I say "unsafe #workconditions," I mean physically unsafe; #dangerous chemicals; #OSHA. You will hear much more about this in a bit."

----

~~[28] The Telegraph, "*Apple worker who complained about sexism and 'hostile' workplace put on paid leave,*" Aug 5 2021; Yahoo Finance, "*Senior Apple employee alleges sexism at work, is put on indefinite leave,*" Aug 5 2021; Fox News, "*Apple exec says she was placed on leave after raising sexism concerns, other workplace issues.*"~~

~~136.~~112.    Apple responded to the media by repeating the same statement over ~~and~~& over: "We are ~~and~~& have always been deeply committed to creating ~~and~~& maintaining a positive ~~and~~& inclusive workplace. We take all concerns seriously ~~and~~& thoroughly investigate whenever a concern is raised; out of respect for the privacy of any individuals involved, we do not discuss specific employee matters."

~~137.~~113.    Starting on Aug. 4 2021, ~~Gjovik~~Pl. began receiving harassing ~~and~~& threatening replies ~~and~~& comments from clearly fake social media accounts. On Aug. 4 2021, one account posted about ~~Gjovik,~~Pl., that she: "*needs psychiatric help ~~and~~& confinement*" ~~and~~& that ~~Gjovik~~Pl. "*is a psychopath ~~and~~& frankly is a danger to other Apple Employees*!" The account went on to call ~~Gjovik~~Pl. an "*ambulance chasing psychopath*" ~~and~~& said, "*Apple needs to bring the hammer ~~and~~& make an example of people like this.*" Thousands of posts like this followed ~~and~~& continue to this day – causing ~~Gjovik~~Pl. severe distress.

~~138.~~114.    The night after ~~Gjovik~~Pl. was stuck on leave, West suddenly scheduled meetings with ~~Gjovik's~~Pl.'s women's group. ~~Gjovik~~Pl. also heard conversations within her team that confirmed she would be fired soon. Starting around Aug. 5 2021, the managers in West's organization started raising the "*Ashley Issue*" as a discussion topic in staff meetings. The managers told the workers that if anyone has concerns about the "*Ashley Issue,*" they should talk to ~~Helen Polkes~~HR. They also mentioned West's plans to "*discuss the Ashley Issue*" at the upcoming Oct. All Hands ~~meeting. Gjovik~~. Pl. realized they would not be discussing the "*Ashley Issue*" at a future ~~all-hands meeting~~All Hands if she was there, ~~and~~& West was already sure ~~Gjovik~~Pl. was about to be fired. One of her friends who was a manager in West's ~~organization~~org. told her ~~that~~ all of the managers were instructed to ~~try~~not to write anything down about employee issues, because he said, they said, ~~Gjovik had done~~Pl. did such a good job of documenting her conflict with them ~~and~~& they're in trouble.

~~139.~~115.    ~~Gjovik~~Pl. saw emails come in steadily while she was on leave about EH&S activities at the building. EH&S sent notices that they would be on-site for prolonged periods: Aug. 4, 6, 7, 8, 11, 13, 14, 15, 18, 19, 20, 21, 22, 27, 28, 29; ~~and~~& Sept. 3, 4, 5 2021. When the ~~U.S.~~EPA inspected, they noted "*freshly sealed cracks*." On Aug. 9 2021, the ~~U.S.~~EPA sent travel approval requests to visit ~~Gjovik's~~Pl.'s office, ~~and~~& the justification for the visit cited ~~Gjovik's~~Pl.'s disclosures. The ~~U.S.~~EPA's justification for the inspection was:

"A site visit to an Apple office building is necessary to conduct a visual inspection of the building's ~~vapor intrusion~~V.I. mitigation measures. An Apple employee recently contacted EPA ~~and~~& notified EPA that there were cracks in the building's foundation. If true ~~and~~& cracks are significant, this

could impact the effectiveness of the VI mitigation system ~~and~~& the protectiveness of human health."

~~140.~~116.    On Aug. 12 2021 ~~and~~& Aug. 13 2021, ~~Gjovik~~Pl. filed complaints with ~~US~~U.S. EEOC ~~and~~& Cal. DFEH. In Aug., ~~Gjovik~~Pl. also shared concerns on social media ~~and~~& with the press, including experiences with her team in 2015, what Apple did to her around Batterygate ~~and~~& related harassment, ~~and~~& her concerns about Apple's long history of criminal ~~and~~& corrupt behavior. On Aug. 17, 2021, Business Insider published an article about some of ~~Gjovik's~~Pl.'s complaints based on ~~Gjovik's~~Pl.'s Twitter posts ~~and~~& embedded ~~Gjovik's~~Pl.'s Twitter posts in the article.[29] The article also noted: "*Insider approached Apple for comment.*" On Aug. 15 2021, ~~Gjovik~~Pl. posted on Twitter that she had met with US Representatives, state Senators, Assembly Members, ~~and~~& Mayors about her chem~~ical~~. exposure.

~~141.~~117.    Between Aug. 16 2021 through Aug. 23 2021, Okpo sent a first draft of an "Issue Confirmation" document that supposedly captured all of ~~Gjovik's~~Pl.'s complaints that he was investigating, ~~and Gjovik~~& Pl. revised it ~~and~~& sent him a final revised version on Aug. 23 2021.  Starting Aug. 17 2021, ~~Gjovik~~Pl. insisted that all communication with Okpo ~~and~~& Apple be in writing because he repeatedly misrepresented her statements. Okpo ignored her.

~~142.~~118.    On Aug. 19 2021, the ~~U.S.~~ EPA conducted an onsite inspection of ~~Gjovik's~~Pl.'s Apple office due to ~~Gjovik's~~Pl.'s complaints to the ~~U.S.~~ EPA. ~~U.S.~~ EPA's notes from the Aug. 19 2021 site visit ~~and~~& inspection included concerns ~~and~~& issues with the HVAC, sub-slab ventilation system, missing sub-slab ports, integrity of the slab, ~~and~~& lack of documentation for slab/crack inspections.

~~143.~~119.    ~~Gjovik~~Pl. had previously registered for a three-part training about racial justice with Apple University ~~and~~& wanted to attend. The class was led by her friend Dr. Cohen, ~~and~~& he confirmed he was happy to have her attend as long as ~~Employee Relations~~E.R. approved ~~and~~& did not discipline her for attending. ~~Gjovik~~Pl. texted with a coworker on Lisa Jackson's team expressing concern that Okpo might not let her go, but joked "*I think it would be extra fun for the evidence for the judge if they try to prohibit me from participating in social justice initiatives with an invite confirmed from our Chief Ethics officer.*"

~~144.~~    On Aug. 20, 2021, Okpo told ~~Gjovik~~Pl. that she was not allowed to participate in the racial justice workshop "*because she's on leave*." ~~Gjovik~~Pl. complained about retaliation. While ~~Gjovik~~Pl. was stuck

---

[29] ~~Business Insider, *An Apple employee on leave after publicly alleging sexism says co-workers kept a scoreboard to make her quit,* (August 17 2021).~~

1   on leave, she repeatedly asked Okpo for updates about her office, but he refused to provide any updates.
2   ~~Gjovik~~Pl. often complained about retaliation ~~and~~& that she did not want to be on leave, but Okpo ignored
3   her.

4   ~~145.~~120.    ~~Gjovik~~Pl. also filed a Business Conduct complaint about her concerns about Ronald Sugar,
5   TRW Microwave, ~~and~~& her office. She attached the Issue Confirmation ~~and~~& notified Okpo of the ticket.
6   ~~Gjovik's~~Pl.'s 33-page version of the Issue Confirmation included detailed complaints of fraud, organized
7   witness tampering, obstruction of justice, toxic torts, corruption, negligence, conflicts of interest,
8   racketeering, ~~and environmental~~& env. crimes.

9   ~~146.~~121.    ~~Gjovik~~Pl. complained about Apple EH&S ~~and Employee Relations~~& E.R. conduct related to
10  the ~~environmental~~env. issues at her office, referring to their activities as "*negligent, reckless,*" that they
11  "*misrepresented their activities,*" ~~and~~& that they "*intimidated [her] not to speak out about [her] safety concerns*."
12  Finally, ~~Gjovik~~Pl. links to evidence to support her claims (~~U.S.~~EPA websites), the policies she is asking if
13  Apple is in compli~~ance.~~ with (Apple's Audit ~~and~~& Finance Committee Charter, Corporate Governance
14  Guidelines), ~~and~~& an Apple Press Release about Sugar joining the Board of Directors in 2010.

15  ~~147.~~122.    On Aug. 23 2021, ~~U.S.~~ EPA CERCLA Quality Assurance captured notes about the
16  inspection, writing: "Significant, visible slab cracks, gaps, ~~and~~& penetrations had been sealed… However,
17  large test equipment is bolted to the slab, ~~and~~& it is unclear if these installations penetrate the slab." He
18  added that related to the sub-slab exhaust on the roof above ~~Gjovik's~~Pl.'s desk, "vapors could be building up
19  on the roof near the HVAC intake."

20  ~~148.~~123.    On Aug. 23 2021, a news article discussing Apple's employment practices commented that:
21  *"One Apple employee, Ashley Gjovik, has been very vocal on Twitter by stating multiple problems that have occurred*
22  *within Apple. She alleges a powerful cover-up culture within Apple that led to her eventual* ~~*administrative*~~
23  ~~*leave."*~~*admin. leave."* On Aug. 26 2021, Pl. filed an NLRB charge against Apple & posted on Twitter that she
24  did so. On Aug. 27 2021, Apple's Business Conduct team closed Pl.'s complaint about Ronald Sugar & Pl.'s
25  Superfund office. The message posted said: "…*we have shared them with the appropriate internal teams for*
26  *review & investigation,*" with the ticket updated to say, "*Request is closed. This request is closed & can't be*
27  *reopened.*"
28      ~~149.    On Aug. 26 2021, Gjovik filed an NLRB charge against Apple and posted on Twitter that she~~
    ~~did so. On Aug. 27 2021, Apple's Business Conduct team closed Gjovik's complaint about Ronald Sugar and~~
    ~~Gjovik's Superfund office. The message posted said: "…*we have shared them with the appropriate internal*~~

1 *teams for review and investigation,*" with the ticket updated to say, "*Request is closed. This request is closed and*
2 *can't be reopened.*"

3 ~~150.~~125.    ~~On Aug.~~ 29 2021, ~~Gjovik~~Pl. filed a formal complaint to the ~~U.S.~~ EPA about Apple ~~and~~& her
4 office at ~~Stewart 1~~SD01, complaining of Apple's "lack of due diligence," complaining about "*negligence*,"
5 ~~and~~& "*recklessness*," ~~and~~& "*violations of Right to Know & OSHA.*" ~~Gjovik~~Pl. complained, "*Apple's response*
6 *has been to misrepresent their activities ~~and~~& the site, intimidate me to not speak about workplace safety concerns*
7 *related to the site, ~~and~~& have refused to notify the ~~Federal~~ EPA of changed circumstances at the site.*" ~~Gjovik~~Pl. did
8 not know about the ~~U.S.~~ EPA safety inspection ten days prior.

9 ~~151.~~125.    On ~~Sunday,~~ Aug. 29 2021, at 11:32 AM PST, ~~Gjovik~~Pl. filed a ~~Whistleblower Protection~~
10 ~~Program~~W.P.P. complaint with the US Dept. of Labor~~,~~ (DOL), reference number ECN76833. On Aug. 29
11 2021, ~~Gjovik~~Pl. filed retaliation ~~and~~& labor code violation charges to the ~~California Dept. of Labor.~~Cal. DOL.
12 On Sept. 1 2021, ~~Gjovik~~Pl. posted on Twitter that she had filed a complaint with the ~~California Dept. of~~
13 ~~Labor.~~Cal. DOL. A question on the form asked: How did your employer know about the protected right you
14 exercised? ~~Gjovik~~Pl. wrote, "*I kept saying, 'Stop it, you guys. There's Labor laws about this.'*"

15 ~~152.~~126.    While ~~Gjovik~~Pl. was stuck on leave, Apple had emailed her three times to ask if they may
16 capture three-dimensional scans of her ears ~~and~~& ear canals, ~~and Gjovik~~& Pl. complained that Apple's
17 requests were harassing ~~and~~& invasive. ~~Gjovik~~Pl. complained that Apple frequently requested that ~~Gjovik~~
18 ~~and~~Pl. & her coworkers participate in invasive, oppressive, ~~and~~& humiliating medical studies, anatomical
19 studies (like ear scans), DNA tests, biometrics data collection (like the Gobbler app), ~~and~~& other highly
20 personal examinations. Apple did not disclose the details of the experiments until after ~~Gjovik~~Pl. signed a
21 secrecy oath ~~and~~& 'consented' to the activity, ~~and~~& then repeatedly threatened ~~Gjovik~~Pl. with termination
22 if she was to speak about it even to a ~~doctor~~dr. or attorney (as was expressly written in one Deed Poll).
23 ~~Gjovik~~Pl. felt the studies themselves were wrong, but also Apple's practices were also wrong – especially
24 related to demanding employee secrecy about the studies.

25 ~~153.~~127.    Around Aug. 30 2021 ~~and~~& Aug. 31 2021, ~~Gjovik~~Pl. posted on social media sharing an article
26 she was interviewed for called "*Apple Cares about Privacy Unless You Work at Apple.*" ~~30~~ ~~In~~ ~~Gjovik's~~Pl.'s posts,
27 she complained of Apple's surveillance of workers, its exploitation of workers, ~~and~~& Apple's culture of
28 _____

~~30 The Verge, *Apple Cares about Privacy, Unless You Work at Apple,* Aug 30 2021.~~

1 intimidation ~~and~~& retaliation, ~~and~~& she compared working at Apple to being in a panopticon.  The article
2 discussed several examples of Apple's invasions of employee privacy, brought forward from Apple
3 employees who wanted assistance from the public in reforming Apple's practices. In the article, ~~Gjovik~~Pl.
4 complained about the Gobbler app ~~and~~& was quoted saying "*If they did this to a customer, people would lose*
5 *their goddamn minds."*

6      ~~154.~~128.      On Aug. 31 2021, ~~at 7:16 AM PST,~~ the U.S. ~~Dept. of Labor~~DOL contacted ~~Gjovik~~Pl. to start
7 intake for ~~Gjovik's Whistleblower Retaliation~~Pl.'s W.P.P.  charges. ~~Gjovik~~Pl. had her interview with the U.S.
8 EEOC on Sept. 2, 2021. ~~Gjovik~~Pl. did not request an investigation but did request a Right to Sue letter,
9 which she received on 9, 2021, before her termination. Apple was made aware of ~~Gjovik's~~Pl.'s U.S. EEOC
10 ~~and~~& Cal. DFEH complained that she was testifying to U.S. EEOC ~~and~~& Cal. DFEH about what Apple did
11 to her by at least Aug. 12, 2021. ~~Gjovik~~Pl. Tweeted about her appointment with the U.S. EEOC.

12      Around Sept. 2 2021, numerous articles were published about ~~Gjovik's~~Pl.'s charges against Apple.
13 Bloomberg reported about ~~Gjovik's~~Pl.'s U.S. NLRB, U.S. ~~Dept. of Labor~~DOL, Cal. ~~Dept. of Labor, and~~DOL,
14 & U.S. EEOC charges against Apple. Bloomberg wrote,

15      "Ashley Gjovik, a senior engineering program manager at Apple, said that she filed the Aug. 26
16      complaint, which cited harassment by a manager, a retaliatory investigation, ~~and~~& forced paid
       ~~administrative~~admin. leave. ~~Gjovik's~~Pl.'s situation began with fears about whether pollution had
17      made her office a dangerous place to work. She says she was then retaliated against for voicing
18      her concerns. *"I should be able to raise concerns about safety ~~and~~& public policy," s*he said in an
       interview. ~~Gjovik~~Pl. has also filed complaints with the Occupational Safety ~~and~~&
19      Health Administration, ~~California's~~Cal.'s labor commissioner's office, ~~and~~& the Equal
20      Employment Opportunity Commission, according to documents she provided. ~~Gjovik~~Pl. said her
       goal is to bring light to systematic problems at Apple ~~and~~& try to improve policies. *"I want to*
21      *pierce the veil of intimidation ~~and~~& secrecy,"* she said in the interview. *"The employees are terrified to*
22      *speak up about their concerns."* ~~31~~

23 On Sept. 2, 2021, Financial Times wrote about ~~Gjovik:~~Pl.:

24      "~~Gjovik's~~Pl.'s specific  complaints against Apple date back to mid-March, when she cited unsafe
       working conditions related to "*chemical*. exposure" at her Apple office in Sunnyvale,
25      ~~California,~~Cal., where more than 100 employees are based. Her office, known as "Stewart 1"
26      within Apple, is located on what the Environmental Protection Agency refers to as the "*TRW*
       *Microwave Superfund site*," a location requiring special oversight owing to previous contamination
27

28 _____

~~31 Nick Turner, Apple Worker Complaints Reviewed by Labor Relations Board, Bloomberg, Sept 2 2021.~~

by ~~hazardous~~haz. waste materials in the soil ~~and~~& groundwater beneath the building. In 2016, Apple paid $450,000 to settle state claims that it mishandled ~~hazardous~~haz. electronic waste at their Cupertino headquarters ~~and~~& Sunnyvale facilities. ~~Gjovik~~Pl. said her concerns were brushed aside ~~and~~& she was warned against speaking up about them. In her letter to the NLRB, she said Apple's ~~employee relations~~E.R. Dept. *"intimidated me not to speak about my safety concerns,"* that a manager advised that she quit Apple ~~and~~& was subject to sexism ~~and~~& a "dramatically increased" workload. Matters escalated when she took her complaints to Apple's Slack channels, specifically a 2,000-member forum for female software engineers. She said she was flooded with supportive comments ~~and~~& similar stories of workplace harassment — but she had since been banned from using Slack as part of her ~~administrative~~admin. leave."[32]

~~155.~~129.    The press continued to cover what Apple was doing to ~~Gjovik and~~Pl. & a movement starting among Apple employees who began speaking out ~~and~~& organizing with each other around work conditions ~~and~~& human rights. Apple workers, past ~~and~~& present, began publicly sharing their own stories of discrim~~ination.~~., retaliation, ~~and~~& cover-ups. The press wrote about this too, ~~and Gjovik~~& Pl. posted about it repeatedly on Twitter. ~~Gjovik~~Pl. was not only a catalyst for many employees to come forward, but these employees catalyzed ~~Gjovik's~~Pl.'s view ~~and~~& protest of Apple's misconduct.

~~156.~~130.    On Sept. 3 2021, ~~Gjovik~~Pl. signed a contract with Business Insider to write an Op-ed about her situation with Apple ~~and~~& proposals on how Apple can address its systemic issues. ~~Gjovik~~Pl. modeled her article ~~and~~& proposals after what she had been learning about Transitional Justice at Oxford. (~~Gjovik~~Pl. received perfect grades in the 2021 Oxford program, ~~and Gjovik's~~& Pl.'s faculty advisor for the program would later be selected to become a member of the U.S. Chemical Safety ~~and~~& Hazard Investigation Board in 2023).

~~157.~~131.    Okpo contacted ~~Gjovik~~Pl. again on Sept. 3 2021 ~~and~~& Sept. 7 2021, asking to meet with her on Webex; implicitly denying her request to keep things in writing; ~~and~~& refusing to tell her what the meeting was about. Both times ~~Gjovik~~Pl. asked Okpo to keep things in writing due to the misrepresentation ~~and~~& intimidation. If he refused, she requested a Business Conduct review of his decision, noting he is a lawyer ~~and~~& there is a power imbalance. Okpo never responded.

~~158.~~    On Sept. 5 2021, ~~Gjovik~~Pl. messaged Josh~~,~~ ( J.C.), her friend ~~and~~& a ~~Senior~~Sr. Director, complaining about Apple ~~Employee Relations,~~E.R., commenting she had been researching Apple's labor

---

[32] ~~Patrick McGee, *US labour board examines retaliation claims against Apple*, Financial Times, Sept. 2 2021, https://www.ft.com/content/484fa8be-925e-495c-91ff-54950b112754~~

1  history ~~and~~& the issues were "*very systemic*" ~~and~~& with "*lots of bad faith conduct*," but "*not completely*

2  *diabolical*." (~~Gjovik~~Pl. would later refer to this dynamic instead as '*Waco meets Enron*.')

3  ~~159.~~132.    ~~Gjovik~~ Pl. complained to ~~Josh~~J.C. that her current interactions with Apple ~~Employee~~

4  ~~Relations~~ E.R. team made her feel "*like a very tired mom who really wants their kid to clean up the room* ~~and~~&

5  *has asked 1 million times* ~~and~~& *they're not doing it* ~~and~~& *she's like I'm really disappointed with you we both know*

6  *you're better than this*~~."~~."

7  ~~160.~~133.    On Sept. 6 2021, ~~Gjovik~~Pl. posted on social media about her U.S. NLRB, Cal. ~~Dept. of Labor,~~

8  ~~and~~DOL, & U.S. EEOC~~/~~ / Cal. DFEH cases with a status update ~~and~~& the report numbers – ~~and~~& also

9  tweeted about her U.S. SEC whistleblower tip, U.S. FBI, ~~and~~& U.S. Dept. of Justice complaints. On Sept. 6

10  2021, ~~Gjovik~~Pl. replied to the U.S. EEOC confirming she was working on a draft of her complaint ~~and~~& was

11  targeting to submit it to them by Sept. 8 2021. On Sept. 8, 2021, ~~Gjovik~~Pl. emailed the U.S. EEOC her draft

12  of the language for her charge.

13  ~~161.~~134.    On Sept. 7 2021, a few days before her termination, ~~Gjovik~~Pl. discovered the second woman

14  to ever report to West had sued ~~Apple~~Def. over West's retaliation, constructive termination in violation of

15  public policy, ~~and~~& IIED only two years prior. The ex-colleague's complaint explained she witnessed

16  retaliation ~~and~~& intimidation in West's organization, ~~and~~& that West spoke openly about knowledge of his

17  employee's fear of retaliation. She said after she raised concerns to West about this, West began retaliating

18  against her too.

19  ~~162.~~135.    The complaint alleged there were three sham ~~Employee Relations~~E.R. investigations into her

20  concerns, finding no policy violations related to West's conduct. ~~Employee Relations~~E.R. put her on

21  ~~administrative~~admin. leave, waited a few weeks, ~~and~~& then told her she can either accept two months of

22  severance ~~and~~& sign a release of rights to pursue legal action against ~~Apple,~~Def., or she can return to work

23  as things are except that West will be even more angry at her now. The coworker resigned ~~and~~& filed suit

24  instead. ~~Apple~~Def. settled shortly after.~~33~~ ~~Gjovik~~ Pl. posted on Twitter about it, expressing her displeasure.

25  ~~163.~~136.    On Sept. 8 2021, ~~Gjovik~~Pl. replied to the US ~~Dept. of Labor~~DOL with copies of her prior

26  filed complaints to the U.S. EEOC, U.S. NLRB, ~~U.S.~~ EPA, Cal. EPA, ~~and~~& U.S. SEC. ~~Gjovik~~Pl. noted she

27

28  _____

~~33~~ ~~*Brown v Apple Inc*, Case No. 18CV330922, Superior Court of the State of California, County of Santa Clara,~~
~~Complaint ( July 2 2018).~~

1 was working on answering the investigator's questions ~~and~~& would reply by the deadline, which was Sept.

2 10 2021. On Sept. 9 2021, at 12:39 PM PST, ~~Gjovik~~Pl. emailed the U.S. EEOC investigator assigned to her

3 case ~~and~~& asked the investigator if she needed anything else from ~~Gjovik~~Pl. to move forward. Then again,

4 at 1:02 PM, asking ~~US~~U.S. EEOC how she could sign the charge to meet the deadline.

5 ~~164.~~137.    Around 1 AM the morning of Sept. 9 2021, it occurred to ~~Gjovik, and~~Pl., & she shared ~~her~~

6 ~~thoughts~~ in real-time on Twitter, that ~~Apple~~Def. was likely spying on her personal devices because they were

7 administrators of ~~Apple~~Def. servers, even for customers, ~~and~~& their work policies say they will spy on

8 employee's personal devices. (Note: The NLRB is now suing ~~Apple~~Def. over that policy). ~~Gjovik~~Pl. began

9 frantically removing her data from iCloud servers, including migrating her email, photos, ~~and~~& documents.

10 ~~165.~~138.    On Sept. 9 2021, at 2:08 PM ~~PST, Gjovik~~, Pl. was contacted by Aleks Kagramanov, an

11 ~~Apple~~Def. "*Workplace Violence ~~and~~& Threat Assessment*" investigator ~~demanding~~asking to speak with

12 ~~Gjovik~~Pl. on the phone "*within the hour.*" The email had no subject line, ~~and Gjovik had never heard of~~& Pl.

13 did not know the team. Kagramanov said ~~he was~~he's "*looking into a sensitive IP matter*" ~~and~~& wanted to

14 speak with ~~Gjovik~~Pl. He said ~~Apple~~Def. "*sincerely appreciate [her] prioritizing this call ~~and~~& being flexible.*" He

15 never said ~~Gjovik~~Pl. was under investigation.

16 139. ~~Gjovik~~Pl. was sure she was about to be fired, but two minutes later, ~~Gjovik~~Pl. promptly responded at

17 2:10 PM ~~PST~~, saying she was willing to participate but wanted a written record of their conversations. She

18 said she will respond as quickly as she can. Kagramanov did not respond, so ~~Gjovik~~Pl. replied again.

19 ~~Gjovik~~Pl. responded again at 2:27 PM ~~PST~~, complaining to the Workplace Violence interrogator of "*witness*

20 *intimidation the day before her affidavit*" ~~and~~& telling him she forwarded his emails to her NLRB investigator.

21 ~~Gjovik~~Pl. posted on Twitter complaining of witness intimidation ~~and~~& fear of violence from Def.

22 Hey #Apple.³⁴ 'This feels a little like witness intimidation. I let @NLRB know.' Love, Ashley.

23 Clutches panic button & Mace while still laying on the floor pondering the brutality of U.S. capitalism." -- @ashleygjovik (September 9 2021 2:33 PM).

24 ~~166.~~140.    Cal.Lab.C. § 6401.9 defines "workplace violence" as the threat or use of physical force,

25 including incidents involving guns ~~and~~& dangerous weapons. There was no legitimate explanation why this

26

27 ────────────────

28

³⁴ ~~"Hey #Apple, 'This feels a little like witness intimidation. I let @NLRB know.' Love, Ashley. Clutches panic button & Mace while still laying on the floor pondering the brutality of U.S. capitalism." -- @ashleygjovik (September 9 2021 2:33 PM).~~

1  team was contacting ~~Gjovik. Gjovik~~Pl. Pl. opined about it on Twitter while she waited for Kagramanov's

2  response, posting at 2:34 PM: "*...so does he investigate the threats & violence, or is he the one that provides that as*

3  *a service?*"

4  ~~167.~~ Kagramanov replied to ~~Gjovik's~~Pl.'s email at 2:50 PM, now saying: "*We are investigating*

5  *allegations that you improperly disclosed Apple confidential information*." Kagramanov then also claimed

6  ~~Gjovik~~Pl. refused to "participate" in his farcical investigation ~~and~~& announced he was suspending all of

7  ~~Gjovik's Apple~~Pl.'s Def. account access. He never shared with ~~Gjovik~~Pl. that he was apparently partnering

8  with an ~~Apple~~Def. lawyer who assumably would have been waiting on the call/Webex to speak with ~~Gjovik~~Pl.

9  along with Kagramanov. The specific lawyer was previously a ~~New York~~NY state criminal Asst. Dist~~rict.~~

10 Attorney in Manhattan prior to joining ~~Apple~~Def. a few years prior. It's unclear what their plan was if

11 ~~Gjovik~~Pl. was to agree to speak with them.

12 ~~168.~~141.   ~~Gjovik~~ Pl. responded to Kagramanov at 3:07 PM, reiterating that she wanted to participate.
   "As mentioned, I am definitely willing to participate in your investigation. I only asked that the

13 discussion be kept to email — I said nothing about not participating in the discussion at all."

14 ~~Gjovik~~Pl. added: "I offered to help via email to ensure we have a documented [record] of our
   conversations considering everything that's currently going on with my investigation ~~and~~& my

15 complaints to the ~~government...~~gov.... I would really like the opportunity to remedy any actual

16 issues. Please let me know what the issues are so I can make a good faith attempt at that."

17 ~~Gjovik~~Pl. added in her 3:07 PM email reply to Kagramanov: "In the meantime, without any additional

18 context or effort to communicate with me in email, this really does feel like intimidation ~~and~~& additional

19 retaliation, ~~and~~& I will consider it as such." ~~Gjovik~~Pl. still did not know what she was supposedly accused

20 of.

21 ~~169.~~142.   On Sept. 9 2021~~ at 4:24 PM PST~~, the U.S. EEOC investigator emailed ~~Gjovik,~~Pl., saying she

22 posted the final version of the charge ~~and~~& asked ~~Gjovik~~Pl. to sign the charge. Pl.~~On Sept. 9 2021, at 4:27~~

23 ~~PM PST, Gjovik~~ digitally signed her U.S. EEOC charge against ~~Apple~~Def. Then, ~~at 4:47 PM PST, Gjovik~~Pl.

24 emailed the U.S. ~~Dept. of Labor~~DOL with responses to their questions about her protected activity ~~and~~

25 ~~Apple's~~& Def.'s retaliation. ~~Gjovik~~Pl. replied again at 5:26 PM PST, informing them ~~Apple's~~Def.'s

26 Workplace Violence interrogator had just suspended her account access ~~and~~& threatened her.

27 ~~170.~~143.   On Sept. 9 2021, at 6:54 PM ~~PST~~, Yannick Bertolus, ~~Gjovik's Vice President, and~~Pl.'s V.P. &

28 West's close friend, emailed ~~Gjovik~~Pl. with the subject line "*Your employment status*" ~~and an~~

   ~~attached~~attaching a letter saying she was terminated for vague reasons. The termination letter repeated an

1 ambiguous charge of leaking ~~and~~& said she "*failed to cooperate ~~and~~& to provide accurate ~~and~~& complete*

2 *information during the Apple investigatory process."*

3   ~~171.~~ **Continued Investigation**: Six days later, on Sept. 15 2021, at 7:40 PM PST, ~~Apple's~~Def.'s

4 lawyers at O'Melveny & Myers, via Partner David R. Eberhart emailed ~~Gjovik~~Pl. a letter implying ~~Apple~~Def.

5 terminated her due to her complaining about ~~Apple~~Def. asking to 3-D scan her ear canals ~~and~~& also because

6 she posted some of the surveillance photos ~~Apple~~Def. secretly took of her through her phone when it was

7 illegally harvesting her biometrics through its face Gobbler app.

8   ~~172.~~144.  ~~Gjovik~~ Pl. told Eberhart that none of that was confidential ~~and~~& that she had the right to

9 protest ~~and~~& discuss it. Eberhart threatened her ~~and~~& demanded she delete several Twitter posts but never

10 cited any legal authority (because there's none). A lawyer responded to Eberhart more formally a couple of

11 weeks later, on ~~Gjovik's~~Pl.'s behalf, warning him about Rule 11 sanctions if he attempted to pursue the matter

12 in court as his claims have no basis in fact or law. Eberhart never responded.

13   ~~173.~~  On Sept. ~~10 2021, Gjovik testified to U.S. NLRB for her first affidavit. On Sept. 14 2021,~~

14 ~~Gjovik had the second part of her NLRB affidavit. She posted about it on Twitter.~~

15   ~~174.~~145.  ~~On Sept.~~ 21 2021, Tim Cook emailed all ~~Apple~~Def. staff complaining that someone had

16 spoken publicly to reporters about work conditions. Cook said ~~Apple's~~Def.'s "doing *everything in our power*

17 *to identify those who leaked*." Cook said, "*People who leak confidential information do not belong here*."[35]

18   ~~175.~~146.  ~~On Sept. 10 2021, Pl. testified to U.S. NLRB for her first affidavit. On Sept. 14 2021, Pl. had~~

19 ~~the second part of her NLRB affidavit. She posted about it on Twitter.~~ On Dec. 13, 2021, US DOL docketed

20 ~~Gjovik's~~Pl.'s SOX, CERCLA, ~~and~~& OSH Act cases. A Financial Times article was published on Dec. 13,

21 2021, which said:

22   "The labour Dept. will examine whether Apple retaliated over claims about occupational

23   safety ~~and hazardous~~& haz. waste ~~management~~mgmt. liability, alongside a third allegation

24   that falls under the Sarbanes-Oxley Act, or Sox, which sets out the rules for financial record

25   keeping. ~~Gjovik~~Pl. pointed to a potential conflict of interest regarding Apple board member

26   Ronald Sugar, chair of the audit committee, as he was previously chief executive of ~~Northrop~~

  ~~Grumman~~NGC, the defense company responsible for the dump — ~~and~~& maintenance — of

  waste materials beneath the Sunnyvale office. Sugar could not be immediately reached for

27     ————————————

28

~~[35] Macworld, "*Apple's war against leakers is really a battle against the people that matter most*," Feb. 7 2023. (" …*people*~~
~~*who leak confidential information do not belong here.* / *Tattooed on Tim Cook's right bicep: 'Loose lips…' And on his left:*~~
~~'…*pink slips*.')~~

comment. "~~Gjovik's~~Pl.'s case was "especially unusual" ~~and~~& noteworthy because of the three separate statutes or laws that may have been broken, said Michael Duff, a former attorney at the National Relations Labor Board. "Federal agencies exercise what in the context of criminal law is known as prosecutorial discretion," he said. "They are very careful of what cases they move forward because they have scarce resources, so they must have a strong reason to believe they can prevail."[36]

~~176.~~147.    On May 20 2022, the ~~U.S.~~ EPA sent a letter to ~~Northrop Grumman~~NGC about ~~Stewart 1~~SD01, instructing that: "EPA requires that one round of indoor air samples be collected... under current conditions."[37] The letter included an attached memo from the ~~U.S.~~EPA's ~~Quality Assurance~~Q.A. branch instructing ~~Northrop Grumman (and Apple)~~NGC (& Def.) that there should be an annual inspection of "verification that the floor slab ~~and~~& barrier system have not been breached or otherwise compromised; evaluation to confirm that the building has not been modified in a manner that could compromise the system; evaluation of changes to building use," in addition to also inspection roof components.[38]

~~177.~~148.    On May 27, 2022, the ~~U.S.~~EPA finally admitted to ~~Gjovik,~~Pl., that there had been an inspection at her office on Aug. 19, 2021 – ~~Apple~~Def. had been able to conceal it from ~~Gjovik~~Pl. for nearly a year. On July 28 2022, ~~Northrop Grumman~~NGC told the ~~U.S.~~ EPA they were late in responding to the ~~U.S.~~ EPA's questions because ~~Apple and~~Def. & the building owner stopped responding to them for weeks.

~~178.~~149.    On July 14 2022, ~~Gjovik~~Pl. argued her unemployment insurance appeal. Prior, the case was mysteriously closed with inaccurate ~~information. Gjovik~~info. Pl. won her unemployment insurance appeal, ~~and~~& a decision was issued by an Administrative Law Judge stating:

~~Gjovik~~Pl. "received notice from the vice president that she was being discharged. The notice was vague ~~and~~& incomplete ~~and~~& stated that the claimant had disclosed confidential ~~information and~~info. & had not fully participated in some investigation. Although the claimant requested specific ~~information~~info. from the employer, no specific ~~information~~info. was provided. Before the separation of the employment the claimant received great performance reviews ~~and~~& prior to the separation the claimant received no oral or written warning notifying her that job was in jeopardy. At all times, the claimant performed her job duties to the best of her ability. In this matter the evidence shows that the claimant was discharged for reasons other than misconduct

---

[36] ~~Financial Times, "*Apple faces probe over whether it retaliated against whistleblower,*" Dec. 13 2021.~~
[37] ~~U.S. EPA, Re: EPA Technical Comments on the Passive SSDS O&M Plan and SSDS Evaluation, 825 Stewart Avenue Sunnyvale, CA, TRW Microwave Superfund Site (CERCLIS ID# CAD009159088) (May 20 2022).~~
[38] ~~U.S. EPA, Passive Sub Slab Depressurization (SSD) System Operation and Maintenance (April 25 2022).~~

1  connected with the most recent work."[39]

2  ~~179.~~150.    In 2022, there was discussion with the US Representative's office about bringing
3  ~~Gjovik's~~Pl.'s situation with ~~Apple~~Def. related to ~~environmental~~env. violations to a ~~USU.~~U.S. House Sub-
4  Committee the US ~~Representative~~Rep. chaired. On Dec. 30, 2022, the U.S. FTC confirmed they received
5  ~~Gjovik's~~Pl.'s complaint about ~~Apple's~~Def.'s Face Gobbler ~~and Ear Scans and~~& ear scans & provided
6  ~~Gjovik~~Pl. with a report tracking number. ~~Gjovik~~Pl. notified U.S. FTC in 2023 that she was taking the matter
7  on herself in this lawsuit.

8  ~~180.~~151.    After ~~Apple~~Def. fired ~~Gjovik, Gjovik~~Pl., Pl. filed additional U.S. NLRB ~~and~~& Cal. ~~Dept. of~~
9  ~~Labor~~DOL charges about Cook's email, ~~and Apple's~~& Def.'s NDAs ~~and~~& other employment policies,
10  charging they violate federal labor laws – ~~and~~& the U.S. NLRB agreed with ~~Gjovik,~~Pl., issuing a Decision of
11  Merit on her charges against ~~Apple~~Def. in Jan. 2023, ~~and~~& complaint in Sept. 2024.[40]

12  ~~181.~~152.    On Jan. 20 2023, ~~U.S.~~EPA told ~~Northrop Grumman~~NGC to plan to do ~~vapor intrusion~~V.I.
13  testing at ~~Gjovik's~~Pl.'s office in March 2023. ~~Apple~~Def. still had not done it for over seven years. On Aug.
14  31, 2023, the ~~U.S.~~EPA published a brief letter responding to ~~Apple's~~Def.'s May 2023 ~~vapor intrusion~~V.I.
15  testing results at ~~Gjovik's Apple~~Pl.'s Def. office, the first testing since Dec. 2015, calling ~~Apple's~~Def.'s
16  testing report ~~and~~& strategy "*fundamentally incorrect*," having "*no fundamental basis*," "*not accurate*,"
17  "*confusing*," ~~and~~& "*misleading*."[41]

18  ~~182.~~153.    ~~Plaintiff's~~Pl.'s activism was deeply chilled after the retaliatory litigation resulted in a gag
19  order from March 2022 ~~and~~& until the reverse ~~and~~& vacate in Nov. 2022. It became a crime for her to talk
20  to anyone aspects of her claims ~~and~~& complaints, ~~and~~& so she mostly stopped talking until she would no
21  longer face prison time for doing so. She picked up her research again in the winter of 2022/2023. (Note –
22  ~~Plaintiff~~Pl. alleges this ~~Defendant~~Def. is liable for this duress, ~~and~~& that it also impacted her ability to
23  'discover' what ~~Defendant~~Def. did – which was probably part of the reason they did it.)

24  ~~183.~~154.    In 2022, ~~Plaintiff~~Pl. was deeply traumatized by what happened to her in 2020-2021 but out
25  of concern for public safety continued to monitor the nearby Superfund sites for any progress, updates, or

26

27

28  [39] ~~*Ashley M Gjovik* (Claimant-Appellant); California Unemployment Insurance Appeals Board, Case No. 7253819, July 14 2022.~~
   [40] ~~Amanda Silberling, *Labor officials found that Apple execs infringed on workers' rights,* TechCrunch, January 30 2023.~~
   [41] ~~U.S. EPA, TRW Microwave Site, Northrop Grumman Vapor Intrusion Evaluation Report, Aug 31 2023.~~

1 possible revelations. ~~Plaintiff~~Pl. primarily studied the TRW Microwave site, including monitoring the ~~U.S.~~

2 EPA webpages ~~and~~& requesting extensive public records through FOIA. She also continued to ask questions

3 ~~and~~& share ~~information~~info. with the ~~U.S.~~EPA team overseeing the TRW Microwave site as they worked

4 on the corrective actions with ~~Apple and Northrop Grumman~~Def. & NGC.

5 ~~184.~~155.    ~~Plaintiff~~Pl. also kept an eye on the Honeywell "Synertek" Superfund site in Santa Clara next

6 to the apartments where she got sick in 2020. Back in 2020-2021, there were only a few theories about how

7 she could have gotten so sick. There was an investigation by the regional ~~U.S.~~EPA CERCLA team around

8 the Synertek site because its VOC groundwater plume was historically under where these apartments are

9 now. ~~Gjovik~~Pl. was monitoring the groundwater well reporting on ~~CalEPA's~~Cal. EPA's Geotracker GAMA

10 application.[42] In July 2022, she noticed that ~~U.S.~~EPA had tested the Synertek wells in 2021 following her

11 complaints (they did not tell her), ~~and~~& there was increasing TCE in the groundwater monitoring well

12 closest to her prior apartment.

13 ~~185.~~156.    In early Jan. 2023, while checking for updates, ~~Gjovik~~Pl. noticed the ~~U.S.~~EPA had uploaded

14 the 2022 Five Year Report for the Synertek site.[43] She read the report ~~and~~& had a number of questions about

15 the report ~~and~~& emailed ~~U.S.~~EPA ~~and~~& USACE with her inquires on Jan. 11 2023. Her email was organized

16 into four parts she titled: *"Increasing TCE In Well 33-A per GAMA"; "2022 FYR Notes Remediation Injections*

17 *In 2019 & 2020, With 'Rebound Effect'"; "~~Santa Clara Square Apartments~~SCSA In FYR";* ~~and~~ *~~"3250 Scott~~*

18 *~~Blvd."~~& ARIA.*

19 ~~186.~~157.    ~~Gjovik~~Pl. was also reviewing the ~~CalEPA~~Cal. EPA CERS portal for ~~information~~info. on all of

20 ~~Apple's California~~Def.'s Cal. facilities as she was building a large spreadsheet of all of ~~Apple's environmental~~

21 ~~and~~Def.'s env. & OSHA failures in ~~California~~Cal. (As of Jan. 18 2023, there were 162 rows!). She noticed

22 ~~3250 Scott Blvd~~ARIA had received many inspection violations in late 2020 (probably posted in 2021),

23 including citations for somehow losing 1,700 gallons of diesel in 2020. In her Jan. 11 2023 email, she wrote

24 to EPA:

25    ~~In her Jan. 11 2023 email, she wrote to U.S. EPA:~~ "Was there an inquiry to 3250 about testing?

26

27

28 [42] ~~CalEPA, Geotracker: Groundwater Ambient Monitoring and Assessment (GAMA),~~
~~https://www.waterboards.ca.gov/gama/~~
[43] ~~"6th 5-year review rpt for Synertek, Inc. Building 1 Superfund site, w/appendices A-F," 55 pp, Doc. ID 100029800~~
~~(September 8 2022). https://semspub.epa.gov/work/09/100029800.pdf~~

Apple moved in 2015, per CERS records. In 2017, Honeywell General Counsel (Kate Adams) became ~~General Counsel~~G.C. of Apple. Was this considered during any outreach about 3250? I'd be concerned about ~~VI~~V.I. at 3250 not just for workers there, but also due to chemical reactivity with the stockpile of industrial chemicals they're apparently hoarding there, & even losing tracks of thousands of gallons of." (referring to the diesel). ~~Gjovik was still focused on vapor intrusion. They did not respond.~~

~~Gjovik~~Pl. was still focused on V.I. They did not respond.

~~187.~~158.          Pl. became especially curious about a few of ~~Apple's California~~Def.'s Cal. properties that seemed to be more industrial than others. She filed Public Records Act requests for records about these sites. One of these requests (Request 23-127) was filed to Santa Clara city on Feb. 9 2023 ~~and~~& included a request for ~~3250 Scott Blvd~~ARIA records in addition to three other ~~Apple~~Def. buildings in Santa Clara. On Feb. 21 2023 the city of Santa Clara responded that it would take a while to gather the records but linked to four prior requests where some records had already been released in the interim. ~~[8/18 Declaration Exhibit H].~~ The requests with records for ~~3250 Scott Blvd (Requests 22-1148 and 22-1149,~~ARIA (filed Oct. 11 2022) were from AEI Consultants explaining they were working on "*property condition assessment reports*," assumably for ~~Apple~~Def.

~~188.~~159.     The only documents released were lists of permits. ~~Gjovik~~Pl. skimmed the permits for ~~3250 Scott Blvd and~~ARIA & was flabbergasted to see permits for semiconductor ~~fabrication~~fab. tools (which she recognized only due to her work on hardware development at ~~Apple).~~Def.). She quickly communicated her findings. She replied to ~~U.S.~~EPA complaining they still had not responded to her concerns about the groundwater wells ~~and~~& also added:

"A new, additional question for you all - is how long have you known that Apple was doing literal actual silicon fab in ~~that 3250 Scott Building~~[ARIA] since ~2016 through current? Like, back in the 1970s-1980s Silicon Valley silicon fab, ~~and~~& only .2 miles (.3 km) from RESIDENTIAL BUILDINGS. Apple's buildings permit (attached) notes solvent/chemical evaporation in the yards near the "gas bunkers" & a large number of solvent exhaust ducts to the roof from the variety of clean rooms & fab stations. The building is registered in CERS but is not a DTSC, Water Board, or ~~U.S.~~EPA site. A literal silicon fab factory that is spewing toxic chemicals into at least the air is only overseen by the city fire Dept. & which only inspected a couple times - finding open violations but apparently never even following up on them." ~~– Ashley Gjovik (2/22/23 12AM).~~
          – Ashley Gjovik (2/22/23 12AM).

The ~~Plaintiff~~Pl. was very distressed.

~~189.~~160.     On Feb. 21 2023 around 11:20pm, ~~Gjovik~~Pl. began tweeting about ~~Apple's~~Def.'s permits at ~~3250 Scott Blvd~~ARIA, trying to lead up to a grand reveal of the fab. However, an engineer spoiled the

1  surprise, also recognizing what she did, ~~and~~& quickly posted "*@[account] do you have any IH/OH friends who*

2  *can say exactly how stupid it is to do modern chip fab next to residential buildings?*" to which ~~Gjovik~~Pl. responded,

3  "*you spoiled the surprise for the non-hardware people, but good job, yes… APPLE IS SO [expletive] DUMB I'M*

4  *GOING TO SCREAM.*"[44] ~~Gjovik~~ Pl. then tweeted out the formal announcement:

5  "APPLE IS DOING LITERAL ACTUAL [expletive] SILICON FAB 0.2 MILES (0.3 KM) FROM
THE APARTMENT WHERE I GOT SO SICK I THOUGHT I WAS DYING & APPLE

6  VENTED THAT [expletive] INTO THE AIR FROM THEIR ROOF & THE YARD NEXT TO
THEIR "GAS BUNKERS" RIGHT INTO MY 3RD FLOOR APARTMENT."[45]

7

8  ~~Gjovik~~Pl. replied to her own post a moment later adding:

9  "I've been making muffled screaming noises for about twenty-five minutes now WTAF IS
WRONG WITH THEM THEY MUST HAVE KNOWN THEY DID THAT [expletive] TO

10  ME!!! No wonder they gave me that "extreme condition leave" to move out, Apple is the extreme

11  condition."[46]

12  ~~190.~~161.  ~~Gjovik~~Pl. started emailing with a friend, Lenny, about what she found. They met during her

13  activism in late 2020 ~~and~~& emailed each other about ~~environmental~~env. matters ongoing. She shared with

14  Lenny she also found a "*cryptic fire Dept. gas leak report from June 2019 at ~~3250 Scott~~.*" Apple's*[ARIA].*" Def.'s

15  name was redacted, ~~and~~& the chemical name misspelled. Lenny explained~~,~~:

16  "I believe the correct spelling is phosphine. This is why the county's fire Dept.'s led the
development of the model ~~hazardous~~haz. materials storage ordinance…In general, the gas releases

17  have more acute health effects than the releases to groundwater~~.~~".

18  Lenny was involved it getting the Santa Clara County toxic gas ordinance passed in the 1980s ~~and~~& she

19  trusted his expertise. ~~[~~Lenny was also recently the mayor of Mountain View, as well as a City Council

20  member, ~~and~~& member of the city's Planning ~~Commission~~Comm. in the 1980s. He is also the executive

21  director of the Center for Public Env. Oversight. Lenny also tried to investigate how ~~Gjovik~~Pl. was injured

22  ~~and~~& also could not figure out it out in 2020-2022~~]~~.

23  ~~191.~~162.  Prior to ~~Gjovik's~~Pl.'s Feb. 2023 discovery, numerous ~~government~~gov. agencies ~~and~~& experts

24  ~~had~~ reviewed ~~Gjovik's~~Pl.'s complaints ~~and~~& the site data; they tried to figure out what could have made her

25  sick. Eventually there was consensus that it was probably not the Superfund site, or the existing Brownfield

26

27  ───────────────

28

1  contamination – ~~and~~& the best guess was maybe something in the building materials at the apartment. That's

2  where it left off ~~and~~& that's why ~~Gjovik~~Pl. wrote "*I thought I was dying…*" in desperation ~~and~~& which was

3  published in March 2021.  This led to ~~Gjovik~~Pl. filing a complaint to ~~U.S.~~ EPA in June 2023 about ARIA.

4  ~~192.~~163.    From Sept. 2023 through Sept. 2024, ~~Gjovik~~Pl. worked as program manager for an air

5  pollution research project at a research university. The role was temporary ~~and~~& did not utilize her legal or

6  engineering experience. After two years of searching ~~and~~& hundreds of applications, it was the first ~~and~~&

7  only job offer she could obtain.[47] The role was far lower seniority than her role at ~~Apple, and Gjovik's~~Def.,

8  & Pl.'s salary was reduced by 41% ~~and~~& total compensation lowered by 74%. ~~Gjovik~~Pl. is now back on

9  Medicaid ~~and~~& applying for EBT ~~and~~& unemployment insurance.

10  ~~193.~~   On Sept. 27 2024, the ~~U.S.~~ EPA published the "Five Year Report" for the Triple Site,

11  including the TRW Microwave site. ~~Gjovik~~Pl. was invited to provide a comment as a community member,

12  which she did, ~~and~~& it was included in the final public report. The report reiterated that a new Record of

13  Decision is still needed ~~and~~& needs to address ~~vapor intrusion.~~

14  ~~194.~~164.    V.I. However, the report also revealed that investigation into elevated levels of TCE in the

15  outdoor air is now focusing on the shallow groundwater at two sites, including ~~Gjovik's~~Pl.'s office. Additional

16  testing ~~and~~& evaluations were ordered, because if true, the contaminated groundwater plume just a couple

17  feet below the surface maybe be releasing dangerous levels of TCE into the outdoor air of the entire property

18  ~~and~~& neighboring properties. The ~~U.S.~~ EPA also shared the raw data for the indoor air testing with ~~Gjovik,~~

19  ~~and~~Pl., & it showed that there continued to be ~~vapor intrusion~~V.I. inside but with chemicals at 'acceptable'

20  levels, with the exception of elevated levels of benzene. The report ~~and~~& analysis still have not been released.

21  ~~195.~~   The NLRB issued a complaint against ~~Apple~~Def. on Sept. 27 2024, over ~~Apple's~~Def.'s

22  Business Conduct Policy~~,~~ and NDAs~~, Intellectual Property Agreement,~~ [48]. The NLRB issued a Decision of

23  Merit in Jan. 2023, (thus the NLRB will issue a complaint ~~and~~& sue ~~Apple~~Def. if ~~Apple~~Def. does not settle

   first) about an email CEO Tim Cook sent his staff in Sept. 2021 shortly after ~~Gjovik~~Pl. was fired. [49,50]

24

25

26

27  [47] ~~With the exception of brief expert consulting work for a large law firm on a class action fraud lawsuit – consulting~~
    ~~which abruptly ended upon Apple's counsel demanding that Gjovik be removed from working on the lawsuit –~~

28  ~~perhaps one of the most direct examples of denylisting ever.~~
    [48] ~~32-CA-284428~~
    [49] ~~32-CA-284441~~
    [50] ~~32-CA-282142, 32-CA-283161~~

1  ~~196.~~165.    In Oct. 2024, NLRB issued a decision of merit that there is substantial evidence that
2  ~~Apple's~~Def.'s placement of ~~Gjovik~~Pl. on leave was an unlawful suspension, ~~and~~& both the suspension ~~and~~&
3  termination of her employment violated federal labor laws.

4  ### LEGAL CLAIMS~~: RETALIATION~~

5  ~~197.~~**166.**    ~~Gjovik~~Pl. hereby incorporates by reference each ~~and~~& every allegation ~~and~~& fact above ~~and~~&
6  below, into each section where that allegation and/or facts is required to support the claim at issue. Some
7  facts ~~and~~& allegations are not repeated in order to meet page limits. Where any statute of limitations is in
8  question of possibly being expired for an alleged claim, ~~Gjovik,~~Pl., where reasonable, will argue that the
9  statute of limitations should be tolled due to ~~Apple's~~Def.'s fraudulent concealment of numerous material
10  facts. ~~Gjovik~~Pl. will also argue, where applicable, the doctrine of continuing violations, equitable tolling,
11  ~~and~~& the discovery rule.

12  ### Knowledge of Protected Activities

13
14  ~~198.~~167.    ~~Gjovik:~~ Pl. started threatening ~~Apple~~Def. that she'd talk to the press about her work
15  conditions back in June 2021 ~~and~~& did talk to the press ~~and~~& was quoted by NYT about ~~Apple~~Def. starting
16  in July 2021. ~~Apple Employee Relations~~Def. E.R. told ~~Gjovik~~Pl. they saw it, were aware, ~~and~~& were annoyed
17  she figured out labor laws. ~~Gjovik and~~Pl. & her social media posts were covered by the press. ~~Gjovik~~Pl.
18  provided quotes ~~and~~& additional ~~information~~info. Each time a new article was published, ~~Apple's~~Def.'s
19  public relations team was directly notified by the press, requesting comment.

20  ~~199.~~168.    Further, in mid-July 2021 ~~Gjovik~~Pl. directly notified ~~Employee Relations~~E.R. that she ~~and~~&
21  other coworkers were posting on social media complaining ~~Apple~~Def. was invading their privacy with overly
22  aggressive medical release forms for ADA accommodation requests. ~~Employee Relations~~E.R. also
23  interrogated ~~Plaintiff~~Pl. around July 29 2021 about the statements she was making ~~and~~& urged her to stop
24  talking about work conditions, even with her coworkers ~~and~~& on ~~Apple~~Def. systems.

25  ~~200.~~169.    After being put on leave on Aug. 4 2021, ~~and~~& speaking out on Twitter ~~and~~& in the press,
26  ~~Gjovik~~Pl. quickly received an email from ~~Apple Employee Relations,~~Def.'s E.R., Okpo, on Aug. 5 2021
27  complaining about what she said ~~and~~& falsely accusing her of lying. (In Sept. 2024, the NLRB issued a
28  ~~d~~Decision of ~~m~~Merit that there is substantial evidence that Okpo's email violated federal labor laws.)

~~201.~~170.    ~~Gjovik~~Pl. observed an incredible response from her coworkers while she was sharing stories
~~and~~& documents in Aug. 2021, with many discussions on ~~Apple's~~Def.'s Slack tool for employees, including

1 many employees saying, ~~and~~& telling her, that they had reported the people she complained about ~~and~~&

2 asked ~~Apple~~Def. to do the right thing with ~~Gjovik~~Pl. One post even led to a petition within Apple ~~— Gjovik~~

3 ~~had.~~ Pl. shared a "Radar" work tracking ticket that was titled with the goal of making her life "*a living Hell.*"

4 "#Apple makes great products, & some workers have a great experience, but some don't. Everyone

5 who knows me at work knows I've dealt with more abuse than anyone should have. (See: "Make
Ashley's Life a Living Hell"... & they really did). No one seems surprised I finally broke." [Image]

6 10:55 PM · Aug 12, 2021

7 ~~202.~~171.    Dozens of employees started commenting in the Radar; after seeing it on her social media,

8 demanding ~~Apple~~Def. improve its conduct. Several people said they had reported the Radar to ~~Human~~

9 ~~Resources. This was~~H.R. around Aug. 16 2021. One would think if dozens/hundreds of employees are

10 complaining about abuse ~~Gjovik~~Pl. faced, as shared on social media, that ~~Apple~~Def. might think to read her

11 social media. Per Def.'s 2022 position statement, Def. was also supposedly investigating Pl.'s Twitter posts

12 from Aug. 28 2021-Sept. 9 2021, which would assumably include reading Pl.'s Twitter posts.

13 ~~203.    Per Apple's 2022 position statement, Apple was also supposedly investigating Plaintiff's~~

14 ~~Twitter posts from around Aug. 28 2021-Sept. 9 2021 - which would assumably include reading Gjovik's~~

15 ~~Twitter postings.~~

16 ~~204.~~172.    Finally, as part of the steps leading to ~~Plaintiff's~~Pl.'s termination, one of the supposed reasons

17 she was to be terminated, as communicated by ~~Human Resources~~H.R. to her VP, was that she supposedly

18 failed to participate in the ~~Employee Relations~~E.R. investigation by redacting the evidence she provided

19 ~~Employee Relations~~E.R. However, she did not redact any records in her Box folders for ~~Employee~~

20 ~~Relations~~E.R. She did however redact the internal records she was posting on Twitter. ~~Apple HR~~Def. H.R.

21 must have gotten confused ~~and~~& mixed up their Twitter stalking screenshots with the records ~~Plaintiff~~Pl.

22 provided them directly. ~~Apple~~Def. never raised the matter to ~~Gjovik and Gjovik~~Pl., & Pl. only discovered

23 this fact via discovery.

24 ~~205.~~173.    ~~Apple~~Def. apparently  continued to monitor her posts after Sept. 2021 (attempting to get

25 Twitter to delete some of them, admitted in U.S. ~~Dept. of Labor~~DOL filings) ~~and~~& through  Jan. 2022

26 (~~Applegate~~J.A. wrote to ~~Plaintiff~~Pl. upset that she tried to get ~~Plaintiff's~~Pl.'s Twitter posts deleted but found

27 out ~~Apple~~Def. also reported them ~~and~~& it was ~~Apple's~~Def.'s reports that resulted in the posts being deleted~~)~~.

28 ) & onward.  Def. is certainly reading Pl.'s Twitter & other social media & has been for years. Def. also had
knowledge of Pl.'s activities through direct updates form Pl., info. shared by agencies arising out of Pl.'s
complaints, press coverage of Pl., & any surveillance they were conducting of her personal & work devices

1  (which Def.'s policies said they would do).

2  ~~206.    Apple is certainly reading Gjovik's Twitter and other social media and has been for years.~~

3  ~~Apple also had knowledge of Gjovik's activities through direct updates form Gjovik, information shared by~~

4  ~~agencies arising out of Gjovik's complaints, press coverage of Gjovik, and any surveillance they were~~

5  ~~conducting of her personal and work devices (which Apple's policies said they would do).~~

6  ~~207.~~174.    For Cal. Labor Code ~~Section~~§§ 98.6 ~~and~~& 1102.5, any issues with statute of limitations

7  related to the claims or remedies (*i.e.* penalties/fines), is equitably tolled by ~~Gjovik's~~Pl.'s timely complaints

8  sitting in the Cal. ~~Dept. of Labor~~DOL queue for years before ~~Gjovik~~Pl. kicked the claims out into this lawsuit.

9  This lawsuit replaced the ~~California Dept. of Labor~~Cal. DOL DIR case *Ashley Gjovik v Apple Inc*, RCI-CM-

10  842830. ~~Gjovik~~Pl. filed the initial claim on Aug. 29 2021, prior to ~~Apple~~Def. terminating her employment.

11  **Count One: Wrongful Discharge in Violation of Public Policy** ~~(*Tamney* claim)~~

12  ~~208.~~175.    ~~Apple~~Def. retaliated against ~~Gjovik and~~Pl. & discharged ~~Gjovik's~~Pl.'s employment for a

13  variety of reasons that violated public policy. Among other unlawful reasons, ~~Gjovik~~Pl. was terminated in

14  violation of the "*strong public interest*" reflected "*in encouraging employee reports of illegal activity in the*

15  *workplace.*" Certain concurrent claims are incorporated here as Tamney sub-claims. Specifically: Cal.Lab.C.

16  §§ 96(k), 98.6, 232, 232.5, 1102.5, ~~and~~& 6310. ~~The following~~These sub-claims are included in addition:

17  **Illegal Data Harvesting [Cal. Const. Article I, Section 1; FTC Act~~]~~**

18  ~~209.~~176.    ~~Apple's~~**]:** Def.'s coercive ~~and~~& unlawful data collection of biometric, genetic, anatomical,

19  ~~and~~& surveillance data is a gross ~~and~~& egregious violation of Article I Section 1 of the ~~CALIFORNIA~~Cal.

20  Constitution; the ~~CALIFORNIA~~Cal. Privacy Rights Act; the U.S. FTC Act; Cal.Pen.C. § 637.7, ~~and~~& the

21  ~~INTERNATIONAL COVENANT~~Int. Cov. on Civil ~~AND~~& Political Rights: Article VII~~on Free Consent~~.

22  ~~210.~~177.    ~~Apple's~~Def.'s supposedly legitimate reason for terminating ~~Gjovik,~~Pl., while false ~~and~~&

23  pretextual, is an illegality itself. ~~Apple~~Def. claims it fired ~~Gjovik~~Pl. for complaining about ~~Apple's~~Def.'s

24  surveillance of employees, including coercive data collection of biometrics ~~and~~& invasive 24/7 video

25  recording. ~~Apple~~Def. discriminated against ~~Gjovik~~Pl. (including terminating her employment) due to

26  ~~Gjovik's~~Pl.'s actions related to her constitutional ~~and~~& statutory right to privacy, which are rights that

27  benefit the public, are substantial ~~and~~& fundamental rights, ~~and~~& which were firmly established at the time

28  of discharge. ~~Apple's~~Def.'s decision to use this as their excuse for terminating ~~Gjovik~~Pl. reveals

~~Apple's~~Def.'s animus against ~~California~~Cal. employees′ privacy rights.

1  211. ~~Apple~~Def. also intruded into ~~Gjovik's~~Pl.'s seclusion, physically ~~and~~& constructively invading
2  ~~Gjovik's~~Pl.'s privacy [Cal. Civ. Code § 1708.8(a), (b), (d)], ~~and Apple~~ Def. surveilled ~~Gjovik and~~Pl. &
3  forced ~~Gjovik~~Pl. to surveil others with the always-on video camera in her iPhone, including in bathrooms
4  ~~and~~& locker rooms in violation of ~~California~~Cal. Labor Code § 435. The Gobbler app did take videos ~~and~~&
5  photos of ~~Gjovik~~Pl. in the bathroom ~~and Gjovik~~& Pl. has copies of those images.

6  ~~212.~~178. ~~Apple's~~ Def.'s use of Gobbler on ~~Gjovik's~~Pl.'s phone also forced ~~Gjovik~~Pl. to participate in
7  ~~Apple's~~Def.'s unlawful acts by facilitating ~~Apple's~~Def.'s secret capture, storage, ~~and~~& processing of photos,
8  videos, ~~and biometric information~~& biometrics of the public without their knowledge or consent.
9  ~~Apple's~~Def.'s termination of ~~Gjovik also~~Pl. stated that if ~~Apple~~she were to warn people what was occurring
10  on her phone, she would be fired. Therefore, ~~Apple's~~Def.'s unfair business practices made consent from the
11  public impossible. The public had a reasonable expectation of privacy for ~~their highly~~ sensitive biometrics.

12  ~~213.~~179. ~~Apple~~Def. also violated ~~Section~~§ 5 of the FTC Act in unlawfully coercing employees to
13  provide personal ~~and~~& sensitive data for commercial product development, which was also engaging in
14  unfair acts or practices that can harm consumers, cannot be avoided by consumers, ~~and~~& are unreasonable,
15  ~~and~~& misleading statements to consumers.[51] Employees can be consumers under the FTC Act as an
16  employee of ~~Apple~~Def. who goes out ~~and~~& buys an iPhone is an ~~Apple~~Def. customer who now owns an
17  ~~Apple~~Def. product with consumer protection laws protecting them. ~~(This sub-claim is connected to the Cal.~~
18  ~~B&P Code § 17200 *et seq.* claim).~~

### Employment Discrim~~ination.~~ [Cal. DFEH; U.S. EEOC~~]~~

20  ~~214. Gjovik~~]: Pl. reported ~~and~~& testified about topics including complaints about sex, gender,
21  ~~and~~& disability discrim~~ination.~~, which are "fundamental" rights for the purpose of a *Tamney* claim.
22  ~~Gjovik~~Pl. filed Cal. DFEH, ~~and~~& U.S. EEOC claims on Aug. 12 2021, ~~and~~& proceeded to testify ~~and~~&
23  provide evidence, requesting a Right to Sue letter, which she was granted on Sept. 9 2021, just hours before
24  ~~Apple~~Def. fired her.

25  ~~215.~~180. ~~Apple~~Def. retaliated against ~~Gjovik~~Pl. for opposing ~~Apple's~~Def.'s discriminatory practices.
26  ~~Gjovik~~Pl. also reported to U.S. NLRB ~~and~~& the U.S. ~~Dept. of Justice~~DOJ. Civil Rights before her
27  termination. ~~Apple~~Def. discriminated against ~~Gjovik~~Pl. (including terminating her employment) due to

28  ─────────────────

[51] ~~US FTC,~~ *~~FTC Act Section 5: Unfair or Deceptive Acts or Practices,~~* ~~Consumer Compliance Handbook.~~

1 ~~Gjovik's~~Pl.'s actions related to a constitutional ~~and~~& statutory right to be protected from discrim~~ination.~~
2 due to her sex ~~and~~& due to her disabilities, which is a right that benefits the public, is a substantial ~~and~~&
3 fundamental right, ~~and~~& which was firmly established at the time of discharge.

4 **Crime Victim/Witness Discrim~~ination.~~ [Cal. Labor Code § 230(e)~~]~~**

5 ~~216.~~181.    Apple~~)]:~~ Def. discriminated against ~~Gjovik (~~Pl., including terminating her employment~~)~~, due
6 to ~~Gjovik's~~Pl.'s actions related to ~~a~~ constitutional ~~and~~& statutory right~~s~~ to be protected from crime ~~and~~&
7 seek justice for injury caused by crime, which is a right that benefits the public, is a substantial ~~and~~&
8 fundamental right, ~~and~~& which was firmly established at the time of discharge ~~[Cal. Lab. Code § 230(e).]~~
9 ~~Gjovik.~~ Pl. was a "*victim of a crime that caused physical injury*" ~~and she~~& suffered "*physical, psychological, and*~~&~~
10 *financial harm due to the attempted commissions of a crime ~~or delinquent act."...~~*"

11 **~~Legislative~~Leg. Witness Discrim~~ination.~~ [Cal. Gov. Code § 9414~~]~~**

12 ~~217.~~    Apple~~]:~~ Def. knew ~~Gjovik~~Pl. was talking to legislatures about what occurred to her next to
13 ARIA, ~~and Apple~~& Def. knew that it was ~~Apple~~Def. who was responsible for ~~Gjovik's~~Pl.'s harm, despite
14 ~~Gjovik~~Pl. not knowing that fact yet. ~~Apple~~Def. knew ~~Gjovik~~Pl. may testify ~~legislative~~leg. committees about
15 the air pollution caused by ~~Apple. Apple~~the Def. The Def. undertook an effort to ensure ~~Gjovik~~Pl. did not
16 testify ~~and~~& to harass ~~Gjovik~~Pl. because ~~Gjovik~~Pl. may testify to a committee.

17 ~~218.~~182.    Apple Def. also knew ~~Gjovik~~Pl. was talking to elected officials about its retaliation against
18 ~~Gjovik~~Pl. after her termination, including a State Senator, a ~~US Representative, and~~U.S. Rep., & a ~~USU.S.~~
19 Senator. It is enough to establish a nexus that ~~Apple~~Def. had reason to think ~~Gjovik~~Pl. planned to be a witness
20 for an agency or committee. It is also illegal under ~~California Penal code~~Cal. P.C. to intimidate witnesses, or
21 to threaten witnesses before and/or after testimony. [Cal ~~Penal Code~~P.C. 140(a) 137(b) 136.1]. Further,
22 ~~Apple's~~Def.'s also violated Cal. Gov. Code § 9414 (a misdemeanor public offense) by harassing ~~and~~&
23 retaliating against ~~Gjovik,~~Pl., by attempting to prevent ~~and~~& dissuade ~~Gjovik's~~Pl.'s testimony for a
24 proceeding, ~~and~~& by depriving, threatening, ~~and~~& attempting to deprive or requesting ~~Gjovik~~Pl. not be
25 employed due to ~~Gjovik~~Pl. being a witness for a committee, ~~and~~& giving testimony to a committee as a
26 witness or victim.

27 **Count Two: ~~California~~Cal. Whistleblower Protection Act**
28 **(~~Violation of ~~(Cal.Lab.C. § 1102.5)**

1  ~~219.~~183.    ~~Plaintiff~~Pl. re-alleges ~~and~~& incorporates by reference each ~~and~~& every allegation set forth
2  above, as though fully set forth in this Claim for Relief. ~~Apple~~Def. violated § 1102.5 when it took adverse
3  employment action against ~~Gjovik~~Pl. due to ~~Gjovik's~~Pl.'s protected activity in disclosing ~~information~~info. to
4  a governmental or law ~~enforcement~~enf. agency, to a person with authority over the employee, or to another
5  employee who has authority to investigate, discover or correct the violation; or providing ~~information~~info.
6  to or testifying before, any public body conducting an investigation, hearing, or inquiry.

7  ~~220.~~184.    Cal.Lab.C. § 1102.5 also covers ~~Gjovik's~~Pl.'s' public disclosures as due to ~~Apple's~~Def.'s
8  extreme power ~~and~~& control over the ~~government~~gov. agencies who are supposed to be able to regulate it,
9  often the only party in a position to force ~~Apple~~Def. to correct the issue is the public. Many of ~~Gjovik's~~Pl.'s
10 public statements in Aug. ~~and~~& Sept. 2021, ~~and~~& statements to coworkers in June ~~and~~& July 2021, all before
11 her termination, noted that was why ~~Gjovik~~Pl. was bringing her complaints forward to her coworkers ~~and~~&
12 the public – so the public pressure may force ~~Apple~~Def. to do the right thing for once. At the very least,
13 ~~Apple~~Def. was monitoring ~~Gjovik's~~Pl.'s social media activity ~~and~~& articles, so ~~Apple~~Def. was informed of
14 her disclosures through that surveillance.

15 ~~221.  Gjovik~~Pl. filed several complaints under multiple laws, which were known to ~~Apple~~
16 ~~executives~~Def. exec.'s, bosses, ~~and~~& administrators (by ~~Gjovik~~Pl. informing them directly, or by ~~Gjovik~~Pl.
17 speaking about them publicly on social media ~~and~~& the press, or by ~~Apple's~~Def.'s surveillance of ~~Gjovik~~Pl.
18 before her termination.

19 ~~222.~~185.    ~~Apple~~Def. discharged ~~and~~& discriminated against ~~Gjovik~~Pl. in retaliation for ~~Gjovik's~~Pl.'s
20 disclosure of ~~information~~info. about ~~Apple's~~Def.'s unlawful acts ~~and~~& omissions. ~~Gjovik~~Pl. disclosed
21 ~~Apple's~~Def.'s violations of numerous laws as incorporated from allegations to ~~government~~gov. agencies, the
22 public, the press, ~~and Apple management. Gjovik~~& Def. mgmt. Pl. had a reasonable cause to believe that the
23 ~~information~~info. she disclosed violated the statute ~~and~~& was non-compliant with a rule or regulation.
24 ~~223.  Violations~~Pl. complained of violations of the anti-retaliation provisions of ~~environmental~~env.
   laws, specifically, 42 U.S.C. §§ 9610 ~~and~~& 7622 ~~and~~& 15 U.S.C. 2622. Violations of the anti-retaliation
25 provisions of ~~environmental~~env. laws. 42 U.S.C. § 9610, ~~and~~& 42 U.S.C § 7622, ~~and~~& 15 U.S.C. § 2622.
26 Filed complaints to the ~~U.S.~~EPA, CalEPA, ~~and~~& U.S. ~~Dept. of Labor~~DOL around Aug. 29 2021.
27 ~~224.  Violation~~ Pl. complained of violations of § 8(a)(1) of the NLRA. Filed complaints to U.S.
28 NLRB about NLRA § 8(a)(1) violations on Aug. 26 2021. ~~Complaints~~Pl. initiated a proceeding with an
   NLRB field agent contacting ~~Gjovik~~Pl. for an interview in early Sept. 2021. NLRB issued a decision of merit

on ~~Gjovik's~~Pl.'s claims ~~and~~& filed suit against ~~Apple~~Def. in Oct. 2024.

~~Filed~~ Pl. also filed complaints to ~~CalDOL, CalOSHA, and US Dept. of Labor~~Cal. DOL, & U.S. DOL re: CCR, Title 8, General Industry Safety Order 5194~~.~~

~~225.    Violation~~Pl. complained of violations of 29 U.S.C. § 660; Violations of the OSH Act at 29 U.S.C. § 660. Filed complaints to CalOSHA, US ~~Dept. of Labor.~~DOL. Complaint initiated a proceeding with a Wage & Hour investigator contacting ~~Gjovik~~Pl. for ~~information~~info. in early Sept. 2021.

~~226.    Violation~~ Pl. complained of violations of the ~~California~~Cal. Constitution's right to privacy ~~(but not related to Gobbler); Made~~; made complaint to ~~Apple management~~Def. mgmt. in Aug. 2021~~.~~, ~~S~~shared concerns with reporter for advocacy article in Aug. 2021: *"Apple Cares about Privacy, Unless You're an Apple Employee.*" ~~Made~~," and made complaints on social media in Aug. – Sept. 2021.

~~Violation~~ Pl. complained of violations of 42 U.S.C. § 2000e ~~and California Government~~& Cal. Gov. Code § 12920~~. Anti-Discrimination Laws (Basis of Sex and Disability). Filed~~ anti-discrim. laws (sex & disability). Pl. filed complaints to U.S. ~~Dept. of Justice~~DOJ Civil Rights in Aug. 2021~~. Filed complaints~~, and to U.S. EEOC ~~and~~& Cal. DFEH in Aug. 2021~~.~~ (Title VII of the Civil Rights Act ~~of 1964~~, 42 U.S.C. §2000e; ~~California Government~~Cal. Gov. Code § 12920~~.~~).

## Count Three: Cal. Labor Code § 6310

~~227.~~186.    ~~Apple~~Def. violated § 6310 via discrimination, suspension, discharge, or threat of discharge against ~~Gjovik~~Pl. for ~~Gjovik~~Pl. complaining about unsafe work conditions or practices, instituting, or causing to be instituted proceedings related to her right to safe ~~and~~& healthful working conditions, testifying about workplace safety, ~~and~~& exercised her rights under the ~~California~~Cal. OSH Act. ~~Apple~~Def. also took the above negative actions due to fear that ~~Gjovik~~Pl. would engage, or engage further, in the activities above. ~~Gjovik's~~Pl.'s safety complaints ~~and~~& inquiries were a substantial motivation reason for ~~Apple's~~Def.'s decision to discharge, discipline, ~~and~~& discriminate against ~~Gjovik~~Pl.

~~228.~~187.    ~~Apple~~Def. discriminated against ~~and~~& discharged ~~Gjovik~~Pl. because ~~Gjovik~~Pl. complained about safety ~~and~~& health conditions or practices at the workplace to ~~Apple~~Def. managers ~~and~~& her coworkers, including chem~~ical~~. exposure. ~~Apple~~Def. discriminated against ~~and~~& discharged ~~Gjovik~~Pl. because ~~Gjovik~~Pl. reported work-related injuries ~~and~~& illnesses~~, and~~ & requested ~~information~~info. about work-related injury ~~and~~& illness reports or records. ~~Apple~~Def. knew about ~~Gjovik's~~Pl.'s complaints through conversations, emails, meeting notes, internal complaints, external complaints, public interviews, ~~and~~&

1 social media posts.

2 ~~229.~~188.    ~~Gjovik~~Pl. filed a Retaliation claim with the ~~California Dept. of Labor~~Cal. DOL on Aug. 29

3 2021, ~~and Apple~~& Def. was notified of such before her termination. ~~Gjovik~~Pl. complained of unsafe work

4 conditions ~~and~~& internal violations of safety laws/rules/standards to ~~Apple,~~Def., the ~~U.S.~~EPA, ~~CalEPA,~~

5 ~~and~~Cal. EPA, & OSHA.

6 ~~Gjovik~~Pl. complained about violations of, ~~and~~& issues related to, numerous topics, including:

– HazCom ~~and~~& employee exposure to chemicals [Cal.Lab.C. §§ 6398, 6400-6405, 6408; 8 Cal. Code. Reg. § 340.2; 29 CFR Z; OSH Act § 1910.1020]

– COVID-19 safety ~~and~~& communication [Cal.Labor.C. §§ 6325; 6409.6, 6432]

– Wildfire smoke safety [Cal.C.Reg. Title 8, § 5141.1]

– Employee injury tracking ~~and~~& reporting [8 Cal.C.Reg. § 14300]

– Efforts to reduce e-waste; ~~and Apple's~~& Def.'s prior e-waste (Universal ~~Hazardous~~Haz. Waste) violations. [Cal. Health/Safety; RCRA]

– Environmental safety including ~~vapor intrusion~~V.I. exposure [Cal.Lab.C. § 6406; CERCLA/SARA, RCRA, CAA, CWA, OSH Act HazCom]

– Right to Know [EPCRA; Cal.Lab.C. § 6399.7] ~~and~~& Proposition 65, the Safe Drinking Water ~~and~~& Toxic Enforcement Act of 1986 [Cal. Health & Safety Code §§ 25249.5 to 25249.14].

– OSH Act Workplace Violence [Cal.Lab.C. §§ 6401.7, 6401.9]

~~Apple~~Def. retaliated against ~~Gjovik~~Pl. preemptively out of fear that ~~Gjovik~~Pl. would file additional complaints related to health ~~and~~& safety at the workplace. ~~Apple~~Def. hoped its retaliation would cause ~~Gjovik~~Pl. to drop her existing complaints out of fear ~~and~~& intimidation, ~~and~~& to prevent ~~Gjovik~~Pl. from filing additional complaints.

**Count Four: Cal. Labor Code § 98.6**

~~Violation of Cal.Lab.C. § 98.6~~

~~230.~~189.    ~~Apple~~Def. violated Cal.Lab.C. § 98.6 when ~~Apple~~Def. did discharge ~~and~~& discriminate against ~~Gjovik~~Pl. for engaging in certain activities, including *"filing a complaint with the Labor Commissioner or testifying in such proceedings."* ~~Gjovik~~Pl. filed a complaint with the ~~California~~Cal. Labor Commissioner on Aug. 29 2021 ~~and Apple~~& Def. was notified she did so through her public statements ~~and~~& notification from the agency. Def. violated § 98.6 by retaliating against Pl. due to Pl. filing a claim with & causing to be instituted proceedings related to the rights under the jurisdiction of the Cal. Labor Commissioner, & for exercising rights provided to her under Cal. Labor Code on behalf of herself & on behalf of other employees.

1 Def. punished her for doing so.

2    ~~231.   Apple violated § 98.6 by retaliating against Gjovik due to Gjovik filing a claim with and~~

3 ~~causing to be instituted proceedings related to the rights under the jurisdiction of the California Labor~~

4 ~~Commissioner, and for exercising rights provided to her under California Labor Code on behalf of herself~~

5 ~~and on behalf of other employees. Apple punished her for doing so.~~

6    ~~232.~~   Animus was shown in many of the comments ~~and~~& communications from ~~Apple~~Def.

7 employees, managers, ~~and~~& agents before ~~and~~& after ~~Apple~~Def. terminated ~~Gjovik~~Pl. Comments ~~frequently~~

8 referenced ~~Gjovik's~~Pl.'s protected activities, but claimed ~~Gjovik~~Pl. was lying ~~and~~& acting in bad faith, ~~and~~

9 ~~then~~& argued that because ~~Gjovik~~Pl. make ~~the~~ complaints, she should be punished ~~for it.~~

10    ~~233.~~190.    ~~Apple~~. Def. retaliated against ~~Gjovik~~Pl. due to ~~Gjovik's~~Pl.'s protected activity, ~~and~~& she

11 suffered ~~materially~~ adverse actions with a causal connection to the protected activity. ~~Apple~~Def. engaged in

12 actions prohibited by this section ~~(termination, suspension, discipline, harassment, etc.)~~ within 90 days of

13 ~~Gjovik's~~Pl.'s protected activity.[52]

### Violation of Cal. Labor Code § 232.5 via §§ 98.6, 98.7

14    ~~234.   Apple:~~ Def. violated Cal.Lab.C. § 232.5 when disciplining ~~and~~& discharging ~~Gjovik~~Pl. for

15 disclosing ~~information~~info. about ~~Apple's~~Def.'s working conditions. ~~Gjovik's~~Pl.'s protected activities

16 included filing complaints about work conditions ~~and~~& discussing work conditions with coworkers ~~and~~& the

17 public, all covered under § 232.5.

18    ~~235.   Apple~~Def. discharged, disciplined, ~~and~~& discriminated against ~~Gjovik~~Pl. due to her

19 disclosure of ~~information~~info. about ~~Apple's~~Def.'s work conditions. This applies to both the true reason

20 ~~Apple~~Def. fired ~~Gjovik and Apple's~~Pl. & Def.'s proffered ~~supposedly legitimate~~ reason for terminating

21 ~~Gjovik.~~

22    ~~236.~~191.    ~~Apple~~Pl... Def. claims its NDAs prohibit ~~Gjovik~~Pl. from speaking about work conditions

23 ~~and~~& that if ~~Gjovik~~Pl. does speak about work conditions, it violates her NDA, ~~and~~& that violation is grounds

24 for immediate termination.

### Violation of Cal. Labor Code §§ 232, 232.5 via §§ 98.6, 98.7

25    ~~237.   Apple:~~ Def. violated Cal.Lab.C. §§ 232, 232.5 when it harassed, disciplined, discriminated

26

27

28 _____

~~[52] Cal. SB-497: Protected employee conduct. Section 1, Section 98.6(b)(1) [Signed October 8 2023; Effective January 1 2024].~~

1  against, ~~and~~& fired ~~Gjovik~~Pl. due to ~~Gjovik's~~Pl.'s discussion of her wages ~~and~~& the wages of ~~Apple~~Def.
2  employees.

3  ~~238.~~192.     ~~Gjovik~~Pl. participated in a pay survey with her coworkers in late July 2021, when she
4  suggested the survey capture ~~information~~info. on gender. In Aug. of 2021 ~~Gjovik~~Pl. participated in an
5  employee pay survey that was being shared on Slack. ~~Gjovik~~Pl. suggested adding a question about gender
6  ~~and~~& added it herself in the spreadsheet.~~53~~ (§ 1197.5)

7  ~~239.~~193.     She also shared her wages on social media ~~and~~& discussed pay with her coworkers on social
8  media in Aug. 2021, the ~~Defendant~~Def. knew ~~and~~& retaliated against her because she did so. In the evening
9  of Aug. 3 2021, ~~Gjovik~~Pl. posted on a popular Slack group at ~~Apple,~~Def., linking to three of ~~Apple's~~Def.'s
10  policies, ~~and~~& quoting "*Nothing in these guideless should be interpreted as restricting your right to speak freely*
11  *about your wages, hours, or working conditions.*" ~~Gjovik~~Pl. encouraged her coworkers to speak out ~~and~~&
12  organize. ~~Gjovik~~Pl. was put on leave the next morning. ~~Gjovik~~Pl. posted on Twitter about doing this a few
13  days later.

14      "There's a strange idea in #Apple that speaking out about #workconditions violates our
15      employment contract (a doc many of us never got a copy of nor is there a formal way to req) but
16      I took pics & mine has rights in a footnote. I also reminded folks the eve before put on leave.
        @ashleygjovik 1:33 PM · Aug 9, 2021.

17      After ~~Plaintiff~~Pl. was put on leave, the pay survey was shutdown, supposedly because there was a
18  question about gender. There was news coverage of ~~Apple~~Def. shutting down pay surveys ~~and~~& public
19  criticism about the matter:

20      Apple keeps shutting down employee-run surveys on pay equity — ~~*and*~~& labor lawyers say it's
        illegal, the company bans surveys that include diversity data, Aug 9, 2021, "Apple did not
21      respond to a request for comment from The Verge." 54

22      Apple just banned a pay equity Slack channel but let's fun dogs channel lie. The company's rules
23      around Slack usage are not being evenly enforced, Aug 31, 2021, Apple did not immediately

24

25

26  ────────────

27  ~~53 Cal. Labor Code  § 1197.5~~
28  ~~54 "Last week, employees tried to start another pay equity survey but were again told to take it down because it~~
    ~~included a question on gender. When they created a new survey without the gender question, the Apple people team~~
    ~~allegedly said it had to be shut down because it was hosted on the company's corporate Box account."~~
    ~~"https://www.theverge.com/2021/8/9/22609687/apple-pay-equity-employee-surveys-protected-activity~~

1  respond to a request for comment from The Verge.[55]

2  "Apple says it has pay equity, but an informal employee survey suggests otherwise: Employees
3  say there's a six percent wage gap between the salaries of men ~~and~~& women who responded to
   the survey," Aug 23, 2021. In response to a request for comment from The Verge, Apple
4  spokesperson Rachel Tulley sent the company's already public statement on pay equity." [56]

5

6  ~~240.~~194.     ~~Gjovik~~Pl. also tweeted out her salary in solidarity to those organizing around pay. An NLRB
7  charge was filed about ~~Apple~~Def. shutting down the pay surveys in Sept. 2021, prior to ~~Gjovik's~~Pl.'s
8  termination, ~~and~~& NLRB issued a decision of merit in Jan. 2023. ~~Gjovik~~Pl. also found a prior US DOJ lawsuit
9  against ~~Apple~~Def. for salary price fixing, posted about it, ~~and~~& compared it to ~~Apple's~~Def.'s recent actions
10 shutting down pay surveys.

11  "The DOJ announced in 2010 that it had settled with #Apple & others, establishing that they
12  would cease their illegal hiring practices. The DoJ noted this complaint is part of a larger antitrust
13  inquiry into employment practices by high tech firms."
     @ashleygjovik Aug 31, 2021
14
15  "Lawsuit accuses Apple, others of fixing worker pay: large tech companies conspired with one
    another to lowball salaries." @ashleygjovik 4:55 PM · Aug 31, 2021
16
17  Not much has changed in 16 years.... 8/31 - "Apple just banned a pay equity Slack channel but let's
    fun dogs channel lie" https://theverge.com/2021/8/31/22650751/apple-bans-pay-equity-slack-
18  channel @ashleygjovik 3:58 PM · Aug 31, 2021

19
20  All of these posts were made prior to ~~Apple~~Def. supposedly opening an extensive investigation into
    ~~Gjovik's~~Pl.'s Twitter ~~posts~~, per ~~Apple,~~Def., thus ~~Apple~~Def. admits it ~~had~~ reviewed the posts prior to
21  terminating ~~Gjovik.~~Pl..

22        **Violation of Cal.Lab.C. § 96(k) via §§ 98.6, 98.7**
23
24  ~~241.~~195.     ~~Apple~~: Def. violated Cal.Lab.C. § 96(k) when it demoted, suspended, discharged from
25  employment, threatened discharge, ~~or otherwise~~& discriminated against ~~Gjovik~~Pl. for ~~Gjovik's~~Pl.'s lawful
26
27  _____

28  [55] ~~"Pay equity has been a hot topic among Apple employees over the past few months. The company has shut down
multiple employee surveys aimed at gathering data on how much workers make."
https://www.theverge.com/2021/8/31/22650751/apple-bans-pay-equity-slack-channel
https://www.theverge.com/2021/8/23/22633141/apple-pay-equity-survey-results-wage-gap~~

1 conduct occurring during nonworking hours away from the employer's premises ~~when,~~ & that conduct

2 involved the exercise of ~~a right~~rights protected by the ~~California Constitution~~Cal. Const.

3 ~~242.~~196.   ~~Gjovik~~Pl. engaged in lawful conduct asserting "recognized constitutional rights" ~~and~~&

4 "rights under the Labor Code" occurring during nonworking hours – while she was on leave, away from

5 ~~Apple's~~Def.'s premises. ~~Apple~~Def. put ~~Gjovik~~Pl. on leave. ~~Gjovik~~Pl. did not want to be on leave. ~~Gjovik~~Pl.

6 asked to come back, ~~and Apple~~& Def. said no. ~~Apple~~Def. cannot then turn around ~~and~~& claim the "leave"

7 was work time or the workplace. ~~Apple~~Def. told ~~Gjovik~~Pl. she had been "*removed from the workplace*." Until

8 ~~Apple~~Def. let ~~Gjovik~~Pl. return to work, ~~Gjovik~~Pl. was off duty. ~~Gjovik~~Pl. posting about work conditions in

9 her personal time does not transform ~~Gjovik's~~Pl.'s personal time into work time.

10 ~~243.~~197.   ~~Apple~~Def. terminated ~~Gjovik~~Pl. for a variety of illegal reasons, including many of the public

11 statements ~~Gjovik~~Pl. made while on leave in Aug. – Sept. 2021. ~~Gjovik~~Pl. spoke frequently on social media

12 ~~and~~& to the press about harassment ~~and~~& safety issues at ~~Apple;~~Def.; as was her inherent right to be free

13 from discrim~~ination.~~ under Cal. Const. Article 1, §§ 8, 31, ~~and~~& her right to physical safety under Cal. Const.

14 Article 1, § 1. ~~Gjovik~~Pl. also spoke frequently about the ~~environmental~~env. crimes she witnessed ~~and~~& was

15 victim to at her apartment in 2020 ~~and~~& with ~~Apple's~~Def.'s conduct at her ~~Superfund~~ office. ~~Gjovik~~Pl.

16 complained about the intimidation ~~and~~& threats she received ~~and~~& advocated for victim's rights – as was

17 her right under Cal. Const. Article 1, § 28. ~~Apple~~Def. violated Cal.Lab.C. §96(k) when it retaliated against

18 ~~Gjovik~~Pl. for making these statements, which she had a constitutional right to make, ~~and~~& which she made

19 outside of worktime ~~and~~& outside of the workplace.

20 ~~244.~~198.   In addition, even ~~Apple's~~Def.'s supposed legitimate justification for firing ~~Gjovik~~Pl. was

21 simply retaliation for protected statements made by ~~Gjovik~~Pl. outside of worktime ~~and~~& the workplace,

22 ~~and~~& about subjects rooted in her constitution rights. ~~Gjovik~~Pl. was complaining about unlawful ~~and~~&

23 unethical surveillance, ~~and~~& invasions of privacy, by ~~Apple, towards Gjovik and~~Def., to Pl. & her coworkers.

24 ~~Thus, Apple's~~Def.'s supposedly legitimate justification is illegitimate. ~~Gjovik~~Pl. has a self-executing right

25 to protest invasions of privacy under Cal. Const. Art~~icle~~. 1, § 1.

26 ## Count Five: Private Nuisance

27 ~~Legal Claims: Toxic Torts~~

28 ## Tolling Theories

1    ~~245.~~199.    ~~Gjovik:~~ Pl. spent an incredible amount of time in 2020-2021 researching ~~and~~& investigating,

2    trying to figure out what happened to her next to ~~3250 Scott Blvd.~~ARIA.  She reviewed public records for all

3    the nearby next-door buildings including ~~3250 Scott Blvd.~~ARIA. When she pulled 3250 Scott up on the ~~U.S.~~

4    EPA portal in 2020, the ECHO page noted that there had been no TRI releases reported since the 1990s,

5    cited no violations or issues, ~~and~~& made the office look quite benign.

6        ~~246.    Gjovik~~Pl. discovered ARIA when she received request from her public records request about

7    ~~environmental and~~env. & safety compl~~iance.~~ at multiple ~~Apple~~Def. buildings. One request returned a list of

8    permits for ARIA, ~~and~~& she realized it was fab. Prior to her discovery of ~~Apple's~~Def.'s fab, ~~Plaintiff~~Pl. only

9    knew she was exposed to chemicals somehow – but did not know exactly what those chemicals were, did not

10   know where they came from or how they got in her apartment, ~~and~~& did not know if there was wrongdoing

11   or what type of wrongdoing might have occurred.

12       ~~247.~~200.    ~~Apple~~Def. managed ARIA as an unmarked office building without any designation as to who

13   was using the building or what they were using it for. In the regulatory paperwork that did exist (mostly city

14   HazMat citations ~~and~~& leak/spill reports), ~~Apple~~Def. repeatedly tried to use the code name ARIA ~~and~~& to

15   disguise their activities—repeatedly failing to use the proper codes to designate semiconductor

16   ~~fabrication~~fab.

17       ~~248.~~201.    ~~Apple~~Def. was engaged in ultrahazardous activities with strict liability, ~~and~~& also had a

18   critical duty to warn others of the danger of their activities at the facility. This duty was based on common

19   laws, but also statutes – both civil ~~and~~& penal. They also had a statutory obligation to comply with permitting

20   requirements ~~and~~& to notify the ~~government~~gov. of their activities, which they failed to do at every

21   opportunity. Finally, they also had a duty under federal Right to Know to notify the community of the

22   chemicals they released – but they did not do that either. Instead, ~~Apple~~Def. ran this plant as an old-school

23   Silicon Valley "*Skunkworks*" project.

24       ~~249.~~202.    In late 2020 ~~and~~& early 2021, ~~Gjovik~~Pl. was actively researching the area around the ~~Santa~~

25   ~~Clara Square Apartments.~~SCSA. Her March 2021 article in SF Bay View summarized what she found ~~and~~&

26   complained that she still had no answers. As much as she did not want to raise additional

27   safety/~~environmental~~env. concerns with her cantankerous employer, ~~Gjovik~~Pl. did look at records for ~~3250~~

28   ~~Scott Blvd.~~ARIA. She searched the site on state ~~and~~& federal EPA websites ~~and~~& could not find it any active

     permits or recent filings on ~~California's~~Cal.'s Geotracker or Envirosor databases, or on the ~~U.S.~~EPA's TRI

     ~~and~~& RCRA pages.

1  ~~250.~~203.    ~~Gjovik~~Pl. did see that 3250 Scott was registered as a ~~Hazardous~~Haz. Waste Generator,
2  however that is not uncommon in Silicon Valley. Due to Silicon Valley's history, most areas had been
3  industrial or near industrial activities at some point, ~~and~~& most technology offices perform research ~~and~~&
4  development, which creates ~~hazardous~~haz. waste. None of those scenarios would explain ~~Gjovik's~~Pl.'s 3 AM
5  heart failure in her bed in a three-story apartment. The ~~government~~gov. explained that whatever caused
6  ~~Gjovik's~~Pl.'s injury was something extreme ~~and~~& unusual. The ~~government~~gov. agencies said they also had
7  searched ~~environmental~~env. databases ~~and~~& also could not find anything that stood out to them ~~as~~.

8  ~~251.~~204.    ~~Apple~~Def. also used illegal NDAs to unlawfully silence its employees about health/safety ~~and~~
9  ~~environmental~~& env. issues (see NLRB's lawsuit against ~~Apple~~Def. arising from ~~Gjovik's~~Pl.'s complaints).
10  ~~Apple~~Def. took active, unlawful steps to ensure its activities would be concealed ~~and~~& to make it more
11  difficult for anyone to figure out what they were doing. Similarly, ~~Apple~~Def. was bullying agencies to avoid
12  creating documentation about their activities or speaking about it, for example the very long NDA ~~Apple~~Def.
13  attempted to get ~~US~~EPA to sign prior to inspection ~~Gjovik's~~Pl.'s office in Aug. 2021.

14  ~~252.~~205.    In addition, worsening this issue, ~~Apple~~Def. also often conducts very strange activities at its
15  ~~research and development~~R&D facilities, which ~~Gjovik~~Pl. had seen over her six years with the company,
16  ~~and~~& had never seen those operations cause severe injuries – they were just weird. This includes cellular
17  technology buildings with large empty room with foam walls ~~and~~& a chair that spins in circles; robots
18  "running" with their smart watches; reliability testing with machines that drop, touch, impact, spill, ~~and~~&
19  anything else you can imagine; ~~and~~& so on. ~~Gjovik's~~Pl.'s office at 825 Stewart Dr. included labs for
20  performance ~~and~~& thermal testing, Wi-Fi ~~and~~& connectivity testing, stability labs, ~~and~~& other industrial
21  activities but which ~~Gjovik~~Pl. had never seen cause any injuries like what she experienced next to ARIA.

22  ~~253.~~206.    ~~Gjovik~~Pl. also repeatedly spoke with ~~Apple~~Def. about ARIA starting in Sept. 2020 (EH&S),
23  Nov. 2020 (Legal), etc. ~~and Apple~~& Def. never said anything about the facility being used for anything
24  dangerous or abnormal. ~~Gjovik~~Pl. assumed if there was something she should know about the facility, that
25  ~~Apple~~Def. would have told her – ~~and~~& because they did not tell her this, she could focus her research on
26  other buildings. The Santa Clara city Fire Dept. did not force ~~Apple~~Def. to request proper permits, or even
27  properly cite ~~Apple~~Def. for ~~hazardous~~haz. waste violations – which is a long-standing deficiency with the
28  agency. The ~~California~~Cal. EPA has multiple corrective actions for the Fire Dept. including actually
inspecting, documenting issues, following up to ensure corrective actions, ~~and~~& properly characterizing

1 facilities.[57]

2 ~~254.~~207.    Finally, ~~Apple~~Def. also appears to have been staging a possible statute of limitations defense

3 when it filed its first ~~and~~& only TRI ~~and~~& EIS reports to the ~~US~~EPA, which were only for 2020, the year

4 ~~Gjovik~~Pl. was injured. ~~Apple~~Def. filed the TRI document on June 30 2021 ~~and~~& the EIS document on Aug.

5 26 2021, both prior to ~~Apple's~~Def.'s termination of ~~Gjovik's~~Pl.'s employment.

6 <center>~~Count Five: Private Nuisance~~</center>

7 <center>~~(~~**Creation & Maintenance of a Private Nuisance at 3250 Scott Blvd**~~)~~</center>

8    ~~255.    Apple~~: Def. created ~~and~~& maintained a condition in violation of Cal.Civ.C. § 3479. This

9 nuisance was demonstrably injurious to health, which was indecent ~~and~~& offensive to the senses ~~and~~&

10 obstructed ~~the~~ free use of property. By acting ~~and~~& failing to act, ~~Apple~~Def. created a condition ~~or~~&

11 permitted a condition to exist that was harmful to health, ~~offensive to the senses, an obstruction to the free~~

12 ~~use of property, and~~& a fire, explosion, ~~and~~& poisoning hazard. ~~Apple's~~Def.'s conduct in acting or failing to

13 act was intentional, unreasonable, negligent, ~~and~~& reckless.

14 ~~256.~~**208.**    ~~Apple~~Def. is continuously casting pollution upon the property of the owner ~~and~~& tenants of

15 adjacent properties, as it knew it would do when it constructed its exhaust ~~and~~& HVAC ~~systems and~~

16 ~~hazardous~~& haz. waste ~~handling~~ systems. It knew then, as it knows now, that so long as it would continue its

17 operation, the pollution would continue to fall, not by accident or mishap, but in conformity with the

18 knowledge it had before the construction of the systems. ~~Apple~~Def. should be presumed to have intended

19 its act's natural, known, ~~and~~& reasonable consequences.

20 ~~257.~~209.    ~~Apple's~~Def.'s interference would ~~and~~& did substantially annoy or disturb persons of normal

21 health ~~and~~& sensibilities in the same community. ~~Apple's~~Def.'s operations at the factory ~~and~~& Superfund

22 site are both continuing nuisances, ~~and~~& every continuation of the nuisance or trespass gives rise to separate

23 damages claims. ~~Apple~~Def. has the agency ~~and~~& ability to stop the nuisance (it is not permanent), so until it

24 does, the nuisance ~~Apple~~Def. created is continuous.   ~~Apple's~~Def.'s conduct was a substantial factor in

25 causing ~~Gjovik's~~Pl.'s harm. ~~Gjovik~~Pl. did not consent to a defendant's conduct, ~~and~~& the seriousness of the

26 harm outweighs the social utility of ~~Apple's~~Def.'s conduct. ~~Apple~~Def. damaged ~~Gjovik's~~Pl.'s property ~~and~~&

27

28 _____

[57] ~~CalEPA Certified Unified Program Agency, Evaluation Progress Report, *CUPA: Santa Clara city Fire Department – Hazardous Materials Division,* July 2020 – Dec. 2020.~~

1 injured ~~Gjovik's~~Pl.'s person. Due to ~~Apple's~~Def.'s actions, ~~Gjovik's~~Pl.'s property was destroyed, the
2 leasehold degraded, she became very ill, ~~and~~& she suffered severe emotional distress.

3   ~~258.~~210.     In or about 2015, ~~Apple~~Def. constructed, or caused to be constructed, exhaust vents ~~and~~&
4 open tanks at ARIA in Santa Clara, near the common border line of the ~~defendant's and Gjovik's~~Def.'s &
5 Pl.'s property. The exhaust vents were installed ~~and~~& maintained negligently, recklessly, ~~and~~& unskillfully.
6 ~~Apple~~Def. exhausted through the vents ~~and~~& emptied various materials or substances into the open tanks
7 that caused a foul, obnoxious, ~~and~~& disagreeable odor ~~and~~& polluted the atmosphere / ambient air of
8 ~~Gjovik's leasehold~~Pl.'s property.

9   ~~259.~~211.   ~~Apple's~~Def.'s facility emits large quantities of vapors, dust, chemicals, ~~and~~& other
10 contaminants into the air, which are carried by the natural winds ~~and~~& air currents onto ~~Gjovik~~Pl.'s
11 property ~~and~~& collect ~~Gjovik's~~Pl.'s chattel property ~~and~~& are generally injurious to ~~Gjovik's~~Pl.'s health, are
12 offensive to the senses, ~~and~~& interfered with ~~Gjovik's~~Pl.'s comfortable enjoyment of life ~~and~~& property.
13 ~~Apple~~Def. created the nuisance due to unnecessary, unreasonable, ~~and~~& injurious methods of operation of
14 their business. The emissions were a business decision to be able to report reduced waste sent to landfills.

15                    **Count Six: IIED – Fear of Cancer**

16   ~~260.~~212.     ~~Apple~~Def. deliberately vented toxic, carcinogenic, ~~and~~& lethal substances into the ambient
17 air around the ~~Santa Clara Square Apartments~~SCSA where ~~Gjovik~~Pl. lived in 2020. ~~Apple's~~Def. engaged in
18 this conduct with reckless disregard for the injuries certain to be caused by that plan of conduct, ~~and~~&
19 knowing people exactly like ~~Gjovik~~Pl. would be exposed to its dangerous, toxic chem~~ical.~~ fumes ~~and~~& vapors.

20   ~~261.~~213.     Semiconductor ~~fabrication,~~fab., like what ~~Apple~~Def. is doing at ARIA, is an ultrahazardous
21 activity ~~and~~& absolute nuisance when conducted next to homes due to the extremely toxic gases, reactive
22 ~~and~~& pyrophoric gases, ~~and~~& the sheer quantity of dangers, toxic chemicals that are on site ~~and~~& in use for
23 ~~fabrication. Apple's~~fab. Def.'s conduct was also a nuisance to ~~Gjovik, and Apple's~~Pl., & Def.'s exhaust
24 trespassed into ~~Gjovik's~~Pl.'s home, ~~and~~& assaulted ~~Gjovik's~~Pl.'s body. Where there is not strict liability,
25 ~~Apple~~Def. had a concrete, critical duty to warn those around the facility – but instead, ~~Apple~~Def. failed to
26 file required permits, failed to properly characterize the facility, put no signs in front to designate the type of
27 activity, filed only one TRI report, repeatedly tried to avoid filing spill/leak reports to ~~CalOES, and~~Cal. OES,
28 & also  deliberately made false statements to conceal their actions.
    ~~262.~~   ~~Apple's~~Def.'s activities at ARIA violated rules, regulations, ~~and~~& statutes at local, state,

~~and~~& federal levels. ~~Apple~~Def. has already received notice of dozens of violations, now also including for illegal chem~~ical.~~ emissions.

263.    ~~Apple's~~Def.'s unlawful ~~and~~& outrageous conduct caused ~~Gjovik~~Pl. to suffer severe emotional distress when ~~Apple~~Def. exposed ~~Gjovik~~Pl. to carcinogenic chemicals. ~~Apple's~~Def.'s conduct with the carcinogen chemicals was outrageous. ~~Apple's~~Def.'s intentional, reckless, ~~and~~& negligent conduct exposed ~~Gjovik~~Pl. to carcinogens, including TCE, ~~Toluene, Arsine, and Vinyl Chloride.~~

~~264.~~214.    ~~Apple~~toluene, arsine, & vinyl chloride. Def. intended to cause tenants at the ~~Santa Clara Square Apartments~~SCSA distress ~~and~~& acted with reckless disregard for the probability that people like ~~Gjovik~~Pl. would suffer emotional distress knowing she was present where there were carcinogenic chemicals. ~~Gjovik~~Pl. suffered severe emotional distress from a reasonable fear of developing cancer, ~~and Apple's~~& Def.'s conduct was a substantial factor in ~~Gjovik's~~Pl.'s severe emotional distress.

215. As a proximate result of the acts of the defendant, ~~Gjovik~~Pl. suffered severe emotional distress, including the fear of developing cancer ~~and~~& other disease, ~~and~~& an increased risk of developing cancer ~~and~~& other disease. Her fear extended to her dog as well, a tiny eight-pound Chihuahua-mix who was also exposed to the semiconductor fab. exhaust with Pl.. Pl. discusses this at every veterinarian appointment & always orders a CBC & metabolic workup for him if she can afford it.

~~265.~~216.    It is documented that ~~Apple~~Def. used ~~and~~& exhausted carcinogenic chemicals into the ambient air outside the ~~Santa Clara Square Apartments~~SCSA. It is also documented by an industrial hygienist running a two-hour TO-17 that those same carcinogenic chemicals ~~that Apple~~Def. exhausted were also found in the indoor air of ~~Gjovik's apartment. Gjovik~~Pl.'s home. Pl. was also able to capture evidence of some of the chemicals in her blood ~~and~~& urine. ~~Gjovik~~Pl. was extensively exposed.

~~266.    This fear extended to her dog as well, a tiny eight-pound Chihuahua-mix who was also exposed to the semiconductor fabrication exhaust with Gjovik. Gjovik discusses this at every veterinarian appointment and always orders a full CBC and metabolic workup for him if she can afford it.~~

~~267.~~217.    ~~Gjovik~~Pl. suffered a wide array of physical symptoms attributed to the toxic chemicals at ~~Stewart 1 and~~SD01 & ARIA, including spasms, nausea, hair loss, rashes, hives, burns, heart failure symptoms, asphyxia, dizziness, headache, seizures, arrhythmia, etc. These physical manifestations of the injuries ~~and~~& exposure from dangerous carcinogenic chemicals establishes reasonable fear of future disease. Further, the fear ~~and~~& horror of personally being exposed to a cloud of poison gas or knowing that family members have been exposed are absolute emotional trauma in its purest form.

1    ~~268.~~218.    After ~~Apple's~~Def.'s injuries to ~~Gjovik~~Pl. due to chem~~ical.~~ exposure in 2020, ~~Gjovik~~Pl.

2  experienced many new medical issues (e.g., diagnosed hypertension, hypotension, depression, rashes,

3  growths, labile blood pressure, etc.), some of which still have not fully healed (e.g., scarred, ~~and~~& damaged

4  skin, hair loss, worsened asthma, ~~and~~& breathing troubles, etc.).

5    ~~269.~~219.    This all occurred during ~~Gjovik's~~Pl.'s 2L ~~and~~& 3L years of law school, causing her to suffer

6  academically. ~~Gjovik~~Pl. now also faces a significantly increased risk of contracting cancer ~~and~~& other disease

7  in her lifetime. Further, after ~~Apple's~~Def.'s psychological ~~and~~& emotional injuries to ~~Gjovik~~Pl. in 2020-

8  2024, ~~Gjovik~~Pl. now suffers from dramatically worsened anxiety, PTSD, ~~and~~& concentration issues – as well

9  as new depression, insomnia, panic attacks, weight gain, suicidal ideation, post-traumatic stress, disordered

10  eating, loneliness, grief, crying fits, ~~and~~& moral injury.

11    ~~270.~~    At the time of ~~Apple's~~Def.'s termination of ~~Gjovik's~~Pl.'s employment on Sept. 9 2021,

12  ~~Gjovik~~Pl. still did not know ~~Apple~~Def. was responsible for what happened to her in 2020. ~~Apple~~Def.

13  continued harassing ~~and~~& tormenting ~~Gjovik~~Pl. despite ~~and~~& because of it prior to knowingly subjecting

14  ~~Gjovik~~Pl. to exposure to a highly toxic substance while purposefully concealing from ~~Gjovik~~Pl. the serious

15  injuries that might result from such exposure, ~~and~~& in reckless disregard of these risks.

16    ~~271.~~220.    ~~Gjovik's~~Pl.'s physical exposure to ~~Apple's~~Def.'s illegal ~~semiconductor fabrication~~fab.

17  exhaust was unrelated to her employment ~~and~~& thus Worker's Compensation does not apply. Further,

18  ~~Apple~~Def. was the operator in control of the facilities at ARIA during the pertinent times, ~~and~~& actions

19  taken related to ~~Apple's hazardous~~Def.'s haz. waste can be directly attributed to the corporation.

20    ~~272.~~221.    ~~Apple~~Def. had knowledge ~~and~~& a reckless disregard for the fact that people just like

21  ~~Plaintiff~~Pl. would be injured by its illegal dumping. ~~Defendant~~Def. knew beyond speculation that people

22  would be injured. This fab is across the street from these apartments – where every employee would see

23  them, every day they're at work. ~~Apple~~Def. spent millions for this fab, entered a long-term lease, ~~and~~&

24  RCRA papers are signed by the ~~Apple~~Def. CFO. Every time ~~Apple~~Def. vented its fab exhaust into the

25  ambient air, ~~Apple~~Def. knew people just like the ~~Plaintiff~~Pl. would be injured ~~and~~& would be deeply

26  traumatized if ~~and~~& when they discovered what they were exposed to.

27    ~~273.~~222.    ~~Apple's~~Def.'s employees ~~and~~& contractors have already revealed not only evidence of

28  knowledge, but also gross recklessness – with one of their ACT ~~Environmental~~Env. contractors who

~~was~~were leading the ~~hazardous~~haz. waste disposal efforts in 2020 at the site, when ~~Gjovik~~Pl. was doused in

chemicals, bragging in his LinkedIn profile that during that time he found "*innovative*" ways to save

1 ~~Apple~~Def. money on ~~hazardous~~haz. waste disposal. Meanwhile, ~~Gjovik~~Pl. still has bald spots after ~~Apple~~Def.

2 burned all of her hair off.

3 ~~274.~~223. Corporations who knowingly ~~and~~& intentionally dump ~~hazardous~~haz. waste or otherwise

4 pollute the environment, violating ~~environmental and~~env. & safety laws, do so because the practice is less

5 costly ~~and~~& more profitable than complying with the regulation. ~~Apple's~~Def.'s intentional evasion of paying

6 required fees ~~and~~& costs associated with proper ~~hazardous~~haz. waste ~~management and~~mgmt. & disposal

7 allow ~~Apple~~Def. to operate its research ~~and~~& development at a much lower cost than its competitors who

8 do follow the law. In addition, ~~Apple~~Def. also recently launched a "zero waste" program where ~~Apple~~Def.

9 purports to be diverting ~~hazardous~~haz. waste from landfills. Based on ~~Apple's environmental~~Def.'s env.

10 reports, ARIA is responsible for around 30% of ~~Apple's~~Def.'s global corporate ~~hazardous~~haz. waste ~~and~~& at

11 ARIA, ~~Apple's~~Def.'s diversions of waste from landfills includes mid-night dumping into apartments ~~and~~&

12 creating toxic vapor clouds in public parks.

13 ~~275.~~224. Even worse, ~~Apple~~Def. also instituted an ~~environment social governance ("~~ESG~~")~~ modifier

14 for executive pay (bonuses worth multi-millions of dollars) that can increase or decrease executive

15 compensation 10% based on ~~environmental and~~env. & other practices. ~~Apple's~~Def.'s intentional

16 ~~environmental~~env. violations ~~was~~were not just to reduce costs required for properly disposing toxic waste,

17 but ~~Apple's~~Def.'s midnight-dumping also to increased bonuses for their executives. Further, Def.'s

18 continued harassment of Pl. despite everything else that's happened, including her exposures, is sick &

19 depraved. The amount of stress puts her even more at risk for cancer & disease, after she has already suffered

20 great bodily injury from Def.'s illegal conduct & emissions. Cal. H.S.C. § 42400.1 Cal. P. C. § 12022.7.

21 ~~276. Further, Apple's continued harassment of Plaintiff despite everything else that's happened,~~

22 ~~including her exposures, is sick and depraved. The amount of stress puts her even more at risk for cancer~~

23 ~~and disease, after she has already suffered great bodily injury from Apple's illegal conduct and emissions.~~
~~Cal. HSC § 42400.1 Cal. Penal Code § 12022.7.~~

24

25 ~~LEGAL CLAIMS: OUTRAGEOUS CONDUCT~~

26 **Count Seven: IIED – Outrageous Conduct**

27 ~~277.~~225. ~~Apple's~~Def.'s malicious, fraudulent, oppressive, ~~and~~& extreme/outrageous misconduct was

28 directed primarily at ~~Gjovik, and~~Pl., & it was calculated to cause ~~Gjovik~~Pl. severe emotional distress, ~~and~~&

it was done with the knowledge of ~~Gjovik's~~Pl.'s vulnerabilities ~~and~~& knowledge of ~~Apple's~~Def.'s power to

1 harm ~~Gjovik's~~Pl.'s interests~~, and~~ & done with a substantial certainty ~~that Gjovik~~Pl. would suffer severe

2 emotional injury. ~~Apple's~~Def.'s actions were outrageous (violations of civil laws) ~~and~~& outrageous per se

3 (violation of penal laws).

4    ~~278.~~226.    Numerous cases have held, ~~and~~& the ~~Restatement~~Rest. emphasizes, that there are only a few

5 categories of conduct where an employer may be found to have engaged in IIED, ~~and~~& most common are

6 defamation – especially accusations of dishonestly and/or criminal conduct; denigration ~~and~~& humiliation;

7 deranged harassment; ~~and~~& IIED used as a tool in the employer's cover-up of ~~wrong doing~~wrongdoing.

8 Calling the employee a liar, especially in retaliation for the employee making labor or whistleblower

9 complaints, is one of the few approved buckets for potential IIED claims.

10    ~~279.~~227.    ~~Apple's~~Def.'s outrageous conduct with civil liability includes defamation, trade libel, fraud,

11 invasion of privacy, tortious interference with business relationships, true threats, interference with the

12 exercise of civil rights, discrim~~ination.~~ based on sex, discrim~~ination.~~ based on disability, ~~and~~& retaliation for

13 conduct protected by statutes ~~and~~& the Constitution (*i.e.*, discrim~~ination.~~ based on sex). In addition to the

14 tortious harassment, ~~Apple~~Def. engaged in many criminal acts which were "*outrageous per se*," including

15 witness intimidation, witness retaliation, burglary, extortion, threats, ~~and~~& surveillance.

16    ~~280.~~228.    From at least July 2021 through current day – ~~Apple~~Def. employees stalked, harassed, ~~and~~&

17 tormented ~~Gjovik~~Pl. with actions including repetitive, unwanted communications to ~~Gjovik;~~Pl.; making false

18 accusations against ~~Gjovik;~~Pl.; gathering ~~information~~info. about ~~Gjovik;~~Pl.; monitoring ~~Gjovik's~~Pl.'s

19 activities; harassing ~~Gjovik's~~Pl.'s friends; ~~and~~ using threats ~~and~~& scare tactics to frighten ~~Gjovik~~Pl. Starting

20 in Aug. 2021 ~~and~~ continuing ~~to this day~~today, hundreds of 'throwaway accounts' ~~and~~& other fake social

21 media accounts posted about ~~and~~& to ~~Gjovik,~~Pl., making statements that were threatening, intimidating,

22 defamatory, insulting, ~~and~~& harassing. There was an extensive digital harassment campaign against ~~Gjovik.~~

23 ~~Apple~~Pl.. Def. employees harassed ~~Gjovik~~Pl. under their own names, ~~and~~& other posts were made by

24 ~~Apple~~Def. employees using aliases, but their real identities were later revealed. The posts mostly focused

25 around claiming ~~Gjovik's~~Pl.'s claims against ~~Apple~~Def. were meritless, that ~~Gjovik~~Pl. was committing

26 perjury by reporting issues to the ~~government, and~~gov., & that ~~enforcement~~enf. action needed to be taken

27 against ~~Gjovik.~~Pl..

28    ~~281.~~229.    Starting in at least Sept. 2021, ~~and~~& assumed to continue through the current day, ~~Apple~~Def.

employees undertook a 'whisper campaign' to smear ~~Gjovik's~~Pl.'s character ~~and~~& create fear, uncertainty,

1 ~~and~~& doubt about ~~Gjovik's~~Pl.'s allegations against ~~Apple.~~Def.. At least five named employees took an active

2 role in posting defamatory ~~and~~& harassing things about ~~Gjovik,~~Pl., contacting ~~Gjovik's~~Pl.'s friends ~~and~~&

3 associates to speak negatively about ~~Gjovik and~~Pl. & urge them to not associate with her, ~~and~~& to create

4 negative rumors about ~~Gjovik~~Pl. in order to ostracize ~~and~~& alienate her.

5    ~~282.~~ **Vicarious Liability**: Vicarious liability can be established against employees employed with

6 ~~Apple~~Def. at the time of the incident, under at least three theories: respondeat superior [Cal. Civ Code 2299,

7 2316], ratification [Cal. Civ Code 2307, 2310], ~~and~~& alter ego. ~~Gjovik~~Pl. also argues outgrowth, customary

8 incidents, benefits to employer, ~~and~~& risk inherent in the company's culture – all of which were reasonably

foreseeable to ~~Apple.~~

9

10    ~~283.~~230. ~~Def..~~ The harassment was undertaken by many ~~Apple~~Def. employees, under their names

11 ~~and~~& identifying as ~~Apple~~Def. employees. They also frequently branded the harassment as an ~~Apple~~Def.

12 product of some sort, for instance citing ~~Apple~~Def. products or themes in their fake screennames (for

13 example, "*SquareinaRoundHole*" referencing the famous ~~Apple~~Def. commercial), designing threats

14 modeled after ~~Apple~~Def. heritage (i.e., threatening employees that if they speak publicly about work

15 conditions they will get "*~~Gjovik'd~~Pl.'d*" – an iteration on the phrase "Steve'd" referencing Steve Jobs' habit

16 of abruptly firing people).

17    ~~284.~~231. Several employees who harassed her online did so prior to ~~and~~& after she was terminated,

18 ~~and~~& as an outgrowth of either prior retaliatory harassment (see ~~Messick,~~C.M., who also repeatedly

19 threatened her with termination in retaliation for her speaking to the press about workplace safety at

20 ~~Apple~~Def. prior to ~~Gjovik~~Pl. being put on leave. He then took to social media to harass her after). Another

21 one of these employees, ~~Appleseed,~~J.A., was an ~~Apple~~Def. employee working in ~~Apple's~~Def.'s Global

22 Security team through the end of Nov. 2021. This person repeatedly posted ~~and~~& shared that she had

23 reported ~~Gjovik and Gjovik's~~Pl. & Pl.'s actions to "~~Apple,"~~Def.," made accusations against ~~Gjovik and~~Pl. &

24 in defense of ~~Apple~~Def. positioning herself as speaking for ~~Apple, and~~Def., & also repeatedly held herself

25 out as having insider ~~information~~info. into ~~Apple's~~Def.'s retaliatory actions against ~~Gjovik,~~Pl., including the

26 termination. The function of the Global Security team is to silence workers from speaking publicly about

27 ~~Apple, and~~Def., & this person performed those duties in her harassment of ~~Gjovik~~Pl.

28    ~~285.~~232. In ~~January-February~~Jan.-Feb. 2022, ~~Appleseed~~J.A. admitted to being in active contact with

~~Apple and~~Def. & also ~~Brad Reigel and Rob Marini,~~B.R. & R.M., or a conduit to them. ~~Vyas and Mondello~~S.V.

& R.M. also admitted to being friends with Faye ~~Garfinkle,~~(F.G.), a best friend of ~~Rob Marini~~R.M. ("*Little*

1 *Gestapo*”). On ~~February~~Feb. 22 2022, ~~Appleseed~~J.A. posted on Twitter that ~~Apple~~Def. employees *“in*
2 *~~[Apple]~~Def.] Global Security inform [her] when they see anything in reference to [her], or what reasonable seems like*
3 *it is referencing [her].”* On Jan~~uary~~. 31 2022, ~~Appleseed~~J.A. sued ~~Gjovik~~Pl. in a ~~Washington~~WA state court
4 requesting an anti-harassment restraining order.[58]  In ~~February~~Feb. 2023, ~~Appleseed~~J.A. admitted that
5 ~~Apple~~Def. has provided her insider ~~information~~info. about Okpo's investigation into her complaints ~~and~~&
6 what his findings were. On Sept~~ember~~. 9 2021, ~~Appleseed~~J.A. posted on Twitter that ~~Gjovik's~~Pl.'s NLRB
7 charge would not be successful ~~and~~& that she had some type of insider ~~information~~info. against ~~Gjovik.~~
8 ~~Appleseed and Apple~~Pl.. J.A. & Def. have confirmed that ~~Appleseed~~J.A. filed a Business Conduct complaint
9 against ~~Gjovik~~Pl. on Sept~~ember.~~ 15 2021 which included private messages between ~~Gjovik and Appleseed~~
10 ~~and~~Pl. & J.A. & which ~~Appleseed~~J.A. later admitted “served no legal purpose.” It is clear that ~~Apple~~Def.
11 involved ~~Appleseed~~J.A. in their ~~fabrication~~fab. of a paper trail on the same day they sent Eberhart to harass
12 ~~Gjovik~~Pl. about the Face Gobbler.

13  ~~286.~~233.    There were a number of ‘fake’ accounts created solely to harass ~~and~~& interact with ~~Gjovik~~Pl.
14 that knew way too much about ~~Gjovik,~~Pl., too much about ~~Apple's~~Def.'s internal operations, ~~and~~& too much
15 about the labor ~~and environmental~~& env. disputes. ~~Gjovik~~Pl. quickly responded to them either as “~~Apple~~*Def.*
16 *HR*” or “~~Apple's~~*Def.'s* *lawyers*”. One of the accounts, Beezie, started harassing ~~Gjovik~~Pl. in Aug~~ust.~~ 2021,
17 taking an extremely personal interest in ~~Gjovik's~~Pl.'s complaints about ~~Apple, and~~Def., & sent ~~Gjovik~~Pl.
18 URLs to the EEOC website. ~~Gjovik~~Pl. responded, *“you sure know a lot about employment law, Beezie.”* The
19 day ~~Gjovik~~Pl. was fired, Beezie posted “*#ashleygjovik the world is both pandering to you ~~and~~& also reaming you.*
20 *This sounds about right. #narcissist #youdeserveit #coward,”* ~~and~~& then paid to ‘promote’ her ~~Twitter~~post.
21 ~~(SAC ¶ 1052).~~ (Note, a payment like that should be discoverable from Twitter).

22  ~~287.~~234.    Around this time, a ~~fake~~Twitter account~~called~~, *“Mel Nayer,”* which was ~~clearly  Apple~~
23 ~~and~~Def. & even referenced internal ~~Apple~~Def. tools, began replying to ~~Gjovik's~~Pl.'s posts making threats
24 ~~and~~& wild allegations. Nayer demanded ~~Gjovik~~Pl. delete “*the work screenshots*” because “*lives are at risk*”
25 ~~and~~& there were “*death threats.*” Nayer added, “*people at Apple have been fired for sharing less.*” The account
26 claimed to be an Apple employee. The burner accounts (not representative of real people ~~and~~& created just

27 ─────────────────────
28

[58] ~~C.S. v Gjovik, 22-2-03849-7 SEA, (Appeal of Court of Limited Jurisdiction – Reversed & Vacated), King County~~
~~Superior Court, State of Washington (2022); C.S. v Gjovik, 22CIV01704KCX, (Vacated) King County District~~
~~Court, Court of Limited Jurisdiction, State of Washington (2022).~~

1 to harass ~~Gjovik)~~Pl.) also showed Apple connections through their activity (for example several accounts

2 were used solely to harass ~~Gjovik and~~Pl. & other Apple legal adversaries including Epic Games ~~and~~&

3 Corellium).

4    ~~288.~~235.    Many of the public forum posts about ~~Gjovik~~Pl. were so hateful ~~and~~& vile, even the pro-

5 Apple moderators were complaining the posts about ~~Gjovik~~Pl. were *"full of toxicity"* ~~and~~& noted there were

6 also a "*number of pretty unpleasant posts [about ~~Gjovik~~Pl. that] [the public] cannot see as [Moderators] have*

7 *removed them.*" [Sept. 11 2021]. Others also commented the digital harassment of ~~Gjovik~~Pl. was "out of

8 hand," the entire thread was "*people tearing this woman down,"* ~~and~~& "*Jesus, I know you guys like your iPhone,*

9 *but God damn.*"    The harassing comments continued well past after ~~Gjovik~~Pl. was fired ~~and~~& continued as

10 long as ~~Gjovik~~Pl. continued to pursue her charges against ~~Apple.~~Def..

11    ~~289.~~236.    ~~Apple~~Def. knew ~~Gjovik~~Pl. had been facing harassment from ~~Appleseed and~~J.A. & other

12 ~~Apple~~Def. employees, ~~and~~& when ~~Gjovik~~Pl. filed her Jan~~uary~~. 2022 NLRB claim, she communicated to

13 ~~Apple~~Def. to send a cease & desist to a number of employees illegally harassing her, including ~~Appleseed,~~

14 ~~Ricky, and Shantini – and~~A.S., R.M., & S.V. – & also asked ~~Apple~~Def. to get them to stop reporting her to

15 law ~~enforcement.~~enf.. This was around Jan~~uary~~. 11 2022, which was followed by even more reports to law

16 ~~enforcement~~enf. – including by someone in Germany. ~~Gjovik's~~Pl.'s post asking ~~Apple~~Def. to stop the

17 harassment was also a subject of the lawsuit, claiming it was illegal for her to post it.

18    ~~290.~~237.    One of these employees, Ricky~~,~~ (R.M.), was an ~~Apple~~Def. manager during the operative

19 times, posted under their own name, ~~and~~& worked in a "security" function at ~~Apple.~~Def.. Some of their

20 posts included defending ~~Apple's~~Def.'s practices related to Gobbler. An ~~Apple~~Def. supervisor making public

21 statements like this represents ~~Apple~~Def. by the nature of his role.

22    ~~291.~~238.    While ~~Appleseed~~J.A. apparently left ~~Apple~~Def. around ~~December~~Dec. 2021, she informed

23 ~~Gjovik~~Pl. in ~~January-February~~Jan.-Feb. 2022 that she remained in contact with ~~Apple,~~Def., they spoke about

24 ~~Gjovik, and~~Pl., & they were both trying to censor her social media posts. ~~Appleseed~~J.A. repeatedly urged

25 ~~Gjovik~~Pl. to drop her allegations against ~~Apple. Appleseed~~Def.. J.A. emailed ~~Plaintiff~~Pl. on ~~February~~Feb. 5

26 2022, harassing ~~Gjovik~~Pl. claiming that ~~Gjovik~~Pl. complaining about ~~Apple's~~Def.'s threats of violence

27 against her, ~~and~~& complaining about ~~Apple~~Def. trying to make her suicidal, was "*harmful to Apple*" ~~and~~

28 ~~Appleseed~~& J.A. said she "*reported*" ~~Gjovik~~Pl. "*to Apple*" for making those statements, before proceeding

to then threaten ~~Gjovik~~Pl. with litigation ~~and~~& unspecified reprisals if ~~Gjovik~~Pl. did not alter her federal

1 testimony.

2 ~~292.~~239.   ~~Gjovik~~Pl. complained about the harassment multiple times to ~~Apple and Apple~~Def. & Def.
3 never did anything (that ~~Gjovik~~Pl. is aware of ) to try to stop or limit that harassment, ~~and~~& instead seemed
4 to incite it further.  ~~Apple~~Def. was aware of the harassment ~~and~~& aware of the distress caused to ~~Gjovik~~Pl.
5 by it, through their surveillance of her online presence, of their own direct participation, the press 'asking
6 for comment' on matters including the harassment, ~~Apple's~~Def.'s admitted "investigation" into
7 ~~Gjovik's~~Pl.'s social media in ~~August-September~~Aug.-Sept. 2021, employees filing complaints about things
8 ~~Gjovik~~Pl. complained about and/or about ~~Gjovik, and~~Pl., & a number of other supporting theories.

9 ~~293.~~240.   One employee, Ian, was ~~Gjovik's~~Pl.'s coworker who sat across the aisle from her at ~~Stewart~~
10 ~~1~~SD01 but who was posting on several platforms under an alias. ~~Gjovik~~Pl. did not connect the account to the
11 person until 2023. The account made a number of posts accusing ~~Gjovik~~Pl. of lying ~~and~~& being insane,
12 claiming ~~Gjovik's~~Pl.'s complaints were meritless, ~~and~~& holding himself out as having insider
13 ~~information~~info. about what happened with ~~Gjovik's~~Pl.'s complaints. This employee sat in the same office
14 as Powers ~~and~~& was likely directly involved, or overheard~~, numerous~~ material conversations about ~~Gjovik,~~
15 ~~and~~Pl., & felt it appropriate to publicly harass ~~Gjovik~~Pl. in response.

16 ~~294.~~241.   There are other types of agency ~~and~~& liability. For example, one of ~~Apple's~~Def.'s four+
17 external counsel law firms hired to fight ~~Plaintiff,~~Pl., MWE, was caught multiple times harassing ~~Gjovik~~Pl.
18 online ~~and~~& in real life. The firm filed notice of appearance on ~~Gjovik's~~Pl.'s NLRB charges in Aug~~ust.~~ of
19 2021. In 2022, the firm somehow knew ~~Appleseed~~J.A. sued ~~Gjovik and~~Pl. & quickly requested copies of the
20 order against ~~Gjovik and~~Pl. & the entire case file for the matter. How did MWE know about it if they were
21 not involved? How did MWE know the lawsuit was based on ~~Gjovik's~~Pl.'s NLRB charges against
22 ~~Apple?~~Def.? What did they plan to do with the records? The firm was also caught in 2023 using a fake Twitter
23 account to harass ~~Gjovik.~~Pl.. The account called ~~Gjovik~~Pl. a liar, repeatedly degraded her over the weight
24 she gained during the trauma, ~~and~~& otherwise ridiculed her. ~~Gjovik~~Pl. identified the account was associated
25 with the unique name of one of the attorneys ~~and~~& also spent most of its time harassing ~~Gjovik and~~Pl. &
26 unions which the firm, ~~and~~& specific lawyer, was hired to oppose in labor organizing. ~~[See "Praveen"].~~

27 ~~295.~~242.   The lawsuit filed against ~~Gjovik~~Pl. on Jan~~uary.~~ 31 2022 was done so, admittedly in the petition
28 ~~and~~& the TRO hearing testimony, because ~~Gjovik~~Pl. filed an NLRB charge against ~~Apple,~~Def., because
~~Gjovik~~Pl. claims she was retaliated against by ~~Apple, and~~Def., & because ~~Gjovik~~Pl. had complained about

1 harassment from ~~Apple~~Def. Global Security, including ~~Appleseed. Appleseed~~A.S., J.A. publicly posted she

2 was in some sort of dire trouble with ~~Apple~~Def. in Jan~~uary~~ 2022, ~~and~~& then after filing the lawsuit said the

3 issues were resolved. The night after she filed the lawsuit, she posted a photo of her holding an ~~Apple~~Def.

4 Global Security "challenge coin." ~~Appleseed~~J.A. also repeatedly claimed some unnamed third-party told her

5 to file the lawsuit. A few days later she also posted that she had personally never sued anyone – despite just

6 suing ~~Gjovik~~Pl. – which begs the question of who she was suing ~~Gjovik~~Pl. for if it wasn't herself.

7    ~~296.~~243.   **Excerpts of Harassment**: On Sept~~ember.~~ 1 2021, an ~~Apple~~Def. employee, Shantini ("S.V.")

8 wrote a long Twitter thread accusing ~~Gjovik~~Pl. of being a *liar, racist, ~~and~~& a predator.* ~~Vyas~~S.V. claimed

9 ~~Gjovik~~Pl. made "*bogus, unsubstantiated filings with the DOJ ~~and~~& other regulatory bodies.*" ~~Shantini's~~S.V.'s

10 posts were quickly reshared by *Beezie Wacks* ~~and~~& Mel Nayer, ~~and~~& other fake accounts, as well as named

11 ~~Apple~~Def. employees ~~and~~& managers. On Sept~~ember.~~ 3 2021, ~~at 4:46am,~~ 9to5Mac.com published an article

12 about ~~Gjovik~~Pl. alleging there was doubt to the merits of her NLRB charge against ~~Apple,~~Def., suggesting

13 she was lying. (The blog retracted nearly the majority of the post after ~~Gjovik~~Pl. threatened to sue them for

14 defamation ~~and~~& false light). The article included quotes from ~~Shantini and Ricky. Ricky~~S.V.& R.M. R.M.

15 also shared ~~Shantini's~~S.V.'s thread about ~~Gjovik and Ricky~~Pl. & R.M. stated ~~Gjovik~~Pl. was on a "*warpath*"

16 ~~and~~& had a "*vendetta*" against ~~Apple.~~ Def.

17    ~~297.~~244.   Another one, Mel Nayer, tried to coerce ~~Gjovik~~Pl. to delete the screenshots of internal

18 documents she had posted, claiming the posts were leading to 'death threats' ~~and~~& proceeded to reference

19 a number of internal ~~Apple~~Def. tools ~~and~~& systems. Another one, *I'mPinkThereforeI'mSpam,* posted, "*You'll*

20 *never work as an attorney,*" (post then liked by other anonymous account *"BeezieWacks"*), ~~and~~& added "*The*

21 *nail that sticks out, gets hammered.*"

22    ~~298.~~245.   On Sept~~ember.~~ 8-10 2021, yet another one, "*crissnovak,*" started posting about ~~Gjovik~~Pl. on

23 Reddit, sharing a link to ~~Shantini's~~S.V.'s Twitter posts harassing ~~Gjovik~~Pl. about ~~Gjovik's~~Pl.'s NLRB ~~and~~&

24 US DOJ complaints, "*Shantini is my hero, best take on "A" with over 200+ ~~👍s.~~ [likes]. ALOT seem to agree:*

25 *entitled, obnoxious, toxic, vindictive employee. To me, zero credibility. I would not even want to be on the same*

26 *sidewalk with that.*" The same account posted on Sept~~ember.~~ 9 2021, "*Good riddance. They should have fired*

27 *her weeks ago.,*" "*Santa Clara University Law must be cringing.*"

28    ~~299.~~246.   On Sept~~ember.~~ 10 2021, the account posted in a thread about ~~Gjovik:~~Pl.: "*The only thing toxic*

*in all of this is HER. I wouldn't hire this person. I wouldn't rent to this person. I sure as hell wouldn't date this*

1 *person. She needs serious help*." The same day the account posted about ~~Gjovik:~~Pl.: "*I think when the NLRB,*

2 *EEOC slams the door on Karen's face because there's no case, we'll see more Twitter tirades about how corrupt these*

3 *agencies are. Dear Apple, please don't pay her a fcking dime; awarding toxic behavior will only perpetuate it. She*

4 *needs to learn a hard lesson in life ~~and~~& gain some maturity*."

5 247. On Sept~~ember.~~ 11 2021 the *crissnovak* account posted~~,~~:

6 "I so hope Apple, ~~*Northrop Grumman*~~NGC, Irvine Company sue her ~~*and*~~& teach her a lesson. I

7 think she things she is going to get rich, but she's going straight to the poor house. $300k + RSUs

8 + healthcare + tuition reimbursement all up in smoke for this nonsense. Go Ashley go!" ~~*Crissnovak*~~

8 ~~*then began threatening other Apple employees they may "get Gjoviked!"* if they speak out.~~

9 *Crissnovak* then began threatening other Apple employees they may "*get Pl.ed!*" if they speak out. On

10 Sept~~ember.~~ 13 2021, the *crissnovak* account posted on a thread about ~~Gjovik:~~ Pl.:

11 ".... Apple (w/it's army of lawyers) can sue her ~~*and*~~& it would be an easy win because it's a

12 simple breach of contract case. Her counter suit for retaliation/harassment will be very

12 challenging especially if her coworkers don't have her back. They may be enjoying all that

13 Apple $$$. Lawsuit would be chump change for Apple but will certainly bankrupt her. I've

14 never seen anyone so intent on ruining their own reputation/livelihood..." ~~*crissnovak* sure~~

14 ~~knows a lot about employment law too. The account added that Gjovik was on the "*chubby*~~

15 ~~*side*" and had "*baby teeth lol.*"~~

16 *crissnovak* sure knows a lot about employment law too. The account added that Pl. was on the "*chubby side*"

17 & had "*baby teeth lol.*"

18 ~~300.~~248. As a representation of the retaliatory animus of her managers (see, Ian, aka Neoform, her

19 coworker sitting across the aisle from her at ~~825 Stewart Drive~~SD01, seeing her manager every day ~~and~~&

20 participating in conversations about ~~Gjovik.~~Pl.. Ian took to Twitter ~~and~~& other social media to harass ~~and~~&

21 threaten ~~Gjovik~~Pl. starting in Aug~~ust.~~ 2021 ~~and~~& continuing through fall of 2021). Ian's comments included

22 statements like: "*Based on her writings ~~and~~& twitter feed, I would not be surprised in the least to learn she has*

23 *some kind of psychosis,*" "*You think there are law firms that will want to hire her? She's toxic,*" "*Now Apple has*

24 *fired her for supposedly 'leaking' insider information. A brief glance at her twitter feed can resolve the 'supposedly'*

25 *part,*" "*She's entirely to blame for her firing,*" ~~and~~& "*Vexatious litigant incoming!*"

26 ~~301.~~249. ~~Gjovik~~Pl. also received messages via the webform on her website, which allowed anonymous

27 people to message her, though it recorded their IP addresses. Messages were often vulgar ~~and~~& offensive,

28 ~~and~~& also sent from IP addresses flagged for spam ~~and~~& malicious conduct. Examples include: "*Cunt*"

(9/12/21); "*Nobody wants to see your nasty nudes. Next time use your work phone for work only you stupid moron*"

1  (9/20/21); "*Remember what Jesus Christ taught about retaliation. You are retaliating back at Apple. Matthew*
2  *5:38-42…*" (12/8/21); "*If only Steve Jobs were still around. He'd drag you … out to the street by your hair ~~and~~&*
3  *tell you … to go work a corner. It's the only talent you'll ever have.*" (4/5/22). Whether or not ~~Apple~~Def. was
4  behind the fake accounts, ~~Apple~~Def. fostered an environment where people were rewarded for harassing
5  ~~Gjovik, and~~Pl., & ostracized ~~and~~& ridiculed if they supported her. ~~Apple~~Def. encouraged the abuse.

6  ~~302.~~250.    An example of one of the more egregious digital threats includes~~,~~ but is not at all limited to
7  this post from Sept. 22 2021, which as published on a discussion thread linked to an article about
8  ~~Gjovik's~~Pl.'s NLRB charge against ~~Apple's~~Def.'s CEO Tim Cook for sending a threatening email to staff
9  claiming any internal ~~information~~info. is confidential:

10      "I said it in the last thread about bad, criminal employees, ~~and~~& I'll say it again. It's time for
11      Apple to take out the trash. Do whatever it takes to identify ~~and~~& catch the leakers ~~and~~& then
12      ruin their lives. Fire them, prosecute ~~and~~& go after them. Do whatever it takes. Hunt them
13      down like wild animals. Leakers ~~and~~& other activist employees who believe that they can do
14      as they please have no business being at Apple. I want to see them gone ~~and~~& I want to see
15      them destroyed. Trashy employees do not belong at Apple. And who is surprised that the
16      leakers going running to the garbage site called the Verge? They already had one campaign that
17      backfired on them when the lunatic woman leaker [~~Gjovik~~Pl.] was fired, now it is time to get
18      rid of any remaining leakers ~~and~~& criminals. Go get 'em Tim! …. Espionage has long been
19      treated as a crime worthy of death ~~and~~& all Apple would need to do is to make it apply to
         corporations ~~and~~& not just nations~~…~~. People just need to be optimistic ~~and~~& patient.~~"~~
         ~~(.~~" (*PacManDaddy, ~~Reddit~~*, Sept 22 2021).

19  ~~303.~~251.    As ~~Gjovik~~Pl. was fired, an account, "*~~EarlyRiser,~~*" replied to ~~one of Gjovik's~~Pl.'s posts saying,
20  "*It would be in your best interest to drop ideas of suing, or attempts at dragging them through any spiteful dirt, as*
21  *it'll co$t you.*" On Oct. 1 2021, another account later identified to be an account Def. created to harass Pl.,
22  commented on Pl.'s post about getting cut by the broken glass in the box Def. mailed, asking Pl. to post
23  photos of her bloody wounds. The next day, on Oct. ~~(Sept. 9 2021, "EarlyRiser").~~2 2021, the account tried
24  to convince Pl. to allow it to remotely access Pl.'s computer & modify the config.

25  ~~304.    Pl.On Oct. 1 2021, another account later identified to be an account Apple created to harass~~
26  ~~Gjovik, commented on Gjovik's post about getting cut by the broken class in the box Apple mailed – asking~~
27  ~~Gjovik to post photos of her bloody wounds. The next day, on Oct. 2 2021, the account tried to convince~~
28  ~~Gjovik to allow it to remotely access Gjovik's computer and modify the configuration.~~

28  ~~305.    Gjovik~~ also received bizarre, hostile, ~~and~~& obscene messages sent to her via her websites
    contact webform. Someone sent ~~Gjovik~~Pl. an email from an IP associated with ~~Apple's~~Def.'s first

1 manufacturing plant in Fremont in which the person (self-named "The Messenger") warned ~~Gjovik~~Pl. to

2 drop her cases against ~~Apple and~~Def. & justifies this with quotes from the Christian Bible. (Dec.8 2021,

3 Weebly webform). The account complain~~ts~~ed that ~~Gjovik~~Pl. is retaliating against ~~Apple.~~

4 ~~306.~~252.    ~~Social~~Def..  On Dec. 21 2023, on social media, one post ~~in thread about Gjovik~~read:

5 "*Tomorrow's headline: Apple Whistleblower found dead of heart attack at 22 (never mind the double tap, nothing to*

6 *see here)*"~~ (Dec. 21 2021, now deleted Reddit user)~~*.).*"

7 ~~307.~~    On ~~December~~Dec. 29, 2021, ~~Appleseed~~J.A. messaged one of ~~Gjovik's~~Pl.'s friends claiming

8 ~~Gjovik~~Pl. was "*perjuring herself*." On ~~December~~Dec. 30, 2021, ~~Appleseed~~J.A. messaged once of ~~Gjovik's~~Pl.'s

9 friends saying ~~Appleseed~~J.A. was "*one of Apple's witnesses against [~~Gjovik~~*]*".

10 ~~308.~~253.    *Pl.*]*".* On ~~February~~Feb. 15, 2022, ~~Appleseed~~J.A. submitted a statement to the Washington

11 state courts saying she complained about ~~Gjovik~~Pl. to the FBI ~~and~~& also to the Chief Security Officer of the

12 National Labor Relations Board, the previous Chief of Physical ~~Security~~Sec. at The White House ~~and~~& a

13 ~~Security~~Sec. Manager at the ~~Department~~Dept. of Defense.[59]

14 ~~309.~~254.    ~~Appleseed~~J.A. sent ~~Gjovik~~Pl. a lengthy email on ~~February~~Feb. 5, 2022 (over 3,000 words)

15 making false accusations against ~~Gjovik,~~Pl., unlawful demands of ~~Gjovik,~~Pl., threats against ~~Gjovik and~~Pl. &

16 demanded ~~Gjovik~~Pl. withdraw allegations ~~and~~& evidence about ~~Appleseed~~J.A. from ~~Gjovik's~~Pl.'s federal

17 charges against ~~Apple~~Def. (charges about obstruction of justice & witness tampering). ~~Appleseed~~J.A. in

18 great hostility told ~~Gjovik~~Pl. she believed one of ~~Gjovik's~~Pl.'s SEC ~~Ww~~histleblower filings: *"contained*

19 *absolutely no material information for shareholders."* ~~Appleseed~~J.A. informed ~~Gjovik~~Pl. she reported ~~Gjovik~~Pl.

20 to the FBI, ~~and~~& also told ~~Gjovik~~Pl. that she reported ~~Gjovik~~Pl. to ~~Apple~~Def. for ~~Gjovik~~Pl. complaining that

21 ~~Apple~~Def. was trying to make her kill herself, ~~and~~& that ~~Apple~~Def. could have ~~Gjovik~~Pl. assassinated, which

22 ~~Appleseed~~J.A. complained was "*extremely harmful*" to her ~~and Apple.~~& Def..

23 ~~310.~~    On ~~February~~Feb. 5 2022, ~~Appleseed~~J.A. posted on Twitter claiming the NLRB accused

24 ~~Gjovik~~Pl. of extortion ~~and~~& told ~~Appleseed~~J.A. to report ~~Gjovik~~Pl. to the FBI (which she also testified at the

25 ex parte hearing on Jan~~uary~~. 31 2022, ~~and~~& which the NLRB fervently denied) ~~and Appleseed~~& J.A. later

26 blamed on an illegal drug relapse. In ~~Appleseed's~~A.S.'s posts she mentions ~~Gjovik~~Pl. is a federal witness.

27 _____

28

[59] ~~C.S. v Gjovik, 22-2-03849-7 SEA, (Appeal of Court of Limited Jurisdiction – Reversed & Vacated), King County~~
~~Superior Court, State of Washington (2022); C.S. v Gjovik, 22CIV01704KCX, (Vacated) King County District~~
~~Court, Court of Limited Jurisdiction, State of Washington (2022).~~

1 ~~Appleseed~~J.A. then claimed "*multiple people*" were reporting ~~Gjovik~~Pl. to ~~Gjovik's~~Pl.'s law school at Santa

2 Clara University ~~and~~& claimed "*the authorities had to get involved*" with ~~Gjovik.~~

3 ~~311.~~255.    ~~Appleseed~~Pl.. J.A. filed an FBI report against ~~Gjovik~~Pl. charging ~~Gjovik~~Pl. with "*criminal*

4 *extortion ~~and~~& blackmail*," ~~and~~& apparently reported ~~Gjovik~~Pl. to a police department~~.⁶⁰ (mid Jan 2022,~~

5 ~~Appleseed).~~

6 ~~312.~~256.    ~~In the February~~On Feb. 15, 2022, testimony ~~Appleseed~~J.A. also claimed, without any

7 evidence to support prima facie elements of the charges, that ~~Gjovik~~Pl. committed "*criminal cyber-*

8 *harassment, blackmail, ~~and~~& extortion*." The majority of ~~Appleseed's~~A.S.'s complaints in the lawsuit were

9 arguments focused on a legal filing ~~Gjovik~~Pl. submitted to the ~~government~~gov. including law

10 ~~enforcement,~~enf., where she had gathered evidence of the harassment against her, alleging ~~Apple~~Def. was

11 engaging in criminal conduct. ~~Appleseed~~J.A. repeatedly demanded ~~Gjovik~~Pl. alter, withdraw, ~~and~~& conceal

12 this legal filing – ~~and~~& upon winning the first Court of Limited Jurisdiction hearing against ~~Gjovik,~~Pl., then

13 proceeded to report the federal legal filing to ~~Gjovik's~~Pl.'s web server as "child porn."

14 ~~313.~~257.    The Order prohibited ~~Gjovik~~Pl. from speaking to anyone, even privately, about significant

15 aspects of her litigation against ~~Apple, and~~Def., & it had now become a crime to say/write the name of her

16 office. (Note: ~~Gjovik~~Pl. was certain ~~Apple~~Def. would use the Order to try to incarcerate ~~Gjovik, and~~

17 ~~Gjovik~~Pl., & Pl. did discover that Orrick – counsel here – employ a large number of prior Office of the

18 ~~Attorney General~~A.G. staff from state of Washington, including a prior ~~AG~~A.G. If ~~Apple~~Def. wanted to get

19 ~~Gjovik~~Pl. thrown in jail, they had the means to do so.

20 ~~314.~~258.    Another account, "~~"~~*FirstNameBunchofNumbers*~~,~~," started harassing ~~Gjovik~~Pl. in 2022,

21 primarily taunting ~~Gjovik~~Pl. about the lawsuit filed against her. The account's profile photo was the docket

22 for ~~Appleseed's~~A.S.'s lawsuit against ~~Gjovik, and~~Pl., & the biography was "*Ashley is a bitch.*" Among other

23 deranged posts, the account tagged ~~Gjovik~~Pl. with a link to the ~~California~~Cal. Moral Character exam ~~and~~&

24 inquired if ~~Gjovik~~Pl. will still be able to be a lawyer with this lawsuit against her. The account added an image

25

26

27 _____

28

⁶⁰ ~~C.S. v Gjovik, 22-2-03849-7 SEA, (Appeal of Court of Limited Jurisdiction – Reversed & Vacated), King County~~
~~Superior Court, State of Washington (2022); C.S. v Gjovik, 22CIV01704KCX, King County District Court, Court of~~
~~Limited Jurisdiction, State of Washington (2022).~~

1 of a smirking teenager.[61]

2  Can you still be admitted to the bar if you have had an anti-harassment judgement filed against

3  you? Asking for Ashley Gjovik.  [Photo of young girl at computer drinking soda & smiling

  mischievously]        link:        calbar.ca.gov/Admissions/Moral-Character/Guidelines"

4  @FirstNa47437596 February 11 2022.

5  259. The retaliatory lawsuit also was filed with the intention of preventing ~~Gjovik~~Pl. from becoming a

6 licensed attorney. ~~Gjovik~~Pl. had a right to become an attorney ~~and Apple~~& Def. egregiously interfered with

7 that right. This was not only an implied threat, but anonymous social media accounts (clearly ~~Apple)~~Def.)

8 harassed ~~Gjovik~~Pl. about exactly this. The same account also posted about ~~Plaintiff: "~~*honestly*~~Pl.:~~

9  "Honestly cannot believe this is being allowed to go on in public. She needs a conservatorship

10  or something. Watching her go downhill live on Twitter seems irresponsible, but she won't

  listen to anyone. Where is the family to step in ~~and~~& help?" ~~and~~& "If they read her TL they

11  see that she's a nutjob ~~and~~& can't even win a case on Twitter or Wikipedia, so they probably

12  aren't much concerned about her winning in a court of law."

13  ~~315.~~260.    On April 17, 2022, a Telegraph profile was published about ~~Gjovik~~Pl. titled "*Apple*

14 *whistleblower Ashley Gjøvik: 'My life is a goddamn nightmare now'*", ~~and~~& the reporter posted the article on

15 Twitter. ~~Appleseed and~~J.A. & her friends then quickly replied to the post ~~and~~& 'quote-tweeted' the post

16 making allegations against ~~Gjovik, and~~Pl., & making derogatory statements about ~~Gjovik, and~~Pl., & harassing

17 the reporter for writing about ~~Gjovik.~~Pl.. After ~~Appleseed's~~A.S.'s protest, The Telegraph changed the

18 subtitle of the article about ~~Gjovik~~Pl. from something positive to saying that what happened to ~~Gjovik~~Pl. was

19 the "*consequences of her actions.*" If ~~Gjovik~~Pl. complained, ~~Appleseed~~J.A. could try to have ~~Gjovik~~Pl.

20 incarcerated.

21  ~~316.~~261.    On June 8 2022, ~~Appleseed ("SquareInARoundHole")~~J.A. edited ~~Gjovik's~~Pl.'s Wikipedia

22 article deleting over ~~8,000~~8000 characters ~~and~~& accusing ~~Gjovik~~Pl. of "~~libel~~" based on ~~Gjovik's~~Pl.'s

23 accusations against Lisa Jackson ~~and~~& Ronald Sugar. (account confirmed by Wikipedia to be ~~Appleseed,~~

~~and~~J.A. & had to be banned three times for vandalizing ~~Gjovik's~~Pl.'s public article).  On Jan~~uary~~. 23 2023,

24 after the retaliatory lawsuit against ~~Gjovik~~Pl. was already dismissed ~~and~~& vacated, ~~Appleseed~~J.A. then filed

25 another document in which she accused ~~Gjovik~~Pl. of a variety of torts (defamation, harassment) ~~and~~&

26

27 _____

28

[61] ~~"Can you still be admitted to the bar if you have had an anti-harassment judgement filed against you? Asking for Ashley~~
~~Gjovik.  [Photo of young girl at computer drinking soda and smiling mischievously] link~~:
~~https://www.calbar.ca.gov/Admissions/Moral-Character/Guidelines" @FirstNa47437596 February 11 2022.~~

1 criminal acts (criminal wiretapping, perjury), threatened to report ~~Gjovik~~Pl. to the Bar Association, ~~and&~~

2 threatened to sue ~~Gjovik~~Pl. again. The next day ~~Appleseed~~J.A. posted on Twitter about ~~Gjovik,~~Pl., with

3 some of the language as her legal filing*:*

> "If you lack the moral fortitude to admit that you misrepresented, omitted, misquoted, or otherwise altered facts to exaggerate ~~and~~& fit a narrative… sincerely, don't bother engaging in the public space. You will eventually be hit with a boomerang of your own making." On Jan. 24 2023, J.A. replied to the post above & added "A YEAR OF THIS [EXPLETIVE] A YEARRRRRRRRRR". (sic)

8 ~~On January 24 2023, Appleseed replied to the post above and added "~~ J.A ~~YEAR OF THIS [EXPLETIVE] A~~

9 ~~YEARRRRRRRRRR". .(sic) Appleseed~~ filed the lawsuit against ~~Gjovik~~Pl. on Jan~~uary~~. 31 2022 (a year prior)

10 ~~and~~& was clearly referring to ~~Gjovik and~~Pl. & threatening her with being "*hit*" if she did not leave "*the public*

11 *space.*"

      ~~317.~~   ~~Appleseed~~J.A. harassed ~~Gjovik~~Pl. on social media as well as many other mediums (Resp.

12 Sup., ratification). The social media harassment started in late ~~August and~~Aug. & early 2021, while both

13 were still employees at ~~Apple. Appleseed's~~Def.. A.S.'s defamatory, intimidating, ~~and~~& harassing comments

14 were posted publicly, ~~and~~& also sent privately to individuals who interacted with ~~Gjovik and~~Pl. & expressed

15 support for ~~Gjovik.~~Pl.. Public posts usually were positioned as being based on some sort of inside

16 ~~information~~info. from ~~Apple~~Def. Global Security and/or ~~HR ("I know something you don't"), and~~H.R., &

17 as if she was speaking on behalf of the company about ~~Gjovik.~~Pl.. The content also revolved around animus

18 over ~~Gjovik's~~Pl.'s NLRB ~~and~~& other ~~government~~gov. charges against ~~Apple.~~

19   ~~318.~~262.    ~~In February~~Def.. On Feb. 19 2023, ~~Joanna Appleseed~~J.A. contacted ~~Gjovik~~Pl. with an email

20 saying she knows ~~Gjovik~~Pl. does not "*wish to hear from [her]*" ~~and~~& then proceeded to make more

21 accusations against ~~Gjovik, and~~Pl., & compare their relationship to each other ~~and Apple,~~& Def., to the

22 movie "Annihilation."

23   ~~319.~~263.    On March 2 2023 ~~and~~& for several days following, a Twitter account created specifically to

24 interact with ~~Gjovik~~Pl. about her claims about N-Methyl-2-pyrrolidone ~~(~~(("NMP~~),~~"),), "Sybil", replied

25 repeatedly to her posts. Sybil repeatedly claimed NMP is completely safe, not banned, ~~and that Gjovik~~& Pl.

26 was lying about the yellow clothes ~~and~~& rusty jeans, ~~and~~& it was occurring simply because ~~Gjovik~~Pl. did not

27 know how to do laundry properly. Even after blocking the NMP account, it continued to stalk ~~Gjovik's~~Pl.'s

28 posts ~~and~~& continue posting, next calling for ~~Gjovik's~~Pl.'s account to be suspended due to supposedly

spreading misinfor~~mation.~~. about NMP. Under ~~information and~~info. & belief, Sybil was ~~Apple.~~Def..

1   ~~320.~~264.    On March 11 2023, a fake account ("Comrade Jones", sorry@butno.com) sent ~~Gjovik~~Pl. an
2   email claiming to be an ex-EPA ~~compliance/enforcement~~compl./enf. employee. The account attempted to
3   get ~~Gjovik~~Pl. to stop talking about the ~~vapor intrusion~~V.I. documentation for 825 Stewart Drive ~~and~~& tried
4   to get ~~Gjovik~~Pl. to stop talking about the NMP. The account made threats to intimidate ~~Gjovik.~~Pl.. The IP
5   came from a location known for spam accounts. Under ~~information and~~info. & belief, "Comrade Jones" was
6   ~~Apple.~~Def..

7   ~~321.~~265.    On May 13 2023, ~~Appleseed~~J.A. replied to her prior post ridiculing ~~Gjovik~~Pl. with a new post
8   that said "I'm a lawyer" with an image of a boy sticking a flute up his nose, implying that was ~~Gjovik.~~Pl..
9   Between on May 13 – 15 2023, ~~Appleseed~~J.A. suddenly made around forty posts on Twitter that made
10  negative remarks ~~and~~& allegations against ~~Gjovik. Appleseed~~Pl.. J.A. included ~~Gjovik's~~Pl.'s name ~~and~~&
11  other personally identifiable ~~information~~info. in several of the posts ~~and~~& tagged ~~Gjovik's~~Pl.'s
12  acquaintances, ~~and~~& even included images of the documents in ~~Appleseed's~~A.S.'s lawsuit against ~~Gjovik~~Pl.
13  so it was clear ~~Appleseed~~J.A. was posting about ~~Gjovik — and Appleseed~~Pl. – & J.A. also uploaded a video
14  showing ~~Appleseed~~J.A. cyberstalking ~~Gjovik. Appleseed~~Pl.. J.A. "tagged," among others, the Twitter
15  accounts of the ~~Washington~~Wash. state AG's office ~~and US~~& U.S. President Joe Biden.
16      ~~322.~~    Throughout the May 13-15 2023 posts, ~~Appleseed~~J.A. repeatedly referred to ~~Gjovik~~Pl. as a
17  "*harasser*", called ~~Gjovik~~Pl. a "*liar*," ~~and~~& accused ~~Gjovik~~Pl. of perjury ~~and~~& "*fabricating evidence,*"
18  committing fraud, ~~and~~& accused ~~Gjovik~~Pl. of defamation, stalking, ~~and~~& harassment. ~~Appleseed~~J.A. once
19  again claimed ~~Gjovik's~~Pl.'s pleas for ~~Appleseed~~J.A. to stop harassing her was some sort of criminal act by
20  ~~Gjovik. Appleseed~~Pl.. J.A. also began vaguely accusing an acquaintance of ~~Gjovik~~Pl. of perjury, lying,
21  harassment, ~~and~~& falsifying evidence.
22      ~~323.~~266.    ~~Appleseed~~J.A. posted that she had recently reported ~~Gjovik~~Pl. to law ~~enforcement and~~enf. &
23  "*the proper authorities*," ~~and~~& the non-profit organizations EFF ~~and~~& ACLU, ~~and~~& invited any "*civil liberties*
24  *group or attorneys*" to contact her about ~~Gjovik.~~Pl.. (May 13-15 2023, Twitter, ~~Appleseed~~).A.S.).
25      ~~324.~~267.    On May 26-27 2023, ~~Appleseed~~J.A. attempted to contact ~~Gjovik~~Pl. through a third-party (a
26  current ~~Apple~~Def. employee domiciled in another country) ~~and~~& conspired with him ~~and~~& attempted to get
27  ~~Gjovik~~Pl. on the phone with her without ~~Gjovik~~Pl. knowing it would be ~~Appleseed~~J.A. on the other line.
28  When ~~Gjovik~~Pl. saw through the plan ~~and~~& complained to the third-party, that person explained
    ~~Appleseed~~J.A. wanted to talk to ~~Gjovik~~Pl. about ~~Gjovik's~~Pl.'s evidence against
        ~~325.~~268.    ~~Appleseed~~J.A. contacted one of ~~Gjovik's~~Pl.'s friends via LinkedIn, identifying herself as

1 "*Apple Global Security*," ~~and~~& trying to learn about ~~Gjovik's~~Pl.'s "*friends or family*," claiming she wants to

2 "*help*" ~~Gjovik, and~~Pl., & admitting she has been extensively cyberstalking ~~Gjovik.~~Pl.. (May 31 2023,

3 LinkedIn, ~~Appleseed).~~A.S.).

### Outrageous Per Se

5 ~~326.    Apple~~: Def. mailed ~~Gjovik~~Pl. a package with her personal effects from her desk, with a

6 shipping notice on Sept. 29 2021. ~~Gjovik~~Pl. asked on Twitter what they thought ~~Apple~~Def. was mailing her

7 ~~and~~& one account, *BabyHummingbird,* later revealed to clearly be associated with ~~Apple~~Def. public relations

8 or global security, posted an image from a movie implying that ~~Apple~~Def. had mailed ~~Gjovik~~Pl. the severed

9 head of one of her loved ones.

10 ~~327.~~269.    ~~BabyHummingbird was the account who threatened Gjovik that Apple was mailing her a~~ The

11 box ~~with the severed head of one of her loved ones, but it~~ really contained ~~her~~Pl.'s possessions from her desk

12 trashed ~~and~~& covered in glass shards, ~~and~~& a bug planted in one of her items of décor. 18 U.S. ~~Code~~C. §

13 876. The account only posted to ~~and /~~about ~~Gjovik, and~~Pl., & its first "like" was an ~~advertisement~~ad that

14 read, "*Apple's back better than ever!*" ~~BabyHummingbird~~It also liked posts about ~~Gjovik,~~Pl., including ~~the~~

15 "*don't get ~~Gjovik'd~~*" ~~posts.~~Pl.'d."

16 ~~328.~~270.    ~~Apple~~Def. broke ~~/~~& destroyed ~~Gjovik's~~Pl.'s possessions from her desk ~~and~~& mailed them to

17 her and/or packing ~~Gjovik's~~Pl.'s items to ensure they are broken in transit (~~Gjovik~~Pl. received a box with

18 rocks ~~and~~& broken glass on Sept. 30 2021). Inside the package, which arrived on Sept. 30 2021, planted

19 inside one of her personal items (a gifted statue that ~~says~~read "*sue the [expletive]*!*") was some sort of

20 electronic device, assumably a listening device. There were three highly suspicious "call-drops" during

21 phone calls at ~~Gjovik's~~Pl.'s home over a period of ten days in 2022. They occurred ~~at~~on May 16 2022 at 6:29

22 PM PST, May 24 at 2:03 PM, May 26 at 1:59 PM. One of the calls was interstate, ~~and~~& another was

23 international. The third call was with the Santa Clara County DA's office. These drops led ~~Gjovik~~Pl. to

24 discover hacking on her network on May 28 2022, ~~and~~& then the bugged objects in her home on May 29

25 2022, including the statue from her desk.

26 ~~329.    Gjovik~~Pl. called the Santa Clara city police on May 31, 2022 [re: report 2205310079] to report

27 the listening device ~~Apple~~Def. planted in her chattel property ~~and~~& the call drops, internet interference that

28 led to her to search her items for bugs, ~~and~~& the attempted break-in. The police took possession of the statue.

~~Gjovik~~Pl. later found her fake fig tree was also producing ~~RF and EMF~~R.F. & E.M.F. signals ~~and~~& threw it

in the trash ~~and~~& complained on Twitter about it.

1  ~~330.~~271.    ~~Gjovik~~ Pl. contacted the FBI May 30 2022 to report hacking ~~and~~& the bugged object. The

2  FBI agent she talked to advised ~~Gjovik~~Pl. to give the object to the local police. Several hours later ~~Gjovik~~Pl.

3  heard someone trying to break into her apartment through the front door. ~~Gjovik~~Pl. posted on Twitter about

4  it, blaming ~~Apple.~~Def..

5  ~~331.~~272.    ~~Apple~~Def. stalked ~~Gjovik~~Pl. in ~~California and New York~~Cal. & NY, sending people to sit

6  outside her apartment, to follow her around, ~~and~~& take photos/videos of her inside her home from outside

7  the windows. [Cal.Pen.C. §§ 647(h), 647(i)]. ~~Apple~~Def. repeatedly broke into ~~Gjovik's~~Pl.'s home in at least

8  the state of ~~California~~Cal. [Cal.Pen.C. §§ 459, 602.5].

9  ~~332.~~273.    ~~Gjovik~~Pl. called the Santa Clara city police on Aug~~ust.~~ 9, 2022 [re: report 2208090087] to

10 report ~~Apple~~Def. breaking into her attic ~~and~~& installing some sort of electronic equipment. After ~~Gjovik~~Pl.

11 reported the attic situation to law ~~enforcement~~enf. the police said they would come by the next day to create

12 the report. ~~Gjovik~~Pl. left her home to run an errand. When ~~Gjovik~~Pl. returned, the day before the police

13 were to arrive ~~and~~& search her attic, she found two signs that someone had broken into her apartment ~~and~~&

14 entered the attic. First, her dog's belly smelled strongly of cigarettes despite him not leaving the apartment

15 while she was gone ~~and Gjovik~~& Pl. not smoking cigarettes. After noticing the odor, ~~Gjovik~~Pl. quickly

16 inspected her closet where the entrance to the attic is ~~and~~& found attic insulation stuff on the floor despite

17 having just vacuumed before she left. Under ~~information and~~info. & belief, ~~Apple~~Def. broke into

18 ~~Gjovik's~~Pl.'s apartment again, this time to retrieve whatever they installed in her attic, before law

19 ~~enforcement~~enf. arrived.

20    ~~333.~~    ~~Apple~~Def. surveilled ~~Gjovik and~~Pl. & even bugged her property, including, apparently,

21 directly intercepting her home internet. [Cal.Pen.C. §§ 591, 632(a)].

22 ~~334.~~274.    ~~Apple~~ Def. trespassed on ~~Gjovik's~~Pl.'s back porch in Boston, Massachusetts at some point

23 between 1am ~~and~~& 7am before her first day of work at her new job (Sept. 28 2023), leaving the door wide

24 open to show someone had been inside. (This never happened again after & ~~Gjovik~~Pl. complained to Tim

25 Cook about it when she filed this lawsuit).

26    **Injuries ~~and~~& Impact**

27    ~~335.~~    ~~Apple's:~~ Def.'s conduct was not mere insults, indignities, threats, annoyances, petty

28 oppressions, or other trivialities. ~~Apple's~~Def.'s misconduct towards ~~Gjovik~~Pl. was/is extreme, outrageous,

persistent, ~~and~~& omnipresent. ~~Apple's~~Def.'s conduct left ~~Gjovik~~Pl. fearing for her safety, her dog's safety,

the integrity of her electronics ~~and~~& utilities, ~~and~~& the safety of her chattels – that ~~Gjovik~~Pl. was confined

to her home. ~~Gjovik~~Pl. was ~~and~~& is under a justified belief that leaving her house or even failing to secure entry to her home properly would place her in danger, ~~and~~& she could be killed. ~~Gjovik~~Pl. was ~~and~~& is under a justified belief that leaving her dog at home unattended could result in harm to her dog ~~and~~& that ~~Apple~~Def. could kill him.[62] ~~Apple did handle him during one of the break-ins, leaving a strong odor of cigarettes on his little body.~~

~~336.~~275.     ~~Apple~~ Def. could have acted with some decency ~~and~~& reserve. Still, instead, ~~Apple~~Def. bugged ~~Gjovik's~~Pl.'s objects ~~and~~& home, sent her possessions to her in a box with broken glass ~~and~~& threatened it could contain a severed head, sued her for reporting criminal conduct, reported her to law ~~enforcement,~~enf., repeatedly threatened to "*ruin*" ~~and~~& "*destroy*" her, ~~and~~& even sent her emails pretending to be ~~government~~gov. employees threatening her to stop speaking about ~~Apple's chemical~~Def.'s chem. leaks. [18 USC § 912; April 2023; reported to FBI ~~and U.S.~~& EPA]

~~337.~~276.     When ~~Gjovik~~Pl. explains to people what ~~Apple~~Def. has done to her when she shows them ~~Apple's~~Def.'s communications ~~and~~& exposure records ~~and~~& shows them the evidence she gathered of their ~~physical~~ intrusions ~~and~~& harassment, the default response is not simply to shake their heads with disappointment. No, it is to exclaim something such as "*Outrageous!!*" Further, these actions caused fear in those around Pl. & in Pl. herself. Pl. has lost many friends through this & she cannot blame them as Def.'s menacing is smoke from the fire of actionable threats of violence & mayhem. Def.'s tortious conduct evinced an indifference to or a reckless disregard for the health & safety of others; Pl. had financial & medical vulnerability; the conduct involved repeated, systemic actions & schemes; & the harm to Pl. was the result of Def.'s intentional malice, trickery, & deceit.

~~338.     Further, these actions have caused fear in those around Gjovik and in Gjovik herself. Gjovik has lost many friends through this—and she cannot blame them as Apple's menacing is smoke from the fire of actionable threats of violence and mayhem. Apple's tortious conduct evinced an indifference to or a reckless disregard for the health and safety of others; Gjovik had financial and medical vulnerability; the conduct involved repeated, systemic actions and schemes; and the harm to Gjovik was the result of Apple's intentional malice, trickery, and deceit.~~

---

[62] ~~ICAN, Stalking, "Though dogs provide a valuable service as a security agent for our homes, please be advised that a stalker may harm your animals. If you have a dog, make sure that you keep it indoors when you are not home and that you have a secure environment for it when you are home."~~

339.    As documented in legal filings, emails, ~~doctor~~dr. appointments, ~~and~~& therapy sessions throughout these two years – ~~Gjovik~~Pl. has suffered severe insomnia, nausea from stress to the point of vomiting, extreme depression requiring anti-depressants due to suicidal ideation, ~~and~~& crying uncontrollably for hours every day. ~~Gjovik~~Pl. suffers from paralyzing anxiety, ~~and~~& it has been difficult even to get up ~~and~~& walk around, with ~~Gjovik~~Pl. generally spending all day in some form of the 'fetal position.' ~~Gjovik~~Pl. has alternated between overeating ~~and~~& undereating but overall gained over sixty pounds in 2020-2022.

~~340.~~277.    ~~Apple's~~Def.'s conduct, of course, left ~~Gjovik~~Pl. with "*discomfort, worry, anxiety, upset stomach, concern, ~~and~~& agitation.*" However, as a direct ~~and~~& proximate result of ~~Apple's~~Def.'s conduct, ~~Gjovik~~Pl. also experienced overwhelming anguish, illness, "*shock, horror, nausea, fright, grief, shame, humiliation, embarrassment, anger, chagrin, disappointment.*" ~~Apple's~~Def.'s conduct resulted in PTSD ~~and~~& anxiety symptoms. ~~Gjovik~~Pl. suffered depersonalization ~~and~~& derealization.

341.    On Dec. 26 2021, ~~Gjovik~~Pl. posted on Twitter about her intention to pursue a Dodd-Frank ~~and~~& witness retaliation claim against ~~Apple.~~Def.. On or around Jan. 10 2022, ~~Gjovik~~Pl. filed complaints about witness intimidation ~~and~~& witness retaliation to U.S. NLRB, the U.S. ~~Dept. of Labor, and~~DOL, & the Cal. ~~Dept. of Labor. Gjovik~~DOL. Pl. drafted several legal documents, including a legal brief, image exhibits, ~~and~~& a detailed dossier containing the accounts ~~and~~& posts ~~Gjovik~~Pl. believed to be ~~Apple.~~

~~342.~~278.    Def.. On Jan. 25 2022, ~~Gjovik~~Pl. emailed the U.S. NLRB about her Jan. 10, 2022, witness intimidation charge ~~and~~& attached a 77-page rough draft of the Evidence Report. On Jan. 31 2022, ~~Gjovik~~Pl. posted on Twitter that she planned to submit her legal filings about witness intimidation to the ~~US~~U.S. Dept. of Justice ~~and~~& the whistleblower ~~and~~& labor agencies. ~~Gjovik~~Pl. commented that ~~Apple's~~Def.'s actions were criminal. ~~Gjovik~~Pl. testified to the U.S. NLRB about it on Feb. 10, 2022. ~~Gjovik~~Pl. also contacted the Santa Clara Dist~~rict~~. Attorney's office about the developments with ~~Apple,~~Def., complaining about witness intimidation ~~and~~& witness retaliation on Feb. 21 2022, ~~and~~& Dec. 15 2022. Yet, ~~Apple~~Def. continued with the harassment, unphased.

~~343.~~279.    ~~Apple~~Def. abused its position of power over ~~Gjovik and~~Pl. & exploited that power differential in its campaign of terror against ~~Gjovik~~Pl. enlisting multiple employees ~~and~~& other agents to carry out their scheme. ~~Apple~~Def. has extreme power ~~and~~& control over ~~Gjovik and~~Pl. & its other employees as one of the world's largest ~~and~~& most influential companies. ~~Apple's~~Def.'s conduct was despicable, base, vile, ~~and~~& contemptible, ~~and~~& subjected ~~Gjovik~~Pl. to cruel ~~and~~& unjust hardship. It was carried out with a willful ~~and~~&

1 conscious disregard for ~~Gjovik's~~Pl.'s rights ~~and~~& safety. Through all this, ~~Apple~~Def. went out of its way to

2 act like deranged maniacs whose conduct exceeded all bounds of decency usually tolerated by society. But

3 this is not new for ~~Apple.~~Def.. CNN described working at ~~Apple~~Def. as "*a brutal ~~and~~& unforgiving place*"

4 ~~and~~& even after employees leave, "*the fear of retribution persists for years*" resulting in silence about what

5 occurred during their employment.[63] A Gawker reporter described the culture of working at ~~Apple~~Def. as

6 "*bullying, manipulation ~~and~~& fear*" ~~and~~& described ~~Apple's~~Def.'s leadership as "*rude, dismissive, hostile,*

7 *spiteful,*" ~~and~~& "*deeply disturbing.*"[64]

8 280. **Statute of Limitations**: The statute of limitations for IIED claims under ~~California~~Cal. state law is

9 two years from the date of injury ~~and~~& under ~~New York~~NY state law it is one year from the act. ~~Gjovik~~Pl.

10 lived in ~~California~~Cal. until Aug. 31 2022 ~~and~~& then lived in the state of ~~New York~~NY from Sept. 1 2022 up

11 to the date the complaint was filed on Sept. 7 2023. The ~~New York~~NY statute of limitations covers

12 ~~Gjovik's~~Pl.'s presence in ~~New York~~NY from Sept. 7 2022 through Sept. 7 2023. The ~~California~~Cal. statute

13 of limitations cover's ~~Gjovik's~~Pl.'s presence in ~~California~~Cal. from Sept. 7 2021 through Sept. 1 2022.[65]

14 ~~Apple~~ (Pl. also reserves the right to claim IIED under Massachusetts law if Def. continues inflicting

15 emotional distress upon her through the trial).

16 ~~344.~~281. Def. terminated ~~Gjovik's~~Pl.'s employment on Sept. 9 2021 ~~and~~& thus only ~~two~~2 days fall

17 within this IIED claim's coverage~~, and Gjovik's~~. Pl.'s allegations ~~in the claim~~ do not include any

18 employment actions or other conduct which ~~w~~could be subject to Worker's ~~Compensation~~

19 ~~regulations~~Comp.

20 <div align="center">**PRAYER FOR RELIEF**</div>

21 WHEREFORE, ~~Gjovik~~Pl. prays that this court enter judgment in her favor on each ~~and~~& every claim for relief

22 set forth above ~~and~~& award its relief, including, but not limited to, the relief as follows:

23    i. A Judgment entered in her favor, ~~and~~& an award of damages in an amount to be determined at trial.

24    ii. Employee whistleblower's "make whole relief" with compensatory damages, including lost wages (back

25 pay, lost benefits, lost bonuses ~~and~~& pay raises, lost stock grants ~~and~~& vesting, etc.). This should include a

26 _____

27

28 ~~63 CNN Money, *How Apple works: Inside the world's biggest startup*, August 2011.~~
~~64 Ryan Tate, *What Everyone Is Too Polite to Say About Steve Jobs*, Gawker, October 2011.~~
~~65 Gjovik also reserves the right to claim IIED under Massachusetts law if Apple continues inflicting~~
~~distress upon her through the trial.~~

1  refund of ~~Gjovik's~~Pl.'s use of Vacation ~~and~~& Sick days in response to ~~Apple's~~Def.'s misconduct ~~and~~&

2  negligence, payment of those days, ~~and~~& removing negative records from her personnel file.

3  iii.    Reinstatement of employment at a prior or higher level, with reestablishment of benefits ~~and~~& seniority,

4  ~~and~~& promise of a respectful ~~and~~& health workplace. If that cannot be provided – then at least ten years of

5  front-pay, or up to retirement age.

6  iv.    Compensatory damages for pecuniary harm, including lost future wages, lost benefits, lower earning

7  capacity, past ~~and~~& future medical expenses, counseling, medication, physical ~~and~~& digital security expenses,

8  reputation ~~management~~mgmt. expenses, mental/emotional injury (PTSD, anxiety, depression, insomnia,

9  disordered eating); property damage, degradation, ~~and~~& conversion; ~~and~~& moving costs to relocate.

10  v.    Compensatory ~~and~~& special damages for non-pecuniary harm, including emotional distress,

11  humiliation, loss of enjoyment, annoyance, discomfort, inconvenience, disfigurement, pain ~~and~~& suffering,

12  mental anguish, ~~and~~& reputational harm. ~~Gjovik~~Pl. now suffers from permanent psychological trauma ~~and~~&

13  damage because of ~~Gjovik's~~Pl.'s actions. ~~Gjovik~~Pl. is entitled to compensation for any special damages she

14  suffered resulting from ~~Apple's~~Def.'s outrageous ~~and~~& defamatory acts.

15  vi.    Compensatory damages for the injury suffered to ~~Gjovik's~~Pl.'s body, mind, ~~and~~& property by

16  ~~Apple's~~Def.'s nuisances ~~and~~& ultrahazardous activities, including cost to replace clothing ~~and~~& other chattel

17  property that were destroyed by ~~Apple's~~Def.'s tortfeasing. Costs for medical monitoring ~~and~~& medical

18  intervention for any lifetime illnesses attributable to exposure to the chemicals ~~Apple~~Def. exposed her to.

19  vii.    Consequential, expectation, reliance damages, where applicable.

20  viii.    A civil penalty of $10,000 per employee for each violation of Cal.Lab.C. § 98.6 ~~and~~& § 1102.5. (If this

21  request prevents other damages, this request may be waived).

22  ix.    Punitive damages for all available claims (*Tamney*, Cal.Lab.C § 1102.5, Nuisance, ~~and~~& IIED), with

23  amount to be determined at trial.

24  x.    Declaratory relief stating ~~Gjovik~~Pl. is a Crime Victim under federal ~~and~~& state law, so ~~Gjovik~~Pl. can be

25  afforded her relevant rights.

26  xi.    Litigation costs, expert witness fees, pro se attorney's fees, ~~and~~& other reasonable expenses. Pre-

27  judgment ~~and~~& post-judgment interest.  Offset for tax bracket increase due to lump sum payment.

28  xii.    Where no damages or other relief are available, entry of declaratory relief ~~and~~& nominal damages of

$1.00 (or $2 or $3 where double or treble damages apply).

1  xiii.    Such other and& further relief as the Court deems just and& proper.

2

3 PlaintiffPl. hereby requests a trial by jury on all issues so triable.

4                    ### Certification and Closing

5    345.282.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

6 knowledge, information, and belief that this complaint is not being presented for an improper purpose, such

7 as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; is supported by existing

8 law or by a nonfrivolous argument for extending, modifying, or reversing existing law; the factual contentions

9 have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable

10 opportunity for further investigation or discovery; and the complaint otherwise complies with the

11 requirements of Rule 11. I agree to provide the Clerk's Office with any changes to my address where case-

12 related papers may be served. I declare under penalty of perjury under the laws of the United States of

13 America that the foregoing is true and correct.

14

15 Dated: Nov. 720 2024

16

17 Respectfully submitted,

18

19

20

21 _____

22

23

24

25 _____

26 **/s/ Ashley M. Gjovik**

27 *Pro Se Plaintiff*

28

**Physical Address**:
Boston, Massachusetts

1    **Mailing Address:**
2108 N St. Ste. 4553 Sacramento, CA, 95816
2    **Email:** legal@ashleygjovik.com
**Phone:** (408) 883-4428
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28