**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

## Northern District of California

| | |
|---|---|
| | U.S. District Court Case No. 3:23-CV-04597 |
| | U.S. Court of Appeals Case No. 24-6058 |
| **Ashley M. Gjovik**, *an individual*, | |
| Plaintiff, | **Motion Requesting Leave To File a Motion for Reconsideration** |
| vs. | Civil L.R. 7-9. |
| **Apple Inc.**, a corporation, | |
| Defendant. | |

# Motion Requesting Leave to
# File a Motion for Reconsideration

1. Plaintiff, Ashley Gjovik, respectfully submits this Motion seeking Leave to file a Motion for Reconsideration of the court's decision dated November 19, 2024, at Docket 137. Filed as Attachment 1 to Docket 139 is the proposed Motion for Reconsideration, which has been filed concurrently. Should the court find it appropriate to allow the filing of her reconsideration motion, Plaintiff respectfully requests that the attached proposed motion be accepted.

2. Plaintiff believes that her motion for reconsideration is both significant and substantiated. She additionally seeks this leave due to the prejudice to her following her voluntary response to the original matter, wherein she crafted a 12-page opposition within a span of just two days. Rather than submitting a comprehensive response to the motion to shorten time, followed by a separate 25-page response to the motion to dismiss, Plaintiff opted for a concise reply in the hope that the issue could be resolved swiftly without prejudice to herself, thereby aiming to prevent unnecessary delays.

3. Had Plaintiff anticipated that the court would take adverse actions against her and employ language that undermines her position, she would have chosen to pursue a more thorough briefing and hearing process. Plaintiff mistakenly assumed that if the court were to take any actions that could adversely affect her, it would provide adequate time and allocate sufficient pages for her to present her case. Unfortunately, that was not the case in this instance.

Thank you for your consideration.

Dated: Nov. 20 2024.

Signature:

_____

**/s/ Ashley M. Gjovik**

*Pro Se Plaintiff*

**Email**: legal@ashleygjovik.com

**Physical Address**: Boston, Massachusetts
**Mailing Address:** 2108 N St. Ste. 4553 Sacramento, CA, 95816
**Phone**: (408) 883-4428