**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

## Northern District of California

**Ashley M. Gjovik**, *an individual*,

Plaintiff,

vs.

**Apple Inc.**, *a corporation,*

Defendant.

U.S. District Court Case No. 3:23-CV-04597

U.S. Court of Appeals Case No. 24-6058

**Plaintiff's Notice of Intent to File a Final Revised 5-AC by Nov. 26 2024, per Feedback In the Order at Dkt. 140.**

# Plaintiff's Notice of Intent to File a Final Revised 5-AC by November 26 2024, per Feedback in the November 20 2024 Order at Docket no. 140.

1. Plaintiff, Ashley Gjovik, respectfully submits this informational notice of her intent to file a revised, final, fifth amended complaint by November 26 2024.

2. The Plaintiff acknowledges the feedback provided by the Court in the November 20 Order at Dkt. 140. The court noted on page three that "*the Court reiterates for Ms. Gjovik's benefit that she has until November 26, 2024, to file a 5AC that complies with the Court's orders.*" Dkt. 140. The Plaintiff expresses appreciation for the Court's comments.

3. In response to the Court's observations and feedback throughout the three-page order, the Plaintiff plans to revise the fifth amended complaint again and eliminate all abbreviations, in an attempt to alleviate any concerns regarding the Plaintiff's intentions. The Plaintiff commits to filing the revised and final fifth amended complaint no later than November 26, 2024.

4. Additionally, the Plaintiff commits to following all applicable formatting rules, guidelines, and suggestions communicated thus far, including using 12-point font, maintaining one-inch margins, numbering both lines and paragraphs, and ensuring no more than 28 lines per page and no more than 75 pages total. Plaintiff will also avoid the use of contractions and abbreviations, as noted above.

5. The Plaintiff apologizes for the inconvenience caused to the Court and reiterates her gratitude for the feedback received prior to the court reaching a final determination.

1
2   Dated: Nov. 20 2024.
3
4   Signature:
5
6
7
8   _____
9   **/s/ Ashley M. Gjovik**
10  *Pro Se Plaintiff*
11
12  **Email**: legal@ashleygjovik.com
13  **Physical Address**: Boston, Massachusetts
    **Mailing Address:** 2108 N St. Ste. 4553 Sacramento, CA, 95816
14  **Phone**: (408) 883-4428

— 2 —