UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY M GJOVIK,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 23-cv-04597-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STAY**<br><br>Docket No. 117 |

Currently pending before the Court is Plaintiff's motion to stay proceedings pending her appeal of an interlocutory order issued by this Court. The motion to stay is **DENIED**. The Ninth Circuit has dismissed Plaintiff's appeal for lack of jurisdiction. *See* Docket No. 124 (Order at 1) (stating that the "order challenged in the appeal is not final or appealable"). Although Plaintiff has moved for reconsideration of the Ninth Circuit's dismissal order, to date, she has not received any relief.

**IT IS SO ORDERED**.

Dated: December 4, 2024

_____
EDWARD M. CHEN
United States District Judge