**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

## Northern District of California

| | |
|---|---|
| **Ashley M. Gjovik**, *an individual*, <br><br> Plaintiff, <br><br> vs. <br><br> **Apple Inc.**, a corporation, <br><br> Defendant. | Case No. 3:23-CV-04597-EMC <br><br> **Motion to Amend & Supplement the Plaintiff's Complaint** <br><br> **Motion Hearing:** <br> Dept: Courtroom 5 (& Zoom) <br> Judge: Honorable Edward M. Chen <br> Date: February 27, 2025 <br> Time: 1:30 PM PT |

# MOTION & NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that on Feb. 27 2025, in Courtroom 5, 17th Floor, of the Northern District of California, Plaintiff Ashley Gjovik ("Plaintiff") will, and hereby does, move this Court for leave to file a Sixth Amended Complaint under Federal Rule of Civil Procedure 15(a)(2). Plaintiff seeks to:

- Re-plead the previously dismissed without prejudice RICO (Racketeer Influenced and Corrupt Organizations Act) claim, Bane Act (Cal. Civ. Code § 52.1) claim, and Ralph Act (Cal. Civ. Code § 51.7) claim, now with new factual information;
- Re-plead the Nuisance per se and Absolute Nuisance common law claims;
- Re-plead the ultrahazardous activities claim, which was dismissed with prejudice for discretionary reasons, and is now supported by additional allegations (including recent findings by the Air Board regarding violations);
- Incorporate newly discovered facts about the nude photographs and the "Gobbler" camera application to strengthen and supplement Plaintiff's existing IIED (Intentional Infliction of Emotional Distress) claim;
- Re-plead the Cal. Labor Code § 1102.5 subclaim pertaining to the camera application, previously dismissed with prejudice based on discretionary grounds and arguments about lack of proof of knowledge, but now supported by evidence that the employer (and Apple) had possession of the photos and direct evidence of retaliation;
- Revise vicarious liability theories in light of recent evidence regarding agent and employees' conduct, which further supports a conspiracy and scheme orchestrated or ratified by the employer; and

- Ensure the Proposed Amended Complaint accurately and comprehensively reflects all new evidence and legal theories discovered post-dismissal.

Plaintiff, Ashley Gjovik, respectfully moves this Court for an order granting leave to amend the Complaint pursuant to Federal Rule of Civil Procedure 15, in light of newly discovered evidence. This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file, and upon such other evidence or argument as may be presented to the Court at the hearing.

In conclusion,

Dated: Jan. 31 2025

Signature:

_____

**/s/ Ashley M. Gjovik**
*Pro Se Plaintiff*

**Email**: legal@ashleygjovik.com
**Physical Address**:
Boston, Massachusetts
**Mailing Address:**
2108 N St. Ste. 4553 Sacramento, CA, 95816
**Phone**: (408) 883-4428