1  (Additional counsel on following page)

2  JESSICA R. PERRY (SBN 209321)
   jperry@orrick.com
3  MELINDA S. RIECHERT (SBN 65504)
   mriechert@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025-1015
   Telephone:   +1 650 614 7400
6  Facsimile:   +1 650 614 7401

7  KATHRYN G. MANTOAN (SBN 239649)
   kmantoan@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759

11 Attorneys for Defendant
12 Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>             Plaintiff,<br><br>       v.<br><br>APPLE INC.,<br><br>             Defendant. | Case No. 23-cv-4597-EMC<br><br>**DECLARATION OF MELINDA S. RIECHERT IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO STAY APPLE'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO AMEND & SUPPLEMENT COMPLAINT [DKT. 155]**<br><br>Judge:   Honorable Edward M. Chen |

KATE E. JUVINALL (SBN 315659)
kjuvinall@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
631 Wilshire Blvd., Suite 2-C
Santa Monica, CA 90401
Telephone:    +1 310 633 2800
Facsimile:     +1 310 633 2849

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:     +1 202 339 8500

Attorneys for Defendant
Apple Inc.

I, Melinda S. Riechert, declare as follows:

1. I am an attorney admitted to practice law in the state of California and am a partner at the firm Orrick, Herrington & Sutcliffe LLP. I am counsel for defendant Apple Inc. in this action. I submit this declaration in support of Apple's Administrative Motion to Stay Apple's Deadline to Respond to Plaintiff's Motion to Amend & Supplement Complaint pursuant to Local Rules 6-3 and 7-11. I have personal knowledge as to the facts set forth in this declaration. If called as a witness, I could and would testify competently thereto.

2. I e-mailed Plaintiff on January 31, 2025, and asked her to stipulate to the relief requested in Apple's Motion. Plaintiff did not respond.

I certify under penalty of perjury and pursuant to the laws of the United States that the foregoing is true and correct.

Executed January 31, 2025 in Belmont, California.

*/s/ Melinda S. Riechert*
Melinda S. Riechert
