# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY GJOVIK**, *an individual*, | **Case No. 3:23-CV-04597-EMC** |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | **GRANTING PLAINTIFF'S** |
| **APPLE INC**, *a corporation*, | **REQUEST FOR A** |
| Defendant. | **TELEPHONIC CONFERENCE** |

PROPOSED ORDER
CASE NO. 3:23-CV-04597-EMC

# [PROPOSED] GRANTING PLAINTIFF'S REQUEST FOR A TELEPHONIC CONFERENCE

Pending before the Court is Plaintiff's request for judicial intervention in a discovery dispute with the Defendant, including for the court to host a telephonic conference to discuss and resolve the open issues.

[enter decision here]

IT IS HEREBY ORDERED that a conference is scheduled for [DATE] and/or Defendant is compelled to [enter instructions]

Dated: _____    _____

JUDGE KANDIS A. WESTMORE

U.S. DISTRICT COURT JUDGE

PROPOSED ORDER
CASE NO. 3:23-CV-04597-EMC