# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**ASHLEY GJOVIK**, *an individual*,

Plaintiff,

v.

**APPLE INC**, *a corporation*,

Defendant.

**Case No. 3:23-CV-04597-EMC**

**[PROPOSED] ORDER**

**DISCOVERY DISPUTE: DISCLOSURES**

PROPOSED ORDER
CASE NO. 3:23-CV-04597-EMC

**[PROPOSED] ORDER COMPELLING DISCLOSURE**

Pending before the Court is Plaintiff's request for judicial intervention in a discovery dispute with the Defendant.

[enter decision here]

IT IS HEREBY ORDERED that Defendant is compelled to provide all legally required disclosures, in compliance with the Fed. Rules of Civ. Pro.

Dated: _____          _____

JUDGE KANDIS A. WESTMORE

U.S. DISTRICT COURT JUDGE

PROPOSED ORDER
CASE NO. 3:23-CV-04597-EMC