# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ASHLEY GJOVIK**, *an individual*,<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC**, *a corporation*,<br><br>Defendant. | **Case No. 3:23-CV-04597-EMC**<br><br>**[PROPOSED] ORDER**<br><br>**DISCOVERY DISPUTE:**<br>**CONFIDENTIALITY,**<br>**PRIVLEDGE,**<br>**& PLANNING** |

PROPOSED ORDER
CASE NO. 3:23-CV-04597-EMC

**[PROPOSED] ORDER COMPELLING DISCLOSURE**

      Pending before the Court is Plaintiff's request for judicial intervention in a discovery dispute with the Defendant.

      [enter decision here]

      IT IS HEREBY ORDERED that Defendant is compelled to [enter instructions]

Dated: _____       _____

                                                              JUDGE KANDIS A. WESTMORE

                                                              U.S. DISTRICT COURT JUDGE