# Exhibit A

**From:** Diangco, Andrea - OSHA <Diangco.Andrea@dol.gov>
**Sent:** Tuesday, November 22, 2022 3:48 PM
**To:** Mantoan, Kathryn G. <kmantoan@orrick.com>
**Cc:** Perry, Jessica R. <jperry@orrick.com>
**Subject:** RE: Apple Inc./Gjovik/9-3290-22-051: Request for Information

Ms. Mantoan,

Thank you for providing this additional information, it will be added to the case. I'm nearing the conclusion of my investigation and hope to issue a determination within the next two months.

Thank you for your patience.

Regards,

**Andrea Diangco** (she/her)
Investigator
Whistleblower Protection Program
U.S. Department of Labor – OSHA

**From:** Mantoan, Kathryn G. <kmantoan@orrick.com>
**Sent:** Thursday, November 17, 2022 9:37 AM
**To:** Diangco, Andrea - OSHA <Diangco.Andrea@dol.gov>
**Cc:** Perry, Jessica R. <jperry@orrick.com>
**Subject:** RE: Apple Inc./Gjovik/9-3290-22-051: Request for Information

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Dear Ms. Diangco:

As you continue to review the above-referenced matter, we write to bring to your attention that Ms. Gjovik has recently again disclosed confidential Apple information in violation of her ongoing confidentiality obligations – this time by posting a version of her complaint in this matter at both https://ashleygjovik.files.wordpress.com/2022/10/us-dol-complaint-redacted.pdf and https://github.com/justiceatapple/Gjovik-v-Apple-Legal-Memos/blob/main/us-dol-complaint-redacted-compressed.pdf.  The document is hundreds of pages long and contains multiple references to confidential Apple information; for example, on pages 299-300, Ms. Gjovik quotes internal websites about an internal app study (the one referred to as the "Alpha" study in Apple's March 4, 2022 position statement).  To our knowledge,

1

the confidential information Ms. Gjovik disclosed regarding this study has not been publicly disclosed until now or independent of Ms. Gjovik.

Ms. Gjovik's recent disclosure is part of a pattern.  As Apple explained in its position statement, Ms. Gjovik publicized confidential information about internal app studies in August 2021 and was terminated for doing so.  With her recent disclosure, Ms. Gjovik has unfortunately continued the pattern and again violated her confidentiality obligations.  Based on this additional evidence and the other information and evidence we have provided to date (including on March 4, 2022 and September 30, 2022), Ms. Gjovik's retaliation claims should be dismissed.

Please let us know if you have any questions about this information or if you would like to discuss.  We look forward to resolution of this matter.

Thank you,
Katie


**Kathryn G. Mantoan**
Attorney

Pronouns: she / her / hers

Orrick
San Francisco
Portland
T +1-415-773-5887
M +1-415-218-4865
T +1-503-943-4870
kmantoan@orrick.com



---

**From:** Diangco, Andrea - OSHA <Diangco.Andrea@dol.gov>
**Sent:** Monday, October 3, 2022 4:12 PM
**To:** Mantoan, Kathryn G. <kmantoan@orrick.com>
**Cc:** Perry, Jessica R. <jperry@orrick.com>
**Subject:** RE: Apple Inc./Gjovik/9-3290-22-051: Request for Information

Katie,

Thank you for your patience and apologies for the delay in responding to your extension request as I was in a work conference last week. I received the file and was able to successfully download it. I'll review it and let you know if I have any questions.

Regards,

**Andrea Diangco** (she/her)
Investigator
Whistleblower Protection Program
U.S. Department of Labor – OSHA

**From:** Katie Mantoan <files@orrick.com>
**Sent:** Friday, September 30, 2022 4:44 PM
**To:** Diangco, Andrea - OSHA <Diangco.Andrea@dol.gov>
**Cc:** jperry@orrick.com
**Subject:** RE: Apple Inc./Gjovik/9-3290-22-051: Request for Information

**CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**



Dear Ms. Diangco:

Below please find a link to download Apple's response to your September 16, 2022 supplemental request for information. The cover letter identifies the exhibits thereto that contain confidential business information, and regarding which Apple requests to receive pre-disclosure notification pursuant to 29 C.F.R. § 70.26 in the event of any FOIA request covering this response.

Please let me know if you have any difficulty accessing the file or would like to discuss.

Thank you,
Katie

Kathryn G. Mantoan
Attorney
Orrick
San Francisco
Portland
T +1-415-773-5887
T +1-503-943-4870
kmantoan@orrick.com

## Files attached to this message

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| [Apple-Gjovik] 2022.09.30 Response to DOL Supplemental RFI.pdf | 11.8 MB | f10f797bf0908ffe8e88345752963d62446e8254f7478b1cfc9b86bd35d89d68 |

Please click on the following link to download the attachments:
https://files.orrick.com/message/HVEKk9CjBAFady0crL0BOp

You will need to authenticate to view this Secure Message. If you don't have an account on files.orrick.com, you can still click on the download link and you will be prompted to validate your email.

This email or download link can not be forwarded to anyone else.

The attachments are available until: **Saturday, 8 October.**

Message ID: `HVEKk9CjBAFady0crL0BOp`

Download Files

Reply to this Secure Message

**Orrick, Herrington & Sutcliffe — Secure File Transfer System:** https://files.orrick.com

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.