# Exhibit B

| | |
|---|---|
| **From:** | Juvinall, Kate |
| **Sent:** | Monday, December 18, 2023 5:10 PM |
| **To:** | legal@ashleygjovik.com |
| **Cc:** | Mantoan, Kathryn G.; Riechert, Melinda; Perry, Jessica R.; Weaver, Nicholas; Booms, Ryan |
| **Subject:** | Gjovik/Apple - GO 71 Disclosures |
| **Attachments:** | Apple_Gjovik - Initial Discovery Under General Order 71.pdf; Apple_Gjovik - Protective Order DRAFT 4142-5153-5948 7.docx; APL-GAELG_001.zip |

Ashley,

We are providing Apple's written disclosures and non-confidential document production per General Order 71. The documents are bates labeled APL-GAELG_00000001 - APL-GAELG_00000472. We will send the password by email separately. Please let us know if you have any trouble accessing the documents.

Apple has additional responsive, confidential documents that it will produce under an agreed-upon protective order. We have attached for your review a proposed protective order based on the form Northern District order. Please let us know if you have any comments or proposed revisions.

Thank you,
Kate

**Kate Juvinall**
Senior Associate

Orrick
Santa Monica
T +1-213-612-2461
M +1-248-974-6097
kjuvinall@orrick.com





1