UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY M GJOVIK,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 3:23-cv-04597-EMC   (KAW)<br><br>**ORDER TERMINATING PLAINTIFF'S UNILATERAL DISCOVERY LETTERS**<br><br>Re: Dkt. Nos. 162-165 |

On February 11, 2025, Plaintiff filed four discovery letter briefs. (Dkt. Nos. 162-165.) The undersigned, however, does not entertain unilateral discovery letters. Instead, the parties are required to meet and confer and file joint discovery letters to address pending discovery disputes in accordance with the Court's Standing Order. (Judge Westmore's General Standing Order ¶¶ 13-14, *http://cand.uscourts.gov/kaworders*.)

Accordingly, Plaintiff's four unilateral discovery letters are TERMINATED, and the parties are ordered to meet and confer to resolve all pending disputes without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order.

This resolves Dkt. Nos. 162, 163, 164, and 165.

IT IS SO ORDERED.

Dated: February 19, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge