OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** February 21, 2025      **Time:** 9:16-9:52      **Judge:** EDWARD M. CHEN
                                 36 minutes

**Case No.:** 3:23-cv-04597-EMC      **Case Name:** Gjovik v. Apple Inc.

**Pro Se Plaintiff:** Ashley Gjovik
**Attorney for Defendant:** Melinda Riechert

**Deputy Clerk:** Vicky Ayala                 **Court Reporter:** Beth Krupa

PROCEEDINGS

Motion to Dismiss Portions of Plaintiff's 5th Amended Complaint. – Held.
Further Case Management Conference – Not held.

SUMMARY

Parties stated appearances (Plaintiff appeared via Zoom) Oral argument presented. Matter taken under submission.