**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

## Northern District of California

| | |
|---|---|
| **Ashley M. Gjovik**, *an individual*, <br><br> Plaintiff, <br><br> vs. <br><br> **Apple Inc.**, a corporation, <br><br> Defendant. | Case No. 3:23-CV-04597-EMC <br><br> **Plaintiff's Notice of Intention to File a Motion to Strike & Objections re: Dkt 176** |

1.      Plaintiff, Ashley Gjovik, respectfully submits the following Notice of her intent to file a Motion to Strike the fourth non-party Declaration filed to this case, added to Dkt No. 176 today at 9:53 AM today.

2.      The Declaration at Dkt. No. 176 makes numerous demonstrably false statements that are material and highly prejudicial to the Plaintiff, and that can rebutted by on-hand evidence, which will be included in the Plaintiff's Declaration supporting the Motion to Strike.

3.      Because a decision on Defendant's Motion to Dismiss is pending, and the Declaration was in support of Defendant's Motion to Dismiss (assumably the *IIED – Outrageous Conduct* claim), the Plaintiff respectfully asks the court to please wait to issue the Decision (if it is to consider the content in this latest non-party Declaration), until the Plaintiff can file the Motion to Strike. The Plaintiff intends to file the Motion to Strike and supporting Declaration by end of day Sunday March 2nd 2025, if not sooner.

Dated: Feb. 27 2025

/s/ Ashley M. Gjovik
*Pro Se Plaintiff*

**Email**: legal@ashleygjovik.com
**Physical Address**:
Boston, Massachusetts
**Mailing Address:**
2108 N St. Ste. 4553 Sacramento, CA, 95816
**Phone**: (408) 883-4428