**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

## Northern District of California

| | |
|---|---|
| **Ashley M. Gjovik**, *an individual*, <br><br> Plaintiff, <br><br> vs. <br><br> **Apple Inc.**, *a corporation,* <br><br> Defendant. | Case No. 3:23-CV-04597-EMC <br><br> **Plaintiff's Reply in Support of her Request for Judicial Notice In Support of Plaintiff's Motion to Strike & Motion for a More Definite Statement** <br><br> HEARING: <br> Dept: Courtroom 5, 17th Fl. & Zoom <br> Judge: Honorable Edward M. Chen <br> Date: June 12 2025 <br> Time: 1:30 PM PST |

# REPLY TO DEFENDANT'S OBJECTIONS TO HER REQUEST FOR JUDICIAL NOTICE

1. Plaintiff Ashley Marie Gjovik hereby strongly objects the Defendant's objections, opposition, threats, and accusations against her in their Opposition to her Request for Judicial Notice, but in order to limit the amount of content the court is forced to review on this topic, Plaintiff's responses to this matter are contained in her Replies to the Opposition to her Motion to Strike and Motion for a more Definite Statement, and her Notice of Pendency at Dkt. 203, and incorporated here.

2. Plaintiff affirms that all referenced documents are judicially noticeable under FRE 201(b)(2), and no fabricated or improper material has been submitted.

Filed: April 17 2025

/s/ **Ashley M. Gjovik**
*Pro Se Plaintiff*

**Email**: legal@ashleygjovik.com
**Physical Address**: Boston, Massachusetts
**Mailing Address:** 2108 N St. Ste. 4553 Sacramento, CA, 95816
**Phone:** (408) 883-4428