**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

# Northern District of California

**ASHLEY GJOVIK**,

*an individual*,

        Plaintiff,

        v.

**APPLE INC**,

*a corporation*,

        Defendant.

U.S. Dist. Court No. 3:23-CV-04597-EMC

U.S. Court of Appeals No. 25-2028

**PLAINTIFF'S NOTICE OF FILING OF APPELLATE BRIEF & MOTION FOR INJUNCTION PENDING APPEAL**

**FRCP Rule 62(d)** & **FRAP Rule 8**

## I. NOTICE OF FILING OF APPELLATE BRIEF AND MOTION FOR INJUNCTION PENDING APPEAL

1. To the Honorable Court, Plaintiff hereby provides notice that the following documents were filed on May 6 2025 – May 7 2025, in the United States Court of Appeals for the Ninth Circuit in connection with Plaintiff's interlocutory appeal (Case No. 25-2028):

- 1. Plaintiff-Appellant's Opening Brief with Addendum.
- 2. Motion for Injunction Pending Appeal.

These documents are submitted to this Court for informational purposes only. No action is requested from this Court at this time.

2. Plaintiff is currently finalizing additional appellate filings, including the Record Excerpts, Motion for Judicial Notice, and supporting Declarations. Once filed with the Ninth Circuit, courtesy copies of those documents will also be submitted to this Court for informational purposes.

Respectfully submitted,

Dated: May 7, 2025

Signature:

_____

**/s/ Ashley M. Gjovik**
***Pro Se Plaintiff***