ACMS Case Summary
United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 25-2028 | **Docketed:** 03/27/2025 |
| **Nature of Suit:** 3470 Civil (Rico) | |
| Gjovik v. Apple Inc. | |
| **Appeal From:** San Francisco, Northern California | |
| **Fee Status:** Paid | |

**Case Type Information:**
  **1)** Civil
  **2)** Private
  **3)**

**Originating Court Information:**
  **District:** Northern District of California : 3:23-cv-04597-EMC
  **Trial Judge:** Edward M. Chen, District Judge
  **Court Reporter:** Kendra Ann Steppler
  **Court Reporter:** Kristen Melen
  **Date Filed:** 09/07/2023

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 03/23/2025 | 03/23/2025 | 03/25/2025 | 03/25/2025 |

| Date | DE | Description |
|---|---|---|
| 04/07/2025 | 6 | **RESPONSE** to Motion to Consolidate (DE 3) filed by Appellee Apple Inc.. [Entered: 04/07/2025 04:59 PM] |
| 04/07/2025 | 7 | **RESPONSE** to Motion to Clarify or Amend Court Order or Disposition (DE 4) filed by Appellee Apple Inc.. [Entered: 04/07/2025 05:03 PM] |
| 04/07/2025 | 8 | **NOTICE OF APPEARANCE** by Jeffrey Todd Quilici for Appellee Apple Inc.. [Entered: 04/07/2025 05:07 PM] |
| 04/08/2025 | 9 | **ADDED** Counsel for Appellee Jeffrey Todd Quilici [Entered: 04/08/2025 07:59 AM] |
| 04/08/2025 | 10 | **RESPONSE** to Motion to Stay Proceedings in this Court (DE 5) filed by Appellant Ashley M. Gjovik. [Entered: 04/08/2025 11:10 AM] |
| 04/15/2025 | 11 | **SUPPLEMENT** to Motion to Clarify or Amend Court Order or Disposition (DE 4) filed by Appellant Ashley M. Gjovik. [Entered: 04/15/2025 12:01 PM] |
| 04/15/2025 | 12 | **REPLY** to Response to Motion to Stay Proceedings in this Court (DE 10) filed by Appellee Apple Inc.. [Entered: 04/15/2025 04:22 PM] |
| 05/06/2025 | 13 | **OPENING BRIEF** submitted for filing by Appellant Ashley M. Gjovik.--[COURT UPDATE: Attached addendum, filed at DE 14] [Entered: 05/06/2025 11:58 PM] [Edited: 05/07/2025 11:45 AM] |
| 05/07/2025 | 14 | **DEFECTIVE --- OPENING BRIEF** submitted for filing by Appellant Ashley M. Gjovik.--[Duplicate entry, correct DE is 13] [Entered: 05/07/2025 12:00 AM] [Edited: 05/07/2025 11:45 AM] |
| 05/07/2025 | 15 | **MOTION** for Injunctive Relief filed by Appellant Ashley M. Gjovik. [Entered: 05/07/2025 02:09 AM] |