| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 12 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ASHLEY M. GJOVIK,

    Plaintiff - Appellant,

 v.

APPLE INC.,

    Defendant - Appellee.

No. 24-6058

D.C. No. 3:23-cv-04597-EMC

Northern District of California, San Francisco

MANDATE

The judgment of this Court, entered October 25, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT