# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## MINUTES FOR TELEPHONIC CONFERENCE CALL RE: DISCOVERY

| **Date:** 7/2/2025 | **Time:** 3:09 PM - 4:13 PM | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 23-cv-04597-EMC | **Case Name:** Gjovik v. Apple Inc. | |

**For Plaintiff:** Ashley M Gjovik in pro per
**For Defendant:** Melinda Riechert

**Deputy Clerk:** Cindy C. Fan                **Recorded with Zoom:** 1hr 4mins

### PROCEEDINGS

Telephonic conference call re: discovery held via Zoom Meeting.

Parties agreed to execute the court's model protective order.

Court sets the following alternative procedures for discovery disputes:
Parties will meet and confer in writing for a period of 5 business days. If the dispute remains unresolved after 5 business days, the initiating party may file a unilateral letter no longer than 5 pages within 5 days of the last meet and confer date. The opposing party has 5 days to file an opposition, not to exceed 5 pages. No replies are permitted.