**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

## Northern District of California

|  |  |
|---|---|
| **Ashley M. Gjovik**, *an individual*, | Case No. 3:23-CV-04597-EMC |
|  | Notice of Pendency (C.L. Rule 3-13). |
| Plaintiff, | Related Case in the District of Massachusetts, United States Bankruptcy Court |
| vs. |  |
| **Apple Inc.**, *a corporation*, | Chapter 7 Bankruptcy 11 U.S.C. § 701 et seq. |
| Defendant. |  |

## NOTICE OF PENDENCY (C.L. RULE 3-13)

Plaintiff respectfully and promptly files this Notice of Pendency of Other Action/Proceeding under Civil Local Rule 3-13. On July 21 2025, Plaintiff, Ashley Gjovik, has filed a petition for Chapter 7 Bankruptcy in the United States Bankruptcy Court in the District of Massachusetts (Boston).

The new bankruptcy action includes eight creditors, including the Defendant in this civil action. The debt owed on Plaintiff's "Apple Card" involves the Defendant, the debt is almost entirely prior WestLaw fees for this litigation, and the funds that would have been able to pay off the Apple Card debt are damages requested by Plaintiff in this civil action and the U.S. NLRB's administrative lawsuit against the Defendant.

The bankruptcy petition notes this civil litigation as a potential source of funds to pay creditors if this matter was resolved. As of this date, Defendant has strongly refused all of Plaintiff's attempts to discuss any settlement in this litigation.

The bankruptcy case is docketed at 25-11496 with two Trustees assigned by the federal Office of the US Trustee. In the initial petition, the total amount requested to be forgiven is $154,345.59.

Respectfully submitted,

/s/ **Ashley M. Gjovik**
*Pro Se Plaintiff*
Boston, Massachusetts.
Dated: July 21 2025

MEANSU, DebtEd

# United States Bankruptcy Court
## District of Massachusetts (Boston)
### Bankruptcy Petition #: 25-11496

Date filed: 07/21/2025

*Assigned to:* Judge Christopher J. Panos
Chapter 7
Voluntary
No asset

*Debtor*
**Ashley Marie Gjovik**
[redacted]
Boston, MA 02118
[redacted]
SSN / ITIN: xxx-xx-[redacted]
*aka* **Ashley Marie Henderson**

represented by **Ashley Marie Gjovik**
PRO SE

*Assistant U.S. Trustee*
**Richard King** - B
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109
617-788-0400

*Trustee*
**Mark G. DeGiacomo**
Mark G. Degiacomo, Trustee
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617-457-4000

| Filing Date | # | Docket Text |
|---|---|---|
| 07/21/2025 | 1 (62 pgs) | Chapter 7 Voluntary Petition for Individuals All Schedules and Statements and Matrix. Filing Fee in the Amount of $338. Filed by Ashley Marie Gjovik. (ocr, usbc) (Entered: 07/21/2025) |
| 07/21/2025 | 2 | Statement of Social Security Number(s) filed by Debtor Ashley Marie Gjovik. (ocr, usbc) (Entered: 07/21/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/21/2025 15:18:54 | | | |
| **PACER Login:** | ashleygjovik | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 25-11496 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |