OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

## CIVIL MINUTES

**Date:** August 5, 2025  **Time:** 2:33-2:46
13 Minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 3:23-cv-04597-EMC  **Case Name:** Gjovik v. Apple Inc.

**Pro Se Plaintiff:** Ashley Gjovik
**Attorney for Defendant:** Melinda Riechert

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Andrea Bluedorn

### PROCEEDINGS HELD VIA ZOOM WEBINAR

Status Conference – held.

### SUMMARY

Parties stated appearances.

Defendants noted that Early Neutral Evaluation will unlikely resolve the issues based on the last settlement conference.

Both parties indicated an intent to file Motion for Summary Judgment. Plaintiff indicated that she would schedule her deposition before 10/21/25.

CASE CONTINUED TO: **10/21/2025, at 2:30 PM for a Status Conference via Zoom.** Joint status report **due by 10/14/2025.**