JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-4597-EMC<br><br>**DECLARATION OF RYAN D. BOOMS IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO STAY IN LIGHT OF BANKRUPTCY PROCEEDINGS**<br><br>Date:　　October 23, 2025<br>Time:　　1:30 p.m.<br>Dept:　　Courtroom 5, 17th Floor<br>Judge:　Honorable Edward M. Chen |

I, Ryan D. Booms, declare as follows:

1. I am an attorney admitted to practice law in the state of California and am an associate at the firm Orrick, Herrington & Sutcliffe LLP. I am counsel for defendant Apple Inc. in this action. I submit this declaration in support of Apple's Motion to Stay in Light of Bankruptcy Proceedings. I have personal knowledge as to the facts set forth in this declaration. If called as a witness, I could and would testify competently thereto.

2. On August 21, 2025, I attended a public Meeting of the Creditors (the "Meeting") in the matter *In re Ashley Marie Gjovik*, Case No. 1:25-bk-11496 (Bankr. D. Mass. filed July 21, 2025).

3. During the Meeting, the trustee of Plaintiff/Debtor Ashley Gjovik's Chapter 7 Estate, Mark DeGiacomo (the "Trustee"), asked Plaintiff/Debtor, among other things, to identify any pending litigation she had initiated.

4. Plaintiff/Debtor identified, among other matters, her claims against Apple before this Court (the "Action").

5. After questioning Plaintiff/Debtor, the Trustee stated that he would like to schedule a call with Plaintiff to occur sometime after September 1, 2025, to further discuss the topics discussed during the Meeting. The Trustee also continued the Meeting to October 30, 2025, at 1:00 p.m.

6. During the Meeting, the Trustee did not indicate that he intended to abandon this Action to Plaintiff/Debtor.

I certify under penalty of perjury and pursuant to the laws of the United States that the foregoing is true and correct.

Executed August 25, 2025 in Washington, DC.

                                                      */s/ Ryan D. Booms*
                                                       Ryan D. Booms