JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: +1 202 339 8400
Facsimile: +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-4597-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO STAY IN LIGHT OF BANKRUPTCY PROCEEDINGS**<br><br>Date:　October 23, 2025<br>Time:　1:30 p.m.<br>Dept:　Courtroom 5, 17th Floor<br>Judge:　Honorable Edward M. Chen |

1  Defendant Apple Inc. ("Apple")'s Motion to Stay in Light of Bankruptcy Proceedings
2  came for hearing before this Court on October 23, 2025. Having reviewed the pleadings and papers
3  on file in this action, and having considered the arguments of counsel and Plaintiff/Debtor Ashley
4  Gjovik, and good cause appearing, IT IS HEREBY ORDERED:

5  Apple's Motion to Stay Proceedings in Light of Bankruptcy Proceedings is GRANTED.
6  Upon filing her bankruptcy petition, Plaintiff/Debtor lost standing to pursue these claims, as they
7  presumptively belong to the Chapter 7 Estate that the Trustee represents. Staying this action
8  promotes judicial efficiency and conserves judicial resources by allowing the Trustee time to
9  evaluate the claims at issue and decide how to proceed. The balance of equities also favors a stay,
10 particularly since the Trustee as the real party in interest agrees that a stay is appropriate to allow
11 him time to decide how to proceed.

12 **IT IS SO ORDERED.**

15 Dated:

The Honorable Edward M. Chen
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING
MOT. TO STAY
[23-CV-4597-EMC]