1  JESSICA R. PERRY (SBN 209321)
   jperry@orrick.com
2  MELINDA S. RIECHERT (SBN 65504)
   mriechert@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025-1015
   Telephone:   +1 650 614 7400
5  Facsimile:   +1 650 614 7401

6  KATHRYN G. MANTOAN (SBN 239649)
   kmantoan@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, CA 94105-2669
9  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
10
   RYAN D. BOOMS (SBN 329430)
11 rbooms@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 2100 Pennsylvania Avenue NW
   Washington, D.C. 20037
13 Telephone:   +1 202 339 8400
   Facsimile:   +1 202 339 8500
14
   Attorneys for Defendant
15 APPLE INC.

16                       UNITED STATES DISTRICT COURT

17                      NORTHERN DISTRICT OF CALIFORNIA

18                           SAN FRANCISCO DIVISION

19

20 ASHLEY GJOVIK,                         Case No. 23-cv-4597-EMC

21         Plaintiff,                     **CERTIFICATE OF SERVICE**

22     v.

23 APPLE INC.,

24         Defendant.

# **CERTIFICATE OF SERVICE**

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California  94025.  On August 25, 2025, I served the following document(s):

**DEFENDANT APPLE INC.'S MOTION TO STAY IN LIGHT OF BANKRUPTCY PROCEEDINGS**

**DECLARATION OF MELINDA S. RIECHERT IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO STAY IN LIGHT OF BANKRUPTCY PROCEEDINGS**

**DECLARATION OF RYAN D. BOOMS IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO STAY IN LIGHT OF BANKRUPTCY PROCEEDINGS**

**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO STAY IN LIGHT OF BANKRUPTCY PROCEEDINGS**

By Electronic Service:  On all of the interested parties in this action by transmitting true and correct copies of the documents identified above in portable document format from the email address jromero@orrick.com to the email addresses below:

| | |
|---|---|
| Ashley Gjovik (in pro per)<br>ashleymgjovik@protonmail.com<br>legal@ashleygjovik.com<br><br>Debtor/Plaintiff<br><br>**Via ECF** | Mark G. Degiacomo<br>mdegiacomo@harrisbeachmurtha.com<br><br>Haris Beach Murtha Cullina PLLC<br>33 Arch Street, 12th Floor<br>Boston, MA 02110<br><br>Bankruptcy Trustee<br><br>**Via Email** |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 25, 2025.

*/s/ Josette Romero*
Josette Romero