JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: +1 202 339 8400
Facsimile: +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>            Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 23-cv-4597-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON DEFENDANT'S MOTION TO STAY PROCEEDINGS IN LIGHT OF BANKRUPTCY PROCEEDINGS**<br><br>Dept:   Courtroom 5, 17th Floor<br>Judge:  Honorable Edward M. Chen |

1  The Court has considered Defendant Apple Inc.'s Administrative Motion to Shorten time for Briefing and Hearing On Defendant's Motion to Stay in Light of Bankruptcy Proceedings. For cause appearing, the court GRANTS Defendant's motion to shorten time.

Defendant's Motion to Stay shall be heard on September 4, 2025 at 1:30 p.m. Any Opposition to Defendant's Motion to Stay shall be filed by a party with standing by August 29, 2025. Defendant's Reply in Support of Its Motion to Stay shall be filed by September 2, 2025.

**IT IS SO ORDERED.**

Dated:

Edward M. Chen
United States District Judge