# Service in Bankruptcy Case 25-11496: Debtor's Motion For A Protective Order & To Compel Trustee Action

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Jennifer Babula<jbabula@harrisbeachmurtha.com>, Mark G. DeGiacomo<mdegiacomo@harrisbeachmurtha.com> |
| Date | Thursday, August 28th, 2025 at 1:42 PM |

Hello,

Today, August 28 2025, I efiled a Motion requesting a Protective Order and to Compel Trustee Action in Chapter 7 Bankruptcy case 25-11496.

Due to local rules, I'm unable to file directly on PACER and instead have emailed the Pro Se Clerk and they will post it at some point.

I'm also serving you notice via email with the Motion, Declaration, Exhibits, and confirmation of efiling attached.

I'm also serving you a copy of my August 27 2025 filing in my Northern District of California litigation (*Gjovik v Apple,* 3:23-cv-04597) which is posted to Dkt. 250.

-Ashley

—

**Ashley M. Gjøvik**
BS, JD, PMP

Sent with [Proton Mail](#) secure email.

---

**7.49 MB**   12 files attached

- In Re Gjovik Motion to Compel Trustee Declaration CORRECTED.pdf  90.25 KB
- EFILING 20250828.pdf  165.17 KB
- Exhibit D CFPB Tip 20250723.pdf  186.44 KB
- Exhibit B Email with Trustee re 341 Meeting.pdf  235.67 KB
- Exhibit A Emails about Apple Card Trustee.pdf  259.64 KB
- In Re Gjovik Trustee Motion to Compel Trustee 20250828.pdf  295.81 KB
- Exhibit F 20250825 Apple Trustee Debtor Emails.pdf  535.34 KB
- Exhibit G 20250825 Apple CAND Filings.pdf  714.46 KB
- Exhibit E Trustee Debtor.pdf  754.86 KB
- Exhibit H Dkt 250 Opposition to Motion to Stay.pdf  1.06 MB
- Exhibit C CFPB 2024.pdf  2.27 MB
- Dkt 250 Plaintiff's Opposition to Apple's Emergency Motion to Stay.pdf  1023.28 KB

# Pro Se filing in Bankruptcy Case 25-11496: Debtor's Motion For A Protective Order & To Compel Trustee Action

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | MABdb_Prose_Filings<prose_filings@mab.uscourts.gov> |
| Date | Thursday, August 28th, 2025 at 1:23 PM |

Hello,

I am the Debtor in Bankruptcy Case 25-11496 and I am filing a Motion.

Per local rules, I am efiling by emailing the Pro Se Clerk. Please note - because these are concurrently filed with filings in a civil case in the Northern District of California (*Gjovik v Apple,* 3:23-cv-04597), I will be immediately efiling on PACER copies of this email as proof of filing along with the attached documents.

**Filing**: Debtor's Motion For A Protective Order & To Compel Trustee Action

Supporting declaration and exhibits (A-H) are attached.

-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

---

**6.32 MB**   10 files attached

- In Re Gjovik Motion to Compel Trustee Declaration.pdf 87.64 KB
- Exhibit D CFPB Tip 20250723.pdf 186.44 KB
- Exhibit A Emails about Apple Card Trustee.pdf 259.64 KB
- Exhibit B Email with Trustee re 341 Meeting.pdf 235.67 KB
- In Re Gjovik Trustee Motion to Compel Trustee v4.pdf 295.81 KB
- Exhibit G 20250825 Apple CAND Filings.pdf 714.46 KB
- Exhibit F 20250825 Apple Trustee Debtor Emails.pdf 535.34 KB
- Exhibit E Trustee Debtor.pdf 754.86 KB
- Exhibit H Dkt 250 Opposition to Motion to Stay.pdf 1.06 MB
- Exhibit C CFPB 2024.pdf 2.27 MB

## Re: Pro Se filing in Bankruptcy Case 25-11496: Debtor's Motion For A Protective Order & To Compel Trustee Action

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | MABdb_Prose_Filings<prose_filings@mab.uscourts.gov> |
| Date | Thursday, August 28th, 2025 at 1:29 PM |

Hello,

I apologize, the prior attached Declaration was incorrectly noted as in support of a concurrently filed Motion to Show Cause. I'm attaching a Corrected version for this motion, now instead noting this is in support of the Protective Order/Motion to Compel.

Please replace the prior version, or add this one in addition.

Thank you.

-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with Proton Mail secure email.

> On Thursday, August 28th, 2025 at 1:23 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:
>
> Hello,
>
> I am the Debtor in Bankruptcy Case 25-11496 and I am filing a Motion.
>
> Per local rules, I am efiling by emailing the Pro Se Clerk. Please note - because these are concurrently filed with filings in a civil case in the Northern District of California (*Gjovik v Apple,* 3:23-cv-04597), I will be immediately efiling on PACER copies of this email as proof of filing along with the attached documents.
>
> **Filing**: Debtor's Motion For A Protective Order & To Compel Trustee Action
>
> Supporting declaration and exhibits (A-H) are attached.
>
> -Ashley
>
> —
>
> **Ashley M. Gjøvik**
> **BS, JD, PMP**

---

90.25 KB    1 file attached

In Re Gjovik Motion to Compel Trustee Declaration CORRECTED.pdf  90.25 KB