# Service in Bankruptcy Case 25-11496: Debtor's Motion For Order To Show Cause and Sanctions Against Creditor Apple Inc.

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Jennifer Babula<jbabula@harrisbeachmurtha.com>, Mark G. DeGiacomo<mdegiacomo@harrisbeachmurtha.com>, kate.adams@apple.com, Booms, Ryan<rbooms@orrick.com>, Mantoan, Kathryn G.<kmantoan@orrick.com>, Riechert, Melinda<mriechert@orrick.com>, Perry, Jessica R.<jperry@orrick.com>, Romero, Josette L.<jromero@orrick.com> |
| Date | Thursday, August 28th, 2025 at 1:44 PM |

Hello,

Today, August 28 2025, I efiled a Motion in Chapter 7 Bankruptcy case 25-11496 requesting a Motion For Order To Show Cause and Sanctions Against Creditor Apple Inc. (and possibly also Goldman Sachs Bank, leaving that to the court's discretion).

Due to local rules, I'm unable to file directly on PACER and instead have emailed the Pro Se Clerk and they will post it at some point.

I'm also serving you notice via email with the Motion, Declaration, Exhibits, and confirmation of efiling attached.

-Ashley

—

**Ashley M. Gjøvik**
BS, JD, PMP

Sent with [Proton Mail](#) secure email.

---

**7.00 MB**   12 files attached

| | |
|---|---|
| In Re Gjovik Apple Motion to Show Cause Declaration.pdf 88.85 KB | Exhibit B Apple Debtor 341.pdf 219.31 KB |
| Exhibit D CFPB Tip 20250723.pdf 250.86 KB | EFILING 20250828.pdf 124.39 KB |
| In Re Gjovik Apple Motion to Show Cause 20250828.pdf 250.59 KB | Exhibit G Apple Orrick Ryan Booms.pdf 250.43 KB |
| Exhibit E Apple Trustee Gjovik 20250825 Emails.pdf 535.48 KB | Exhibit A Emails about Apple Card Trustee.pdf 387.04 KB |
| Exhibit F Apple Card Twitter 20250721.pdf 826.02 KB | Exhibit H 20250825 Apple CAND Filings Serve.pdf 830.29 KB |
| Exhibit I CAND Dkt 250 Opposition to Motion to Stay.pdf 1.06 MB | Exhibit C CFPB 2024.pdf 2.27 MB |

# Pro Se filing in Bankruptcy Case 25-11496: Debtor's Motion For Order To Show Cause And Sanctions Against Creditor Apple Inc.

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | MABdb_Prose_Filings<prose_filings@mab.uscourts.gov> |
| Date | Thursday, August 28th, 2025 at 1:30 PM |

Hello,

I am the Debtor in Bankruptcy Case 25-11496 and I am filing a Motion.

Per local rules, I am efiling by emailing the Pro Se Clerk. Please note - because these are being concurrently filed with a civil case in the Northern District of California (*Gjovik v Apple,* 3:23-cv-04597), I will be immediately efiling on PACER copies of this email as proof of filing along with the attached documents.

**Filing**: Debtor's Motion For Order To Show Cause and Sanctions Against Creditor Apple Inc.

Apple Inc is Creditor no. 21011446.

A supporting Declaration and Exhibits (A-I) are attached.

Thank you,
-Ashley

—

**Ashley M. Gjøvik**
BS, JD, PMP

Sent with [Proton Mail](#) secure email.

---

**6.88 MB**   11 files attached

- Exhibit B Apple Debtor 341.pdf  219.31 KB
- Exhibit G Apple Orrick Ryan Booms.pdf  250.43 KB
- Exhibit D CFPB Tip 20250723.pdf  250.86 KB
- Exhibit A Emails about Apple Card Trustee.pdf  387.04 KB
- In Re Gjovik Apple Motion to Show Cause v3.pdf  250.59 KB
- Exhibit E Apple Trustee Gjovik 20250825 Emails.pdf  535.48 KB
- Exhibit H 20250825 Apple CAND Filings Serve.pdf  830.29 KB
- Exhibit F Apple Card Twitter 20250721.pdf  826.02 KB
- Exhibit I CAND Dkt 250 Opposition to Motion to Stay.pdf  1.06 MB
- Exhibit C CFPB 2024.pdf  2.27 MB
- In Re Gjovik Apple Motion to Show Cause Declaration.pdf  88.85 KB