Debtor's Motion For Order
To Show Cause and Sanctions
Against Creditor Apple Inc. (21011446)

Chapter 7 Case No: 25–11496

# Exhibit F

August 28 2025



8/27/25, 6:07 PM  Ashley M. Gjøvik on X: "Re: Bankruptcy, trying to figure out the legal status of my Apple Card. Apple pressured some employees…

Case 3:23-cv-04597-EMC    Document 252-8    Filed 08/28/25    Page 3 of 5



8/27/25, 6:07 PM
Case 3:23-cv-04597-EMC    Document 252-8    Filed 08/28/25    Page 4 of 5
(6) Ashley M. Gjøvik on X: "Rev Bankruptcy trying to figure out the legal status of my Apple Card. Apple pressured some employees…



8/27/25, 6:07 PM
Case 3:23-cv-04597-EMC   Document 252-8   Filed 08/28/25   Page 5 of 5
Ashley M. Gjøvik on X: "Rev Bankruptcy! Trying to figure out the legal status of my Apple Card. Apple pressured some employees…



