DEBTOR'S MOTION FOR ORDER
TO SHOW CAUSE AND SANCTIONS
AGAINST CREDITOR APPLE INC. (21011446)

CHAPTER 7 CASE NO: 25–11496

# EXHIBIT G

AUGUST 28 2025





# Ryan Booms

**Managing Associate**
Washington, D.C.
**E**  rbooms@orrick.com

........................................................................

## Ryan Booms is an associate in the Complex Litigation & Dispute Resolution Group.

He represents clients in complex matters involving products liability and commercial contracts. He is also active in pro bono matters.

While in law school, Ryan participated in the USC Hale Moot Court Honors Program. He also externed for the Honorable Virginia A. Phillips in the Central District of California. Before law school, Ryan served in the Teach For America corps and taught middle school history.

## Publications

- Co-author, "A Practical Guide to Shaping Force Majeure Provisions During the Pandemic," *Los Angeles Lawyer Magazine* (December 2020)

## Admissions

- District of Columbia
- California

## Court Admissions

- **United States Courts of Appeals |** Ninth Circuit
- **United States District Courts |** Northern District of California
- **United States District Courts |** Central District of California

### Honors

- USC Gould Hale Moot Court Honors Program

### Education

- J.D., University of Southern California Gould School of Law, 2019
- M.A., Education, Arizona State University, 2011
- B.A., English, Kalamazoo College, 2009

### Clerkships/Externships

- Judicial extern to the Honorable Virginia A. Phillips, U.S. District Court for the Central District of California