UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>   Plaintiff,<br><br> v.<br><br>APPLE, INC., and others,<br><br>   Defendants. | Case No. 5:25-cv-07360 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward M. Chen for consideration of whether the case is related to 3:23-cv-04597 EMC, *Ashley M. Gjovik v. Apple, Inc.*

**IT IS SO ORDERED.**

Dated: September 8, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 25-cv-07360 NC
SUA SPONTE JUDICIAL REFERRAL