**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY M. GJØVIK**, *an individual*,<br><br>**PLAINTIFF**,<br><br>vs.<br><br>**APPLE INC.**, *a corporation,*<br><br>**CITY OF SANTA CLARA**, *a local government,*<br><br>**MR. KALIL/KHALIL JENAB** *individually,* & as *Agent/Member/Manager* of:<br>**JENAB FAMILY LP**,<br>**JENAB FAMILY VENTURES LLC**, & as *Trustee/Agent* of:<br>**THE JENAB FAMILY TRUST**,<br><br>**DEFENDANTS**. | **CASE NO. 25-CV-07360-NC**<br><br>**MAGISTRATE JUDGE:** THE HONORABLE NATHANAEL COUSINS<br><br>**ENVIRONMENTAL CITIZEN SUIT; PUBLIC NUISANCE**<br><br>**FIRST CERTIFICATE & PROOF OF SERVICE**<br><br>**CITIZEN SUIT SERVICE COMPLETED FOR:** U.S. ATTORNEY GENERAL U.S. EPA ADMINISTRATOR |

# FIRST CERTIFICATE AND PROOF OF SERVICE
## WITH PLAINTIFF'S DECLARATION

1.      Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows: I, Ashley Gjovik, am the *pro se* Plaintiff in this case ("Plaintiff"), and I filed this lawsuit on Sept. 2 2025 (Dkt. 1).

2.      Statutorily required service of the complaint to the U.S. Attorney General and U.S. EPA Administrator is now complete. However, service to the Defendants still cannot be initiated as no Summons has been issued by the court.

3.      The digital PACER case file was created for this lawsuit around end of day Sept. 4 2025. I was granted efiling access by the ECF team on Sept. 5 2025 and filed a Proposed Summons the same day.  As of today, Sept. 12 2025, the Clerk's office still has not issued a Summons.

4.      Time is of the essence in this lawsuit. The Complaint in this lawsuit alleges this case represents issues which are an "imminent and substantial endangerment" to the environment and public safety under the RCRA; that Defendants' are "knowingly put[ting] another person(s) in imminent danger" under the Clean Air Act, and have created an "imminent and substantial endangerment to thousands of residents, including children playing in nearby parks" in violation of city and state public nuisance laws. (Dkt. 1 at 41-60).

5.      Plaintiff's requests for relief in her Complaint include a Preliminary Injunction for abatement, including shutting down the facility until and only if it can come into compliance with the law and no longer pose a risk to the environment and public safety. (Dkt. 1 at 57-58). Plaintiff cannot file a Motion for Preliminary Injunction until the Defendants are served, and she cannot serve Defendants until a Summons is issued.

## I.  AWAITING ISSUANCE OF SUMMONS

6.      Following completed Sixty Day service of the notice to file this Citizen Suit, on August 29 2025, Plaintiff notified Defendants Apple Inc, City of Santa Clara, Mr. Jenab et al, that this lawsuit would be filed on Sept. 2 2025. (Exhibit F).

7.      On Sept. 5 2025, the Plaintiff efiled a Proposed Summons for Defendants in this case (25-CV-07360) at Dkt. 6. Plaintiff filed three proposed Summons in one combined PDF in compliance with the Court's instructions in the Pro Se handbook and the Attorney's New Civil

Case Efiling Guide.[1]

8.     On Sept. 9 2025, the Clerk denied Plaintiff's Proposed Summons, saying they require one proposed summons for all defendants. ("*Electronic filing error. Only ONE summons will be issued. Please list all defendants on ONE summons and re-file in its entirety,*" docket text entry on Sept. 9 2025). This is contrary to the court rules posted online and provided to the Plaintiff.

9.     On Sept. 9 2025, the Plaintiff refiled her Proposed Summons as one combined summons on Sept. 9 2025 as instructed. The Clerk's office has not responded. Today is Sept. 12 2025, 10 days after the filing the lawsuit.

10.    Once the Summons is issued by the Clerk's office, the Plaintiff will serve the Complaint, Summons, other initiating papers, and Court's Notice at Dkt. 7 ( Judicial Referral for Purpose of Determining Relationship) on the Defendants.

## II.  Completed Service on Government Executives

11.    In addition to typical service of Defendant, the Citizen Suit statutes also legally require that "the Plaintiff shall serve a copy of the complaint on the Attorney General of the United States and with the [EPA] Administrator." See, 42 U.S. Code § 6972(f), 42 U.S. Code § 7604(c)(3), 33 U.S. Code § 1365(c)(3).

12.    On Sept. 2 2025, Plaintiff notified the U.S. EPA Region 9 Enforcement and Compliance leadership that this Citizen Suit lawsuit was filed. On Sept. 5 2025, Plaintiff provided the same U.S. EPA contact a digital copy of the Complaint as initial notification prior to completion of formal service of the complaint to the agency. (Exhibit B)

13.    On Sept. 8 2025, Plaintiff purchased and ordered personal service to both the U.S. Attorney General and U.S. EPA Administrator through a process server ABC Legal, which is an official service provider for the U.S. Department of Justice. The plaintiff requested service be made according to the Citizen Suit statues, and at the public addresses noted by both agencies for service to each agency executive.

---

[1] The court's Pro Se Handbook, provided to Plaintiff upon filing this case on Sept. 2 2025, states that "*in order to serve the complaint, you must first get a summons from the court… If you sue more than one defendant, you can get one summons listing all of the defendants or get a separate summons for each one…. You can obtain as many summonses as you need from the Clerk's Office.*" (U.S. District Court of Northern District of California, Pro Se Handbook, page 11-12). The court's attorney efiling guide said that if "*multiple summonses… are used, they should be uploaded as a single PDF document.*" (U.S. District Court of Northern District of California, Attorney Guide to E-Filing New Civil Cases, page 15).

14.     On Sept. 8-9 2025, ABC Legal attempted Personal Service to the Attorney General of the United States twice, but all civilian entry was denied at the building where service had been directed by the same agency. The process server noted instructions that any/all service must be via Certified Mail. (Exhibit A).

15.     On Sept. 9 2025, Plaintiff deposited Certified Mail to the Attorney General of the United States at a USPS Post Office (tracking no. 9589071052702027291406, Exhibit C). On Sept. 12 2025, Plaintiff received confirmation from USPS the mail was delivered to the  Attorney General of the United States. (Exhibit A, "Individual Picked Up at Post Office").

16.     On Sept. 8 2025, Personal Service was attempted to the  U.S. EPA Administrator but all civilian entry was denied at the building where service had been directed, and the process server noted instructions that personal service is unavailable. (Exhibit B). _____

17.     On Sept. 9 2025, Plaintiff deposited Certified Mail to the U.S. EPA Administrator at a USPS Post Office (tracking no. 9589071052702027291390, Exhibit C). On Sept. 12 2025, Plaintiff received confirmation from USPS the mail was delivered to the U.S. EPA Administrator. (Exhibit B, "Delivered, Front Desk/Reception/Mail Room").

## III.  COMPLETED AND IN PROGRESS SERVICE ON OTHER GOVERNMENT AGENCIES

18.     On Sept. 9 2025, Plaintiff also sent a copy of the Complaint to the U.S. DOJ Environment and Natural Resources Division (ENRD) via Certified Mail (tracking no. 9589071052702027291413, Exhibit C). On Sept. 12 2025, Plaintiff received confirmation from USPS the mail was delivered to he U.S. DOJ ENRD. (Exhibit A, "Individual Picked Up at Post Office").

19.     On Sept. 9 2025, Plaintiff also sent a copy of the Complaint to the California EPA via Certified Mail (tracking no. 9589071052702027291444, Exhibit C). On Sept. 11 2025, Plaintiff received confirmation from USPS the mail was delivered to the California EPA. (Exhibit D, "Individual Picked Up at Post Office").

20.     On Sept. 9 2025, Plaintiff also sent a copy of the Complaint to the California Bay Area Air Quality Management District (BAAQMD) via Certified Mail (tracking no. 9589071052702027291420, Exhibit C). On Sept. 11 2025, Plaintiff received confirmation from USPS the mail was delivered to the BAAQMD.  (Exhibit D, "Delivered, Left with Individual").

21.     On Sept. 9 2025, Plaintiff also sent a copy of the Complaint to the Santa Clara County District Attorney's Office via Priority Mail (tracking no. 9410830109355006018559). On Sept. 12 2025, Plaintiff received confirmation from USPS the mail was delivered the District Attorney's office. (Exhibit E, "Delivered to Agent, Picked up at USPS").

## IV. CERTIFICATION

22.     True and correct copies of the documents referenced are attached as Exhibits A-F in support of this Certification and Proof of Service, with Supporting Declaration.

23.     All service costs were paid for by public fundraising in a "trust" GoFundMe dedicated to supporting this lawsuit and ensuring federal enforcement of environmental and public safety laws at 3250 Scott Blvd in Santa Clara, California. [2]

24.     Additional USPS Certified and/or Priority Mail service is underway to other agencies and departments, initiated by Plaintiff on or around Sept. 9 2025, and estimated by USPS to be completed within the next five days.

25.     Underway agency service includes Certified Mail service to the San José–Santa Clara Regional Wastewater Facility; and Priority Mail service to the U.S. EPA Region 9 Office of the Administrator, the California Attorney General, and the S.F. Bay Regional Water Quality Control Board.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this day of September 12 2025 in Boston, Massachusetts.

Respectfully filed,

---

[2] GoFundMe, *Litigation Fund: Citizen Suit re Apple's Skunkworks Fab*; as of Sept. 12 2025 $1,025 raised; https://www.gofundme.com/f/litigation-fund-citizen-suit-re-apples-skunkworks-fab ("*By having the community directly fund litigation costs, this demonstrates genuine public support for environmental enforcement… This GoFundMe is exclusively for direct litigation expenses. Funds will be held in a sort of "trust" specifically for court costs for this Citizen Sui*t." – Plaintiff, August 24 2025)

1

2

3

/s/ Ashley M. Gjovik
*Pro Se Plaintiff*

**Email**: legal@ashleygjovik.com
**Physical Address**: Boston, Massachusetts
**Mailing Address:** 2108 N St. Ste. 4553 Sacramento, CA, 95816
**Phone**: (408) 883-4428

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBITS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A (U.S. AG, U.S. DOJ)

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9589071052702027291406

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:44 am on September 12, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
September 12, 2025, 4:44 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
September 11, 2025, 12:26 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
September 11, 2025, 12:18 pm

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 10, 2025, 11:48 pm

**In Transit to Next Facility**
September 10, 2025

**Departed Post Office**

BOSTON, MA 02118
September 9, 2025, 5:08 pm

● **USPS in possession of item**
BOSTON, MA 02118
September 9, 2025, 4:53 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**    ⌄

---

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌃

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply  ⓘ

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Ashley Gjovik <ashleymgjovik@protonmail.com><br>2108 N ST STE 4553<br>Sacramento, CA 95816 | |

| TELEPHONE NO.: **415-964-6272** | FAX NO. *(Optional)*: |
|---|---|
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: **Ashley M. Gjovik** | |

**United States District Court, Northern District of California**
STREET ADDRESS: **280 S 1st St**
MAILING ADDRESS: **280 S 1st St**
CITY AND ZIP CODE: **San Jose 95113**
BRANCH NAME: **Robert F. Peckham Federal Building**

| PLAINTIFF/PETITIONER: **Ashley M. Gjovik** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **APPLE INC; ET AL.** | **5:25-cv-07360-NC** |

| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**AG-07360** |
|---|---|

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**COMPLAINT; CIVIL DOCKET**

I attempted to serve        **Pamela Bondi, Attorney General of the United States**
at the address of           **950 Pennsylvania Ave NW, Washington, DC 20530**

**BY FAX**

and was unable to effect service for the following reasons:
**9/8/2025 1:24 PM: I spoke with an individual who identified themselves as the security.  No civilian access to this Building. All documents need to be sent certified**
**9/9/2025 2:23 PM: I spoke with an individual who identified themselves as the security and they stated service not permitted.  No civilian access to this Building. All documents need to be sent certified.**

Fee for service: **$ 140.00**

I am not a registered California process server; my name, address, phone number, and county of registration and number are:

**Katrina Littleton**
**6705 DRYLOG STREET, CAPITAL HEIGHTS, MD 20743**
**786-470-6013**
**, #**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:        09/09/2025

Katrina Littleton
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

**DECLARATION OF NON SERVICE**

Tracking #: **0185625168**

REF: **AG-07360**

# USPS Tracking®

**FAQs ›**

**Tracking Number:**

**Remove ✕**

## 9589071052702027291413

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:44 am on September 12, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
September 12, 2025, 4:44 am

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
September 11, 2025, 12:26 pm

**Arrived at Post Office**

WASHINGTON, DC 20018
September 11, 2025, 12:18 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 11, 2025, 3:03 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 11, 2025, 2:51 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 10, 2025, 11:48 pm

**In Transit to Next Facility**

September 10, 2025

**Departed Post Office**

BOSTON, MA 02118
September 9, 2025, 5:08 pm

**USPS in possession of item**

BOSTON, MA 02118
September 9, 2025, 4:54 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌃

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

1
2
3
4
5
6
7
8
9        **EXHIBIT B (U.S. EPA ADMIN)**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<table>
<tr><td colspan="2">
ATTORNEY OR PARTY WITHOUT ATTORNEY <em>(Name, State, Bar number, and address):</em><br>
<strong>Ashley Gjovik &lt;ashleymgjovik@protonmail.com&gt;</strong><br>
<strong>2108 N ST STE 4553</strong><br>
<strong>Sacramento, CA 95816</strong>
</td><td><strong><em>FOR COURT USE ONLY</em></strong></td></tr>
</table>

| | |
|---|---|
| TELEPHONE NO.: **415-964-6272** | FAX NO. *(Optional)* |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* **Ashley M. Gjovik** | |

**United States District Court, Northern District of California**
STREET ADDRESS: **280 S 1st St**
MAILING ADDRESS: **280 S 1st St**
CITY AND ZIP CODE: **San Jose 95113**
BRANCH NAME: **Robert F. Peckham Federal Building**

PLAINTIFF/PETITIONER: **Ashley M. Gjovik**

DEFENDANT/RESPONDENT: **APPLE INC.; ET AL.**

CASE NUMBER:
**5:25-cv-07360-NC**

**DECLARATION OF NON SERVICE**

Ref. No. or File No.:
**EPA-07360**

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**COMPLAINT; CIVIL DOCKET**

I attempted to serve    **Lee Zeldin, US EPA Administrator**
at the address of      **1200 Pennsylvania Ave NW, Washington, DC 20460**

and was unable to effect service for the following reasons:
**9/9/2025 2:20 PM: I spoke with an individual who identified themselves as the security and they stated service not permitted.  No civilian access to this Building without a prior escort or contact is established.**

Fee for service: **$ 140.00**

I am not a registered California process server; my name, address, phone number, and county of registration and number are:

**Katrina Littleton**
**6705 DRYLOG STREET, CAPITAL HEIGHTS, MD 20743**
**786-470-6013**
**, #**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:  09/09/2025

Katrina Littleton
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

**BY FAX**

**DECLARATION OF NON SERVICE**

Tracking #: **0185613860**

REF: **EPA-07360**

# USPS Tracking®

**FAQs >**

**Tracking Number:**                                                                    **Remove ✕**

## 9589071052702027291390

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:55 am on September 12, 2025 in WASHINGTON, DC 20460.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20460
September 12, 2025, 7:55 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
September 12, 2025, 5:36 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 11, 2025, 3:03 am

● **Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 11, 2025, 2:51 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
September 10, 2025, 3:10 pm

● **In Transit to Next Facility**

September 10, 2025, 11:19 am

**In Transit to Next Facility**
September 10, 2025, 8:03 am

**Departed USPS Regional Facility**
MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
September 10, 2025, 4:45 am

**Arrived at USPS Regional Facility**
MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
September 10, 2025, 1:35 am

**Departed USPS Regional Facility**
BOSTON MA DISTRIBUTION CENTER
September 10, 2025, 1:02 am

**Arrived at USPS Regional Origin Facility**
BOSTON MA DISTRIBUTION CENTER
September 9, 2025, 8:01 pm

**Departed Post Office**
BOSTON, MA 02118
September 9, 2025, 5:08 pm

**USPS in possession of item**
BOSTON, MA 02118
September 9, 2025, 4:52 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                               ⌄

---

**USPS Tracking Plus®**                                                ⌄

---

**Product Information**                                                 ⌃

Postal Product:                    Features:

Priority Mail®                    Certified Mail™
                                  Up to $100 insurance included. Restrictions Apply ⓘ

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

## RE: Severe Illness next to a Semiconductor Manufacturing Plant

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Morimoto, Kaoru<Morimoto.Kaoru@epa.gov> |
| Date | Friday, September 5th, 2025 at 12:53 PM |

Hello,

The Citizen Suit case is now on PACER (5:25-cv-07360-NC). I'm attaching the full Complaint.

Once I get the summons, I'll get all of the service sent out. Per statute, EPA will get Certified Mail.

Apple was able to get my civil retaliation lawsuit stayed due to my Ch.7 bankruptcy. The US Judge issued an order last night.

-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with Proton Mail secure email.

On Tuesday, September 2nd, 2025 at 5:02 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:

> Hello,
>
> The EPA Citizen Suit was filed today (9/2/25) in the Northern District of California. The Case No. is 25-07360-NC.
>
> I had someone local drop off the complaint and paperwork for me with the Clerk's office and it was assigned a case number, but the Clerk's office says it might take ~five business days to create the case in PACER.
>
> I don't have a digital copy of the Complaint as scanned/docketed by the court, other then the stamped cover page attached. I asked the Court to expedite sending me a copy of the complaint and/or creating the case, if possible, so I can promptly serve the EPA Admin & AG as required by the statutes.
>
> I will also send you a courtesy copy when it goes out.
>
> I'm also still waiting for the Court rulings about Apple's Bankruptcy Law outburst.
>
> -Ashley
>
> —
>
> **Ashley M. Gjøvik**
> **BS, JD, PMP**

1
2
3
4
5
6
7
8
9
10
11      # Exhibit C (Certified Mail Receipts)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Sacramento, CA 95812

| | | |
|---|---|---|
| Certified Mail Fee $5.30 | | 0118 |
| $ $0.00 | | 15 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $11.00 | | |
| | | 09/09/2025 |
| Total Postage and Fees | | |
| $16.30 | | |

Sent To Cal-EPA
Street and Apt. No., or PO Box No. 1001 I Street PO Box 2815
City, State, ZIP+4® Sacramento CA 95812

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Jose, CA 95113

| | | |
|---|---|---|
| Certified Mail Fee $5.30 | | 0118 |
| $ $0.00 | | 15 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $11.00 | | |
| | | 09/09/2025 |
| Total Postage and Fees | | |
| $16.30 | | |

Sent To San Jose/SC Wastewater Facility
Street and Apt. No., or PO Box No. 200 E. Santa Clara St
City, State, ZIP+4® San Jose CA 95113

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Francisco, CA 94105

| | | |
|---|---|---|
| Certified Mail Fee $5.30 | | 0118 |
| $ $0.00 | | 15 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $11.00 | | |
| | | 09/09/2025 |
| Total Postage and Fees | | |
| $16.30 | | |

Sent To BAAQMD
Street and Apt. No., or PO Box No. 375 Beale St Suite 600
City, State, ZIP+4® SF, CA, 94105

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| | | |
|---|---|---|
| Certified Mail Fee $5.30 | | 0118 |
| $ $0.00 | | 15 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $11.00 | | |
| | | 09/09/2025 |
| Total Postage and Fees | | |
| $16.30 | | |

Sent To USAG, Pamela Bondi
Street and Apt. No., or PO Box No. 950 Penn Ave NW
City, State, ZIP+4® Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20460

| | | |
|---|---|---|
| Certified Mail Fee $5.30 | | 0118 |
| $ | | 15 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | | |
| Postage $11.00 | | |
| | | 09/09/2025 |
| Total Postage and Fees | | |
| $16.30 | | |

Sent To US EPA, Lee Zeldin
Street and Apt. No., or PO Box No. 1200 Penn Ave 1101A
City, State, ZIP+4® Washington DC 20460

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| | | |
|---|---|---|
| Certified Mail Fee $5.30 | | 0118 |
| $ $0.00 | | 15 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ $0.00 | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | | Here |
| ☐ Adult Signature Required $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage $11.00 | | |
| | | 09/09/2025 |
| Total Postage and Fees | | |
| $16.30 | | |

Sent To US DOJ, ENRD
Street and Apt. No., or PO Box No. 150 Penn Ave NW
City, State, ZIP+4® Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



1
2
3
4
5
6
7
8
9
10

# Exhibit D (Cal EPA)

11

## California EPA & BAAQMD

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# USPS Tracking®

FAQs >

Tracking Number:                                                      Remove ✕

## 9589071052702027291444

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 10:32 am on September 11, 2025 in SACRAMENTO, CA 95812.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**
SACRAMENTO, CA 95812
September 11, 2025, 10:32 am

**Out for Delivery**
SACRAMENTO, CA 95814
September 11, 2025, 8:38 am

**Arrived at Post Office**
SACRAMENTO, CA 95814
September 11, 2025, 8:27 am

**Arrived at USPS Regional Destination Facility**
SACRAMENTO CA DISTRIBUTION CENTER
September 11, 2025, 1:45 am

**In Transit to Next Facility**
September 10, 2025

**Departed Post Office**

BOSTON, MA 02118
September 9, 2025, 5:08 pm

● **USPS in possession of item**
BOSTON, MA 02118
September 9, 2025, 4:45 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**  ⌄

---

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌃

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052702027291420

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 4:03 pm on September 11, 2025 in SAN FRANCISCO, CA 94105.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
SAN FRANCISCO, CA 94105
September 11, 2025, 4:03 pm

● **Out for Delivery**
SAN FRANCISCO, CA 94105
September 11, 2025, 7:08 am

● **Arrived at Post Office**
SAN FRANCISCO, CA 94103
September 11, 2025, 6:57 am

● **Arrived at USPS Facility**
SAN FRANCISCO, CA 94103
September 11, 2025, 4:40 am

● **Departed USPS Regional Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
September 11, 2025, 3:16 am

● **Arrived at USPS Regional Destination Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
September 11, 2025, 1:57 am

**In Transit to Next Facility**

September 10, 2025

**Departed Post Office**

BOSTON, MA 02118
September 9, 2025, 5:08 pm

**USPS in possession of item**

BOSTON, MA 02118
September 9, 2025, 4:51 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**  ⌄

---

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌃

**Postal Product:**
Priority Mail®

**Features:**
Certified Mail™
Up to $100 insurance included. Restrictions Apply ⓘ

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

1
2
3
4
5
6
7
8

# Exhibit E (SCC DA)

### Santa Clara County DA's Office

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES POSTAL SERVICE**

September 12, 2025

Dear Ashley Gjovik:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8301 0935 5006 0185 59**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered to Agent, Picked up at USPS |
| **Status Date / Time:** | September 12, 2025, 8:36 am |
| **Location:** | SAN JOSE, CA 95110 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | B NGUYEN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 0.0oz |

| Recipient Signature |
| --- |

Signature of Recipient: (Authorized Agent)

BINH

70 W HEDDING ST, SAN JOSE, CA 95110

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9410830109355006018559

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to an agent. The item was picked up at USPS at 8:36 am on September 12, 2025 in SAN JOSE, CA 95110.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered to Agent**
**Delivered to Agent, Picked up at USPS**
SAN JOSE, CA 95110
September 12, 2025, 8:36 am

● **Out for Delivery**
SAN JOSE, CA 95110
September 12, 2025, 6:30 am

● **Arrived at Post Office**
SAN JOSE, CA 95113
September 12, 2025, 6:19 am

● **Arrived at USPS Facility**
SAN JOSE, CA 95113
September 12, 2025, 5:57 am

● **Departed USPS Regional Facility**
SAN JOSE CA DISTRIBUTION CENTER
September 12, 2025, 5:29 am

● **Arrived at USPS Regional Destination Facility**

SAN JOSE CA DISTRIBUTION CENTER
September 12, 2025, 3:00 am

● **Shipping Label Created, USPS Awaiting Item**
BOSTON, MA 02118
September 10, 2025, 12:14 am

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                      ⌄

---

**Proof of Delivery**                                         ⌄

---

**USPS Tracking Plus®**                                       ⌄

---

**Product Information**                                       ⌃

---

**Postal Product:**                    **Features:**
Priority Mail®                          Signature Confirmation™
                                        Up to $100 insurance included. Restrictions Apply ⓘ

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



≈✂ – – – – – – – – – – – – – – – – – – – – – – – –

*Cut on dotted line.* 

## Instructions

1. **Please use a laser or laser-quality printer.**

2. **Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.**

3. **Place label so that it does not wrap around the edge of the package.**

4. **Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.**

5. **Please use this shipping label on the "ship date" selected when you requested the label.**

6. **If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.**

---

**9410 8301 0935 5006 0185 59**

| Print Date: **2025-09-10** | PRIORITY MAIL® | $9.70 |
| Ship Date: **2025-09-10** | Extra Services: | $3.95 |
| | Fees: | $0.00 |
| | Total: | $13.65 |

**From:**   ASHLEY GJOVIK
18 WORCESTER SQ APT 1
BOSTON MA 02118-2945

**To:**   SANTA CLARA COUNTY DISTRICT ATTORNEY'S C
WEST WING
70 W HEDDING ST
SAN JOSE CA 95110-1705

\* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking®
service on PRIORITY MAIL® service with use of this electronic rate shipping label.
Refunds for unused postage paid labels can be requested online 30 days from the
print date.

---

**UNITED STATES POSTAL SERVICE®** *Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit F (Emails)

**Email to Defendants (Aug. 30 2025-Sept. 8 2025).**

# Re: Notice of Intent to File Citizen Suit re: 3250 Scott Blvd, Santa Clara, California

| | |
|---|---|
| From | Ashley Gjovik <ashleymgjovik@protonmail.com> |
| To | Kalil Jenab/USA<Kalil.Jenab@cushwake.com> |
| CC | kate.adams@apple.com, tcook@apple.com, cityattorney@santaclaraca.gov, manager@santaclaraca.gov, fire@santaclaraca.gov, Tarantino, William F.<WTarantino@mofo.com> |
| Date | Monday, September 8th, 2025 at 6:26 PM |

Hello,

The lawsuit (5:25-cv-07360-NC) was filed on Sept. 2 2025. I'm awaiting provision of the summons and then formal service will be completed, unless waived.

I'm attaching a digital copy of the complaint as a courtesy.

I still have not heard back with confirmation about legal representation or service methods for Defendants Apple or City of Santa Clara.

-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with Proton Mail secure email.

On Friday, August 29th, 2025 at 7:22 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:

> Thank you for confirming, Mr. Jenab. Have a nice weekend.
>
> —
>
> **Ashley M. Gjøvik**
> **BS, JD, PMP**
>
> Sent with Proton Mail secure email.
>
> On Friday, August 29th, 2025 at 7:20 PM, Kalil Jenab/USA <Kalil.Jenab@cushwake.com> wrote:
>
>> I am the agent for Jenab Family LP.
>> My work address works best.
>> Best, Kalil
>> Sent from my iPhone
>> Please excuse typos

On Aug 29, 2025, at 3:30 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:

<0.jpg>

Hello,

Thank you for the clarification, Mr. Jenab. I assume you are an agent of Jenab Family LP but I would appreciate your confirmation on that; and if not, for you to provide information as to who is and where they can be served. Otherwise, I will still plan to serve you at your office to ensure prompt service during business hours unless you would prefer to be served at home and can confirm a day you would be home to receive it. Either way, I would expect you to share the complaint and summons with the proper agent, if not you.

I'm also adding what appears to be Apple's defense counsel for this matter (William Tarantino at MoFo), who just sent me a separate cryptic communication, but has not yet confirmed the information requested below. I also objected to Mr. Tarantino, and I capture that objection in this reply, that it seems highly improper for William Tarantino and MoFo to provide defense counsel for Defendant Apple Inc when Mr. Tarantino is named directly in the Notice and will also be named directly in the Complaint. Mr. Tarantino, can you please confirm who is retained as counsel for Apple for the litigation that will be commenced on 9/2/25, and if Apple has any modified requests for service?

-Ashley

—

**Ashley M. Gjøvik**
**BS, JD, PMP**

Sent with Proton Mail secure email.

On Friday, August 29th, 2025 at 6:08 PM, Kalil Jenab/USA <Kalil.Jenab@cushwake.com> wrote:

> Ms. Gjøvik,
>
> For the record, the property is held by Jenab Family LP. Cushman & Wakefield has no ownership interest or involvement with the subject property and should not be identified as a party.
>
> Respectfully,
> Kalil Jenab
>
> > On Aug 29, 2025, at 1:35 PM, Ashley M. Gjøvik <ashleymgjovik@protonmail.com> wrote:
> >
> > [Ext]
> >

> 
> Dear Defendants: Apple Inc, the City of Santa Clara, and "Kalil Jenab," This message is to inform all parties that I intend to file the citizen enforcement action regarding 3250 Scott Blvd (described in my prior sixty-day notice) on September 2 2025, in the U.S. District Court fo

> i
> This message needs your attention
> 
> * This sender is using a personal email address.
> * You have never replied to this sender.
> 
> If suspicious, report via Report Phish button
> CGBANNERINDICATOR
> Dear Defendants: Apple Inc, the City of Santa Clara, and "Kalil Jenab,"
> 
> This message is to inform all parties that I intend to file the citizen enforcement action regarding 3250 Scott Blvd (described in my prior sixty-day notice) on September 2 2025, in the U.S. District Court for the Northern District of California.
> 
> The statutorily required sixty-day notice service was initiated on June 30, 2025, received by all parties no later than July 2, 2025, and completed via certified mail and/or process server. As stated in the original notices, this suit involves violations of the Clean Air Act, Clean Water Act, Resource Conservation and Recovery Act, Toxic Substances Control Act, Emergency Planning and Community Right-to-Know Act, and California Public Nuisance law. Federal records document the violations are ongoing, no party has attempted to claim that violations are not ongoing, and subsequent inspections and monitoring from July and August reflect continued noncompliance. I have also received no notice from U.S. EPA or U.S. DOJ of any intent to pursue their own enforcement action; accordingly, I have concurrently notified EPA of my intent to file this lawsuit as a Citizen Suit on September 2 2025.
> 
> For purposes of service of the complaint and summons, expected to be filed September 2 2025, please provide any corrections or clarifications no later than 12:00 PM PT on September 1:
> 
> Apple Inc:
> The complaint and summons are planned to be served on CT Corporation, your registered agent for service of process in California. If you have retained legal counsel for this lawsuit, or otherwise want to designate someone else for service, please advise. The "Apple Inc." defendant will also represent its contractors and agents operating under legal agreement with Apple at the facility (including but not limited to ACT Enviro) and Apple is expected to share the complaint with those parties.
> 
> City of Santa Clara:
> The complaint will be served to the City Attorney at the City Attorney's Office. If another contact is

preferred, please advise. The "City of Santa Clara" defendant includes relevant city departments and employees, including the Fire Department and hazardous materials teams, and the City is expected to share the complaint with appropriate personnel.

>

> "Kalil Jenab":

> You were served the sixty-day notice at your home address and at Cushman & Wakefield, where you are employed. You are listed on various documents related to this facility as, and/or acting on behalf of, the property owner in multiple forms, including as the agent of and/or trustee for various trusts and business entities (including but not limited to: Jenab Family Trust, Jenab Family Ventures LLC, Jenab Family Limited Partnership, Lindsey Property Trust, Lindsey Family Trust, Woodruff Kathleen Trust, Tiffany R. Jenab, Tiffany R. Khalil, and the Jenab Family 1997 Trust), with differing mailing addresses. You appear to be the agent for all of these and many list your residential address. Despite requests, including by email on July 2 2025, you have not clarified ownership. Unless clarified by September 1 at 12:00 PM PT, the defendant will be listed as "Kalil Jenab," individually and/or representing any trusts, business entities, or agents related to the property, including Cushman & Wakefield. Service will be directed to you by name at your office address at Cushman & Wakefield. Your failure to clarify ownership will be noted in the complaint.

>

> This message is a courtesy to avoid disputes over service. This communication does not constitute any agreement, waiver, or limitation of claims, and I expressly reserve all rights. A courtesy copy of the sixty-day notice that you already received, along with a proof of service of the notice, are attached.

>

> If you have not already, please ensure appropriate electronic and physical evidence preservation protocols are in place.

>

> Sincerely,

> Ashley M. Gjovik

> Pro Se Plaintiff

>

> —

> Ashley M. Gjøvik

> BS, JD, PMP

>

> Sent with Proton Mail<https://proton.me/mail/home> secure email.

The information contained in this email (including any attachments) is confidential, may be subject to legal or other professional privilege and contain copyright material,
and is intended for use by the named recipient(s) only.

Access to or use of this email or its attachments by anyone else is strictly prohibited and may be unlawful. If you are not the intended recipient(s), you may not use, disclose,
copy or distribute this email or its attachments (or any part thereof), nor take or omit to take any action in reliance on it. If you have received this email in error, please notify
the sender immediately by telephone or email and delete it, and all copies thereof, including all attachments, from your

system. Any confidentiality or privilege is not waived
or lost because this email has been sent to you by mistake.

Although we have taken reasonable precautions to reduce the risk of transmitting software viruses, we accept no
liability for any loss or damage caused by this email or its
attachments due to viruses, interference, interception, corruption or unapproved access.

For information on how your personal information is processed, including information on how to
exercise state or country specific Privacy Rights please view our privacy notice here:
https://www.cushmanwakefield.com/en/privacy-and-cookies

**4.57 MB**   2 files attached

3250 Scott Complaint 25-cv-07360.pdf 4.21 MB    Case Mgmt 525-cv-07360-NC.pdf 373.18 KB