JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
 2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>            Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 23-cv-4597-EMC<br><br>**DEFENDANT APPLE INC.'S NONOPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION & REQUEST TO LIFT THE STAY (DKT. 265)** |

1   Pursuant to Civ. L.R. 7-11(b) and 7-3(b), Defendant Apple Inc. submits this Statement of

2   Nonopposition to Plaintiff Ashley Gjovik's Administrative Motion and Request to Lift the Stay

3   (Dkt. 265). While Apple disagrees with Plaintiff's characterization of certain facts and her

4   allegations regarding Apple's conduct, Apple does not oppose the Motion given the state of

5   proceedings in the bankruptcy court and D. Mass. Bankr. L.R. 6007-1(c).

6

7   Dated: November 18, 2025                    ORRICK, HERRINGTON & SUTCLIFFE LLP

8

9                                    By:        */s/ Melinda S. Riechert*
                                                MELINDA S. RIECHERT
10                                              Attorneys for Defendant
                                                APPLE INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28