UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY M GJOVIK,<br><br>       Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>       Defendant. | Case No. 3:23-cv-04597-EMC  (KAW)<br><br>**ORDER REGARDING 8/12/25, 8/18/25, AND 8/22/25 DISCOVERY LETTERS**<br><br>Re: Dkt. Nos. 240, 241, 245 |

On August 12, 2025, Plaintiff Ashley Gjovik filed a unilateral discovery letter prematurely seeking to compel the production of the August 2017 Gobbler Informed Consent Form ("Gobbler ICF"). (Pl.'s Br., Dkt. No. 240.)  Per the alternative discovery dispute procedures in this case, Defendant Apple Inc. filed a response on August 18, 2025. (Def.'s Br., Dkt. No. 241.)  On August 15, 2025, —three days before it filed its response— Apple located a Gobbler ICF from 2017 and produced it to Plaintiff. *Id.* at 4.  Apple indicated that they are still working to determine whether any other ICFs from 2017 (or any other year) exist. *Id.*  Apple had previously produced the Gobbler ICF that Plaintiff signed in 2018. *Id.* at 1.

On August 22, 2025, Plaintiff filed a request for leave to file objections to Apple's August 18, 2025 letter and a motion for sanctions. (Dkt. No. 245.)  Essentially, Plaintiff complained that Apple's production of the 2017 ICF and other responsive documents was evidence that Apple abused the discovery process. *Id.* at 2-3.

The case was stayed shortly after the letters were filed. (*See* Dkt. No. 255.) The stay was lifted on November 18, 2025. (Dkt. No. 267.)

Since Apple produced the document at issue, there is no remaining discovery dispute. (*See* Dkt. No. 245 at 2-3.)  Plaintiff's allegations of discovery abuse is not well taken. Furthermore, to

1  the extent that Plaintiff requests relief from the Court's alternative discovery procedures, as well
2  as the chambers copy requirement, those requests are DENIED. *Id.* at 2, 4.
3    This resolves Dkt. Nos. 240, 241, and 245.
4    IT IS SO ORDERED.
5  Dated: January 14, 2026

                   _____
                   KANDIS A. WESTMORE
                   United States Magistrate Judge