OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** January 13, 2026  **Time:** 2:30-2:45  **Judge:** EDWARD M. CHEN
                                           15 Minutes

**Case No.:** 3:23-cv-04597-EMC  **Case Name:** Gjovik v. Apple Inc.

**Pro Se Plaintiff:** Ashley Gjovik
**Attorney for Defendant:** Melinda Riechert

**Deputy Clerk:** Vicky Ayala   **Court Reporter:** Jennifer Coulthard

PROCEEDINGS HELD VIA ZOOM WEBINAR

Status Conference – held.

SUMMARY

Parties stated appearances.

Parties advised the Court they will file motions for summary judgment. Court set the following briefing schedule: Plaintiff's summary judgment brief is due 4/23/2026. Defendant's opposition brief and cross motion for summary judgment is due 5/7/2026. Plaintiff's reply and opposition brief is due 5/21/2026. Defendant's final reply brief is due 5/28/2026. MSJ hearing set for 6/11/2026 at 1:30pm in person.

Court advised parties to adhere to the 25-page limit for their opening and opposition briefs. The Defendant's final reply brief is subject to a 15-page limit. While Plaintiff is entitled to support her motion with a declaration, it must be concise. Plaintiff may also file a motion for a preliminary injunction to have her pay reinstated pending resolution of this case, but this motion must be included within Plaintiff's motion for summary judgment. Any briefing on such a motion shall not circumvent applicable page limits or the page limits set for the MSJ briefing

Court set a **10/19/2026,** trial date allocating 5 days with a half-day schedule. Scheduling order to issue.