Thank you to all our prospective jurors!

**Please answer each question as completely and as accurately as you can. You may not do any research on this case, discuss the questions or case with anyone, or receive any assistance in completing the questionnaire. The completed questionnaire will be shared with the judge, attorneys, and parties to the case, and otherwise only upon express order of the Court. Thank you so much for your cooperation.**

Basic information about you

* 1. Your first name

* 2. Your last name

* 3. Your age

* 4. What city or town do you live in?

* 5. How many years have you lived there?

* 6. Where were you born?

7. What title would you like us to use when referring to you during your jury selection and service (for example, Mr., Ms., etc.)?

Information about your work & education

* 8. What is your current employment status?

○ Working full-time    ○ Working part-time    ○ Unemployed – looking for work

○ Unemployed – not looking for work    ○ Homemaker    ○ Full-time student    ○ Retired

○ Disabled

* 9. What is your occupation? (If not currently employed, please name your most recent prior occupation.)

[                                                                          ]

* 10. Who is (or was) your employer?

[                                            ]

* 11. How long have you worked for this employer (or how long did you work there)?

[                                            ]

* 12. Please answer the following about your education, or enter "none" if not applicable:

| | |
|---|---|
| What is the highest level of education you completed? | [          ] |
| What college and/or vocational schools have you attended? | [          ] |
| What was your major area of study? | [          ] |

Information about your household

* 13. Please list the occupation/employer of your spouse, partner, or any other adults who live with you. (If you do not live with other adults, please enter "none.")

* 14. If you have children, please list their age(s) and occupation/employer if appropriate. (If you do not have children, please enter "none.")

Previous jury service

* 15. Have you ever served on a jury before?

○ No

○ Yes. When and where did you serve on a jury?

[ ]

* 16. Did the jury/juries you served on reach a verdict?

○ No

○ Yes

○ Mixed (some did and some did not reach a verdict)

○ Have not served on a jury

* 17. Were the jury/juries you served on civil or criminal?

Number of civil juries served on:
[ ]

Number of criminal juries served on:
[ ]

* 18. Were the jury/juries you served on in municipal/state court or in federal court?

Number of municipal/state juries served on:
[ ]

Number of federal juries served on:
[ ]

Background questions

* 19. Do you have any religious views which might affect your service as a juror?

  ○ No

  ○ Yes. Please explain:

  [                                                      ]

* 20. Do you have any strong feelings about awarding money to the winning party in a civil case?

  ○ No

  ○ Yes. Please explain:

  [                                                      ]

* 21. Have you, your relatives, or anyone close to you ever been involved in a lawsuit of any kind either as a plaintiff, defendant, or witness?

  ○ No

  ○ Yes. Please describe:

  [                                                      ]

## Final question and juror oath

* 22. Is there anything you'd like the judge in this case to know?

○ No

○ Yes. Please explain:

* 23. JUROR'S OATH:

I, the undersigned, declare under penalty of perjury that my answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with anyone else or received assistance in completing the questionnaire.

Your name:

Today's date: