# RE: Telephonic Discovery Conference Scheduled Re: Gjovik v. Apple Inc., Case No. 23-cv-04597 -

| | |
|---|---|
| From | Ashley M. Gjovik (Legal Matters) <legal@ashleygjovik.com> |
| To | Riechert, Melinda <mriechert@orrick.com> |
| CC | KAW CRD <KAWCRD@cand.uscourts.gov>, Ashley Gjovik <ashleymgjovik@protonmail.com>, Perry, Jessica R. <jperry@orrick.com>, Mantoan, Kathryn G. <kmantoan@orrick.com>, Kelcey Phillips <kelcey.phillips@morganlewis.com>, Mahoney, Brian <brian.mahoney@morganlewis.com>, Stolzenburg, Mark L. <mark.stolzenburg@morganlewis.com>, harry.johnson <harry.johnson@morganlewis.com>, EMC CRD <EMCCRD@cand.uscourts.gov> |
| Date | Thursday, February 19th, 2026 at 5:32 PM |

This should be a public hearing since it puts my core civil rights at risk; threatens to deprive me of rights, liberties, and property; is evidence for and interferes with NLRB proceedings; is a continuation of Apple's ongoing attempts to incarcerate me including the illegal 2022 restraining order Apple got (and was reversed upon appeal as a violation of my Constitutional rights) arising out of my prior NLRB charges against Apple; and per Apple's own filing this "conference" directly implicates the substantive issues in my retaliation litigation; as well as threatens to make pseudo-criminal findings against me.

Accordingly, at a bare minimum such a proceeding requires: notice, opportunity to be heard, and public involvement -- including briefing, evidence, public hearings, court reporters, and a clear record of what is discussed, considered, and decided, and the basis for any decisions following the FRCP and case law; and all of which is available to the public because we live in the United States of America which is supposedly a democracy.

—

Ashley M. Gjøvik
BS, JD, PMP


Sent with Proton Mail secure email.

On Thursday, February 19th, 2026 at 5:10 PM, Riechert, Melinda <mriechert@orrick.com> wrote:

> Plaintiff has publicly filed the attached document on the docket sheet which contains the email you sent just to the parties with the Zoom access line for tomorrow's conference, which the Court had shared only with the parties, and which required that "you must be logged into an ECF account of counsel of record" in order to view the letter. As a result the Zoom access number is now publicly available. Do you want to issue a new Zoom access line so that non-parties don't join the conference, which I understood was only available to the parties/counsel for the parties?
>
>  **Melinda Riechert**

Partner

Orrick

Silicon Valley 

T 650/614-7423
M 650 759 1929

mriechert@orrick.com

.

---

**From:** KAW CRD <KAWCRD@cand.uscourts.gov>
**Sent:** Thursday, February 19, 2026 3:10 PM
**To:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>; Riechert, Melinda <mriechert@orrick.com>
**Cc:** KAW CRD <KAWCRD@cand.uscourts.gov>; Ashley M. Gjovik (Legal Matters) <legal@ashleygjovik.com>; Perry, Jessica R. <jperry@orrick.com>; Mantoan, Kathryn G. <kmantoan@orrick.com>; Kelcey Phillips <kelcey.phillips@morganlewis.com>; Mahoney, Brian <brian.mahoney@morganlewis.com>; Stolzenburg, Mark L. <mark.stolzenburg@morganlewis.com>; harry.johnson <harry.johnson@morganlewis.com>; EMC CRD <EMCCRD@cand.uscourts.gov>
**Subject:** Telephonic Discovery Conference Scheduled Re: Gjovik v. Apple Inc., Case No. 23-cv-04597 -
**Importance:** High

**[EXTERNAL]**

Good afternoon,

Please be advised that a Telephonic Discovery Conference has been set before Judge Westmore for tomorrow, 2/20/2026 at 2:15pm, see attached as a courtesy copy along with the conference information below.

| 02/19/2026 | view281 | CLERK'S NOTICE SETTING A TELEPHONIC DISCOVERY CONFERENCE. Telephonic Discovery Conference set for 2/20/2026 at 02:15 PM in Oakland, - Telephonic Only before Magistrate Judge Kandis A. Westmore. Please note that you must be logged into an ECF account of counsel of record in order to view this document. (ccf, COURT STAFF) (Filed on 2/19/2026) Copy of this document emailed to counsels of record including Pro Se Plaintiff.(NEF) (Entered: 02/19/2026) |

Call in Number: (669) 254-5252

Meeting ID: 160 012 3036

Passcode: 948151

Thank you.



**Cindy C. Fan**

Courtroom Deputy to the Honorable Kandis A. Westmore

United States District Court

Northern District of California

https://cand.uscourts.gov

**From:** Ashley M. Gjøvik <ashleymgjovik@protonmail.com>

**Sent:** Thursday, February 19, 2026 12:27 PM

**To:** Riechert, Melinda <mriechert@orrick.com>

**Cc:** KAW CRD <KAWCRD@cand.uscourts.gov>; Ashley M. Gjovik (Legal Matters) <legal@ashleygjovik.com>; Perry, Jessica R. <jperry@orrick.com>; Mantoan, Kathryn G. <kmantoan@orrick.com>; Kelcey Phillips <kelcey.phillips@morganlewis.com>; Mahoney, Brian <brian.mahoney@morganlewis.com>; Stolzenburg, Mark L. <mark.stolzenburg@morganlewis.com>; harry.johnson <harry.johnson@morganlewis.com>; EMC CRD <EMCCRD@cand.uscourts.gov>

**Subject:** Re: RE: Gjovik v. Apple Inc., Case No. 23-cv-04597 - urgent request for conference re: protective order breaches

**CAUTION - EXTERNAL:**

I require time to file a written response. This is a request for an emergency TRO without the proper paperwork or process, implicating extensive due process concerns and civil rights issues, in addition to the labor law preemption and statutory prohibition on injuctions arising out of labor disputes. I intend to file my oppposition by noon on Monday 2/23 unless the request as filed is dismissed or withdrawn prior.

—

**Ashley M. Gjøvik**

**BS, JD, PMP**.


-------- Original Message --------
On Thursday, 02/19/26 at 10:27 Riechert, Melinda <mriechert@orrick.com> wrote:

> We just filed our letter on the docket.
>
> **Melinda Riechert**
>
> Partner
>
> Orrick

Silicon Valley 

T 650/614-7423

M 650 759 1929

mriechert@orrick.com

.

---

**From:** KAW CRD <KAWCRD@cand.uscourts.gov>
**Sent:** Thursday, February 19, 2026 10:07 AM
**To:** Ashley M. Gjovik (Legal Matters) <legal@ashleygjovik.com>; Riechert, Melinda <mriechert@orrick.com>
**Cc:** KAW CRD <KAWCRD@cand.uscourts.gov>; Ashley M. Gjøvik <ashleymgjovik@protonmail.com>; Perry, Jessica R. <jperry@orrick.com>; Mantoan, Kathryn G. <kmantoan@orrick.com>; Kelcey Phillips <kelcey.phillips@morganlewis.com>; Mahoney, Brian <brian.mahoney@morganlewis.com>; Stolzenburg, Mark L. <mark.stolzenburg@morganlewis.com>; harry.johnson <harry.johnson@morganlewis.com>; EMC CRD <EMCCRD@cand.uscourts.gov>
**Subject:** Re: Gjovik v. Apple Inc., Case No. 23-cv-04597 - urgent request for conference re: protective order breaches

**[EXTERNAL]**

Good Morning,

Per procedure, any and all requests must be filed in writing on the case docket to be reviewed by the Court.

Thank you.

**Cindy C. Fan**



Courtroom Deputy to the Honorable Kandis A. Westmore

United States District Court

Northern District of California

https://cand.uscourts.gov

---

**From:** Ashley M. Gjovik (Legal Matters) <legal@ashleygjovik.com>
**Sent:** Wednesday, February 18, 2026 5:20 PM
**To:** Riechert, Melinda <mriechert@orrick.com>
**Cc:** KAW CRD <KAWCRD@cand.uscourts.gov>; Ashley M. Gjøvik <ashleymgjovik@protonmail.com>; Perry, Jessica R. <jperry@orrick.com>; Mantoan, Kathryn G. <kmantoan@orrick.com>; Kelcey Phillips <kelcey.phillips@morganlewis.com>; Mahoney, Brian <brian.mahoney@morganlewis.com>; Stolzenburg, Mark L. <mark.stolzenburg@morganlewis.com>; harry.johnson <harry.johnson@morganlewis.com>; EMC CRD <EMCCRD@cand.uscourts.gov>
**Subject:** Re: Gjovik v. Apple Inc., Case No. 23-cv-04597 - urgent request for conference re: protective order breaches

**CAUTION - EXTERNAL:**

Hello,

I object to Apple's conduct in making this escalation, its refusal to comply with court procedures, as well as the unlawful conduct underlying Apple's behavior. I also note that all of this is already in front of the NLRB and this court does not even have jurisdiction to hear Apple's supposed complaints under *Garmon* preemption, which is likely why Apple is emailing a court instead of filing motions.

The Court's procedures require parties to meet/confer for five days and then file a Letter to the court. There is no process for emailing the court to escalate issues to a deputy and not filing anything to a court docket regarding the matter, let alone same day with vague complaints and no legal basis. Apple also fails to include anything describing what its concern even is, let alone any legal authority for their request.

I also note that Apple is facing two NLRB charges for the matter which they are now attempting to escalate outside of formal court filings, and without any record on the docket of their escalations. They were also told if they escalated again, another NLRB charge would be filed, which would make this their third NLRB charge in three days and which will be filed shortly. Accordingly, I'm also cc'ing Apple NLRB/labor counsel on this matter.

I'm also cc'ing Judge Chen's deputy because the concealed subject matter Apple is attempting to escalate to this court also overlaps with substantive matters in Judge Chen's case, and I objected yesterday in a filing at Dkt. 278 that counsel for Apple were already attempting to interfere with Judge Chen's case management through other litigation in this District, and this yet another example of that, as here Apple is refusing to document this escalation on Judge Chen's docket and trying to trigger conflicting decisions and processes that will interfere with the substantive matters in the case.

At the very least, Apple's counsel need to follow the court's rules and processes -- emailing court staff while refusing to file anything to a court docket is completely inappropriate. Accordingly I'm filing a copy of this email I'm sending now as a Notice to the docket so there's a least a record of Apple's conduct here.

-Ashley

—

**Ashley M. Gjøvik**

BS, JD, PMP

Sent with [Proton Mail](#) secure email.

On Wednesday, February 18th, 2026 at 4:22 PM, Riechert, Melinda <mriechert@orrick.com> wrote:

Dear Courtroom Deputy:

I represent defendant Apple Inc. in the above-referenced case and write to request a conference as soon as possible with Magistrate Judge Westmore.

The requested conference would address Plaintiff's repeated and ongoing breaches of the operative Protective Order in this case (Dkt. No. 235). As outlined in the attached letter, absent immediate action by the Court, information purporting to describe Apple studies – which it designated in this litigation as Confidential pursuant to the Protective Order – will remain exposed to the public.

As detailed in the attached, Apple attempted to resolve this issue directly with Plaintiff (who is copied on this outreach) without success.

Please advise as to next steps. I can be available for a conference any time today; tomorrow (Thursday, February 19) any time before 12noon or after 3pm; or any time on Friday, February 20.

Thank you,

**Melinda Riechert**

Partner

Orrick

Silicon Valley

T 650/614-7423
M 650 759 1929

mriechert@orrick.com



.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.