**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**TELEPHONIC DISCOVERY CONFERENCE MINUTES**

| **Date:** February 20, 2026 | **Time:** 2:15 PM - 3:20 PM | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 23-cv-04597-EMC | **Case Name:** Gjovik v. Apple Inc. | |

**For Plaintiff(s):** Ashley M Gjovik, pro se
**For Defendant(s):** Melinda Riechert

**Deputy Clerk:** Cindy C. Fan          **Recorded via Zoom:** 1 hour, 5 minutes

**PROCEEDINGS**

Telephonic Discovery Conference held via Zoom Conference Call.
Parties ordered to meet and confer and comply with the protective order.


The parties are directed to review and comply with the Court's settlement conference standing order available at:  www.cand.uscourts.gov/judges/westmore-kandis-a-kaw