JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 23-cv-4597-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO ENFORCE PROTECTIVE ORDER**<br><br>Dept:      Courtroom TBD<br>           1301 Clay Street<br>           Oakland, CA 94612<br>Judge:     Honorable Kandis A. Westmore |

**PROPOSED ORDER**

Defendant Apple Inc. ("Apple")'s Motion to Enforce Protective Order came for hearing before this Court on April 2, 2026. Having reviewed the pleadings and papers on file in this action, and having considered the arguments of counsel and Plaintiff Ashley Gjovik, and good cause appearing, IT IS HEREBY ORDERED:

Apple's Motion to Enforce Protective Order is **GRANTED**. The Court finds that Plaintiff violated the Protective Order (Dkt. No. 235) when she publicly posted and filed deposition testimony that Apple had designated Confidential without following the processes set forth in the Protective Order to challenge those designations. *See Ma v. San Francisco Estuary Inst*., No. 23-CV-05060-JCS, 2026 WL 388720, at *5 (N.D. Cal. Feb. 11, 2026) (finding such conduct to be a "flagrant and deliberate violation" of the protective order); *Harmston v. City & Cnty. of San Francisco*, No. C 07-01186SI, 2007 WL 3306526, at *6 (N.D. Cal. Nov. 6, 2007), *order clarified*, No. C07-01186SI, 2008 WL 269465 (N.D. Cal. Jan. 29, 2008); *Gonzales v. Charter Commc'ns, LLC*, No. 2:20-CV-08299-SB-AS, 2022 WL 570003, at *4 (C.D. Cal. Jan. 26, 2022); *I.F. v. City of Vallejo*, No. 2:18-CV-0673-JAM-CKD, 2021 WL 601054, at *11 (E.D. Cal. Feb. 16, 2021).

The Court further **ORDERS** Plaintiff to de-publish the material Apple designated as Confidential that it identified in its Motion—as well as all other publications and republications of that same material—and **DIRECTS** the Clerk of Court to seal Plaintiff's filings at Dkt. Nos. 278, 284 and 285 (which contain material Apple designated as Confidential).

**IT IS SO ORDERED.**

DATED:

By:_____
Hon. Kandis A. Westmore
United States Magistrate Judge
.