1  JESSICA R. PERRY (SBN 209321)
   jperry@orrick.com
2  MELINDA S. RIECHERT (SBN 65504)
   mriechert@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
5  Facsimile:     +1 650 614 7401

6  KATHRYN G. MANTOAN (SBN 239649)
   kmantoan@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, CA 94105-2669
9  Telephone:    +1 415 773 5700
   Facsimile:     +1 415 773 5759
10
   RYAN D. BOOMS (SBN 329430)
11 rbooms@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 2100 Pennsylvania Avenue NW
   Washington, D.C. 20037
13 Telephone:    +1 202 339 8400
   Facsimile:     +1 202 339 8500
14
   Attorneys for Defendant
15 APPLE INC.

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

18                                  OAKLAND DIVISION

19  ASHLEY GJOVIK,                         | Case No. 23-cv-4597-EMC
20              Plaintiff,                 | **DECLARATION OF MELINDA S.
                                           | RIECHERT IN SUPPORT OF
21       v.                                | DEFENDANT APPLE INC.'S
                                           | ADMINISTRATIVE MOTION TO
22  APPLE INC.,                            | SHORTEN TIME FOR BRIEFING AND
                                           | HEARING ON DEFENDANT'S
23              Defendant.                 | MOTION TO ENFORCE PROTECTIVE
                                           | ORDER
24
25
                                             Dept:    Courtroom TBD
26                                                    1301 Clay Street
                                                      Oakland, CA 94612
27                                           Judge:   Honorable Kandis A. Westmore
28

I, Melinda S. Riechert, declare as follows:

1. I am an attorney admitted to practice law in the state of California and am a partner at the firm Orrick, Herrington & Sutcliffe LLP. I am counsel for defendant Apple Inc. in this action. I submit this declaration in support of Apple's Administrative Motion to Shorten Time for Briefing and Hearing on Apple's Motion to Enforce the Protective Order. I have personal knowledge as to the facts set forth in this declaration. If called as a witness, I could and would testify competently thereto.

2. On February 26, 2026, I e-mailed Plaintiff and asked her to stipulate to the relief requested in Apple's Motion to Shorten Time. Plaintiff did not agree.

3. On February 18, 2026, I emailed Plaintiff to inform her that she violated the Protective Order by posting on X and other websites material that Apple had designated as confidential. I asked Plaintiff to remove the material and commit not to disclose such material in the future. Plaintiff did not agree. A true and correct copy of our correspondence is attached as Exhibit A.

I certify under penalty of perjury and pursuant to the laws of the United States that the foregoing is true and correct.

Executed February 26, 2026 in Menlo Park, California.

*/s/ Melinda S. Riechert*
Melinda S. Riechert

# Exhibit A

| | |
|---|---|
| **From:** | Ashley M. Gjøvik <ashleymgjovik@protonmail.com> |
| **Sent:** | Wednesday, February 18, 2026 3:26 PM |
| **To:** | Riechert, Melinda |
| **Cc:** | Ashley M. Gjovik (Legal Matters); Perry, Jessica R.; Mantoan, Kathryn G.; Horton, Nicholas J.; Weaver, Nicholas; Russell, Zoe; Booms, Ryan; Stolzenburg, Mark L.; Kelcey Phillips; Mahoney, Brian; harry.johnson |
| **Subject:** | Re: URGENT |

**[EXTERNAL]**

Hello agents of the Employer and Charged Party, Apple Inc,

Please provide me additional information about your threats, coercive statements, and unlawful work rules you are making in your email to me today, so I can include those details in the subsequent NLRB charge I now need to file today against Apple, as I previously noted in the Northern District of California filing yesterday that I would file against Apple if Apple was to proceed to do exactly what they are doing right now.

You were already served with a copy of that NLRB charge, attachments, and this warning yesterday, and so this email is clearly retaliation for that charge ((8)(a)(4)) in addition to new 8(a)(1) violations.

Thanks,
-Ashley

—
**Ashley M. Gjøvik**
BS, JD, PMP

Sent with [Proton Mail](#) secure email.

On Wednesday, February 18th, 2026 at 10:26 AM, Riechert, Melinda <mriechert@orrick.com> wrote:

> Ashley
>
> It has come to our attention that in violation of the protective order entered in this case and your ongoing confidentiality obligations, you have posted on X and the Internet confidential information describing Apple studies that Apple designated as confidential. Please take these down immediately and commit you will not do so going forward.
>
> **Melinda Riechert**
> Partner
> Orrick
> Silicon Valley 

1

T 650/614-7423
M 650 759 1929
mriechert@orrick.com



**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

2