```
JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
APPLE INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 23-cv-4597-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Dept:　　Courtroom TBD<br>　　　　　1301 Clay Street<br>　　　　　Oakland, CA 94612<br>Judge:　Honorable Kandis A. Westmore |

**PROPOSED ORDER**

The Court has considered Defendant Apple Inc.'s Administrative Motion to Shorten Time for Briefing and Hearing on Defendant's Motion to Enforce Protective Order. For cause appearing, the Court GRANTS Defendant's Motion to Shorten Time.

Defendant's Motion to Enforce Protective Order shall be heard on March 6, 2026 at 1:30 p.m. Any Opposition to Defendant's Motion to Enforce Protective Order shall be filed by March 2, 2026. Defendant's Reply in Support of Its Motion to Enforce Protective Order shall be filed by March 4, 2026.

**IT IS SO ORDERED.**

DATED:

By: _____
Hon. Kandis A. Westmore
United States Magistrate Judge
.

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO SHORTEN TIME ON ITS MOT. TO ENFORCE PROTECTIVE ORDER
CASE NO. 23-CV-4597-EMC-KAW