1  JESSICA R. PERRY (SBN 209321)
   jperry@orrick.com
2  MELINDA S. RIECHERT (SBN 65504)
   mriechert@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025-1015
   Telephone:    +1 650 614 7400
5  Facsimile:    +1 650 614 7401

6  KATHRYN G. MANTOAN (SBN 239649)
   kmantoan@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, CA 94105-2669
9  Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
10
   RYAN D. BOOMS (SBN 329430)
11 rbooms@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 2100 Pennsylvania Avenue NW
   Washington, D.C. 20037
13 Telephone:    +1 202 339 8400
   Facsimile:    +1 202 339 8500
14
   Attorneys for Defendant
15 APPLE INC.

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                            OAKLAND DIVISION

20

| | |
|---|---|
| 21  ASHLEY GJOVIK, | Case No. 23-cv-4597-EMC |
| 22           Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SHORTEN TIME** |
| 23       v. | |
| 24  APPLE INC., | Dept:   Courtroom TBD |
| 25           Defendant. |          1301 Clay Street |
| 26 |          Oakland, CA 94612 |
| | Judge:  Honorable Kandis A. Westmore |

27

28

**PROPOSED ORDER**

The Court has considered Defendant Apple Inc.'s Administrative Motion to Shorten Time for Briefing and Hearing on Defendant's Motion to Enforce Protective Order. For cause appearing, the Court GRANTS Defendant's Motion to Shorten Time.

Defendant's Motion to Enforce Protective Order shall be heard on March 6, 2026 at 1:30 p.m. Any Opposition to Defendant's Motion to Enforce Protective Order shall be filed by March 2, 2026. Defendant's Reply in Support of Its Motion to Enforce Protective Order shall be filed by March 4, 2026.

**IT IS SO ORDERED.**

DATED:

By: _____
Hon. Kandis A. Westmore
United States Magistrate Judge
.