JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:      +1 650 614 7400
Facsimile:      +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:      +1 415 773 5700
Facsimile:      +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:      +1 202 339 8400
Facsimile:      +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 23-cv-4597-EMC/KAW<br><br>**EXHIBITS A, B, AND C FILED UNDER SEAL**<br><br>**DECLARATION OF MELINDA S. RIECHERT IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS**<br><br>Date:        April 16, 2026<br>Time:        1:30 p.m.<br>Dept:        Courtroom TBD<br>                1301 Clay Street<br>                Oakland, CA 94612<br>Judge:      Honorable Kandis A. Westmore |

I, Melinda S. Riechert, declare as follows:

1.    I am an attorney admitted to practice law in the state of California and am a partner at the firm Orrick, Herrington & Sutcliffe LLP. I am counsel for defendant Apple Inc. ("Apple") in this action. I submit this declaration in support of Apple's Motion to Retain Confidentiality Designations. I have personal knowledge as to the facts set forth in this declaration. If called as a witness, I could and would testify competently thereto.

2.    As counsel for Apple, I took Plaintiff's deposition in this action on December 16, 2025. Not knowing what Plaintiff might say in response to my questions during the deposition that could be confidential I designated a large portion of the transcript as Confidential but reached an agreement with Plaintiff on the record that Apple would review the transcript upon receipt and would provide more limited confidentiality designations. Plaintiff thanked me for committing to providing more limited designations following a review of the transcript. *See*, Ex. A (141:18-142:25). A true and correct copy of excerpts of the transcript for Plaintiff's December 16, 2025, deposition containing information Apple retains as Confidential is attached as **Exhibit A**, with the unredacted version filed under seal.

3.    On January 7, 2026, the certified court reporter provided the transcript of Plaintiff's December 16, 2025 deposition to me via email.

4.    On February 4, 2026, counsel for Apple provided its more limited and targeted Confidentiality designations for the deposition transcript by emailing them simultaneously to the court reporter and Plaintiff. A true and correct copy of Apple's confidentiality designations for the transcript of Plaintiff's December 16, 2025 deposition is attached as **Exhibit B,** with the unredacted version filed under seal. The unredacted portions represent compromises Apple made during meet and confer for which it is not moving to retain. The redacted portions reflect designations presented in Apple's motion.

5.    Following some generalized complaints about Apple's designations, on February 18, 2026, plaintiff emailed me an excel spreadsheet containing her responses to each of Apple's confidentiality designations. Apple construed this spreadsheet as Plaintiff attempting to formally

challenge its confidentiality designations pursuant to Paragraph 6.2 of the Protective Order. A true and correct copy of Plaintiff's challenges to Apple's confidentiality designations is attached as **Exhibit C,** with the unredacted version filed under seal. The unredacted portions represent compromises Apple made during meet and confer for which it is not moving to retain. The redacted portions reflect designations presented in Apple's motion. There were many designations that Plaintiff asserted she did not believe were confidential but did not object to allowing Apple to redact the information from public filings.   Plaintiff also asserted challenges to some of Apple's designations.

6.      Apple reviewed Plaintiff's challenges and, on March 4, 2026, I responded to Plaintiff's challenges indicating which of designations Apple was withdrawing and which designations Apple was retaining, while also noting that Apple did not treat any designations that she did not object to redacting as a challenge to confidentiality. A true and correct copy of my March 4, 2026, letter to Plaintiff detailing Apple's response is attached as **Exhibit D**.

7.      In lieu of responding to Apple's meet and confer, Plaintiff filed her own Motion for Sanctions against Apple, indicating that she does not agree with Apple's confidentiality designations. *See* Dkt. No. 302.

8.      To avoid ambiguity, attached as **Exhibit E** is a summary of Apple's understanding of the status of each of its confidentiality designations related to Plaintiff's December 16, 2025, deposition including those Plaintiff agrees she is not challenging, those Apple agrees to de-designate, and those that are at issue because Plaintiff challenged the designations and Apple intends to retain the designations. The chart also indicates which designations Apple believes should be retained.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9.      Mr. DiVincent signed his declaration in support of this motion via DocuSign and concurred that it may be filed in support of Apple's Motion to Retain Confidentiality Designations.

I certify under penalty of perjury and pursuant to the laws of the United States that the foregoing is true and correct.

Executed March 11, 2026, in Menlo Park, California.

Dated: March 11, 2026

                                                        */s/ Melinda S. Riechert*
                                                        Melinda S. Riechert

RIECHERT DECL. ISO APPLE'S MOT. TO RETAIN
CONFIDENTIALITY DESIGNATIONS
[23-CV-4597-EMC-KAW]

# EXHIBIT A

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

```
1              ::: INDEX OF EXHIBITS :::

2    NUMBER          DESCRIPTION                       PAGE

3    Exhibit 9       September 12, 2017, email          127
                     chain; Subject:  Glimmer
4                    Announcements (Various Bates
                     numbers starting with
5                    APL_GAELG_00002762 - 11 pages)

6    Exhibit 10      July 25, 2018, email; Subject:     171
                     Filer:  Your digital copy
7                    (APL_GAELG_00002780 -
                     APL_GAELG_00002787)
8
     Exhibit 11      Pearl Hand Carry (Various          187
9                    Bates numbers starting with
                     (APL_GAELG_00002864 - 7 pages)
10
     Exhibit 12      May 8, 2019, email; Subject:       196
11                   Agreement Complete – ███  HWE
                     Informed Consent Agreement
12                   (APL_GAELG_00002788 -
                     APL_GAELG_00002795)
13
     Exhibit 13      August 13, 2020, email;            202
14                   Subject: Agreement Complete –
                     HWE Living On with [redacted]
15                   (APL_GAELG_00002805 -
                     APL_GAELG_00002819)
16
     Exhibit 14      Plaintiff's Fifth Amended          233
17                   Complaint (78 pages)

18   Exhibit 15      Twitter posts                      233
                     (APL_GAELG_00002247)
19
     Exhibit 16      August 17, 2021 email chain;       241
20                   Subject: HE 3D Ear Scan
                     Invitation!
21                   (APL_GAELG_00002296 -
                     APL_GAELG_00002300)
22
     Exhibit 17      Twitter posts                      241
23                   (APL_GAELG_00002274 -
                     APL_GAELG_00002279)
24

25
```



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)              December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    A.  It's the 14 -- page 14 on the PDF?

2    Q.  Yeah.  Yes, 14th page.

3    A.  Okay.  Go ahead.

4    Q.  Is this a copy of an email that you sent to

5   Robert McKeon?

6    A.  It looks like it, yeah.

7    Q.  The redacted portion -- you see the word

8   "redacted" --

9    A.  Yep.

10    Q.  -- in the document?  You understand that it

11   refers to ███.  Do you understand what ███ is?

12    A.  I believe that was the new phone that had

13   that new camera and the new form factor, and this

14   is -- looks like September, so I would have just

15   gotten a version of it.

16    Q.  So does that refresh your recollection that

17   you got the new version of the phone in September of

18   2017?

19    A.  I'm not sure, but that sounds right.  And I

20   kind of also remember there was limited hardware

21   available for distribution for that model.

22   Normally -- the point of the LiveOn on the Apple

23   devices was to have dev-fused versus the production,

24   which is what this email is about because they want

25   to gather more logs than they can from customers.



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    Production reflects more of a customer version.  So

2    this exchange is about the production version.

3        Q.  That's way beyond my question.

4        A.  Okay.

5        Q.  Okay.  Do -- did you receive the new ████

6    the week of August -- September 11 to 15th?

7        A.  I don't recall when I got it.

8        Q.  And was the ████ new iPhone with camera that

9    you received, was that a production device?

10       A.  Yeah.  That's what I was just saying.

11       Q.  And what's the difference between a

12   production device and a development device?

13       A.  Just for the record, I was trying to explain

14   that, and you interrupted me and said it was not

15   relevant, and now you're asking me the same

16   information.

17       Q.  No.  I said it wasn't responsive to my

18   question.  So I ask you a question, you answer that

19   question.  Then I ask you another question, you

20   answer that question.  I didn't say it wasn't

21   relevant.  I just said it wasn't responsive to my

22   question.  If we can just focus on answering the

23   questions, we'll move along a lot quicker.

24       A.  Okay.  So the general terms of production

25   and development hardware within the Apple internal



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

 1   that would normally be impossible on customer

 2   devices with the production configuration.  And so

 3   it was unusual for me to have a production device

 4   because I was being asked to live on development so

 5   I could -- they hoped -- hit bugs, software and

 6   hardware, and gather logs and allow debug by the

 7   engineering teams where we normally couldn't do that

 8   for customers.  So I was confused why there were --

 9   this email representing me being confused why

10   stated -- the documentation assumably said that

11   certain things were being gathered, and they weren't

12   being gathered on my phone -- that phone.

13       Q.  And on September 18, you were inquiring

14   about why Gobbler was not saving Bio Data; is that

15   correct?

16       A.  Yeah.  So I don't remember this, and I must

17   have been referencing some kind of, like, document

18   that was talking about it.  It says I just got my --

19   said ████ last week and Glimmer isn't saving any --

20   I put upper caps -- Bio Data.  I'm on current --

21   this must be an operating system or, no, in

22   hardware.  I don't know -- I don't know what that

23   redaction is.

24       Q.  Assuming that's ████.

25       A.  Oh, I'm on current ████?  Both of those.  I



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

```
 1   got my ████ last week and I'm on current ████

 2   hardware?

 3        Q.  Let's assume that.

 4        A.  Okay.  And every day I've checked.  I've

 5   seen --

 6        Q.  Actually it's ████.  Sorry.  ██████████.

 7        A.  Oh, so that's the new software.  The new,

 8   like, .o release.  I might -- might have been

 9   released around that time.

10             "And every day I've checked.  I've seen

11   nothing in the biometric kit."  And there's a radar

12   saying, "Glimmer not gathering any data."  And then

13   that looks like it was sent to Robert McKeon Aloe.

14        Q.  And what biodata were you expecting it to

15   save?

16        A.  So to get the -- to get the ████, those

17   were -- everyone wanted a ████.  We were so excited

18   about that, and it was a very cool thing if you

19   could get one of Apple's very --

20        Q.  The question is, what bio --

21        A.  I was on a LiveOn -- sorry.

22        Q.  What biodata did you expect it to save?

23        A.  Whatever is reflected in the operations

24   program LiveOn for ████.  To get the ████ you had to

25   be in a formal LiveOn program, which generally was
```

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1      Q.  Yes.  And in that email -- is that an email

2    that you sent?

3      A.  Yeah.  It looks like to Steve Clucas.  He

4    used to be in our product integrity team and then he

5    was a manager in the QA team.

6      Q.  I didn't ask you that.  I just asked if this

7    is an email that you sent.

8      A.  Yeah.

9      Q.  And you indicated that Glimmer, which we've

10   been calling Gobbler, is disabled.

11     A.  What is -- can you tell me what the

12   redactions are?

13     Q.  I think that's the same number.

14     A.  So there's a bunch of redactions on this

15   document.  "Is Glimmer disabled on" redacted "or

16   should I file a bug" --

17         (Reporter admonition.)

18         THE WITNESS:  "Is Glimmer disabled on"

19   redacted --

20   BY MS. RIECHERT:

21     Q.  And the redaction is ████.

22     A.  ████?  Oh, ████ software release.

23         "Or should I file a bug".  And then "my

24   last" redacted.

25     Q.  And that's ████.

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

```
 1        A.  -- "was prod-fused and Glimmer worked fine
 2   on" --
 3             (Reporter clarification.)
 4             THE WITNESS:  Prod.  Oh, sorry.  Prod like
 5   production fused, F-U-S-E-D.
 6             So the fusings are one of the differences
 7   between the development and production devices we
 8   were talking about earlier.
 9             What was your question, Melinda?
10   BY MS. RIECHERT:
11        Q.  And the last redaction is data -- ███████,
12   ██████████.
13        A.  Okay.  So -- so I mentioned earlier that I
14   first had the prod-fused ███ due to the limited
15   hardware availability, so at some point they gave me
16   a dev-fused ███.  So this appears to be when I had
17   the dev-fused.  And then the software updates are
18   alphabetical.  So ██████ -- you have the .o and
19   then you have a B, and a C, and a D.  So this would
20   be like a spring release.  And then the E would be
21   the one after it.  So it sounds like I moved from
22   the ██████ release to the E release, and then when
23   I moved to the E release, Glimmer wasn't working.
24        Q.  And was that issue resolved?
25        A.  I don't know.  I would also get -- the
```



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    hardware, it can only come from Apple.  But it's --

2        Q.  So the answer is yes.

3        A.  Yeah.

4        Q.  Okay.  If it's a yes-or-no question, did

5    Apple provide it to you, then you can just say,

6    "Yes, it did" or, "No, it didn't."

7        A.  But that's misleading because I don't want

8    it to sound like Apple is just giving you a free

9    customer iPhone.  It's an Apple engineering build

10   specific for the program that can only come from

11   Apple for the purpose of the program.

12       Q.  And you got the device for you to use and to

13   test; correct?

14       A.  Yes.  Insofar as using was generally the

15   testing except for some programs which had the extra

16   obligations like ▇▇▇, which we just talked about.

17   I remember there was a lot of, like, homework in

18   addition to just the "use it and if you find issues,

19   report those issues."

20       Q.  And some of these were production fused;

21   correct?

22       A.  They really never, no.  And so that ▇▇▇

23   being production fused was unusual and the result of

24   there being such limited hardware available for the

25   LiveOn program.  Because, again, the general point



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    of the LiveOn was to have employees living on the

2    development hardware that allowed more in-depth

3    debug and logging than you would ever find on a

4    customer device.

5        Q.  And if it was production dev-fused like the

6    ██████, you had less access to test -- test apps and

7    features; is that correct?

8        A.  Not necessarily and it depends on the

9    different levels of development.  So, like, the

10   production fused -- dev-fused is one of them.

11   There's other things that do at a hardware level

12   that's certainly for security for customers.  So it

13   depends on what type of development model and level

14   it is.

15           It also depends on what software you're

16   installing, and they're generally different software

17   versions of each of the releases, and some of them

18   will have, like, a future release with a ton of new

19   changes and you'll see a lot of different stuff.

20   But then sometimes they'll have ones that you can't

21   really see much different.  And then if you have,

22   like, internal stuff specific to those new features,

23   it's only been that -- it's -- it's very -- it's --

24   this is not an easy to define or predictable answer

25   for you.  I'm sorry.

1    Q.  Exhibit 9.

2    A.  Oh, the 9_2 from September 12?

3    Q.  Correct.

4    A.  I don't recall.  I don't know if I had a

5    copy of this, and it's not clear who the

6    distribution is.

7    Q.  So you don't recall whether you received it?

8    A.  Uh-uh.

9    Q.  You said you received several iPhones.  Do

10   you remember how many iPhones relating to LiveOn

11   studies that you participated in between August of

12   2017 and September of 2021?

13   A.  That information would be directly available

14   to you in my iTrack history if they still retained

15   it.  But I would guess probably over a dozen.

16   Q.  And were all of those development versions

17   that you had for the LiveOn study?

18   A.  No.  The ████ we were discussing, that was

19   production fused in a limited hardware availability

20   for LiveOn.  Those emails stated it was production

21   fused.

22   Q.  And in order to get this iPhone for the

23   LiveOn -- the LiveOn iPhone phone, you had to

24   participate in a LiveOn study; correct?

25   A.  Not always.  So this is what I was saying,



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1      A.  From August 2018, I don't.

2      Q.  Okay.

3          MS. RIECHERT:  It's 12:00 o'clock.  Time for

4   a lunch break.  How long -- let's go off the record

5   and then we'll discuss how long everybody needs.

6          THE VIDEOGRAPHER:  This marks the -- this

7   marked the end of Media Number 2.  We are now going

8   off the record.  The time is 12:06 p.m.

9          (Lunch recess:  12:06 p.m. to 1:02 p.m.)

10                      -oOo-

11              ::: AFTERNOON SESSION :::

12          THE VIDEOGRAPHER:  We are going on the

13  record at 1:02 Pacific Standard Time.  This marks

14  the beginning of Media Number 3 in the deposition of

15  Ashley Gjovik on December 16, 2025.

16          Please continue.

17  BY MS. RIECHERT:

18      Q.  With respect to the protective order issue,

19  we are designating this portion of the transcript as

20  subject to the protective order.  Once we get the

21  transcript itself, we will go back to you and tell

22  you which words or which sentences or which

23  questions or which answers we want to be held

24  confidential.  So right now we're being cautious

25  because I don't know what your answers are going to

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

```
1    be by designating everything related to this as
2    confidential, but that doesn't mean I intend to
3    permanently keep it that way.  As soon as I get the
4    transcript, I will let me know which words, which
5    sentences, we need to designate as confidential, and
6    the rest of it we'll unrelease.
7            Does that make sense?
8        A.  Yeah.  Thank you, ma'am.  And then so I can
9    request a copy too so it's, like, a joint thing?
10   It's not just --
11       Q.  Yes.
12       A.  Okay.
13       Q.  Yeah.  You'll have a copy of the transcript.
14   When we get a copy, you'll get a copy.  And you --
15   and then I will send you an email maybe with the
16   transcript and say, "Here are the parts that we deem
17   confidential.  The rest of it is not subject to the
18   protective order."
19       A.  So do I -- do I still have to request my own
20   or you guys -- I just get a copy when you get a
21   copy?
22       Q.  That's up to the court reporter whether they
23   give you a copy or you have to go somewhere and look
24   at it or whether you have to buy it.  I don't know
25   anything about that.  I know I have to buy it.
```

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                    December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    the default was if you were listed individually, it

2    would still end up in your inbox even if it went

3    also to a group you were on.

4        Q.  So as long as the email went to you

5    individually, it would come into your -- into your

6    inbox?

7        A.  I believe so.

8        Q.  Okay.  And did you create folders on -- you

9    used Outlook; is that correct?

10       A.  No, I didn't use Outlook.  Apple will be so

11   mad at you when they read this part.  They're going

12   to get so mad at you.  No, I used Apple Mail.

13       Q.  Okay.  And does that have folders?

14       A.  Yeah.  So the back end of Apple Mail is the

15   same thing where Sieve is creating those folders.  I

16   also -- ████████████████████████████████

17   ██████████████████████████████████

18   ████████████████████████████

19   ██████████

20   ████████████████████████████████████

21   ████████████████████████████████

22   ██████████████████████████████████████

23   ██████████████████████████████████████

24   █████████████████

25       Q.  Focus on the question.  The question was did

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)              December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    pretty good chance I was going to put it in some

2    folder versus keeping it in my inbox.

3         Q.  I just wanted to clarify that I understand

4    something.  You got a production-fused phone

5    initially for the ▮▮▮ project; is that correct?

6         A.  That's my recollection, yeah.

7         Q.  That is or is not?

8         A.  Is.

9         Q.  Yes.  And then did you later get a

10   development-fused phone?

11        A.  Yeah.  I believe it was very short after.

12        Q.  Okay.  And did you have the Glimmer app on

13   the development-fused phone?

14        A.  I assume I -- if it was built into the

15   operating system at the time, then, yes, it

16   definitely would have been.

17        Q.  Okay.

18        A.  I think it was.

19        Q.  And did you understand that the

20   development-fused phone gave you full access to

21   Glimmer?

22        A.  The full access is kind of a vague term

23   because there's going to be different tiers

24   depending on whose version of configuration is what

25   and what kind of software they're running and all of



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1   And, yes, I did worry about saying no to stuff, but

2   there was some stuff I'd just draw the line, I

3   didn't want to do.

4       Q.  But you said to Dan, "Hey, they asked me to

5   participate in this ear study, and I don't want to

6   do it," is that what you said essentially?

7       A.  I think I was complaining more generally of,

8   like, Apple is doing some really invasive stuff that

9   seems weird.  Like when they were doing the

10  ███████████████████████████████████████████████

11  █████████████████████████████.  I was pointing out,

12  like, I think Apple is crossing some lines --

13          (Reporter clarification and admonition.)

14          THE WITNESS:  They were doing ███████████

15  studies where they were ████████████████████████████

16  ████████████████, and I said I think that's too far.

17  BY MS. RIECHERT:

18      Q.  And did you ask to participate in that

19  study?

20      A.  No.

21      Q.  Or did you agree to participate -- excuse

22  me -- in that study?

23      A.  Oh, and the one I also pulled out of --

24      Q.  Hold on a second.  I didn't hear the answer

25  on the ███████████ study.

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1        A.  No.

2        Q.  Okay.  Are there other -- was that in 2021

3    by the way?

4        A.  I think they started asking about that stuff

5    in, like, 2019.  And then they were still asking

6    in -- by 2021.  I said no.

7        Q.  Okay.  Were there other studies that you

8    were asked to participate in that you said, no,

9    thank you?

10       A.  Yes.  There was one that I had signed up for

11   and pulled out because I didn't realize the terms

12   until it was underway and it bothered me, which was

13   the ███████████████████████████████████████

14   ████████████████████████████████████████████████

15   ██████████████████████████████████████████

16   ████████████████████████████████████████████████

17   ███████████████████████████████████████████

18   █████████████████████████████████████████████

19   ██████████████████████████████████████████

20   ██████████████████████████████████████████████

21   ████████████████████████████████████████

22   ███████████████████████████████████████████

23   ███████████████████████████████, and I found that

24   very disturbing.

25       Q.  And so you pulled out of the study?

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    A.  The NDA part and the ████████████████████

2    ████████████████████████████████████████████.

3    Q.  My question was did you pull out of the

4    ██████ study once you found out these NDA

5    required -- were required?

6    A.  I used -- I did it for a little while and I

7    don't think I actually signed a formal "I'm not

8    doing this anymore," but I stopped, like, putting

9    stuff in the app, and I stopped using the sensor and

10   just -- like, didn't -- just tried to, like, fade

11   away from it.

12   Q.  But you didn't send an email to anybody

13   saying, "Hey, I don't want to participate in the

14   ██████ study anymore"?

15   A.  I don't think I've ever sent an email like

16   that.

17   Q.  Okay.  And did you find any negative impact

18   of you of not -- no longer participating in the

19   study in the sense of using the app and the like?

20   A.  Possibly.  Like, I -- and I watched the

21   managers, because I worked for these executives, go

22   through the data where they can see what employees

23   participate in stuff and how much they are

24   participating, and it does -- it is meaningful data

25   for them and it can lead to performance decisions.

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1   And so I knew this -- that because all this is done

2   with my employee name and ID number and data, that

3   in the reporting, that it would be seen if I'm

4   participating or not or how much I'm participating,

5   and I had been told that they would get notice from

6   some of these LiveOn programs like the iPhone

7   operations.  That -- like Dan and Dave had told me

8   that they heard from Sabih Khan's LiveOn program

9   that I was one of the best LiveOn people, and I was

10  really helping them with that program.  And they

11  even told my managers that and it was celebrated and

12  that kind of stuff ended up in my review.  So it's

13  intuitive to me that if it can end up in my review

14  and support my good performance that it could also

15  do the opposite if I behave opposite.

16      Q.  And when did you stop participating in the

17  ███████ study?

18      A.  Is that a question?

19      Q.  Yes.  When did you stop participating in the

20  ███████ study?

21      A.  I don't recall.

22      Q.  Can you give me an estimate on the year?

23      A.  No.

24      Q.  Did anybody -- sorry.  Did I interrupt you?

25      A.  Oh, I was just going to say there should be



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1   email records of when I was enrolled and when I

2   stopped submitting data and stuff.  Like, it's

3   something you could check.  I can't remember though.

4       Q.  Did anybody ever say anything negative to

5   you because you were no longer participating in that

6   study?

7       A.  It's possible it could have been Raz --

8   sorry.  R-A-Z, Raz, by Jay Golden, J-A-Y

9   G-O-L-D-E-N.  He was one of those LiveOn PMs that

10  was under Dan's new LiveOn team when he took it over

11  from John Basanese, and he saw that data and he

12  harassed me a lot, like, in a friendly way but still

13  a lot of harassing and sometimes about participation

14  in programs.  I don't remember if he said something

15  specific about this, though, but it's possible he

16  did.

17      Q.  Did either of your managers ever comment on

18  the fact that you were no longer participating in

19  the ███████ study?

20      A.  Dave really didn't get that information

21  because he was Mac-specific products and he wasn't

22  in the same stuff Dan was.  But, like I said, I

23  talked to Dave -- or to Dan.  I remember complaining

24  generally to Dan about this stuff.

25      Q.  So Dave didn't know whether you were



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

```
 1   participating in the ▇▇▇▇ study?
 2       A.  I don't -- I would have to speculate, but
 3   with Dan I assume he is because it became under his
 4   team and he had way more access to that kind of
 5   information in his role and it was cross-product for
 6   his role, where Dave's wasn't.  So I'm not going to
 7   speculate on Dave's knowledge.
 8       Q.  Do you know if Dan ever said anything
 9   negative to you about the fact that you were no
10   longer participating in the ▇▇▇▇ study?
11       A.  He might have because he directly benefited
12   from having more people providing data for that
13   stuff.
14       Q.  You don't have a recollection of his doing
15   so?
16       A.  I don't remember his direct responses on
17   this stuff, no.  But I know that there wasn't
18   anything, like, overtly supportive or making any
19   kind of changes.
20       Q.  Okay.  So you mentioned that you were not
21   happy with Dan -- you mentioned to Dan that you were
22   not happy with the Glimmer/Gobbler app, the studies
23   on yoga and swimming and monitoring vitals, the ear
24   app.  You said you didn't want to participate.  The
25   weird -- the weird stuff about ▇▇▇▇▇ studies.
```



1    Was there anything else you said to Dan

2    about your unhappiness with studies that Apple was

3    doing?

4        A.  Yeah.  I think it was generally just kind of

5    like a -- we need a boundary here of what --

6    because, you know, I would do a lot of the LiveOn

7    on, like, a Mac computer and file bugs and stuff.

8    And that's a lot different than my employer asking

9    to request status of ████████████.  And so it

10   was kind of, like, I feel like we need to sort as a

11   company what we're doing here generally and using

12   myself as kind of case study of my reaction to some

13   of those requests.  But as -- I don't remember them

14   ever really doing anything different, and I remember

15   even making privacy, kind of, invasion complaints

16   even I think, like, in May 2021 --

17       Q.  Way beyond my question.

18       A.  Okay.

19       Q.  You said Dan brushed it off.  Do you recall

20   the gist of what he said when you said, "I don't

21   like these creepy studies that Apple's doing"?

22       A.  He typically brushed most of my complaints

23   off, so it would be a similar --

24       Q.  On this -- on this -- on this -- yeah.

25   Focus on my question.



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1        A.   Yeah.

2        Q.   You said that you didn't like these creepy

3    studies that Apple was doing.  Can you give me the

4    gist of what Dan said in response?

5        A.   Yes.  He just really wouldn't, like,

6    respond.  He'd kind of like acknowledge he was

7    listening and then just change the subject.

8        Q.   So he didn't say anything in response to

9    that comment that those -- that comment you made on

10   the subject?  Just changed the subject?

11       A.   I mean, that was his typical.  He just

12   didn't really address the stuff and he would change

13   the subject and not really -- tried to avoid

14   whatever the thing was.

15            MS. RIECHERT:  Okay.  So now I believe I've

16   marked -- nope.  I'd like to mark as Exhibit

17   Number 10 the document that's at tab 2-02.

18            (DEPOSITION EXHIBIT 10 WAS MARKED.)

19            THE VIDEOGRAPHER:  Exhibit 10.

20   BY MS. RIECHERT:

21       Q.   So this document relates to the █████ LiveOn

22   study.  Did you receive a copy of this email?

23       A.   Sent 2018.  Looks like it was sent to my

24   work email, attached a document from user studies at

25   Apple.  That looks like an email I would have



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

```
 1   received.  I don't recollect receiving it though.
 2       Q.  And would you have put it in your LiveOn
 3   subfolder to your employee stuff folder?
 4       A.  Probably.
 5       Q.  Okay.  And did you receive a new device for
 6   participating in this study?
 7       A.  I don't recollect.  Sometimes it would be
 8   the existing device and they'd enroll you in a study
 9   for it or sometimes they'd give you a new one.
10       Q.  Do you know if the device you received was
11   dev-fused?
12       A.  Assumably.  It almost always was.
13       Q.  Do you know what "███" refers to?
14       A.  I'm trying to remember.  I believe the ███
15   was the phone with the new camera and it was a large
16   one, and I think ███ might have been the one with
17   the new camera but it was a smaller form factor.  Is
18   that right?
19       Q.  I'm asking the questions.
20       A.  Oh, I don't -- I don't remember.  We usually
21   needed, like, a matrix to remember.
22       MS. RIECHERT:  Okay.  I'd like to mark as
23   Exhibit Number 11, a document that's at tab 12-03
24   [sic].
25   / / /
```



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    iPhone studies already.

2        Q.  Right.

3        A.  And I had been for years and they were

4    directly cited in my reviews that the example I gave

5    you of things I didn't want to participate in --

6            (Reporter clarification.)

7            THE WITNESS:  Okay.  The -- the things I --

8    I declined to participate in were things like the

9    exercise studies or ears.  Those were completely

10   different studies.  I had been a accomplished LiveOn

11   participant in iPhone and -- especially iPhone, but

12   also, like, Mac and some other LiveOns for years.

13   It was already directly said in my reviews.  I was

14   already on the LiveOn lists.  I was automatically

15   invited.  So this was not the same.  This was not

16   comparable to a one-off invitation for a ▮▮▮▮▮▮▮▮

17   study that I had not previously participated in.  I

18   was a long-term participant in the iPhone -- a

19   variety of iPhone LiveOn programs.

20   BY MS. RIECHERT:

21       Q.  And you said that you didn't sign the ICF

22   because you didn't -- you pretended it wasn't

23   happening.  You therefore knew the type of

24   information that was in the ICF; right?

25       A.  Most of the Apple -- I don't think that's an



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1   you're in that line already where everyone is

2   signing, so, like, that -- when I knew that was my

3   iPad sign.  Because you're in the line.  You just

4   quickly -- and if you wanted to sit and read that

5   agreement, you can't even see it until you're at the

6   iPad.  And then you're in a line with everyone

7   behind you and then the ex-Marine or ex-FBI or

8   ex-CIA person is trying to get everyone through so

9   they can distribute those products in that one-hour

10  period.

11         So, no, no, I did not generally sit down and

12  read the whole thing.  I just quickly signed it and

13  tried to move on the way specifically for these

14  LiveOn programs because of that setup Apple designed

15  and the other reasons I stated.

16  BY MS. RIECHERT:

17     Q.  So how many of these trainings did you go

18  to?

19     A.  Probably between maybe 8 and 12.

20     Q.  And they were one-hour long; is that

21  correct?

22     A.  Generally at least 45 minutes.  I think the

23  longest one might have been for ███ for that new

24  phone because they were very paranoid about that one

25  was probably 90.



```
 1            THE VIDEOGRAPHER:  Exhibit 12.

 2            MS. RIECHERT:  Thank you.

 3            THE WITNESS:  Okay.  It's open.

 4   BY MS. RIECHERT:

 5       Q.  So looking at Exhibit 12, is this an email

 6   that you received in -- on May 8, 2019?

 7       A.  It says it was sent, so looks like my email

 8   but it's partially redacted.  And that's the date

 9   stated.  But I don't recall receiving this, but I

10   probably did.

11       Q.  Would you have put that in your folder for

12   LiveOn?

13       A.  Probably.

14       Q.  Okay.  So the redacted portion of this says,

15   "▉▉▉▉  HWE  ▉▉▉▉▉▉▉."  Does that mean anything to

16   you?

17       A.  ▉▉▉  would have been the new iPhone that

18   would have been launching in September 2019.  The ▉

19   would have been, I think, the -- did they do a new

20   iPad in 2019?  Or not -- the iPod -- iPod?  The

21   ▉ is usually for iPods.  They might have.  I think

22   it was a developer one actually.

23       Q.  And what was the ▉▉▉▉  HWE LiveOn study?

24       A.  HWE is hardware engineering, so I don't know

25   what LiveOn study means in regards to the entire
```

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

 1   hardware engineering organization.

 2       Q.  Did you receive a new device in connection

 3   with this study -- the ████ HWE study?

 4       A.  I don't recall.  It should be in Apple's

 5   records.  But we -- we would get emails that look a

 6   lot like this when they want us to -- whether we

 7   have the -- like an existing model of a phone or we

 8   have the new one when they want us to start

 9   installing and living on the new .o release before

10   it goes to customers, which is usually in September

11   to go to customers.  And around May is WWDC, Apple's

12   big annual conference, where they often would

13   announce some of the big features that they are

14   working on.  And that software release is generally

15   when they would, like, start sending the emails

16   saying, "We want everyone now living on this.

17   Everyone move."  And you -- in order to do that, you

18   generally have to sign the stuff, and that's kind of

19   generally what it looks like.  And then once you do

20   that, it unlocks.  In the engineering tools we'd

21   have the ability to even install the app.  Because

22   until you sign that, you can't even install it.  So

23   you get the email, like, everyone start living on

24   it.  "We want to converge" is a term they use so

25   they are getting more data of the failures and the

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                    December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    errors and the bugs -- having us fail bugs so they

2    can really start getting it ready that it would be

3    ready to go to customers in September.  So based on

4    this timing, that's assumably what that was -- was

5    me moving whatever device I had existing or a new

6    one to that new release and sometimes they would use

7    that term "LiveOn" also just for the software, not

8    necessarily a new hardware.

9         Q.  And this email indicates that you have

10   completed the LiveOn registration for this ███ HWE

11   device with the numbers I gave you previously.  Then

12   it sends you a copy of the user study informed

13   consent form; correct?

14            (Reporter clarification.)

15            THE WITNESS:  I'm not sure where this

16   request came from.

17   BY MS. RIECHERT:

18        Q.  That wasn't my question.

19        A.  I'm not sure what the workflow was for this.

20   I think I -- I'm not sure what the workflow was.

21   The request came from iOS request which is a team --

22        Q.  None of that is my question.  My question

23   is -- this document says that you had completed the

24   registration of the ICF agreement, and then they

25   send you a copy of it; correct?



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1      A.  Use completed a LiveOn program -- you said

2  registration.  I don't see registration.  I'm trying

3  to tell you what I think what -- the tool.  I think

4  this was an MPS tool where you just request to add

5  to a program and so it approves you, and then the --

6  it like prefabs sign this thing and you click "yes"

7  and then it just sends you this.  And then it --

8  that's how you get the access unlocked to be able to

9  install the builds.  It's like a web tool.

10      Q.  Right.  So the redacted information, as I

11  told you before, is ███████.  And so please confirm

12  that you, in fact, received the informed consent

13  form for this study because you had completed the

14  agreement?

15      A.  That's what I'm saying.  I don't know.  And

16  what they label it doesn't necessarily mean what

17  exactly it was.  There was some human -- I know

18  their names -- of who write these up and sometimes

19  they mess up.  So I'm saying I think this was -- I

20  don't know what the workflow was leading to this

21  email.  I can confirm this email --

22      Q.  I didn't ask you that.  I asked if you

23  received this document that indicated that you had

24  completed the H -- the ████ Hardware ███████

25  LiveOn program agreement?



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

 1  put the unredacted version up so that Ashley can see

 2  it.

 3  BY MS. RIECHERT:

 4      Q.  And this is, by the way, for the ███, A- --

 5  I think this is the one.  The ███ HWE LiveOn ICF.

 6      A.  Yeah.  This looks more like the hardware

 7  agreement when I have the -- probably the new phone.

 8  It's usually a month or two before it's announced to

 9  customers, so August fits that timeline.

10      Q.  So do you believe you received this email?

11      A.  So it looks right.  I don't recall

12  specifically, but it fits the timeline and looks

13  like other emails I received.

14      Q.  And it says "Living On."  Is your

15  understanding Living On and LiveOn are the same

16  things?

17      A.  Not necessarily, but I mean that was what I

18  said earlier where they use a bunch of different

19  terminology.  There was no set terminology for this

20  stuff.  They'd call it "Carry" sometimes.  They

21  called it other things.  It was something we

22  complained about generally that there was no

23  consistency with the terminology they used.

24      Q.  And then it asks you -- it says you've been

25  approved for the program, and it asked you to



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

```
1    actually -- I did participate in, but you didn't
2    really know what it was going to be until you show
3    up.  There was one where it was -- I think it was,
4    like, a ████████████████████████████████████████
5    ████████████████████████████████████████████████
6    ████████████████████████████████████████████
7    █████████████████████████████████████████████████
8    ███████████████████████████████████████████
9    ██████████████████████████████.
10           There was a couple other ones where I showed
11   up and they had you, like, ███████████████████████
12   ██████████████████████████████████████████████
13   ████████████████████████.  There was a couple weird
14   ones like that.  And then I got a lot of emails
15   about different types of, like, running or exercise
16   or swimming or yoga.  There were -- there was the
17   ██████ one.  There were other ███ ones.  There's TV
18   ones.  There was -- I was on the watch program
19   basically every year, so I'd get the new watch
20   hardware and do the watch LiveOn with them.  It
21   was -- it was fine.  And then there was, like, some
22   outdoor stuff too they'd do.  And there's more too.
23   Like I can sit and, like, think and try to give you
24   more, but there was a variety.
25       Q.  And you said there was an HIV one?  Is that
```



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1   what you said?

2       A.   There was a bunch of the -- the HID team --

3   human interface design team had strange ones.  Like

4   the ███████████████████████████████████████████

5   ███████████████████.  They were generally very

6   uncomfortable though.  I can't remember the years I

7   did those.  I think it was like 2018 -- 2017, 2018.

8   And, like I said, you don't really know what you're

9   doing until you show up, and I remember both of

10  these I complained that I was, like, very physically

11  uncomfortable and that led me to participate far

12  less in those.

13      Q.   And did you receive ICF forms for those

14  ones, the HID studies?

15      A.   I didn't have -- I didn't have copies of a

16  lot of this stuff.  It might have been deep in my

17  inbox and I just didn't take it before I was fired

18  and lost access.  And as you know, I've requested

19  copies of all these and you guys refused to provide

20  them.

21      Q.   So you don't recall -- do you recall that

22  you did get ICF forms for these HID ones?

23      A.   Like I said, not everything was called

24  "ICF."  That's why I don't think we should just

25  label everything ICF, but they generally had some



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

```
 1  kind of paperwork associated.

 2      Q.  That consisted of a consent form of some

 3  type?

 4      A.  Not necessarily consent.  Just something

 5  you're signing.

 6      Q.  And they described the study; is that right?

 7      A.  Generally, no.  It was my recollection from

 8  whatever it was, it was just mostly a reminder to

 9  not tell anyone anything about what you're doing.

10      Q.  So when you agreed to the one about ██████

11  ██████████████    for a while, did you know that's

12  what was going to happen?

13      A.  No.

14      Q.  Okay.  But you did sign some kind of

15  paperwork before that telling you to keep it

16  confidential?

17      A.  Assumably.  Apple required that for

18  basically everything.

19      Q.  Okay.  And then similarly the one where you

20  ████████████████████████████████████████████████

21  ██████████████████, you participated in that one;

22  correct?

23      A.  Yeah.  And I didn't know that's what that

24  was.  And I also was, like, ██████████████████████

25  ██████████████████████████████████████████
```

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

```
 1   movements and stuff.  And that one was, like, I
 2   think, like 90 minutes.
 3       Q.  And was that 2017, '18 time frame?
 4       A.  Sounds right.
 5       Q.  And were you asked to sign paperwork before
 6   you participated in that study?
 7       A.  I don't recall directly, but generally
 8   always.
 9       Q.  And then any other HID studies that you did
10   participate in?
11       A.  There was -- I don't remember the details,
12   but I feel like there was a few others.  Not the
13   ████████████ one.  That one was very unique.  But
14   other ones where they were doing some kind of
15   ████████████████████████████████████.  And
16   with those ones they don't give you a device to take
17   with you.  You're just kind of showing up to be a
18   body for them to use on their own tools.
19       Q.  And when were the ████████████████████
20   studies?
21       A.  I think that was maybe around 2018.
22       Q.  And were you asked to sign documents before
23   those studies as well?
24       A.  I don't recall specifically, but generally
25   always, yes.
```

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    Q.  Okay.  And you were asked to keep everything

2    confidential; right?

3    A.  Generally always, yes.

4    Q.  Okay.  And you said there was a telephony

5    team.  Did you participate in some study from the

6    telephony team?

7    A.  That was the ██████████████.  They were, I

8    think, trying to see if the ████████████████

9    ████████████████████████████████████████████████

10   ████████████████████████████████████.

11   Q.  Okay.  And you participated in that study?

12   A.  Yeah.

13   Q.  Okay.  Then the running, exercising,

14   swimming, yoga, did you participate in any of those?

15   A.  No.

16   Q.  Okay.  And what about the TV study?  Did you

17   participate in that?

18   A.  Yeah.  I did, I think, at least two Apple TV

19   LiveOn ones.  And those were more of the

20   if-you-find-issues file bugs.  But I think they also

21   have sent out occasionally surveys.  So sometimes

22   just a general feedback but then also sometimes

23   they'd be targeted of a specific functionality.  And

24   I remember using that because I had trouble, like,

25   debugging the TV at home and it had complicated ways

1    A.   Absolutely, because it was moved under his

2    team.  He managed them.

3    Q.   So he knew which studies you were invited to

4    participate in?

5    A.   They were his studies.

6    Q.   Okay.  And did he know which studies you

7    agreed to participate in?

8    A.   They were his studies.

9    Q.   The question is do you know if Dan knew

10   whether -- which studies you agreed to participate

11   in?

12   A.   I can't speculate what he knew or not, but

13   he would have access to all that information and an

14   incentive to know those -- that information, and

15   I've also seen him frequently look into information

16   exactly like that during review season.

17   Q.   And were all of these studies under Dan's

18   team?

19   A.   No.

20   Q.   Which ones were under Dan's team?

21   A.   Dan took over one of the LiveOn groups that

22   was previously, I believe, in operations.  It was

23   the Jay Gordon, Eric Brown.  I can't remember the

24   guy's name that led it.  And they managed that

25   ████████, the ████████ one where they wanted to know



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    ████████████████████████████████████████.  It

2    was under my manager Dan West.  He would have

3    managed the NDAs ██████████████████████████.

4    They also had the ██████████████████████ one.

5    They had some of those FaceID ones, like the Divya

6    makeup one, but that was more of a temporary -- more

7    like event-based one.  They also managed the iPad

8    and Apple TV LiveOn programs.  Most of those went

9    through Dan's team.  There are more.

10        Q.  And do you know if your manager knew which

11   studies you declined to participate in?

12        A.  Dan or Dave?

13        Q.  Either.

14        A.  Dan would know.  He would have access to

15   that kind of information.  Dave could find out.  I

16   mean, people would say stuff to them all the time,

17   and I'd hear, like, secondhand comments about stuff

18   I said or didn't say.

19        Q.  Did either Dan or Dave ever tell you that

20   you had to participate in a study?

21        A.  I was strongly encouraged on some of them,

22   and I remember being asked --

23        Q.  Listen to the question.  Did Dan or Dave

24   ever tell you that -- I forgot my question now.  Let

25   me look it up.

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

1    emails to you guys.  I said indefinitely I did not

2    want to participate in the ear scanning study.

3         Q.  And was there a reason for that?

4         A.  Yeah.  And that was one of the things I

5    raised to Dan that I feel like it crossed a line.

6    It was too far of an invasion of privacy to ask

7    employees to participate in something like that

8    because it's hard for employees to say no and that

9    is too invasive of our privacy and bodily autonomy.

10        Q.  And what did you feel invasive about an ear

11   scanning study?

12        A.  Ears are very personal, and they are an --

13   they're an orifice.  You know, it's a bodily

14   orifice.  It's kind of like the ███████████

15   ██████████████████████.  Not as bad as that one,

16   but it's like that -- that's something that's so

17   personal that it doesn't seem appropriate for an

18   employer to ask.  And because I participated in

19   these studies, I know that it involves pressing up

20   against my body, putting things, like, on my body.

21   Things where I'm like -- like I mentioned earlier,

22   physically uncomfortable during the process, even

23   somewhat painful.  And like the thought of -- and

24   they can last a long time.  So, like, the thought of

25   Apple spending a bunch of time scanning, like, the

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)            December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

**automatic** 149:12,20
151:12

**automatically** 109:17
143:5,24,25 144:4
149:15 150:21 176:14

**autonomy** 236:9 264:2

**availability** 122:15
134:19

**avoid** 20:13 171:13
250:13

**aware** 50:10 57:13
100:16,25 298:17,18

**awkward** 338:21

 203:4,5

---

**B**

**B-A-S-A-N-E-S-E** 161:17

 165:13

**back** 17:6 19:8 31:17,23
47:13 74:24 141:21
147:14 155:15 173:2
221:17 232:25 238:23
239:3,23 252:13 257:15
258:4 266:6,7 272:4
275:1,13 276:17 278:15,
21 279:20 280:16,21
281:1 285:7,9 289:3,10
292:1 294:17 295:2
297:11 298:13 310:4
314:15 316:8 334:17

**backfired** 321:17

**background** 54:11 79:25
187:12 296:12 297:23
298:12 303:9 304:16

**backlash** 255:13

**backups** 320:16

**bad** 146:16 236:15
329:24 339:25

**badge** 182:13,17,19

**badged** 181:19

**balance** 213:20

**balancing** 341:11,13

**Balasupranarian** 220:18

**Balsuranian** 222:21

**banner** 241:15

**bar** 231:25 232:5 233:1

**Basanese** 161:14,16
168:11 193:20

**based** 34:23 73:9,17,23,
24 98:13 107:3 199:3
220:23 283:11,14 284:16
337:13

**basic** 270:22

**basically** 128:21 188:22
205:19 207:18 239:20
267:10 271:20 327:12
330:4

**basis** 10:7,8

**Bates** 51:12,16 56:21
74:3 95:24 97:12 139:13,
21 189:13 244:15 245:11
247:5 279:6,15 318:12

**batterygate** 290:21 291:1

**bed** 165:14,21 205:17

 165:13,14 166:4,
14 167:17,20 168:19
169:1,10 225:25

**beginning** 64:25 106:21
141:14 182:12,17 201:8
221:23

**begins** 247:22

**behalf** 8:13

**behave** 167:15

**behavior** 59:16,17

**belief** 40:4

**believed** 55:15 71:11
335:25

**belonged** 290:5

**belonging** 284:21

**beneath** 292:6,10

**benefit** 14:6 228:22

**benefited** 169:11 216:8

**Bernie** 146:16

**Bethany** 54:3

**big** 77:11 110:16 198:12,
13 205:5

**biggest** 237:9

**binary** 292:14

**binding** 34:14 35:13 51:6

**251:1**

**bio** 115:14,20 116:20

**biodata** 116:14,22 119:19
120:20

**biometric** 89:22 116:11

**biometrics** 83:18 84:2
89:19 104:19 110:14
111:1 268:2

**Bippa** 222:21

**bit** 143:1 159:12 188:24
260:10

**black** 181:8 182:4

**blackmail** 295:16

**blanket** 66:9

**block** 326:1

**blocked** 326:8 328:18
329:11 336:3

**blow** 244:10

**blur** 281:7,22 282:4,9,12,
14,20 283:8

**blurred** 276:21 281:14
282:8,18,19 283:5

**blurring** 277:1 281:5,6

**blurry** 18:8

**Board** 34:11

**bodily** 236:9,13

**body** 208:18 236:20
281:24 301:12

**bold** 146:9

**bonus** 28:24 162:22
163:4,22

**bonuses** 28:22 158:20
162:16

**book** 18:22 19:1

**bookmark** 308:20

**books** 18:17 19:18

**Booms** 8:24

**booze** 85:5

**bore** 276:18

**bothered** 110:16 159:21
160:24 165:12 257:2
260:5,7

**bottom** 51:9,20 52:2
56:20 173:10 191:9
318:10,12

**bound** 34:5,25 35:1,4,10

**boundary** 170:5

**box** 149:24 316:21

**brag** 237:11

**bragged** 237:8

**bragging** 238:5

**brain** 323:1

**brainstorm** 312:14

**brainstorming** 312:12

**brand** 246:13

**breach** 55:24 56:6 237:24
298:24 299:16

**breached** 253:9

**breaching** 53:5

**break** 19:7 39:25 45:7
64:11,14,17 141:4
221:15,16 315:22 316:2

**bring** 24:6 64:12 107:9
185:25

**broad** 33:18,20,24 35:15
47:10,11 48:19 58:1,17
98:12,21 101:1 129:15
299:10

**broadly** 36:20

**broken** 123:4

**brought** 107:4,10,16,20
108:2,4 160:4 257:22
258:19 263:2

**Brown** 225:23

**brushed** 160:22 170:19,
22

**bucket** 22:25

**bug** 119:16 121:16,23
123:25 137:5

**bugs** 115:5 135:18
136:25 137:10 170:7
186:10 199:1 209:20
228:16 230:23

**build** 123:16,25 130:9
138:5,6,7 144:18,19

**building** 181:8 182:4
204:14

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

**builds** 200:9

**built** 46:23 47:4 97:1
144:16 145:6 153:14

**bullet** 61:1,13

**bunch** 58:9 69:24 88:14,
15 110:24 121:14 128:4
161:7 203:18 206:2
216:1 236:25 266:4
273:5 312:6 326:12
333:7

**business** 44:20 49:23
50:4,10 52:16,19,24
54:20 56:25

**busy** 156:2 237:6

**buy** 114:5 119:1 142:24,
25

―――――――

                C

**C-A-N-N-I-F-F-E** 339:5

**C-A-R-R-Y** 128:15

**C-O-H-E** 258:14

**California** 8:9,15 9:5,8
232:10,25 238:11 253:16
301:25 302:22 344:15

**call** 80:13,15,21 81:5,6
84:10,11 86:15 100:20,
21 124:6,7,8,9 129:3
136:21 185:20 202:11
203:20 228:14 238:21
259:6

**called** 26:20 69:13 82:25
84:10,13 90:25 128:2,14
140:1 148:5,9 173:18
178:10 179:6 181:8
187:16 203:21 206:23
248:7 271:8 272:14
331:24

**calling** 10:22 13:9,15,17
30:11 33:8 40:6 81:2,22,
23 82:23 121:10 179:5
238:19

**Calls** 30:24 50:17 51:17

**camera** 83:2,17,19,20
84:2 85:2 92:22 102:2,3,
25 103:1,3,5 104:18
112:13 113:8 159:20
172:15,17 271:16

**cameras** 89:22 102:6
272:1

**canceled** 332:16 335:7

**Canniffe** 339:5,13

**capability** 257:1

**capable** 300:13 301:10

**caps** 73:3 115:20

**capture** 235:19 279:19

**captured** 105:21 106:5
124:11 126:13,25 127:5,
8,16 156:20 272:22
273:2,9,10 287:17

**capturing** 155:18 247:11
301:11

**card** 222:12,17

**care** 212:1 300:15

**career** 159:8 162:15
213:24

**cares** 243:9 275:6

**carry** 102:21 128:14,15
129:3 136:9,22 137:10
178:19 187:17,21 203:20

**Carry/liveon** 137:13

**carrying** 129:12 230:20

**case** 8:9,21 10:13 11:10
12:8 13:6,23 14:8 20:22
21:5 33:25 57:3 170:12
184:10 185:2,3,20,21
186:19 233:15 250:12
253:24 288:20 294:15

**cases** 66:19 102:5
184:14

**casually** 160:5 258:20

**categories** 43:8

**category** 43:17 152:2
163:25 315:18

**catering** 90:9

**caused** 100:10 213:5

**cautious** 22:8 141:24

**caveats** 43:18

**celebrated** 167:11
218:10 224:7

**cellular** 128:20

**censor** 93:4 273:14,22
274:7

**centered** 53:21,22

**Certified** 9:5,9

██████ 164:11,16 170:9
226:4 236:15

**chain** 70:10 298:10,14
311:4 320:5

**chair** 205:6 208:13 209:7

**challenge** 17:10,14 64:1

**challenges** 269:21,22

**challenging** 215:20

**chance** 153:1 257:9

**change** 17:11 68:12
102:4 135:24 171:7,12
182:5 217:10,11 260:8,
17 264:25 265:7 273:16
302:14 312:20 322:12
327:24

**changed** 10:17 26:13,15
150:12 171:10 189:10
249:13 263:8 264:19
323:4

**changing** 45:13,14
143:15 263:20 264:25
265:1 320:12,14 321:2,8

**channel** 311:19,23
313:14,23

**channels** 254:17 255:16

**character** 232:8,16

**characterizing** 240:6

**characters** 53:14,20

**charge** 195:14 326:19

**Charlene** 323:9,10,22
324:6 325:20,21 330:3

**Charlene's** 323:16
324:20

**chat** 24:10,12,13,18
25:13,15 26:7 29:2 49:19
53:2 64:13 85:7,13 280:1
311:20 312:8,17 313:6,
17

**chats** 257:23,24

**check** 19:8,9 137:24
155:24 156:7 168:3
182:11 186:20 246:1
256:18 260:15,18 262:5,
6 275:17 278:21 280:16
281:2 286:15 289:3,11,
23 291:8 303:8

**checked** 116:4,10
182:11,16 234:19,22,24
235:2 286:19

**checking** 104:2 297:24

**checkpoint** 182:3

**checkpoints** 96:25

**cheek** 249:16

**Cher** 295:11,13,19
296:19 297:5,16,20
298:2,7,15,17,19,20,24
299:3,15 300:5 301:5,8
302:23 303:1,6,15,20
304:23

**Cher's** 297:12,17

**chest** 300:12

**Chez** 318:6 319:8

**choose** 144:17

**chose** 296:15 301:6

**chronologically** 322:25

**CIA** 196:11

**circles** 205:7 207:11
213:2 214:1,2

**circular** 323:11,22 324:6

**cite** 158:18 216:4

**cited** 176:4 266:17 294:5

**civil** 11:23 233:15

**claim** 63:8 317:4,6

**clarification** 13:11 14:24
34:9 37:20 58:19 80:17
81:14 85:16 96:10
120:15 122:3 140:21
145:25 148:24 161:15
164:13 176:6 182:15
190:14 196:18 199:14
204:11 219:5 220:10
222:16 227:15 230:9
239:12 248:2 259:20
266:23 267:1 268:10
276:10 281:19 290:20
293:16 297:9 338:5

**clarify** 44:7,13 87:17 91:7
136:7 153:3 310:22

**clarifying** 129:25

**cleaning** 146:19

**clear** 35:10 43:1 128:7
134:5 152:1 212:6


**TALTY COURT REPORTERS, INC.**
**408.244.1900 - www.taltys.com**
Index: builds..clear

DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

confirming 70:1 290:11

confluence 105:10,17
288:9

confused 115:8,9

confusing 178:10 251:21
252:12

Congress 36:21 37:6
38:1 39:23 74:9 85:24
266:22 267:4,5,19
268:19,24,25 294:5,9

connect 296:19

connected 136:20

connection 29:4,15
51:24 66:7 87:21 198:2
202:4 204:7 210:9 232:8
277:20

consensual 267:10,11
269:5

consensus 312:8

consent 70:15 71:6,12,
18,22 72:5 74:20,21
94:15 173:10,19 177:3,4
178:8,15 179:6,16,19,22
180:20 181:1 188:6
199:13 200:12 201:13
202:5 207:2,4

consenting 19:22

consequences 218:17

considered 55:25 252:5
285:1 286:11

considers 285:2 286:5

consisted 207:2

consistency 203:23

consistent 180:16

consistently 336:8

constant 101:15

constantly 262:3 320:13,
14 321:2

constitutional 238:10
253:15 255:6,23

consumer 165:17

consumer-facing 44:21

contact 232:17

contained 179:14 180:11

content 20:10 76:4
111:18,19,22 180:14,15

context 87:25 195:21
333:11,13

continue 65:2 111:25
141:16 154:12,14 155:17
222:1 331:14,17 332:11,
14,19 333:1,18 334:12
342:5

continued 123:24 124:1
154:21,24 155:16 190:10

continuing 94:1 138:25
308:8

contract 177:10

contracting 272:20

contractual 178:12,13

contrary 174:12

control 25:25 42:7 45:25

controlling 42:4

converge 198:24 230:23

converged 216:9

conversation 14:17
286:23,24

conversations 214:6
265:12 335:5,11,16

cool 116:18 118:14
119:14 165:16,17

coordinate 212:5

copies 57:22 77:3 94:10
152:13 206:15,19 245:24
288:20 298:3 324:1
338:1

copy 16:9 25:4 29:3,14
49:22 50:4 56:18 61:16
93:15,16 94:18 112:4
134:5 139:3 142:9,13,14,
20,21,23 171:22 199:12,
25 201:12,19 202:20
234:2 275:5 276:15
277:1 306:25 307:2
308:24 316:17 320:18,21
343:1,4,8,10,15 344:4,8

core 221:5,12 263:15
265:10,11,17,24 328:21

corner 51:10 56:20
318:13

correct 25:2 27:2 28:14

30:4,22 31:5 44:4 49:25
50:12,16 51:12,14 52:13,
16,24 55:10,16 56:7
57:18,25 61:2 66:24 70:8
71:23 72:5 73:7 75:9,10,
15 76:7,22 80:14 83:10
88:2 89:5 92:11 93:5
94:7,16,17 95:19 98:8
102:19 103:3 104:8
105:12,15 109:4 111:22,
23 115:15 117:11,20
118:16,24 119:7 124:2
125:12 127:25 130:13,21
131:7 132:2,9,10 133:2,8
134:3,24 136:16 139:10
146:22 147:9 148:19
149:9 152:19 153:5
154:6 156:21 162:8,9
163:18 173:4 175:22
177:5 179:15,23 180:2,
12 183:21 186:25 190:6
192:6 193:2 196:21
199:13,25 201:10,14,19,
23 207:22 211:9,12
212:25 217:13 218:8
227:22 229:20 232:4
234:8,11,14,18,21 235:3,
8 240:22 242:23 243:3,7,
14 244:2 245:3 246:20
247:25 248:19 249:8
252:25 263:10 268:20,24
269:18 270:7 279:8,9,12
281:5,8,14 283:6 286:6,
18 287:6,8,10,15,18,21
288:17 290:1 291:9
296:10,18 297:1,6,16
303:11 307:7,18 309:3,6
311:11,14 315:7,16
318:3,7,23 319:17 320:8
324:20 328:14 332:5
335:17 338:3 340:15,20

corrections 16:13,19

correspondence 308:24

corruption 320:17

 165:18

cost 42:16

counsel 8:16 25:14

country 223:14

counts 25:23,25 55:20

couple 52:6 85:9 119:3
160:4 178:23 179:8
184:10 205:10,13 229:5,
6 264:15 276:18 278:13,
24 343:12

court 8:8,13,14 9:1,17
16:7 21:14,25 142:22
294:15 344:14

cover 195:16

coverage 193:17 195:1,2,
11,16 230:1

covered 63:6 205:5
291:16

coverup 312:10

COVID 204:9,12,14

coworker 88:12

coworkers 58:11 136:12
156:25 158:7 193:20
250:22 253:3,13,14
254:4,6,15,25 255:5
256:2,6,8,15 257:17,20
258:8,13 302:1,3 341:12

Craig 266:21,24 267:18
268:18,21

crap 181:9

crashed 137:3

create 42:6 145:10,16
147:8 148:1,2,5 149:12
150:1 231:23 247:13

created 143:12,25 148:12
195:24 311:20 312:21
313:7 316:21 327:6
332:6

creating 147:15 312:17

creative 283:25

credibility 10:18 11:15
12:12 14:5,11 15:19
17:1,6,8,11,14

credited 257:14

creepy 160:16 162:4
170:21 171:2

criminal 232:19 295:15

critical 21:1 32:1 261:1

cropped 244:12

cross-functional 326:13

cross-product 169:5

cross-reference 280:23

crossed 212:21,24 236:5
238:22

crossing 164:12



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

cultural 128:5

culture 242:16

current 115:20,25 116:1
232:24

custody 344:13

custom 114:7

customer 46:4 113:1
114:4 115:1 125:23
126:7 130:9 131:4 137:4
154:2 228:16 273:17
274:10

customers 80:24 112:25
114:10,14,17 115:8
125:25 131:12 184:6
198:10,11 199:3 203:9
273:25 274:2,10

cycle 337:17

cycles 336:25

---

**D**

███████ 112:11 113:5,8
115:19,24,25 116:1,16,
17,24 121:25 122:14,16
130:16,22 131:6 134:18
153:5 172:14 183:23

███████ 171:21 172:13,16

███████ 122:12

D-U-B 202:12

███ 197:17

███████ 197:15 200:11,
24

daily 117:4

███████ 122:11,18,22

damage 162:14

Dan 28:1,3,6 144:23
160:4,13,17 161:12,17,
19 162:3 163:14 164:4
167:7 168:22,23,24
169:3,8,21 170:1,19
171:4 192:8 193:19
195:13 212:9,11 224:13,
15,20,23 225:9,21 226:2,
12,14,19,23 229:7,23
236:5 249:25 261:22
316:18 317:9 318:17,22
319:7,10,25 320:2 324:2,
4,5,7,10,18,19 325:1,18,
20 326:7,24 327:2,14

328:5 329:10 330:1,15,
22 331:5,14,17 332:14,
19 333:18 334:6,11,17
335:5,11 336:2,13
337:15,18,20,21,23
338:2,20

Dan's 168:10 225:17,20
226:9 323:12

dark 187:12

data 66:23 67:16 68:10,
15 69:8,11,13 70:7,11
80:23 115:14,20 116:12
122:11 125:4 126:4
136:1 166:22,24 167:2
168:2,11 169:12 187:11,
23 198:25 229:3 242:18
268:8 271:6 272:17,19,
20 288:3 292:2,8,9,13
320:24 322:5

date 57:11 78:10,15,20
79:2,4,6,7 197:8 232:15
314:17

dated 57:12 66:14 311:8

dates 155:20 307:8
321:19

dating 165:20

Dave 27:24 28:3,5 137:9
167:7 168:20,23,25
212:12 224:16 226:12,
15,19,23 230:2,4 261:22
307:6,17 324:3 325:1,2,
20 327:2,6,14,21,25
328:5,20 337:24 338:2,
20,21,23

Dave's 144:23 169:6,7

day 23:19 116:4,10 127:3
140:2 144:9,21 146:19
311:21

de- 261:24

deal 21:9

debug 114:25 115:6
129:22 131:3

debugging 114:11 126:4,
6 209:25

December 8:5 65:1
120:25 123:10 141:15
221:25 316:25

decide 13:22 35:6 55:12
143:9 150:8 151:18

decided 211:11 212:18

decisions 166:25

deck 288:12,21 289:1

declaration 10:14 11:11

decline 210:22 212:3

declined 176:8 210:23,25
222:6 226:11

declining 222:10 240:14,
15

deem 142:16

deep 206:16

Deepa 159:22 220:18
263:18 265:4,11,23,24
266:3

deeper 300:19

default 95:6,13 129:13
145:7 147:1 188:20
220:6 221:5 223:4,8
263:21,22

defendant 8:6,20,23,25

defense 32:1

define 31:6 32:22 38:9
46:10 68:16 70:24 79:13
103:10 118:25 129:16
131:24

defined 32:23,25 37:11,
13 38:3 39:3,5 45:4
55:24

defining 37:1 178:17

definition 37:14 38:6,21,
25 39:8 128:8,9 295:5

definitive 96:19

delay 344:1,6

delaying 343:19

delete 125:17 127:5

deleted 320:24 321:4,13
322:2

deleting 111:18

delight 184:5,6

demands 73:4

denied 324:19

deny 139:10 189:3
324:23

denying 103:9

department 262:9,15,19,
21

dependent 212:4

depending 153:24

depends 131:8,13,15

deposition 8:5,11 9:14,
25 13:2 14:18 16:7,8
17:4,16,19 19:23 23:4,6,
16,19 24:3 25:20 29:8
50:2 53:7 56:13 63:1,11
64:25 65:3,5 75:25 85:15
100:11 127:20 141:14
171:18 187:2 196:25
202:16 221:24 233:4,16,
21 241:8,24 274:20
278:6 292:22 306:9,22
307:22 309:11 310:19
314:24 316:12 317:23
342:7,13,19 343:2
344:12,13

depositions 10:10 18:23

depth 54:18 268:14

Der 293:20 294:9

describe 249:7

describing 312:2

description 185:15
249:14

design 41:8,10,20 43:2,
21 46:21 48:10,13,22
49:3,6 54:17 102:3,6,22
185:18 206:3 271:19

designate 62:25 63:11
142:5 143:4

designated 65:5,8 66:3
75:18 280:25 305:20
306:2

designating 63:16 64:15
141:19 142:1 244:6

designation 52:8 178:10

designed 183:14

designing 327:12

designs 43:4 44:11,15
54:15

desire 325:20

desk 18:13

desktop 18:16 19:20



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

**duly** 9:8

**duress** 213:4

**DVT** 138:3,4

**dying** 330:13

---

**E**

**E-A-R** 161:24

**E-R-T-E-L-L** 339:4

**E-SIGN** 72:8

**ear** 161:24 163:17,23
164:5 169:23 233:24
236:2,10 237:9,12 238:5

**earlier** 39:13 57:21 74:14
96:15 103:11 109:19
122:8,13 124:7 127:12
154:5 160:1 174:17
203:18 219:3 234:22
235:4 236:21 237:8
245:21 256:7 285:13
292:2 344:4

**early** 216:5,21,23 232:12
295:22 323:15

**ears** 176:9 235:20 236:12
237:1,8,12,13,14,22
238:4

**easier** 40:13 277:10
340:8

**easy** 46:15 131:24

**eavesdropping** 259:4

**economy** 323:11,23
324:6

**edited** 280:15

**editing** 278:25

**editor** 275:19 276:4

**editorial** 275:12

**editors** 275:18 277:2

**education** 178:24

**effect** 9:17 57:6,8 157:8
158:13 227:8

**Effective** 18:22

**effort** 184:18 325:7,9

**efforts** 257:16 323:5
324:23 325:7,15,19
326:8 328:18 329:11,16
330:8,15,23 336:3,10

**eighth** 139:12

**Ekelemchi** 239:14

**elaborate** 291:23

**electronic** 60:10

**eliminate** 276:8 283:2

**email** 26:16,17,19 53:11,
15,16,17,24 55:17,19
56:3 66:13,25 67:2,17,
18,19,23,24,25 68:1,2,7,
8,19,22 69:1,2,5,9,12,15,
20,25 70:2,10,12,14,22
71:5,8,12,17,21 72:9
73:10,18,25 77:18 78:8
81:9 86:6,14,18 87:21,24
88:2,3,7,9,11,18 91:15,
22 92:1,3,7,11 93:10,14,
18,21,22 96:22 97:6,12,
19 98:1,3 99:13,18,19,24
100:2 106:24 112:4,24
115:9 120:25 121:1,7
123:11 133:23 139:1,5,
12,14,22 140:1,11,14,16,
17,18,25 142:15 143:4,
19,24 144:8 145:1,2,10
146:8,9,20,22,23 147:4
148:1 150:11,25 152:16
154:21 155:5 158:11
163:20 166:12,15 168:1
171:22,24,25 173:3
189:13 190:15 191:8
197:5,7 198:23 199:9
200:21 201:9,25 202:1
203:10 234:16 235:9,22
237:4,19 239:9,10,19
240:18 249:20 258:23
263:24 264:24 265:22
306:13,16 308:13,20,23,
24 309:13,17,20,23
310:24 315:7,19 324:17,
19,21 325:3

**email's** 186:21

**emailed** 158:9 310:1
313:2

**emailing** 239:20

**emails** 27:10 69:24 87:9
97:7 100:5 107:24
123:22 134:20 135:23
139:18 140:2,7 143:3,4,9
144:20 145:11,19 146:7,
14,21 147:24 148:12
149:13,17,20 150:4,20
151:8,12 152:12 157:10,
14 161:20 198:5,15
203:13 205:14 231:7

234:7,10 235:6,10,12,17,
18 236:1 237:23 238:24
239:2,4 240:1,4,10,11,
12,14,19,21 241:12,18,
19 252:14 261:20 263:13
280:19 311:1,2 315:3
323:25 324:2,5,7,9,10,
16,18 335:9,13,17 336:6
337:18

**embedded** 136:20

 121:21,22

**emphasized** 274:3

**empire** 316:25

**employed** 30:1,19 31:14,
15,20

**employee** 39:16 41:14
117:23 119:11 128:1
148:6,9,13,17 149:5,17,
21 150:9,16,22 151:4,11,
13,19 152:7,18 167:2
172:3 214:19 239:18
250:2,7,19 266:17
288:11 289:18 294:7
295:14 298:20 299:3,18
300:3,6 314:11 316:23
341:14

**employee's** 34:22

**employees** 41:15 114:21
118:4 126:2 131:1 144:7
166:22 181:12 184:10
218:15 232:19 235:7
236:7,8 238:7 242:14,17
250:20 254:20 257:13
259:23 264:10 266:12,13
268:9 272:18 299:5,9,21
305:11,13 336:19

**employees'** 164:15 229:4

**employer** 170:8 236:18
238:12

**employment** 26:3 29:5,
15,23,25 31:2,4,12 33:16
39:20 43:3 50:11,16
52:12,22 57:6,17 61:12
66:7,21 74:16,17 87:22
88:8 188:12 204:20
211:23 289:21 290:13
294:19 307:3 315:14

**enable** 103:1

**encompass** 33:24

**encourage** 229:8,19

**encouraged** 226:21
229:13 257:8

**encouraging** 229:1,24
265:6 296:1

**end** 15:5,7 64:19 141:7
147:2,14 160:19 167:13
221:18 246:17 285:7,9
304:8 308:9 337:16
344:18

**ended** 43:3 100:24
101:12 103:22 146:4
167:12 212:14 216:1

**ending** 247:6 308:1,16
342:23

**ends** 100:14 288:14

**enforce** 34:16 62:23

**enforcement** 20:9,13,19
37:5

**engage** 240:3,5 254:18

**engaged** 20:7 250:2

**engineer** 26:11

**engineering** 26:23 27:7,
8,14,17 41:10,25 54:17
96:12 110:1 114:1,21
115:7 126:1 130:9
135:22 136:10 143:13
159:19 173:9,18 187:15
195:23 197:24 198:1,20
214:14 215:24 216:22
220:9,11 235:7 249:8
260:22 263:25 264:11
268:22 270:22 271:19
296:12 300:6 303:9
304:16 311:23

**engineers** 135:22

**enroll** 172:8

**enrolled** 168:1

**ensure** 230:25 271:20

**ensuring** 228:2

**enter** 98:14 189:25

**entered** 34:14 201:5

**entire** 197:25 272:17

**entities** 36:18

**entitled** 10:1 11:6 86:6
173:9 299:19

**environmental** 253:2



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

meddling 327:18

media 64:20,25 141:7,14
221:19,24 254:11,14
294:14 344:12

medical 296:6

medications 23:9

Medium 268:5,14 269:13

meet 107:8 291:15 342:8,
11

meet-and-confer 342:20

meeting 16:1 105:9 182:8
258:20 338:1 341:6

meetings 72:15 105:11
107:5,11,17,23 108:3,13
177:13 214:6 250:6
263:16 265:9,11,16
336:20 338:19 340:15,25
341:1

Melinda 8:19 12:23 17:14
20:22 39:25 51:7 52:6
63:20 64:9 114:16 122:9
125:22,23 239:9,15
333:21 334:4,8 335:3
343:19

Melinda's 125:22

member 137:21

memo 306:25

memory 107:3

████████ 176:16

████████ 226:4

mentality 214:8

mention 13:1 22:7 224:6

mentioned 38:17 42:22
57:4 89:10 92:4 122:13
143:2 160:1 169:20,21
193:18 194:19 196:11
224:3 230:16 236:21
313:17 320:14 326:9
331:9,22 341:10

mentioning 34:19 163:14

mentor 216:2

merge 264:6

merged 12:1 264:8

mess 146:18 185:3
200:19

message 295:10 296:9
316:17 319:23 320:5
340:22

messages 266:5 311:10,
13,15 314:2,6 320:10,13,
15,19 321:24 322:6

messy 27:9

met 107:22 108:7,14
311:24

methods 126:11

metric 137:7 292:14,17

metrics 288:3 292:3,5,8,
9,10,12

Michael 8:12

micromanaging 326:20

mid 340:1

middle 214:3 275:22

middlewoman 277:2

midpoint 123:6

midway 138:7 193:5
211:2,5

midyear 336:14,15 337:2,
9,16 338:3,8,11,15,23
339:1,6,14,21,24 340:7

midyears 337:3 340:4

Mike 338:13,14 339:4,9,
10,11,12,16

military 77:11 270:13

million 144:20

mind 73:11,17 182:5
239:16

minds 274:3

mine 105:23 109:16
110:4,14 111:10 219:12
242:10,11 246:15 338:22
344:5

minute 185:14

minutes 40:8 84:14,19
101:14 103:25 183:22
185:6 208:2 221:17

mischaracterization
48:18 71:13 76:23 132:3
133:9

mischaracterizing 177:7
240:4 335:2

misconduct 56:11,17,18

misleading 18:3 35:25
81:25 87:4 89:13 130:7
133:14 277:14 333:10

misread 186:22

missing 154:10

misusing 64:5

mixed 77:15 79:18

model 46:21 48:1,3 83:3,
17 112:21 119:17 131:13
135:10,25 192:23 193:1,
5 198:7 268:2

models 33:22 84:1
101:25 118:4 119:11
135:12 136:2 138:1,21
269:17

modification 162:9

modifications 114:13

modified 80:23

Moen 339:4

monitor 161:8,22 162:7

monitored 135:20 242:17

monitoring 136:2 165:15
169:23

month 82:16 83:4,5,9
107:9 127:2 135:4
157:14 203:8 245:13

monthly 155:24

months 135:4 250:11

moral 232:7,16

morning 9:13 23:13

mouth 177:7 229:16

move 28:11 72:19 113:23
138:23 144:22 148:12,16
149:2,13 152:2,3,16,18
183:13 184:22 198:17
293:8 329:11 333:5

moved 53:14 95:1,3
122:21,23 150:5 151:10
152:24 193:19 220:19
225:1 320:18

movements 208:1

moving 199:5 321:10
329:13

MPS 77:12 101:13,15,25

102:17 103:24 143:22
145:6 173:14 181:8,16
194:21 200:4 242:25

████████ 164:11,16 170:9
226:4 236:14,15

multi 148:15

multiple 26:13 40:1 42:18
66:17 82:6 89:3 92:21
95:22 135:1 154:8 159:3
178:11 246:18 247:9
248:10 254:5 259:9
261:23 264:9 265:14
295:17 319:22 322:24
323:7 330:16 333:14
334:5 337:14

murky 125:13

Muslim 314:13

─────────── N ───────────

nag 135:23

naked 290:22 299:12
300:8,9,25 301:1,12

named 248:24

names 19:17 82:7 100:17
200:18 269:25 313:20

narrative 40:6,12

narrow 33:21 35:14
39:17 44:8 58:1

national 34:10,15,23 51:1
253:18 301:24

NDA 165:22 166:1,4
177:1

NDAS 72:14 165:18
226:1,3

necessarily 21:13 100:14
131:8 148:20,25 185:15
188:19 199:8 200:16
203:17 207:4

needed 27:16 50:14
72:11 86:21 92:15 93:12
172:21 192:10 194:24
205:8 214:21 264:24
302:17 323:12 334:25
337:15

negative 99:9 166:17
168:4 169:9 218:17
222:9,22 223:10 250:10,
13 255:14 322:13,16
340:8



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                    December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

originally 25:7 144:14

originals 245:15

Orrick 8:22,24 291:20

OS 221:5,12 263:15
265:10,11,17,24 328:21

outcome 251:2

outdoor 205:22

outline 20:4

Outlook 147:9,10

output 75:17 78:16 187:9

outputting 75:18

outs 285:16

overbroad 34:21 59:12,
15 177:17

overreact 260:13

override 149:25

oversaw 220:14

overtly 169:18

overused 71:9

overview 185:10

overwhelming 174:8

████████ 164:10,14,25
169:25

owns 302:20

P

p.m. 141:8,9 221:20,21,
23 274:24,25 275:2
316:5,6,7,9 344:17,18

Pacific 8:4 64:24 141:13

pages 26:1 65:7 66:2
75:14 105:10 173:8
188:22 233:13 244:1,9
248:20 272:5 288:9
298:16 305:19 306:1

paid 234:11,14,20 235:1,
5,6 309:2,5,23 310:6
315:7

painful 236:23

panic 339:22 341:19

panopticon 247:1

paper 293:19

papers 267:24 269:6,7
271:18 273:6

paperwork 87:9 96:13
207:1,15 208:5 210:9

paragraph 38:25 233:13

paramount 214:14

paranoid 183:24

parking 77:10 104:4
270:13

part 17:7,8 25:23 26:1
29:24 33:25 61:21 66:18
67:12 74:22 82:2 86:11,
20 89:12 90:25 95:2
96:18 97:19,24 98:2,5
107:22 125:15,20 147:11
156:11 158:9 162:19
163:2,8,11,25 166:1
175:25 185:7,9 189:25
193:15 194:16 214:7,8
215:10 216:24 220:7
261:19 308:1

partially 197:8

participant 176:11,18
223:22 224:4

participants 212:10

participate 66:23 67:16
68:10,14 69:7 72:4,12,17
86:17,25 87:2 88:19 89:1
134:24 136:5,15 137:16
158:24 159:5 160:2
162:12,21 163:23 164:5,
18,21 165:8 166:13,23
169:24 174:20,21,23,25
175:3 176:5,8 182:9
187:20 193:2,12 204:20,
24 205:1 206:11 208:10
209:5,14,17 210:3,18,23
211:12 212:18,23,25
213:2,4,6,8 214:21
218:23 219:2,17,24
220:2,17 221:1,9 222:6,
11,23 223:18 224:25
225:4,7,10 226:11,20
227:3,12 228:4,25
235:21,23 236:2,7
238:25 239:4,23 240:2
310:2

participated 52:23 54:6
82:21 134:11 158:22
176:17 207:21 208:6
209:11 212:7 216:14,15
217:16 218:3,9,10,16
220:14 221:3 222:3,25

223:6 236:18

participating 69:22 70:5,
7 72:22 73:6 74:22
136:25 159:10 160:9
162:25 163:6 166:18,24
167:4,16,19 168:5,18
169:1,10 172:6 174:19
211:10 212:22 215:9
218:7,11 254:23 255:24

participation 72:6 89:11
158:18 168:13 177:14
211:21,25 212:13 213:16
214:16,23 215:2 216:11
217:3,6 218:10,13
219:21 223:11 224:6,9,
19 227:22 228:12,16,23
229:4

partners 12:21

parts 58:24 142:16
301:12

partway 144:13 213:14

passed 231:25 232:10,13

patchy 107:3

patent 273:15 285:14,16

pay 27:21 28:19 128:20
158:20 343:5,6,7,9,10,11

paying 272:19

PDF 112:1 279:18 298:16

PDFS 246:9

Pearl 85:20 86:17 87:1
91:18,25 92:10,19,21,23
93:1,4,7,11 94:16 101:11
102:19,20 103:7,10,14,
15 104:11,12 187:16,21
188:1 287:10,12,14
288:3 292:2,8,9

pending 152:11 331:1,4

people 45:16,19,24 55:9
71:22 77:12 85:9 89:20
100:9 102:5,17,23
104:20 105:2 107:8,22
108:7,11,16 129:14
135:25 150:15,18 151:17
158:7 159:2,3 166:1
167:9 169:12 185:4
189:17,20 192:10
215:20,21 217:20,23
218:22 224:18 226:3,16
247:10 248:10 249:12
250:25 272:20 273:20
276:25 302:13 312:6,9

313:22 329:14 331:3,25
332:2,8 333:14,15 334:6
337:23

people's 22:11 105:24
107:1 109:15

percent 120:12

perfect 262:6

performance 137:8
158:17 162:15,22 163:4
166:25 167:14 211:18,22
212:12,14,15 213:23
219:19 250:10 336:15
337:1 338:9,11,15,24
339:2,7,14,21,24 340:1,9

period 82:5,20 95:22
119:3 154:3,22 155:25
156:17 157:15 183:10
205:17 235:19 237:17
249:15 295:22

periods 40:1

permanent 290:23

permanently 142:3 264:8

permitted 299:4 304:22,
24 305:2,3,5,9

person 18:2 107:5,17
182:14 183:8 185:3
262:6 275:9 313:19
316:23 329:22

personal 25:22 60:11
77:15 78:5 79:19 107:25
109:25 110:2 129:11
216:1 228:22 236:12,17
237:13 264:6

personality 220:24

personality-wise 218:21

pertaining 101:23

Pete 339:4

Peter 339:13

petty 238:16

phase 78:3,21 79:9 94:16

phases 77:8 78:2 82:6

phone 43:2 45:12,15
77:5,6,9,16,22,23 78:4,5,
6,14 79:12 80:4,7,12,14,
15,22 81:3,6,10,21,22,23
82:2,17,24 83:5,10,20
84:1,3 95:19,21,23 102:3
108:24 111:9,10,17



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                    December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

343:6,9 344:7

**right-hand** 51:10 56:20
318:12

**rights** 32:2 34:22 36:3
39:15 40:3

**risk** 152:3 343:18,25

**risky** 163:1

**road** 42:5

**roadmap** 184:17

**Robert** 93:11 99:18,19
104:7 112:5 116:13
133:24 139:2 140:16,24
268:4 269:8

**role** 26:15,18 90:25 104:5
125:4 139:24 158:20
169:5,6 211:20 212:4
214:10 322:23 323:6
324:24 325:8,12,15,19
328:19 329:17 336:3,11

**role-play-type** 85:3

**roles** 26:13 218:22 228:2

**rolled** 194:8

**room** 88:14 180:18
181:16 184:25 194:20
205:5 209:10

**rooms** 177:14

**RSU** 28:16

**rule** 11:5 13:20 17:21
30:13,14

**rules** 11:23 18:1 50:21

**run** 158:23

**running** 83:16 146:12
153:25 161:6 196:3
205:15 209:13 273:17

**Ryan** 8:24

___

**S**

**S-A-B-I-H** 120:16

**S-A-D** 221:14

**S-C-H-I-F-F-E-R** 275:10

**Sabih** 117:1 120:3,17
167:8 215:13,14 216:13,
14,18 217:7,12

**sacrifice** 219:21

**sacrifices** 220:22

**Sadini** 221:11 222:3,10

**safe** 184:24

**safety** 20:18 22:10,11
341:16,18

**San** 8:9,15 344:14

**sanity** 256:18 260:15,18
262:5,6

**sat** 88:14 205:6

**save** 24:14 116:15,22
119:19 120:21

**saving** 115:14,19

**scan** 237:22

**scanning** 236:2,11,25
238:4

**scans** 235:20 238:6

**scare** 181:9

**Scarlett** 295:11,13,20
301:5,8 303:15,20
304:23

**schedule** 86:14 156:3

**scheduled** 310:1

**Schiffer** 243:16 275:9,25
276:24 277:8 294:21
297:2

**school** 18:17 214:3

**scope** 100:25

**screen** 24:5 76:1 185:22
205:12 207:20 247:14

**screenshot** 264:23 287:1
292:19 297:21 313:24
316:20 320:3,7 322:7,8,9

**screenshots** 233:17
263:13 280:22 287:20,24
288:2 292:7 297:4

**sealed** 20:24

**season** 225:16

**Seating** 136:22

**SEC** 36:4,18

**secondary** 98:16 175:14

**secondhand** 226:17

**secrecy** 35:12 45:22
174:8 178:12 242:20

**secret** 37:10,13,16,23
42:3 48:8 60:22 61:8
62:4,16 178:1 184:5,19
238:2,8 262:4 302:6,11,
17

**secretion** 236:15

**secrets** 36:23 37:2,3
38:14,16 41:5

**section** 38:25 63:1

**security** 42:18 54:20
96:14 98:15 103:24
114:14,18 131:12 242:13
246:8,21 247:23 262:13
273:19 295:14 302:9

**sees** 300:14

**select** 125:8

**selected** 117:23

**self-identified** 182:7

**send** 53:25 91:15 92:1
95:17 98:16 106:14
107:24 111:5,6,8 125:8
135:23 142:15 144:12
145:11 146:3 151:18
166:12 189:24 199:25
201:19 202:3 240:19
245:16 250:22 263:24
265:1 276:17 291:10,13,
17 301:7 310:14 324:8
327:16 342:15

**sender** 145:17

**sending** 53:23 92:3
143:14 198:15 261:20
266:1 280:18 291:12

**sends** 199:12 200:7
204:1

**senior** 27:7,13,16 54:2,3
159:19 214:14 215:14
249:7 250:20 256:13
258:14 268:21

**sense** 17:3 107:19
109:18 142:7 166:19
192:16 195:23 196:4
262:2

**sensitive** 22:7 41:16
42:12,21 45:9,16 54:23

**sensor** 92:20,25 165:14
166:9

■ 161:7

**sentence** 56:2

**sentences** 141:22 142:5

**separate** 22:1,3 150:2
184:25 190:22 264:12
268:13 312:17 313:6

**separately** 70:19

**September** 27:18 83:21
112:14,17 113:6 115:13
134:2,12 189:19 197:18
198:10 199:3 286:11
307:3

**serial** 138:20

**service** 128:20

**session** 86:7 103:22
141:11 185:12

**set** 149:14,19 150:3
151:6,7,12 191:15
203:19 219:15 317:5,9,
17 318:22,25 319:7,12

**settings** 264:2

**settlement** 34:15,24
51:1,2 57:3

**setup** 147:16 183:14
250:9

**severity** 213:13

■ 165:20

■ 166:2

**Shack** 94:20,24 95:1,5,
11,15

**shake** 14:17

**share** 24:4 34:1 37:2,3
41:18 43:6 70:14 71:5,
12,17,21 254:19 256:17,
21 260:16,17,19 261:2,4,
8,11,12,25 265:21
288:18 292:7,18 294:20
295:19 296:6 297:15,19,
23 298:1 299:4,7,19
300:4 301:13 304:22
305:11 319:15 344:4

**shared** 21:3 85:23 155:13
212:9,11 215:5 247:10
271:21 272:7 277:4
286:10,14 288:15,19,25
289:4,9,12,14,16,20,24
290:1 293:18,22 294:8,
14 298:15 299:13 319:16

**sharing** 54:16,25 184:16
246:23 254:10,13 255:11
260:10 264:20 266:1



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

**speculate** 15:16,18,20 106:17,19,22 107:13 108:19 109:2 169:2,7 225:12 229:15 303:21,23 321:18

**speculating** 107:16 123:23 126:21

**speculation** 108:6,10 303:22,25

**spell** 19:17 219:7 239:14, 15 266:25 323:18

**spelled** 165:14 251:2

**spend** 146:19 184:18 185:7 249:1 336:24

**spending** 156:12 236:25

**spent** 71:1

**Spiegel** 293:20 294:9

██████ 206:4 207:10 208:13 209:7

**spoke** 103:24 109:8

**spot** 90:1

**spotlighting** 331:25

**spots** 90:3

**spring** 122:20

**spun** 205:7

**spying** 160:16 162:5

**SQA** 26:21

**squares** 53:19

**SSP** 70:15

**stab** 46:24

**stability** 135:11

**staff** 190:16 191:8,9,11 192:3 263:16 265:9,16 336:20 337:15,20 341:5

**staging** 148:14

**stalking** 295:16

**stance** 195:23

**stand** 24:9 29:6 49:20 85:18 175:23 181:25

**standalone** 47:3 143:7

**Standard** 8:4 64:24 141:13

**standing** 211:19 213:24

219:20

**staring** 59:21

**start** 40:23 184:3 189:19, 20 198:8,15,23 199:2 322:25

**started** 52:21 58:12 97:22 109:21 111:13 165:4 189:17 210:8 216:13 232:12 250:17 304:11 311:22 328:15,16

**starting** 8:18 24:24 29:25 259:1 322:21

**starts** 246:11,15 314:14

**startup** 54:8

**state** 8:17 73:11,17 139:23 232:1,3 238:11 253:16

**stated** 44:5 48:19 60:23 61:9 62:5,12 114:20 115:10 134:20 183:15 197:9

**statement** 84:13 133:14 261:18 340:20

**statements** 12:1 58:11 63:8 64:6 240:13

**states** 114:25 232:1,4

**stating** 248:7

**status** 170:9

**stayed** 195:7

**staying** 135:19

**stealth** 102:5 185:20

**stenographic** 90:15,21

**step** 163:7 182:6

**steps** 264:11 310:4

**Steve** 121:3

**stick** 28:10 319:5

**stipulation** 10:23 11:20 12:24

**stitched** 247:8

**stop** 13:18 110:24 159:17 167:16,19 227:14,17 238:17 239:20,21 250:9, 22 256:2,6 257:10,17,20 261:3 301:19

**stopped** 149:10 150:2

166:8,9 168:2

**storage** 280:24,25

**store** 114:5

**stored** 154:6,15 156:18

**stores** 119:4,6,10

**stories** 181:11

**straightforward** 13:3,5

**strange** 26:20 73:2 206:3 339:23

**strangely** 73:18

**strap** 161:7

**strategy** 186:3 340:5

**stretch** 283:17

**string** 318:2

**strings** 247:18 276:7 282:12

**strongly** 226:21 229:1,8, 13,19,23

**structure** 327:13

**struggling** 86:12 104:19

**stuck** 195:6 314:18

**studies** 76:12 89:11 104:21 134:11 136:6,16 137:17,19 152:6 155:11 158:6 161:4 162:12 163:16 164:15 165:7 169:22,25 170:2,21 171:3,24 174:20 176:1,9, 10 178:19,21 179:7 181:1 184:10,14 204:19, 22 206:14 208:9,20,23 210:6,17,23 211:8 212:18,22 213:2 216:11, 15 217:4,7,17,20,23 218:3,7,16 219:2,16 220:3,8,17 221:2,3,9 222:4,7,11,23 223:11,17, 22,24 224:5,7,24 225:3, 5,6,8,10,17 226:11 228:5,12,19 229:2,3,4 230:1,3,15 236:19 238:6 254:23 255:1,7 256:2 270:14 330:17,24 331:8

**study** 18:23 69:23 72:4, 13,23 73:7 74:20,23 80:5 81:12,21 82:2 83:9 85:20 86:17,25 87:1 88:25 89:2,5,14,24 93:11 94:15,25 101:11 102:19,

20 103:7,10,14,15 104:11,12,13,15 105:1,3 124:23,25 133:16 134:17,24 136:17 152:17 154:7 158:13 162:21,23 163:5,18,23 164:5,10,19, 22,25 165:13,25 166:4, 14,19 167:17,20 168:6, 19 169:1,10 170:12 171:22 172:6,8 173:9,18 174:19,21 175:4,8,15 176:17 177:2,4 178:7,15 188:2,5,18 193:2,3 197:23,25 198:3 199:12 200:13 204:7 207:6 208:6 209:5,11,16 210:3, 10 212:24 213:17 216:24 219:25 223:6,7 226:20 227:3 228:25 229:9,14, 19,23 230:17 231:4,21 235:21 236:2,11 239:5 240:24 255:24 256:6 270:12 287:10,12,13,14

**stuff** 18:24 19:7,16 20:17, 23,24 32:5,7 35:11 41:12,13,15,17,20,23 42:2,3,11,18,20 43:19 45:15 46:1 54:19,22 63:22 64:6 71:10 72:16 73:1 74:1 82:7 84:9 85:7, 23,25 87:10 89:21 94:25 96:18,25 97:17 101:2 104:5 105:10,17,25 107:9,10 108:1 111:8,15 114:9 117:4 119:9 124:4 125:3,8 126:5 128:17,21, 24 131:19,22 144:10,18 145:6,7 147:21,22 148:6, 9,13,15,16,17 149:1,5, 17,18,21,22 150:5,6,8,9, 14,15,22 151:4,8,10,11, 13,19,20,21 152:1,8,13, 18 155:21 156:4,13 157:2 158:24 159:1,6,20, 21 160:7,10,11,24 164:1, 2,8 165:4 166:9,23 167:12 168:2,2,2,24 169:13,17,25 170:7 171:12 172:3 174:13 177:16,17 178:2 184:19, 23 188:16,20 189:10 191:18 192:22 198:18 202:3 203:20 205:6,22 206:16 208:1 214:11 220:12,23 221:6 226:16, 17 227:18 229:21 238:16,18,22 240:5 248:10 253:4,8 254:11 258:5 260:23,24 261:3,



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

21,25 262:7 263:19,22
264:5 267:22 268:3
270:14 273:8 274:11
276:19 281:18,23 285:17
286:11 288:10,11,14,15
291:13 294:14 296:2,4
298:6,15,16 299:11
300:7 302:14 303:22
308:18 315:17 320:18,
20,21,23 322:10 331:2
339:17

**styled** 85:6

**subfolder** 145:11 148:8
150:22 151:4 172:3

**subject** 20:11 21:8,16
65:8 141:20 142:17
171:7,10,13 305:20
306:2

**subjects** 307:5 322:12

**submitted** 74:8

**submitting** 168:2

**substance** 241:18,19

**substantive** 16:22,23,25

**succeed** 159:5

**success** 158:19 212:4,19
228:1 292:16

**successful** 211:25 212:2
220:25 292:5,10

**sued** 147:17,21 295:15

**suggest** 135:25 193:9

**suggested** 109:19 111:7
227:11

**suggesting** 229:1

**suggestions** 186:14

**Suite** 311:22

**summarized** 324:8

**summary** 184:1 266:2

**super** 235:14 341:12,16

**support** 167:14 253:22
317:4,8

**supportive** 169:18

**supports** 37:4

**supposed** 52:20 78:5,17
109:22 128:19 195:13
210:1 340:4

**supposedly** 110:22

**surface** 284:2,15

**surname** 25:3

**surprise** 45:16,18,24
178:4 184:5,6

**surprised** 340:6

**surveillance** 242:16
321:16

**survey** 72:9 136:25

**surveys** 209:21 231:11,
18

**suspend** 342:19

**suspended** 262:20 263:1
264:14

**SWE** 311:23

**swear** 9:3

**swimming** 161:6,21
162:7 163:16 169:23
205:16 209:14

**swipe** 182:13,19

**switch** 138:8

**switched** 46:12 83:25
144:24

**switching** 307:4 321:25

**sworn** 9:8

**system** 47:1 76:2 81:16
87:10 95:2,13 107:6
115:21 145:16 153:15
187:23 189:10 221:6
230:6 234:13,18,21
265:18

**systematic** 311:25
312:20

**systemic** 238:19

**systems** 26:18,21 136:10
195:15 230:13 320:17
321:16 337:25 338:17,19

---

**T**

▬▬▬▬ 205:4

▬▬ 116:6

**tab** 24:1 25:13 29:2 49:19
53:2 56:10 64:13 127:19
171:17 172:23 186:22
187:1 196:24 202:15

233:3,19 241:7,23
274:17 292:21 295:8
306:8,18 307:21 309:9
314:23 316:11 317:22

**taking** 23:9 53:10 124:15,
22 163:10 187:6 245:8
281:24 290:22 300:13,14
301:9,11 304:10 334:7

**talk** 32:5,7 59:9 66:10
75:24 76:17 143:1
159:21,22,25 180:25
184:18 214:11 219:13
255:22 258:17 262:12
263:4 290:10 312:18
322:15 334:22 335:1
341:16 342:24

**talked** 36:15 74:14 85:8,9
101:13 102:2 103:11,12
130:16 156:25 159:12,13
168:23 215:14 218:24
219:4 220:6 256:8,11,14,
16 257:18,19 258:22
260:6 265:13 269:19
271:14 285:12 286:21
288:7,8 289:15 300:24
333:13 336:4 338:16
339:17,18 341:5 344:2

**talking** 35:17 43:1 44:9,
10,19 47:21,25 54:12
64:4 67:6 71:1 99:1
104:16 115:18 122:8
138:17 150:13 177:2
180:21 181:3 217:2,3
229:2 239:21 240:16
249:9 250:22 255:11,18
258:4 259:5 262:8
264:24 266:15 267:23,25
268:6,14 270:6 271:10,
18 273:6 276:3 292:4
293:17 294:23 300:16,22
314:6 315:18 330:12,20
332:3 333:8 338:13

**talks** 217:25 218:5
246:25 340:5

**Talty** 8:14 344:13

**tapped** 195:10

**Tara** 216:1 218:1,2

**targeted** 209:23 312:1,18

**targeting** 123:7

**task** 120:6 156:10

**tasks** 120:10 125:3 204:4
231:12

**team** 26:20 70:15 86:11,
12,20 87:7 91:18,25 92:9
117:1 120:14 121:4,5
123:3 136:10 137:9,20
144:19,22,23 150:19
168:10 169:4 177:15
192:9 193:16,18 195:20
199:21 205:4 206:2,3
209:5,6 212:9 214:8
215:6,13 225:2,18,20
226:9 242:13,25 246:8,
21 247:23 260:22 268:6,
15 269:9,23 302:10
327:10 329:12,18
330:17,18,23 331:7,25

**teams** 89:8 114:1 115:7
143:13 230:24 265:18
304:16 326:13,16,20,21,
24,25 327:3,5,15,21
331:1 336:7

**technical** 273:6

**technically** 41:11 150:24

**technologies** 89:16

**Technology** 25:24

**teleconference** 8:12

▬▬▬▬ 205:4 209:4,6

**Telerama** 293:14,18,19
294:9

**telling** 12:4 14:3,6 38:10
46:14,19 60:8 69:5 77:24
160:1 162:3 207:15
259:15,25 261:20 280:11
337:18,20 339:9

**tells** 302:10

**temporal** 252:3,13

**temporary** 226:6

**tended** 260:13

**term** 46:7,15,22 68:17
84:25 89:13 100:6,9
128:11 153:22 198:24
199:7 230:17 271:22
272:14 282:5,11 284:22
292:12 299:10 304:24
305:2 311:15 325:22

**terminal** 75:17 78:15
187:9

**terminated** 293:24

**terminating** 290:13 307:3

**termination** 27:5,12,25



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)          December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

28:14 40:10 41:3,4
61:11,12 62:3 306:25
308:13 309:6

**terminology** 203:19,23
230:19 291:24

**terms** 32:17 33:17,20,21,
24 34:5,16,19,25 35:14
38:20 47:12 50:24 51:3,5
58:17 59:1,2,8,10,11,16
62:22 64:6 76:17 84:12
87:4 100:17 113:24
128:4 129:15 165:11
177:16,22 179:11 295:1,
6 315:12 344:2

**terrified** 262:2

**test** 18:17 91:18,25 92:10
128:2 130:13 131:6
192:21 195:1,2,4,11,16
341:11,13

**testified** 9:9 36:9 258:9

**testifying** 10:2

**testimony** 10:13,15,16
11:10,11,12,14 12:7,8,9,
11 13:6,8 14:5,7,8 63:4,
11 71:13

**testing** 47:6,11 78:24
81:18 86:12,13,21,23
87:8,11 89:8 90:2,9
91:11,13 118:9 119:9
130:15 135:11 186:9
310:8

**text** 53:22 61:15 187:13
201:15,16,18 247:17
258:24 265:22 266:2
275:17 276:7,20 281:9,
13 283:11,14,18,23
284:8,12,14,16 295:10
297:5,7 314:9 316:17
318:2,17 319:25 320:1
321:24 322:6 340:21

**text-wise** 282:23

**texted** 264:14 285:8

**texts** 275:19,24,25
319:10,17 320:3 321:1

**thanking** 217:20

**theme** 143:15

**thing** 13:1 45:9 46:22,23
47:4 78:13,17 101:13
103:21 116:18 120:11
124:25 142:9 147:15
150:17 161:24 171:14

175:25 177:10 178:9
181:24 183:12 185:8,11,
16 200:6 213:17 230:18
255:2 257:2 262:11
264:9 270:7 293:15
304:15 315:15,19

**things** 11:23 12:24 18:4,5
20:20 21:6 22:8 33:24
34:2 35:1,19,21 39:16
40:3 42:4 55:5 75:18
85:3 93:7,17 96:16
111:16 115:11 119:7,9
124:25 125:4 131:11
138:14 161:1 163:13
176:5,7,8 177:7,11
178:11 203:16,21 207:24
213:3,21 215:21 232:18
236:4,20,21 237:4 251:9,
11,19 253:19 255:16,18,
22 257:25 260:3 264:3,
25 265:1 270:11 271:21
289:5,12,16 290:11
298:9 311:16 319:2
322:13,16 325:23 326:5,
12,23 328:7 329:19,20
331:9

**thinking** 97:25 214:18
336:5

**thinks** 184:4 300:14

**thought** 43:7,8 55:5,23
56:5 70:18 73:22 106:25
151:20 162:21 165:16,17
201:3 212:19 213:19,23
236:23,24 238:9,14,22
247:16 251:9,11,18,20,
23 252:4,5 253:1,7
255:16 256:10 257:8
260:11 262:5,9,16
282:23 283:4,17,18,22
284:6,14 285:7 286:16
299:23,25 300:4 327:15,
22 338:21 340:3

**thousand** 343:12

**thousands** 140:2 144:8

**thread** 297:5

**tickets** 320:23 321:3,12
322:1

**tied** 36:7 158:19

**tiers** 114:2 153:23

■■■■■ 116:6

**time** 8:4 14:8 22:7 23:15
26:15,21 27:5,11 30:1,2,

19 31:19 32:12,15 40:1,
10 41:3,4 42:25 43:3,14
44:1,16 47:19 48:6,15
49:8,15 57:11,14 64:21,
24 71:1 72:15 73:10
75:10 77:7 82:14,20
83:1,25 88:20 91:1 92:19
94:21,23 100:18 105:16
107:22 109:11 116:9
120:4 124:5,10,21
126:12,18 141:3,8,13
147:21 150:12,13 153:15
154:17,22 155:9,11
156:12 159:4 161:2,14
162:2,5 163:12,14
175:18 177:25 184:18
185:25 190:8,19,21
191:2,8 195:12 202:3
207:25 208:3,15,19
221:16,20,23 226:16
232:25 235:19 236:24,25
237:17 238:18 249:1,15
251:17 252:22 253:24
254:22 255:7 256:3
262:22 270:18 273:24
274:5,24 275:2 289:18
291:6 295:22,25 301:20
307:9 313:1,24 316:5,9
332:21,22 336:24
340:19,22 342:3,11,12,
19,21,23 344:16,18

**timed** 321:15

**timeline** 119:2 192:12
203:9,12 268:7 269:19
270:6,10,11

**times** 22:16 26:13 66:17
89:3 160:5 206:5 229:5
230:11 237:17 249:14
261:23 264:15 265:14
276:18

**timestamp** 56:24,25 57:1

**timestamped** 244:20

**timestamps** 246:1

**timing** 199:4 201:6 246:2
298:5

**tint** 143:16

**tired** 342:6

**title** 27:13,16 100:4
249:15 316:24

**titled** 100:3 243:8

**titles** 228:20

**TJ's** 318:6

**TJS** 319:8

**today** 10:2,16 12:10 20:3
22:19 23:3,6 34:22 41:22
120:20 273:15

**today's** 344:11

**told** 52:7 55:4,22 77:14
92:13 159:2 161:19
162:5 163:14 167:5,7,11
184:1 196:12 200:11
201:8 216:19 217:19
223:21 227:14,17 228:3
230:4 239:6,9,10,19
240:3,5,9,17 242:21
250:15,21 256:15 259:11
260:9 261:4 264:15,18,
22 265:8 266:12 288:16
296:12 303:4 310:3
327:21 331:23 336:17,18
337:21,24 341:15

**tolerable** 325:1

**Tom** 263:14 264:13,18

**ton** 89:18 131:18 133:20
139:24 150:4 151:1
174:22 261:20

**tongue** 249:16

**tons** 88:16 260:23

**tool** 200:3,4,9

**tools** 196:5 198:20
208:18 210:1 291:22,25
293:6,11 294:22,25

**top** 88:4,18 247:4 249:11
313:20

**topic** 22:5 69:24 108:8
143:5 254:20 260:14
296:2 312:19,21

**topics** 20:14 36:2 186:11
258:21

**topless** 300:15

**totally** 246:11,16,22
304:6

**touch** 20:9

**touched** 213:17

**tracking** 205:13 206:4
207:21 208:15

**tracks** 321:8

**trade** 36:23 37:2,10,13,
16,23 38:14,16 41:5 48:8
60:22 61:7 62:4,15 238:2



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)                    December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

**vaguely** 86:10 88:13 139:17 192:4,5

**values** 174:12 220:24

**Van** 144:19

**variations** 128:5

**variety** 93:2 126:11 176:19 205:24 231:6

**verbal** 10:22 12:24

**Verge** 111:24 159:14 243:8,17 247:10 248:8, 14 261:6 263:9 264:20 266:19 270:17 271:3 274:16 275:5,9,20,24 277:7,20,25 278:11 279:2,7,8,10 281:3,4 291:19 296:16,24 297:2

**verification** 98:13 189:24 190:3,4

**verify** 288:10,13,17

**version** 100:19 106:9 109:20 110:5 112:15,17 113:1,2 114:6,19 118:14, 15,23 123:20 126:3,5 132:14 133:4,6 135:2 153:24 191:14 195:24 196:9 203:1 210:5,7 230:21 231:9,10,13 279:16

**versions** 57:21 131:17 133:10 134:16 137:15 278:25 280:14,15 312:7

**versus** 40:5,18 68:23 73:3 95:5 112:23 123:7 144:4,25 148:15 149:14 150:18 152:23 153:2 163:1 201:4 213:22 283:11 284:16 312:23

**vice** 215:14 216:3 268:21

**video** 8:5,11 59:21 60:1 110:25 111:8 159:19 220:9,11 247:3,6,13 260:22 278:5,8,9,11,16, 19,23 279:2,3,7,8,16,17, 19,21,24 281:12,25 282:17,21 283:1 287:4 296:18,25 344:11

**videos** 124:16 155:14 247:8,9,12,15,19 248:11 276:7 278:14,24 279:1 280:7,9 281:24 288:7

**view** 126:24 211:20,24 273:18

**viewed** 215:18 250:9

**violate** 34:19 60:20 62:15 261:22

**violated** 50:25 311:2

**violating** 55:9 61:7 62:3 213:13

**violation** 51:7 60:20 62:10 341:21

**violations** 60:6 61:1,6 255:17

**violence** 308:15

**visceral** 213:21 237:2

**visible** 43:23

▬▬ 161:8,22 162:8 165:16 169:23

**voluntary** 86:7 88:25 89:2,3,4,12 211:9,11,13, 15 212:1,16

**volunteers** 89:1

**VP** 215:16

---

**W**

**W-A-I-B-E-L** 341:14

**W-E-L-L-S-W-A-R-R-E-N** 323:19

**W-E-S-T** 161:17

**Waibel** 308:25 341:10,14

**wait** 15:5,7 17:5 99:7 103:10 175:11 310:4

**waiting** 344:5

**wanted** 21:14 32:5 37:17 72:25 85:10 116:17 118:5 119:17 136:1 144:3 146:15 147:23 151:21 153:3 154:22 161:7 165:20 177:19 183:4 194:25 205:12 225:25 230:5,19 235:21 237:7 238:17,20 253:21 256:18 259:11 260:3,4, 15,18 261:4 262:4,5 281:25 283:2,10 284:1,3 298:19 301:8 324:25 326:7 331:13,16,21 332:11,14,19 341:15

**wanting** 22:9 45:23 214:17 220:24 237:21

**warning** 340:3

**warnings** 59:18

**warrant** 61:11

**warranting** 61:10 62:2

**watch** 135:9 136:18 137:6 205:18,19,20 278:16

**watched** 166:20

**watching** 159:2 229:3

**water** 310:8

**ways** 41:9 95:16,17 126:11 209:25 263:23

**wearing** 89:20

**web** 200:9 280:14 287:2

**web-based** 52:18

**website** 66:18

**websites** 17:18 19:14

**week** 113:6 115:19 116:1 119:3 127:3

**weekly** 155:24

**weeks** 107:8

**weird** 12:23 28:7 77:11 101:17 143:15 161:4 164:9 169:25 205:5,12, 13 207:20 238:16 246:16 287:13 303:12

**well-known** 89:22

**Wells-warren** 323:10,17

**West** 28:1,3,6 161:17,20 192:8 226:2 316:19 317:4,9,17 318:3,6 319:11 322:22 323:5 326:7 329:10

**whatsoever** 276:9,11

**whichever** 109:8

**whim** 195:5

**whispered** 258:1

**whistleblower** 36:3 302:3

**white** 187:13 271:18 273:5

**whitelist** 91:17,23 92:8, 16 143:20 156:24 157:7,

9,11,13,20,22,23,25

**whitelisted** 99:25 100:3 302:23 303:1,6,11,15,20 304:6,12 305:15,17

**whitelisting** 304:4

**wife** 178:2 184:8,24

**willingness** 256:25

**wiped** 319:21 320:11,23

**wireless** 209:10

**wiretapping** 259:5

**withdraw** 34:16 37:22 51:3 60:13,17 62:24 213:15

**withhold** 20:10

**women** 90:9 91:1,6,11,13 311:22 313:15

**wonderful** 253:17

**wondering** 237:18

**word** 37:15,23,24 39:6,8, 12 46:11,17 68:20 75:5 80:9 87:18 92:20,24 93:4 100:12 112:7 143:2 191:9 227:9 247:1 267:9 326:2,3,4

**worded** 57:20 72:24

**words** 60:7 61:24 68:23, 25 141:22 142:4 157:7 158:13 177:6 227:6,8 229:15 247:18 293:8 310:15 315:9

**work** 41:10 54:13 77:15, 17 79:11,18 80:7,13,21 81:3,21,23,25 82:23,25 96:17 114:16 117:25 118:6,9,12 119:15 123:14,20 124:19 128:17,22 129:2,11 135:6 137:12 143:8 147:21 154:2 166:2 171:24 184:9,12,23 186:8 191:10 192:22 212:5 214:18 216:4,20 217:13 218:18,21 219:15 221:6 222:14,19 243:9 249:22,25 250:16 254:17 258:10 259:2,3 264:7 265:18 268:15 271:19 275:6 288:7 301:17,21 302:21 315:18 320:24 323:11 324:6 327:5



DEPONENT: ASHLEY MARIE GJOVIK (CONFIDENTIAL)          December 16, 2025
ASHLEY GJOVIK vs APPLE INC.

328:15,16 330:23
331:14,17,21 332:12,15,
19 333:19 334:12 340:3
343:17 344:1

**worked**  30:2 35:19,22
54:7 76:25 83:2 108:8
110:23 122:1 123:18
144:19 147:16 166:21
193:21 194:3 195:22
220:8,12 221:11 257:11
258:11 260:23 265:14
271:20 272:1 285:10
302:9,10

**workers**  256:15

**workflow**  106:1,12
109:12 110:10 111:6
124:14,20 125:7 126:16
154:10 158:2,3 196:2,8
199:19,20 200:20 201:21
263:25

**workflows**  96:25

**working**  54:9 107:6
122:23 124:2 137:3
149:25 150:18 152:11,17
185:9 196:6 198:14
253:19,20 296:20 297:12
323:11,22 326:10 327:4
329:19,21,23 331:24
332:4 333:1,19

**workload**  325:10

**workplace**  302:2 308:15

**works**  83:15 105:19
145:9,23 154:2 190:25
193:18 258:5 262:7
271:16,17

**world**  237:10

**worldwide**  52:16,23

**worried**  162:17,25
214:12 260:10

**worry**  164:1 182:25

**worst**  185:2 250:11 319:2

**wrapping**  338:15

**write**  200:18 238:23
239:3 243:17 259:19
333:22

**writing**  259:13,22 323:21
336:6

**written**  10:13 11:11 12:8
35:4 62:12 337:25

**wrong**  15:18 34:17
110:11 181:11 288:15

**wrote**  243:16 275:10
289:17 293:14,19,21
296:24 333:22

**WW**  202:9,11

**WWDC**  198:11 202:12

---

**Y**

**Y-A-N-N-I-C-K**  323:20

**Yannick**  323:20

**year**  34:14 95:9 167:22
202:3 205:19 210:6
232:23

**years**  42:8 52:6 73:12,16,
24 74:25 75:11,22 95:22
107:4 176:3,12 206:6
229:11 232:21 246:14
261:17 266:7 285:15,18
295:17 313:21

**yes-or-no**  12:13,18 130:4
157:3

**yoga**  161:6,21 162:6
163:16 169:23 205:16
209:14

████  197:15,23 198:3
199:10 200:24

---

**Z**

**Zoe**  243:16 259:12,18
266:11 270:17 271:2
272:7 275:9,11,15,25
276:2,23 277:1,8,17,18,
20 278:10,19 279:16
280:7,10,19 282:18,20
287:1,14 288:22,25
290:1,6,12 291:6 292:18
294:21 296:10,12,16,19,
20,22,23 297:2,23 298:2,
6,11

**zoom**  8:11 9:15 17:4,17
233:24 242:3 246:4



# EXHIBIT B

*CONFIDENTIAL*

*Ashley Gjovik v. Apple Inc.*
**N.D. Cal. Case No. 23-cv-4597-EMC**

**APPLE INC.'S CONFIDENTIALITY DESIGNATIONS PURSUANT TO THE JULY 7, 2025, STIPULATED PROTECTIVE ORDER FOR THE DEPOSITION OF ASHLEY GJOVIK TAKEN ON DECEMBER 16, 2025.**

Apple Inc. designates the deposition transcript as indicated below. While pages 66–305 were initially marked confidential, Apple has now limited its designation to only the specific testimony identified in the chart below.

| Cite Page(s):Line(s) | Designation | Text |
|---|---|---|
| 5:11 | Confidential | ███ |
| 112:11 | Confidential | ███ ; ███ |
| 113:5 | Confidential | ███ |
| 113:8 | Confidential | ███ |
| 115:19 | Confidential | ███ |
| 115:24 | Confidential | ███ |
| 115:25 | Confidential | ███ |
| 116:1 | Confidential | ███ ; ███ |
| 116:6 | Confidential | ███ ; █████ |
| 116:16 | Confidential | ███ |
| 116:17 | Confidential | ███ |
| 116:24 | Confidential | ███ ; ███ |
| 121:21 | Confidential | ███ |
| 121:22 | Confidential | ███ ; ████ |
| 121:25 | Confidential | ███ |
| 122:11 | Confidential | ████ |
| 122:12 | Confidential | ██████ |

*CONFIDENTIAL*

| Cite Page(s):Line(s) | Designation | Text |
|---|---|---|
| 122:14 | Confidential | ███ |
| 122:16 | Confidential | ███ |
| 122:18 | Confidential | █████ |
| 122:22 | Confidential | █████ |
| 130:16 | Confidential | ███ |
| 130:22 | Confidential | ███ |
| 131:6 | Confidential | ███ |
| 134:18 | Confidential | ███ |
| 138:3 | Confidential | DVT |
| 138:4 | Confidential | DVT |
| 138:5 | Confidential | PVT |
| 138:7 | Confidential | PVT |
| 147:16-24 | Confidential | ████████████████ |
| 153:5 | Confidential | ███ |
| 161:6-9 | Confidential | go to yoga or running or swimming where they wanted to strap a bunch of sensors on me and, like, monitor all my vitals while I was, like, exercising in some Apple lab |
| 161:21-22 | Confidential | yoga and swimming where they would monitor your vitals |

*CONFIDENTIAL*

| Cite Page(s):Line(s) | Designation | Text |
|---|---|---|
| 162:6-8 | Confidential | the yoga and swimming programs where they would monitor your vitals |
| 163:16 | Confidential | swimming and yoga |
| 164:10-11 | Confidential | █████████████████████████ |
| 164:14 | Confidential | ████ |
| 164:15-16 | Confidential | ████████████████████ |
| 164:25 | Confidential | ████ |
| 165:13-24 | Confidential | ████████████████████████████████████████████████████████████████████████████████████████████████████████, and I found that very disturbing. |
| 166:1-2 | Confidential | ██████████████████████ |
| 166:4 | Confidential | ███ |
| 166:14 | Confidential | ███ |
| 167:17 | Confidential | ███ |
| 168:19 | Confidential | ███ |
| 169:1 | Confidential | ███ |
| 169:10 | Confidential | ███ |
| 169:23 | Confidential | yoga and swimming and monitoring vitals |
| 169:25 | Confidential | ████ |

*CONFIDENTIAL*

| Cite Page(s):Line(s) | Designation | Text |
|---|---|---|
| 170:9 | Confidential | ██████████ |
| 171:21 | Confidential | ██ |
| 172:13 | Confidential | ██ |
| 172:14 | Confidential | ██ |
| 172:16 | Confidential | ██ |
| 176:16 | Confidential | ████ |
| 183:23 | Confidential | ██ |
| 197:15 | Confidential | ███ HWE █████ |
| 197:17 | Confidential | ██ |
| 197:18 | Confidential | █ |
| 197:21 | Confidential | █ |
| 197:23 | Confidential | ███ |
| 198:3 | Confidential | ███ |
| 199:10 | Confidential | ███ |
| 200:11 | Confidential | ████ |
| 200:24 | Confidential | ███ Hardware █████ |
| 203:4 | Confidential | ██ , A |
| 203:5 | Confidential | ██ |
| 205:4-9 | Confidential | ████████████████ |

*CONFIDENTIAL*

| Cite Page(s):Line(s) | Designation | Text |
|---|---|---|
| 205:11-13 | Confidential | ██████████████████████████████ |
| 205:15-16 | Confidential | running or exercise or swimming or yoga |
| 205:17 | Confidential | ████ ; ██ |
| 206:4-5 | Confidential | ██████████████████████ |
| 207:10-11 | Confidential | ██████████ |
| 207:20-21 | Confidential | ████████████████ |
| 207:24-25 | Confidential | ████████████████ |
| 208:1 | Confidential | movements and stuff |
| 208:13 | Confidential | ██████ |
| 208:15 | Confidential | ██████████████ |
| 208:17-18 | Confidential | be a body for them to use on their own tools |
| 208:19 | Confidential | ██████████ |
| 209:4 | Confidential | telephony |
| 209:6 | Confidential | telephony |
| 209:7 | Confidential | ██████ |
| 209:8-10 | Confidential | █████████████████████████ |
| 209:13-14 | Confidential | running, exercising, swimming, yoga |
| 225:25 | Confidential | ████ ; ██████ |
| 226:1 | Confidential | ████████████████████ |

*CONFIDENTIAL*

| Cite Page(s):Line(s) | Designation | Text |
|---|---|---|
| 226:3 | Confidential | ████████ |
| 226:4 | Confidential | ████████ |
| 236:14-15 | Confidential | ████████ |
| i5 (351) | Confidential | ██; ████; ██ |
| i6 (352) | Confidential | ██ |
| i8 (354) | Confidential | ██ |
| i9 (355) | Confidential | ██; █; ████; █; ███; |
| i11 (357) | Confidential | DVT; ██ |
| i12 (358) | Confidential | exercising |
| i20 (366) | Confidential | ██; ███; ██ |
| i22 (368) | Confidential | ██ |
| i25 (371) | Confidential | PVT |
| i28 (374) | Confidential | ██; █; ██ |
| i30 (376) | Confidential | ██ |
| i31 (377) | Confidential | swimming; ███; ██; ██ |
| i32 (378) | Confidential | ██ |
| i34 (380) | Confidential | ██ |
| i35 (381) | Confidential | yoga; ██ |

# EXHIBIT C

| Cite Page(s):Line(s) | Apple's Designation | Apple's Justification Provided | Text Designated by Apple | Objections by Employee Ashley Gjovik |
|---|---|---|---|---|
| 5:11 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 112:11 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 113:5 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 113:8 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 115:19 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 115:24 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 115:25 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 116:1 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 116:6 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 116:16 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 116:17 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 116:24 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 121:21 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 121:22 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 121:25 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 122:11 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 122:12 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 122:14 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 122:16 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 122:18 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 122:22 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 130:16 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 130:22 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 131:6 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 134:18 | Confidential | None | ▉ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platinaff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 138:3 | Confidential | None | DVT | This is not confidential and should not be redacted. This is an industry-wide abbreviation of a hardware development  phase |
| 138:4 | Confidential | None | DVT | This is not confidential and should not be redacted. This is an industry-wide abbreviation of a hardware development  phase |
| 138:5 | Confidential | None | PVT | This is not confidential and should not be redacted. This is an industry-wide abbreviation of a hardware development  phase |
| 138:7 | Confidential | None | PVT | This is not confidential and should not be redacted. This is an industry-wide abbreviation of a hardware development  phase |
| 147:16-24 | Confidential | None | ▉ | This is not "Confidential" but I agree Apple can redact this due to the sensitve nature of the comment, with the caveat that I will challenge the redacting if Apple makes claims or deffenses which make this quote material or otherwise important to have un-redacted. |

| | | | | |
|---|---|---|---|---|
| 153:5 | Confidential | None | ▮ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Plaintiff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 161:6-9 | Confidential | None | go to yoga or running or swimming where they wanted to strap a bunch of sensors on me and, like, monitor all my vitals while I was, like, exercising in some Apple lab | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 161:21-22 | Confidential | None | yoga and swimming where they would monitor your vitals | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 162:6-8 | Confidential | None | the yoga and swimming programs where they would monitor your vitals | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 163:16 | Confidential | None | swimming and yoga | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 164:10-11 | Confidential | None | ▮ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 164:14 | Confidential | None | ▮ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 164:15-16 | Confidential | None | ▮ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 164:25 | Confidential | None | ▮ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 165:13-24 | Confidential | None | ▮ ▮ , and I found that very disturbing. | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 166:1-2 | Confidential | None | ▮ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 166:4 | Confidential | None | ▮ | This is a public brand name and there is no justification to claim it is confidential. |
| 166:14 | Confidential | None | ▮ | This is a public brand name and there is no justification to claim it is confidential. |
| 167:17 | Confidential | None | ▮ | This is a public brand name and there is no justification to claim it is confidential. |
| 168:19 | Confidential | None | ▮ | This is a public brand name and there is no justification to claim it is confidential. |
| 169:1 | Confidential | None | ▮ | This is a public brand name and there is no justification to claim it is confidential. |
| 169:10 | Confidential | None | | This is a public brand name and there is no justification to claim it is confidential. |
| 169:23 | Confidential | None | yoga and swimming and monitoring vitals | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 169:25 | Confidential | None | ▮ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |

| Line | Designation | | Redacted | Objection |
|---|---|---|---|---|
| 170:9 | Confidential | None | ████████ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's designation was unlawful, abusive, coercive, and unethical. |
| 171:21 | Confidential | None | ████ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 172:13 | Confidential | None | ██ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 172:14 | Confidential | None | ███ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 172:16 | Confidential | None | ██ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 176:16 | Confidential | None | ███ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's designation was unlawful, abusive, coercive, and unethical. |
| 183:23 | Confidential | None | █ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 197:15 | Confidential | None | HWE ████ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit. However "HWE" is an industry standard term and should not be redacted. |
| 197:17 | Confidential | None | ██ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 197:18 | Confidential | None | █ | This is simply the letter "█" and is not confidential. |
| 197:21 | Confidential | None | █ | This is simply the letter "█" and is not confidential. |
| 197:23 | Confidential | None | ██ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 198:3 | Confidential | None | ██ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 199:10 | Confidential | None | ██ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 200:11 | Confidential | None | ███ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 200:24 | Confidential | None | Hardware ███ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit. However the term "Hardware" should not be redacted. |
| 203:4 | Confidential | None | █, A | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit However, the letter "A" is not confidential and should not be redacted. |
| 203:5 | Confidential | None | █ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| 205:4-9 | Confidential | None | ████████████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. I do however object to a Confidential designation. |
| 205:11-13 | Confidential | None | ██████████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. I do however object to a Confidential designation. |
| 205:15-16 | Confidential | None | running or exercise or swimming or yoga | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's designation was unlawful, abusive, coercive, and unethical. |
| 205:17 | Confidential | None | ███; | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's designation was unlawful, abusive, coercive, and unethical. |
| 206:4-5 | Confidential | None | █████████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. I do however object to a Confidential designation. |
| 207:10-11 | Confidential | None | ██████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. I do however object to a Confidential designation. |
| 207:20-21 | Confidential | None | ███████████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. I do however object to a Confidential designation. |

| 207:24-25 | Confidential | None | █████████████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. I do however object to a Confidential designation. |
| 208:1 | Confidential | None | movements and stuff | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 208:13 | Confidential | None | ██████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. I do however object to a Confidential designation. |
| 208:15 | Confidential | None | ██████████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. I do however object to a Confidential designation. |
| 208:17-18 | Confidential | None | be a body for them to use on their own tools | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 208:19 | Confidential | None | ████████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. I do however object to a Confidential designation. |
| 209:4 | Confidential | None | telephony | This is an industry standard term and is not Confidential and should not be redacted. |
| 209:6 | Confidential | None | telephony | This is an industry standard term and is not Confidential and should not be redacted. |
| 209:7 | Confidential | None | █████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. I do however object to a Confidential designation. |
| 209:8-10 | Confidential | None | ██████████████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. I do however object to a Confidential designation. |
| 209:13-14 | Confidential | None | running, exercising, swimming, yoga | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 225:25 | Confidential | None | ████ ██ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 226:1 | Confidential | None | ██████████ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 226:3 | Confidential | None | █████████ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 226:4 | Confidential | None | ████████ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| 236:14-15 | Confidential | None | ██████████ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| i5 (351) | Confidential | None | ████ ████ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platiniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit. ████ is a public brand name and should not be redacted, its not confidential. |
| i6 (352) | Confidential | None | ███ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| i8 (354) | Confidential | None | ██████ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| i9 (355) | Confidential | None | ███ ██████ ██ ██ ███ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platiniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| i11 (357) | Confidential | None | DVT; ███ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platiniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |

| i12 (358) | Confidential | None | exercising | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
|---|---|---|---|---|
| i20 (366) | Confidential | None | ███ █ ███ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| i22 (368) | Confidential | None | ████ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| i25 (371) | Confidential | None | PVT | This is not confidential and should not be redacted. This is an industry-wide abbreviation of a hardware development  phase |
| i28 (374) | Confidential | None | ███ █ ███ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| i30 (376) | Confidential | None | ████ | This is not Confidential. However, this specific example is not material to my case nor has Apple mentioned it in the litigation, so if Apple insists on redacting it I will not object as a courtesy. |
| i31 (377) | Confidential | None | swimming; ███ █ ███ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platiniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit. re "swimming" This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| i32 (378) | Confidential | None | ████ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platiniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit |
| i34 (380) | Confidential | None | ██ | This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |
| i35 (381) | Confidential | None | yoga; ███ | Its well established in case law that a codename is not Confidential; but if Apple insist on redacting this text in this transcript, the Platiniff does not object to Apple's request for a redaction as a courtesy because this does not appear to be material to the lawsuit. re: Yoga, This is not Confidential. Apple's unlawful blanket and text-specific work rules about Employee's speech about work conditions violated the NLRA and is now tracked in NLRB charge 32-CA-381277, as Apple was notified on 2/17/26. This speech was protected under a variety of laws and public policy, and Apple has no justification to claim it is Confidential. Apple's desigation was unlawful, abusive, coercive, and unethical. |

# EXHIBIT D



**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA 94025-1015

+1 650 614 7400

**orrick.com**

March 4, 2026

*Via Email*

Ashley Gjovik
ashleymgjovik@protonmail.com

**Melinda Riechert**

**E** mriechert@orrick.com
**D** +1 650 614 7423
**F** +1 650 614 7401

Re:    *Ashley Gjovik v. Apple Inc.*
       **N.D. Cal. Case No. 23-cv-4597-EMC**
       **Meet and Confer regarding Apple's Confidentiality Designations**

Dear Ashley:

This letter responds to your challenges to Apple's confidentiality designations related to your December 16, 2025 deposition, which you provided in an Excel spreadsheet on February 18, 2026.[1]

For many of Apple's designations, you indicated you do not believe the designated material is Confidential but that you do not object to Apple redacting this information from the public record. Apple does not understand you to have made a challenge to any of these designations within the meaning of the Protective Order.

We address below the designations you have challenged.

1.    **Internal Code Names**

While you have generally not objected to Apple redacting testimony related to code names, there are a few designations that appear to be in issue.

First, you have asked Apple to de-designate certain words contained within the codenames because you contend that, on their own, those words are not Confidential. While Apple disagrees with your premise, in the spirit of cooperation, Apple will agree to de-designate the following words contained in the parentheses:

      **Willing to de-designate**: 197:15 ("HWE"), 200:24 ("Hardware"), 203:4 ("A")

Second, you contend that the following designations of a particular letter are not Confidential:

---

[1] Although neither your February 18, 2026 email nor the spreadsheet you attached recited that any challenges to confidentiality were being made in accordance with Paragraph 6.2 of the Protective Order (as that paragraph requires; *see* Dkt. No. 235 ¶ 6.2), we are treating that email and attachment from you as having been intended to initiate a meet and confer under that paragraph.

Ashley Gjovik
March 4, 2026
Page 2



**Retains Confidential designation**: 197:18, 197:21

Apple will not de-designate this challenged testimony. In context, this testimony relates to the meaning of the letter within Apple's internal code names for product development and should be treated as Confidential consistent with the other code name designations. Therefore, Apple continues to believe these designations are appropriate and should be treated consistent with the other designations related to Apple's code.

### 2. <u>Industry Terminology</u>

You contend the certain designations refer to standard industry terms that should not be redacted. While Apple disagrees with your position, in the spirit of cooperation, Apple will agree to de-designate this material.

**Willing to de-designate**: 138:3, 138:4, 138:5, 138:7, 209:4, 209:6, i25 (371)

### 3. <u>Apple's Internal Studies</u>

You contend the following designations relating to your testimony purporting to characterize certain internal Apple studies cannot be considered Confidential based on a variety of objections, including because some of this testimony relates to what you claim is protected concerted activity under the National Labor Relations Act ("NLRA"):

> 161:6-9, 161:21-22, 162:6-8, 163:16, 164:10-11, 164:14, 164:15-16, 164:25, 165:13-24, 166:1-2, 166:4, 166:14, 167:17, 168:17, 168:19, 169:1, 169:10, 169:23, 169:25, 170:9, 176:16, 205:15-16, 205:17, 208:1, 208:17-18, 209:13-14, 225:25, 226:1, 226:3, 226:4, 236:14-15, i5 (351), i6 (352), i8 (354), i12 (358), i20 (366), i22 (368), i28 (374), i31 (377) ("swimming"), i34 (380), i35 (381) ("yoga")

Apple disagrees with your contention as well as your suggestion that the NLRA dictates whether and to what extent the federal court overseeing your wrongful termination suit against Apple can properly order that discovery material from that case be treated as Confidential. As an initial matter, the NLRB has already determined that your revealing "confidential product development information about [an Apple] study" is not "protected activity" under the NLRA. Sept. 25, 2025 Order Withdrawing Certain Allegations of Consolidated Complaint, Order Partially Dismissing Charge 32-CA-282142, Order Dismissing Charge 32-CA-283161 and Notice of Right of Appeal (Sept. 25, 2025) at 2. And in any event, Apple disputes any suggestion that the NLRA somehow overrides or voids basic procedural rules that govern litigation in federal court, including those related to protective orders. *See, e.g., Epic Sys. Corp. v. Lewis*, 584 U.S. 497, 499, 515 (2018); Fed. R. Civ. P. 26(c) (protective order may appropriately "requir[e] that … confidential research, development, or commercial information not be revealed or be revealed only in a specified way").

You also contend that this testimony is protected under "a variety of laws and public policy." This vague catch-all is not a meaningful attempt to meet and confer. Assuming the "laws and public policy"

Ashley Gjovik
March 4, 2026
Page 3



you are referencing relate to what you assert are your privacy rights, you are again incorrect. Apple did not ask any questions about your personal physiology or any private matter. Nor did your responses relate to your personal physiology or any other private matter. Instead, the testimony related to internal Apple studies, the majority of which you chose not to participate in. Whether you disagree with Apple's decision to conduct those studies, or how Apple conducted them, is irrelevant to determining about whether the subject matter and processes of those studies are properly designated as Confidential under the Protective Order.

Some of these designations you object to on the basis that they are public brand names; however, that ignores that the context of the discussion relates to the content, methods, or processes of internal Apple product-related studies.

However, in the spirit of cooperation Apple is willing to compromise and agree to de-designate certain of the citations referenced above—namely, all those that are not included in the following list:

> **Retains Confidential designation**: 164:10-11, 164:14, 164:15-16, 164:25, 165:13-23 (de-designating only '', and I found that very disturbing.''), 166:1-2, 166:4, 166:14, 167:17, 168:19, 169:1, 169:10, 169:25, 170:9, 176:16, 205:17, 225:25, 226:1, 226:3, 226:4, 236:14-15, i5 (351), i6 (352), i8 (354), i20 (366), i22 (368), i28 (374)

Apple will not de-designate these challenged portions, which reflect your characterization of the content, methods, and processes of certain internal Apple product-related studies.

## II.    <u>CONCLUSION</u>

Please advise if you agree to the narrowed list of designations set forth in this letter, or if you continue to challenge any or all of Apple's designations (and, if so, which ones).

To be clear, Apple's designations do not prohibit you from relying upon this testimony in support of your case. Indeed, Apple's confidentiality designations and the Protective Order entered by the Court simply require certain procedural safeguards to be utilized (*e.g.*, a motion to seal) to ensure that Confidential information is not publicly disclosed.

Please let us know if you agree with the above compromises. We look forward to your response and hope to resolve these issues without the need for further motion practice. In the interim, the Protective Order requires you to treat the material Apple has designated Confidential as such, until such time as the Court rules otherwise. You must comply with the Court's Order while this process plays out.

Very truly yours,

Melinda Riechert

Melinda Riechert

# EXHIBIT E

## Summary of Status of Apple's Confidentiality Designations

| No.[1] | Cite | Status | Retain? |
|---|---|---|---|
| 1. | 5:11 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 2. | 112:11 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 3. | 113:5 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 4. | 113:8 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 5. | 115:19 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 6. | 115:24 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 7. | 115:25 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 8. | 116:1 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 9. | 116:6 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |

---

[1] Entry Nos. added to this summary for the Court's convenience. These number references were not included in Apple's confidentiality designations or Plaintiff's spreadsheet. The designations have also been re-ordered to appear sequentially based on deposition transcript page number.

| 10. | 116:16 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
|-----|--------|----|-----|
| 11. | 116:17 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 12. | 116:24 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 13. | 121:21 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 14. | 121:22 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 15. | 121:25 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 16. | 122:11 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 17. | 122:12 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 18. | 122:14 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 19. | 122:16 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 20. | 122:18 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 21. | 122:22 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |

| 22. | 130:16 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
|---|---|---|---|
| 23. | 130:22 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 24. | 131:6 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 25. | 134:18 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 26. | 138:3 | **AGREED:** Apple compromises and agrees to de-designate the term "DVT". | No |
| 27. | 138:4 | **AGREED:** Apple compromises and agrees to de-designate the term "DVT". | No |
| 28. | 138:5 | **AGREED:** Apple compromises and agrees to de-designate the term "PVT". | No |
| 29. | 138:7 | **AGREED:** Apple compromises and agrees to de-designate the term "PVT". | No |
| 30. | 147:16-24 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 31. | 153:5 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 32. | 161:6-9 | **AGREED:** Apple compromises and agrees to de-designate the testimony "go to yoga or running or swimming where they wanted to strap a bunch of sensors on me and, like, monitor all my vitals while I was, like, exercising in some Apple lab". | No |
| 33. | 161:21-22 | **AGREED:** Apple compromises and agrees to de-designate the testimony "yoga and swimming where they would monitor your vitals". | No |

| 34. | 162:6-8 | **AGREED:** Apple compromises and agrees to de-designate the testimony "the yoga and swimming programs where they would monitor your vitals". | No |
|---|---|---|---|
| 35. | 163:16 | **AGREED:** Apple compromises and agrees to de-designate the testimony "swimming and yoga". | No |
| 36. | 164:10-11 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 37. | 164:14 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 38. | 164:15-16 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 39. | 164:25 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 40. | 165:13-24 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation.<br><br>However, Apple compromises and agrees to de-designate the last line, stating ", and I found that very disturbing." | Yes, In Part |
| 41. | 166:1-2 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 42. | 166:4 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 43. | 166:14 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 44. | 167:17 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 45. | 167:20 | **AT ISSUE**: Inadvertently left out of Apple's initial designations. It is a duplicate of other designations that Plaintiff has challenged, and, pursuant to Paragraph 5.2 of the Protective Order, Apple now identifies and retains the designation. | Yes |
| 46. | 168:19 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |

| 47. | 169:1 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
|---|---|---|---|
| 48. | 169:10 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 49. | 169:23 | **AGREED:** Apple compromises and agrees to de-designate the testimony "yoga and swimming and monitoring vitals". | No |
| 50. | 169:25 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 51. | 170:9 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 52. | 171:21 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 53. | 172:13 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 54. | 172:14 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 55. | 172:16 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 56. | 176:16 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 57. | 183:23 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 58. | 197:15 | **AGREED:** Plaintiff compromises and agrees most of this testimony may be redacted because it is not material to her lawsuit.<br><br>Apple compromises and agrees to de-designate the term "HWE" per Plaintiff's request. | Yes, In Part |

| 59. | 197:17 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 60. | 197:18 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 61. | 197:21 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 62. | 197:23 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 63. | 198:3 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 64. | 199:10 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 65. | 200:11 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 66. | 200:24 | **AGREED:** Plaintiff compromises and agrees most of this testimony may be redacted because it is not material to her lawsuit.<br><br>Apple compromises and agrees to de-designate the term "Hardware" per Plaintiff's request. | Yes, In part. |
| 67. | 203:4 | **AGREED:** Plaintiff compromises and agrees most of this testimony may be redacted because it is not material to her lawsuit.<br><br>Apple compromises and agrees to de-designate the term "A" per Plaintiff's request. | Yes, In Part |
| 68. | 203:5 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 69. | 205:4-9 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |

| 70. | 205:11-13 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
|---|---|---|---|
| 71. | 205:15-16 | **AGREED:** Apple compromises and agrees to de-designate the testimony "running or exercise or swimming or yoga". | No |
| 72. | 205:17 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 73. | 206:4-5 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted.<br><br>To the extent Plaintiff is challenging, Apple seeks to retain this designation because it relates to an internal research study. | Yes |
| 74. | 207:10-11 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted.<br><br>To the extent Plaintiff is challenging, Apple seeks to retain this designation because it relates an internal research study. | Yes |
| 75. | 207:20-21 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted.<br><br>To the extent Plaintiff is challenging, Apple seeks to retain this designation because it relates to an internal research study. | Yes |
| 76. | 207:24-25 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted.<br><br>To the extent Plaintiff is challenging, Apple seeks to retain this designation because it relates to an internal research study. | Yes |
| 77. | 208:1 | **AGREED:** Apple compromises and agrees to de-designate the following: "movements and stuff". | No |
| 78. | 208:13 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted.<br><br>To the extent Plaintiff is challenging, Apple seeks to retain this designation because it relates to an internal research study. | Yes |

| 79. | 208:15 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted.<br><br>To the extent Plaintiff is challenging, Apple seeks to retain this designation because it relates to an internal research study. | Yes |
|---|---|---|---|
| 80. | 208:17-18 | **AGREED:** Apple compromises and agrees to de-designate the testimony "be a body for them to use on their own tools". | No |
| 81. | 208:19 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted.<br><br>To the extent Plaintiff is challenging, Apple seeks to retain this designation because it relates to an internal research study. | Yes |
| 82. | 209:4 | **AGREED:** Apple compromises and agrees to de-designate the following: "telephony". | No |
| 83. | 209:6 | **AGREED:** Apple compromises and agrees to de-designate the following: "telephony". | No |
| 84. | 209:7 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted.<br><br>To the extent Plaintiff is challenging, Apple seeks to retain this designation because it relates to an internal research study. | Yes |
| 85. | 209:8-10 | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted.<br><br>To the extent Plaintiff is challenging, Apple seeks to retain this designation because it relates to an internal research study. | Yes |
| 86. | 209:13-14 | **AGREED:** Apple compromises and agrees to de-designate the testimony "running, exercising, swimming, yoga". | No |
| 87. | 225:25 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 88. | 226:1 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |

| 89. | 226:3 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
|---|---|---|---|
| 90. | 226:4 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 91. | 236:14-15 | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 92. | i5 (351) | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 93. | i6 (352) | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 94. | i8 (354) | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 95. | i9 (355) | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 96. | i11 (357) | **AGREED:** Plaintiff compromises and agrees one term on this page may be redacted because it is not material to her lawsuit. Apple agrees to de-designate the term "DVT". | Yes, in part. |
| 97. | i12 (358) | **AGREED:** Apple compromises and agrees to de-designate the word "exercising". | No |
| 98. | i20 (366) | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 99. | i22 (368) | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 100. | i25 (371) | **AGREED:** Apple compromises and agrees to de-designate the following: "PVT". | No |
| 101. | i28 (374) | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 102. | i30 (376) | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted.<br><br>To the extent Plaintiff is challenging, Apple seeks to retain this designation because it relates to an internal research study. | Yes |

9

| 103. | i31 (377) | **AGREED:** Plaintiff compromises and agrees on term on this page may be redacted because it is not material to her lawsuit.<br><br>Apple compromises and agrees to de-designate the term "swimming" per Plaintiff's request. | Yes, In Part |
|------|-----------|---|---|
| 104. | i32 (378) | **AGREED:** Plaintiff compromises and agrees this testimony may be redacted because it is not material to her lawsuit. | Yes |
| 105. | i34 (380) | **AT ISSUE**: Plaintiff challenges Apple's designation and Apple retains the designation. | Yes |
| 106. | i35 (381) | **AGREED:** Plaintiff compromises and agrees one term on this page may be redacted because it is not material to her lawsuit.<br><br>Apple compromises and agrees to de-designate the term "yoga" per Plaintiff's request. | Yes, In Part |