JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: +1 202 339 8400
Facsimile: +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 23-cv-4597-EMC<br><br>**PROPOSED ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS**<br><br>Dept: Courtroom TBD<br>1301 Clay Street<br>Oakland, CA 94612<br>Judge: Honorable Kandis A. Westmore |

| | |
|---|---|
| 1 | **PROPOSED ORDER** |

2  Defendant Apple Inc. ("Apple")'s Motion to Retain Confidentiality came for hearing before
3  this Court on April 16, 2026. Having reviewed the pleadings and papers on file in this action, and
4  having considered the arguments of counsel and Plaintiff Ashley Gjovik, and good cause
5  appearing, IT IS HEREBY ORDERED:

6  Apple's Motion to Retain Confidentiality is **GRANTED**. The Court finds that good cause
7  exists to retain Apple's confidentiality designations because Plaintiff has not challenged certain
8  designations pursuant to the Protective Order and, as to those designations she did challenge,
9  revealing Apple's internal product related code words and Apple's internal product related studies
10 would cause particularized harm to Apple and the balance of public and private interests support
11 maintaining these designations pursuant to the Protective Order. *See In re Roman Catholic*
12 *Archbishop*, 661 F.3d 417, 424 (9th Cir. 2011). Specifically, this Court finds the designations
13 identified in Exhibit A to the Declaration of Melinda Reichert which were redacted in the public
14 filing but presented to this Court under seal remain Confidential pursuant to the Protective Order.

15 The Court further **ORDERS** Plaintiff to de-publish any material subject to this Order—as
16 well as all other publications and republications of that same material—and **DIRECTS** the Clerk
17 of Court to seal Plaintiff's filings at Dkt. Nos. 278, 284, 285, 297, 301, 301-1, 302, 302-1, and 302-
18 2.

19 **IT IS SO ORDERED.**

DATED:

By: _____
Hon. Kandis A. Westmore
United States Magistrate Judge
.