JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:   +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:   +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 23-cv-4597-EMC<br><br>**DECLARATION OF MELINDA S. RIECHERT IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Dept:     Courtroom TBD<br>          1301 Clay Street<br>          Oakland, CA 94612<br>Judge:    Honorable Kandis A. Westmore |

1     I, Melinda S. Riechert, declare as follows:

2     1.     I am an attorney admitted to practice law in the state of California and am a partner at the firm Orrick, Herrington & Sutcliffe LLP. I am counsel for defendant Apple Inc. in this action. I submit this declaration in support of Apple's Administrative Motion to Seal, which seeks an order sealing material Apple designated as Confidential pursuant to the Protective Order (Dkt. No. 235) that is referenced in Apple's Motion to Retain Confidentiality and evidence in support thereof. I have personal knowledge as to the facts set forth in this declaration. If called as a witness, I could and would testify competently thereto.

3     2.     I e-mailed Plaintiff on March 10, 2026, and asked her to stipulate to the relief requested in Apple's Motion to Seal. Plaintiff did not agree.

    I certify under penalty of perjury and pursuant to the laws of the United States that the foregoing is true and correct.

    Executed February March 11, 2026, in Menlo Park, California.

Dated: March 11, 2026

*/s/ Melinda S. Riechert*
Melinda S. Riechert

- 1 -

RIECHERT DECL. ISO
APPLE'S ADMIN. MOT. TO SEAL
Case No. 23-cv-4597-EMC