JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
 2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-4597-EMC-KAW<br><br>**DEFENDANT APPLE INC.'S RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSOLIDATE HEARINGS**<br><br>Judge:　　Honorable Kandis A. Westmore |

Defendant Apple Inc. respectfully opposes Plaintiff Ashley Gjovik's administrative motion to consolidate the April 2, 2026 hearing on Apple's Motion to Enforce Protective Order (Dkt. No. 294) with the April 16, 2026 hearing on other motions.

As an initial matter, Plaintiff's assertion of a "scheduling conflict" (Dkt. No. 308 at 1) is incorrect. The two hearings at issue do not overlap. The hearing in the bankruptcy matter is scheduled for 8:00 a.m. PT / 11:00 a.m. ET. *In re Ashley Marie Gjovik*, No. 25-bk-11496, Dkt. No. 59 (Bankr. D. Mass. Mar. 3, 2026).[1] The hearing on the Motion to Enforce Protective Order is set for 1:30 p.m. PT / 4:30 p.m. ET. Dkt. No. 294. Accordingly, there is no actual conflict requiring rescheduling of the hearing on the Motion to Enforce Protective Order.

Nor should the hearing on the Motion to Enforce Protective Order be rescheduled to April 16, 2026 for any other reason. Apple's Motion to Enforce Protective Order seeks immediate relief to seal materials that are currently, and wrongfully, published in violation of the stipulated Protective Order in this matter (Dkt. No. 235). Each day these materials remain public undermines the processes established by the Protective Order and denies Apple protection of its information consistent with the processes the Protective Order requires. Moreover, as discussed in Apple's Motion to Retain Confidentiality Designations (*see* Dkt. No. 304), each day these materials remain public causes ongoing harm to Apple. Delaying resolution of the Motion to Enforce Protective Order by consolidating the hearing with matters scheduled weeks later would only defeat the purpose of prompt enforcement of the Protective Order and, to the extent the Court ultimately grants Apple's Motion to Retain Confidentiality Designations, exacerbate harm to Apple.

Additionally, whether Plaintiff violated the Protective Order by prematurely disclosing protected information is a distinct issue from whether Apple has demonstrated good cause for its confidentiality designations. The former concerns compliance with clear Court directives; the latter involves a separate, substantive analysis of the designated materials. Consolidation would conflate these distinct issues, create confusion, and prejudice Apple's right to timely enforcement of the Protective Order. *See Harmston v. City & Cnty. of San Francisco*, No. C 07-01186SI, 2007 WL

---

[1] Plaintiff's administrative motion mistakenly asserts that the hearing in the bankruptcy matter is set for "11:00 AM ET (2:00 PM PT)." Dkt. No. 308 at 2.

APPLE'S RESPONSE TO PLAINTIFF'S ADMIN.
MOT. TO CONSOLIDATE HEARINGS
[23-CV-4597-EMC-KAW]

3306526, at *6 (N.D. Cal. Nov. 6, 2007), *order clarified*, No. C07-01186SI, 2008 WL 269465 (N.D. Cal. Jan. 29, 2008); *Gonzales v. Charter Commc'ns*, LLC, No. 2:20-CV-08299-SB-AS, 2022 WL 570003, at *4 (C.D. Cal. Jan. 26, 2022); *I.F. v. City of Vallejo*, No. 2:18-CV-0673-JAM-CKD, 2021 WL 601054, at *11 (E.D. Cal. Feb. 16, 2021) (citing *Harmston*, 2007 WL 3306526, at *6).

For these reasons, Apple respectfully requests that the Court deny Plaintiff's administrative motion to consolidate hearings and proceed with the hearing on Apple's Motion to Enforce Protective Order on April 2, 2026 at 1:30 p.m. PT.

Dated: March 16, 2026                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By:          */s/ Melinda S. Riechert*
MELINDA S. RIECHERT
Attorney for Defendant
APPLE INC.

APPLE'S RESPONSE TO PLAINTIFF'S ADMIN.
MOT. TO CONSOLIDATE HEARINGS
[23-CV-4597-EMC-KAW]