# EXHIBIT B

| | |
|---|---|
| **From:** | Ashley M. Gjøvik <ashleymgjovik@protonmail.com> |
| **Sent:** | Tuesday, March 17, 2026 1:10 AM |
| **To:** | Riechert, Melinda |
| **Cc:** | Ashley M. Gjovik (Legal Matters); Booms, Ryan; Horton, Nicholas J.; Perry, Jessica R.; Mantoan, Kathryn G. |
| **Subject:** | Re: Notice of Deposition |

**[EXTERNAL]**

Hello,

I previously objected to Apple's request to an extended deposition, on the record on Dec. 16 2025. After, during meet/confer Apple was able to get me to consider allowing four additional hours of deposition, however, that was prior to Apple's egregious and illegal harassment of me regarding the prior deposition. Based on Apple's subsequent conduct, I absolutely refuse to voluntarily agree to be deposed by Apple in this matter any further.

Regardless, the FRCP require that any deposition beyond 7 hours be approved by the court "with leave" under Rule 30(2). So even if I still agreed, and I do not, a stipulation would have to be approved by Judge Westmore before Apple could schedule that subsequent deposition. Apple is violating the FRCP by attempting to notice an extended deposition without leave of court.

Apple will need to file a motion to Judge Westmore requesting the deposition and explain why it should be allowed to do so despite already having 7 hours and then engaging in gross misconduct arising from that deposition that's wasted hundreds of hours of my and the court's time.

Regarding my request for depositions, as you know and as we've discussed for over a year now, I cannot afford a formal deposition with a court reporter and will be recording it and having it transcribed after. Per Rule 29, we can stipulate to modify the form of the deposition to "be taken before any person, at any time or place, on any notice, and in the manner specified—in which event it may be used in the same way as any other deposition." Apple's never objected to this, told me it would refuse, or expressed concerns about this request for modifications due to my limited resources.

Thus, I would just need Apple to agree to the request I made for more than a year now about modified procedures. If Apple will not agree, I will promptly file a Letter to Judge Westmore requesting her approval to proceed accordingly. Time is of the essence, so please do let me know right away.

-Ashley

—
**Ashley M. Gjøvik**
**BS, JD, PMP**

On Monday, March 16th, 2026 at 9:47 PM, Riechert, Melinda <mriechert@orrick.com> wrote:


Ashley,


We are writing to confirm that Apple is noticing your continued deposition for March 31, 2026, beginning at 9:00 a.m. Pacific Time, to be conducted remotely. This session will last up to four hours, as previously stipulated.

In addition, we are in the process of confirming dates for the depositions of Yannick Bertolus and Dr. Robert McKeon Aloe. We will coordinate with you regarding their availability and will follow up once we have more information.

Please also confirm that you intend to comply with Federal Rule of Civil Procedure 28 for all depositions you are noticing. Specifically, each deposition must be conducted before an officer authorized to administer oaths and record testimony, such as a certified court reporter.

We will update you as soon as we have additional information about the scheduling of the other depositions.

**Melinda Riechert**
Partner
Orrick
Silicon Valley
T 650/614-7423
M 650 759 1929
mriechert@orrick.com

orrick

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.