JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
Orrick, Herrington & Sutcliffe LLP
 2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>             Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>             Defendant. | Case No. 23-cv-4597-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF, PURSUANT TO CIVIL LOCAL RULES 6-3 AND 7-11, TO EXTEND THE DISCOVERY CUT-OFF DEADLINE**<br><br>Judge:  Honorable Edward M. Chen<br>Dept:    Courtroom 5, 17th Floor |

4163-6541-8344.4

The Court having considered Defendant's Motion for Administrative Relief, pursuant to Civil Local Rules 6-3 and 7-11, requesting that this Court extend the discovery cut-off deadline for the limited purpose of completing discovery related to Plaintiff's medical records, including third-party medical records subpoenas, Defendant's independent medical examination, and subsequent expert reports, and good cause appearing therefore, HEREBY ORDERS that the motion is GRANTED.

The Court extends the deadlines related to fact and expert discovery as follows: the deadline for fact discovery related to Plaintiff's medical records and Defendant's independent medical examination is extended from April 16, 2026 to July 31, 2026; the deadline for Opening Expert Reports is extended from April 16, 2026 to July 31, 2026; the deadline for Rebuttal Expert Reports is extended from May 7, 2026 to August 14, 2026; and the Expert Discovery Cut-Off is extended from May 28, 2026 to August 31, 2026. This extension is limited in scope: it permits Defendant to complete third-party medical records discovery, conduct an independent medical examination, and finalize expert reports relating to Plaintiff's medical condition. This extension does not authorize Plaintiff to propound any additional discovery on Defendant or any other third parties.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Edward M. Chen
United States District Court Judge

ROPOSED] ORDER GRANTING DEF.'S MOT.
R ADMIN. RELIEF, PURSUANT TO CIV. L.R.
AND 7-11, TO EXTEND THE DISC. CUT-OFF
DEADLINE