JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 23-cv-4597-EMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL IN RESPONSE TO DKT. NO. 326<br><br>**AS MODIFIED**<br>Re: Dkt. No. 340<br>Judge:      Honorable Kandis A. Westmore |

## ~~PROPOSED~~ ORDER AS MODIFIED

Pursuant to Local Rules 7-11 and 79-5, Defendant Apple Inc. ("Apple") filed an Administrative Motion to File Under Seal ("Motion") in connection with its Motion to Enforce Protective Order, and good cause to seal having been shown, the Court GRANTS Apple's Motion and Orders sealed the following:

| Document Description | Portions Sought to Be Sealed |
|---|---|
| Dkt. No. 297 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 301 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 301-1 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No 302 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 302-1 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 302-2 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 306 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 307 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 307-1 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 307-2 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 320 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 321 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 322 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |

| Dkt. No. 325 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| --- | --- |
| Dkt. No. 330 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 332 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 338 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |

**The documents will remain sealed until the undersigned rules on the Apple's pending motion to retain confidentiality (Dkt. No. 304).**

**Finally, the parties are reminded of their obligation to provide chambers copies of all motions and discovery letters within three days of filing, as well as the moving party's obligation to email a Word (.docx) version of all briefing and proposed orders.**

**IT IS SO ORDERED.**

DATED: April 16, 2026

By: _____

Hon. Kandis A. Westmore
United States Magistrate Judge

- 2 -

[PROPOSED] ORDER GRANTING APPLE'S
MOT. TO SEAL IN RESP. DKT. NO. 326
CASE NO. 23-CV-4597-EMC