Ashley M. Gjovik, JD
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court
## Northern District of California

**Ashley M. Gjovik**,

*an individual*,

Plaintiff,

vs.

**Apple Inc.**,

*a corporation,*

Defendant.

Case No.

3:23-CV-04597-EMC

Proposed Order for Joint Discovery Letter Regarding Plaintiff's Requested Rule 30(b)(6) Deposition of Defendant Apple Inc

# PROPOSED ORDER

Pursuant to the Rule 30(B)(6) of the Federal Rules of Civil Procedure, and Judge Chen's Order at Dkt. 352, I order Defendant Apple Inc to comply with the Plaintiff's Notice of Deposition of Apple Inc.

The Plaintiff is ordered to constrain her questioning to the agenda stated in the Notice and the Defendant is Ordered to appear on May 6 2026 to answer the Plaintiff's approved questions.

Any discovery dispute arising out of the deposition of Apple Inc, including issues regarding assertion of privilege by Apple, may be brought to me with a Joint Letter, no longer than five pages double spaced, and filed no later than May 15 2026.

IT IS SO ORDERED.

DATED:

_____

By: Hon. Kandis A. Westmore

United States Magistrate Judge