**Ashley M. Gjovik, JD**
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court

## Northern District of California

| | |
|---|---|
| **Ashley M. Gjovik**, *an individual*, | Case No. 3:23-CV-04597-EMC |
| Plaintiff, | **Request for Production** |
| vs. | April 2 2026 |
| **Apple Inc.**, a corporation, | |
| Defendant. | |

## Request for Production

1.    Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff ASHLEY GJØVIK hereby requests that Defendant APPLE INC. produce for inspection and copying the documents and electronically stored information ("ESI") described below, at the offices of Plaintiff or via agreed electronic format, within thirty (30) days of service hereof.

2.    This Request for Production seeks documents that are in the possession, custody, or control of Defendant APPLE INC., including but not limited to documents held by its officers, employees, contractors, agents, attorneys, investigators, outside vendors, or any other representatives. These Requests shall be deemed continuing in nature, and Defendant is under a duty to timely supplement its responses and production pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## I.  Notice & Scope Under Court Standing Orders

3.    These Requests for Production are served in compliance with the Northern District of California Civil Local Rules, the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement (Nov. 30, 2023), the Standing Order of Judge Edward M. Chen – Civil Discovery, and the General Standing Order of Magistrate Judge Kandis A. Westmore (May 9, 2024).

4.    In accordance with Judge Westmore's standing order, Plaintiff has tailored these requests to be proportional, issue-based, and closely aligned with the claims and defenses at issue. Plaintiff anticipates seeking further clarification, meet-and-confer, and motion relief as necessary under Rules 26, 34, and 37 of the Federal Rules of Civil Procedure.

## II.  Definitions

5.    **"Apple" or "Defendant"** means APPLE INC., including its employees, managers, directors, officers, attorneys, representatives, contractors, agents, subsidiaries, affiliates, and any other persons or entities acting or purporting to act on its behalf.

6.    **"Plaintiff"** means ASHLEY GJOVIK, and includes all documents, communications, and records relating to or maintained about her.

7.    **Duty to Supplement.** These Requests are continuing in nature. Defendant shall supplement its responses and production in accordance with Rule 26(e) of the Federal Rules of Civil Procedure if it later obtains or discovers any responsive material.

8.    **Objections.** If Defendant objects to any Request, it must: State with specificity the legal and factual basis for the objection; Indicate whether any documents are being withheld; Produce any portion of a document that is not subject to the objection.

9.    **No Presumption of Completeness.** The absence of documents shall not be presumed sufficient unless Apple affirmatively demonstrates that it conducted a reasonable and timely search of all systems likely to contain responsive information.

## III. REQUESTS FOR PRODUCTION

10.    **4/2 RFP No. 1.** All records produced to Apple Inc in response to its subpoenas to the Plaintiff's medical providers.

11.    **4/2 RFP No. 2.** All records produced to Apple Inc in response to its subpoenas to Northeastern University.

Dated: April 2 2026

Signature:

**/s/ Ashley M. Gjovik**

*Pro Se Plaintiff*
legal@ashleygjovik.com

2108 N St. Ste. 4553 Sacramento, CA, 95816

(408) 883-4428