JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 23-cv-4597-EMC<br><br>**DEFENDANT APPLE INC.'S AMENDED INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)** |

4126-0582-5640

DEF.'S FRCP 26(A)(1) AMENDED INITIAL
DISCLOSURES
[23-CV-4597-EMC]

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Apple Inc. identifies the following witnesses and documents, and makes the following amended initial disclosures in light of the claims and issues remaining in the case.

Defendant makes these disclosures based on information currently available to it at this time, following a good faith inquiry in accordance with Rule 26. Defendant reserves the right to amend and/or supplement these disclosures if and as any further information becomes available during discovery and to rely upon such information as evidence in this action. Defendant makes the following disclosures to expedite the discovery process and without waiving the Federal Rules of Evidence, including the protections of the attorney-client privilege, the work-product doctrine, and any other applicable privilege.  Defendant expressly reserves its rights under those privileges and protections. By making these disclosures, Defendant does not concede that the disclosed evidence is relevant or admissible as evidence at trial, and reserves the right to assert any and all evidentiary objections.

**Rule 26(a)(1)(A):  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Subject to the preliminary statement set forth above, Defendant responds:

1.    Plaintiff (information regarding complaints to Defendant, and termination of Plaintiff's employment)

2.    Yannick Bertolus (Hardware Engineering Vice President) (information regarding termination of Plaintiff's employment)

3.    Megan Bowman (Director, People Business Partner) (information regarding termination of Plaintiff's employment)

4.    Antone Jain (Environmental Health and Safety) (information regarding complaints to Defendant and Defendant's policies)

5.    Aleks Kagramanov (Employee Relations Business Partner) (information regarding termination of Plaintiff's employment)

4126-0582-5640

DEF.'S FRCP 26(A)(1) AMENDED INITIAL DISCLOSURES
[23-CV-4597-EMC]

6.   Ekelemchi Okpo (Labor Relations Business Partner) (information regarding complaints to Defendant and Defendant's policies and the termination of Plaintiff's employment)

7.   Helen Polkes (People Business Partner Manager) (information regarding complaints to Defendant and Defendant's policies)

8.   Joni Reicher (Senior Director, Employee Relations) (information regarding termination of Plaintiff's employment)

9.   Michael Steiger (Environmental Health and Safety Manager) (information regarding complaints to Defendant and Defendant's policies)

10.   Jenna Waibel (Employee Relations Business Partner) (information regarding complaints to Defendant and Defendant's policies)

11.   Jennifer Waldo (Vice President, People Business Partner) (information regarding termination of Plaintiff's employment)

12.   Adelmise Warner (Senior Director, Global Employee Relations) (information regarding termination of Plaintiff's employment)

13.   Dr. Robert McKeon Aloe (Senior Engineering Manager) (information regarding the confidentiality of the information Plaintiff publicly disclosed)

Apple reserves the right to also call expert witnesses, including the doctor who will perform an independent medical examination (IME) of Plaintiff pursuant to Federal Rule of Civil Procedure 35. Experts will be disclosed in accordance with the applicable rules and the Court's order regarding the timing of expert reports (Dkt. No. 345).

Except for Plaintiff, all individuals identified above may only be contacted through Defendant's counsel. Following discovery and receipt of additional information regarding the nature of Plaintiff's claims, additional witnesses may be identified, and Defendant reserves the right to supplement this list accordingly.

**Rule 26(a)(1)(B):  A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or**

4126-0582-5640

- 2 -

**control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Subject to the preliminary statement set forth above, Defendant responds:

1.    E-mail communications concerning Plaintiff, complaints she made to Defendant regarding perceived issues at 825 Stewart, and/or the termination of her employment between Plaintiff and Megan Bowman, Yannick Bertolus, Antone Jain, Aleks Kagramanov, Antonio Lagares, Ekelemchi Okpo, Helen Polkes, Dave Powers, Joni Reicher, Michael Steiger, Jenna Waibel, Jennifer Waldo, Adelmise Warner, and/or Dan West from March 1, 2021 to September 9, 2021.

2.    E-mail communications concerning Plaintiff, complaints she made to Defendant regarding perceived issues at 825 Stewart, and/or the termination of her employment between or among Megan Bowman, Yannick Bertolus, Antone Jain, Aleks Kagramanov, Antonio Lagares, Ekelemchi Okpo, Helen Polkes, Dave Powers, Joni Reicher, Michael Steiger, Jenna Waibel, Jennifer Waldo, Adelmise Warner, and/or Dan West from March 1, 2021 to September 9, 2021.

3.    The personnel file Defendant maintained on Plaintiff.

4.    Plaintiff's performance reviews.

5.    Documents relied on to make the decision to terminate Plaintiff's employment.

6.    Policies relevant to the termination of Plaintiff's employment.

7.    Job descriptions for positions Plaintiff held.

8.    Documents showing Plaintiff's compensation and benefits.

9.    Documents that are directly related to Plaintiff's termination.

These documents are in the possession, custody, or control of Defendant, either directly or through counsel.

Defendant reserves the right to supplement the categories of documents as more information becomes available through the discovery process. By listing documents or categories of documents, Defendant does not waive the right to object to discovery requests to which any document or category of documents may be responsive.

4126-0582-5640

DEF.'S FRCP 26(A)(1) AMENDED INITIAL
DISCLOSURES
[23-CV-4597-EMC]

**Rule 26(a)(1)(C):  Computation of any category of damages claimed by the disclosing party.**

Apple does not claim any damages at this time.

**Rule 26(a)(1)(D):  Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

There is no applicable insurance policy that presently covers Plaintiff's claims in this lawsuit.

Dated: April 16, 2026                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By:        _/s/ Melinda S. Riechert_
                  MELINDA S. RIECHERT
                  Attorneys for Defendant
                  APPLE INC.

4126-0582-5640

- 4 -

DEF.'S FRCP 26(A)(1) AMENDED INITIAL
DISCLOSURES
[23-CV-4597-EMC]