JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:     +1 202 339 8400
Facsimile:     +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 23-cv-4597-EMC<br><br>**DECLARATION OF MELINDA S. RIECHERT IN SUPPORT OF DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF, PURSUANT TO CIVIL LOCAL RULE 7-11, TO STRIKE PLAINTIFF'S LATE-FILED MOTION AND DECLARATION (DKT. NOS. 359 & 360)**<br><br>Judge:  Honorable Edward M. Chen<br>Dept:    Courtroom 5, 17th Floor |

I, Melinda S. Riechert, declare as follows:

1.     I am an attorney admitted to practice law in the state of California and am a partner at the firm Orrick, Herrington & Sutcliffe LLP. I am counsel for defendant Apple Inc. in this action. I submit this declaration in support of Apple's Motion for Administrative Relief, Pursuant to Civil Local Rule 7-11, to Strike Plaintiff's Late-Filed Motion and Declaration (Dkt. Nos. 359 and 360). I have personal knowledge as to the facts set forth in this declaration. If called as a witness, I could and would testify competently thereto.

2.     On April 24, 2026, I emailed Plaintiff regarding the fact that her summary judgment filing was late and failed to comply with the court-ordered deadline, and asking her to withdraw it. Plaintiff did not agree. A true and correct copy of the email is attached as **Exhibit A**.

I certify under penalty of perjury and pursuant to the laws of the United States that the foregoing is true and correct.

Executed April 24, 2026 in Menlo Park, California.

/s/ Melinda S. Riechert
Melinda S. Riechert

- 1 -

RIECHERT DECL. ISO DEF. 'S MOT. FOR ADMIN. RELIEF RE PL.S' LATE-FILED MOTION (DKT. NOS. 359 & 360) [23-cv-4597-EMC]

# EXHIBIT A

| | |
|---|---|
| **From:** | Ashley M. Gjovik (Legal Matters) <legal@ashleygjovik.com> |
| **Sent:** | Friday, April 24, 2026 4:25 PM |
| **To:** | Riechert, Melinda |
| **Cc:** | Ashley M. Gjøvik; Horton, Nicholas J.; Mantoan, Kathryn G.; Booms, Ryan |
| **Subject:** | Re: Motion for summary judgment |

**[EXTERNAL]**

Hello,

I was late for the reasons stated in my Declaration and which I feel were not my fault and mostly caused by Apple. I extended Apple's deadline three additional dates for their response -- from a Friday to a Monday -- so there's no prejudice to Apple.

I also had to pay over $4000 to expedite the Bertolus transcript to get it by 4/23 -- due to Apple's insistence they will not provide Bertolus any earlier than 4/17.

If Apple moves to strike my Motion after causing the majority of the delays and also costing me thousands of dollars due to their delays -- I may seek sanctions against Apple for the costs accrued thus far and ongoing -- if Apple continues its bad faith and burdensome conduct which waste my time and the public's money (since I do not even have any money -- I'm homeless and bankrupt).

—
**Ashley M. Gjøvik**
**BS, JD, PMP**


On Friday, April 24th, 2026 at 2:55 PM, Riechert, Melinda <mriechert@orrick.com> wrote:


Ashley:


Your summary judgment filing was late and failed to comply with the court-ordered deadline.


Please advise if you agree to withdraw it. If not, we intend to file an administrative motion under L.R. 7-11 asking the court to strike it.


**Melinda Riechert**
Partner

1

Orrick
Silicon Valley

T 650/614-7423
M 650 759 1929
mriechert@orrick.com

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

2