JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
Orrick, Herrington & Sutcliffe LLP
 2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No.  23-cv-4597-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF, PURSUANT TO CIVIL LOCAL RULE 7-11, TO STRIKE PLAINTIFF'S LATE-FILED MOTION AND DECLARATION (DKT. NOS. 359 & 360)**<br><br>Judge:  Honorable Edward M. Chen<br>Dept:    Courtroom 5, 17th Floor |

4155-9985-3160.1

**[PROPOSED] ORDER**

The Court having considered Defendant Apple Inc.'s Motion for Administrative Relief, pursuant to Civil Local Rule 7-11, requesting that this Court strike Plaintiff's late-filed "Motion for Summary Judgment and Preliminary Injunction" and supporting declaration (Dkt. Nos. 359 & 360), and good cause appearing therefore, HEREBY ORDERS that the motion is **GRANTED**.

The Court finds that Plaintiff's "Motion for Summary Judgment and Preliminary Injunction" was filed untimely, at 10:01 a.m. on April 24, 2026, and her supporting declaration and 50 exhibits (totaling 651 pages) were not filed until 4:21 p.m. that day, in violation of the Court-ordered deadline of April 23, 2026. Plaintiff failed to seek leave of Court to extend the deadline pursuant to Civil Local Rules 6-1(b) and 6-3. As set forth in the Court's prior orders, Plaintiff was on notice that there would be "consequences" for continued late filings (Dkt. No. 137), and that the Court would "no longer excuse her compliance with the rules" (Dkt. No. 179). Accordingly, Plaintiff's Motion for Summary Judgment and Preliminary Injunction (Dkt. No. 359) and the associated Gjovik Declaration (Dkt. No. 360) are hereby **STRICKEN**.

Apple's Motion for Summary Judgment remains due on May 7, 2026, in line with the deadline previously ordered by the Court. *See* Dkt. No. 273.

DATED:

By:_____

Hon. Edward M. Chen
United States District Court Judge
.

[PROPOSED] ORDER GRANTING
DEF.'S MOT. FOR ADMIN. RELIEF
RE PL.S' LATE-FILED MOTION &
DECL. (DKT. NOS. 359 & 360)
[23-CV-4597-EMC]

- 1 -