Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 23-cv-4597-EMC<br><br>**DECLARATION OF ROBERT ALOE IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PRELIMINARY INJUNCTION**<br><br>Date:        June 11, 2026<br>Time:        1:30 p.m.<br>Dept:        Courtroom 5, 17th Floor<br>Judge:       Honorable Edward M. Chen |

ALOE DECL. ISO OF APPLE'S MSJ &
OPP. TO PL.'S MSJ & PI
[ 23-CV-4597-EMC]

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

I, Robert Aloe, Ph.D., declare as follows:

1.    I am currently employed by Apple Inc. I have worked for Apple for almost twelve years. I am currently working on Generative AI Safety. I know the facts set forth in this declaration to be true of my own personal knowledge and/or my review of documents maintained and relied upon by Apple in the regular course of business and to which I have access in the regular course of my job duties. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.    I have a Bachelor of Science from University of Detroit Mercy in Electrical Engineering and Mathematics, a Masters of Engineering from University of Detroit Mercy in Electrical Engineering, and a Ph.D. from the University of Notre Dame in Computer Science and Engineering.

3.    From July 2017 to June 2020, I worked as a Video Engineering Manager, Senior Data Scientist, Incubation, Computer Vision Engineer, including working on Face ID for the iPhone and iPad. I was the Directly Responsible Individual ("DRI") at that time for some user studies Apple was conducting to test new features of Face ID for the iPhone. In that position I oversaw several user studies in which some Apple employees chose to voluntarily participate and elect to upload data to help develop, test, and train the next version of the algorithm underlying Face ID.

4.    Ashley Gjovik participated in user studies in connection with the Face ID development project for the iPhone. These studies used an internal application that was initially called Gobbler and then renamed Glimmer in 2017. I engaged in email correspondence with Ms. Gjovik regarding her participation in the Face ID user studies and the use of the Glimmer application to help collect data for those studies. A true and correct copy of an email I sent to Apple employees, including Ms. Gjovik, inviting them to participate in Face ID user studies is attached as **Exhibit A** (marked as Exhibit 12 during my deposition).

5.    A true and correct copy of an email I sent to Apple employees, including Ms. Gjovik, is attached as **Exhibit B** (marked as Exhibit 10 during my deposition). The email included "Do's and Don'ts" regarding the use of Glimmer, including directives to "[p]lease review any and all images before you upload them or file a radar, making sure that nothing sensitive, confidential, or

ALOE DECL. ISO OF APPLE'S MSJ &
OPP. TO PL.'S MSJ & PI
[ 23-CV-4597-EMC]

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

private is included in the images" and a directive to "[m]ake sure data you upload wouldn't be deemed inappropriate, including due to nudity or partial nudity."

6. Apple required employees like Ms. Gjovik who elected to participate in the iPhone Face ID user studies beginning in 2017 to be approved to use a certain pre-release version of an iPhone. As part of the approval process, Ms. Gjovik signed multiple Informed Consent Forms ("ICFs") related to Face ID user studies during her time at Apple. A true and correct copy of the ICF that she electronically signed on May 14, 2019 (and that remained in effect as of September 2021) is attached as **Exhibit C** (which I am informed and believe was marked as Exhibit 11 to Ms. Gjovik's deposition). Based on her agreement to the ICF, Ms. Gjovik was approved participate in the study.

7. Gobbler/Glimmer is an internal Apple application that Apple uses to allow employees to securely encrypt data from the phone and send it to a backend server to upload user study data from the phone. Employees must individually select images to upload through the Glimmer application; no images are ever auto-uploaded. The images that can be uploaded through Glimmer are not just photographs (like an iPhone user would see in their Photos app); they are images from a separate module of the phone that provide insights into confidential intrinsic camera characteristics that are relevant to Face ID's operation, and these images are only viewable with confidential Apple tools. Images that an employee chooses to upload through Glimmer (if any) remain encrypted on Apple's servers and can only be accessed by individuals authorized to view data related to the specific user study in which the employee is participating (*e.g.*, here, a small group of engineers working on Face ID). Employees who need to use this data for their jobs use specific software that allows them to view the encrypted data.

8. I saw an article on The Verge dated August 30, 2021, which contained confidential non-public information about the user study we were doing at Apple to develop Face ID for the iPhone. The images and video linked at that article showed information not visible to Apple's customers, competitors, or hackers about how the camera used for Face ID operates and the data Apple uses to develop the algorithm behind Face ID.

9. In early September 2021, I confirmed that the images Ms. Gjovik had posted on X

ALOE DECL. ISO OF APPLE'S MSJ &
OPP. TO PL.'S MSJ & PI
[ 23-CV-4597-EMC]

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

contained confidential non-public information. Ms. Gjovik publicly shared Face ID user study images she accessed through the Glimmer application in at least three separate Twitter posts. Each of these images reveals confidential information about the studies Apple was using to develop and test the algorithm behind Face ID; that information was not known to the public and could inform competitors and hackers about the specific technology Apple was using to capture information using Face ID. Ms. Gjovik's disclosures also included information about the technology Apple was using to capture information using Face ID that could be used by hackers to break into the system.

10.    I consider this leak serious because it revealed information concerning the technology Apple was using for Face ID which would be valuable to Apple's competitors and potential hackers. Public disclosure of these internal product development details is a clear violation of company policy and had the potential to cause significant harm to Apple. It was not the fact that Apple was developing Face ID that was confidential. It was the specifics of the technology Apple was using to develop Face ID and the algorithms that power Face ID that was confidential.

11.    I have since reviewed additional disclosures that Ms. Gjovik admits to having made to a reporter at The Verge that show specific details about how the Face ID algorithm functions and how Apple determines what counts as a "success" in an attempted Face ID recognition (though she blurred out those details when she publicly posted images from the Glimmer app, and directed the reporter to do the same). The information Ms. Gjovik shared with this reporter is highly confidential and reveals additional non-public information about the technology Apple was using to test and develop the algorithm behind Face ID. I consider this disclosure a serious violation of Apple policy and potentially damaging to Apple.

12.    Ms. Gjovik never uploaded any images from her Glimmer application in 2021, meaning that the images she publicly posted and shared with a reporter were not on any of Apple's servers. Those images were only on her device, and they were encrypted and only accessible by her through the internal Glimmer application.

13.    If an employee signs up to participate in a user study at Apple, the employee can later elect to withdraw from the study at any time or request deletion of their study data at any time. To my knowledge Ms. Gjovik never asked to be removed from any Face ID user study or to have

ALOE DECL. ISO OF APPLE'S MSJ &
OPP. TO PL.'S MSJ & PI
[ 23-CV-4597-EMC]

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

any images of her deleted.

14.    I have published posts and articles about my experiences at Apple, but none of them contained any Apple confidential information. Nothing I posted contained internal images or data from the Face ID study as Ms. Gjovik did. As I stated at my deposition, I would expect to be fired if I posted the images Ms. Gjovik posted on Twitter and shared with a reporter. If I had employees reporting to me that published or shared those images or data, I would partner with the people team because it is a clear violation of confidentiality and would potentially warrant termination of employment.

I certify under penalty of perjury and pursuant to the laws of the United States that the foregoing is true and correct.

Executed on May 6, 2026 in Cupertino, California.

_____
Robert Aloe, Ph.D.

ALOE DECL. ISO OF APPLE'S MSJ &
OPP. TO PL.'S MSJ & PI
[ 23-CV-4597-EMC]

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

# EXHIBIT A

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

| | |
|---|---|
| **Subject:** | Participating in Pearl Loop... |
| **From:** | "Robert McKeon" [ Redacted ] |
| **Received(Date):** | Fri, 04 Aug 2017 02:45:02 +0000 |
| **To:** | "recipients not specified: ;" |
| **Date:** | Fri, 04 Aug 2017 02:45:02+0000 |

**Hi!**

My name is Robert McKeon, and I am a member of the Video Engineering team. As you may know, we are supporting an effort to gather Pearl data for algorithm development. To participate, you must be [Red] and [Redacted] disclosed, and have access to a [Reda] device. It involves setting up your [Reda] device with an application called the Gobbler (available from AppShack). Then, as you continue to use your device, use the Gobbler application to periodically upload data that has been logged. We are particularly interested in having you upload data after a failure in the Pearl feature.

To participate, please take the time to download the ICF (Informed Consent Form) from the Attache link below and review it. Please select the ICF for the Country/Region you work:

-USA:
<div style="border:1px solid; text-align:center">Redacted</div>

Pearl Hand Carry ICF:

-Brazil:
<div style="border:1px solid; text-align:center">Redacted</div>

-Tel Aviv:
<div style="border:1px solid; text-align:center">Redacted</div>

-EU without France and Germany:
<div style="border:1px solid; text-align:center">Redacted</div>
<div style="border:1px solid; text-align:center">Redacted</div>

We have instituted an electronic ICF process, where shortly, you will receive an email from "no-reply [ Redacted ]" asking you to complete your registration with Gobbler where you will be asked to confirm you have had an opportunity to review this ICF. This will enable you to use Gobbler to upload data.

We have started up this area [ Redacted ] in ConnectMe that people can reference as a Help page for Gobbler. It's pretty sparse right now, but we hope to fill it up as more people give us feedback on tips and tricks for using the Pearl Loop system. Note that you have to be whitelisted to access this area.

**In terms of data collection, we want more. The algorithm uses deep learning and the more data the better.**



Exhibit 12
**McKeon Aloe, R.**
04/03/26

APL-GAELG_00002757

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

VERY IMPORTANT: Make sure you find and upload your enrollment, which should be in the first time folder. You can do this right after going through the enrollment process. The file has the word "enroll" in it and should be the oldest file in the Gobbler.

**For filing a bug, do the following:**

**1. Try to repeat the behavior/scenario multiple times**

**2. If it still fails, unlock with passcode**

**3. Lock again, repeat step 1**

**4. Unlock with passcode**

**5. Try the same behavior/scenario in slightly different lighting/head pose**

**5. Then file a bug whether it passes or fails**

**6. Select all the data for that folder, and file a radar.**

**7. Usually it is good to file the bug, then go back in radar and fill in more details because there isn't the room/format available inside the Gobbler.**

**A helpful bug is one that gives more than one sample of data because the nature of the algorithm is a deep net, and they are hungry for data. Failure analysis on one sample is difficult; statistical failure analysis depends on multiple samples from multiple people.**

**For uploading data: all data that has your face in it is good data. It is helpful to delete scans that have no face which were most likely caused by normal phone movements. If a scan says Face Detection passed when there's no face, please file a bug.**

Please feel free to contact me if you have any questions.

Thanks!

**Robert McKeon Aloe**

Redacted

□ **Video Engineering**

Redacted

APL-GAELG_00002758

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

# EXHIBIT B

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

|  |  |
|---|---|
| **Subject:** | Glimmer Announcements |
| **From:** | "Robert McKeon"  [Redacted] |
| **Received(Date):** | Tue, 12 Sep 2017 22:47:58 +0000 |
| **To:** | "Glimmer Authlisted"  [Redacted] |
| **Cc:** | "Vivek Mohan"  [Redacted] , "Brad Post" [Redacted] ,"Austen Schmidt" [Redacted] "David Kuo" [Redacted] ,"Ram Ramanathan" [Redacted] |
| **Date:** | Tue, 12 Sep 2017 22:47:58 +0000 |

Hi All,

Congrats to everyone on the announce! I'm thrilled we can take more unrestricted data. I want to thank everyone again for uploading your data and filing radars. This data is the most valuable because we get to see how people actually use the device.

I know Glimmer may be broken in the latest build, and that's being fixed.

Also, I wanted to clarify data to upload. There are some legal restrictions which we didn't have to worry about because certain scenarios were not likely as a result of the carry restrictions. Please read the following and verify all your data before upload. You can swipe between scans, so looking through them should take just a few minutes before upload. We want to be very careful to not upload data that could put Apple into bad light.

# Do's and Don'ts:

Please be aware that only you should be uploading images of yourself.  Please review any and all images before you upload them or file a radar, making sure that nothing sensitive, confidential, or private is included in the images.

Using Glimmer, you can upload Pearl ID data that is:

- Captured in your home, so long as no one else is in the image

- Captured in public in the **_United States_**, if others in the background wouldn't have a reasonable expectation of privacy (such as on a public sidewalk)

**DO:**

- Use common sense. Make sure data you upload is work appropriate.

- Make sure data you upload wouldn't be deemed inappropriate, including due to nudity or partial nudity.



**Exhibit 10**
**McKeon Aloe, R.**
04/03/26
aptus.

APL-GAELG_00002762

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

**DON'T:**

• Upload data captured outside the United States unless you have signed an ICF for that specific country **and** there is no one else in the background.

* If you have questions about whether you've signed an ICF for your country that allows you to use Glimmer, please contact Robert McKeon Aloe [ Redacted ]

• Upload data captured in bathrooms, changing rooms, locker rooms, or similar areas

• Upload data captured in private locations, including private residences other than your home.

• Upload data captured in your home that contains images of family members or other individuals in the background. Future ICF's may allow images of family members to be submitted once Apple has received their consent.

• Incidental captures of people in the background in situations where there is an expectation of privacy

• Confidential information of any kind (pictures, notes, etc...)

**Robert McKeon Aloe**

[ Redacted ]

☐ **Video Engineering**

[ Redacted ]

APL-GAELG_00002763

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

# EXHIBIT C

```
>>> icf.signature_name
'Ashely Gjovik'
>>> icf.icf_version.icf.name
'Pearl Hand Carry (USA)'
>>> icf.icf_version.version
1
>>> icf.signed_at
datetime.datetime(2019, 5, 14, 15, 50, 37, 602037, tzinfo=<UTC>)
>>> icf.subject.user.date_joined
datetime.datetime(2019, 5, 14, 15, 52, 50, 892162, tzinfo=<UTC>)
>>>
```

ASHLEY MARIE GJOVIK
12/16/2025
JULIE L. ANDERSON, CSR 11422
**Exhibit 11**

APL-GAELG_00002864

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

## USER STUDY INFORMED CONSENT FORM
**Study Title:** Pearl Loop Glimmer

| **Research Lead:** | Redacted |
|---|---|

This is a voluntary user study undertaken by Apple Inc. ("Apple"). **Your decision to participate in this study is completely voluntary and you may decline to participate or stop your participation at any time.** You are not required to participate in this study as a condition of your employment and will not be penalized if you choose not to participate or if you stop your participation.

**WHY IS THIS STUDY BEING DONE?**
The purpose of this study is to collect video and photo images of faces and study use of a device over a period of time. The results of this study may be used to develop and improve technologies and algorithms that operate on images, video, and/or depth data in Apple products and services, such as algorithms and technologies for expression, focusing, white point, color, contrast, recognition and identification, image processing, communication, health research, and immersive multi-media.

**WHAT WILL HAPPEN IF I TAKE PART IN THIS RESEARCH STUDY?**

- You have or will be given a device to carry for a specified amount of time. The device has a suite of Apps, named "Pearl Loop Apps", that capture images while you interact with the device in different ways. For example one App may collect images while you try to unlock the device. Another App may collect images while you look towards and away from the device. You will be asked to periodically run some of these Apps. Each time you open the App there will be a time interval during which images from the camera's device will be captured. The image capture will time out after a few seconds. The images you capture will be stored on device.

- After capturing the images, you can then run the "Glimmer" App to review each capture to ensure that the images that you would not like to share are removed. Examples include images that may include other individuals, or images you may deem private or of you working with prototype devices. All images you choose to send will be sent to and stored on a secure server to be used by Apple as more fully described below in this consent. Once sent, the captures will be deleted from device storage.

- You have or will be given Field Testing Guidelines for the device you have been given. We ask that you use the Pearl Loop Apps with this device multiple times a day in a diverse, yet secure, range of situations in accordance with these Field Testing Guidelines.

- At the conclusion of the specified period of time, you may be asked to return the device. You should ensure that all of your captures have been removed from the device before you return it. Note: The "Glimmer" App includes the option to remove all captures from your device.

- Physical representations (i.e. 3D rendering(s) of your face) may be made from data collected in this the course of this study.

**WHERE WILL THIS STUDY TAKE PLACE?**
As a carry program, this study will take place "in the wild." **You may only use the device as provided in NPS's Field Testing Guidelines associated with your device.**

**HOW LONG WILL MY PARTICIPATION IN THIS STUDY TAKE?**
The study will occur for an agreed upon amount of time, established when you were given your device. You may choose to stop your participation at any time, or the study may be terminated early, at which time you may be asked to return your device.

**WHO CAN PARTICIPATE IN THIS STUDY?**
Before entering the study, you must meet the following criteria:
- You must be an Apple employee.
- You must read and understand this written consent form.
- You must be at least 18 years old.
- NPS has approved your participation in this study for your device, you have attended any required NPS training for this device, and you agree to abide by the terms of the Field Testing Guidelines.

**WHAT DATA WILL BE COLLECTED?** As part of this study, you may be asked to provide device logs, as well as to file Radars and associated data, which may include the following (we call these "Study Reports"):
- Radar Data: Information you file and attach to Radar.

APL-GAELG_00003033

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

- Log Data: Device logging data that is automatically sent back to Apple which may include information about device usage, such as Siri debug data.

Separately, the information collected from you may include the following (we call this "Study Data"):

- Contact Information:  Name, Email Address, Apple ID
- Photo/Video:  Video and images of your face taken by the Pearl Loop Apps.
- Documented Study Data:
    - Demographic information: Gender, Birth Year, Ethnicity, Handedness, Height
    - Your feedback and comments.

**HOW WILL STUDY REPORTS AND STUDY DATA RELATED TO ME BE KEPT CONFIDENTIAL?** Study Reports will be treated confidentially consistent with Apple internal procedures associated with Radar and other internal reporting tools.  Your Contact Information will be held confidentially by the Study Research Team and access limited to those on the Study Research Team who need access in order to administer and conduct the Study.  Your remaining Study Data will be separated from your Contact Information and assigned a Key Code (we call this "KeyCoded Study Data").  Your KeyCoded Study Data will be maintained either in a central study database or by the Study Research Team directly. Your Study Reports and Study Data will not be used in any manner to evaluate your performance as an Apple Employee. For more information on how Study Data will be kept secure and confidential, please contact the Research Lead listed above.

Study Reports and Study Data may be transferred to Apple Inc. in the United States and other Apple entities and third parties designated by Apple in other countries, but only for the purposes described in this consent.  The transfer of personal data to these entities will abide by the requirements for international data transfers established under applicable law. Where required by law, these entities will subscribe to the appropriate legal instruments for the international transfer of data to the United States, or will be bound by appropriate contractual arrangements (such as Model Contract Clauses, as approved by the European Commission), or binding corporate rules to protect your Personal Information. Apple Inc. abides by the Asia-Pacific Economic Cooperation (APEC)'s Cross Border Privacy Rules (CBPR) System to ensure protection of personal data transferred among participating APEC economies.

Although all Study Data that identifies you will be protected and treated as confidential, total confidentiality cannot be guaranteed. It is possible that Study Researchers could identify you just from your KeyCoded Study Data (for instance if the KeyCoded Study Data includes photo images of you), or there could be unauthorized access to, or security breaches of, the systems used to store your Study Data. There may be other privacy risks that we have not foreseen.

**HOW WILL STUDY REPORTS AND STUDY DATA BE USED, DISCLOSED & DESTROYED?**  By signing this consent form, you agree to allow Apple, Apple personnel, external entities with whom Apple may choose to collaborate (under appropriate contractual obligations), and designated third parties acting on behalf of Apple, to collect, use, store, process, and disclose ("use and disclose") your information for the purposes described in this consent and for the development, design, approval, production or support of Apple products, technologies, and services.  Study Reports will be used, disclosed, and destroyed in a manner that is consistent with internal procedures associated with internal reporting tools such as Radar.  Study Data will be used, disclosed, and destroyed as follows:

- **Contact Information:**  Will generally only be used by the Study Coordinator and the Database Administrator, to conduct this study and to contact you about this or future studies. Study Research Teams will generally not have access to your Contact Information as your Study Data will be KeyCoded.  Your Contact Information will be deleted 15 years after the date listed on this consent.
- **Photo/Video:**  Will generally only be used by the Study Research Team, other research teams working on this Study or subsequent related studies and third parties retained by Apple to process the videos and images. Apple will take steps to protect the confidentiality of Study Data, which may include obscuring/blurring images or videos, and/or imposing contractual confidentiality provisions on third parties receiving Study Data where appropriate.   This data will not be shared with research teams for unrelated studies without going through an internal approval process or obscuring/blurring any images of you that might otherwise directly identify you (for example, blurring a full face photograph). Your Photo/Video/Audio data will be deleted within 15 years after the date listed on this consent.
- **Documented Study Data:**  May be shared with other study teams so long as the data is KeyCoded and does not otherwise include data that by itself identifies you.  Your KeyCoded Documented Study Data may be retained as long as necessary for the purposes described in this consent.
- **Physical Representations:** If physical representations are created,  they will be tracked and stored in lockdown areas with access restricted to an approved list of researchers. This data will not be shared with research teams for unrelated studies without going through an internal approval process. These masks will be destroyed within 15 years after the date listed on this consent.

APL-GAELG_00003034

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

Study Reports and Study Data, including your Contact Information, may be used in connection with selection and recruitment efforts for future Apple studies. All Study Reports and Study Data, may also be provided to public, regulatory, or government authorities, including law enforcement, when required by law, legal process, or litigation.

You may contact the Research Lead at any time to request deletion of your data, however, note that in some circumstances deletion of your data may not be feasible (for instance if your data has been de-linked from your Contact Information and the KeyCode). However, reasonable efforts will be made to delete identifiable data within a reasonable amount of time.

**WHAT RISKS OR DISCOMFORTS SHOULD I EXPECT FROM BEING IN THIS STUDY?** No significant risks are anticipated with this study. However, this study does involve using visible and non-visible light to capture images of your face. The devices that you are being asked to use for this study contain one or more class 1 lasers, which are considered safe under normal use conditions. Please follow all instructions provided by the Study Research Team.

Precautions have been taken to disable the laser when known failure conditions are detected. Should you encounter this condition, contact the Research Lead to arrange for a device swap.

If you have any concerns about the safety of the study or have questions please ask the Research Lead or Study Research Team.

If you experience any pain, discomfort or side effects during or after the study, contact the Research Lead immediately.

**WHAT DATA RIGHTS DO I HAVE?** If you decide to participate in the study, you have the right to access any non-proprietary data collected about you as part of this study and the right to have any such data rectified, completed, blocked or deleted. You have the right to have any proprietary data, which includes data that reflects sensitive, Apple intellectual property, blocked or deleted. You also have the right to object to the collection of any data and withdraw from the study at any time. Information on how to withdraw is included below. To exercise any of your rights or to raise questions on the use of your data within this study contact David González Calleja, Privacy Legal,

Redacted

**WHAT HAPPENS IF I AM INJURED BECAUSE OF THE STUDY?**
We will make every reasonable effort to prevent you from being injured as a result of this study. If you get sick or hurt as a direct result of a study procedure or test you will be reimbursed the reasonable out-of-pocket expenses that are not covered by your insurance or other third party for the medically necessary care for your injuries. Payments for other expenses (such as time-off work, lost wages, child-care, etc.) will not be offered through the study, but may be available to Apple employees through other Apple benefits such as workers compensation or short-term disability subject to the terms of those programs. You do not give up any legal rights by signing this form.

**WILL I RECEIVE COMPENSATION FOR TAKING PART IN THIS STUDY?** If you are a salaried exempt employee you will continue to receive your standard compensation for any time you participate in the study. If you are an hourly non-exempt employee you will not be paid for time spent interacting with the devices in the normal course of live-on usage. If you are an hourly non-exempt employee any time spent actively participating in the study (e.g. sessions to pick up and drop off your device, providing software updates to your study device, providing feedback, uploading data, performing specified tasks (distinct from general live-on usage), and communicating with the Study Team) should be performed during your normally scheduled work day. You will not receive any separate compensation or payment for study participation.

**HOW DO I WITHDRAW FROM THIS STUDY?** You can withdraw from this study at any time by contacting the Research Lead. If you withdraw from the study, your Contact Information and Study Data will be used and maintained as stated above, unless you request that it be deleted, in which case it will be deleted where feasible as stated above.

**WHO CAN ANSWER MY QUESTIONS ABOUT THE STUDY?** If a study-related problem should occur, or if you have any questions about the study at any time, please contact the Research Lead.

Should you desire to voice complaints or concerns about the study, have questions not addressed by the Research Lead or his/her designee, or have questions about your rights in the study, please contact [Redacted] Human Studies Review Board, at [Redacted] Apple Legal, at [Redacted] or [Redacted]

**YOUR CONFIDENTIALITY OBLIGATIONS.** By agreeing to participate in this study, you acknowledge that any information about the Study, including any Study details or the fact of your participation, are considered Apple Confidential Information, and are covered by the obligations under your agreements with Apple.

---

<u>CONSENT</u>

Apple Confidential – Pearl Loop Glimmer Informed Consent (Aug 27 2018). Page 3 of 4.

APL-GAELG_00003035

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

I acknowledge that I have read this consent carefully, that I understand all of its terms, and that I enter into this study voluntarily.  I understand that I can withdraw at any time.

I understand that I may ask for a copy of this consent.

_____          _____          _____
Participant's Name                                          Signature                                                 Date

_____          _____          _____
Person Conducting Consent                              Signature                                                 Date

APL-GAELG_00003036

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

**Subject:**   Glimmer: Your Registration Link
**From:**   <infrasend [Redacted]
**Received(Date):** Tue, 14 May 2019 02:35:16 +0000
**To:**   <ashleygjovik [Redacted]
**Date:**   Tue, 14 May 2019 02:35:16+0000

# Complete your registration!

Please complete your registration with the Glimmer application by clicking the link below.


**If you think this email reached you by mistake, please email falstaff-help [Redacted]**

APL-GAELG_00002796

Docusign Envelope ID: 3ECCED9A-CC39-89D5-8367-6F870D1D204E

|  |  |
|---|---|
| **Subject:** | Glimmer: Your Verification Code |
| **From:** | <infrasend [Redacted] |
| **Received(Date):** | Tue, 14 May 2019 15:52:24 +0000 |
| **To:** | <ashleygjovik [Redacted] |
| **Date:** | Tue, 14 May 2019 15:52:24+0000 |

# Your Verification Code

Enter this code into the Glimmer application to get started!

## 509408

If you think this email reached you by mistake, please email **falstaff-help** [Redacted]

APL-GAELG_00002797