Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>             Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>             Defendant. | Case No. 23-cv-4597-EMC<br><br>**DECLARATION OF MEGAN BOWMAN IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PRELIMINARY INJUNCTION**<br><br>Date:    June 11, 2026<br>Time:    1:30 p.m.<br>Dept:    Courtroom 5, 17th Floor<br>Judge:    Honorable Edward M. Chen |

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

I, Megan Bowman, declare as follows:

1.     I am currently the Senior Director of Human Resources, Hardware Engineering for Apple Inc., and have worked at Apple for the last 13 years. I submit this declaration in support of Apple's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment and Preliminary Injunction. I know the facts set forth in this declaration to be true of my own personal knowledge and/or my review of documents maintained and relied upon by Apple in the regular course of business and to which I have access in the regular course of my job duties. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.     Attached as **Exhibit A** is a true and correct copy of the Confidentiality and Intellectual Property Agreement that Ms. Gjovik signed when she was hired at Apple (under the name Ashley Henderson, which she used at that time). I am informed and believe that this email was also used as Exhibit 3 at Ms. Gjovik's deposition in this matter. That agreement states in part:

> "Proprietary Information" means all information not generally known outside Apple and/or kept confidential by Apple, including for example but not limited to (a) trade secrets, R&D records, reports, samples, manuals, plans, specifications, inventions, ideas, designs, prototypes, software, source code, or any other materials or information relating to past, existing, and future products and services whether or not developed, markets, used, or rejected by Apple…

> You understand and agree that your employment by Apple prohibits you, during or after employment, from using or disclosing, or permitting any other person or entity to use or disclose, any Proprietary Information without the written consent of Apple … You understand and agree to strictly comply with all of Apple's rules and policies regarding Proprietary Information and use best efforts to safeguard such Proprietary Information and protect it against disclosure…

> If you breach any part of this Agreement, Apple is entitled to take any action to the extent permissible under applicable laws and this Agreement, including but not limited to terminating employment…

3.     Attached as **Exhibit B** is a true and correct copy of the version of Apple's Business Conduct Policy that was in effect at the time of Ms. Gjovik's termination. That policy states in part:

> Any failure to comply with Apple's Business Conduct Policy … may result in disciplinary action, up to and including termination of employment. ..

> You are also required to fully cooperate in any Apple investigation…

- 1 -

BOWMAN DECL. ISO OF APPLE'S MSJ &
OPP. TO PL.'S MSJ & & PI
[ 23-CV-4597-EMC]

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

One of our greatest assets is information about our products and services, including future product offerings. Never disclose confidential, operational, financial, trade-secret, or other business information without verifying with your manager whether such disclosure is appropriate. … Never share confidential information about Apple's products or services without your manager's approval.

4.    Attached as **Exhibit C** is a true and correct copy of the version of Apple's Misconduct and Discipline Policy that was in effect at the time of Ms. Gjovik's termination. That policy states in part:

Conduct that may warrant immediate termination of employment includes, but isn't limited to: … Violating confidential, proprietary, and trade secret information obligations (including those stated in Apple's Intellectual Property Agreement) … failing to cooperate with an investigation …

5.    Attached as **Exhibit D** is a true and correct copy of the version of Apple's Employee Use of Electronic Systems and Communications Policy that was in effect at the time of Ms. Gjovik's termination. That policy states in part:

Inappropriate use of Apple property or other assets may result in disciplinary action, up to and including termination of employment. Examples of inappropriate use of electronic systems and communications include, but are not limited to: Violating your obligation regarding propriety, and trade secret information. This includes sending or posting Apple confidential materials outside of Apple…

6.    Attached as **Exhibit E** is a true and correct copy of the version of Apple's Social Media and Online Communications Policy that was in effect at the time of Ms. Gjovik's termination. That policy states in part:

[K]eep in mind that Apple's policies and guidelines apply to any activities that affect … Apple's business interests. This is true even if you blog, tweet, write, post, comment, share visual or other media, or otherwise communicate online outside of work … So before you click or tap "send," keep these guidelines in mind: Protect Apple's confidential information. As we conduct business around the world, our competitive strategy requires us to keep Apple's intellectual property and proprietary information confidential. This includes non-public information such as the … design of Apple products … All Apple employees have an obligation to protect this information.

7.    I am aware that Apple has terminated over a dozen employees in addition to Ms Gjovik for disclosing confidential product-related information in violation of Apply policy.

BOWMAN DECL. ISO OF APPLE'S MSJ &
OPP. TO PL.'S MSJ & & PI
[ 23-CV-4597-EMC]

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Attached as **Exhibits F to R** are true and correct copies of termination letters for thirteen such employees (redacted to protect their identities and third-party privacy interests).

I certify under penalty of perjury and pursuant to the laws of the United States that the foregoing is true and correct.

Executed May 6, 2026 in Cupertino, California.

*Megan Bowman*

_____
Megan Bowman

BOWMAN DECL. ISO OF APPLE'S MSJ &
OPP. TO PL.'S MSJ & & PI
[ 23-CV-4597-EMC]

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT A

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



ASHLEY MARIE GJOVIK
12/16/2025
JULIE L. ANDERSON, CSR 11422
**Exhibit 03**

# Confidentiality and Intellectual Property Agreement

This Confidentiality and Intellectual Property Agreement ("Agreement" or "IPA Agreement") is entered into between you (also referred to as "Employee") and Apple Inc., a California corporation having its principal place of business at 1 Infinite Loop, Cupertino, California 95014 USA (collectively and severally with its affiliates and subsidiaries, "Apple") (Employee and Apple collectively, the "parties"). Apple has agreed to employ you (or continue to employ you if this Agreement is signed after you have already been employed by Apple) on the condition that you agree to and abide by all of the following terms and conditions for the duration of your employment by Apple, including but not limited to during any leave of absence or other time off, and thereafter.

Apple's business includes the research & development, design, engineering, programming, assembly, manufacture, distribution, retail, and sale of electronic goods, software, content, and services. As a full-time or part-time employee, intern, or temporary or contingent worker employed by Apple, you will have, access to various types of confidential information that is owned by Apple or to which Apple has separately committed to one or more third parties to maintain as confidential. Therefore, to protect Apple's intellectual property rights and business and technical secrets and safeguard both parties' interests, the parties hereby agree as follows in consideration of the above premises, the mutual promises contained herein, and the compensation paid to you in connection with your at-will employment by Apple.

## I. CONFIDENTIAL AND PROPRIETARY INFORMATION

You understand that your employment by Apple creates a relationship of confidence and trust with respect to any confidential, proprietary, or non-public information that may be disclosed to you or otherwise learned by you in the course of employment at Apple, including but not limited to any confidential information of third parties disclosed to Apple. As referred to herein, "Proprietary Information" means all information not generally known outside Apple and/or kept confidential by Apple, including for example but not limited to (a) trade secrets, R&D records, reports, samples, manuals, plans, specifications, inventions, ideas, designs, prototypes, software, source code, or any other materials or information relating to past, existing, and future products and services whether or not developed, marketed, used, or rejected by Apple or persons or companies dealing with Apple; (b) sales, profits, organization, customer lists, pricing, sources of material, supply, costs, manufacturing, financials, forecasts, market research, or any other information relating to the business operations or affairs of Apple or persons or companies dealing with Apple; and (c) the employment and personnel information of Apple, such as compensation, training, recruiting, and other human resource information.[1]

A.  **Treatment of Proprietary Information.** You understand and agree that your employment by Apple prohibits you, during or after employment, from using or disclosing, or permitting any other person or entity to use or disclose, any Proprietary Information without the written consent of Apple, except as necessary to perform your duties as an employee of Apple. You understand and agree to strictly comply with all of Apple's rules and policies regarding Proprietary Information and use best efforts to safeguard such Proprietary Information and protect it against disclosure, misuse, loss, or theft. Upon termination of employment with Apple, you will promptly deliver to Apple all documents and materials of any kind pertaining to your work at Apple, and you agree that you will not take with you any documents, materials, or copies thereof, whether on paper or any other medium, containing any Proprietary Information.

---

[1] Nothing in this Agreement should be interpreted as restricting your rights to speak freely about your wages, hours, or working conditions as legally permitted.

US IPA v14.2                                                                                         1

APL-GAELG_00000006

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

B.  **Information of Others.** You agree that you have not brought, and during your employment with Apple will not bring, any confidential, proprietary, or secret information or intellectual property of your former employer(s) or any other person(s) or entity(ies) onto Apple property. You further agree you have not improperly used or disclosed (or induced the same), and during your employment with Apple will not improperly use or disclose (or induce the same), any confidential, proprietary, or secret information or intellectual property of your former employer(s) or any other person(s) or entity(ties).

## II. INVENTIONS

A.  **Definition of Invention.** As used in this Agreement, "Inventions" means any and all inventions, ideas, and discoveries, including improvements, original works of authorship, designs, formulas, processes, specifications, technology, computer programs or portions thereof, databases, mask works, results, know-how, trade secrets and proprietary information, documentation, and materials made, created, conceived, or reduced to practice by you, alone or jointly with others.

B.  **Prior Inventions.** In the space provided below, or on a separate sheet attached to this Agreement, you may list all Inventions that you made prior to your employment with Apple and that you claim an ownership or any other legal right or title in ("Prior Inventions"). If you do not claim an ownership or other legal right or title in a Prior Invention because you assigned all rights to a previous employer, then you should not list the Prior Invention. You should not include any information that is subject to a confidentiality obligation to a third party.

You agree that you will not incorporate, or permit to be incorporated, any Prior Inventions in any Apple product, service, process, or method (collectively "Apple Product") without Apple's prior written consent. You further agree to grant and do hereby grant to Apple a non-exclusive, royalty-free, irrevocable, perpetual, worldwide license without any additional compensation to make, have made, use, offer to sell, sell, import, export, reproduce, modify, display, perform, transmit, and otherwise distribute and exploit any listed Prior Invention(s) that is incorporated or used in or for an Apple Product, (i) with your knowledge, involvement, acquiescence, or permission, (ii) if you were involved in the development or implementation of the relevant part of the Apple Product, or (iii) if you do not promptly object to the public use or commercialization of the relevant part of the Apple Product in a written notice to an Apple Vice President.

If you do not list a Prior Invention, you acknowledge and agree that no such Prior Inventions exist, and, to the extent such Prior Inventions do exist, you waive any and all past, present, and future claims against Apple relating to such Prior Inventions. You understand that your listing of any Prior Inventions here does not constitute an acknowledgment by Apple of the existence or extent of such Prior Inventions, nor of any ownership of such Prior Inventions. Please do not use this space to disclose an ongoing business or project, or a product that you are developing and/or distributing; such ongoing activity must be disclosed and presented to your manager in writing, and approved in advance by your Apple Vice President.

Prior Inventions (description and identifying number of patent or patent application, if applicable):

_____     _____
Title                                                                            Date

_____
Brief description of invention

_____

_____

☐   A separate sheet listing Prior Inventions is attached.

US IPA v14.2

2

APL-GAELG_00000007

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

C. **Apple Ownership of Inventions.** You confirm and agree that all Inventions that (a) are developed using any equipment, supplies, facilities or Proprietary Information provided by Apple; (b) result from or are suggested by work performed by you for Apple or Proprietary Information provided by Apple; or (c) are conceived of or reduced to practice during the time you are employed by Apple and relate to any aspect of Apple's business or products, or Apple's actual or anticipated research and development (collectively "Apple Inventions") are the sole and exclusive property of Apple. You agree to make a full written disclosure promptly to Apple of any and all Apple Inventions. You agree that no additional compensation or remuneration is or will become due to you in consideration for Apple's ownership of the Apple Inventions, and that any award or bonus provided to you (for example pursuant to a patent award program) will be at Apple's sole discretion and is not a condition for Apple's ownership of any Inventions. You acknowledge and agree that you have no right to, and will not directly or indirectly use Apple Inventions except as authorized by Apple for your work at Apple. For example, you agree not to:
(a) reproduce, manufacture, market, publish, distribute, sell, license, or sublicense, transfer, rent, lease, transmit, broadcast, display, or use the Apple Inventions, or any portion or copy thereof, in any form;
(b) apply for, or apply to register, any patent, copyright, trademark, mask work, or other industrial property right or intellectual property right in or related to the Apple Inventions, anywhere in the world; or (c) cause other persons, companies, or organizations to do any of the above.

**Assignment, License, and/or Waiver of Rights to Apple Inventions.** If any applicable laws and regulations provide that certain rights in any Apple Inventions vest in Employee, you hereby agree to assign and do hereby assign such rights to Apple to the fullest extent legally permitted, including any "moral" rights that you may have in any Apple Invention(s) under the copyright or other law, whether U.S. or foreign, and Apple hereby accepts such assignment (the "Assigned Inventions"). You acknowledge that all original works of authorship that are made by you (solely or jointly with others) within the scope of your employment by Apple, and that are protectable by copyright, are works made for hire, as that term is defined in the United States Copyright Act (17 U.S.C. §101). In the event that any rights to an Apple Invention are not effectively assigned to Apple, then you hereby grant Apple a license to make, have made, use, offer to sell, sell, import, export, reproduce, modify, display, perform, transmit and otherwise distribute and exploit, in its sole discretion, the Apple Inventions (and modified and derivative works thereof). The license rights under this clause shall be free of charge, perpetual, irrevocable, exclusive (you shall not use or otherwise exploit the Apple Inventions nor appoint other licensees), worldwide, and transferable, and Apple shall have the right to sublicense. In the event that there are any rights to an Apple Invention that are not effectively assigned or licensed to Apple pursuant to the foregoing provisions, then you irrevocably waive and agree not to exercise or assert any rights to any such Apple Inventions worldwide, including but not limited to all moral rights, rights of attribution, identification of authorship, limitation on subsequent modification or other "personal rights" in the Apple Inventions, during or after the termination of your employment by Apple. You agree that Apple and its licensees are not required to designate you as the author of any Apple Inventions when distributed.

**Protection of Apple Inventions.** You agree, during and after termination of employment, whether voluntary or involuntary, to assist Apple or any party designated by Apple (at Apple's expense) in every proper way to obtain, perfect, confirm, realize rights in, and/or enforce all of Apple's ownership and other rights to Apple Inventions in any and all countries. This includes promptly executing any documents that Apple may reasonably request for use in obtaining or enforcing such patents, copyrights, and other legal protections.

APL-GAELG_00000008

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

D. **Excluded Employee Inventions.** Apple acknowledges and agrees, in accordance with any applicable law,[2] that any Inventions (a) that you develop entirely on your own time; and (b) that you develop without using Apple's equipment, supplies, facilities, or trade secret information; and (c) that do not result from any work performed by you for Apple; and (d)[3] that do not relate, at the time of conception or reduction to practice, to Apple's business or products, or to Apple's actual or demonstrably anticipated research or development, will be owned entirely by you, even if developed by you during the time period in which you are employed by Apple.

## III. NO CONFLICTING OBLIGATIONS

A. **No Conflicting Outside Interests.** You agree that during your employment by Apple, you will not plan or engage in any other employment, occupations, consulting, or other business activities or commitments competitive with or directly related to Apple's business or products, or to its actual or demonstrably anticipated research or development, nor will you engage in any other activities that conflict with any employment obligations to Apple. Activities and commitments as used herein do not include passive investments in stocks or other financial instruments.

B. **No Conflicting Agreements.** You represent to Apple that you have no other commitments that would hinder or prevent the full performance of your duties as an Apple employee or your obligations under this Agreement, and you agree not to enter into any such conflicting agreement during the tenure of employment by Apple.

C. **Disclosure of Agreement.** You hereby authorize Apple to notify others, including customers of Apple, and any future employers you may have, of the terms of this Agreement and your responsibilities under this Agreement.

D. **No Solicitation.** To the fullest extent permitted by applicable law, during your employment and for a period of one (1) year following your termination (whether voluntary or involuntary), you will not, directly or indirectly, on your own behalf or on behalf of any person or entity, solicit, recruit, or take any action intended to induce Apple employees or contractors to terminate their relationship with Apple.

## IV. NON-COMPLIANCE

You acknowledge and agree that the limitations set forth herein are reasonable with respect to scope and duration, and are properly required for the protection of the legitimate interest of Apple. If you breach any part of this Agreement, Apple is entitled to take any action to the extent permissible under applicable laws and this Agreement, including but not limited to terminating employment, initiating a legal proceeding, filing a

---

[2] For employees in California: Labor Code §2870 provides: "(a) Any provision in an employment agreement which provides that an employee shall assign, or offer to assign, any of his or her rights in an invention to his or her employer shall not apply to an invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities, or trade secret information, except for those inventions that either: (l) Relate at the time of conception or reduction to practice of the invention to the employer's business, or actual or demonstrably anticipated research or development of the employer, or (2) Result from any work performed by the employee for the employer. (b) To the extent a provision in an employment agreement purports to require an employee to assign an invention otherwise excluded from being required to be assigned under subdivision (a) the provision is against the public policy of this state and is unenforceable."

[3] For employees in the states of Kansas, Minnesota, or Washington, in accordance with Section 44-130 of the Kansas Statute, Section 181.78(3) of the Minnesota Statute, and Section 49.44.140(3) of the Washington State Code, respectively: Section II.D(d) reads as follows: "(d) that do not directly relate, at the time of conception or reduction to practice, to Apple's business or products, or actual or demonstrably anticipated research or development of Apple, will be owned entirely by you, even if developed by you during the time period in which you are employed by Apple."

US IPA v14.2

4

APL-GAELG_00000009

Case 3:23-cv-04597-EMC    Document 371    Filed 05/07/26    Page 10 of 70

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

complaint to relevant administrative departments, and assisting the relevant judicial authorities to pursue your liabilities in case that your breach of this Agreement has violated any criminal laws.

You acknowledge and agree that any breach of this Agreement could give rise to irreparable harm to Apple for which money damages may not be an adequate remedy. Because such harm and injury may not be compensable by damages, you agree that Apple will have the right to enforce this Agreement by injunction, specific performance, or other equitable relief without posting of a bond or security and without prejudice of any other rights and remedies available. Accordingly, Apple may apply to any court of competent jurisdiction for any interim or conservatory measures, including temporary or permanent injunctive relief or to compel arbitration.

## V. NO IMPLIED EMPLOYMENT RIGHTS

You understand and agree that no term or provision of this Agreement confers upon you any rights to continued employment by Apple and that no term or provision of this Agreement obligates Apple to employ you for any specific period of time or interferes with or restricts your right or, to the fullest extent permitted by applicable law, Apple's right to terminate your employment at will, at any time for any reason with or without cause or prior notice.

## VI. GENERAL PROVISIONS

A. **Severability.** If one or more of the provisions of this Agreement are deemed void or unenforceable by law, then the remaining provisions will continue in full force and effect and the Parties or a tribunal of competent jurisdiction shall substitute suitable provisions having like effect.

B. **Governing Law.** This agreement will be governed in accordance with the laws of the state where you are currently or were most recently employed by Apple. If this Agreement is executed in the U.S., any judicial action between the parties relating to this Agreement will take place in Santa Clara County, California, and you consent to the personal jurisdiction of and venue in the state and federal courts within Santa Clara County, California.

C. **Successors and Assigns.** This Agreement will be binding upon your heirs, executors, administrators, and other legal representatives, and will be for the benefit of Apple, its successors, and assigns. You may not assign or transfer this Agreement, in whole or in part, to any other person or entity.

D. **Entire Agreement.** This Agreement sets forth the entire agreement between you and Apple relating to the subject matter of this Agreement. No modification to or amendment of this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing signed by both you and an Apple Vice President. Any subsequent changes in your duties, salary, or compensation will not affect the validity or scope of this Agreement.

E. **Compliance with Laws.** You agree that you will comply, and do all things necessary for Apple to comply, with the laws and regulations of all governments where Apple do business, and with provisions of contracts between any such government or its contractors and Apple.

## VII. VOLUNTARY AGREEMENT

You acknowledge that you have read this Agreement carefully, that you understand all of its terms, that all agreements between you and Apple relating to the subjects covered in this Agreement are contained in it, and that you have entered into this Agreement voluntarily and not in reliance upon any promises or representations other than those contained in this Agreement itself.

US IPA v14.2                                                                 5

APL-GAELG_00000010

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

You further acknowledge that you have had the opportunity to discuss this Agreement with private legal counsel.

This Agreement is and will be effective on and after the first day of your employment.


Understood and agreed by:

_____        1/31/2015
Employee's signature                            Date

Ashley Marie Henderson
Printed Employee's full name


Please make and retain a copy of this agreement for your records.

APL-GAELG_00000011

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT B

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



# Business Conduct
## The way we do business

October 2020

APL-GAELG_00000020

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# Contents

**3  The Way We Do Business Worldwide**

3  Your Responsibilities and Obligation to Take Action

4  Reporting a Concern

4  No Retaliation

4  Your Rights as an Employee

4  Human Rights

**5  Workplace Behaviors**

5  Drugs and Alcohol

5  Environment, Health, and Safety (EH&S)

5  Harassment and Discrimination

**6  Protecting Apple**

6  Protecting Apple's Assets and Information

6  Apple Confidential Information

6  Non-Disclosure/Confidentiality Agreements

6  Customer and Third-Party Information

6  Accuracy of Records and Reports

7  Accuracy of Business Expenses

7  Records and Information Management

7  Side Deals or Side Letters

7  The Apple Identity and Trademarks

7  Third-Party Intellectual Property

8  Copyright-Protected Content

8  Apple Inventions, Patents, and Copyrights

8  Activities Related to Technical Standards

8  Activities Related to Open Source Software

8  Public Speaking and Press Inquiries

9  Publishing Articles

9  Endorsements

**10  Individual Accountability**

10  Avoiding Conflicts of Interest

10  Significant Personal Relationships

10  Rotations (Operations Only)

10  Conflicts of Interest and Outside Activities

11  Outside Employment and Inventions

11  App Creation

11  Board Positions

12  Personal Investments

12  Insider Trading

12  Charitable Donations

13  Political Contributions

13  Personal Political Activities

13  Gifts

15  Gifts to Public Officials

**16  Business Integrity**

16  Governments as Customers

16  Hiring Government Employees

16  Bribery and Corruption

17  Money Laundering

17  Competition and Trade Practices

17  Obtaining and Using Business Intelligence

17  Trade Restrictions and Import/Export Controls

18  Private Employee Information

18  Human Trafficking

**19  Resources**

19  Policies and References

APL-GAELG_00000021

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction          Behaviors          Protecting Apple          Accountability          Integrity          Resources

# The way we do business worldwide

Apple conducts business ethically, honestly, and in full compliance with applicable laws and regulations. This applies to every business decision in every area of the company worldwide.

The following principles guide Apple's business practices:

- **Honesty**—Demonstrate honesty and high ethical standards in all business dealings.
- **Respect**—Treat customers, partners, suppliers, employees, and others with respect and courtesy.
- **Confidentiality**—Protect Apple's confidential information and the information of our customers, partners, suppliers, and employees.
- **Compliance**—Ensure that business decisions comply with applicable laws and regulations.

Apple expects its suppliers, contractors, consultants, and other business partners to follow these principles when providing goods and services to Apple or acting on our behalf. Apple also requires its suppliers to comply with the Apple Supplier Code of Conduct.

The Business Conduct Policy applies to all full and part-time employees of Apple and its subsidiaries, and provides a standard guide for what is required of everyone at Apple. Relevant sections also apply to members of Apple's Board of Directors. The Business Conduct Policy also provides information on additional resources available to employees, including the Business Conduct Helpline and the Business Conduct website, which contains guidance and frequently asked questions to assist employees in understanding Apple's approach to Business Conduct.

All employees are required to complete annual, online Business Conduct training, and review and certify their understanding of the Business Conduct Policy. Employees are also required to complete online Respect at Apple and Privacy trainings, and depending on job responsibilities and location, may be required to participate in additional mandatory online trainings on specific topics, such as anti-corruption. Focused live training is also arranged periodically on Business Conduct and other relevant topics.

On rare occasions, local laws may impose requirements on Apple and its employees that differ from those set out in the Business Conduct Policy. Contact a local People Business Partner for more information on how these laws may apply to you.

Any waiver of this Policy for our directors, executive officers, or principal accounting officer may be made only by our Board of Directors, and will be disclosed as required by law or applicable listing rules.

## Your Responsibilities and Obligation to Take Action

Everything we do is a reflection of Apple. We expect you to:

- **Follow the Policy.** Comply with the letter and spirit of Apple's Business Conduct Policy and all applicable legal requirements.
- **Speak up.** If you see or hear of any violation of Apple's Business Conduct Policy, other Apple policies, or legal or regulatory requirements, you must notify either your manager, People Team, Legal, or Business Conduct.
- **Use good judgment and ask questions.** Apply Apple's principles of business conduct, and review our policies and legal requirements. When in doubt about how to proceed, discuss it with your manager, your People Business Partner, Legal,

APL-GAELG_00000022

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction          Behaviors          Protecting Apple          Accountability          Integrity          Resources

or Business Conduct. Any failure to comply with Apple's Business Conduct Policy—or failure to report a violation—may result in disciplinary action, up to and including termination of employment.

You are also required to fully cooperate in any Apple investigation, and keep any information shared with you confidential to safeguard the integrity of the investigation.

## Reporting a Concern

To report a concern or ask a question about Apple's Business Conduct Policy, you can contact Business Conduct by phone, email, or web form. For contact details, visit the Business Conduct website or the Resources section at the end of this policy. Apple's external helpline (apple.ethicspoint.com) also allows employees and external parties to report concerns with the option of remaining anonymous, where permissible under applicable laws. The external helpline provides local, toll-free phone numbers that connect employees and external parties to a multilingual reporting service.

Your information will be shared only with those who have a need to know to help answer your questions or investigate concerns, ensure the prompt enforcement of this Policy, and, if appropriate, determine disciplinary action. If your information involves accounting, finance, or auditing, the law may require that necessary information be shared with the Audit and Finance Committee of the Board of Directors. Apple's Business Conduct Policy is administered by the Business Conduct organization, under the oversight of Apple's Chief Compliance Officer, who provides regular updates to the Audit and Finance Committee of the Board of Directors. The Business Conduct team is available to support all employees and answer questions on business conduct issues, policies, regulations, and compliance with legal requirements.

## No Retaliation

Apple will not retaliate—and will not tolerate retaliation—against any individual for reporting a good-faith concern or complaint to a manager, People, Legal, Business Assurance and Audit, Finance, or Business Conduct, or for participating in the investigation of a concern or complaint. We do not tolerate knowingly false reporting.

## Your Rights as an Employee

While we expect employees to follow the Business Conduct Policy, nothing in this Policy should be interpreted as being restrictive of your right to speak freely about your wages, hours, or working conditions.

## Human Rights

Apple is committed to respecting internationally recognized human rights. Apple's approach to respecting human rights is based on the United Nations Guiding Principles on Business and Human Rights, the global standard on business and human rights. For more information, see the Human Rights Policy.

APL-GAELG_00000023

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction    Behaviors    Protecting Apple    Accountability    Integrity    Resources

# Workplace Behaviors

## Drugs and Alcohol

Apple cares about the health and safety of our employees. You are expected to comply with Apple's guidelines regarding alcohol, drugs, and smoking, whether it is in the workplace, at Apple-sponsored events, or while conducting Apple business. You are not permitted to be under the influence of any legal or illegal drug that impairs your ability to perform your job, and employees are prohibited from manufacturing, soliciting, distributing, possessing, or using any illegal drugs or substances in the workplace, or while working. Use good judgment and keep in mind that you are expected to perform to your full ability at work. For more information, see the Alcohol, Drugs and Smoke-Free Environment Policy.

## Environment, Health, and Safety (EH&S)

Apple is committed to protecting the environment, health, and safety of our employees, customers, and the global communities where we operate.

Apple's EH&S team provides guidance on how to conduct your job while meeting or exceeding all applicable environmental, health, and safety requirements. Use good judgment and always put the environment, health, and safety first. Work proactively with the EH&S team to anticipate and manage EH&S risks in a timely manner.

For more information on the EH&S team, policies, training, and programs, visit the EH&S website.

## Harassment and Discrimination

Apple is committed to providing a workplace free of harassment (including sexual harassment) or discrimination based on a personal trait. Personal traits include race, color, ancestry, national origin, religion, creed, age, mental and physical disability, sex, gender, sexual orientation, gender identity or expression, medical condition, genetic information, marital status, military or protected veteran status, or any other characteristic protected by law.

We are dedicated to maintaining a creative, culturally diverse, and supportive work environment, and do not tolerate discrimination or harassment of employees or non-employees with whom we have a business, service, or professional relationship. This applies to all interactions where you represent Apple, including interactions with employees, customers, suppliers, and applicants for employment.

If you have been harassed or discriminated against, or have witnessed such behavior, report the incident to anyone on the People Team, a supervisor or manager at any level, or Business Conduct. For more information, see the Equal Employment Opportunity Policy and People policies for your region.

We also do not tolerate workplace violence of any kind. For more information, see the Workplace Violence Policy.

APL-GAELG_00000024

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction          Behaviors          Protecting Apple          Accountability          Integrity          Resources

# Protecting Apple

**Protecting Apple's Assets and Information**

You play a key role in helping us protect Apple. Assets include Apple's proprietary information (such as intellectual property, confidential business plans, unannounced product plans, sales and marketing strategies, and other trade secrets), as well as physical assets such as cash, equipment, supplies and product inventory.

- **Watch what you say.** Being aware of where you are, who is around you, and what they might see or overhear is an important way we all protect Apple's secrets.
- **Protect our assets.** Keep track of the assets and information Apple has entrusted to you, and prevent loss, misuse, waste, or theft.
- **Set an example.** Model behavior that protects our assets and information at all times.

## Apple Confidential Information

One of our greatest assets is information about our products and services, including future product offerings. Never disclose confidential, operational, financial, trade-secret, or other business information without verifying with your manager whether such disclosure is appropriate. We are very selective when disclosing this type of information to vendors, suppliers, or other third parties, and only do so once a non-disclosure agreement is in place. Even within Apple, confidential information should only be shared on a need-to-know basis. The Intellectual Property Agreement that you signed when you joined Apple outlines your duty to protect our information.

For more information, visit the Global Security website.

## Non-Disclosure/Confidentiality Agreements

Never share confidential information about Apple's products or services without your manager's approval. When there is a business need to share confidential information with a supplier, vendor, or other third party, never volunteer more than what is necessary to address the business at hand. Any confidential information shared outside Apple should be covered by a non-disclosure/confidentiality agreement (NDA). Contact Legal in your region to obtain an NDA. In the United States, you can find NDA information and support on the Legal website.

## Customer and Third-Party Information

Customers, partners, suppliers, and other third parties may disclose confidential information to Apple during the course of business. We are all responsible for protecting and maintaining the confidentiality of any information entrusted to us by our partners. Compromising that trust may damage relations with our partners and can also result in legal liability. For more information, see the Apple Customer Privacy Policy.

## Accuracy of Records and Reports

Accurate and honest records are critical to meeting our legal, financial, and management obligations. You should ensure that all records and reports, including timecards, customer information, technical and product information, correspondence, and public communications are comprehensive, fair, accurate, timely, and understandable.

Do not misstate facts, omit critical information, or modify records or reports in any way to mislead others, and never assist others in doing so. Intentional manipulation of Apple records is a form of fraud.

APL-GAELG_00000025

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction          Behaviors          **Protecting Apple**          Accountability          Integrity          Resources

## Accuracy of Business Expenses

You are responsible for observing all policies and procedures regarding business expenses, including meal and travel expenses, and for submitting accurate expense reimbursement reports. Guidelines on daily meal expenses vary worldwide. For more information, see the Travel and Expense Policy.

## Records and Information Management

Apple owns all records and information in any form, such as electronic or paper, that is created or received in the course of doing Apple's business. Records are a type of information that must be kept because the information meets certain criteria, and are identified in the Global Records Retention Schedule. Examples include corporate tax documents, financial statements, design documents, and personnel records.

Employees are responsible for managing and protecting information and records in accordance with the Global Records and Information Management (RIM) Policy. Privacy laws may dictate how long these records can be retained. At times, Apple will need to retain records and information beyond the normal retention period for legal reasons or audits. If you have records and information that are categorized as under a "legal hold" you should not alter, destroy, or delete them in any way. Legal will notify you of any legal holds you may be subjected to and what is required.

For more information, see the Global Records & Information Management website or contact the Global Records & Information Management team.

## Side Deals or Side Letters

Apple formally documents all terms and conditions of the agreements into which it enters. Contractual terms and conditions define Apple's rights, obligations, liabilities, and accounting treatments. We do not accept business commitments outside of the formal contracting process managed by Legal. Side deals, side letters, or other informal documentation created by employees without Legal oversight are impermissible. You should not make any oral or written commitments that create a new agreement or modify an existing agreement without securing approval through the formal contracting process.

## The Apple Identity and Trademarks

The Apple name, names of products (such as iPhone), names of services (such as AppleCare), taglines (such as "Think Different"), and logos collectively create the Apple identity. Before publicly using any of these assets, review the Trademark List, Trademark and Copyright Guidelines, and Corporate Identity Guidelines for how to properly do so. You should also check with Legal before using the product names, service names, taglines, or logos of any third parties.

## Third-Party Intellectual Property

Apple respects third-party intellectual property. Never use the intellectual property of any third party without permission or legal right. If you are told or suspect that Apple may be infringing on third-party intellectual property, including patents, copyrights, trademarks, or trade secrets, contact Legal.

APL-GAELG_00000026

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

## Copyright-Protected Content

Never use or copy software, music, videos, publications, or other copyright-protected content at work or for business purposes unless you or Apple are legally permitted to use or make copies of the protected content. You should never use Apple facilities or equipment to make or store unauthorized copies. For more information about personal content on Apple-owned devices, see the Employee Use of Electronic Systems and Communications Policy.

## Apple Inventions, Patents and Copyrights

Apple has a robust patent program that protects innovations related to our current or future products and services. You should submit your invention disclosure to the Apple Patent team via the Apple Patent System. It's best to submit your invention disclosure well before you share an invention outside of Apple, even if under an NDA, because doing so may compromise Apple's patent rights.

You may pursue, for your own personal ownership, inventions that (a) are not developed using Apple equipment, supplies, facilities, or proprietary information; (b) did not result from and were not suggested by work performed by you, Apple, or Apple proprietary information; and (c) are not related to Apple's current or anticipated business, products, research or development.

Be alert to possible infringement of Apple's patents and notify Legal of any possible infringements. If you create original material for Apple that requires copyright protection, such as software, place Apple's copyright notice on the work and submit a copyright disclosure form to Legal. For more information, see the Copyright Policy.

## Activities Related to Technical Standards

You must secure management and Legal approval before participating in any activities related to technical standards. This includes joining a standards organization or working group, contributing technology or code to a standard, or using a standard in the development of an Apple product. For more information, see the Standards Legal Policy or contact the Legal Standards team.

## Activities Related to Open Source Software

Open source software is usually collectively developed software with its source code made available under an open source license. Before using, modifying, or distributing any open source software for Apple infrastructure, or as part of an Apple product or service development effort, you must receive management and Legal approval. For additional information on how to submit requests, visit Open Source at Apple. This website also includes information about personal contributions to Open Source and required approvals.

## Public Speaking and Press Inquiries

All public or outside speaking engagements that relate to Apple's business or products must be pre-approved by your manager and Corporate Communications. If your request is approved, you may not request or accept any form of personal compensation from the organization that requested your participation, but you may accept reimbursement for incurred expenses. All inquiries from the media, industry, or financial analyst community must be referred to Corporate Communications or Investor Relations.

APL-GAELG_00000027

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

## Publishing Articles

If you want to contribute an article or other type of submission to a publication or blog on a topic that relates to Apple's business or products or could be seen as a conflict of interest, you must first request approval from Corporate Communications. If your contribution is technical or academic and relates to Apple, complete the Academic and Industry-Related Activities Questionnaire to obtain review from Legal and Business Conduct. If your contribution is determined to be a conflict of interest, you will need to get senior vice president approval. For additional information, see the Social Media and Online Communications guidelines.

Employees in the Machine Learning organization should follow the Guidelines for Academic Activities of Apple Employees in Machine Learning.

## Endorsements

You should never endorse a product or service of another business or individual in your role as Apple employee, unless the endorsement has been approved by your manager and Corporate Communications. This does not apply to statements made in the normal course of business about third-party products sold by Apple. If you want to provide a personal reference, review the Employment Reference Guidelines.

APL-GAELG_00000028

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction          Behaviors          Protecting Apple          Accountability          Integrity          Resources

# Individual Accountability

## Avoiding Conflicts of Interest

A conflict of interest is any activity that may damage Apple's reputation or financial interests, or gives the appearance of impropriety or divided loyalty. Avoid any situation that creates a real or perceived conflict of interest. If you are unsure about a potential conflict, talk to your manager, Business Conduct, or your People Business Partner.

Members of Apple's Board of Directors should follow the requirements and procedures described in the Guidelines Regarding Director Conflicts of Interest.

The following are common situations employees may encounter that could present a conflict of interest.

### Significant Personal Relationships

Personal relationships in the workplace can present a real or perceived conflict of interest when one individual in the relationship makes or influences employment decisions regarding the other, including performance or compensation.

Significant personal relationships include, but are not limited to, spouses, domestic partners, family members, dating or physical relationships, close friends, and business relationships outside of Apple. Apple business relationships include, but are not limited to, vendors, customers, suppliers, contractors, temporary agency workers, or similar relationships.

Do not conduct Apple business with family members or others with whom you have a significant personal relationship. Do not use your position at Apple to obtain favored treatment for yourself, family members, or others with whom you have a personal relationship. This applies to product purchases or sales, investment opportunities, hiring, promoting, selecting contractors or suppliers, and any other business matter.

If you believe that you have a potential conflict involving a family member or other individual, disclose it to your manager and your People Business Partner to review and work through any potential conflicts.

You should not allow any relationship to disrupt the workplace or interfere with your work or judgment.

In rare cases where exceptions may be appropriate, written approval from the senior vice president of your organization is required.

### Rotations (Operations Only)

Operations managers are responsible for ensuring that their employees who make or significantly influence sourcing, contractual, financial or capacity decisions with suppliers change position every three years so as to work with different suppliers. Exceptions are subject to VP review and approval each year. "Suppliers" include anyone who had, has, or might have any business connection (directly or indirectly) with Apple or Apple's supply chain.

### Conflicts of Interest and Outside Activities

You may participate in outside activities, including secondary employment, businesses, inventions, and serving on boards, only if they do not present a conflict of interest and you adhere to the rules set out below.

APL-GAELG_00000029

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction        Behaviors        Protecting Apple        Accountability        Integrity        Resources

Apple generally considers an outside activity to be a conflict of interest if it:

- Is for a company or organization that makes or sells competing products or services to Apple, or that Apple is reasonably anticipated to create. This includes but is not limited to: Apple hardware products (e.g., computers, mobile devices, headphones), financial services, original content, health services, cloud services, any distribution of video, music or eBooks, and any software or app.
- Generates or exposes you to intellectual property that competes with or relates to Apple's present or reasonably anticipated business, products, or services.
- Would require you to disclose or use confidential Apple information.
- Is the same work you do for Apple.
- Arises from your role in Apple's business relationship with the organization.

Work with your manager and Business Conduct to evaluate a potential conflict of interest. If an outside activity presents a conflict of interest, you must partner with a People Business Partner, and obtain written approval from your manager, Legal (if applicable), and the senior most person reporting to the CEO of both your and any relevant organizations. Contact Business Conduct to assist with Legal review.

Any employee, full or part-time, who is participating in an outside activity, must comply with the following rules. **Do not:**

- Use any time at work or any Apple assets for your outside activity. This includes Apple's workspace, phones, computers, Internet access, photocopiers, and any other Apple assets or services.
- Use your position at Apple to solicit resources or any other benefit for your outside activity, obtain favored treatment, or pressure others to assist you.
- Participate in an activity that could have an adverse effect on your ability to perform your duties at Apple.
- Use confidential Apple information.

## Outside Employment and Inventions

Before participating in creating inventions or businesses that are in the same area as your work for Apple, or that compete with or relate to Apple's present or reasonably anticipated business, products or services, you must have written permission from your manager and the senior vice president of your organization. Before taking any paid employment outside of Apple, you should notify your manager.

## App Creation

You can only create apps for personal or educational purposes. You cannot join the Developer Program or share, sell, or distribute apps, stickers, or other media (for iOS, Android, or any other operating system), unless required for Apple business purposes. Some exceptions apply for employees who created apps before joining Apple or who are joining Apple for a short period of time. If this applies to you, contact Business Conduct to understand what is permitted.

## Board Positions

You may not serve as a director, trustee, officer, or advisory board member without prior approval from Apple. Apple has pre-approved positions in certain organizations like residential boards (i.e., HOAs) and local sports and arts organizations, provided their activities do not conflict with Apple's interests. Contact Business Conduct if you have any questions or if you would like to seek approval from Apple for a position that is not in a pre-approved category. A board position that presents a potential or actual conflict of interest is unlikely to be approved.

APL-GAELG_00000030

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

The rule above relates to serving on a board in your individual capacity. If you have been asked to serve on a board as a representative of Apple, you should work with your manager, Legal, and any impacted business teams to determine if Apple should participate, and whether you are the best person to represent Apple on that board. If the position is on a public sector advisory board, work with Business Conduct to assess whether your participation would impact Apple's ability to interact with that government agency. You should also consult with Corporate Communications, if applicable.

### Personal Investments

You should avoid investing in companies that are Apple competitors or business partners when the investment presents a conflict of interest. When determining whether a personal investment creates a conflict of interest, consider if you are in a position to influence transactions between Apple and a business in which you have invested. If a real or apparent conflict arises, disclose the conflict to your manager. Your manager will help determine whether a conflict exists and, if appropriate, the best approach to eliminate the conflict. If you still need help, contact Business Conduct.

## Insider Trading

Never buy or sell Apple securities, including Apple stock, if you are aware of information that has not been publicly announced and that could have a material effect on the value of the securities. It is illegal and against Apple policy to give anyone, including friends and family, tips on when to buy or sell securities when aware of material nonpublic information concerning that security. This applies to decisions to buy or sell Apple stock or the stock of an Apple supplier, manufacturer, vendor, or customer, such as cellular network carriers or other channel partners.

Information is material if it would likely be considered important by an investor who is deciding whether to buy or sell a security, or if the information is likely to have a significant effect on the market price of the security. Both positive and negative information may be considered material. Examples of potential material information include financial results, information about new products or significant features, timing of significant product announcements or new product introductions, news of a pending or proposed acquisition or other corporate transaction, significant changes in sources or availability of supplies, changes in dividend policy, significant product defects or modifications, and significant cybersecurity, or other data protection or privacy incidents.

Short sales, transactions that hedge or offset, or are designed to hedge or offset any decrease in the value of Apple securities and transactions in derivatives of Apple stock, are prohibited at all times, including transactions involving prepaid variable forward contracts, equity swaps, collars, options, warrants, puts, calls, or similar instruments related to shares of Apple stock.

For more information about restrictions on trading in securities as well as answers to FAQs, see the Insider Trading Policy or email Insider Trading.

## Charitable Donations

You are encouraged to support charitable causes of your choosing as long as you do not use or furnish Apple assets (including your work time or use of Apple premises, equipment, or funds). Any charitable donations involving Apple assets are managed by the Corporate Donations team and must be approved by the VP of Environment, Policy, & Social Initiatives. Any donation of 100K USD or more also requires the approval of the Chief Executive Officer or Chief Financial Officer. For additional information, see the Finance Policy on charitable donations. This policy does not prevent you from

APL-GAELG_00000031

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction          Behaviors          Protecting Apple          **Accountability**          Integrity          Resources

taking advantage of the Apple Matching Gifts Program to contribute to a nonprofit organization of your choice, or from participating in our Global Volunteer Program.

## Political Contributions

Apple does not make political contributions to individual candidates or political parties. All corporate political contributions, whether monetary or in-kind (including lending or donating equipment or technical services), must be approved in advance by Apple's CEO, and processed by Government Affairs and Political Compliance to ensure compliance with legal requirements and Apple policy. You may not use Apple resources, including employee work time, Apple premises, equipment, or funds, to personally support candidates and campaigns. It is also illegal for Apple to reimburse an employee for a political contribution. For more information, see the Corporate Political Compliance Policy and the Apple Public Policy Advocacy website.

## Personal Political Activities

You are free to personally participate in political activities, including running for and serving in public positions, and supporting candidates and causes, as long as you comply with the points below:

- Do not represent or give the impression that you are representing Apple during any political activities or in campaign materials.
- Do not make public comments that could be misconstrued as being made on behalf of Apple, or give the impression that Apple is endorsing any particular legislation, position, or issue.
- Do not use Apple work time, equipment, or resources for political or campaign activities.
- If holding a public office, you may need to recuse yourself from any matters involving Apple.

## Gifts

Giving or accepting business gifts can create a real or perceived conflict of interest and can lead to a perception of favoritism and an expectation of reciprocity that could compromise an employee's objectivity, even inadvertently.  **Apple employees are under either a zero gift rule or a $150 gift rule**, depending on their organization. Refer to the Gifts page on the Business Conduct website to determine your rule. Employees under a zero gift rule may not give or accept gifts to or from current or potential vendors, suppliers, customers, or other business associates, regardless of the value, unless one of the key exceptions below applies. Employees under the $150 gift rule may only give or accept gifts if the value is under $150, unless one of the key exceptions below applies. Gifts must not reflect poorly on Apple if publicly disclosed, and must be legal in the location and under the circumstances where given. Gifts given with the purpose of influencing a decision are always prohibited.

A gift is considered anything of value, including a meal, travel, entertainment (including tickets), Apple logo items, equipment or loans, and employee discounts. Gifts that are cash or cash equivalents, such as gift cards, are never allowed. In addition, paying for a gift without getting reimbursement from Apple does not remove the requirement to comply with the gift policy. Gifts between employees are not considered business gifts.

### Key Exceptions

Gifts that fall under one of the following exceptions are permissible for most employees, regardless of gift rule (additional approval requirements may be noted):

APL-GAELG_00000032

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

- **Business meals.** With the exception of Apple Store employees, employees may provide and accept reasonable and appropriate business-related meals, provided they are limited in frequency and expense. Any meals paid for by Apple must comply with Apple's Travel and Expense Reimbursement Finance Policy. Employees in Operations must obtain approval from their manager to accept business meals. Approval should occur beforehand when possible.
- **Commemorative items.** With the exception of Operations and Apple Store employees, employees may accept commemorative items of nominal value, such as inexpensive and infrequent vendor promotional items like pens, calendars, and t-shirts.
- **Business-related event attendance.** With the exception of Operations and Apple Store employees, free tickets for sporting events and other forms of entertainment where participation is directly related to an employee's job function and part of legitimate Apple business are not considered a gift under Apple's policy. If you are unsure if attendance at an event is directly related to your role, check with your manager. For high-value or high-profile events, you should review your attendance with your manager and your vice president. Employees should never use relationships built through Apple business for their personal advantage, such as obtaining tickets that are difficult to access, since that is preferential treatment and could be considered a conflict of interest.
- **Conferences.** With the exception of Operations and Apple Store employees, free tickets to conferences that are offered by a vendor, supplier or other third party are permissible if the tickets are free to all attendees, offered as part of a contract with Apple, or offered to all customers of a particular vendor. Tickets outside of those parameters do not fall under an exception, and require approval if the value is over your gift limit. Conference tickets purchased by Apple are not a gift.
- **Vendor-supplied local ground transportation.** Operations employees may accept reasonable local ground transportation provided by vendors to and from work locations.

Any other exceptions must be approved by your vice president. For vice president–level employees, exceptions must be approved by your manager.

## Refusing and Returning Gifts

Gifts outside the limits of your gift rule should be declined or returned whenever possible. If it is impossible or inappropriate to refuse or return a gift, you should notify your manager immediately after accepting the gift, then send it to your local People Business Partner or contact Business Conduct for further guidance. Perishable, non-alcohol gifts may be placed in a common area for employees to share. For more information, see the Business Conduct website.

## Samples

Current and potential vendors and suppliers may provide product samples to Apple for business evaluation purposes. These samples are not gifts and may not be used for personal purposes. Receipt of samples should be documented according to any internal division policies, and where appropriate, returned to the vendor and supplier when the evaluation is complete.

APL-GAELG_00000033

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction    Behaviors    Protecting Apple    **Accountability**    Integrity    Resources

## Gifts to Public Officials

Apple permits providing gifts to public officials only when permissible under applicable laws and policies. A public official is any person who is paid with government funds or performs a public function. This includes individuals who are elected or appointed to public office, as well as individuals who work for local, state/provincial or national government, public international organizations, public (government-owned or operated) schools, and state-owned or state-run enterprises. Employees at such organizations are considered public officials regardless of title or position.

### U.S. Public Officials

For U.S. public officials, anything other than refreshments of nominal value ($10 or less) must be pre-approved by Political Compliance or comply with internal guidelines if available, including disclosure requirements

### Non-U.S. Public Officials

In many countries, it is considered customary to provide token ceremonial gifts to government officials on certain occasions. All gifts exceeding USD $10 in value require pre-approval from Political Compliance or your regional Apple legal counsel. Meals that comply with posted guidance or a country are permissible and do not need pre-approval. Meals that are frequent and/or lavish could appear to influence a business decision and are inappropriate.

APL-GAELG_00000034

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction          Behaviors          Protecting Apple          Accountability          Integrity          Resources

# Business Integrity

## Governments as Customers

Governments are unique customers for Apple. They often have unique bidding, pricing, disclosure, and certification requirements. When dealing with government customers, make sure to partner with Legal when bidding for business, and contact Business Conduct with questions relating to compliance requirements.

## Hiring Government Employees

Laws often limit the duties and types of services that former government, military, or other public sector employees may perform as employees or consultants of Apple, especially in regard to matters they were involved in while with the government. Employment negotiations with government employees may be subject to legal restrictions and disclosure requirements, particularly if the government employee is involved in a matter involving Apple's interests. Contact Political Compliance before entering such negations. You may never hire any individual in exchange for securing or retaining business, or securing an improper advantage. We also prohibit hiring preference being given to anyone in return for special treatment of any kind. For more information, see the Anti-Corruption Recruiting Policy.

## Bribery and Corruption

At Apple, we do not tolerate corruption in connection with any of our business dealings. Corruption can take many forms, but most often it occurs through bribery. A bribe is offering or giving anything of value, including cash, cash equivalents such as gift cards, gifts, meals, travel and entertainment, to any person for the purpose of obtaining or retaining business, or securing an improper advantage. You cannot offer or receive bribes from any individual, regardless of whether that individual is a public official or a private party. Kickbacks are a type of bribery, and occur when a person is offered money or something of value in exchange for providing something, such as information, a discount or a favor, to a third party. Kickbacks are not permissible and are strictly prohibited by Apple.

Facilitating payments are a type of bribe generally used to facilitate or expedite the performance of routine, non-discretionary government action. These payments are not permissible and are strictly prohibited by Apple. Exceptions may be made in circumstances that involve an imminent threat to health or safety, and such situations must be immediately reported to Business Conduct.

Apple can be found responsible for bribes, kickbacks, and/or facilitating payments made by third parties in connection with Apple's business. Before engaging a third party that will be interacting with the government or public officials on Apple's behalf, contact Business Conduct to evaluate whether we need to conduct additional due diligence.

For more information, see the Anti-Corruption Policy and other resources available on the Business Conduct and Global Compliance website.

APL-GAELG_00000035

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction          Behaviors          Protecting Apple          Accountability          Integrity          Resources

## Money Laundering

Money laundering occurs when individuals or organizations try to conceal illicit funds or make those funds look legitimate. Money laundering is illegal and strictly prohibited by Apple. In certain countries, we are required to report suspicious activity. If you deal directly with customers or vendors, the following examples may signal potential money laundering:

- Attempts to make large payments in cash
- Payments by someone who is not a party to the contract
- Requests to pay more than provided for in the contract
- Payments made in currencies other than those specified in the contract
- Payments from an unusual, nonbusiness account
- Transactions forming an unusual pattern such as bulk purchases of products or gift cards or repetitive cash payments

## Competition and Trade Practices

Competition and innovation are at the core of Apple's DNA. We vigorously compete to develop and create the very best products for our customers. Apple will never seek to eliminate or reduce competition through illegal agreements with competitors. Agreements with competitors are subject to rigorous scrutiny in all countries. Agreements with our resellers, distributors, and suppliers can also give rise to scrutiny, particularly if Apple has a leading position in the market.

You should never:

- Agree with or exchange information with competitors regarding price, policies, contract terms, costs, inventories, marketing plans, capacity plans, or other competitively significant data.
- Agree with competitors to divide or assign sales territories, products, or dedicate customers.
- Agree with resellers on the resale pricing of Apple products without legal approval. Resellers are free to determine their own resale pricing.
- Violate fair bidding practices, including bidding quiet periods, or provide information to benefit one vendor over other vendors.
- Remember: Always consult the Competition Law Team whenever you have a question. For more information, see the Antitrust and Competition Law Policy.

## Obtaining and Using Business Intelligence

Gathering information about customers, competitors, and markets in which we operate is a common business practice, but you must always do so with integrity. You may generally obtain information from public sources, surveys, and competitive research. Personal information shall not be obtained from third parties without confirming with Privacy. We do not seek business intelligence by illegal or unethical means. It is never appropriate to engage in theft, espionage, or breach of a non-disclosure agreement. If you obtain confidential nonpublic information, accidentally or provided by unknown sources, that relates to a competitor, it may be unethical to use the information. If this happens to you, immediately contact your manager, Legal, or Business Conduct.

## Trade Restrictions and Import/Export Controls

Many countries periodically impose restrictions on imports, exports, and other dealings with certain countries, persons, or groups. These can include the trading of commodities or technologies, travel to or from a sanctioned country, and investments. Certain laws also prohibit support of boycott activities. If your work involves the sale or shipment of products, technologies, or services across international borders, always consult Global Export and Sanctions Compliance before moving goods. For more information, see the Export Control and Sanctions Policy.

APL-GAELG_00000036

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction          Behaviors          Protecting Apple          Accountability          Integrity          Resources

## Private Employee Information

You should never share a coworker or prospective employee's personal information. This includes information regarding their employment history, personal contact information, compensation, health information, or performance and disciplinary matters. Any Legal or business need-to-know exceptions should be approved by your manager and Legal.

As an Apple employee, you should understand that subject to local laws and regulations and in accordance with Apple's review process, we may do one of the following when you access Apple's network or systems, or use any device, regardless of ownership, to conduct Apple business:

- Access, search, monitor, and archive all data and messages sent, accessed, viewed, or stored (including those from iCloud, Messages, or other personal accounts).
- Conduct physical, video, or electronic surveillance, search your workspace (e.g. file cabinets, desk drawers, and offices, even if locked), review phone records, or search any non-Apple property (e.g. backpacks, handbags) while on company premises.
- Disclose to law enforcement, without prior notice, any information discovered during a search that may indicate unlawful behavior

While limited personal use of Apple equipment and systems is allowed, Apple may monitor equipment and systems. You should not have any expectation about the privacy of content or personal information on Apple systems or networks, including VPN. To learn more, read our Information Security Policies and guidance on Personal Information Privacy on the People site, which explain Apple's rights and your rights when conducting Apple business or using Apple-provided equipment. For more information, contact the Privacy team.

## Human Trafficking

Apple is committed to treating everyone in our business and supply chain with dignity and respect, to upholding human rights across our global network of suppliers, and to protecting the planet we all share. Human trafficking and the use of involuntary labor are strictly prohibited in Apple's supply chain and our own business operations. If you become aware of human trafficking or behavior supporting human trafficking, you must report this activity to Business Conduct as soon as possible. Some Apple employees who interact with the U.S. government must abide by additional requirements set for government contractors. For more information, see the Anti-Human Trafficking Policy.

APL-GAELG_00000037

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Introduction          Behaviors          Protecting Apple          Accountability          Integrity          Resources

# Resources

Alcohol, Drugs, and Smoke-Free Environment Policy

Anti-Corruption Recruitment Policy

Anti-Corruption Policy

Anti-Human Trafficking Policy

Antitrust and Competition Law Policy

Apple Customer Privacy Policy

Apple Standards Legal Policy

Apple Supplier Code of Conduct

Charitable Contributions Finance Policy

Competition Law Team (email)

Copyright Policy

Copyright-Protected Content

Corporate Communications Team (email)

Corporate Identity Guidelines

Corporate Public Policy Advocacy

Employee Reference Guidelines

Export and Sanctions Compliance

Gifts to Public Officials Guidelines

Global Records & Information Management

Global Records & Information Management Team (email)

Global Security

Information Security Policy

Insider Trading Policy

Insider Training Team (email)

Investor Relations

Legal

Matching Gifts Program

Non-Disclosure Agreements

Open Source Policy

Patents Team (email)

Personal Relationships Policy

Political Compliance

Preventing the Facilitation of Tax Evasion Policy

Privacy Team (email)

Public Officials: Meal Limits by Country

Social Media and Online Communication Guidelines

Standards Legal Team (email)

Trade Compliance Resources

Trademark List

Travel Policy

Workplace Searches and Privacy

Workplace Violence Policy

Business Conduct Helpline

EthicsPoint External Helpline
(web form and telephone options):
apple.ethicspoint.com

External Helpline for China:
400-602-9612

APL-GAELG_00000038

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT C

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541
Misconduct and Discipline | People                                                           6/16/21, 10:52 AM

 **People**                        Browse        Search        Support     English    Corporate

# Misconduct and Discipline

==Employment at Apple is on an at-will basis==, which means that you may resign or have your employment terminated at any time, for any or no reason. ==Employees who don't exhibit appropriate workplace behavior, or who violate company policies, guidelines, or ethics, may be subject to discipline up to and including immediate termination of employment.==

Managers may use their discretion to determine the appropriate disciplinary measures for each situation, within Apple's established guidelines.

Disciplinary actions may include but aren't limited to:

- Verbal or written warning

- Suspension

- Change in position or removal of job responsibilities

- Termination of employment

If you don't agree with the resolution or the decision that is reached, you may appeal the decision through Apple's Decision Review Process.

## ==Conduct warranting immediate termination==

==Conduct that may warrant immediate termination of employment includes, but isn't limited to:==

### Policy violations

- ==Violating confidential, proprietary, and trade secret information obligations (including those stated in Apple's Intellectual Property Agreement)==

- Using Apple time, materials, facilities, equipment, or electronic resources for purposes unrelated to Apple business without your manager's express permission

- Accessing, downloading, or viewing inappropriate materials such as pornography

- Illegally downloading and/or distributing copyrighted material such as movies, music, software, or other media

- Engaging in activities or behaviors that violate Apple policies, including but not limited to Apple's Business Conduct Policy, Harassment, and Equal Employment Opportunity

- Insubordination

APL-GAELG_00000504

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Misconduct and Discipline | People                                                                           6/16/21, 10:52 AM

- Interfering or <mark>failing to cooperate with an investigation</mark>

## Safety and violence violations

- Committing any act of violence, participating in or encouraging a fight, or issuing threats

- Committing any act that violates safety rules or that might endanger the safety or lives of others

- Possessing firearms, explosives, or weapons of any kind on Apple premises or at Apple-sponsored events

## Criminal acts

- Destroying, damaging, defacing, sabotaging, or stealing Apple records, property (including intellectual property), tools, equipment, or the property of others on Apple premises or at Apple-sponsored events

- Manufacturing, distributing, dispensing, possessing, or using illegal or controlled substances without a prescription on Apple premises or at any offsite location where Apple business or Apple-sponsored events are being conducted

## <mark>Falsification or misrepresentation</mark>

- Falsifying company records, including but not limited to timecards and expense reports

- <mark>Making false statements or misrepresentations</mark> at the time of hire or promotion, during the course of your employment, or <mark>during an investigation</mark>

## Other violations

- Video or audio recording others without their prior consent. Apple may use recording or surveillance equipment for safety or security reasons

- Photography at any Apple facility or home office or during meetings at any location where Apple confidential information could be compromised

Was this page helpful?        ( Yes )   ( No )                    78 people found this page helpful.

# Need additional support? We're here to help.

APL-GAELG_00000505

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Misconduct and Discipline | People                                                                6/16/21, 10:52 AM



## Submit a question online

Send us your question  >



## Talk to a People Specialist

Estimated wait time: 5 to 10
minutes

| Redacted |

 People

| Your Information | Benefits Providers | Employee Resources | Sites & Tools | Discounts |
|---|---|---|---|---|
| myPage | Empower | Report a concern | Wellness | Product Savings |
| Pay Portal | Provider Directory | Employee Support | AppleWeb | The Source |
| Benefits Enrollment Tool | Cigna Global | Global Security | Careers at Apple | Concierge |
| Employment Verification | International SOS | How-To Library | Apple Travel | QPromo |
| Time Away Request | Sedgwick | Apple Start | Commute | HotAds |
| | E*TRADE | Apple University | IS&T | |
| | | Immigration | | |

**Connection**

Inclusion & Diversity

Employee Giving Portal

Employee Clubs

Copyright © 2021 Apple Inc. All rights reserved. The information presented on the People site is subject to conditions. Learn more

Feedback

APL-GAELG_00000506

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT D

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

 People    Browse    Search    Support   🇺🇸 English   Corporate ⌄

# Employee Use of Electronic Systems and Communications

Apple provides equipment, networks, and electronic systems (such as internet and intranet access, voicemail, email, instant messaging, and collaboration tools) to conduct Apple business. Personal use is permitted as long as such use is reasonable, doesn't interfere with normal business activities, affect your performance, or violate Apple policies, practices, or applicable local laws.

Generally, you should use Apple equipment to conduct Apple business. When using personal property (such as computers, data storage devices, or mobile devices) to conduct Apple business or to access its networks, Apple policies, including Workplace Searches and Privacy, apply to the extent allowed by local law.

Inappropriate use of Apple property or other assets may result in disciplinary action, up to and including termination of employment.

## Appropriate use

Examples of appropriate use of electronic systems and communications include, but are not limited to:

- Sending and receiving Apple business-related communications

- Participating in business and technology discussions

- Providing customer support

- Searching for business-related information on the Internet

- Sending or posting communications regarding company approved activities or events

## Inappropriate use

Examples of inappropriate use of electronic systems and communications include, but are not limited to:

- Violating your obligation regarding propriety, and trade secret information. This includes sending or posting Apple confidential materials outside of Apple, or to non-authorized Apple personnel

- Sending Apple confidential, proprietary, or trade secret information, including but not limited to employee, customer, or vendor data through unapproved third-party tools or services such as WhatsApp and WeChat

- Illegally downloading and/or distributing copyrighted material such as movies, music, software, or other media

- Copying electronic files without permission or in violation of

APL-GAELG_00002285

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

copyright laws and licensing agreements

- Engaging in illegal activities, for example, not following laws governing the import and export of technology, software, and data

- Engaging in activities or behaviors that violate Apple policies, including but not limited to Apple's Business Conduct, <u>Harassment</u>, and <u>Equal Employment Opportunity</u> policies.

- Accessing, downloading, or viewing inappropriate materials such as pornography

- Making threatening statements or encouraging any act of violence against a person, entity, or organization

- Soliciting or advertising for outside commercial products or services, religious or political causes, donations or contributions

- Using Apple equipment or electronic or network resources for personal or third-party gain unrelated to Apple business, including but not limited to installing cryptocurrency mining software or hosting a personal business web server in Apple's data center

- Video or audio recording others without their prior consent. Apple may use recording or surveillance equipment for safety or security reasons.

- Accessing any Apple or other organization's systems, networks, or servers without proper authorization

==Nothing in these guidelines should be interpreted as restricting your right to speak freely about your wages, hours, or working conditions.==

### Additional resources

For more information, refer to the list of departments and policies below or contact your People Business Partner.

<u>Business Conduct and Compliance</u>

<u>Global Security</u>

<u>Solicitation and Distribution</u>

<u>Information Security Policies</u>

<u>Personally Identifiable Information</u>

<u>Workplace Searches and Privacy</u>

**Published date: August 18, 2020**

Was this page helpful?        Yes        No        138 people found this page helpful.

# Need additional support? We're here to help.

APL-GAELG_00002286

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



## Submit a question online

[Send us your question ↗](#)



## Talk to a People Specialist

Estimated wait time: 5 to 10 minutes

| Redacted |
| --- |

 **People** ›

| Your Information | Benefits Providers | Employee Resources | Sites & Tools | Discounts |
| --- | --- | --- | --- | --- |
| myPage | Provider Directory | Report a concern | Wellness | Product Savings |
| Benefits Enrollment Tool | Cigna Global | Employee Support | AppleWeb | The Source |
| Time Away Request | International SOS | Global Security | Careers at Apple | Concierge |
| Managing My Info | Sedgwick | How-To Library | Apple Travel | QPromo |
| | E*TRADE | Apple Start | Commute | HotAds |
| | Empower | Apple University | IS&T | |

**Connection**

Inclusion & Diversity

Employee Giving Portal

Employee Clubs

Copyright © 2020 Apple Inc. All rights reserved. The information presented on the People site is subject to conditions. Learn more          Feedback

APL-GAELG_00002287

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT E

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



# Social Media and Online Communications

Most of us rely on online resources such as email, social media, blogs, and wikis to stay connected.

It's your decision whether or not to engage in these or other online communications. But keep in mind that Apple's policies and guidelines apply to any activities that affect your performance, the performance of other Apple employees, or Apple's business interests.

This is true even if you blog, tweet, write, post, comment, share visual or other media, or otherwise communicate online outside of work — even if you do not identify yourself as an Apple employee. So before you click or tap "send," keep these guidelines in mind:

- **Protect Apple's confidential information.** As we conduct business around the world, our competitive strategy requires us to keep Apple's intellectual property and proprietary information confidential. This includes non-public information such as the timing, pricing, and design of Apple products; Apple's overall business performance; and the layout of our stores (including back-of-house areas, which contain competitive business operations information, customer data, sales targets, and other proprietary information).

  All Apple employees have an obligation to protect this information. Doing so respects the significant amount of time and energy Apple puts into introducing our customers to new products and new retail stores. For more information on confidentiality, see the Intellectual Property Agreement you signed when you were hired. You can also learn more about protecting Apple's assets and confidential information in Apple's Business Conduct Policy.

- **Respect our customers.** Our customers give us their private information with the expectation that we will treat it with the utmost sensitivity. Do not use this information for personal gain, or as a way to contact them for social reasons. Customers deserve the same respect online as they do when they visit our stores. Do not discuss or make comments online about customers under any circumstances.

- **Be polite.** We want you to be yourself, but you should also be respectful in posts, tweets, and other online communications. Do not use vulgar, intimidating, discriminating, or harassing language. Apple is a global organization whose employees and customers come from different backgrounds and may have different values and points of view. Keep Apple's Harassment policies in mind when considering what you post online. For more

APL-GAELG_00002296

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

information, refer to Apple's Business Conduct Policy.

We think Apple is a great place to work and we want to keep it that way, so if you have any questions or concerns, please talk with your manager or the People team, or call People Support or Business Conduct Helpline.

==Nothing in these guidelines should be interpreted as restricting your right to speak freely about your wages, hours, or working conditions.==

Popular next steps:

Business Conduct Policy

APL-GAELG_00002297

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT F

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Date:        February 28, 2018

To:          Comparator 01                                    Employee ID: 22511
From:        Jon Andrews, Senior Director
Re:          Termination of employment

---

In February 2018, Apple became concerned that you may have engaged in inappropriate workplace behavior, including, but not limited to, violating Apple policy(s) on confidentiality. Accordingly, Apple conducted an investigation. On February 27, 2018, you were suspended (with full pay and benefits) while Apple continued the investigation.

Based on all the information reviewed, Apple has determined that you engaged in conduct that warrants termination of employment. Specifically, you admitted to leaking Apple confidential information to a reporter. Disclosing Apple confidential information is a violation of Apple policy. Therefore, your employment with Apple will be terminated effective March 2, 2018. You will be relieved of all work duties effective immediately. Red Redact, your Human Resources representative, will assist you in exiting Apple.

Although your pay and most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current health care coverage. Information about your benefits continuation options will be mailed to your home approximately two weeks after your termination date. In addition, within 30 days of your termination date, you will receive a separate COBRA packet explaining your options for continuing healthcare coverage. Contact Apple's HR HelpLine at hrh [Redacted] or [Redacted] if your address has or will change.

If you have information that indicates the decision to terminate your employment was not made in accordance with Apple policy or if you have new information that you believe would alter this decision, you may request a review per Apple's Decision Review policy. Your request for a Decision Review must be received within two months of your termination date. To request a Decision Review or get more information about the process, contact the HR HelpLine at [Redacted] or hrh [Redacted].

cc:        Master Personnel File

Enclosures: Unemployment Insurance Brochure - CA, When Benefits End Brochure

*J J Andrews.*

*Jon Andrews*

Apple Need to Know Confidential

APL-GAELG_00004019

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT G

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



| Date: | **June 12, 2025** | |
|---|---|---|
| To: | Comparator 02 | Employee ID**: 720721** |
| From: | **Sergey Tatarchuk** | |
| | **Software Development Engineering Manager** | |
| Re: | Termination of employment | |

_____

On **April 4, 2025,** Apple became concerned that you may have engaged in inappropriate workplace behavior, including, but not limited to not protecting confidential Apple information resulting in leaks of iOS 19 features violating Apple's Business Conduct Policy – Protecting Apple.

Based on all the information reviewed, Apple has determined that you engaged in conduct that warrants termination of employment, including, but not limited to violation of Apple's Business Conduct Policy – Protecting Apple (Confidential Information). Therefore, your employment with Apple will be terminated effective **June 20, 2025.**

Your final pay that includes regular pay through your termination date, all accrued unused vacation pay and any ESPP contributions made in the current period will be sent to you by Payroll via your normal payment method.

If you have information that indicates the decision to terminate your employment was not made in accordance with Apple policy or if you have new information that you believe would alter this decision, you may request a review per Apple's Decision Review process. Your request for a Decision Review must be received within two months of your termination date. To request a Decision Review or get more information about the process, contact People Support at Redacted

As a reminder, your obligations under the Intellectual Property Agreement ("IPA") continue even after your employment with Apple ends. If you need a copy of your signed IPA please contact People Support at Redacted .

Although your pay and most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current health care coverage.
A general information packet will be mailed to your home within two weeks of the date your employment or coverage ends. You will also receive a COBRA packet from Apple's COBRA vendor, typically within two weeks (but not longer than 44 days) of your employment end date, that contains time-critical information and explains your options for continuing healthcare coverage. Contact People Support at Redacted if your address has changed or will change.

**encl:**     **Unemployment Insurance Brochure, When Benefits End brochure**

**CC:**     **Personnel File**

Rev. Nov 2021

APL-GAELG_00004020

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT H

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Date:     **September 22, 2025**

To:     | Comparator 03 |                                    Employee ID**: 51893**
From:     **Darin Adler**
     **VP, Software Engineering**
Re:     Termination of employment

_____

On **August 14, 2025,** Apple became concerned that you may have engaged in inappropriate workplace behavior, specifically, you failed to protect confidential Apple information by disclosing non-public information regarding unreleased products, as well as Apple earnings information prior to its public release. This conduct represents serious violations of multiple Apple policies, including, but not limited to, Apple's Business Conduct Policy – Protecting Apple, Apple's Intellectual Property Agreement, and Apple's Insider Trading Policy.

After a thorough review of all available information, Apple has concluded that your actions constitute misconduct warranting termination of employment for violation of Apple's Insider Trading, Business Conduct and Intellectual Property Agreement policies. Accordingly, your employment with Apple will be terminated effective **September 22, 2025.**

Your final pay that includes regular pay through your termination date, all accrued unused vacation pay and any ESPP contributions made in the current period will be sent to you by Payroll via your normal payment method.

If you have information that indicates the decision to terminate your employment was not made in accordance with Apple policy or if you have new information that you believe would alter this decision, you may request a review per Apple's Decision Review process. Your request for a Decision Review must be received within two months of your termination date. To request a Decision Review or get more information about the process, contact People Support at | Redacted |

As a reminder, your obligations under the Intellectual Property Agreement ("IPA") continue even after your employment with Apple ends. If you need a copy of your signed IPA please contact People Support at
| Redacted |

Although your pay and most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current health care coverage.
A general information packet will be mailed to your home within two weeks of the date your employment or coverage ends. You will also receive a COBRA packet from Apple's COBRA vendor, typically within two weeks (but not longer than 44 days) of your employment end date, that contains time-critical information and explains your options for continuing healthcare coverage. Contact People Support at | Redacted | if your address has changed or will change.

Rev. Nov 2021

APL-GAELG_00004021

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT I

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



Date:        10/15/2025

To:        Comparator 04                                  Employee ID:  495549
From:      Stacie Sherwood
           Director
Re:        Termination of employment

_____

On August 19th, Apple became concerned that you may have engaged in inappropriate workplace behavior, including, but not limited to violating Apple policies. Accordingly, Apple conducted an investigation. On August 22nd, you were placed on Paid Admin Leave (with full pay and benefits) while Apple conducted an investigation.

Based on all the information reviewed, Apple has determined that you engaged in conduct that warrants termination of employment, including, but not limited to violation of Apple's Business Conduct Policy: Judgement and Global Securities's Guidelines for Securing your Workplace: Remote/Home. Specifically you took sensitive materials, related to an Ultra project, home without approval. While working with these materials at home you did so in an open environment and did not implement Global Securities Guidelines for Securing your Workplace. Therefore, your employment with Apple will be terminated effective 10/22/2025.

Your final pay that includes regular pay through your termination date, all accrued unused vacation pay and any ESPP contributions made in the current period will be sent to you by Payroll via your normal payment method.

If you have information that indicates the decision to terminate your employment was not made in accordance with Apple policy or if you have new information that you believe would alter this decision, you may request a review per Apple's Decision Review process. Your request for a Decision Review must be received within two months of your termination date. To request a Decision Review or get more information about the process, contact People Support at   Redacted   .

As a reminder, your obligations under the Intellectual Property Agreement ("IPA") continue even after your employment with Apple ends. If you need a copy of your signed IPA please contact People Support at
   Redacted

Although your pay and most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current health care coverage.  A general information packet will be mailed to your home within two weeks of the date your employment or coverage ends. If you timely elect to enroll in COBRA and pay any applicable premiums, then your healthcare coverage will be retroactively effective to the day after your Apple coverage ended. You will also receive a COBRA packet from Apple's COBRA vendor, typically within two weeks (but not longer than 44 days) of your employment end date, that contains time-critical information and explains your options for continuing healthcare coverage. Contact People Support at
   Redacted   if your address has changed or will change.


encl:     Unemployment Insurance Brochure

          When Benefits End brochure

CC:       Personnel File


Rev. January 2025

APL-GAELG_00004022

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT J

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

TERMINATION LETTER
Sent via email



Date:    Tuesday June 29, 2021

To:

Comparator 05

Employee ID: 6222554

Re:    Termination of Employment

Dear Comparator 05

Recently, Apple became concerned that you may have engaged in inappropriate workplace behaviour, including, but not limited to, violating Apple policy. Accordingly, Apple conducted an investigation.

Following an investigation conversation on March 4, 2021 with Global Security and Apple Employee Relations and further review of relevant documents and information, we have determined that your actions warrant immediate "for cause" termination of employment.

Apple Inc. will pay all outstanding accrued wages and vacation pay up to the date of termination. All payments will be subject to deductions required by law.  Please ensure that you have returned all Apple property that you are in possession of or are responsible for.

Please note that your benefits coverage will cease after today, Tuesday, June 29, 2021. If you have any payroll, benefits, employee stock purchase plan or RSP questions, please contact Apple's People Support Line at [ Redacted ]

A Record of Employment (ROE) will be sent electronically to Service Canada after your last regular payroll cheque is paid to you. If you require a copy of your ROE for your own records you will be able to access it on the Service Canada website at [ Redacted ] [ Redacted ] In order to view or access your ROE you must create an account, once your account is created you will receive a password to access your account.

Sincerely,

Marc Johnston
Senior Product Quality Manager
Apple Inc.

*Original to Canada People Records*                          *Copies to: Manager/Employee*

APL-GAELG_00004023

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT K

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



Date:        December 8, 2020

To:          [ Comparator 06 ]                    Employee ID:   590232

From:        Paul Glendenning
             Manager, Software Development Engineering

Re:          Termination of employment

--------------------------------------------------------------------------------------------------------------------------------

On October 19, 2020, Global Security became concerned that you may have engaged in inappropriate workplace behavior, including, but not limited to violating Apple policy(s).  Accordingly, Apple conducted an investigation.

Based on all the information reviewed, Apple has determined that you engaged in conduct that warrants termination of employment, including, but not limited to violation of Apple's Misconduct and Discipline and Business Conduct policies.  Therefore, your employment with Apple will be terminated effective December 11, 2020.

You will receive your final pay on December 11, 2020.  It will include your regular pay through your termination date, all accrued unused vacation pay and any ESPP contributions made in the current period.  Although your pay and most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current health care coverage.  Please see special instructions regarding your opportunity to receive two months of Apple paid Cobra benefits. Information about your benefits continuation options will be mailed to your home approximately two weeks after your termination date.  In addition, within 30 days of your termination date, you will receive a separate COBRA packet explaining your options for continuing healthcare coverage.  Contact Apple's People Support at peo[ Redacted ] if your address has or will change.

If you have information that indicates the decision to terminate your employment was not made in accordance with Apple policy or if you have new information that you believe would alter this decision, you may request a review per Apple's Decision Review policy.  Your request for a Decision Review must be received within two months of your termination date.  To request a Decision Review or get more information about the process, contact People Support at [ Redacted ] or peo[ Redacted ].

Apple Need to Know Confidential

APL-GAELG_00004024

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT L

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



Date:        November 6, 2020

To:          | Comparator 07 |                                    Employee ID:  505751
From:        Manjit Walia
             Systems Design Manager
Re:          Termination of employment

_____

On October 5, 2020 **,** Apple became concerned that you may have engaged in inappropriate workplace behavior, including but not limited to, violating Apple policy(s).  On October 5, 2020 you were suspended (with full pay and benefits) while Apple conducted an investigation.

Based on all the information reviewed, Apple has determined that you engaged in ==conduct that warrants termination of employment, including, but not limited to, violation of Apple's Business Conduct and Global Security policies.== Therefore, your employment with Apple will be terminated effective November 11, 2020.

Although your pay and most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current health care coverage.  Information about your benefits continuation options will be mailed to your home approximately two weeks after your termination date.  In addition, within 30 days of your termination date, you will receive a separate COBRA packet explaining your options for continuing healthcare coverage.  Contact Apple's People Support at peo| Redacted | if your address has or will change.

If you have information that indicates the decision to terminate your employment was not made in accordance with Apple policy or if you have new information that you believe would alter this decision, you may request a review per Apple's Decision Review policy.  Your request for a Decision Review must be received within two months of your termination date.  To request a Decision Review or get more information about the process, contact People Support at | Redacted | or peo| Redacted |

As a reminder, your obligations under the Intellectual Property Agreement ("IPA") continue even after your employment with Apple ends.  This includes, but is not limited, the obligation to not disclose Apple's confidential or proprietary information such as unreleased product information, new product schedules, budgets, marketing plans, organization charts, customer lists, personnel information, vendor contacts, etc.  If you need a copy of your signed IPA please contact People Support at | Redacted | or peo| Redacted |.

cc:          Master Personnel File (send to peo| Redacted |)

Apple Need to Know Confidential                                                          Rev.  07/2019

APL-GAELG_00004025

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT M

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



Date:        July 21, 2020

To:          | Comparator 08 |                                Employee ID**:** 264465
From:        Vaneet Pathak
             Systems Design Manager 3, Product Integrity

Re:          Termination of Employment

--------------------------------------------------------------------------------------------------------------------------------

In recent months**,** Apple became concerned that you may have engaged in inappropriate workplace behavior, including but not limited to, violating Apply policy(s).  Accordingly, Apple conducted an investigation.

Based on all the information reviewed, Apple has determined that you engaged in conduct that warrants termination of employment, including, but not limited to, violation of confidentiality obligations under Apple's Intellectual Property Agreement (signed 12/2013) and multiple Apple policies, including, but not limited to, Apple's Business Conduct and Misconduct policies. Therefore, your employment with Apple will be terminated effective July 24, 2020.

Your final paycheck includes regular pay through your termination date. All accrued unused vacation pay and any ESPP contributions made in the current period will be sent to you as a direct deposit from Payroll after the close of the current pay period.  Although your pay and most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current health care coverage. Information about your benefit continuation options will be mailed to your home approximately two weeks after your termination date.  In addition, within 30 days of your termination date, you will receive a separate COBRA packet explaining your options for continuing healthcare coverage.  To receive the information without delay, contact Apple's People Support Team at peo| Redacted | or | Redacted | if your address has or will change.

If you have information that indicates the decision to terminate your employment was not made in accordance with Apple policy or if you have new information that you believe would alter this decision, you may request a review per Apple's Decision Review policy.  Your request for a Decision Review must be received within two months of your termination date.  To request a Decision Review or get more information about the process, contact the People Support Team at | Redacted | or peo| Redacted |.

cc:        Master Personnel File

APL-GAELG_00004026

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT N

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



Date:        September 27, 2019

To:          | Comparator 09 |                          Employee ID: 532752
From:        Cristobal Baray
             Manager, Software Engineering
Re:          Termination of employment

-------------------------------------------------------------------------------------------------------------

On September 12, 2019, Apple became concerned that you may have engaged in inappropriate workplace behavior, including but not limited to violating Apple policy(s).  On September 12, 2019, you were suspended (with full pay and benefits) while Apple conducted an investigation.

Based on all the information reviewed, Apple has determined that you engaged in conduct that warrants termination of employment, including, but not limited to demonstrating poor judgment and violation of Apple's Business Conduct and Misconduct and Discipline policies.  Therefore, your employment with Apple will be terminated effective October 2, 2019.

Your final paycheck that includes regular pay through your termination date, all accrued unused vacation pay and any ESPP contributions made in the current period will be paid as a direct deposit on your termination date.  Although your pay and most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current health care coverage.  Information about your benefits continuation options will be mailed to your home approximately two weeks after your termination date.  In addition, within 30 days of your termination date, you will receive a separate COBRA packet explaining your options for continuing healthcare coverage.  Contact Apple's People Support at peo[ Redacted ]or [ Redacted ] if your address has or will change.

If you have information that indicates the decision to terminate your employment was not made in accordance with Apple policy or if you have new information that you believe would alter this decision, you may request a review per Apple's Decision Review policy.  Your request for a Decision Review must be received within two months of your termination date.  To request a Decision Review or get more information about the process, contact People Support at [ Redacted ] or peo[ Redacted ].

As a reminder, your obligations under the Intellectual Property Agreement ("IPA") continue even after your employment with Apple ends.  This includes, but is not limited, the obligation to not disclose Apple's confidential or proprietary information such as unreleased product information, new product schedules, budgets, marketing plans, organization charts, customer lists, personnel information, vendor contacts, etc.  If you need a copy of your signed IPA please contact People Support at [ Redacted ]or peo[ Redacted ].

cc:          Master Personnel File (send to peo[ Redacted ])

encl:        Unemployment Insurance Brochure
             Final paycheck paid by direct deposit on termination effective date

APL-GAELG_00004027

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT O

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Date:    December 21, 2018

To: | Comparator 10 |  Employee ID: 153515

From:    Colleen Schellenberg
         Market Leader
         Chinook Centre
         Calgary, AB
         Apple Canada Inc.

Re:      Termination of Employment

---

Dear| Comparator 10 |

Further to our discussions, your employment with Apple Canada will cease as of February 16, 2018. This letter confirms the details of the termination of your employment. In acknowledgement of your service and in accordance with the terms of your Employment Agreement dated July 9, 2010, we are providing you with the following separation package:

1.   Statutory Notice Period

Your statutory notice period will run from December 22, 2018 until February 16, 2019 when your employment with Apple Canada will be terminated. You will continue to receive your usual salary during this period on regular payroll dates. You will not, however, be required to report to work. As you will not be required to report to work we would appreciate the return of any keys, Apple badge or property that you may have. Please note that should you have any expenses, those must be completed and submitted within two weeks of the date of this letter.

A Record of Employment (ROE) will be sent electronically to Service Canada after your last regular payroll cheque is paid to you. If you require a copy of your ROE for your own records you will be able to access it on the Service Canada website at http://www.servicecanada.gc.ca/eng/online/mysca.shtml. In order to view or access your ROE you must create an account, once your account is created you will receive a password to access your account.

2.   Severance Offer

Apple Canada is also prepared to offer you an additional severance payment, whereby within 5 business days of your termination date, you will receive a lump sum payment equivalent to forty (40) weeks pay, subject to statutory withholdings.

Items 1 and 2 above include any notice and severance requirements under the Alberta Employment Standards Code and your Employment Agreement.

3.   Benefits

Apple will maintain premiums for your eligible medical and dental benefits until February 16, 2019. If you obtain other employment, become self-employed, or otherwise become eligible for benefits other than through Apple, we ask that you advise us of that event so that we may discontinue your benefits.

Medical and Dental Insurance may additionally have conversion privileges. Most often, terminated employees have 60 days from when their group insurance ends. To find out more, go to the Desjardins Plan member Website, under Tools and Resources click on "end of employment or retirement," and follow the steps to enrol with Health Track Insurance.

Original to Records: Canada HR Records                    Copies to: Manager, Employee

APL-GAELG_00004029

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

Basic Life Insurance and Optional Life Insurance may also have conversion privileges. Most often, terminated employees have 31 days from their termination date to convert their life insurance. If you would like to consider this option please contact the HR Helpline at [ Redacted ]

If you have any payroll, employee stock purchase or RSU questions, please contact our payroll department by calling our HR Helpline at [ Redacted ] For any questions regarding existing RRSP's with Manulife please contact them directly at [ Redacted ].

We remind you that ComPsych, Apple's provider for the Employee Assistance Program can provide you with any confidential counselling or other transitional support that you may require for the period up to February 16, 2019. You can reach ComPsych at [ Redacted ]

4.  Conditions

(a)  It shall be a condition of Apple Canada's obligations to provide the severance arrangements described in item(s) 2 above, and the continuation of benefits from your termination date through February 16, 2019 described in 3 above, that you execute a copy of the enclosed Final Release & Indemnity, and that all of the terms of your severance arrangements be held in the strictest of confidence by you, to be disclosed only to your professional and financial advisors, immediate family members, and as may be required by law.

(b)  It shall be a further condition of Apple Canada's obligations to provide the severance arrangements described herein that you agree you will not, at any time, disclose to anyone, in any manner, any of the confidential or proprietary information of Apple. You will also return to Apple Canada, all of the records and copies of records dealing with the operations and activities of Apple in your possession, and all company owned property, including but not limited to computer equipment, literature, files, credit cards, or other Apple Canada property you may have in your office, at home, or elsewhere.

(c)  Apple Canada will pay all outstanding accrued vacation pay up to the date of termination.

(d)  All payments will be subject to deductions required by law.

(e)  Regardless of your decision regarding acceptance of the arrangements set out above, Apple Canada will provide you a letter confirming your employment. Please direct any requests for such a letter to the HR HelpLine.

We urge you to carefully read and consider this document, including the enclosed Final Release & Indemnity, and seek independent legal advice. Please indicate your acceptance of this offer by signing and returning the Final Release & Indemnity to [ Redacted ], Employee Relations, by 5pm MDT Friday January 4, 2019. You may contact [ Redacted ]

Yours truly,

Colleen Schellenberg
Market Leader
Apple Canada Inc

Original to Records: Canada HR Records          Copies to: Manager, Employee

APL-GAELG_00004030

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT P

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



Date:        August 16, 2018

To:          | Comparator 11 |                                    Employee ID:  74074
From:        Gustavo Chaurais
Re:          Termination of employment

-----------------------------------------------------------------------------------------------------------------------------------------

On July 10, 2018, Apple became concerned that you may have engaged in inappropriate workplace behavior, including, but not limited to, violating Apple policy(s).  Accordingly, Apple conducted an investigation.

Based on all the information reviewed, Apple has determined that you engaged in conduct that warrants termination of employment, including, but not limited to violation of the Misconduct & Discipline policy and Business Conduct policy.  Therefore, your employment with Apple will be terminated effective August 16, 2018.

Although your pay and most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current health care coverage.  Information about your benefits continuation options will be mailed to your home approximately two weeks after your termination date.  In addition, within 30 days of your termination date, you will receive a separate COBRA packet explaining your options for continuing healthcare coverage.  Contact Apple's HR HelpLine at hrh | Redacted | or | Redacted | if your address has or will change.

If you have information that indicates the decision to terminate your employment was not made in accordance with Apple policy or if you have new information that you believe would alter this decision, you may request a review per Apple's Decision Review policy.  Your request for a Decision Review must be received within two months of your termination date.  To request a Decision Review or get more information about the process, contact the HR HelpLine at | Redacted | or hrh | Redacted |


cc:       Master Personnel File


**encl:**    **[Unemployment Insurance Brochure - CA]**
          **[Final paycheck - CA only]**

Apple Need to Know Confidential                                                      Rev.  09/2016

APL-GAELG_00004031

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT Q

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



Date:        August 18, 2017

To:        Comparator 12                              Employee ID:  304207

From:      Anush Nadathur
           Software Engineering Manager
Re:        Termination of employment

---------------------------------------------------------------------------------------------------------------------------------------------------

On July 3, 2017 Apple became concerned that you may have engaged in inappropriate workplace behavior, including but not limited to, violating Apply policy(s).  Accordingly, Apple conducted an investigation.

Based on all the information reviewed, Apple has determined that you engaged in conduct that warrants termination of employment, including, but not limited to, violation of Apple's Business Conduct, and Misconduct and Discipline policies.  Therefore, your employment with Apple will be terminated effective August 23, 2017.

Your final paycheck that includes regular pay through your termination date, all accrued unused vacation pay and any ESPP contributions made in the current period will be paid as a direct deposit on your termination date. Although your pay and most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current health care coverage.  Information about your benefits continuation options will be mailed to your home approximately two weeks after your termination date. In addition, within 30 days of your termination date, you will receive a separate COBRA packet explaining your options for continuing healthcare coverage.  Contact Apple's HR HelpLine at hrh[Redacted], or [Redacted] if your address has or will change.

If you have information that indicates the decision to terminate your employment was not made in accordance with Apple policy or if you have new information that you believe would alter this decision, you may request a review per Apple's Decision Review policy.  Your request for a Decision Review must be received within two months of your termination date.  To request a Decision Review or get more information about the process, contact the HR HelpLine at [Redacted] or hrh[Redacted].

cc:        Master Personnel File
           Kelley Carlon, Employee Relations Business Partner


encl:      Unemployment Insurance Brochure
           Final paycheck paid as direct deposit on termination date

APL-GAELG_00004032

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

# EXHIBIT R

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541



Date:        8/3/16


To:          | Comparator 13 |                                          Employee ID:  249324
From:        Andrew Liu, Manager
Re:          Termination of employment

------------------------------------------------------------------------------------------------------------------------------------

On July 22, 2016, Apple became concerned that you may have engaged in inappropriate workplace behavior, including, but not limited to, violating Apple policy(s).  Accordingly, Apple conducted an investigation.

Based on all the information reviewed, Apple has determined that you engaged in conduct that warrants termination of employment, including, but not limited to, violation of Apple's Business Conduct policy. Therefore, your employment with Apple will be terminated effective August 8, 2016.  Annie Classick, your Human Resources representative, will assist you in exiting Apple.

Your final paycheck that includes regular pay through your termination date, all accrued unused vacation pay and any ESPP contributions made in the current period will be paid to you via direct deposit. Although your pay and most of your benefits will end on your last day of employment, you may have the option of continuing some of your benefit plans, including your current health care coverage.  Information about your benefits continuation options will be mailed to your home approximately two weeks after your termination date.  In addition, within 30 days of your termination date, you will receive a separate COBRA packet explaining your options for continuing healthcare coverage.  To receive the information without delay, contact Apple's HR HelpLine at hrh| Redacted | or | Redacted | if your address has or will change.

If you believe the decision to terminate your employment was not made in accordance with Apple policy or if you have additional information that you believe would alter this decision, you may request a review per Apple's Decision Review Policy.  Your request for a Decision Review must be received within two months of your termination date.  To request a Decision Review or get more information about the process, please contact the HR HelpLine at | Redacted | or hrh | Redacted |


cc:      Master Personnel File
         Victor Cousins


Apple Need to Know Confidential

APL-GAELG_00004033

Docusign Envelope ID: FBC6D4C3-806F-8834-81FA-7AD50572E541

encl:    Unemployment Insurance Brochure

Apple Need to Know Confidential

APL-GAELG_00004034