Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>          Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 23-cv-4597-EMC<br><br>**DECLARATION OF EKELEMCHI OKPO IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PRELIMINARY INJUNCTION**<br><br>Date:     June 11, 2026<br>Time:    1:30 p.m.<br>Dept:    Courtroom 5, 17th Floor<br>Judge:   Honorable Edward M. Chen |

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

I, Ekelemchi Okpo, declare as follows:

1.    I am currently a Labor Relations Business Partner with Apple Inc. I have been employed by Apple since October 2020. I submit this declaration in support of Apple's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment and Preliminary Injunction. I know the facts set forth in this declaration to be true of my own personal knowledge and/or my review of documents maintained and relied upon by Apple in the regular course of business and to which I have access in the regular course of my job duties. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.    After receiving a bachelor's degree in political science, I obtained a law degree from Michigan State University in 2015 and I am a licensed attorney, though I am not counsel for Apple. While in law school, I took employment law classes and attended a dispute resolution clinic focused on labor issues. I actively attend webinars regarding the current landscape of labor and employment law, including those hosted by law firms, and review articles on the same topics. I have been working in the Labor and Employee Relations space for a decade, and I am familiar with employment issues and workplace investigations.

3.    Before joining Apple in 2020, I spent four years working at General Motors and Bridgestone Americas in Labor and Employee Relations. At both of these companies, my job responsibilities included conducting employment investigations.

4.    From October 2020 through August 2022, I worked as an Employee Relations ("ER") Business Partner at Apple. In my role as an ER Business Partner, I was responsible for investigating employee concerns, including those regarding retaliation, harassment, and discrimination. In some instances, such as my investigation into Ms. Gjovik's concerns, I conducted the investigations after I was directed to do so by Apple's attorneys and at their direction throughout the investigation.

5.    A true and correct copy of an email I received from Ms. Gjovik on July 28, 2021 is attached as **Exhibit A**. In that email, Ms. Gjovik wrote: "I am requesting a long term solution … First, a new role at Apple that is not a hostile work environment and not in unsafe work conditions (and I mentioned that because I will not be at Apple after Dec 31 2022, I cannot find a new role to

OKPO DECL. ISO OF APPLE'S MSJ &
OPP. TO PL.'S MSJ & & PI
[ 23-CV-4597-EMC]

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

transfer to for such a short period of time, so I need your assistance with placement). The 2nd option is an exit package that will compensate me and provide benefits through that time."

6.    After sending this email, Ms. Gjovik and I spoke about her desire not to interact with her managers while I investigated her concerns.

7.    A true and correct copy of an email thread with emails I sent to Ms. Gjovik on August 4 and August 5, 2021 is attached as **Exhibit B**. I am informed and believe that this email was also used as Exhibit 24 at Ms. Gjovik's deposition in this matter. In the August 5 email, I wrote: "If you would like to return to work and not remain on administrative leave as you requested we can make those arrangements."

8.    A true and correct copy of an email thread containing an email I sent to Ms. Gjovik on August 23, 2021 is attached as **Exhibit C**. I am informed and believe that this email was also used as Exhibit 26 at Ms. Gjovik's deposition in this matter. In the August 23 email, I wrote: "Regarding the leave, you requested to be on paid leave while I investigate your concerns. If you'd like to return to work we can make those arrangements."

9.    Ms. Gjovik never responded to my August 5, 2021 or August 23, 2021 emails to request to return to work.

I certify under penalty of perjury and pursuant to the laws of the United States that the foregoing is true and correct.

Executed May 6, 2026 in Austin, Texas.

*Ekelemchi Okpo*

_____

Ekelemchi Okpo

OKPO DECL. ISO OF APPLE'S MSJ &
OPP. TO PL.'S MSJ & & PI
[ 23-CV-4597-EMC]

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

# EXHIBIT A

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

**Subject:** Ashley:Ekelemchi - Notes
**From:** "Ashley Gjovik" [Redacted]
**Received(Date):** Wed, 28 Jul 2021 04:02:34 +0000
**To:** "Ekelemchi Okpo" [Redacted]
**Cc:** "Antonio Lagares (ER)" [Redacted]
**Date:** Wed, 28 Jul 2021 04:02:34 +0000

Hi Ekelemchi!

It was great to talk to you again today. I'm capturing our outstanding actions below.

Also as mentioned, I'm still looking for a short-term response to mitigate the current hostile work environment I'm experiencing reporting to Dave and Dan and Helen. I've asked several times now, including today, that all 1:1s with them be in writing only, during the duration of this investigation. I also asked that there not be any new projects added to my workload during the duration of this investigation, and this is especially important now that my manager decided to substantially increase the amount of work I need to do beyond what a single role is capable of, and all unfavorable work. I would like for him not to add any new work beyond what I had a month ago. I do see his current actions with this workload as retaliation and a negative employment action. Also, as I've mentioned, I am actively suffering emotional harm as I'm continued to be exposed to their behavior. I look forward to hearing about next steps on this.

Further, as mentioned previously and on going, I am requesting a long term solution to the hostile work environment and unsafe work conditions. At this point it is clear my team will not stop the sexism, harassment, discrimination, and retaliation — so I need to be removed from this situation. As mentioned, I refuse to quit or to take medical leave as a response to the hostility; this is on Apple ER to resolve, not for me to hide from. There are two options we've discussed. First, a new role at Apple that is not a hostile work environment and not in unsafe work conditions (and I mentioned that because I will not be at Apple after Dec 31 2022, I cannot find a new role to transfer to for such a short period of time, so I need your assistance with placement). The 2nd option is an exit package that will compensate me and provide benefits through that time. As mentioned this would only be a payment & exit to mitigate the current hostile work environment and unsafe work conditions and would not include any litigation/arbitration waiver agreements nor any non-disclosure agreements beyond what I've already signed as an employee. Any further contractual agreements beyond what I've already signed would need to be reviewed by my team of lawyers and the compensation for each would need to be negotiated by each new specific requirement.

Here's our outstanding to dos. See you tomorrow!

**Ashley's To Dos**

• Gather [Redacted] emails for tomorrow's meeting

APL-GAELG_00001053

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

- Add the actual emails with metadata for 2016- Product Defect Whistleblowing & 2016 - Retaliation and Constructive Termination #2 files

**Ekelemchi To Dos**

- Set up follow up meeting tomorrow — please set up for after 11am so I have time tomorrow morning to look for all the [Redact] emails.

  **7/28 To Do, Remaining Folders:** [Redacted]

  - 2017-21 Sexist Culture in PSQ

  - 2018 - Hostile Work Env

  - 2018-21 Sexual Comments

  - 2019-2021 Failure to address Hostile work env

  - 2019-2021 Hostile work env

  - 2021 - Retaliation, IIED, Constructive Termination #3

  **Cast of Characters and Complaints for 2017+**

  - Dan West: Sexism, Hostile Work Env, Failure to Resolve Hostile Work Env, Retaliation; failure to report work place injuries

  - David Powers: Sexism, Hostile Work Env, Failure to Resolve Hostile Work Env, Retaliation, Labor Code violations (unsafe work conditions; failure to respond to complaints about unsafe work conditions); ADA & FMLA violations

  - [Redacted] Sexism, Hostile Work Env

  - Helen Polkes: Retaliation, Failure to Address Hostile Work Env, ADA violations; failure to respond to complaints about unsafe work conditions

  - [Redacted] Casual sexism

  - [Redacted] : Casual sexism or equal opportunity a-hole, TBD

    **Ashley:Ekelemchi**

    Scheduled: Jul 27, 2021 at 4:30 PM to 6:00 PM, CDT

    Location: Virtual Conference One-Time Room

    Invitees: Ashley Gjovik, Ekelemchi Okpo

APL-GAELG_00001054

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

----( Virtual Conference One-Time Room )----

[One-Time Room]

—

**Ashley M. Gjøvik**

Engineering Program Manager

* Mac Systems Quality Strategic Planning & Communications

* Product Systems Quality Internal Communications; Employee Engagement; Inclusion, Equity, & Diversity

** [ Redacted ]

APL-GAELG_00001055

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

# EXHIBIT B

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF



ASHLEY MARIE GJOVIK
12/16/2025
JULIE L. ANDERSON, CSR 11422
**Exhibit 24**

**From:** **Ashley Gjøvik**    Redacted
**Subject:** Fwd: Apple Confidential: Next Steps
**Date:** August 5, 2021 at 2:02 PM
**To:** Ashley Gjovik    Redacted

Sent from my iPhone

Begin forwarded message:

**From:** Ekelemchi Okpo <    Redacted    >
**Date:** August 5, 2021 at 9:38:39 AM PDT
**To:** Ashley Gjovik    Redacted    >
**Subject: Re: Apple Confidential: Next Steps**

Ashley,

I'm disappointed about you misrepresenting our discussion.  As we discussed, and I confirmed in my follow up email, you requested and Apple agreed, to have you on paid administrative leave while I look into your concerns so that you can remain out of the workplace while the investigation continues.  We did not discuss you being on an indefinite leave.

To preserve the integrity of the investigation I requested, but did not require, that you refrain from sharing the content of our communications. As I shared, this is done in order to preserve the integrity of my investigation and to protect the privacy of your co-workers and those whom you've identified as witnesses. I did not imply, nor did we ever discuss, the removal of your access to Slack.

If you would like to return to work and not remain on administrative leave as you requested we can make those arrangements.  I'll be in touch with you soon about the investigation.

 
Best,

Ekelemchi Okpo
Corporate Employee Relations
        Redacted

This email and any attachments may be privileged and may contain confidential information intended only for the recipient(s) named above. Any other distribution, forwarding, copying or disclosure of this message is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or return email, and delete this message from your system.


On Aug 4, 2021, at 12:53 PM, Ekelemchi Okpo <    Redacted    > wrote:

**Apple Confidential**

Hi Ashley,

I wanted to confirm our conversation a few minutes ago.  Per your request, you are now on paid administrative leave so as to not interact with your managers. You will receive your regular pay and benefits during this time. You are not expected to perform any work until the investigation is completed and closed. I will work with your manager to set your out of office message.

This administrative leave ensures that you are removed from the workplace, workplace interactions and contributions and your day to day roles and responsibilities while I conduct a thorough and complete investigation into your concerns. As discussed, in order to preserve the integrity of my investigation and to protect the privacy of your co-workers and those whom you've identified as witnesses, please respect the investigation process and refrain from sharing our communications. In accordance with Apple policy, this request doesn't limit you from discussing the concerns you raised about your Apple experiences or that I'm investigating your concerns.

I am reviewing the issues we discussed and will send you an email by early next week to confirm the scope of my investigation.  If you have any questions at any time, please feel free to email me.


 
Best,

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

Ekelemchi Okpo
Corporate Employee Relations
Redacted

This email and any attachments may be privileged and may contain confidential information intended only for the recipient(s) named above. Any other distribution, forwarding, copying or disclosure of this message is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or return email, and delete this message from your system.

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

# EXHIBIT C

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

ASHLEY MARIE GJOVIK
12/16/2025
JULIE L. ANDERSON, CSR 11422
**Exhibit 26**

Subject:    Re: Welcome and Prep Work | AU Race & Justice
From:    "Ekelemchi Okpo" [ Redacted ]
Received(Date): Mon, 23 Aug 2021 12:34:34 +0000
To:    "Ashley Gjovik" [ Redacted ]
Date:    Mon, 23 Aug 2021 12:34:34 +0000

Ashley -

Thanks for the update on the issue confirmation. Regarding the leave, as discussed, you requested to be on paid leave while I investigate your concerns. If you'd like to return to work we can make those arrangements.

Best,

Ekelemchi Okpo

Corporate Employee Relations

[ Redacted ]

This email and any attachments may be privileged and may contain confidential information intended only for the recipient(s) named above. Any other distribution, forwarding, copying or disclosure of this message is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or return email, and delete this message from your system.

On Aug 20, 2021, at 3:05 PM, Ashley Gjovik [ Redacted ] wrote:

Hello,

I continue to struggle to understand just how this current leave is not punishment, retaliation, or otherwise a negative employment action.

P.S. I should get you the updated Issue Confirm before Monday. It's taken a lot of time to sort through and make sense of.

—

Ashley M. Gjøvik

Engineering Program Manager

* Mac Systems Quality Strategic Planning & Communications

APL-GAELG_00001126

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

\* Product Systems Quality Internal Communications; Employee Engagement; Inclusion, Equity, & Diversity

\*\* | Redacted |

On Aug 20, 2021, at 8:55 AM, Ekelemchi Okpo | Redacted | wrote:

Hi Ashley-

Thank you for reaching out. Given that you are on leave, you will need to reschedule and attend a session in the future.

Best,

Ekelemchi Okpo
Corporate Employee Relations

| Redacted |

This email and any attachments may be privileged and may contain confidential information intended only for the recipient(s) named above. Any other distribution, forwarding, copying or disclosure of this message is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or return email, and delete this message from your system.

On Aug 19, 2021, at 1:12 PM, Ashley Gjovik | Redacted | wrote:

Hi Ekelemchi,
I hope you're well.

Yesterday you wrote, *"As we previously discussed, you are not expected to participate in any work related assignments while I conduct a thorough and objective investigation into the concerns you've raised."*

I was previously invited & registered for this course with Apple University. I was & am very excited to attend. The coursework actually directly complements my current studies at Oxford. Becuase this course is voluntary and not a "work related assignment" — can you please reply and let me know if I'm allowed to attend? The first class is next Tuesday 8/24 and then continues weekly for a several weeks.

I checked with Professors Cohen & Stout last night and they said they are still happy to have me in the course and can confirm that with you if needed. They asked me to confirm directly with you that I can attend though first, as they said they do not want my attendance to invite any sort of disciplinary action.

Thanks,
-Ashley

APL-GAELG_00001127

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

—

**Ashley M. Gjøvik**
  Engineering Program Manager
* Mac Systems Quality Strategic Planning & Communications
* Product Systems Quality Internal Communications; Employee Engagement;
Inclusion, Equity, & Diversity
** [ Redacted ]

Begin forwarded message:

**From:** Josh Cohen [ Redacted ]
**Subject: Welcome and Prep Work | AU Race & Justice**
**Date:** August 11, 2021 at 6:01:42 PM PDT
**To:** Joshua Cohen [ Redacted ]

**Hello,**

**Welcome to Apple University's *Race and Justice in the United States: A Third
Reconstruction?* This course explores the longstanding tensions between the promise of multiracial
democracy in the United States and the realities of racial injustice.**

**Our first session is on Tuesday, August 24 at 1:05 PM hosted in Webex, you'll find details for joining
in your calendar invite.**

**Before the first session, please be sure to read:**

**• Read *A Third Reconstruction?* (ePUB/PDF attached below — around 90 mins)**

**• Review the historical timeline (PDF attached below — around 30 mins)**

**The course is open to all employees; no prior knowledge on the topic of race and justice is
needed. The course reading, *A Third Reconstruction?,* therefore provides essential background
for the course, and the timeline should serve as a resource that you can refer back to for
orientation.**

**As you can imagine, *Race and Justice in the United States* will address topics that are
emotionally, intellectually, and morally demanding. We are going to try to address them directly
and frankly. So it will be important to approach the class with an open mind, sense of humility,
and willingness to be challenged (and to challenge).**

**IMPORTANT: If you can no longer attend all four sessions, please return to our website, find the session
under My Invitations, then click Drop. Reply to this email to let us know if you'd like to be invited to the
course at a later date.**

**We care about having a learning environment that is designed for everyone. If you require any
assistance to participate, please contact us.**

**Please let us know if you have any questions.**

APL-GAELG_00001128

Docusign Envelope ID: D4B0B35E-DB8C-8B4B-80DD-748FB1951DDF

**We look forward to seeing you in class.**

**All best, Josh and Noelle**

**Click to Download**

**Timeline (2).pdf**

**364 KB**

**Click to Download**

**A Third Reconstruction_ (1).pdf**

**59.6 MB**

**Click to Download**

**A Third Reconstruction_ (1).epub**

**26.9 MB**

APL-GAELG_00001129