JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
 2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ASHLEY GJOVIK,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 23-cv-4597-EMC<br><br>**DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PRELIMINARY INJUNCTION**<br><br>**[F.R.E. 201]**<br><br>Date:        June 11, 2026<br>Time:       1:30 p.m.<br>Dept:       Courtroom 5, 17th Floor<br>Judge:      Honorable Edward M. Chen |

4133-8009-7640

Pursuant to Federal Rule of Evidence 201, Defendant Apple Inc. requests that in connection with its Motion for Summary Judgment and its Opposition to Plaintiff's Motion for Summary Judgment and Preliminary Injunction, the Court take judicial notice of the following documents:

**Exhibit A:** National Labor Relations Board Settlement Agreement (Case No. 32-CA-284428) signed by Apple's counsel on March 25, 2025 and Ashley Gjovik on April 3, 2025, and approved on April 4, 2025 by Nathan M. Seidman, Action Regional Director, Region 21 (the "NLRB Settlement Agreement").

**Exhibit B**: Order Withdrawing Certain Allegations of Consolidated Complaint, Order Partially Dismissing Charge 32-CA-282142, Order Dismissing Charge 32-CA-283161 and Notice of Right of Appeal, issued by the National Labor Relations Board, Region 21, dated September 25, 2025 (the "NLRB Dismissal Order").

Judicial notice may be taken at any stage of the proceeding. Fed. R. Evid. 201(d). Under Rule 201, a court may take judicial notice of a fact that is "not subject to reasonable dispute" because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Courts in the Ninth Circuit routinely take judicial notice of public records from administrative agencies, including the National Labor Relations Board. *See, e.g., Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (court may take judicial notice of undisputed matters of public record); *U.S. v. 14.02 Acres of Land More or Less in Fresno Cnty.*, 547 F.3d 943, 955 (9th Cir. 2008) (judicial notice appropriate for records and reports of administrative agencies); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of public filings).

The NLRB Settlement Agreement and the NLRB Dismissal Order are official records of the National Labor Relations Board, an administrative agency of the United States government, whose authenticity cannot reasonably be questioned. The NLRB Dismissal Order and NLRB Settlement Agreement are cited in the pending motion because they contradict Plaintiff's prior assertion in this case that Apple agreed before the NLRB not to enforce agreements like the one Plaintiff signed that require Apple employees to protect confidential product-related information, and her assertion that public disclosure of confidential product-related information is protected

concerted activity under the NLRA. *See*, *e.g.*, Dkt. 302 at PDF pp. 19; Dkt. 306 at 16.

Judicial notice of the NLRB Settlement Agreement and the NLRB Dismissal Order is appropriate because these documents are official agency records whose existence and content are not subject to reasonable dispute.

For the foregoing reasons, Apple respectfully requests that the Court take judicial notice of Exhibit A and Exhibit B.

Dated: May 7, 2026

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Melinda S. Riechert*_____

MELINDA S. RIECHERT
Attorneys for Defendant Apple Inc.

APPLE INC.'S RJN ISO MOT. FOR SUMM J.
& OPP. TO PL.'S MOT. FOR SUMM. J. & PI
[ 23-CV-4597-EMC]

4133-8009-7640

# EXHIBIT A

**UNITED STATES GOVERNMENT**
**NATIONAL LABOR RELATIONS BOARD**
**SETTLEMENT AGREEMENT**

**IN THE MATTER OF**

    **APPLE INC.**                                    **Case 32-CA-284428**

Subject to the approval of the Regional Director for the National Labor Relations Board, the Charged Party Apple Inc. and the Charging Party Ashley Marie Gjovik

**HEREBY AGREE TO SETTLE THE ABOVE MATTER AS FOLLOWS**:

**POSTING OF NOTICE TO EMPLOYEES —** The Charged Party will post a link to a copy of the Notice in English and in additional languages if the Regional Director decides that it is appropriate to do so, on the Policies and Notices page of its People intranet and keep such link continuously posted there for 60 consecutive days from the date it was originally posted. Such link will read, "This Notice is Posted Pursuant to a Settlement Agreement Approved by the Regional Director of Region 21 of the National Labor Relations Board in Case 32-CA-284428." Charged Party will also post, on a public-facing website maintained indefinitely by Charged Party containing legal notices, an explanation of revisions to the definition of Confidential Information (or comparable term) in the Confidentiality and Intellectual Property Agreement. To document its compliance with this requirement, the Charged Party will submit screen shots of the posting to include screen shots of the path to the intranet page that shows the Notice, along with a fully completed Certification of Posting form, via the Agency's e-filing portal at www.nlrb.gov.  Should further investigation or verification of the intranet or website posting become necessary, the Charged Party will provide appropriate intranet or website access to the Compliance Assistant or Compliance Officer assigned to the case(s).

**COMPLIANCE WITH NOTICE —** The Charged Party will comply with all the terms and provisions of said Notice**.**

**NON-ADMISSION—**By entering into this Agreement the Charged Party does not admit to any violation of the National Labor Relations Act ("Act").

**ADDITIONAL TERMS –** The Charged Party agrees that it will not enforce the definition of Proprietary Information (or similar terms) set forth in any version of the Confidentiality and Intellectual Property Agreement ("IPA") effective as of the date that this Agreement is executed to the extent that such definition covers terms and conditions of employment protected under Section 7 of the Act.

A further material term of this Agreement is that the Charged Party is directed to prospectively clarify the definition of Proprietary Information (or similar terms) in the IPA and make other clarifications to the IPA relating to the Section 7 rights of employees or at its option issue a new IPA for certain employees with prospective effect, with such clarified definition of Proprietary

Charged Party Initials: _MLS_____          Charging Party Initials: _AMG_____

Information (or similar terms) or such new agreement as reflected in the attached Appendix A, and has agreed to revise certain other policies, as reflected in the attached Appendix B.[1]

**SCOPE OF THE AGREEMENT —** This Agreement settles only the allegations in the above-captioned case(s), including all allegations covered by the attached Notice to Employees made part of this agreement, and does not settle any other case(s) or matters, including, but not limited to, 32-CA-282142, 32-CA-283161, and 32-CA-284441.  It does not prevent persons from filing charges, the General Counsel from prosecuting complaints, or the Board and the courts from finding violations with respect to matters that happened before this Agreement was approved regardless of whether General Counsel knew of those matters or could have easily found them out.  The General Counsel reserves the right to use the evidence obtained in the investigation and prosecution of the above-captioned case(s) for any relevant purpose in the litigation of this or any other case(s), and a judge, the Board and the courts may make findings of fact and/or conclusions of law with respect to said evidence.

**PARTIES TO THE AGREEMENT —** If the Charging Party fails or refuses to become a party to this Agreement and the Regional Director determines that it will promote the policies of the National Labor Relations Act, the Regional Director may approve the settlement agreement and decline to issue or reissue a Complaint in this matter.  If that occurs, this Agreement shall be between the Charged Party and the undersigned Regional Director.  In that case, a Charging Party may request review of the decision to approve the Agreement.  If the General Counsel does not sustain the Regional Director's approval, this Agreement shall be null and void.

**AUTHORIZATION TO PROVIDE COMPLIANCE INFORMATION AND NOTICES DIRECTLY TO CHARGED PARTY —** Counsel for the Charged Party authorizes the Regional Office to forward the cover letter describing the general expectations and instructions to achieve compliance, a conformed settlement, original notices and a certification of posting directly to the Charged Party. If such authorization is granted, Counsel will be simultaneously served with a courtesy copy of these documents.

Yes _____          No __MLS_____
Initials                          Initials

**PERFORMANCE —** Performance by the Charged Party with the terms and provisions of this Agreement shall commence immediately after the Agreement is approved by the Regional Director, or if the Charging Party does not enter into this Agreement, performance shall commence immediately upon receipt by the Charged Party of notice that no review has been requested or that the General Counsel has sustained the Regional Director. The Charged Party agrees that in case of non-compliance with any of the terms of this Settlement Agreement by the Charged Party, and after 14 days notice from the Regional Director of the National Labor Relations Board of such non-compliance without remedy by the Charged Party, the Regional Director will reissue the complaint previously issued on October 3, 2024, in the instant case. Thereafter, the General Counsel may file a motion for default judgment with the Board on the

---

[1] Charged Party, through counsel, will provide Charging Party with notice of these revisions.

Charged Party Initials: __MLS_____          Charging Party Initials: __AMG_____

allegations of the complaint. The Charged Party understands and agrees that the allegations of the aforementioned complaint will be deemed admitted and its Answer to such complaint will be considered withdrawn. The only issue that may be raised before the Board is whether the Charged Party defaulted on the terms of this Settlement Agreement. The Board may then, without necessity of trial or any other proceeding, find all allegations of the complaint to be true and make findings of fact and conclusions of law consistent with those allegations adverse to the Charged Party on all issues raised by the pleadings. The Board may then issue an order providing a full remedy for the violations found as is appropriate to remedy such violations. The parties further agree that a U.S. Court of Appeals Judgment may be entered enforcing the Board order ex parte, after service or attempted service upon Charged Party/Respondent at the last address provided to the General Counsel.

**NOTIFICATION OF COMPLIANCE** — Each party to this Agreement will notify the Regional Director in writing what steps the Charged Party has taken to comply with the Agreement.  This notification shall be given within 5 days, and again after 60 days, from the date of the approval of this Agreement.  If the Charging Party does not enter into this Agreement, initial notice shall be given within 5 days after notification from the Regional Director that the Charging Party did not request review or that the General Counsel sustained the Regional Director's approval of this agreement.  No further action shall be taken in the above captioned case(s) provided that the Charged Party complies with the terms and conditions of this Settlement Agreement and Notice.

| **Charged Party Apple Inc.** | **Charging Party Ashley Marie Gjovik** |
|---|---|
| By:        Name and Title    Date | By:        Name and Title              Date |
| /s/ Mark L. Stolzenburg        March 25, 2025 | *Ashley M. Gjovik*        April 3 2025 |
| Print Name and Title below | Print Name and Title below |
| Attorney for Apple Inc. | **Ashley M. Gjovik, Charging Party** |
| Recommended By:                        Date | Approved By:                              Date |
| /s/ Elvira Pereda        4/4/2025 | *[signature]*  Digitally signed by NATHAN SEIDMAN Date: 2025.04.04 11:53:05 -07'00' |
| ELVIRA PEREDA  Counsel for the Acting General Counsel | NATHAN M. SEIDMAN  Acting Regional Director, Region 21 |

Charged Party Initials: _MLS_____

Charging Party Initials: _AMG_____

**(To be printed and posted on official Board notice form)**

**THE NATIONAL LABOR RELATIONS ACT GIVES YOU THE RIGHT TO:**

- Form, join, or assist a union;
- Choose a representative to bargain with us on your behalf;
- Act together with other employees for your benefit and protection;
- Choose not to engage in any of these protected activities.

**WE WILL NOT** interfere with, restrain, or coerce you in the exercise of the above rights.

**YOU HAVE THE RIGHT** to discuss wages, hours and working conditions and **WE WILL NOT** do anything to interfere with your exercise of that right.

**WE WILL NOT** promulgate, maintain, or enforce any rule that defines confidential information as "anything not explicitly, publicly, or purposefully disclosed by Apple."

**WE WILL NOT** promulgate, maintain, or enforce a Confidentiality and Intellectual Property Agreement, Business Conduct Policy, Misconduct and Discipline Policy, Social Media and Online Communications Policy, Confidentiality Obligations Upon Termination of Employment statement, or a Business Conduct and Global Compliance FAQ regarding confidential information that broadly defines "confidential" or "proprietary" information, or relies upon any other overly broad definitions of those terms, without contemporaneously notifying employees of their rights to discuss wages, hours, or working conditions and their rights to engage in union or other protected, concerted activity under the NLRA.

**WE WILL NOT** promulgate, maintain, or enforce a Business Conduct Policy that broadly restricts public speaking, responses to press inquiries and publishing articles without contemporaneously notifying employees of their rights to speak publicly, respond to press inquiries and publish articles regarding their wages, hours, or working conditions, or their union or other protected, concerted activity under the NLRA.

**WE WILL NOT** promulgate, maintain, or enforce a Business Conduct Policy that broadly restricts "conflicts of interest" or "outside activities," without contemporaneously notifying employees that such policies do not restrict their right to form, join or assist a union, or engage in other protected, concerted activity and that these activities are not considered to be conflicts of interest or outside activities under such policy.

**WE WILL NOT** promulgate, maintain, or enforce a Business Conduct Policy that broadly prohibits sharing of employee personal identifying information if such policy could be interpreted as prohibiting the sharing of personal contact information, employment history, compensation or other terms and conditions of employment.

**WE WILL NOT** promulgate, maintain, or enforce a Workplace Searches and Privacy Policy that advises you that we have the right to access Apple's network or systems, or any non-Apple

Charged Party Initials: _MLS_____          Charging Party Initials: _AMG_____

device used to conduct Apple business, without contemporaneously advising you that we will not exercise our right of access to monitor your union or other protected, concerted activity.

**WE WILL NOT** promulgate, maintain, or enforce a Misconduct and Discipline Policy that fails to reiterate employee rights during investigations that Apple may conduct regarding alleged unfair labor practices under the National Labor Relations Act, and/or contains overly broad restrictions on photography and recording.

**WE WILL NOT** advise you that you are subject to discipline for violating overly broad rules regarding confidential or proprietary information or for failing to report alleged violations of overly broad rules relating to confidential or proprietary information.

**WE WILL NOT** advise you that you are subject to discipline for violating overly broad rules regarding photographing, video or audio recording that prohibit the recording of protected, concerted activity.

**WE HAVE** clarified the aspects of the Confidentiality and Intellectual Property Agreement described above and revised it to make clear that the definition of "Proprietary Information," which was changed to "Apple Confidential Information," does not include wages, hours, and working conditions, to reiterate employee rights about discussing terms and conditions of employment and reporting to governmental agencies, and to make clear that prohibitions against "conflicting outside interests" do not cover forming or joining (or refraining from joining) labor organizations of an employee's choice and **WE HAVE** informed employees of these clarifications.

**WE HAVE** rescinded the aspects of Business Conduct and Global Compliance FAQ regarding Confidential Information described above and revised it to conform with the definition of Apple Confidential Information described above and **WE HAVE** informed employees of these revisions.

**WE HAVE** rescinded the aspects of the Business Conduct Policy described above and revised it to make clear that Apple Confidential Information does not include wages, hours, and working conditions, that employees may communicate about labor disputes, to clarify that employees may not respond to public inquiries or participate in speaking engagements where employees could be construed as speaking on behalf of Apple, to clarify that employees may publish articles but must receive approval about articles about Apple products or services or could be seen as a conflict of interest, make clear that a conflict of interest does not include forming, joining, or assisting a union, or engaging in protected, concerted activity, to make clear that employees do not need to notify a manager of outside employment that complies with our policy, and to inform employees that searches will not be used to monitor employees' protected, concerted activity, and **WE HAVE** informed employees of these revisions.

**WE HAVE** rescinded the aspects of the Workplace Searches and Privacy Policy described above and revised it to conform with the definition of Apple Confidential Information described above and to inform employees that searches will not be used to monitor employees' protected, concerted activity and **WE HAVE** informed employees of these revisions.

Charged Party Initials: MLS _____    Charging Party Initials: __AMG_____

**WE HAVE** rescinded the aspects of the Misconduct and Discipline Policy described above and revised it to conform with the definition of Apple Confidential Information described above, to reiterate employee rights under the National Labor Relations Act relating to certain workplace investigations relating to alleged unfair labor practices under the National Labor Relations Act, to clarify when recording and photography is permitted and prohibited, and **WE HAVE** informed employees of these revisions.

**WE HAVE** rescinded the aspects of the Social Media and Online Communications Policy described above and revised it to conform with the definition of Apple Confidential Information described above and **WE HAVE** informed employees of these revisions.

**WE HAVE** rescinded the prior version of the Confidentiality Obligations Upon Termination of Employment statement, which contained an overbroad definition of proprietary information, and revised it to conform with the definition of Apple Confidential Information described above and **WE HAVE** informed employees of these revisions.

**WE WILL NOT** in any like or related manner interfere with your rights under Section 7 of the Act.

**APPLE INC.**

(Charged Party)

**Dated:** _____    **By:** _____

(Representative)          (Title)

*The National Labor Relations Board is an independent Federal agency created in 1935 to enforce the National Labor Relations Act.  We conduct secret-ballot elections to determine whether employees want union representation and we investigate and remedy unfair labor practices by employers and unions.  To find out more about your rights under the Act and how to file a charge or election petition, you may speak confidentially to any agent with the Board's Regional Office set forth below or you may call the Board's toll-free number 1-844-762-NLRB (1-844-762-6572).  Callers who are deaf or hard of hearing who wish to speak to an NLRB representative should send an email to* relay.service@nlrb.gov. *An NLRB representative will email the requestor with instructions on how to schedule a relay service call.*

US Court House, Spring Street          **Telephone:**  (213)894-5200
312 N Spring Street, 10th Floor         **Hours of Operation:**  8:30 a.m. to 5 p.m.
Los Angeles, CA 90012

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE**
This notice must remain posted for 60 consecutive days from the date of posting and must not be altered, defaced or covered by any other material.  Any questions concerning this notice or compliance with its provisions may be directed to the above Regional Office's Compliance Officer.

Charged Party Initials: MLS _____          Charging Party Initials: _AMG_____

# Appendix A



# Confidentiality and Intellectual Property Agreement

This Confidentiality and Intellectual Property Agreement ("**Agreement**") is entered into between you ("**You**") and Apple Inc., a California corporation having its principal place of business at One Apple Park Way, Cupertino, California 95014 USA ("**Apple**") (You and Apple, collectively, the "**Parties**"). Apple or one of its affiliates (each, an "**Apple Employing Entity**") has agreed to employ You on the condition that You enter into this Agreement with Apple and agree to and abide by all of the following terms and conditions for the duration of Your employment by any Apple Employing Entity, including during any leave of absence or other time off ("**Your Employment**") and, as provided in this Agreement, after Your Employment. You may be subject to additional obligations under the policies and procedures of Your Apple Employing Entity, including those related to patient confidentiality. Nothing in this Agreement nullifies or supersedes such additional obligations.

The business of Apple and its affiliates (Apple and its affiliates, collectively, "**Apple Entities**" and each, individually, an "**Apple Entity**") includes research & development ("**R&D**"), management of healthcare, design, engineering, programming, assembly, manufacture, distribution, retail, and the sale of goods, software, content, and services. As an at-will, full-time or part-time employee, intern, or temporary or contingent worker employed by any Apple Employing Entity, You will (i) have access to various types of confidential information that is owned by any Apple Entity or regarding which any Apple Entity is obligated to any third parties to maintain as confidential and (ii) will be involved in the making, development, discovery, creation or conception of Inventions (as defined below). Therefore, to provide for the applicable Apple Entity's ownership of Inventions, to protect the Apple Entities' respective intellectual property ("**IP**") rights and confidential information (including business and technical secrets) and to safeguard both Parties' other respective interests, the Parties hereby agree as follows in consideration of the above premises, the mutual promises contained herein, and the compensation paid to You in connection with Your Employment, the receipt and sufficiency of which are hereby acknowledged by the Parties.

## I. APPLE CONFIDENTIAL INFORMATION

You understand and agree that Your Employment creates a relationship of confidence and trust with respect to certain information that may be disclosed to You or otherwise learned or accessed by You in the course of Your Employment, including any confidential information of third parties disclosed or made available to any Apple Entity ("**Third Party Confidential Information**"). As used in this Agreement, "**Apple Confidential Information**" means all Third Party Confidential Information and all non-public information that is kept confidential by any Apple Entity, including such information pertaining to or consisting of: (a) inventions, trade secrets, R&D records, reports, samples, manuals, plans, specifications, ideas, know how, designs, prototypes, software, source code, notes, photographs, screenshots, whiteboard captures, remote video chats, drawings, sketches or any other confidential materials or information relating to past, existing or future products or services, whether or not developed, marketed, used, or rejected by any Apple Entity or persons or companies for or on behalf of any Apple Entity; and (b) sales, profits, organization, customer data, pricing, operations, sources of material, supply, costs, manufacturing, financials, forecasts, budgets, profit and loss statements, market research, marketing or advertising strategy or plans, product roadmaps, product volumes, aggregated performance review metrics or data, aggregated recruiting or interview information, headcount planning reports, project planning documents, dates or content of new product launches, methods of distribution or manufacture or testing and unpublished patent applications. You understand that the above list is not exhaustive and that Apple Confidential Information includes other information that falls within its definition that would appear to a reasonable person to be confidential, proprietary and/or of commercial value in the context and circumstances in which the information is known or

3/2025



used. Apple Confidential Information does not include (i) any information that is generally available to the public, unless the information falls within the definition of Apple Confidential Information, but became publicly available through unlawful means or as a result of any breach of a confidentiality obligation to any Apple Entity, including any breach by You of this Agreement and (ii) any information that was known to You prior to Your Employment with Apple.

Notwithstanding the foregoing, nothing in this Agreement restricts Your right to (A) use or disclose Your general training, knowledge, professional experience and skills, (B) seek or accept any job, including with a competitor of Apple, where such job begins after Your separation from employment with Apple, (C) discuss or disclose information about Your or others' wages, hours, or working conditions, or (D) discuss or disclose information about unlawful acts in the workplace, including harassment, discrimination, or any other conduct You have reason to believe is inappropriate in the workplace, or file a complaint or otherwise communicate or cooperate with a U.S. federal, state, or local government or law enforcement agency (including, the Securities and Exchange Commission, the Equal Employment Opportunity Commission, the National Labor Relations Board, the Occupational Safety and Health Board, the United States Department of Labor, or the Office of Federal Contract Compliance Programs) about such unlawful or inappropriate acts. Nothing in this Agreement, or any other Apple agreement, should be interpreted as being restrictive of Your rights under subsections (A)-(D) without unnecessary disclosure of Apple Confidential Information to third parties. You are not required to notify Apple when exercising Your rights permitted under subsections (A)-(D) above.

Additional information about employee rights, including the right to engage in protected, concerted activity, can be found on Apple's People site. Additional information about employee rights, including the right to engage in union or other protected, concerted activity, can be found at www.nlrb.gov.

**A. Treatment of Apple Confidential Information**. You understand and acknowledge that Your obligations under this Agreement with regard to any particular Apple Confidential Information will continue during and after Your Employment until such Apple Confidential Information has become generally available to the public unless it became publicly available through unlawful means or as a result of any breach of a confidentiality obligation to any Apple Entity, including any breach by You of this Agreement. You understand and agree that, without the written consent of Apple, You are prohibited, during and after Your Employment, from: (i) using any Apple Confidential Information, except as necessary to perform Your duties during and in the scope of Your Employment; (ii) disclosing any Apple Confidential Information, except during and in the scope of Your Employment to (a) personnel of any Apple Entity or (b) other third parties who have confidentiality obligations to any Apple Entity regarding the Apple Confidential Information to be disclosed ("**Authorized Third Parties**"), in each case (a) and (b), who need to know the Apple Confidential Information to be disclosed during and in connection with their respective work for such Apple Entity; or (iii) permitting any other person or entity to (a) use any Apple Confidential Information, except authorized uses by (1) personnel of any Apple Entity or (2) Authorized Third Parties, in each case (1) and (2), of the Apple Confidential Information as necessary to be used by them during and in connection with their work for the applicable Apple Entity or (b) disclose any Apple Confidential Information, except authorized disclosures (1) between personnel of any Apple Entity or (2) between personnel of any Apple Entity, on the one hand, and Authorized Third Parties, on the other hand, in each case (1) and (2), who need to know the Apple Confidential Information to be disclosed during and in connection with their respective work for the applicable Apple Entity. You understand and agree to strictly comply with all rules and policies of the Apple Entities regarding Apple Confidential Information and to use best efforts to safeguard such Apple Confidential Information and protect it against disclosure, misuse, loss, or theft. Upon termination of Your Employment, You will promptly deliver to the Apple Employing Entity all Apple property, documents, and

3/2025



materials of any kind containing any Apple Confidential Information, and You agree that You will not take with You any property, documents, materials, or copies thereof, whether on paper, in electronic form or in any other medium, containing any Apple Confidential Information.

**B. Information, Inventions and IP of Others.** You agree that You have not brought, and during Your Employment You will not bring, any confidential, proprietary, or secret information, or any inventions or IP, of any of Your former employers or any other person or entity onto the property of any Apple Entity or use any of the foregoing in connection with Your Employment. You further agree You have not improperly used or disclosed (or induced the same), and during Your Employment will not improperly use or disclose (or induce the same), any confidential, proprietary, or secret information, or any inventions or IP, of any of Your former employers or any other person or entity.

**C. Compelled Disclosures.** If You are at any time during or after Your Employment compelled by law to disclose any Apple Confidential Information to a court, administrative body or other government authority, You agree, to the maximum extent permitted by applicable law to (i) immediately provide prior written notice of such disclosure to Apple at notices@apple.com detailing the Apple Confidential Information disclosed to enable Apple to seek a protective order with respect to such Apple Confidential Information and (ii) only disclose the minimum amount of Apple Confidential Information that is required to be disclosed in such instance. Any notice under subparagraph (i) of this provision should identify only the Apple Confidential Information that will be or was disclosed, to who it will be or was disclosed, and the date that the disclosure will be or was made. "Compelled Disclosures" do not include voluntary disclosures expressly permitted in Section I above.

## II. INVENTIONS

**A. Definition of Invention.** As used in this Agreement, "**Inventions**" means all inventions (whether or not patented or patentable and whether or not reduced to practice), ideas, concepts, discoveries, creations, developments, improvements, works of the performing arts and other works of authorship (including musical works (including any accompanying words), sound recordings, dramatic works (including any accompanying music), choreographic works, pantomimes, audiovisual works, motion pictures, animations, videos and other visual recordings, artwork, photographs, illustrations, pictures, and drawings), marks (including brand names, product names, logos, domain names, and slogans), content (including textual, visual, and aural content), designs, design rules, diagrams, formulas, algorithms, processes, protocols, specifications, configurations, schematics, techniques, instructions, methods, methodologies, technology, interfaces, routines, computer programs or portions thereof, data, data collections, databases, mask works, results, know-how, trade secrets, documentation, and any other work product, information or materials made, created, conceived, or reduced to practice by You, alone or jointly with others, along with all IP rights in or to any of the foregoing, all tangible embodiments of any of the foregoing and any media on which any of the foregoing is recorded or documented.

**B. Prior Inventions.** You may list in a separate form that You provide to Apple concurrently with Your execution of this Agreement ("**Prior Invention Disclosure**") all Inventions, as of the effective date of this Agreement, (i) that You personally own (in full or in part) or in which You have any other legal right or title or (ii) for which You personally have the right to receive royalties or other consideration (all listed Inventions, the "**Prior Inventions**"). In listing any Prior Invention, You should not include any information if the disclosure of such information would constitute a breach of a confidentiality obligation You owe to a third party.

You agree that You will not, without Apple's prior written consent, incorporate, or permit to be incorporated, in any product, service, process, or method of any Apple Entity (each, an "**Apple Product**") any Prior Inventions. You



hereby grant to each Apple Entity a non-exclusive, fully paid-up, royalty-free, irrevocable, perpetual, freely transferable, sublicensable (through multiple tiers), worldwide license, without any additional compensation, to make, have made, use, practice, license, sublicense, import, export, reproduce, modify, create derivative works of, display, perform, transmit, and otherwise distribute and exploit any Prior Invention, in each case, that is incorporated in or used for or in connection with any Apple Product (a) with Your knowledge, involvement, acquiescence, or permission, (b) the relevant part of which You were involved in the development or implementation, or (c) the relevant part of which You did not promptly object to the public use or commercialization of in a written notice in accordance with Apple's then current Business Conduct Policy accessible at www.apple.com/compliance/policies/ ("**Apple's Business Conduct Policy**").

If You do not list a Prior Invention, You acknowledge and agree that no such Prior Invention exists, and, to the extent such Prior Invention does exist, You hereby irrevocably waive all past, present, and future claims against each Apple Entity (and their respective successors and assigns) relating to such Prior Invention (including the use, practice or other exploitation thereof). You understand and agree that Your listing of any Prior Inventions in the Prior Inventions Disclosure does not constitute an acknowledgment by any of the Apple Entities of the existence or extent of such Prior Inventions, nor of any ownership of such Prior Inventions. Please note that if You have any ongoing business or project, or if You have any ongoing involvement with the development, manufacture, marketing, sale, performance, distribution or commercialization of any product or service, in each case, that is, or may be, a conflict of interest with Apple as described in Apple's Business Conduct Policy, then such ongoing activity must be disclosed in writing in accordance with Apple's Business Conduct Policy and, if You are allowed to continue with such activity, approved as set forth in Apple's Business Conduct Policy.

**Confirmation of Review of Requirements for Prior Invention Disclosure** (set forth in the attached Exhibit A)**:**

☐ I have reviewed the Requirements for Prior Invention Disclosure.

**Prior Inventions:**

○ I have Prior Inventions to disclose.
○ I do not have Prior Inventions to disclose.

**C. Ownership of Works Made for Hire and Apple Inventions.** You understand and agree that all original works of authorship that are made by You (solely or jointly with others) within the scope of Your Employment, and that are protectable by copyright, are works made for hire, as that term is defined in the United States Copyright Act (17 U.S.C. §101) and are the sole and exclusive property of the Apple Employing Entity (such works of authorship, "**Works Made for Hire**"). You understand and agree that all Inventions (excluding Works Made for Hire) that (i) You make, conceive, create, develop, discover or reduce to practice (a) using any equipment, supplies or facilities of any Apple Entity or (b) that incorporate, practice, are based on, are suggested by or are derived from any inventions or Apple Confidential Information of any Apple Entity, (ii) result from or are suggested by work performed by You for any Apple Entity or (iii) are conceived of or reduced to practice by You during Your Employment and relate to any aspect of any Apple Entity's current or future business, products or services, or any Apple Entity's actual or anticipated R&D (collectively, **"Apple Inventions"**) are the sole and exclusive property of Apple.

**Apple Inventions Assignment and License.** If any applicable laws or regulations provide that certain rights in Apple Inventions vest in You, You hereby irrevocably assign to Apple all right, title and interest in and to all Apple Inventions, including all rights to sue and recover damages for any past, current or future infringement thereof,

3/2025



and Apple hereby accepts such assignment. In the event that any such rights, title or interest are not effectively assigned to Apple, You hereby grant Apple and each of the other Apple Entities a license to make, have made, use, offer to sell, sell, import, export, reproduce, modify, create derivative works of, display, perform, transmit and otherwise distribute and exploit, in its sole discretion, the Apple Inventions (and modified and derivative works thereof). The license rights under this clause will be free of charge, perpetual, irrevocable, exclusive (even as to You, meaning You cannot and will not use or otherwise exploit any of the Apple Inventions or grant any licenses or other rights to any other person or entity with respect to any of the Apple Inventions), worldwide, freely transferable, and sublicensable (through multiple tiers).

**Moral Right Assignment, Waiver and Consent.** As used in this Agreement, "**Moral Rights**" means all "moral" rights (however denominated), rights of attribution, integrity, identification of authorship, limitation on subsequent modification, similar rights and other personal rights, in each case, under the copyright laws, other applicable law of the U.S. or any other jurisdiction or applicable treaty. To the fullest extent permitted under applicable law, You hereby irrevocably assign to (i) the Apple Employing Entity all Moral Rights that You have with respect to any Works Made for Hire and (ii) Apple all Moral Rights that You have with respect to any works of authorship included in the Apple Inventions. To the extent any such Moral Rights cannot be assigned under applicable law or are not effectively assigned pursuant to the preceding sentence, then, to the fullest extent permitted under applicable law, You hereby irrevocably waive and agree not to exercise or assert, whether during or after Your Employment, such Moral Rights. To the extent, under applicable law, any such Moral Rights cannot be waived or are not effectively waived pursuant to the preceding sentence, then, to the fullest extent permitted under applicable law, You hereby irrevocably consent to any action of any Apple Entity or any of its successors, assigns, licensees or sublicensees that would violate, whether during or after Your Employment, such Moral Rights in the absence of such consent.

**Disclosures; No Additional Remuneration; Acknowledgments.** You agree to make a full written disclosure promptly to Apple of all Apple Inventions. You agree that no additional compensation or remuneration is or will become due to You in consideration for the applicable Apple Entity's ownership of Apple Inventions, and that any award or bonus provided to You (for example, pursuant to any patent award program) will be at Apple's sole discretion and is not a condition for the applicable Apple Entity's ownership thereof. You understand and agree that You have no right to, and will not directly or indirectly, use any Apple Inventions or Works Made for Hire (except for during and within the scope of Your Employment). Without limiting the foregoing, You agree not to: (i) reproduce, manufacture, market, publish, distribute, sell, license, sublicense, transfer, rent, lease, transmit, broadcast, display, create derivative works of, use or otherwise exploit any Apple Inventions or Works Made for Hire, or any portion or copy thereof, in any form or medium; (ii) apply for, or apply to register, any patent, copyright, trademark, mask work, or other industrial property right or IP right in or related to any Apple Inventions or Works Made for Hire, anywhere in the world; or (iii) cause or permit any other persons or entities to do any of the above. You agree that none of the Apple Entities or any of their respective licensees are required to designate You as the author of any Apple Inventions or Works Made for Hire.

**Further Actions.** You agree, during and after termination of Your Employment, to promptly take all actions requested by Apple, any other Apple Employing Entity or any designee of such Apple Entity (each, a "**Requesting Entity**"), at Apple's or another Requesting Entity's expense) to: (i) evidence, obtain, perfect, confirm, maintain, realize rights in, defend or enforce (a) all of Apple's and each other Apple Employing Entity's ownership of and other rights in and to Apple Inventions and Works Made for Hire in all countries and (b) the assignments, waivers and consents to action, as the case may be, with respect to Moral Rights as described above; or (ii) otherwise carry out the purposes of this Agreement. This includes promptly executing any documents that such Requesting Entity

3/2025



may reasonably request (1) for use in obtaining, maintaining, defending or enforcing any patents, copyrights, and other legal protections or (2) to give full force and effect to any waiver or consent to action with respect to any Moral Rights as described above. If any Requesting Entity is unable for any reason to secure Your cooperation with respect to any of the foregoing, You hereby irrevocably designate and appoint Apple and its duly authorized officers as Your agent and attorney in fact (coupled with an interest), to act for and on Your behalf and stead to execute any documents and to do all other lawfully permitted acts to take any of the actions described above requested by such Requesting Party, with the same legal force and effect as if originally executed by You.

**Excluded Employee Inventions.** The Parties understand and agree that any provision of this Agreement requiring my assignment of Inventions to Apple does not and will not apply to any Invention that qualifies fully for exclusion under the provisions of California Labor Code §2870 (set forth in the attached Exhibit B). If, however, (i) the location of Your Employment is in a state other than California and (ii) that state has any similar statute or law that, notwithstanding the governing law provision set forth in Section VI.B., requires that it is required by the applicable laws of that state to govern any provision of this Agreement requiring Your assignment of Inventions to Apple, then any such provision of this Agreement does not and will not apply to any Invention that qualifies fully for exclusion under the provisions of that state's similar statute or law.

## III. APPLE TRADEMARKS

The trademark team within Apple's legal department ("**Apple Trademark Team**") has the sole responsibility for investigating the availability of trademarks and service marks ("**Trademarks**"), the registration of any Trademarks, and the management of all Trademarks (both unregistered and registered) for any Apple Entity ("**Apple Trademarks**"). You understand and agree that all investigations regarding the availability of any Trademarks, and all requests for the use of any new Trademarks or the registration of any Trademarks, must be directed to the Apple Trademark Team at [appletm@apple.com](mailto:appletm@apple.com). If, for any reason, You obtain any rights in or to any Apple Trademark (including any registration for, or application to register, any Apple Trademark), You agree to promptly notify the Apple Trademark Team in writing to coordinate having such Apple Trademark transferred to the applicable Apple Entity as soon as reasonably possible prior to the end of Your Employment. You also agree that You will not (and will not cause, assist or grant any right to any other person or entity to), at any time during or after Your Employment, adopt, use, apply for registration of, register, obtain or otherwise acquire any rights in or to any Trademark, anywhere in the world, that may be confusingly similar to (i) any Apple Trademark or (ii) any other Trademark owned by any Apple Entity (whether or not then being used by any Apple Entity), including Trademarks obtained by any Apple Entity as a result of any asset or equity acquisition or other corporate transaction.

## IV. NO CONFLICTING OBLIGATIONS

**A. No Conflicting Outside Interests.** You agree that during Your Employment, You will not coordinate, contribute to or engage in any other employment, occupations, consulting, or other business activities or commitments competitive with, or directly related to, any business of any Apple Entity or any Apple Products, or any Apple Entity's actual or demonstrably anticipated research or development, nor will You engage in any other activities that conflict with any of Your Employment obligations. Activities and commitments as used herein do not include passive investments in stocks or other financial instruments, nor do they include Your right to form or join (or refrain from joining) labor organizations of Your choice.

**B. No Conflicting Agreements.** You represent to Apple that You have no commitments (whether contractual or otherwise) that would hinder or prevent the full performance of Your Employment duties or Your

3/2025



obligations under this Agreement, and You agree not to enter into any such conflicting commitment or agreement during the tenure of Your Employment.

**C. Disclosure of Agreement.** You hereby authorize Apple and any other Apple Employing Entity to notify others, including customers of any Apple Entity, any future or potential employers You may have, and any third parties contracting for Your services, of the terms of this Agreement and Your responsibilities and obligations under this Agreement.

**D. No Solicitation.** To the fullest extent permitted by applicable law, during Your Employment and for a period of one (1) year following Your termination (whether voluntary or involuntary), You will not, directly or indirectly, on Your own behalf or on behalf of any person or entity, solicit, recruit, or take any action intended to induce any employees, contractors or other personnel of any Apple Entity to terminate their relationship with the applicable Apple Entity.

## V. NON-COMPLIANCE

**A. Remedies for Your Breach.** You understand and agree that the limitations set forth in this Agreement are reasonable with respect to scope and duration and are properly required for the protection of the legitimate interest of Apple and the other Apple Entities. If You breach any part of this Agreement, Apple and/or any Apple Employing Entity is/are entitled to take any action to the extent permissible under applicable laws, including terminating employment, initiating a legal proceeding, filing a complaint to relevant administrative departments, and assisting the relevant judicial authorities to pursue Your liabilities in the case that Your breach of this Agreement has violated any criminal laws.

You understand and agree that any breach of this Agreement could give rise to irreparable harm to Apple and/or any of the other Apple Entities for which money damages may not be an adequate remedy. Because such harm and injury may not be compensable by damages, You agree that Apple will have the right to enforce this Agreement by injunction, specific performance, or other equitable relief without posting of a bond or security and without prejudice of any other rights and remedies available. Accordingly, Apple and/or any Apple Employing Entity may apply to any court of competent jurisdiction for any interim or conservatory measures, including temporary or permanent injunctive relief or to compel arbitration.

**B. Protected Activity Not Prohibited.** Pursuant to the United States Defend Trade Secrets Act of 2015, 18 U.S.C. Section 1833(b),You understand that: (i) You will not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney solely for the purpose of reporting or investigating a suspected violation of law; (ii) You will not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that is made in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal; and (iii) if You file a lawsuit for retaliation by an employer for reporting a suspected violation of law, You may disclose a trade secret to Your attorney and use the trade secret information in the court proceeding, provided You file any document containing the trade secret under seal and do not disclose the trade secret other than pursuant to court order.

## VI. NO IMPLIED EMPLOYMENT RIGHTS

You understand and agree that no term or provision of this Agreement confers upon You any rights to the continuation of Your Employment, and that no term or provision of this Agreement obligates the Apple Employing Entity to employ You for any specific period of time or interferes with or restricts Your right or, to

3/2025



the fullest extent permitted by applicable law, the Apple Employing Entity's right to terminate Your Employment at will, at any time for any reason, with or without cause or prior notice.

## VII. GENERAL PROVISIONS

**A. Severability.** If one or more of the provisions of this Agreement are deemed void or unenforceable by law, then the remaining provisions will continue in full force and effect, and the Parties or a tribunal of competent jurisdiction will substitute suitable provisions having like effect.

**B. Governing Law.** This Agreement will be governed in accordance with the laws of the State of California, except if (i) the location of Your Employment is in a state other than California and (ii) the applicable laws of that state prohibit the application of another state's law to any provision of, or claim arising from, this Agreement, then such provision or claim will be governed, solely to the extent of such prohibition, in accordance with the laws of that state. Any judicial action between the Parties relating to this Agreement will take place in Santa Clara County, California, and You consent to the personal jurisdiction of and venue in the state and federal courts within Santa Clara County, California.

**C. Successors and Assigns.** This Agreement will be binding upon Your heirs, executors, administrators, and other legal representatives, and will be for the benefit of each of the Apple Entities and its successors and assigns. Apple may freely assign this Agreement or any of its licenses or rights under this Agreement (including to any other Apple Entity) without Your consent. You may not assign or transfer this Agreement, in whole or in part, to any other person or entity.

**D. Entire Agreement.** This Agreement, and any additional obligations to which You may be subject under the policies and procedures of Your Apple Employing Entity, sets forth the entire agreement between You and Apple relating to the subject matter of this Agreement. No modification to or amendment of this Agreement, nor any waiver of any rights under or provision of this Agreement, will be effective unless in writing signed by both You and an Apple Vice President. Any subsequent changes in Your Apple Employing Entity, duties, salary, or compensation will not affect the validity or scope of this Agreement.

**E. Compliance with Laws.** You agree that You will comply and do all things necessary for each Apple Entity to comply with the laws and regulations of all governments where any Apple Entity does business and with the provisions of contracts between any such government or its contractors and any Apple Entity.

**F. Interpretation**. The words "include," "including" and variations thereof will be deemed to be followed by the words "without limitation". The use of "or" will not be deemed to be exclusive. Headings are for convenience only and are not to be used in the interpretation of this Agreement.

## VIII. VOLUNTARY AGREEMENT

You acknowledge that You have read this Agreement carefully, that You understand all of its terms, that all agreements between You and Apple relating to the subjects covered in this Agreement are contained in this Agreement, and that You have entered into this Agreement voluntarily and not in reliance upon any promises or representations other than those contained in this Agreement itself.

You further acknowledge that You have had the opportunity to discuss this Agreement with private legal counsel.

This Agreement is effective as of the first day of Your Employment.



Understood and agreed by:

> I understand that by electronically signing this Agreement by typing my full name and today's date below, that I acknowledge, agree and attest that the information provided by me is true and correct and I am freely intending to create and adopt as my own a legally binding electronic signature that carries the same legal effect and enforceability as my handwritten signature.

**If You are under 18 years of age, Your parent/guardian must sign and date this Agreement.**

**Parent/Guardian:** As the parent/guardian of the individual set forth below, You acknowledge that: (a) You have read this Agreement carefully; (b) You understand all terms and conditions of this Agreement; (c) all agreements between You and Apple relating to the subjects covered in this Agreement are contained in this Agreement; and (d) You have entered into this Agreement voluntarily and not in reliance upon any promises or representations other than those contained in this Agreement.

_____

Employee's Full Name (Printed)

_____          _____

Parent/Guardian's Signature                              Date

_____

Parent/Guardian's Full Name (Printed)

Please make and retain a copy of this Agreement for Your records.

3/2025



<u>EXHIBIT A</u>

**Requirements for Prior Inventions Disclosure**

As a reminder the term "**Inventions**" is defined in Section II.A of this Agreement as:

**Definition of Invention.** As used in this Agreement, "**Inventions**" means all inventions (whether or not patented or patentable and whether or not reduced to practice), ideas, concepts, discoveries, creations, developments, improvements, works of the performing arts and other works of authorship (including musical works (including any accompanying words), sound recordings, dramatic works (including any accompanying music), choreographic works, pantomimes, audiovisual works, motion pictures, animations, videos and other visual recordings, artwork, photographs, illustrations, pictures, and drawings), marks (including brand names, product names, logos, domain names, and slogans), content (including textual, visual, and aural content), designs, design rules, diagrams, formulas, algorithms, processes, protocols, specifications, configurations, schematics, techniques, instructions, methods, methodologies, technology, interfaces, routines, computer programs or portions thereof, data, data collections, databases, mask works, results, know-how, trade secrets, documentation, and any other work product, information or materials made, created, conceived, or reduced to practice by You, alone or jointly with others, along with all IP rights in or to any of the foregoing, all tangible embodiments of any of the foregoing and any media on which any of the foregoing is recorded or documented.

The term "**Prior Inventions**" is defined in Section II.B of this Agreement as:

**Prior Inventions.** You may list in a separate form that You provide to Apple concurrently with Your execution of this Agreement ("**Prior Invention Disclosure**") all Inventions, as of the effective date of this Agreement, (i) that You personally own (in full or in part) or in which You have any other legal right or title or (ii) for which You personally have the right to receive royalties or other consideration (all listed Inventions, the "**Prior Inventions**"). In listing any Prior Invention, You should not include any information if the disclosure of such information would constitute a breach of a confidentiality obligation You owe to a third party.

To be a Prior Invention, the Invention must be one that You made prior to Your Employment and be in at least one of the following categories.

1.       Any Invention that You personally own (in full or in part) or in which You have any other legal right or title, or
2.       Any Invention that You personally have the right to receive royalties or other consideration

<u>Examples of Inventions that are **not** Prior Inventions</u>

In typical corporate employment situations, employees assign ownership of their Inventions to their employer. Such assigned Inventions do <u>not</u> satisfy the requirement of category 1. Further, other than possibly receiving a fixed "invention/patent award," employees typically do not have the right to receive royalties or other consideration for use of an Invention (or associated patents). If employees do not have the right to receive royalties or other consideration, their Inventions do <u>not</u> satisfy the requirement of category 2. Under these circumstances, where an Invention does not satisfy the requirements of both category 1 and category 2, it is <u>not</u> a Prior Invention and You should <u>not</u> disclose any such an Invention as a Prior Invention.

In typical academic situations, inventors assign ownership of their Inventions to their academic institution. Such assigned Inventions do <u>not</u> satisfy the requirement of category 1. If the academic institution is able to generate license revenue for the Invention (or associated patents), but the inventors are not entitled to share in the revenue for the use of the Invention, their Inventions do <u>not</u> satisfy the requirement of category 2. Under these circumstances, where an Invention does not satisfy the requirements of both category 1 and 2, it is <u>not</u> a Prior Invention and You should <u>not</u> disclose any such an Invention as a Prior Invention.

<u>Examples of Inventions that **are** Prior Inventions</u>

In an academic situation where the inventors assign ownership of their Inventions to the academic institution, the institution is able to generate license revenue for the Inventions (or associated patents), and the inventors are entitled to a share of that revenue, their Inventions <u>do</u> satisfy the requirement of category 2. Under these circumstances, where



an Invention does not satisfy the requirements of category 1, but does satisfy the requirements of category 2, it is a Prior Invention and You <u>should</u> disclose any such an Invention as a Prior Invention.

If You developed an Invention in Your free time (by Yourself or with others) and You were not obligated to assign the Invention to someone else (like an employer or academic institution), then You may personally own the Invention (in full or in part). Under these circumstances, where an Invention does satisfy the requirements of category 1 but may not satisfy the requirements of category 2, it is a Prior Invention and You <u>should</u> disclose any such an Invention as a Prior Invention.

If You have an ownership stake in a business and that business either owns the invention and/or receives royalties for its use, the invention does satisfy the requirements of either category 1 or category 2 (or potentially both).  Under these circumstances, the invention is a Prior Invention and You <u>should</u> disclose any such an invention as a Prior Invention.

<u>Example of an Invention that contains elements that are classified differently</u>

As part of Your job with a previous employer, You wrote a musical composition that was recorded. Under the law in the jurisdiction of Your Employment, the ownership of musical compositions (music and lyrics) vested in Your employer, but the ownership of the sound recording remained with You. The musical composition does not satisfy requirements of either category 1 or category 2, but the sound recording does satisfy the requirements of both categories. Therefore, You should <u>not</u> disclose the musical composition as a Prior Invention, but You <u>should</u> disclose the related sound recording as a Prior Invention. Note that under this Agreement, the ownership of both the musical composition and sound recording would belong to Your Employing Entity as a work made for hire, or in certain cases, vest automatically in Apple Inc.

3/2025



**EXHIBIT B**

California Labor Code §2870 provides:

"(a) Any provision in an employment agreement which provides that an employee shall assign, or offer to assign, any of his or her rights in an invention to his or her employer shall not apply to an invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities, or trade secret information, except for those inventions that either: (1) Relate at the time of conception or reduction to practice of the invention to the employer's business, or actual or demonstrably anticipated research or development of the employer, or (2) Result from any work performed by the employee for the employer.

(b) To the extent a provision in an employment agreement purports to require an employee to assign an invention otherwise excluded from being required to be assigned under subdivision (a) the provision is against the public policy of this state and is unenforceable."

# Appendix B

**Proposed updates to [BC Website page on ACI](#) that is linked in this reference in the BC policy -** *For the full definition and to learn more about Apple Confidential Information, visit the [Business Conduct website](#).*

**Apple Confidential Information**

One of our greatest assets is information about our products and services, including future product offerings. You play a key role in helping us protect Apple. This includes both physical assets such as equipment, supplies and product information, as well as Apple Confidential Information.

**Apple Confidential Information** means all Third Party Confidential Information and all non-public materials or information relating to past, existing or future Apple products or services, including but not limited to sales, pricing, operations, sources of material, financials and marketing plans. For the full definition and to learn more about examples Apple Confidential Information, see here.

**Third Party Confidential Information** is any confidential information disclosed to Apple by customers, partners, suppliers, and other third parties during the course of business. We are all responsible for protecting and maintaining the confidentiality of any information entrusted to us by our partners. Compromising that trust may damage relations with our partners and can also result in legal liability. For more information, see the [Apple Customer Privacy Policy](#).

Never disclose Apple Confidential Information without verifying with your manager whether such disclosure is appropriate. We are very selective when disclosing Apple Confidential Information to vendors, suppliers, or other third parties, and only do so once a **Non-Disclosure Agreement (NDA)** is in place.

Review the Business Conduct policy section on [Your Rights as an Employee](#) to understand your right to speak freely about wages, hours or working conditions and related topics, as well as the [People site](#) on this topic.

The Intellectual Property Agreement that you signed when you joined Apple outlines your duty to protect Apple Confidential Information.

FAQs:

**What is the full definition of Apple Confidential Information?**

**Apple Confidential Information** means all Third Party Confidential Information and all non-public materials or information relating to past, existing or future Apple products or services, including but not limited to sales, pricing, operations, sources of material, financials and marketing plans. **Third Party Confidential Information** is any confidential information disclosed to Apple by customers, partners, suppliers, and other third parties during the course of business. **Examples** of Apple Confidential Information include: inventions, trade secrets, R&D records, reports, samples, manuals, plans, specifications, ideas, designs, prototypes, software, source code, notes, photographs, screenshots, whiteboard captures, remote video chats, drawings, sketches or any other confidential, non-public materials or information relating to past, existing or future products or services; sales, profits, organization, customer data, pricing, sources of material, supply, costs, manufacturing, financials, forecasts, budgets, profit and loss statements, market research, marketing or advertising plans, product roadmaps, product volumes, headcount planning reports, project planning documents, dates or content of new product launches, methods of distribution or manufacture, and unpublished patent applications.

**Q: How do I know if something is considered Apple Confidential Information?**

Your manager or People Business Partner are the best resource to assist you with determining if content is considered Apple Confidential Information.

See here for more information and examples of Apple Confidential Information.

**Q: Can I share Apple Confidential Information with a vendor or supplier?**

A: You should verify with your manager whether there is a business need to share Apple Confidential Information with a supplier, vendor, or other third party, and never volunteer more than what is necessary to address the business at hand. Only disclosing Apple Confidential Information to vendors, suppliers, or other third parties once a **Non-Disclosure Agreement (NDA)** is in place. Even within Apple, Apple Confidential Information should only be shared on a need-to-know basis. To learn more about NDAs and the NDA process, visit Legal & Global Security's NDA page.

**Q: What is a Non-Disclosure Agreement (NDA)?**

A: An NDA is a non-disclosure agreement, also known as a confidentiality agreement, signed between Apple and a company (or individual) to enable sharing Apple Confidential Information. For more information visit Legal & Global Security's NDA page.

**Q: How can I protect the information on my Apple equipment?**

A: It only takes a moment for someone to steal your device — for example, when you step away from the counter to get your drink at a coffee shop. Keep your devices close — on your person or immediately adjacent — at all times when you are in public spaces.

Visit Global Security's Protect Your Devices page for more guidance.



# Business Conduct

The way we do business worldwide

Table of Contents

**The Way We Do Business Worldwide**
3   Your Responsibilities and Obligation to Take Action
4   Reporting a Concern
4   No Retaliation
4   Your Rights as an Employee
4   Human Rights

**Workplace Behaviors**
5   Drugs and Alcohol
5   Environment, Health, and Safety (EH&S)
5   Harassment and Discrimination
6   Respect

**Protecting Apple**
6   Protecting Apple's Assets and Confidential Information
6   Accuracy of Business Records and Fraud
7   Records Management
7   Side Deals or Side Letters
7   The Apple Identity and Trademarks
7   Third-Party Intellectual Property
8   Copyright-Protected Content
8   Apple Inventions, Patents, and Copyrights
8   Activities Related to Technical Standards
8   Activities Related to Open Source Software
9   Public Speaking and Press Inquiries
9   Publishing Articles
9   Endorsements

**Individual Accountability**
10   Avoiding Conflicts of Interest
10   Significant Personal Relationships
10   Rotations (Operations Only)
10   Conflicts of Interest and Outside Activities
1

1    App Creation
11   Board Positions
10   Rotations (Operations Only)
12   Personal Investments
12   Insider Trading
12   Charitable Donations
13   Political Contributions
13   Personal Political Activities
13   Gifts
15   Gifts to Public Officials

**Business Integrity**
16   Governments as Customers
16   Hiring Government Employees
16   Bribery and Corruption
17   Money Laundering
17   Competition and Trade Practices
17   Obtaining and Using Business Intelligence
17   Trade Restrictions and Import/Export Controls
18   Private Employee Information
18   Human Trafficking

**Additional Resources**
19   Policies and References

## The way we do business worldwide

At Apple, we are committed to demonstrating that business can and should be a force for good. Achieving that takes innovation, collaboration, and a focus on serving others.

It also means leading with our values — accessibility, education, environment, inclusion and diversity, privacy, racial equity and justice, and supplier responsibility. Our Business Conduct Policy is foundational to how we do business and how we put our values into practice each and every day.

Apple conducts business ethically, honestly, and in full compliance with applicable laws and regulations. This applies to every business decision in every area of the company worldwide.

The following principles guide Apple s business practices:

- **Honesty**—Demonstrate honesty and high ethical standards in all business dealings.
- **Respect**—Treat customers, partners, suppliers, employees, and others with respect and courtesy.
- **Confidentiality**—Protect Apple Confidential Information, including that of our customers, partners and suppliers.
- **Compliance**—Ensure that business decisions comply with applicable laws and regulations.

Apple expects its suppliers, contractors, consultants, and other business partners to follow these principles when providing goods and services to Apple or acting on our behalf. Third parties involved in manufacturing, components, sourcing and raw materials related to Apple s products are also required to comply with the Apple Supplier Code of Conduct. All other third parties doing business with Apple are required to comply with the Apple Third Party Code of Conduct.

The Business Conduct Policy applies to all full and part-time employees of Apple and its subsidiaries, and provides a standard guide for what is required of everyone at Apple. Relevant sections also apply to members of Apple s Board of Directors. The Business Conduct Policy also provides information on additional resources available to employees, including the Business Conduct Helpline and the Business Conduct website, which contains guidance and frequently asked questions to assist employees in understanding Apple s approach to Business Conduct.

All employees are required to complete annual, online Business Conduct training, and review and certify their understanding of the Business Conduct Policy. Employees are also required to complete online Respect at Apple and Privacy trainings, and depending on job responsibilities and location, may be required to participate in additional mandatory online trainings on specific topics. Focused live training is also arranged periodically on Business Conduct and other relevant topics.

On rare occasions, local laws may impose requirements on Apple and its employees that differ from those set out in the Business Conduct Policy. Contact a local People Business Partner for more information on how these laws may apply to you.

Any waiver of this Policy for our directors, executive officers, or principal accounting officer may be made only by our Board of Directors, and will be disclosed as required by law or applicable listing rules.

## Your Responsibilities and Obligation to Take Action

Everything we do is a reflection of Apple. We expect you to:

- **Follow the Policy and exhibit appropriate workplace behavior.** Comply with the letter and spirit of Apple s Business Conduct Policy and all applicable legal requirements. Any failure to exhibit ethical or appropriate workplace behavior or to comply with Apple s Business Conduct Policy—or failure to report a policy, regulatory, or legal violation—may result in disciplinary action, up to and including termination of employment.
- **Speak up.** If you see or hear of any violation of Apple s Business Conduct Policy, other Apple policies, or legal or regulatory requirements, you must notify either your manager, People, Legal, or Business Conduct.
- **Use good judgment and ask questions.** Apply Apple s principles of business conduct, and review our policies and legal requirements. When in doubt about how to proceed, discuss it with your manager, your People Business Partner, Legal, or Business Conduct.

You are also required to fully cooperate in any Apple investigation and safeguard the integrity of the investigation.

## Reporting a Concern

To report a concern or ask a question about Apple s Business Conduct Policy, you can contact Business Conduct by phone, email, or web form. For contact details, visit the Business Conduct website or the Resources section at the end of this policy. Apple s external helpline (apple.ethicspoint.com) also allows employees and external parties to report concerns with the option of remaining anonymous, where permissible under applicable laws. The external helpline provides local, toll-free phone numbers that connect employees and external parties to a multilingual reporting service.

Your information will be shared only with those who have a need to know to help answer your questions or investigate concerns, ensure the prompt enforcement of this Policy, and, if appropriate, determine disciplinary action. If your information involves accounting, finance, or auditing, the law may require that necessary information be shared with the Audit and Finance Committee of the Board of Directors. Apple s Business Conduct Policy is administered by the Business Conduct organization, under the oversight of Apple s Chief Compliance Officer, who provides regular updates to the Audit and Finance Committee of the Board of Directors. The Business Conduct team is available to support all employees and answer questions on business conduct issues, policies, regulations, and compliance with legal requirements.

Apple s Global Whistleblowing Policy provides additional information about Apple s approach to protecting and supporting individuals who report potential misconduct, and rights of its employees to raise concerns externally as provided by applicable law.

## No Retaliation

Apple will not retaliate—and will not tolerate retaliation—against any individual for reporting a good-faith concern or complaint internally or externally or for participating in the investigation of a concern or complaint.

Retaliation under this policy occurs when Apple or one of its employees takes an action adversely affecting the career, pay, scope of role, or working conditions of an individual because the individual:

- Reported or participated in the investigation of a potential violation of our policies or the law; or
- Engaged in legally protected activity, including or related to leaves of absence or job accommodations, or forming or joining (or refraining from joining) labor organizations of an employee s choice in a lawful manner.

In addition to violating this policy, some instances of retaliation may be unlawful.

Other behaviors that dissuade people from raising concerns or asking questions about complying with Apple s policies or legal obligations are also unacceptable under this policy and other Apple policies.

## Your Rights as an Employee

You are permitted to freely discuss or disclose wages, hours, employment terms, and working conditions at Apple, including information about harassment, discrimination, or any other conduct you have reason to believe is unlawful or inappropriate in the workplace.

Nothing in this Policy, or any Apple policy or Apple agreement, should be interpreted as being restrictive of your right to do so.

Additional information about employee rights, including the right to engage in union and other protected, concerted activity, can be found on **Apple s People site**.

## Human Rights

Apple is committed to respecting internationally recognized human rights. Apple s approach to respecting human rights is based on the United Nations Guiding Principles on Business and Human Rights, the global standard on business and human rights. For more information, see the Human Rights Policy.

# Workplace Behaviors

### Drugs and Alcohol

Apple cares about the health and safety of our employees. You are expected to comply with Apple s guidelines regarding alcohol, drugs, and smoking, whether it is in the workplace, at Apple-sponsored events, or while conducting Apple business. You are not permitted to be under the influence of any legal or illegal drug that impairs your ability to perform your job, and employees are prohibited from manufacturing, soliciting, distributing, possessing, or using any illegal drugs or substances in the workplace, or while working. Use good judgment and keep in mind that you are expected to perform to your full ability at work. For more information, see the Alcohol, Drugs and Smoke-Free Environment Policy.

### Environment, Health, and Safety (EH&S)

Apple is committed to protecting the environment, health, and safety of our employees, customers, and the global communities where we operate.

Apple s EH&S team provides guidance on how to conduct your job while meeting or exceeding all applicable environmental, health, and safety requirements. Use good judgment and always put the environment, health, and safety first. Work proactively with the EH&S team to anticipate and manage EH&S risks in a timely manner.

For more information on the EH&S team, policies, training, and programs, visit the EH&S website.

### Harassment and Discrimination

Apple is dedicated to maintaining a creative, diverse, inclusive, and supportive work environment, and does not tolerate discrimination or harassment of employees or non-employees with whom we have a business, service, or professional relationship. This applies to all interactions where you represent Apple, including interactions with employees, customers, suppliers, and applicants for employment. For more information, see the Equal Employment Opportunity Policy and People policies for your region.

If you believe you have been harassed or discriminated against, or have witnessed such behavior, visit Reporting a Concern. We encourage you to report the incident using any avenue with which you feel most comfortable, including your Apple manager, People Support, your People Business Partner, or Business Conduct.

We also do not tolerate workplace violence of any kind. For more information, see the Workplace Violence Policy.

### Respect

Respect is a foundational element of our culture. It is necessary for great collaboration, for great debate, and for our ideas, products, and services to be as great as they can be. We believe a safe, inclusive, and respectful environment is essential to ensure both the quality of our workplace and the success of our business, and that employees must be professional in their interactions with colleagues, customers and third parties. Respect is a shared responsibility, and should be demonstrated every day through actions, interactions, and decisions in the workplace.

Respect does not mean that we don t disagree or debate - it means that when we do so, we do it in a way that does not cause a coworker to feel offended, humiliated, or intimidated.

## Protecting Apple

### Protecting Apple s Assets and Confidential Information

You play a key role in helping us protect Apple. This includes both physical assets such as equipment, supplies and product information, as well as Apple Confidential Information. The Confidentiality and Intellectual Property Agreement that you signed when you joined Apple outlines your duty to protect Apple Confidential Information.

**Apple Confidential Information** means all Third Party Confidential Information and all non-public materials or information relating to past, existing or future products or services, including but not limited to sales, pricing, operations, sources of material, financials and marketing plans. For the full definition and to learn more about Apple Confidential Information, visit the Business Conduct website.

**Third Party Confidential Information** is any confidential information disclosed to Apple by customers, partners, suppliers, and other third parties during the course of business. We are all responsible for protecting and maintaining the confidentiality of any information entrusted to us by our partners. Compromising that trust may damage relations with our partners and can also result in legal liability. For more information, see the Apple Customer Privacy Policy.

We are very selective when disclosing Apple Confidential Information to vendors, suppliers, or other third parties, and only do so once a **Non-Disclosure Agreement (NDA)** is in place. You should verify with your manager whether there is a business need to share Apple Confidential Information with a supplier, vendor, or other third party, and never volunteer more than what is necessary to address the business at hand. Even within Apple, Apple Confidential Information should only be shared on a need-to-know basis. To learn more about NDAs and the NDA process, visit Legal's NDA website.

Remember to review the section on Your Rights as an Employee to understand your right to speak freely about wages, hours or working conditions and related topics, as well as the **People site** on this topic.

**Remember**:

• **Watch what you say.** Being aware of where you are, who is around you, and what they might see or overhear is an important way we all protect Apple Confidential Information.

• **Protect our assets.** Keep track of the assets and information Apple has entrusted to you, and prevent loss, misuse, waste, or theft.

• **Set an example.** Model behavior that protects our assets and information at all times.

For information on best practices for protecting Apple's assets and Apple Confidential Information, visit the Global Security website.

## Accuracy of Business Records and Fraud

Accurate and honest business records are critical to meeting our legal, financial, and management obligations. You should ensure that all business records and reports, including expense reports, timecards, information related to employee benefits such as the Apple Matching Gifts Program and Employee Purchase Plan, customer information, and technical and product information that appear in any format, including correspondence and public communications, are comprehensive, fair, accurate, timely, and understandable.

Intentional manipulation of Apple business records is a form of fraud. This includes modifying business records or reports in any way, misstating business facts, or omitting critical business information to mislead others, or assisting others in doing so.

You are responsible for observing all policies and procedures regarding business expenses, including meal and travel expenses, and for submitting accurate expense reimbursement reports. Guidelines on daily meal expenses vary worldwide. For more information, see the Travel and Expense Policy.

## Records Management

Apple owns all records and information that is created or received in the course of doing Apple s business. Employees are responsible for managing and protecting information and records in accordance with the Records Management Policy. A record is defined as information created, received, and maintained as evidence and as an asset by the Company in pursuit of legal obligations or in the transaction of business, and is identified in the Records Retention Schedule.

Records must be maintained in a manner that ensures their accuracy, integrity, and security. Privacy laws may dictate how long information can be retained. At times, Apple will need to retain records and information beyond the normal retention period for legal reasons or audits. If you have records and information that are categorized as under a  legal

hold" you should not alter, destroy, or delete them in any way. Legal will notify you of any legal holds you may be subjected to and what is required.

For more information, see the Managing Your Records website or contact the Information Governance team.

## Side Deals or Side Letters

Apple formally documents all terms and conditions of the agreements into which it enters. Contractual terms and conditions define Apple s rights, obligations, liabilities, and accounting treatments. We do not accept business commitments outside of the formal contracting process managed by Legal. Side deals, side letters, or other informal documentation created by employees without Legal oversight are impermissible. You should not make any oral or written commitments that create a new agreement or modify an existing agreement without securing approval through the formal contracting process.

## The Apple Identity and Trademarks

The Apple name, names of products (such as iPhone), names of services (such as AppleCare), taglines (such as "Think Different"), and logos collectively create the Apple identity. Before publicly using any of these assets, review the Trademark List, Trademark and Copyright Guidelines, and Corporate Identity Guidelines for how to properly do so. You should also check with Legal before using the product names, service names, taglines, or logos of any third parties.

## Third-Party Intellectual Property

Apple respects third-party intellectual property. Never use the intellectual property of any third party without permission or legal right. If you are told or suspect that Apple may be infringing on third-party intellectual property, including patents, copyrights, trademarks, or trade secrets, contact Legal.

## Copyright-Protected Content

Never use or copy software, music, videos, publications, or other copyright-protected content at work or for business purposes unless you or Apple are legally permitted to use or make copies of the protected content. You should never use Apple facilities or equipment to make or store unauthorized copies. For more information about personal content on Apple- owned devices, see the Employee Use of Electronic Systems and Communications Policy.

## Apple Inventions, Patents, and Copyrights

Apple has a robust patent program that protects innovations related to our current or future products and services. You should submit your invention disclosure to the Apple Patent team via the Apple Patent System. It s best to submit your invention disclosure well before you share an invention outside of Apple, even if under an NDA, because doing so may compromise Apple s patent rights.

You may pursue, for your own personal ownership, inventions that (a) are not developed using Apple equipment, supplies, facilities, or proprietary information; (b) did not result from and were not suggested by work performed by you, Apple, or Apple proprietary information; and (c) are not related to Apple s current or anticipated business, products, research or development.

Be alert to possible infringement of Apple s patents and notify Legal of any possible infringements. If you create original material for Apple that requires copyright protection, such as software, place Apple s copyright notice on the work and submit a copyright disclosure form to Legal. For more information, see the Copyright Policy.

## Activities Related to Technical Standards

You must secure management and Legal approval before participating in any activities related to technical standards. This includes joining a standards organization or working group, contributing technology or code to a standard, or using a standard in the development of an Apple product. For more information, see the Standards Legal Policy or contact the Standards Legal team.

### Activities Related to Open Source Software

Open source software is usually collectively developed software with its source code made available under an open source license. Before using, modifying, or distributing any open source software for Apple infrastructure, or as part of an Apple product or service development effort, you must receive management and Legal approval. For additional information on how to submit requests, visit Open Source at Apple. This website also includes information about personal contributions to Open Source and required approvals.

### Public Speaking and Press Inquiries

All public or outside speaking engagements that relate to Apple s products or services or reasonably anticipated products or services or public or outside speaking engagements where you could be construed as speaking on behalf of the company, must be pre-approved by your manager and Corporate Communications. If your request is approved, you may not request or accept any form of personal compensation from the organization that requested your participation, but you may accept directly related expenses. All inquiries from the media, industry, or financial analyst community in which you are asked to provide comments on behalf of Apple, or where your comments may reasonably be construed as being on behalf of Apple, must be referred to Corporate Communications or Investor Relations.

Nothing in this provision restricts your right to speak freely about wages, hours, or working conditions, including information about harassment, discrimination, or any other conduct you have reason to believe is inappropriate in the workplace, and nothing in this policy, or any Apple agreement, should be interpreted as being restrictive of your right to do so, provided that you may not disclose Apple Confidential Information to third parties. For more information, see the section on Your Rights as an Employee and the **People site**.

### Publishing Articles

If you want to contribute an article or other type of submission to a publication or blog on a topic that relates to Apple s products or services, or reasonably anticipated products or services, or that could be seen as a conflict of interest, you must first request approval from Corporate Communications. If your contribution is technical or academic and relates to Apple's products or services, complete the Academic and Industry- Related Activities Questionnaire to obtain review from Legal and Business Conduct. If your contribution is determined to be a conflict of interest, you will need to get senior vice president approval. For additional information, see the Social Media and Online Communications guidelines.

Any employee who wants to a publish research paper in their capacity as an Apple employee should follow the guidelines on the Business Conduct website.

Review the section on Your Rights as an Employee and the **People site** to understand more about topics where the rules on Publishing Articles do not apply.

### Endorsements

You should never endorse a product or service of another business or individual in your role as Apple employee, unless the endorsement has been approved by your manager and Corporate Communications. This does not apply to statements made in the normal course of business about third-party products sold by Apple. If you want to provide a personal reference, review the Employment Reference Guidelines.

## Individual Accountability

### Avoiding Conflicts of Interest

A conflict of interest is any activity that may damage Apple s business, competitive, or financial interests, or gives the appearance of impropriety or divided loyalty. Avoid any situation that creates a real or perceived conflict of interest. If you are unsure about a potential conflict, talk to your manager, Business Conduct, or your People Business Partner.

Members of Apple s Board of Directors should follow the requirements and procedures described in the Guidelines Regarding Director Conflicts of Interest.

The following are common situations employees may encounter that could present a conflict of interest.

## Significant Personal Relationships

Personal relationships in the workplace can present a real or perceived conflict of interest when one individual in the relationship makes or influences employment decisions regarding the other, including performance or compensation.

Significant personal relationships include, but are not limited to, spouses, domestic partners, family members, dating or physical relationships, close friends, and business relationships outside of Apple. Apple business relationships include, but are not limited to, vendors, customers, suppliers, contractors, temporary agency workers, or similar relationships.

Do not conduct Apple business with family members or others with whom you have a significant personal relationship. Do not use your position at Apple to obtain favored treatment for yourself, family members, or others with whom you have a personal relationship. This applies to product purchases or sales, investment opportunities, hiring, promoting, selecting contractors or suppliers, and any other business matter.

If you believe that you have a potential conflict involving a family member or other individual, disclose it to your manager and your People Business Partner to review and work through any potential conflicts.

You should not allow any relationship to disrupt the workplace or interfere with your work or judgment.

In rare cases where exceptions may be appropriate, written approval from the senior vice president of your organization is required.

## Conflicts of Interest and Outside Activities

You may participate in outside activities, including secondary employment, businesses, inventions, and serving on boards, only if they do not present a conflict of interest and you adhere to the rules set out below.

Apple generally considers an outside activity to be a conflict of interest if it:

- Is for a business, company, or organization that makes or sells competing products or services to Apple, or that Apple is reasonably anticipated to create. This includes but is not limited to: Apple hardware products (e.g., computers, mobile devices, headphones), financial services, original content, health services, cloud services, any distribution of video, music or eBooks, and any software or app.

- Generates or exposes you to intellectual property that competes with or relates to Apple s present or reasonably anticipated business, products, or services.

- Would require you to disclose or use confidential Apple Confidential Information.

- Arises from Apple s business relationship with the external organization.

In some circumstances, an outside activity that is the same as or similar to your role or work at Apple could also be considered a conflict of interest. Review the Business Conduct website for more information.

Work with your manager and Business Conduct to evaluate a potential conflict of interest. If an outside activity presents a conflict of interest, you must partner with a People Business Partner, and obtain written approval from your manager, Legal (if applicable), and the senior most person reporting to the CEO of both your and any relevant organizations. Contact Business Conduct to assist with Legal review.

Note that in some countries outside of the United States, employees are subject to restrictions on working hours, regardless of whether those working hours are with multiple employers. You should consider maximum working hours before taking on any paid outside activities. Please contact People Support if you need guidance.

Any employee, full or part-time, who is participating in an outside activity, must comply with the following rules.

**Do not:**

• Use any working time or any Apple assets for any outside  activity. This includes Apple s workspace, phones, computers, Internet access, photocopiers, and any other Apple assets or services, other than incidental use.

• Use your position at Apple to solicit resources or any other benefit for your outside activity, obtain favored treatment, or pressure others to assist you.

• Participate in an activity that could have an adverse effect on your ability to perform your duties at Apple.

• Use Apple Confidential Information.

Nothing in this policy restricts your right to form, join or assist a union, or engage in other protected, concerted activity (or the right to refrain from any or all such activities).  These activities are not considered to be conflicts of interests or outside activities within the meaning of this policy.  Additional information about employee rights, including the right to engage in protected, concerted activity, can be found on Apple s **People site**.

## App Creation

You can only create apps for personal or educational purposes. You cannot join the Developer Program or share, sell, or distribute apps, stickers, or other media (for iOS, Android, or any other operating system), unless required for Apple business purposes. Some exceptions apply for employees who created apps before joining Apple or who are joining Apple for a short period of time. If this applies to you, contact Business Conduct to understand what is permitted.

## Board Positions

You may not serve as a director, trustee, officer, or advisory board member without prior approval from Apple. Apple has pre-approved positions in certain organizations like residential boards (i.e., HOAs) and local sports and arts organizations, provided their activities do not present a potential or actual conflict of  interest. Contact Business Conduct if you have any questions or if you would like to seek approval from Apple for a position that is not in a pre- approved category. A board position that presents a potential or actual conflict of interest is unlikely to be approved.

The rule above relates to serving on a board in your individual capacity. If you have been asked to serve on a board as a representative of Apple, you should work with your manager, Legal, and any impacted business teams to determine if Apple should participate, and whether you are the best person to represent Apple on that board. If the position is on a public sector advisory board, work with Business Conduct to assess whether your participation would impact Apple s ability to interact with that government agency. You should also consult with Corporate Communications, if applicable.

## Rotations (Operations Only)

Operations managers are responsible for ensuring that their employees who make or significantly influence sourcing, contractual, financial or capacity decisions with suppliers change position every three years so as to work with different suppliers. Exceptions are subject to VP review and approval each year.  Suppliers" include anyone who had, has, or might have any business connection (directly or indirectly) with Apple or Apple s supply chain.

## Personal Investments

You should avoid investing in companies that are Apple competitors or business partners when the investment presents a conflict of interest. One thing to consider when determining whether a personal investment creates a conflict of interest is whether you are in a position to influence transactions between Apple and a business in which you have invested.

If you have non-pubic information about a current or potential Apple business partner, you should not invest in that company, regardless of whether the company is publicly traded or the information could have a material effect on the value of the company.  Note that an investment may present a conflict of interest and should be avoided even if it does not violate insider trading rules and Apple s Insider Trading Policy. If a real or apparent conflict arises, disclose the conflict to your manager, who can work with People and Business Conduct to help determine whether a conflict exists and, if appropriate, the best approach to eliminate the conflict. You can also reach out to Business Conduct for help.

# Insider Trading

Never buy or sell Apple securities, including Apple stock, if you are aware of information that has not been publicly announced and that could have a material effect on the value of the securities. It is illegal and against Apple policy to give anyone, including friends and family, tips on when to buy or sell securities when aware of material nonpublic information concerning that security. This applies to decisions to buy or sell Apple stock or the stock of an Apple supplier, manufacturer, vendor, or customer, such as cellular network carriers or other channel partners.

Information is material if it would likely be considered important by an investor who is deciding whether to buy or sell a security, or if the information is likely to have a significant effect on the market price of the security. Both positive and negative information may be considered material. Examples of potential material information include financial results, information about new products or significant features, timing of significant product announcements or new product introductions, news of a pending or proposed acquisition or other corporate transaction, significant changes in sources or availability of supplies, changes in dividend policy, significant product defects or modifications, and significant cybersecurity, or other data protection or privacy incidents.

Short sales, transactions that hedge or offset, or are designed to hedge or offset any decrease in the value of Apple securities and transactions in derivatives of Apple stock, are prohibited at all times, including transactions involving prepaid variable forward contracts, equity swaps, collars, options, warrants, puts, calls, or similar instruments related to shares of Apple stock.

For more information about restrictions on trading in securities as well as answers to FAQs, see the Insider Trading Policy or email Insider Trading.

## Charitable Donations

You are encouraged to support charitable causes of your choosing as long as you do not use or furnish Apple assets (including your work time or use of Apple premises, equipment, or funds). Any charitable donations involving Apple assets are managed by the Corporate Donations team and must be approved by the VP of Environment, Policy, & Social Initiatives. Any donation of 100K USD or more also requires the approval of the Chief Executive Officer or Chief Financial Officer. For additional information, see the Finance Policy on charitable donations. This policy does not prevent you from taking advantage of the Apple Matching Gifts Program to contribute to a nonprofit organization of your choice, or from participating in our Global Volunteer Program.

## Political Contributions

Apple does not make political contributions to individual candidates or political parties. All corporate political contributions, whether monetary or in-kind (including lending or donating equipment or technical services), must be approved in advance by Apple s CEO, and processed by Government Affairs and Political Compliance to ensure compliance with legal requirements and Apple policy. You may not use Apple resources, including employee work time, Apple premises, equipment, or funds, to personally support candidates and campaigns. It is also illegal for Apple to reimburse an employee for a political contribution. For more information, see the Corporate Political Compliance Policy and the Apple Public Policy Advocacy website.

## Personal Political Activities

You are free to personally participate in political activities, including running for and serving in public positions, and supporting candidates and causes, as long as you comply with the points below:

• Do not represent or give the impression that you are representing Apple during any political activities or in campaign materials.

• Do not make public comments that could be misconstrued as being made on behalf of Apple, or give the impression that Apple is endorsing any particular legislation, position, or issue.

• Do not use Apple work time, equipment, or resources for political or campaign activities.

• If holding a public office, you may need to recuse yourself from any matters involving Apple.

## Gifts

Giving or accepting gifts can create a real or perceived conflict of interest and can lead to a perception of favoritism or an expectation of reciprocity that could compromise an employee s objectivity. This policy applies to giving or accepting gifts to or from current or potential vendors, suppliers, customers, or other business associates with whom you have a current or potential business relationship. Gifts between employees don't fall under this policy.

A gift is considered anything of value, including a meal, travel, entertainment (including tickets), Apple logo items, equipment (including loans), or discounts. Gifts must be legal, and gifts given with the purpose of influencing a decision are always prohibited. Gifts that are cash or cash equivalents, such as gift cards, are never allowed. Paying for a gift without getting reimbursement from Apple does not remove the requirement to comply with the gift policy.

**Apple employees are under either a zero gift rule or a $150 gift rule**, depending on their organization. Refer to the Gifts page on the Business Conduct website to determine the rule that applies to you. Employees under a zero gift rule may not give or accept gifts of any value, unless one of the key exceptions below applies. Employees under the $150 gift rule may only give or accept gifts if the value is $150 or less, unless one of the key exceptions below applies.

### Key Exceptions

Gifts that fall under one of the following exceptions are permissible for most employees, regardless of gift rule (additional approval requirements may be noted):

• **Business meals.** With the exception of Apple Store employees, employees may provide and accept reasonable and appropriate business-related meals, provided they are limited in frequency and expense. Any meals paid for by Apple must comply with Apple s Travel and Expense Reimbursement Finance Policy. Employees in Operations must obtain approval from their manager to accept business meals. Approval should occur beforehand when possible.

• **Low-value items.** With the exception of Operations and Apple Store employees, employees may accept low-value and infrequent promotional items or other nominal tokens of appreciation.

• **Business-related event attendance.** With the exception of Operations and Apple Store employees, free tickets for sporting events and other forms of entertainment where participation is directly related to an employee s job function and part of legitimate Apple business are not considered a gift under Apple s policy. If you are unsure if attendance at an event is directly related to your role, check with your manager. For high-value or high-profile events, you should review your attendance with your manager and your vice president. Employees should never use

relationships built through Apple business for their personal advantage, such as obtaining tickets that are difficult to access, since that is preferential treatment and could be considered a conflict of interest.

• **Conferences.** With the exception of Operations and Apple Store employees, free tickets to conferences that are offered by a vendor, supplier or other third party are permissible if the tickets are free to all attendees, offered as part of a contract with Apple, or offered to all customers of a particular vendor. Tickets outside of those parameters do not fall under an exception, and require approval if the value is over your gift limit. Conference tickets purchased by Apple are not a gift.

• **Vendor-supplied local ground transportation.** Operations employees may accept reasonable local ground transportation provided by vendors to and from work locations.

Any other exceptions must be approved by your vice president. For vice president–level employees, exceptions must be approved by your manager.

### Refusing and Returning Gifts

Gifts outside the limits of your gift rule should be declined or returned whenever possible. If it is impossible or inappropriate to refuse or return a gift, you should notify your manager and People Business Partner immediately after accepting the gift, then  contact Business Conduct for further guidance. Perishable, non-alcohol gifts may be placed in a common area for employees to share. For more information, see the Business Conduct website.

### Samples

Current and potential vendors and suppliers may provide product samples to Apple for business evaluation purposes. These samples are not gifts and may not be used for personal purposes. Receipt of samples should be documented according to any internal division policies, and where appropriate, returned to the vendor and supplier when the evaluation is complete.

## Gifts to Public Officials

Apple permits providing gifts to public officials only when permissible under applicable laws and policies. A public official is any person who is paid with government funds or performs a public function. This includes individuals who are elected or appointed to public office, as well as individuals who work for local, state/provincial or national government, public international organizations, public (government-owned or operated) schools, and state-owned or state-run enterprises. Employees at such organizations are considered public officials regardless of title or position.

### U.S. Public Officials

For U.S. public officials, anything other than refreshments of nominal value ($10 or less) must be pre-approved by Political Compliance or comply with internal guidelines if available, including disclosure requirements

### Non-U.S. Public Officials

In many countries, it is considered customary to provide token ceremonial gifts to government officials on certain occasions. All gifts exceeding USD $10 in value require pre-approval from Political Compliance or your regional Apple legal counsel. Meals that comply with posted guidance or a country are permissible and do not need pre-approval. Meals that are frequent and/or lavish could appear to influence a business decision and are inappropriate.

## Business Integrity

## Governments as Customers

Governments are unique customers for Apple. They often have unique bidding, pricing, disclosure, and certification requirements. When dealing with government customers, make sure to partner with Legal when bidding for business, and contact Business Conduct with questions relating to compliance requirements.

## Hiring Government Employees

Laws often limit the duties and types of services that former government, military, or other public sector employees may perform as employees or consultants of Apple, especially in regard to matters they were involved in while with the government. Employment negotiations with government employees may be subject to legal restrictions and disclosure requirements, particularly if the government employee is involved in a matter involving Apple s interests. Contact Political Compliance before entering such negotiations. You may never hire any individual in exchange for securing or retaining business, or securing an improper advantage. We also prohibit hiring preference being given to anyone in return for special treatment of any kind. For more information, see the Anti-Corruption Recruiting Policy.

## Bribery and Corruption

At Apple, we do not tolerate corruption in connection with any of our business dealings. Corruption can take many forms, but most often it occurs through bribery. A bribe is offering or giving anything of value, including cash, cash equivalents such as gift cards, gifts, meals, travel and entertainment, to any person for the purpose of obtaining or retaining business, or securing an improper advantage. You cannot offer or receive bribes from any individual, regardless of whether that individual is a public official or a private party. Kickbacks are a type of bribery, and occur when a person is offered money or something of value in exchange for providing something, such as information, a discount or a favor, to a third party. Kickbacks are not permissible and are strictly prohibited by Apple.

Facilitating payments are a type of bribe generally used to facilitate or expedite the performance of routine, non-discretionary government action. These payments are not permissible and are strictly prohibited by Apple. Exceptions may be made in circumstances that involve an imminent threat to health or safety, and such situations must be immediately reported to Business Conduct.

Apple can be found responsible for bribes, kickbacks, and/or facilitating payments made by third parties in connection with Apple s business. Before engaging a third party that will be interacting with the government or public officials on Apple s behalf, contact Business Conduct to evaluate whether we need to conduct additional due diligence.

For more information, see the Anti-Corruption Policy and other resources available on the Business Conduct and Global Compliance website.

## Money Laundering

Money laundering occurs when individuals or organizations try to conceal illicit funds or make those funds look legitimate. Money laundering is illegal and strictly prohibited by Apple. In certain countries, we are required to report suspicious activity. If you deal directly with customers or vendors, the following examples may signal potential money laundering:

- Attempts to make large payments in cash
- Payments by someone who is not a party to the contract
- Requests to pay more than provided for in the contract
- Payments made in currencies other than those specified in the contract
- Payments from an unusual, nonbusiness account
- Transactions forming an unusual pattern such as bulk purchases of products or gift cards or repetitive cash payments

## Competition and Trade Practices

Competition and innovation are at the core of Apple s DNA. We vigorously compete to develop and create the very best products for our customers. Apple will never seek to eliminate or reduce competition through illegal agreements with competitors. Agreements with competitors are subject to rigorous scrutiny in all countries. Agreements with our resellers, distributors, and suppliers can also give rise to scrutiny, particularly if Apple has a leading position in the market.

You should never:

- Agree with or exchange information with competitors regarding price, policies, contract terms, costs, inventories, marketing plans, capacity plans, or other competitively significant data.

- Agree with competitors to divide or assign sales territories, products, or dedicate customers.

- Agree with resellers on the resale pricing of Apple products without legal approval. Resellers are free to determine their own resale pricing.

- Violate fair bidding practices, including bidding quiet periods, or provide information to benefit one vendor over other vendors.

- Remember: Always consult the Competition Law Team whenever you have a question. For more information, see the Antitrust and Competition Law Policy.

## Obtaining and Using Business Intelligence

Gathering information about customers, competitors, and markets in which we operate is a common business practice, but you must always do so with integrity. You may generally obtain information from public sources, surveys, and competitive research. Personal information shall not be obtained from third parties without confirming with Privacy. We do not seek business intelligence by illegal or unethical means. It is never appropriate to engage in theft, espionage, or breach of a non-disclosure agreement. If you obtain confidential nonpublic information, accidentally or provided by unknown sources, that relates to a competitor, it may be unethical to use the information. If this happens to you, immediately contact your manager, Legal, or Business Conduct.

## Trade Restrictions and Import/Export Controls

Many countries periodically impose restrictions on imports, exports, and other dealings with certain countries, persons, or groups. These can include the trading of commodities or technologies, travel to or from a sanctioned country, and investments. Certain laws also prohibit support of boycott activities. If your work involves the sale or shipment of products, technologies, or services across international borders, always consult Global Export and Sanctions Compliance before moving goods. For more information, see the Export Control and Sanctions Policy.

## Private Employee Information

You should never share a coworker or prospective employee s personal identifying information, unless that person shares the information publicly themselves or gives you permission to share it. This includes information regarding their health information, national identity number, or performance and disciplinary matters. This does not apply to protected concerted activity. Any Legal or business need-to-know exceptions should be approved by your manager and Legal.

As an Apple employee, you should understand that subject to local laws and regulations and in accordance with Apple s review process, we may do one of the following when you access Apple s network or systems, or use any device, regardless of ownership, to conduct Apple business:

- Access, search, monitor, and archive all data and messages sent, accessed, viewed, or stored (including those from iCloud, Messages, or other personal accounts).

- Conduct physical, video, or electronic surveillance, search your workspace (e.g. file cabinets, desk drawers, and offices, even if locked), review phone records, or search any non-Apple property (e.g. backpacks, handbags) while on company premises.

- Disclose to law enforcement, without prior notice, any information discovered during a search that may indicate unlawful behavior

While limited personal use of Apple equipment and systems is allowed, Apple may monitor equipment and systems. You should not have any expectation about the privacy of content or personal information on Apple systems or networks, including VPN. To learn more, read our Information Security Policies and guidance on Personal Information Privacy on the People site, which explain Apple s rights and your rights when conducting Apple business or using Apple-provided equipment. For more information, contact the Privacy team.

We will not exercise our rights of access to monitor union or other protected concerted activity.  Additional information on employee rights, including on the right to engage in union or other protected, concerted activity, can be found on the **People site**.

## Human Trafficking

Apple is committed to treating everyone in our business and supply chain with dignity and respect, to upholding human rights across our global network of suppliers, and to protecting the planet we all share. Human trafficking and the use of involuntary labor are strictly prohibited in Apple s supply chain and our own business operations. If you become aware of human trafficking or behavior supporting human trafficking, you must report this activity to Business Conduct as soon as possible. Some Apple employees who interact with the U.S. government must abide by additional requirements set for government contractors. For more information, see the Anti-Human Trafficking Policy.

## Resources

Academic and Industry-Related Activities
Alcohol, Drugs, and Smoke-Free Environment Policy
Anti-Corruption Recruitment Policy
Anti-Corruption Policy
Anti-Human Trafficking Policy
Antitrust and Competition Law Policy
Apple Customer Privacy Policy
Apple Patent System
Apple Standards Legal Policy
Apple Supplier Code of Conduct
Charitable Contributions Finance Policy
Competition Law Team (email)
Copyright Policy
Corporate Communications Team (email)

Corporate Identity Guidelines
Corporate Public Policy Advocacy
Employee Reference Guidelines
Employee Use of Electronic Systems and Communications
Export and Sanctions Compliance
Gifts to Public Officials Guidelines
Global Records & Information Management
Global Records & Information Management Team (email)
Global Security
Global Volunteer Program
Global Whistleblowing Policy

Guidelines for Academic Activities of Apple Employees in Machine Learning
Information Security Policy
Insider Trading Policy
Insider Trading Team (email)
Investor Relations
Legal
Matching Gifts Program
Non-Disclosure Agreements
Open Source at Apple
Open Source Policy
Patents Team (email)
Personal Relationships Policy
Political Compliance
Preventing the Facilitation of Tax Evasion Policy
Privacy Team (email)
Public Officials: Meal Limits by Country
Social Media and Online Communication Guidelines
Standards Legal Team (email)
Trade Compliance Resources
Trademark List
Travel Policy
Workplace Searches and Privacy
Workplace Violence Policy

Business Conduct Helpline
EthicsPoint External Helpline (web form and telephone options)

**Workplace Searches and Privacy**

To protect Apple Confidential Information, as that phrase is defined in the Confidentiality and Intellectual Property Agreement and Apple's Business Conduct Policy,  and to maintain the security and integrity of company networks and equipment, this policy applies to any use of Apple property, as well as the use of personal devices for Apple business or for accessing Apple networks.

In certain situations, your privacy may need to be balanced against Apple's obligations, including maintaining a safe work environment for team members, protecting Apple Confidential Information, and preserving the integrity of our systems and networks.

This page covers:

- Use of Apple systems and data
- Workplace searches
- Additional resources

**Use of Apple systems and data**

All Apple facilities, furnishings, supplies, equipment, networks, and electronic systems (such as internet and intranet access, voicemail, email, instant messaging, and collaboration tools) are company property and are provided to you to conduct Apple business.

Personal use of company property should be reasonable and shouldn't interfere with normal business activities. It also must not affect your performance and must comply with all Apple policies and practices or applicable local laws.

While limited personal use of company property and systems is allowed, Apple may monitor company property and systems. You should have no expectation about the privacy of content or personal information on Apple systems or networks, including VPN.

Generally, you should use Apple property to conduct Apple business. If you use your personal property such as computers and mobile devices to conduct Apple business, or to access Apple networks, you must act in accordance with Apple policies. Apple reserves the right to search and remove any business-related content from your property.

**Workplace searches**

You should understand that subject to local laws and regulations and in accordance with Apple's review process, Apple may do the following when you access Apple's network or systems, or use any device, regardless of ownership, to conduct Apple business. Apple may:

- Access, search, monitor, and archive all data and messages sent, accessed, viewed, or stored (including those from iCloud, Messages, or other personal accounts) to protect any business-related content.
- Conduct physical, video, or electronic surveillance, search your workspace (such as file cabinets, desk drawers, and offices, even if locked), review phone records, or search any non-Apple property (such as backpacks, handbags) while on company premises.
- Disclose to law enforcement, without prior notice, any information discovered during a search that may indicate unlawful behavior.

Such searches will be for the purpose of protecting Apple's intellectual property and assets, and not for the purpose of surveilling protected, concerted activity.

The search for or removal of Apple-related content on a device will be determined on a case-by-case basis (subject to local approval processes including where required by law) when there's a business need. Refusing to permit a search or removal of Apple- related content may result in disciplinary action up to and including termination of employment.

If you visit the premises of current or potential customers, clients, suppliers, or vendors, you may be subject to their respective search policies and procedures. If you receive a search request, before providing access to Apple materials, you should contact your manager or Global Security.

Nothing in these guidelines should be interpreted as restricting your right to speak freely about your wages, hours, working conditions, or other protected, concerted activity. For more information about your rights as an Apple employee please visit the Your Rights as an Apple Employee section of the People Site.  You can also learn more about the National Labor Relations Act at [www.NLRB.gov](www.NLRB.gov).

**Additional resources**

Compliance & Business Conduct
Global Security
Information Security Policies
Solicitation and Distribution
Workplace Violence
Misconduct and Discipline
Personally Identifiable Information
Employee Use of Electronic Systems and Communications
**Published date: February 28, 2022**

**People**

**Misconduct and Discipline**

Employment at Apple is on an at-will basis, which means that you may resign or have your employment terminated at any time, for any or no reason. Employees who don't exhibit appropriate workplace behavior as set forth below, or who violate company policies, guidelines, or ethics, may be subject to discipline up to and including immediate termination of employment.

Managers may use their discretion to determine the appropriate disciplinary measures for each situation, within Apple's established guidelines.

Disciplinary actions may include but aren't limited to:

- Verbal or written warning

- Suspension

- Change in position or removal of job responsibilities

- Termination of employment

If you don't agree with the resolution or the decision that is reached, you may appeal the decision through Apple's Decision Review Process.

**Conduct warranting immediate termination**

Conduct that may warrant immediate termination of employment includes, but isn't limited to:

**Policy violations**

- Failing to protect Apple's trade secret information or Apple Confidential Information (as defined in Apple's Business Conduct Policy and Your Confidentiality and Intellectual Property Agreement)
- Using any time at work or any Apple assets for any outside activity (as defined in Apple's Business Conduct Policy).  This includes Apple's workspace, phones, computers, Internet access, photocopiers, and any other Apple assets or services, other than incidental use.
- Accessing, downloading, or viewing inappropriate materials such as pornography

- Illegally downloading and/or distributing copyrighted material such as movies, music, software, or other media

- Engaging in activities or behaviors that violate Apple policies, including but not limited to Apple's Business Conduct Policy, Apple's policies against Discrimination, Harassment, and Equal Employment Opportunity, and Apple's policy against Bullying

- Insubordination

- Interfering or failing to cooperate with an investigation of workplace misconduct or other investigations that Apple is required to conduct under local, state, or federal law, provided that employees may choose whether to participate in an investigation that Apple may conduct of alleged unfair labor practices under the National Labor Relations Act, and they will not receive any benefits for doing so and will not be penalized if they choose not to do so.

**Safety and violence violations**

- Committing any act of violence, participating in or encouraging a fight, or issuing threats

- Committing any act that violates safety rules or that might endanger the safety or lives of others

- Possessing firearms, explosives, or weapons of any kind on Apple premises or at Apple-sponsored events

**Criminal acts**

- Destroying, damaging, defacing, sabotaging, or stealing Apple records, property (including intellectual property), tools, equipment, or the property of others on Apple premises or at Apple-sponsored events

- Manufacturing, distributing, dispensing, possessing, or using illegal or controlled substances without a prescription on Apple premises or at any offsite location where Apple business or Apple-sponsored events are being conducted

**Falsification or misrepresentation**

- Falsifying company records, including but not limited to timecards and expense reports

- Making knowingly false statements or misrepresentations at the time of hire or promotion, during the course of your employment, or during an investigation

**Other violations**

- Recording, including audio, photography or video recording, of building exteriors or inside buildings where doing so would record or disclose Apple Confidential

Information or where doing so may lead to a potential loss of Apple assets or to a potential safety concern, for example the layout of our stores or location of our products. Apple may use recording or surveillance equipment for safety or security reasons.

- Recording, including photography or video or audio recording, any Apple Proprietary Information.

- Recording customers in our Retail stores.

**For managers**

Immediately notify your People Business Partner anytime you become aware of a potential or actual violation of an Apple policy or inappropriate workplace behavior.

If it has been determined that an employee has violated Apple policies, work with your manager and People Business Partner to decide if disciplinary action is appropriate. Consider the severity of the situation, the employee's specific circumstances (including any previous disciplinary action), and what actions Apple has taken in similar situations.

Depending on the nature and severity of the behavior, disciplinary options may include but aren't limited to:

- A verbal or written warning (a written warning becomes part of the employee's master personnel file)

- Suspension

- Change in position or removal of certain job responsibilities

- Termination of employment (immediate termination requires approval by the manager, manager's director or higher management, and the People team)

Misconduct investigations and suspensions

**For the People team**

Work closely with the manager and the employee to make sure Apple's misconduct and discipline policies (and other applicable policies) are applied fairly and consistently.

Work with the manager to determine the appropriate disciplinary action. Take into consideration the severity of the situation, the nature of the employee's specific circumstances and what actions Apple has taken in similar situations.

Nothing in these guidelines should be interpreted as restricting your right to speak freely about your wages, hours, or working conditions, or other protected, concerted activity. For more information about your rights as an Apple employee please visit the Know Your Rights

section of the People Site. You can also learn more about the National Labor Relations Act at www.NLRB.gov.

For assistance, contact Employee Relations.

Investigations and suspensions

**Published date:  July 10, 2023**

**Social Media and Online Communications**

Most of us rely on online resources such as email, social media, blogs, and wikis to stay connected.

It's your decision whether or not to engage in these or other online communications. But keep in mind that Apple's policies and guidelines apply to any activities that affect your performance, the performance of other Apple employees, or Apple's competitive business interests.

This is true even if you blog, tweet, write, post, comment, share visual or other media, or otherwise communicate online outside of work — even if you do not identify yourself as an Apple employee. So before you click or tap "send," keep these guidelines in mind:

- Protect Apple Confidential Information. As we conduct business around the world, our competitive strategy requires us to protect Apple Confidential Information. This includes all non-public materials or information relating to past, existing or future Apple products or services, including but not limited to sales, pricing, operations, sources of material, financials and marketing plans. It also includes any confidential information disclosed to Apple by customers, partners, suppliers, and other third parties during the course of business. All Apple employees have an obligation to protect this information. Doing so respects the significant amount of time and energy Apple puts into introducing our customers to new products and new retail stores. For more information on confidentiality, see the Confidentiality and Intellectual Property Agreement you signed when you were hired. You can also learn more about protecting Apple's assets and confidential information in Apple's [Business Conduct Policy](#).

- Respect our customers. Our customers give us their private information with the expectation that we will treat it with the utmost sensitivity. Do not use this information for personal gain, or as a way to contact them for social reasons. Customers deserve the same respect online as they do when they visit our stores. Do not discuss or make comments online about customers under any circumstances.

- Be polite. We want you to be yourself, but you should also comply with Apple's Harassment and Equal employment Opportunity policies in posts, tweets, and other online communications. Do not use vulgar, intimidating, discriminating, or harassing language, which violate our policies. Apple is a global organization whose employees and customers come from different backgrounds and may have different values and points of view. Keep Apple's Harassment policies in mind when considering what you post online. For more information, refer to Apple's Business Conduct Policy.

We work hard to create a culture where everyone belongs and we want Apple to be the best place for everyone to do the best work of their lives.  If you have any questions or concerns, please talk with your manager or the People team, or call People Support or Business Conduct Helpline.

Nothing in these guidelines should be interpreted as restricting your right to speak or post freely about your wages, hours, working conditions, or other protected, concerted activity. For more information about your rights as an Apple employee please visit the Your Rights as an Apple Employee section of the People Site.  You can also learn more about the National Labor Relations Act at www.NLRB.gov.

Additional resources

Business Conduct Policy

Slack Terms of Use

## Confidentiality Obligations Upon Termination of Employment

[SEP]During your employment, you ("You") had access to Apple Confidential Information of Apple Inc. (Apple) and its affiliates (each an Apple Entity). As used in this document, and as defined in the Confidentiality and Intellectual Property Agreement, Apple Confidential Information is defined as follows:

"**Apple Confidential Information**" means all Third Party Confidential Information (defined as confidential information of third parties disclosed or made available to any Apple Entity) and all non-public information that is kept confidential by any Apple Entity, including such information pertaining to or consisting of: (a) inventions, trade secrets, R&D records, reports, samples, manuals, plans, specifications, ideas, know how, designs, prototypes, software, source code, notes, photographs, screenshots, whiteboard captures, remote video chats, drawings, sketches or any other confidential materials or information relating to past, existing or future products or services, whether or not developed, marketed, used, or rejected by any Apple Entity or persons or companies for or on behalf of any Apple Entity; and (b) sales, profits, organization, customer data, pricing, operations, sources of material, supply, costs, manufacturing, financials, forecasts, budgets, profit and loss statements, market research, marketing or advertising strategy or plans, product roadmaps, product volumes, aggregated performance review metrics or data, aggregated recruiting or interview information, headcount planning reports, project planning documents, dates or content of new product launches, methods of distribution or manufacture or testing and unpublished patent applications. You understand that the above list is not exhaustive and that Apple Confidential Information includes other information that falls within its definition that would appear to a reasonable person to be confidential, proprietary and/or of commercial value in the context and circumstances in which the information is known or used. Apple Confidential Information does not include (i) any information that is generally available to the public, unless the information falls within the definition of Apple Confidential Information, but became publicly available through unlawful means or as a result of any breach of a confidentiality obligation to any Apple Entity, including any breach by You of this Agreement and (ii) any information that was known to You prior to Your Employment with Apple.

You may have created such information in the course of your everyday work. You may have additionally had access to Apple Confidential in the course of your work at an Apple Entity obtained from third parties including vendors, suppliers, customers, consultants, licensees, or dealers, known as Third Party Confidential Information, which is included in the definition of Apple Confidential Information. You are obligated not to disclose any above described Apple Confidential Information to any other person or company (other than with Apple's prior consent) or use it for your own benefit. Furthermore, you are obligated to have returned to Apple all documents and materials of any kind pertaining to your work at any Apple Entity and containing any Apple Confidential Information.

Notwithstanding the foregoing, nothing restricts Your right to (A) use or disclose Your general training, knowledge, professional experience and skills, (B) seek or accept any job, including with a competitor of Apple, where such job begins after Your separation from employment with Apple, (C) discuss or disclose information about Your or others' wages, hours, or working conditions, or (D) discuss or disclose information about unlawful acts in the workplace, including harassment, discrimination, or any other conduct You have reason to believe is inappropriate in the workplace, or file a complaint or otherwise communicate or cooperate with a U.S. federal, state, or local government or law enforcement agency (including, the Securities and Exchange Commission, the Equal Employment Opportunity Commission, the National Labor Relations Board, the Occupational Safety and Health Board, the United States Department of Labor, or the Office of Federal Contract Compliance Programs) about such unlawful or inappropriate acts. Nothing in this Agreement, or any other Apple agreement, should be

interpreted as being restrictive of Your rights under subsections (A)-(D) without unnecessary disclosure of Apple Confidential Information to third parties. You are not required to notify Apple when exercising Your rights permitted under subsections (A)-(D) above.

Additional information about employee rights, including the right to engage in union or other protected, concerted activity, can be found at www.nlrb.gov.

Certainly Apple has no desire to prevent you from the lawful exercise of your professional skills. However, any unauthorized disclosure or use of Apple Confidential Information in conjunction with your new employment—or otherwise—would be a breach of your agreement with Apple, as well as a violation of the laws relating to the protection of such information. Your obligations continue until such time as the Apple Confidential Information is generally available to the public.

In addition, if you have not already done so, you are obligated to promptly disclose to Apple any idea or invention, irrespective of its patentability, made or conceived solely or jointly by you during the course of your employment at Apple and related to the actual or anticipated business or research or development of Apple. Any disclosures that you may need to make at this time should be in writing and emailed to ask_ipl@apple.com or mailed to Apple Patent Department, One Apple Park Way, MS 169-3IPL, Cupertino, CA 95014. Your obligations further include providing assistance to Apple in anything reasonably necessary to enable Apple to secure rights in a patent or copyright protecting any such idea or invention. As such, you may be contacted even after your termination of employment to assist Apple with securing those rights.

If you have any questions regarding the Confidentiality and Intellectual Property Agreement, if you are concerned about the use or disclosure of Apple Confidential Information, or if you should find yourself in a position where you are uncertain about whether an idea or invention should have been disclosed to Apple, please promptly contact the **Apple IP Transactions Department** at ipa-ipt@apple.com and we will be pleased to review the matter with you.

Your continued assistance in helping Apple to protect its Confidential Information and protecting its intellectual property rights is appreciated.

# EXHIBIT B

**UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
REGION 21**

**APPLE INC.**

    **and**　　　　　　　　　　　　　　　　　　**Cases**　　**32-CA-282142**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**32-CA-283161**

**ASHLEY MARIE GJØVIK, an Individual**

**ORDER WITHDRAWING CERTAIN ALLEGATIONS
OF CONSOLIDATED COMPLAINT,
ORDER PARTIALLY DISMISSING CHARGE  32-CA-282142,
ORDER DISMISSING CHARGE 32-CA-283161
AND NOTICE OF RIGHT OF APPEAL**

An Order Consolidating Cases, Consolidated Complaint and Notice of Hearing (Consolidated Complaint) issued on December 18, 2024, in Cases 32-CA-282142 and 32-CA-283161 against Apple Inc. (Respondent), alleging various violations of Section 8(a)(1) of the National Labor Relations Act (Act).  On April 16, 2025, an Order Postponing Hearing Indefinitely issued in these matters.

Upon further consideration and review of the evidence, I have decided to withdraw allegations from the Consolidated Complaint and dismiss those allegations because there is insufficient evidence of a violation.

**Decision to Dismiss:**  I have decided to withdraw paragraphs 7(b), 8(a), 8(b), 8(c), 8(d), and 8(e) from the Consolidated Complaint and to dismiss the corresponding allegations from the charges for the following reasons.

First, paragraph 7(b) of the Consolidated Complaint alleges that Respondent told employees to refrain from sharing communications about Respondent's information into employees' workplace health and safety concerns. Upon further review, the evidence shows that Respondent provided a narrow confidentiality instruction to employees about not disclosing their communications with the investigator. However, Respondent further informed employees that they were not precluded from discussing the concerns raised or that such issues were being investigated. As such, Respondent's interest in protecting the integrity of the investigation outweighs employees' interest in sharing the communications with the investigator as employees were permitted to discuss the investigation and concerns raised.

Second, paragraphs 8(a), 8(b), 8(c), 8(d), and 8(e) of the Consolidated Complaint allege that Respondent suspended and terminated Ashley Marie Gjøvik (Charging Party) for engaging in protected concerted activities, including raising workplace environmental health and safety concerns. Regarding the suspension allegation, the evidence fails to establish that Respondent retaliated against the Charging Party by suspending her for engaging in protected

1

concerted activities. Rather, the evidence shows that Respondent placed the Charging Party on administrative leave at the Charging Party's request. As to the allegation that the Charging Party was unlawfully terminated, the evidence fails to establish that the Charging Party engaged in protected concerted activity when she revealed to the media confidential product development information about a Respondent study. Moreover, even if a prima facie case could be established, Respondent can likely meet its burden to show that the Charging Party would have been terminated for disclosing confidential product development information, even absent her protected concerted activities.

Accordingly,

**IT IS HEREBY ORDERED**, pursuant to Section 102.18 of the Board's Rules and Regulations, that the allegations in Case 32-CA-282142 (at paragraph 7(b)) regarding the instructions given to employees about disclosing information about workplace investigations and the suspension of the Charging Party (at paragraphs 8(a), 8(b), 8(c), and 8(e)) be withdrawn and **IT IS ALSO ORDERED** that Case 32-CA-283161 regarding the termination of the Charging Party (at paragraphs 8(a), 8(b), 8(d), and 8(e)), be withdrawn.[1]

**IT IS FURTHER ORDERED** that the allegations in Case 32-CA-282142 regarding the instructions given to employees about disclosing information about workplace investigations and the suspension of the Charging Party as well as the charge in Case 32-CA-283161 be, and hereby are, DISMISSED.[2]

**Charging Party's Right to Appeal:** The Charging Party may appeal my decision to the Acting General Counsel of the National Labor Relations Board, through the Office of Appeals.

**Means of Filing: You must file your appeal electronically or provide a written statement explaining why electronic submission is not possible or feasible. Written instructions for the NLRB's E-Filing system and the Terms and Conditions of the NLRB's E-Filing policy are available at www.nlrb.gov. See User Guide. A video demonstration which provides step-by-step instructions and frequently asked questions are also available at www.nlrb.gov. If you require additional assistance with E-Filing, please contact e-Filing@nlrb.gov.** You are encouraged to also submit a complete statement of the facts and reasons why you believe my decision was incorrect. If you cannot file electronically, please send the appeal and your written explanation of why you cannot file electronically to the **Acting General Counsel** at the **National Labor Relations Board, Attn: Office of Appeals, 1015 Half Street SE, Washington, DC 20570-**

---

[1] An Amended Complaint reflecting these withdrawals shall issue in due course.

[2] Pursuant to Section 102.19 of the Board's Rules and Regulations, the Charging Party has 14 days from the service of this Order to file an appeal with the Acting General Counsel. If no such appeal is filed within that time frame, or such other period as authorized by the Acting General Counsel, this dismissal of these allegations shall be final.
.

2

**0001**. Unless filed electronically, a copy of the appeal should also be sent to me. The main telephone number for the Office of Appeals is **(202)273-3760**.

The appeal MAY NOT be filed by fax or email. The Office of Appeals will not process faxed or emailed appeals.

**Appeal Due Date:** The appeal is due on **October 9, 2025**. If the appeal is filed electronically, the transmission of the entire document through the Agency's website must be completed **no later than 11:59 p.m. Eastern Time** on the due date. If filing by mail or by delivery service an appeal will be found to be timely filed if it is postmarked or given to a delivery service no later than **October 8, 2025**. **If an appeal is postmarked or given to a delivery service on the due date, it will be rejected as untimely**. If hand delivered, an appeal must be received by the General Counsel in Washington D.C. by 5:00 p.m. Eastern Time on the appeal due date. If an appeal is not submitted in accordance with this paragraph, it will be rejected.

**Extension of Time to File Appeal:** The Acting General Counsel may allow additional time to file the appeal if the Charging Party provides a good reason for doing so and the request for an extension of time is **received on or before October 9, 2025.** The request may be filed electronically through the *E-File Documents* link on our website www.nlrb.gov, by fax to (202)273-4283, by mail, or by delivery service. The Acting General Counsel will not consider any request for an extension of time to file an appeal received after **October 9, 2025**, **even if it is postmarked or given to the delivery service before the due date**. Unless filed electronically, a copy of the extension of time should also be sent to me.

**Confidentiality:** We will not honor requests to limit our use of appeal statements or evidence. Upon a request under the Freedom of Information Act (FOIA) by a party during the processing of an appeal, the Agency's FOIA Branch discloses appeal statements, redacted for personal privacy, confidential source protection, or other applicable FOIA exemptions. In the event the appeal is sustained, any statement or material submitted may be introduced as evidence at a hearing before an administrative law judge. However, certain evidence produced at a hearing may be protected from public disclosure by demonstrated claims of confidentiality.

Dated:  September 25, 2025

David Selder, Acting Regional Director
National Labor Relations Board, Region 21
US Court House, Spring Street
312 N Spring Street, 10th Floor
Los Angeles, CA 90012

3