JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650 614 7400
Facsimile:    +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
 2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:    +1 202 339 8400
Facsimile:    +1 202 339 8500

Attorneys for Defendant
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 23-cv-4597-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PRELIMINARY INJUNCTION**<br><br>**[F.R.E. 201]**<br><br>Date:      June 11, 2026<br>Time:      1:30 p.m.<br>Dept:      Courtroom 5, 17th Floor<br>Judge:     Honorable Edward M. Chen |

4159-4674-9544

Pending before the Court is Defendant Apple Inc.'s Request for Judicial Notice in Support of its Motion of Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment and Preliminary Injunction. Having considered the relevant papers and pleadings in support of and in opposition to Apple's request, the Court hereby **GRANTS** Apple's request and takes judicial notice of the following documents:

1. National Labor Relations Board Settlement Agreement (Case No. 32-CA-284428) signed by Apple's counsel on March 25, 2025 and Ashley Gjovik on April 3, 2025, and approved on April 4, 2025 by Nathan M. Seidman, Action Regional Director, Region 21, attached to the Request for Judicial Notice as Exhibit A.

2. Order Withdrawing Certain Allegations of Consolidated Complaint, Order Partially Dismissing Charge 32-CA-282142, Order Dismissing Charge 32-CA-283161 and Notice of Right of Appeal, issued by the National Labor Relations Board, Region 21, dated September 25, 2025, attached to the Request for Judicial Notice as Exhibit B.

**IT IS SO ORDERED**

Dated:_____        _____

HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE

- 1 -

4159-4674-9544

[PROPOSED] ORDER RE: APPLE INC.'S
RJN ISO MOT. FOR SUMM J. & OPP. TO
PL.'S MOT. FOR SUMM. J. & PI
[23-CV-4597-EMC]