EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Melinda Riechert SBN 65504**<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>**1000 Marsh Road**<br>**Menlo Park, CA 94025**<br>ATTORNEY FOR    **Plaintiff** | **650-614-7418** | |

| | |
|---|---|
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | |
| SHORT TITLE OF CASE:<br>Ashley Gjovik v. Apple Inc. | |

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>23-cv-4597-EMC |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>7446-2100 |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and

not a party to the within entitled action. I served the: **Federal Subpoena to Produce Documents, Information, or objects or to Permit Inspection of Premises in a Civil Action; ORDER REGARDING APPLE'S SUBPOENAS FOR PLAINTIFF'S MEDICAL RECORDS**

On: **Custodian of Records for MD Live by Evernorth**

**3350 SW 148th Ave suite 300  Miramar, FL 33027**

In the above named action by delivering to and leaving with:

**Ivy Y.**   Whose title is: **Administrative Assistant**

On: **3/18/2026**          Date:  **11:46 AM**

Fees paid: **$0.00**

Person attempting service:
   a. Name: **Joseph Onega**
   b. Address: **507 Polk Street Suite 320, San Francisco, CA 94102**
   c. Telephone number: **415-546-6000**
   d. **The fee** for this service was:
   e. I am an independent contractor

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



**Joseph Onega**                                                    Date: **03/18/2026**