UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY M GJOVIK,

          Plaintiff,

    v.

APPLE INC.,

          Defendant.

Case No. 23-cv-04597-EMC

**JUDGMENT**

On June 24, 2026, the Court granted Defendant's motion for summary judgment.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: June 24, 2026

_____

EDWARD M. CHEN
United States District Judge