Ashley M. Gjovik, JD
*In Propria Persona*
2108 N St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# United States District Court
## Northern District of California

**Ashley M. Gjovik**,

*an individual*,

Plaintiff,

vs.

**Apple Inc.**,

*a corporation,*

Defendant.

Case No.

3:23-CV-04597-EMC


PLAINTIFF'S NOTICE
OF PENDING MATTERS

REQUEST FOR MINUTE
ORDER RE JUNE 11 2026
HEARING (DKT. 385)
& ORDER/DECISION
ON CONFIDENTIALITY
DESIGNATIONS (DKT.
304-305, 355).

# PLAINTIFF'S REQUEST FOR MINUTE ORDER RE JUNE 11 2026 HEARING (DKT. 385) & ORDER/DECISION ON CONFIDENTIALITY DESIGNATIONS (DKT. 304-305, 355).

1. On June 24 2026, this Court, via the Honorable Judge Edward M. Chen issued an Order closing this lawsuit (Case No. 3:23-CV-04597) (Orders at Dkt. 389-390).

2. However, there are several matters still pending and requiring Court action. Two matters, detailed below, are urgent as the Plaintiff intends to appeal the dismissal of her case, along with appeals of additional prior Orders and Decisions in this case, to the Ninth Circuit Court of Appeals.

3. The Plaintiff respectfully requests this Court issue an Order related to the Summary Judgement hearing on June 11 2026 disclosing the name of the Court Reporter present at that hearing, in order for the Plaintiff to request a transcript from that hearing. As of now, without an Order identifying the Court Reporter, there appears to be no way for the Plaintiff to request transcripts from that Summary Judgment hearing.

4. Additionally, the Defendant's Motions regarding Protective Order Confidentiality Designations and to Seal filings (including at Dkt. 304-305, 355) remains pending without a Decision from the Honorable Magistrate Judge Kandis A. Westmore. Thus, this case is otherwise set to be closed with dozens of sealed filings and prior restraint restrictions on the Plaintiff's speech in place indefinitely without any formal judicial finding.

Respectfully submitted,

/s/ Ashley M. Gjovik
**Ashley Gjovik (Plaintiff/*In Propria Persona*)**
Filed April 24 2026 in San José, California
(408) 883-4428 | ashleymgjovik@protonmail.com
2108 N. St. Ste. 4553, Sacramento, CA 95816