JESSICA R. PERRY (SBN 209321)
jperry@orrick.com
MELINDA S. RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

KATHRYN G. MANTOAN (SBN 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

RYAN D. BOOMS (SBN 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:     +1 202 339 8400
Facsimile:     +1 202 339 8500

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASHLEY GJOVIK,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 23-cv-4597-EMC [KAW]<br><br>**ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Dept:      Courtroom TBD<br>             1301 Clay Street<br>             Oakland, CA 94612<br>Judge:     Honorable Kandis A. Westmore |

**ORDER**

Pursuant to Local Rules 7-11 and 79-5, Defendant Apple Inc. ("Apple") filed an Administrative Motion to File Under Seal ("Motion") in connection with its Motion to Retain Confidentiality, and good cause to seal having been shown, the Court GRANTS Apple's Motion and Orders sealed the following:

| Document Description | Portions Sought to Be Sealed |
|---|---|
| Exhibit A to the Declaration of Melinda Riechert in Support of Apple's Motion to Retain Confidentiality | Portions of Plaintiff's deposition transcript containing material designated by Apple as Confidential pursuant to the Protective Order (highlighted in yellow in the filed under seal version) that Apple seeks to retain as Confidential. |
| Exhibit B to the Declaration of Melinda Riechert in Support of Apple's Motion to Retain Confidentiality | Portions of Apple's confidentiality designations containing material designated by Apple as Confidential pursuant to the Protective Order (highlighted in yellow in the filed under seal version) that Apple seeks to retain as Confidential. |
| Exhibit C to the Declaration of Melinda Riechert in Support of Apple's Motion to Retain Confidentiality | Portions of Plaintiff's challenges to Apple's confidentiality designations containing material designated by Apple as Confidential pursuant to the Protective Order (highlighted in yellow in the filed under seal version) that Apple seeks to retain as Confidential. |
| Dkt. No. 297 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 301 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 301-1 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No 302 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations |

| | can be determined based on the Court's ruling. |
|---|---|
| Dkt. No. 302-1 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |
| Dkt. No. 302-2 | Entire document until such time as the Court rules on Apple's Motion to Retain Confidentiality and more limited designations can be determined based on the Court's ruling. |

**IT IS SO ORDERED.**

DATED:  June 25, 2026

By:_____
   Hon. Kandis A. Westmore
   United States Magistrate Judge
                    .