# Pay.gov Payment Confirmation: NDCA (California Northern) Civil and Criminal Bonds and Other Payments

From notification@pay.gov <notification@pay.gov>

To Ashley Gjovik <ashleymgjovik@protonmail.com>

Date Friday, August 14th, 2026 at 9:23 PM

An official email of the United States government

Pay.gov

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact CAND Finance at (415) 522-4621 or CAND_Finance@cand.uscourts.gov.

Application Name: NDCA (California Northern) Civil and Criminal Bonds and Other Payments
Pay.gov Tracking ID: 2853RGKP
Agency Tracking ID: 77481345111
Transaction Type: Sale
Transaction Date: 08/15/2026 12:23:07 AM EDT
Account Holder Name: [redacted]
Transaction Amount: $605.00
Card Type: Visa
Card Number: ************[redacted]

Defendant or Party Name: Ashley Marie Gjovik
Case Number: DCAN323CV004597-
Payer's Name: [redacted]
Payer's Address, City, State, Zip: [redacted]
Payer's Telephone: (415) 964-6272
Payer's Email: ashleymgjovik@protonmail.com
Type of Payment: Other - Appeal to Ninth Circuit

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service